UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
THOMAS M. MOROUGHAN

**AFFIDAVIT OF SERVICE**

   -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, SUFFOLK COUNTY DETECTIVES TAVARES,
CHARLES E. LESTER III, DETECTIVE/SGT. WILLIAM J. LAMB,
SUFFOLK POLICE OFFICER MEANY AND SUFFOLK JOHN DOES 1-10,
THE COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT,
NASSAU POLICE OFFICERS ANTHONY D. DILEONARDO,
EDWARD BIENZ, AND JOHN DOES 11-20

                Defendants.
------------------------------------------------------------------ X

STATE OF NEW YORK )
                     ) SS:
COUNTY OF NASSAU )

Bryan Zuckerman being duly sworn, deposes and says: that deponent is not a party to the action, is over 21 years of age and resides in Kings County, New York;

    That on February 3, 2012 at 11:56 a.m. I served six copies of the within summons and complaints which were accepted by the Suffolk County Attorney's Office on behalf of the County of Suffolk, Detectives Tavares, Lester, Detective/Sgt. Lamb, Police Officer Meany and John Does 1-10 by personal service upon the Suffolk County Attorneys Office, H. Lee Dennison Building, 100 Veteran Memorial Highway, Hauppauge, New York 11788.

                                                                 Bryan Zuckerman

Sworn to before me this
14th day of February 2012

_____
NOTARY PUBLIC

FELICE J. MURACA
Notary Public, State of New York
No. 02MU4943706
Qualified in Nassau County
Commission Expires October 31, 20 14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Thomas M. Moroughan

**AFFIDAVIT OF SERVICE**

-against-

The County of Suffolk, Suffolk County
Police Department, Suffolk Detectives Tavares, Charles
E. Lester III, Detective/Sgt. William J. Lamb, Suffolk Police Officer Meany and
Suffolk John Does 1-10, The County of Nassau, Nassau County Police
Department, Nassau Police Officers Anthony D. DiLeonardo, Edward Bienz and
John Does 11-20
_____X

STATE OF NEW YORK )
                  ) SS:
COUNTY OF NASSAU  )

   Erica Battisti being duly sworn, deposes and says: that deponent is not a party to the action, is over 21 years of age and resides in Nassau County, New York;

   That on February 22, 2012 at 4:23 p.m. I served three copies of the within Summons and Complaint which were accepted by the Nassau County Police Department on behalf of the Nassau Police Officers Anthony D. DiLeonardo, Edward Bienz and John Does 11-20 by personal service upon the Nassau County Police Department Headquarters Records Room at 1490 Franklin Avenue Mineola, New York 11501.

<em>Erica Battisti</em><br>
Erica Battisti

Sworn to before me this
23rd day of February 2012

_____
NOTARY PUBLIC

ANTHONY M. GRANDINETTE
NOTARY PUBLIC - STATE OF NEW YORK
NO. 5004395
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES DECEMBER 10, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
THOMAS M. MOROUGHAN

**AFFIDAVIT OF SERVICE**

-against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, SUFFOLK COUNTY DETECTIVES TAVARES,
CHARLES E. LESTER III, DETECTIVE/SGT. WILLIAM J. LAMB,
SUFFOLK POLICE OFFICER MEANY AND SUFFOLK JOHN DOES 1-10,
THE COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT,
NASSAU POLICE OFFICERS ANTHONY D. DILEONARDO,
EDWARD BIENZ, AND JOHN DOES 11-20

Defendants.
------------------------------------------------------------------ X

STATE OF NEW YORK )
                  ) SS:
COUNTY OF NASSAU  )

Erica Battisti being duly sworn, deposes and says: that deponent is not a party to the action, is over 21 years of age and resides in Nassau County, New York;

   That on February 7, 2012 at 11:26 a.m. I served four copies of the within summons and complaints which were accepted by the Nassau County Attorney's Office on behalf of the County of Nassau, Nassau County Police Department, Nassau Police Officers Anthony D. DiLeonardo, Edward Bienz and John Does 11-20 by personal service upon the Nassau County Attorneys Office, One West Street, Mineola, New York 11501.

*Erica Battisti*
Erica Battisti

Sworn to before me this
14th day of February 2012

*[signature]*
NOTARY PUBLIC

ANTHONY M. GRANDINETTE
NOTARY PUBLIC - STATE OF NEW YORK
NO. 5004395
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES DECEMBER 10, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Thomas M. Moroughan

                                                          **AFFIDAVIT OF SERVICE**

   -against-

The County of Suffolk, Suffolk County
Police Department, Suffolk Detectives Tavares, Charles
E. Lester III, Detective/Sgt. William J. Lamb, Suffolk Police Officer Meany and
Suffolk John Does 1-10, The County of Nassau, Nassau County Police
Department, Nassau Police Officers Anthony D. DiLeonardo, Edward Bienz and
John Does 11-20

_____X

STATE OF NEW YORK )
                       ) SS:
COUNTY OF NASSAU )

       Anthony M. Grandinette being duly sworn, deposes and says: that deponent is not a party to the action, is over 21 years of age and resides in Nassau County, New York;

       That on February 20, 2012 at 11:20 a.m. I served two copies of the Summons and Complaint in this action which were accepted by Patricia Lamb, Senior Police Operations Aide on behalf of the Suffolk County Police Department and John Does 1-10 by personal service at Suffolk County Police Headquarters, 30 Yaphank Avenue, Yaphank, New York.

       That on February 20, 2012 at 11:24 a.m. I served two copies of the Summons and Complaint in this action which were accepted by Detective Thomas Walsh on behalf of Suffolk County Detectives Tavares and Lester III by personal service at Suffolk County Police Headquarters, 30 Yaphank Avenue, Yaphank, New York.

       That on February 20, 2012 at 12:04 p.m. I served one copy of the Summons and Complaint in this action which were accepted by Police Officer Iatauro on behalf of Police Officer Meany by personal service at the front desk of the Second Precinct 1071 Park Avenue, Huntington, New York 11743

                                                                                                 Anthony M. Grandinette

Sworn to before me this
23rd day of February 2012

_____
NOTARY PUBLIC

JOHN T. SERIO
Notary Public, State of New York
No. 5004394
Qualified in Nassau County
Commission Expires June 10, 20/Y