AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| THOMAS M. MOROUGHAN )<br>*Plaintiff* )<br>v. ) Case No. 12-CV-00512<br>COUNTY OF SUFFOLK, et al. )<br>*Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANTHONY DILEONARDO

Date: 03/16/2012

*Attorney's signature*

Bruce A. Barket, Esq (BAB-9906)
*Printed name and bar number*

Barket, Marion, Epstein & Kearon, LLP
666 Old Country Road, &th Floor
Garden City, New York 11530
*Address*

bab@barketmarion.com
*E-mail address*

(516) 745-1500
*Telephone number*

(516) 745-1245
*FAX number*