# BARKET, MARION, EPSTEIN & KEARON, LLP

Attorneys at Law
666 OLD COUNTRY ROAD - SUITE 700
GARDEN CITY, NEW YORK 11530
Tel: (516) 745-1500 - Fax: (516) 745-1245

**Bruce A. Barket**
**Amy B. Marion**

**Steven B. Epstein**
**Kevin T. Kearon**

March 16, 2012

**via ELECTRONIC FILING**
Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    Moroughan v. County of Suffolk, et al
             Docket No.: 12-CV-00512 (JFB) (AKT)

Your Honor:

     Our firm was recently retained to represent Mr. Anthony DiLeonardo in connection with the above referenced matter. I am writing with the consent of Plaintiff's counsel to request an enlargement of time until April 2, 2012 to file our answer to the complaint for Mr. DiLeonardo.

                           Respectfully submitted,

                           BARKET, MARION, EPSTEIN & KEARON, LLP

            By:    _____
                             Amy B. Marion

ABM:lr
cc:    Anthony Grandinette (via ECF)
        Brian C. Mitchell (via ECF)