# Barket, Marion, Epstein & Kearon, LLP

### Attorneys at Law
### 666 OLD COUNTRY ROAD, SUITE 700 • GARDEN CITY, NEW YORK 11530
### [P] 516.745.1500 • [F] 516.745.1245

Bruce A. Barket                                                    Steven B. Epstein
Amy B. Marion                                                      Kevin T. Kearon

                                                                   Hon. Elaine Jackson Stack
                                                                   Of Counsel

April 9, 2012

**via ELECTRONIC FILING**
Magistrate Judge Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    Moroughan v. County of Suffolk, et al.
                  Docket No.: 12-CV-00512

Dear Magistrate Judge Tomlinson:

      Please accept this letter as confirmation that pursuant to your order and instruction, I communicated your preservation order to our client, Anthony DiLeonardo, by telephone on Friday, April 6, 2012 directing the non-destruction of any electronic data related to the complaint in this case.

      Thank you for your time and attention.

Very truly yours,

BARKET MARION EPSTEIN & KEARON, LLP

By: _____
Kevin T. Kearon, Esq.
Attorneys for Defendant Anthony DiLeonardo

KTK:lr