UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Thomas M. Moroughan

                              *Plaintiff*,

    -against-

The County of Suffolk, et. al.

                             *Defendants.*
------------------------------------------------------------------x

Index No.: CV12-512
(JFB)(AKT)

**JUDICIAL SUBPOENA**
**DUCES TECUM**

TO:  CBS
      c/o Legal Department
      524 West 57th Street
      New York, New York 10019

GREETINGS:

    WE COMMAND YOU, that all business and excuses being laid aside, that you deliver to the office of the attorney representing the plaintiff, **The Law Office of Anthony M. Grandinette, located at 114 Old Country Road, Suite 420, Mineola, New York 11501, on May 1, 2012, at 9:00 a.m.** certified copies of the following televised, web or print based news segments in both video and print form, along with an affidavit of circulation/viewership as to the following televised, web or print news segments or any additional news stories referencing plaintiff, Thomas M. Moroughan:

    "Police: Taxi Driver Strikes Long Island Officers With Vehicle" February 27, 2011

    Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

    WITNESS, Honorable Magistrate A. Kathleen Tomlinson, a Judge presiding in the United States District Court for the Eastern District of New York, this _____ day of _____, 2012.

                    SO ORDERED:    _____
                                                Magistrate A. Kathleen Tomlinson

*NO PERSONAL APPEARANCE*
*REQUIRED. THIS IS A SUBPOENA*
*FOR RECORDS ONLY.*

The Law Office of Anthony M. Grandinette

_____
By:  Anthony M. Grandinette
*Attorney for Plaintiff*
114 Old Country Road, Suite 420
Mineola, New York 11501
(516) 248-5317
Fax (516) 294-5348

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Thomas M. Moroughan

                         *Plaintiff,*

  -against-

The County of Suffolk, et. al.

                         *Defendants.*
------------------------------------------------------------------x

Index No.: CV12-512
(JFB)(AKT)

**JUDICIAL SUBPOENA**
**DUCES TECUM**

TO:  NBC New York
     c/o Legal Department
     30 Rockefeller Plaza
     New York, New York 10112

GREETINGS:

    WE COMMAND YOU, that all business and excuses being laid aside, that you deliver to the office of the attorney representing the plaintiff, **The Law Office of Anthony M. Grandinette, located at 114 Old Country Road, Suite 420, Mineola, New York 11501, on May 1, 2012, at 9:00 a.m.** certified copies of the following web based news segments whether in video or print form, along with an affidavit of circulation/viewership as to the following web based news segments or any additional web based news stories referencing plaintiff, Thomas M. Moroughan:

    "**Off Duty Officer Shoots Cabby on LI**" February 27, 2011

    Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

    WITNESS, Honorable Magistrate A. Kathleen Tomlinson, a Judge presiding in the United States District Court for the Eastern District of New York, this _____ day of _____, 2012.

                                SO ORDERED: _____
                                                        **Magistrate A. Kathleen Tomlinson**

*NO PERSONAL APPEARANCE*
*REQUIRED. THIS IS A SUBPOENA*
*FOR RECORDS ONLY.*

                                    The Law Office of Anthony M. Grandinette

                                    _____
                                    By:  Anthony M. Grandinette
                                    *Attorney for Plaintiff*
                                    114 Old Country Road, Suite 420
                                    Mineola, New York 11501
                                    (516) 248-5317
                                    Fax (516) 294-5348

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Thomas M. Moroughan

                              *Plaintiff,*

-against-

The County of Suffolk, et. al.

                              *Defendants.*
------------------------------------------------------------------x

Index No.: CV12-512
(JFB)(AKT)

**JUDICIAL SUBPOENA**
**DUCES TECUM**

TO:  New York Daily News
      c/o Legal Department
      4 New York Plaza
      New York, New York 10004

GREETINGS:

      WE COMMAND YOU, that all business and excuses being laid aside, that you deliver to the office of the attorney representing the plaintiff, **The Law Office of Anthony M. Grandinette, located at 114 Old Country Road, Suite 420, Mineola, New York 11501, on May 1, 2012, at 9:00 a.m.** certified copies of the following televised, web or print based news segments in both video and print form, along with an affidavit of circulation/viewership as to the following televised, web or print news segments or any additional news stories referencing plaintiff, Thomas M. Moroughan:

      "Cabbie drives into off-duty officers after being shot by one of them"  February 27, 2011

      Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

      WITNESS, Honorable Magistrate A. Kathleen Tomlinson, a Judge presiding in the United States District Court for the Eastern District of New York, this _____ day of _____, 2012.

