DATE: 4/30/2012        AT: 2:00 p.m.   TIME IN COURT: 6 min.

BEFORE: JUDGE JOSEPH F. BIANCO, U.S.D.J.:

   CIVIL CAUSE FOR TELEPHONE PRE-MOTION CONFERENCE

DOCKET NUMBER: CV-12-0512

TITLE: Moroughan v. County of Suffolk

APPEARANCES:

FOR PLAINTIFF: Anthony Grandinette
FOR DEFENDANT: Brian Mitchell, Michael Ferguson, and Amy Marion


FTR RECORDER: 2:19-2:25        COURTROOM DEPUTY: Michele Savona

 X  CASE CALLED.

 X  COUNSEL FOR ALL SIDES PRESENT.

 ___  COUNSEL FOR _____ NOT PRESENT.

 X  CONFERENCE HELD.

 ___  DISCOVERY TO BE COMPLETED BY _____

 ___  PARTIES TO COMPLETE _____
   BY THE NEXT CONFERENCE OR BY _____

 ___  NEXT (TELEPHONE) STATUS CONFERENCE SET FOR _____

 ___  CASE TO BE REFERRED TO MAGISTRATE JUDGE _____
   FOR _____

 X  MOTION TO BE FILED BY 6/28/2012 ;
    RESPONSE BY 7/30/2012 ;
    REPLY BY 8/13/2012 .

 X  ORAL ARGUMENT SET FOR 9/14/2012 at 2:30 p.m.

 ___  JURY SELECTION SET FOR _____

_____   JURY TRIAL SET FOR _____

__X___   OTHER: Amended complaint to be filed by May 21, 2012.