# The Law Office Of
## ANTHONY M. GRANDINETTE

114 Old Country Rd. Suite 420 • Mineola, NY 11501

Of Counsel:

**Paul Casteleiro**
New Jersey

**Bryant R. Camareno**
Florida

Telephone: (516)877-2889
Telecopier: (516)294-5348
Email: Grandinettelaw@gmail.com

May 17, 2012

Hon. Magistrate A. Kathleen Tomlinson
P.O. Box 9014
100 Federal Plaza
Central Islip, New York 11722

Re: Docket No. 12-CV-0512

Hon. Magistrate Tomlinson:

Pursuant to your Honor's instructions (DE 13 Minute Entry of Preliminary Conference), this letter is to inform the Court that the parties have conferred regarding the production of electronically stored information (ESI). The parties have agreed that any ESI information will be provided via compact disk or similar portable computer storage device.

I thank the Court for its consideration of this matter.

Respectfully submitted,

Anthony M. Grandinette
Attorney for Plaintiff

AMG/eb
cc: All Counsel by ECF