# The Law Office Of
# ANTHONY M. GRANDINETTE

114 Old Country Rd. Suite 420 • Mineola, NY 11501

Of Counsel:
Paul Casteleiro
New Jersey

Bryant R. Camareno
Florida

Telephone: (516)877-2889
Telecopier: (516)294-5348
Email: Grandinettelaw@gmail.com

November 6, 2012

Honorable Joseph F. Bianco
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Thomas Moroughan v. The County of Suffolk, et al.
Index No.: CV 12-0512 (JB)(AKT)

Dear Judge Bianco:

Please be advised that Docket Entry 39, filed on November 5, 2012 was an unfinished draft which was inadvertently submitted by this office in error. The submitted document was not paginated. Plaintiff will be filing its finalized opposition to DiLeonardo's 12(b)(6) motion in lieu of and substituting Docket Entry 39 later this day.

Mr. Grandinette has been engaged in an ongoing trial before Judge Seybert and, as a result, has not been in the office for the past three (3) weeks.

Very truly yours,

Anthony M. Grandinette

cc: Michael Ferguson, Esq.
Nassau County Attorney's Office
One West Street
Mineola, NY 11501

Brian Mitchell, Esq.
Suffolk County Attorney's Office
H. Lee Dennison Building
100 Veteran's Memorial Highway
PO Box 6100
Hauppauge, NY 11788

Amy B. Marion, Esq.
Barket, Marion, Epstein & Kearon, LLP
666 Old County Road, Suite 700
Garden City, NY 11530

1