# Barket, Marion, Epstein & Kearon, LLP

Attorneys at Law
666 OLD COUNTRY ROAD, SUITE 700 • GARDEN CITY, NEW YORK 11530
[P] 516.745.1500 • [F] 516.745.1245

---

Bruce A. Barket                                             Steven B. Epstein
Amy B. Marion                                               Kevin T. Kearon

                                                            Hon. Elaine Jackson Stack
                                                            Of Counsel

November 16, 2012

**via ELECTRONIC FILING**
Honorable Joseph F. Bianco
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

            Re:   Thomas M. Moroughan v. County of Suffolk, et al.
                  12-CV-0512 (JFB)(AKT)

Dear Judge Bianco:

I represent defendant DiLeonardo in the above-referenced case.

Plaintiff's counsel and I have agreed upon the following scheduling for submission of defendant's motion to dismiss:

- defendant's submission by December 14, 2012
- plaintiff's opposition by January 11, 2012
- defendant's reply by January 25, 2012.

Both County defendants have informed me that they will not be submitting motions.

                                    Respectfully Submitted,

                                    BARKET MARION EPSTEIN & KEARON, LLP

                                    By: _____
                                        Amy Marion (AM-7761)

cc:   Anthony M. Grandinette, Esq.
      Michael Ferguson, Esq.
      Brian Mitchell, Esq.