# Barket, Marion, Epstein & Kearon, LLP
Attorneys at Law
666 OLD COUNTRY ROAD, SUITE 700 • GARDEN CITY, NEW YORK 11530
[P] 516.745.1500 • [F] 516.745.1245

Bruce A. Barket  
Amy B. Marion

Steven B. Epstein  
Kevin T. Kearon

Hon. Elaine Jackson Stack  
Of Counsel

December 7, 2012

**via ELECTRONIC FILING**
Honorable Joseph F. Bianco
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

Re: Thomas M. Moroughan v. County of Suffolk, et al.
12-CV-0512 (JFB)(AKT)

Dear Judge Bianco:

I am writing to inform the Court that after conducting the necessary research and investigation into Plaintiff's Amended Complaint, Defendant Anthony DiLeonardo will not be submitting a Motion to Dismiss.

Respectfully Submitted,

BARKET MARION EPSTEIN & KEARON, LLP

By: /s/ Amy Marion
Amy B. Marion, Esq. (AM-7761)

cc: Anthony M. Grandinette, Esq. (via ECF)
Michael Ferguson, Esq. (via ECF)
Brian Mitchell, Esq. (via ECF)