December 11, 2012

Hon. A. Kathleen Tomlinson, U.S.M.J.
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: <u>Moroughan v. County of Suffolk, et al</u>.
    Index No. CV 12-0512 (JFB)(AKT)

Dear Judge Tomlinson:

This office represents the Suffolk County defendants in the above captioned action. Counsel for the County of Nassau, Mr. Michael Ferguson has requested a telephone conference regarding an application related to the amended complaint filed by the plaintiff. The Court has set the conference for Thursday, December 13, 2012 at 3:30 p.m.

On Thursday December 13, 2012 I will be conducting depositions at the Downstate Correctional Facility on an unrelated matter. I have given Mr. Ferguson my cell phone number and he will attempt to contact me to join in the conference. If for some reason I cannot be reached, or the deposition is not concluded, the Suffolk defendants wish to respectfully advise the Court that we have no opposition to the application being made by the County of Nassau. I thank the Court for its consideration of this matter.

Very truly yours,

PAUL J. MARGIOTTA
Acting Suffolk County Attorney

_____

Brian C. Mitchell
Assistant County Attorney

cc:
Michael J. Ferguson, Esq. (via ECF)
Anthony Grandinette, Esq (via ECF)
Amy Beth Marion, Esq. (via ECF)