# Barket, Marion, Epstein & Kearon, LLP

Attorneys at Law
666 Old Country Road, Suite 700 • Garden City, New York 11530
[P] 516.745.1500 • [F] 516.745.1245

Bruce A. Barket
Amy B. Marion

Hon. Elaine Jackson Stack
Of Counsel

Steven B. Epstein
Kevin T. Kearon

Aida Ferrer Leisenring

January 3, 2013

**via ELECTRONIC FILING**
Magistrate Judge A. Kathleen Tomlinson
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

Re: <u>Thomas M. Moroughan v. County of Suffolk, et al.</u>
12-CV-0512 (JFB)(AKT)

Dear Judge Tomlinson:

I am writing this letter as required by Your Honor's Order of today's date. As indicated in my letter which was sent to the Court via First Class mail yesterday, as required by Your Honor's Minute Order dated December 13, 2012, Document #51, Mr. DiLeonardo has never communicated electronically with Edward or Jillian Bienz.

Additionally, I am providing the e-mail correspondence between Mr. DiLeonardo and Sophia Cornia from February 2011 through December 2011 under separate cover, not filed electronically, via First Class Mail.

I am also providing the cellular telephone records for this Court's *in camera* review from August through November 2012 under separate cover, not filed electronically, via First Class Mail.

Respectfully Submitted,

BARKET MARION EPSTEIN & KEARON, LLP

By: _____
Amy B. Marion

---

NYC Office: 1790 Broadway, Suite 710 • New York, New York 10019 • [P] 212.972.1710
[Send all mail to Garden City address]

cc: via Electronic Filing
Anthony M. Grandinette, Esq.
Michael Ferguson, Esq., Assistant Nassau County Attorney
Brian Mitchell, Esq., Assistant Suffolk County Attorney