# Barket, Marion, Epstein & Kearon, LLP

Attorneys at Law
666 Old Country Road, Suite 700 • Garden City, New York 11530
[P] 516.745.1500 • [F] 516.745.1245

Bruce A. Barket

Amy B. Marion

Hon. Elaine Jackson Stack
Of Counsel

Steven B. Epstein

Kevin T. Kearon

Aida Ferrer Leisenring

January 16, 2013

**via ELECTRONIC FILING**
Magistrate Judge A. Kathleen Tomlinson
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

> Re:   Thomas M. Moroughan v. County of Suffolk, et al.
>        12-CV-0512 (JFB)(AKT)

Dear Judge Tomlinson:

Pursuant to Your Honor's Order dated January 3, 2013, I am notifying the Court that my client's home telephone provider Verizon informed my client that requests for billing information are only mailed out when customer's bills are mailed out, estimating that my client should be provided with the requested information by January 21, 2013 approximately.

My client's cellular telephone provider, Sprint, informed my client that he cannot receive text message details as requested; they stated that they only provide call histories.

Respectfully Submitted,

BARKET MARION EPSTEIN & KEARON, LLP

By: _____
Amy B. Marion

cc:   via ECF
      all parties

NYC Office: 1790 Broadway, Suite 710 • New York, New York 10019 • [P] 212.972.1710
[Send all mail to Garden City address]