February 8, 2013

Hon. A. Kathleen Tomlinson, U.S.M.J.
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:  Moroughan v. County of Suffolk, et al.
     Index No. CV 12-0512 (JFB)(AKT)

Dear Judge Tomlinson:

Pursuant to your direction at the February 5, 2013 conference in the above captioned action, the Suffolk County defendants wish to inform the Court that we have been advised by the Suffolk County Police Department Internal Affairs Bureau that the anticipated date of completion of the investigative report relating to the claim is March 15, 2013.

I thank the Court for its consideration of this matter.

Very truly yours,

PAUL J. MARGIOTTA
Acting Suffolk County Attorney

_____

Brian C. Mitchell
Assistant County Attorney

cc:
Michael J. Ferguson, Esq.  (via ECF)
Anthony Grandinette, Esq (via ECF)
Amy Beth Marion, Esq. (via ECF)