The Law Office Of
# ANTHONY M. GRANDINETTE

114 Old Country Rd. Suite 420 • Mineola, NY 11501

Of Counsel:
Paul Casteleiro
New Jersey

Bryant R. Camareno
Florida

Telephone: (516)877-2889
Telecopier: (516)294-5348
Email: Grandinettelaw@gmail.com

February 14, 2013

Magistrate A. Kathleen Tomlinson.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        **Re:** Thomas M. Moroughan v. The County of Suffolk, et al.
            Docket No.: CV-12-0512

Dear Magistrate Tomlinson:

    Enclosed please find a judicial subpoena directing Dr. Beverly Kraszewski to appear and give testimony pertaining to Anthony DiLeonardo in relation to his February 27, 2011 treatment at Huntington Hospital.

    I apologize for filing this subpoena three days late. Unfortunately, the snowstorm created some unanticipated personal issues, such as a partial roof collapse at my home, which kept me out of the office for several days. Thankfully, no one was hurt.

                                               Respectfully submitted,

                                               Anthony M. Grandinette

AMG/eb
Enc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

THOMAS M. MOROUGHAN,

**JUDICIAL SUBPOENA**
v.  CASE No: 12CV0512

THE COUNTY OF SUFFOLK, ET AL.,

TO: Dr. Beverley Kraszewski
c/o Huntington Hospital
272 Park Avenue
Huntington, New York 11743-9982

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at a deposition in the above case concerning Antony DiLeonardo, a patient at the Huntington Hospital Emergency Room on February 27, 2011.

| PLACE OF TESTIMONY: | DATE AND TIME: |
|---|---|
| The Law Office of Anthony M. Grandinette<br>114 Old Country Road, Suite 420<br>Mineola, New York 11501 | April 1, 2013 at 10:00 a.m. |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| Anthony M. Grandinette<br>Attorney for Plaintiff JOHN KOGUT | 02/12/13 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Anthony M. Grandinette
114 Old Country Road, Suite 420
Mineola, New York 11501
(516) 248-5317

    Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

    WITNESS, Honorable A. Kathleen Tomlinson, a Magistrate Judge presiding in the United States District Court for the Eastern District of New York, this 14th day of February, 2013.

**SO ORDERED:**

**Magistrate A. Kathleen Tomlinson**