UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THOMAS M. MOROUGHAN,

                    *Plaintiff,*

   -against-

THE COUNTY OF SUFFOLK,
SUFFOLK COUNTY POLICE DEPARTMENT,
SUFFOLK DETECTIVES RONALD TAVARES, CHARLES
LESER, EUGENE GEISSINGER, NICHOLAS FAVATTA,
AND ALFRED CICCOTTO,DETECTIVE/SGT. WILLIAM J. LAMB,
SGT. JACK SMITHERS,SUFFOLK POLICE OFFICERS WILLIAM MEANEY,
ENID NIEVES, CHANNON ROCCHIO,AND JESUS FAYA AND
SUFFOLK JOHN DOES 1-10,THE COUNTY OF NASSAU,
NASSAU COUNTY POLICE DEPARTMENT,
SGT. TIMOTHY MARINACI, DEPUTY CHIEF OF PATROL JOHN HUNTER,
INSPECTOR EDMUND HORACE, COMMANDING OFFICER DANIEL FLANAGAN,
DETECTIVE/SGT. JOHN DEMARTINIS, NASSAU POLICE OFFICERS
ANTHONY D. DILEONARDO,EDWARD BIENZ AND JOHN DOES 11-20
                    *Defendants.*
---------------------------------------------------------------x

12-CV-0512

JUDICIAL SUBPOENA
<u>DUCES TECUM</u>

TO:  State of New York Workers' Compensation Board
      175 Fulton Avenue
      Hempstead, New York 11550

GREETINGS:
    WE COMMAND YOU, that all business and excuses being laid aside, that you deliver to the office of the attorney representing the defendant, **The Law Office of Anthony M. Grandinette located at 114 Old Country Road, Suite 420, Mineola, New York 11501, on March 14, 2013, at 9:00 a.m.** the following records and information:
    <u>**Complete certified copies of Workers' Compensation board records for:**</u>

**Edward Bienz D.O.B.**        **Employer Name: Nassau County Police Department**
**Employer FEIN:12-3456789 Mailing Address 1490 Franklin Avenue, Mineola, New York**
**11501 Insurance Carrier: Triad Group, LLC Board W Number: W840003 (See Exhibit A)**

**Anthony DiLeonardo D.O.B.**      **Employer Name: Nassau County Police Department**
**Employer FEIN:12-3456789 Mailing Address 1490 Franklin Avenue, Mineola New York**
**11501 Insurance Carrier: Triad Group, LLC Board W Number: W840003 (See Exhibit B)**

    Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

    WITNESS, Honorable A. Kathleen Tomlinson, a Magistrate Judge presiding in the United States District Court for the Eastern District of New York, this ___ day of _____, 2013.

**SO ORDERED**

_____
A. Kathleen Tomlinson
United States Magistrate Judge
Date: February 28, 2013
Central Islip, N.Y.

SO ORDERED:

_____
Magistrate A. Kathleen Tomlinson

# EXHIBIT A



# EMPLOYER'S REPORT OF WORK-RELATED INJURY/ILLNESS
## State of New York - Workers' Compensation Board

**EC-2**

294

If one of your employees has a work-related injury or illness, you must complete and file this form within 10 days of the injury/illness or be subject to a penalty. For additional information on filing this form please refer to Workers' Compensation Law Section 110.

WCB Case Number (if you know it): _____   Date of Injury/illness: 2/27/2011

Carrier Case Number (if you know it): _____   Date of this Report: 2/27/2011

## A. EMPLOYER INFORMATION

1. Employer Name: Nassau County Police Dept
2. Employer FEIN: 12-3456789   3. Phone Number: 516-573-8800
4. Mailing Address: 1490 Franklin Av   Line 2: _____
   City: Mineola   State: NY   Zip Code: 11501   Country: USA
5. Location Address (if different): _____   Line 2: _____
   City: _____   State: _____   Zip Code: _____   Country: _____
6. Nature of Business or Industry Code:
   Law Enforcement
7. OSHA Case Number (if known): _____   8. NY UI Employer Reg Number: _____

## B. INSURANCE CARRIER / SELF-INSURED EMPLOYER

*If individually self-insured, enter your Board W Number and skip to Section C.*

1. Board W Number: W840003
2. Carrier/Group Name: Triad Group LLC
3. Policy Number: _____
   Policy Period - From: _____   To: _____
4. If Carrier Unknown, Insurance Agent Name
   First Name: _____   Last Name: _____
5. Insurance Agent Phone Number: _____