                              SO ORDERED:  _____
                                                      Magistrate A. Kathleen Tomlinson

*NO PERSONAL APPEARANCE*
*REQUIRED. THIS IS A SUBPOENA*
*FOR RECORDS ONLY.*

The Law Office of Anthony M. Grandinette

By: Anthony M. Grandinette
*Attorney for Plaintiff*
114 Old Country Road, Suite 420
Mineola, New York 11501
(516) 248-5317
Fax (516) 294-5348

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Thomas M. Moroughan

                        *Plaintiff,*

-against-

The County of Suffolk, et. al.

                        *Defendants.*
----------------------------------------------------------------x

Index No.: CV12-512
(JFB)(AKT)

**JUDICIAL SUBPOENA**
**DUCES TECUM**

TO: New York Post
     c/o Legal Department
     1211 Avenue of the Americas
     New York, New York 10036-8790

GREETINGS:

     WE COMMAND YOU, that all business and excuses being laid aside, that you deliver to the office of the attorney representing the plaintiff, **The Law Office of Anthony M. Grandinette, located at 114 Old Country Road, Suite 420, Mineola, New York 11501, on May 1, 2012, at 9:00 a.m.** certified copies of the following televised, web or print based news segments in both video and print form, along with an affidavit of circulation/viewership as to the following televised, web or print news segments or any additional news stories referencing plaintiff, Thomas M. Moroughan:

     "LI cop in cabby shoot" March 1, 2011

     Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

     WITNESS, Honorable Magistrate A. Kathleen Tomlinson, a Judge presiding in the United States District Court for the Eastern District of New York, this _____ day of _____, 2012.

                             SO ORDERED: _____

                                           Magistrate A. Kathleen Tomlinson

***NO PERSONAL APPEARANCE***
***REQUIRED. THIS IS A SUBPOENA***
***FOR RECORDS ONLY.***

                             The Law Office of Anthony M. Grandinette

                             By: Anthony M. Grandinette
                             *Attorney for Plaintiff*
                             114 Old Country Road, Suite 420
                             Mineola, New York 11501
                             (516) 248-5317
                             Fax (516) 294-5348

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Thomas M. Moroughan

                              *Plaintiff,*

-against-

The County of Suffolk, et. al.

                             *Defendants.*
------------------------------------------------------------x

Index No.: CV12-512
(JFB)(AKT)

**JUDICIAL SUBPOENA**
**DUCES TECUM**

TO: News Channel 12 Long Island
     c/o Legal Department
     1 Media Crossways
     Woodbury, New York 11797

GREETINGS:

    WE COMMAND YOU, that all business and excuses being laid aside, that you deliver to the office of the attorney representing the plaintiff, **The Law Office of Anthony M. Grandinette, located at 114 Old Country Road, Suite 420, Mineola, New York 11501, on May 1, 2012, at 9:00 a.m.** certified copies of the following televised, web or print based news segments in both video and print form, along with an affidavit of circulation/viewership as to the following televised, web or print news segments or any additional news stories referencing plaintiff, Thomas M. Moroughan:

    "Police Shooting"-Weekend Night Edition-Aired 02/27/11
    "Police Involved Shooting"-5PM Show-Aired 02/28/11
    "Moroughan Back In Court"-5PM Show-Aired 03/04/11
    "Thomas Moroughan Back In Court"-5PM Show-Aired 06/06/11
    "Moroughan Charges Dropped"-Daytime HD-Aired 06/07/11

    Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

    WITNESS, Honorable Magistrate A. Kathleen Tomlinson, a Judge presiding in the United States District Court for the Eastern District of New York, this _____ day of _____, 2012.

                             SO ORDERED: _____
                                           **Magistrate A. Kathleen Tomlinson**

**NO PERSONAL APPEARANCE**
**REQUIRED. THIS IS A SUBPOENA**
**FOR RECORDS ONLY.**

                                    The Law Office of Anthony M. Grandinette

                                    By: Anthony M. Grandinette
                                    *Attorney for Plaintiff*
                                    114 Old Country Road, Suite 420
                                    Mineola, New York 11501
                                    (516) 248-5317

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
```

Thomas M. Moroughan

                               *Plaintiff*,

    -against-

The County of Suffolk, et. al.

                               *Defendants*.

```
-------------------------------------------------------------x
```

Index No.: CV12-512
(JFB)(AKT)

**JUDICIAL SUBPOENA**
<u>**DUCES TECUM**</u>

TO: PoliceOne.Com
     c/o Legal Department
     200 Green Street 2ND Floor
     San Francisco, California 94111

GREETINGS:

    WE COMMAND YOU, that all business and excuses being laid aside, that you deliver to the office of the attorney representing the plaintiff, <u>**The Law Office of Anthony M. Grandinette, located at 114 Old Country Road, Suite 420, Mineola, New York 11501, on May 1, 2012, at 9:00 a.m.**</u> certified copies of the following televised, web or print based news segments in both video and print form, along with an affidavit of circulation/viewership as to the following televised, web or print news segments or any additional news stories referencing plaintiff, Thomas M. Moroughan:

    "Cabbie drives into 2 off-duty officers after dispute" February 28, 2011

    Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

    WITNESS, Honorable Magistrate A. Kathleen Tomlinson, a Judge presiding in the United States District Court for the Eastern District of New York, this _____ day of _____, 2012.

                              SO ORDERED: _____
                                                   Magistrate A. Kathleen Tomlinson

***NO PERSONAL APPEARANCE***
***REQUIRED. THIS IS A SUBPOENA***
***FOR RECORDS ONLY.***

                                         The Law Office of Anthony M. Grandinette

                                         _____
                                         By: Anthony M. Grandinette
                                         *Attorney for Plaintiff*
                                         114 Old Country Road, Suite 420
                                         Mineola, New York 11501
                                         (516) 248-5317
                                         Fax (516) 294-5348

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Thomas M. Moroughan

                            *Plaintiff,*

-against-

The County of Suffolk, et. al.

                            *Defendants.*
-----------------------------------------------------------------x

Index No.: CV12-512
(JFB)(AKT)

**JUDICIAL SUBPOENA**
<u>**DUCES TECUM**</u>

TO:  WPIX-TV
     c/o Legal Department
     220 East 42nd Street
     New York, New York 10017

GREETINGS:
     WE COMMAND YOU, that all business and excuses being laid aside, that you deliver to the office of the attorney representing the plaintiff, **The Law Office of Anthony M. Grandinette, located at 114 Old Country Road, Suite 420, Mineola, New York 11501, on  May 1, 2012, at 9:00 a.m** certified copies of the following televised, web or print based news segments in both video and print form, along with an affidavit of circulation/viewership as to the following televised, web or print  news segments or any additional news stories referencing plaintiff, Thomas M. Moroughan:

        "**Taxi Driver Arrested After Attempting To Mow Down Two Cops: Officials**"

     Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

     WITNESS, Honorable Magistrate A. Kathleen Tomlinson, a Judge presiding in the United States District Court for the Eastern District of New York, this _____ day of _____, 2012.

                            SO ORDERED:  _____
                                                  **Magistrate A. Kathleen Tomlinson**

*NO PERSONAL APPEARANCE*
*REQUIRED. THIS IS A SUBPOENA*
*FOR RECORDS ONLY.*

                                                The Law Office of Anthony M. Grandinette

                                                _____
                                                By:  Anthony M. Grandinette
                                                *Attorney for Plaintiff*
                                                114 Old Country Road, Suite 420
                                                Mineola, New York 11501
                                                (516) 248-5317
                                                Fax (516) 294-5348