## C. EMPLOYEE'S PERSONAL INFORMATION

1. First Name: Edward   Last Name: Bienz   MI: ____
2. Date of Birth: _____   3. Social Security Number: _____
4. Mailing Address: 1490 Franklin Av   Line 2: _____
   City: Mineola   State: NY   Zip Code: 11501   Country: USA
   Contact Phone Number: _____   6. Gender: ● Male  ○ Female

# EXHIBIT B

279



# EMPLOYER'S REPORT OF WORK-RELATED INJURY/ILLNESS
## State of New York - Workers' Compensation Board

**EC-2**

THIS FORM IS BEING SUBMITTED ELECTRONICALLY. DO NOT MAIL TO THE BOARD

If one of your employees has a work-related injury or illness, you must complete and file this form within 10 days of the injury/illness or be subject to a penalty. For additional information on filing this form please refer to Workers' Compensation Law Section 110.

*Required Fields      Select (i) for additional information

This form has fields that become visible based upon your answers to certain questions. Greyed fields indicate the question can not be answered.

WCB Case Number (if you know it): _____      *Date of Injury/Illness: 2/27/2011
Carrier Case Number (if you know it): _____   *Date of this Report: 2/27/2011

## A. EMPLOYER INFORMATION (i)

1. *Employer Name: Nassau County Police Dept
2. *Employer FEIN: 12-3456789       3. *Phone Number: 516-573-8800
4. *Mailing Address: 1490 Franklin Av       Line 2: _____
   *City: Mineola      State: New York      Zip Code: 11501      *Country: USA
5. Location Address (if different): _____      Line 2: _____
   City: _____      State: Select State      Zip Code: _____      Country: USA
6. *Nature of Business or Industry Code:
   Law Enforcement
7. OSHA Case Number (if known): _____      8. NY UI Employer Reg Number: _____

## B. INSURANCE CARRIER / SELF-INSURED EMPLOYER (i)

☐ Check if you are an individually self-insured employer, enter your Board W Number and skip to Section C.

1. Board W Number: W840003
2. Carrier/Group Name: Triad Group LLC
3. Policy Number: _____
   Policy Period - From: _____      To: _____
4. If Carrier Unknown, Insurance Agent Name
   First Name: _____      Last Name: _____
5. Insurance Agent Phone Number: _____

## C. EMPLOYEE'S PERSONAL INFORMATION (i)

1. *First Name: Anthony       *Last Name: DiLeonardo       MI: ____
2. *Date of Birth: _____      3. Social Security Number: _____
4. *Mailing Address: 1490 Franklin Av       Line 2: _____
   *City: Mineola      State: New York      Zip Code: 11501      *Country: USA
5. Contact Phone Number: _____      6. Gender: ⊙ Male  ○ Female

EC-2 (1-11)   Page 1 of 4      THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION      www.wcb.state.ny.us

Plaintiff.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____X

Thomas M. Moroughan

               Plaintiff,

12-CV-0512
(JFB)(AKT)

-against-

The County of Suffolk, Suffolk County
Police Department, Suffolk Detectives Ronald Tavares, Charles
Leser, Eugene Geissinger, Nicholas Favatta, and Alfred Ciccotto,
Detective/Sgt. William J. Lamb, Sgt. Jack Smithers,
Suffolk Police Officers William Meaney, Enid Nieves, Channon Rocchio,
and Jesus Faya and Suffolk John Does 1-10,
The County of Nassau, Nassau County Police Department,
Sgt. Timothy Marinaci, Deputy Chief of Patrol John Hunter,
Inspector Edmund Horace, Commanding Officer Daniel Flanagan,
Detective/Sgt. John DeMartinis, Nassau Police Officers Anthony D. DiLeonardo,
Edward Bienz and John Does 11-20

               Defendants.

_____X

************************************************************************

## SUBPOENA

************************************************************************

THE LAW OFFICE OF ANTHONY M. GRANDINETTE
Attorneys for the Defendant(s)
114 Old Country Road, Suite 420
Mineola, New York 11501
(516) 248-5317

TO:

ATTORNEY(S) FOR

Service of a copy of the within

Dated,                                                                                          is hereby admitted.

SIR: PLEASE TAKE NOTICE

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a             duly entered in the office of the clerk of the within
named court on          2012

☐ **NOTICE OF SETTLEMENT**
that an order                          of which the within is a true copy will be presented for settlement to the
HON.                 one of the judges of the within named Court, at            on the       day
of         2012  at     A.M.

Dated: