1                                                        1

2       SUPREME COURT OF THE STATE OF NEW YORK

3       COUNTY OF SUFFOLK

4       ---------------------------------------X

5       THOMAS M. MOROUGHAN,

6                         Plaintiff,      Index No.
                                          12-CV-0512
7                    -against-

8       The County of Suffolk, Suffolk County
        Police Department, Suffolk Detectives
9       Ronald Tavares, Charles Leser, Eugene
        Geissinger, Nicholas Favatta, and
10      Alfred Ciccotto, Detective/Sgt. William J.
        Lamb, Sgt. Jack Smithers, Suffolk Police
11      Officers William Meaney, Enid Nieves,
        Channon Rocchio, and Jesus Faya and
12      Suffolk John Does 1-10, The County of
        Nassau, Nassau County Police Department,
13      Sgt. Timothy Marinaci, Deputy Chief of
        Patrol John Hunter, Inspector Edmund
14      Horace, Commanding Officer Daniel
        Flanagan, Detective/Sgt. John DeMartinis,
15      Nassau Police Officers Anthony D.
        DiLeonardo, Edward Bienz and John Does
16      11-20,

17                         Defendants.

18      ---------------------------------------x

19                         One West Street
                           Mineola, New York 11501
20
                           March 8, 2013
21                         12:00 p.m.

22

23                 Rich Moffett Court Reporting
                   114 Old Country Road, Suite 630
24                   Mineola, New York 11501
                           516-280-4664

25

```
1                                                      2

2

3                Examination Before Trial of the

4           Defendant TIMOTHY MARINACI, pursuant to

5           Court Order, before Rich Moffett, a

6           Notary Public of the State of New York.

7

8

9

10    A P P E A R A N C E S:

11    LAW OFFICE OF ANTHONY GRANDINETTE

12    Attorneys for Plaintiff

13           114 Old Country Road

14           Mineola, New York  11501

15    BY:   ANTHONY GRANDINETTE, ESQ.

16

17    NASSAU COUNTY OFFICE OF THE COUNTY ATTORNEY

18    Attorneys for Defendants

19           One West Street

20           Mineola, New York  11501

21    BY:   MICHAEL J. FERGUSON, ESQ.

22

23

24

25
```

3

IT IS HEREBY STIPULATED AND
AGREED by and between the attorneys
for the respective parties herein,
that the filing, sealing and
certification of the within deposition
be waived.

IT IS FURTHER STIPULATED AND
AGREED that all objections, except
as to the form of the question,
shall be reserved to the time of the
trial.

IT IS FURTHER STIPULATED AND
AGREED that the within deposition
may be sworn to and signed before
any officer authorized to administer an
oath with the same force and effect as
if signed and sworn to before the
Court.

- oOo -

4

1          Timothy Marinaci

2              TIMOTHY MARINACI, called as a

3          witness, having been duly  sworn by a

4          Notary Public, was examined     and

5          testified as follows:

6                  *              *              *

7      EXAMINATION BY

8      MR. GRANDINETTE

9          Q      Please state your full name for

10     the record.

11         A      Timothy Marinaci.

12         Q      What is your address?

13         A      Third Precinct, Nassau County

14     Police.

15         Q      Good morning, sir.  How are you

16     today?

17         A      Okay.

18             MR. FERGUSON:  I want to put on

19         the record that this deposition was

20         scheduled to start at 10:30.

21             Plaintiff's counsel has just

22         arrived.  It's, now, 12 Noon, and we're

23         beginning at this time.

24             MR. GRANDINETTE:  That's correct.

25         Q      Sergeant, I'd like to show you

5

                          Timothy Marinaci

1

2    what has been marked as Plaintiff's Exhibit 1.

3    It's a copy of the cover page of the amended

4    complaint.

5              I'm going to ask you if you had

6    an opportunity to read the complaint -- or the

7    amended complaint that was filed in this case?

8         A    I have seen a copy of it.  I

9    haven't read the whole complaint.

10        Q    Would you like to read the is

11   complaint prior to go deposed?

12        A    No.

13        Q    Now, you said that you thought --

14   although you haven't read the whole thing, do

15   you understand what the allegations are?

16             MR. FERGUSON:  Note my objection.

17             THE WITNESS:  Still answer if

18        even though there's an objection?

19             MR. FERGUSON:  Yes.

20        A    I believe I do.

21        Q    Don't tell me what if anything

22   was said, but did you have an opportunity to

23   discuss with your attorney, Mr. Ferguson, the

24   complaint and the allegations?

25             MR. FERGUSON:  Note my objection.

6

1          Timothy Marinaci

2      Don't answer that.  That's going into

3      attorney/client privilege what we

4      discussed.

5          MR. GRANDINETTE:  I,

6      specifically, said don't tell me

7      anything that was said.

8      Q      But, did you have an opportunity

9   to discuss the complaint and the allegations

10   in the complaint with your attorney?

11          MR. FERGUSON:  That's the same

12      thing.  You're asking him, specifically,

13      specific matters about which we

14      discussed.  It's privileged.

15          MR. GRANDINETTE:  I'm asking him

16      did he have a discussion, not what was

17      said.  Did he have a discussion.

18          MR. FERGUSON:  Yes.  You asked

19      him did he have a discussion regarding

20      the allegations in the complaint.

21          MR. GRANDINETTE:  Right.

22          MR. FERGUSON:  That is

23      privileged.  It's attorney/client

24      privilege.  Objection.  Don't answer.

25          MR. GRANDINETTE:  We'll come back

7

Timothy Marinaci

1

2     to that ruling.

3          Q       Now, did you review any documents

4     prior to testifying here, today?

5          A       Yes.

6          Q       Could you tell me what you

7     reviewed, please?

8          A       I reviewed the documents that I

9     prepared.

10         Q       What would those be?

11         A       It was the forms and the 206

12    package of the officers's injuries and

13    firearms discharge report.

14         Q       Did you review any other forms or

15    any other written materials?

16         A       No.

17         Q       The next question is:  Can you

18    tell me what if any forms you prepared as part

19    of your employment with respect to this

20    particular case?  So, in your official

21    capacity, what if any forms did you fill out

22    based upon your involvement in this particular

23    case?

24         A       I prepared the firearms discharge

25    report and the forms contained in the 206

8

1                      Timothy Marinaci

2    package.

3         Q       Other than that, did you fill

4    anything else out that you're aware of?

5         A       There was my memo book for the

6    day, but that was it.

7         Q       Do you have a copy of your memo

8    book with you?

9                 MR. FERGUSON:  I think I have a

10           copy of it.

11        A       Yes.

12                MR. FERGUSON:  One-page?

13                THE WITNESS:  One page.

14                MR. GRANDINETTE:  Why don't we

15           mark this as Plaintiff's Exhibit 21.

16                (Plaintiff's 21 marked)

17        Q       You indicated that you reviewed

18   the complaint with your attorney.  Can you

19   tell me -- without telling me anything that

20   was said -- how many times did you meet with

21   your attorney prior to this deposition?

22                MR. FERGUSON:  Note my objection

23           to the question because you stated

24           something --

25                MR. GRANDINETTE:  I'll rephrase

9

Timothy Marinaci

1

2          the question.

3          Q      How many times have you met with

4     your attorney prior to this deposition?

5          A      Twice.

6          Q      Okay.

7          A      Excuse me, once.

8          Q      When was the first time?

9          A      I don't remember the exact dates.

10          Q      Okay.  Well, so one time prior to

11     today?

12          A      We discussed the case one time,

13     yes.

14          Q      Was that in person or on the

15     phone?

16          A      In person.

17          Q      Can you tell me how long that

18     was?  -- how much time you spent together?

19          A      I don't recall.

20          Q      Can you give me an estimate?

21          A      I don't recall.

22          Q      How long ago was the meeting?

23          A      I don't remember.  I don't the

24     exact date.

25          Q      I'm not asking you the exact

10

                              Timothy Marinaci
1

2       date.  I'm asking you how long was the

3       meeting; was it a week?  Was it two weeks?

4       Was it today?

5               A       It was within the last month.

6               Q       So, within the last month when

7       you met him, can you give me a approximation

8       of how long you spent together?

9                       MR. FERGUSON:  You asked that

10              question a minute ago.  He said he

11              didn't recall.

12              Q       I'm asking you the question.

13              A       I don't recall.

14              Q       Can you tell me whether or not

15      you spent more than half a day with your

16      attorney?

17              A       More than half a day?

18              Q       Right.  Four-hour day in the

19      morning or the afternoon.  Did you spend more

20      than four hours with him?

21              A       I don't believe so.

22              Q       But, other than that you can't

23      tell me whether it was five minutes or

24      4 hours?

25                      MR. FERGUSON:  He said he doesn't

```
1                       Timothy Marinaci

2              recall the amount of time.

3          A       I don't recall.

4          Q       Directing your attention to

5     February 27, 2011, the date of the facts

6     surrounding this case, can you tell me since

7     that time did you have any contact with any

8     Nassau or Suffolk police officer, detective,

9     chief, inspector, etc. about this case?

10         A       No.

11         Q       Since February 27, 2011, in your

12    involvement with this case, have you had any

13    contact with any related party to the case; be

14    it an officer, a witness, a party?

15         A       Just my attorney.

16         Q       Specifically, have you had any

17    communication with any of the named parties on

18    the amended complaint in the caption?

19         A       Is that communications related to

20    this case?

21         Q       Right.  Well, no.  Any

22    communications with anybody in that caption.

23              MR. FERGUSON:  You mean whether

24              it had anything to do with this case or

25              not?
```

1               Timothy Marinaci

2               MR. GRANDINETTE:  Yes.

3               MR. FERGUSON:  Note my objection.

4          A     Yes.

5          Q     Okay.

6                Who?

7          A     Inspector Flanagan, Officers

8     DiLeonardo and Bienz.

9          Q     How many times would you say that

10    you've spoken with Inspector Flanagan?

11         A     I don't recall.

12         Q     Approximately?

13         A     I don't recall.

14         Q     Well, do you see him every day,

15    once a week, once a month; do you talk?

16         A     I see him rarely.

17         Q     So, what is your definition of

18    rarely?

19               MR. FERGUSON:  Note my objection

20          to the relevancy of this line of

21          questioning since he's already said he

22          didn't speak to him about this case.

23         A     Rarely.  I don't have a

24    definition of rarely.  I occasionally see him.

25         Q     In a calendar year, can you give

13

Timothy Marinaci

1   me since February of 2011 -- let's start with

2   the calendar year, 2011 -- approximately, how

3   many times would you say you saw him or spoke

4   to him?

5         A       I don't recall.

6         Q       Did you see or speak to him in

7   2011?

8         A       I don't recall any of the dates

9   of when I spoke to him.

10        Q       Okay.  Did you speak to him or

11  see him in 2011?

12        A       I don't recall any of the dates

13  when I saw him.

14        Q       I'm not asking you about a date.

15  I'm asking you the calendar year 2011; did you

16  see him or speak to him?

17        A       I cannot put a year, a date on

18  any of the times that I saw him.

19        Q       But, you have seen him or spoken

20  to him since February 27, 2011?

21                MR. FERGUSON:  Asked and answered

22        is.

23                You can answer it, again.

24        A       Yes.

14

Timothy Marinaci

1

2    Q       When you communicated with him

3    you said you know you didn't communicate about

4    this case?

5    A       Correct.

6    Q       Tell me what you communicated

7    about?

8           MR. FERGUSON:  Note my objection

9           to the relevancy to this line of

10          questioning.  if you can answer briefly,

11          you can answer.

12   A       I don't recall what we

13   communicated about.

14   Q       So, basically, since

15   February 27th after this case you saw your

16   inspector, but you don't know how many times

17   you saw or spoke to him and you don't know

18   what you spoke about, but you definitely never

19   spoke about this case; that's a fair summary?

20   A       Correct.

21   Q       Now, how about DiLeonardo and

22   Bienz?

23          MR. FERGUSON:  What's the

24          question?

25   Q       How many times have you seen or

15

1                     Timothy Marinaci

2     spoken to them since February 27th, 2011?

3          A     I don't know.

4          Q     Can you give me an estimate of

5     how many times you might have seen them since

6     February 27, 2011?  Or when I say see, I mean

7     see, speak to, either orally on the phone,

8     e-mail, whatever.

9          A     I'm sorry.  What was the

10    question?

11         Q     How many times have you

12    communicated with them since

13    February 27th, 2011?

14                MR. FERGUSON:  Note my objection.

15         A     I don't know.

16         Q     Can you give me an estimate?

17         A     No.

18         Q     So, you can't even tell me

19    whether or not you spoken to them, let's say,

20    twice since 2011?

21         A     I've spoken to them more than

22    that.  But, I cannot give you an estimation.

23         Q     Why can't you give me an

24    estimation?

25                MR. FERGUSON:  Note my objection.

16

1                    Timothy Marinaci

2        A      It's a large number of times.

3        Q      Fill me in, please.

4               MR. FERGUSON:  Objection.  What

5        do you mean, "Fill me in."  Is that a

6        question?

7               MR. GRANDINETTE:  Yes, it is.

8               MR. FERGUSON:  It's objected to,

9        and don't answer it.

10       Q      Sergeant, how often do you see

11   him?  Do you see him in --

12              MR. FERGUSON:  Who are you

13       referring to?

14              MR. GRANDINETTE:  Let me finish

15       the question.

16              MR. FERGUSON:  You said "see

17       him."  Who is see him?

18              MR. GRANDINETTE:  Off the record.

19              (Whereupon, there was a

20       discussion held off the record.)

21       Q      Sergeant, if at any time you

22   don't understand my question, do me a favor,

23   let me know.

24              Where's your command?

25       A      It's on Hillside Avenue in

1                    Timothy Marinaci

2      Williston Park.

3            Q        What's the name of the Precinct?

4            A        Third Precinct.

5            Q        Are Bienz are DiLeonardo assigned

6      there?

7            A        Yes.

8            Q        Were they assigned there before

9      the 27th?

10                   MR. FERGUSON:   Twenty-seventh of

11              what, 2011?

12           Q        Were they assigned there before

13     the 27th, the date of this incident?

14           A        After the date of the incident?

15           Q        Before the date of the incident.

16           A        They were assigned there before

17     the date.

18           Q        Were they assigned there after

19     the date of the incident?

20           A        Yes.

21           Q        Have they still remained under

22     your -- at that Precinct where you're

23     employed?

24           A        Yes.

25           Q        You've remained the Sergeant

18

Timothy Marinaci

2   there?

3        A       Yes.

4        Q       Do you see them frequently?

5                MR. FERGUSON:  Note my objection.

6        Who are you referring to?

7        Q       Do you know what I'm referring

8   to, DiLeonardo and Bienz.  Do you see these

9   men frequently since the date of this event?

10               MR. FERGUSON:  Objection.

11       A       I see Officer Bienz more than I

12  see Officer DiLeonardo.

13       Q       During the course of your

14  employment and their employment with the

15  Nassau County Police Department, have you seen

16  them on a consistent basis since the date of

17  this event?

18               MR. FERGUSON:  Note my objection.

19       What do you mean by a consistent basis?

20       Objection.  Question is vague.

21       A       I do work with them on a regular

22  basis.

23       Q       When they come in and you're

24  working you see them, right?

25       A       If we are working at the same

19

```
1                    Timothy Marinaci
2     time, yes.
3          Q      Are you their commanding Officer?
4          A      No.
5          Q      You're a Sergeant, correct?
6          A      Yes.
7          Q      Do you work in a supervisory
8     capacity at the Third Precinct?
9          A      Yes.
10         Q      They're patrol officers?
11         A      Yes.
12         Q      When you're on tour as the desk
13    Sergeant, are they -- do you supervise them
14    amongst other officers?
15         A      Yes.
16         Q      So, between February 27, 2011 and
17    today's date during the course of the time
18    that you may have seen them, have you ever
19    discussed this case with them?
20         A      No.
21         Q      Not once?
22              MR. FERGUSON:  Asked and answered
23         twice already.
24         Q      Have you ever discussed this case
25    with them even once?
```

20

1                    Timothy Marinaci

2          A       No.

3          Q       You never communicated one

4    sentence about the events of

5    February 27th, 2011 with either man after your

6    involvement that night?

7                    MR. FERGUSON:  Asked and answered

8             three times already.

9          A       No, I have not.

10         Q       Since February 27th, 2011, have

11   you received or sent any e-mails concerning

12   this case?

13         A       No.

14         Q       Do you have an e-mail with the

15   Nassau County Police Department?

16         A       Yes.

17         Q       What is that e-mail address?

18         A       Tmarinace@pdcd.org.

19         Q       Since the date of this event,

20   have you written or received any

21   correspondence regarding this case?

22         A       Since the 27th?

23         Q       Right.

24         A       I did, I believe, redo one of the

25   forms in the 206 package -- added information

21

1                    Timothy Marinaci

2     to it.

3           Q      Other than the forms you talked

4     about, did you ever receive a letter or issue

5     a letter regarding this case?

6           A      No.

7           Q      Were you ever interviewed by any

8     party other than your attorney since the date

9     of this event regarding the facts in this

10    case?

11          A      No.

12          Q      Would that include the Internal

13    Affairs Bureau of Nassau County?

14          A      They've not interviewed me.

15          Q      How about Internal Affairs of

16    Suffolk County?

17          A      No.

18          Q      Did they ever request, to your

19    knowledge, an interview of you?

20          A      Not to my knowledge.

21          Q      Were you ever questioned by the

22    Suffolk County Police Department -- any member

23    of the Suffolk County Police Department?

24          A      No.

25          Q      How about the Suffolk County

```
                                                    22
 1                    Timothy Marinaci
 2     District Attorney's office?
 3          A      No.
 4          Q      Again, those questions are with
 5     respect to after your involvement on the
 6     27th -- same answer?
 7          A      Is that a question?
 8          Q      Yes.
 9          A      Can you repeat the question?
10          Q      Sure.
11                 After your involvement on the
12     case, February 27, 2011, were you ever
13     questioned by any member of the Suffolk County
14     Police Department?
15          A      No.
16          Q      After your involvement in the
17     case on February 27, 2011, were you ever
18     questioned by any member of the Suffolk County
19     District Attorney's Office?
20          A      No.
21          Q      Would you be kind enough to state
22     your marital status.
23          A      I'm married.
24          Q      Educational background?
25                 MR. FERGUSON:  What's the
```

```
                                                           23
 1                    Timothy Marinaci

 2          question?

 3          Q       Could you state your educational

 4     background?

 5          A       I'm a high school graduate with

 6     two years of college.

 7          Q       Where did you graduate and when

 8     high school?

 9          A       Plainedge High School.

10          Q       What year?

11          A       1980.

12          Q       Born and raised in Plainedge?

13          A       Plainedge is not a town.

14          Q       Where were you born and raised?

15          A       In North Massapequa.

16          Q       Where did you go to school --

17     college?

18          A       Oswego, SUNY Oswego.

19          Q       Is that an Associate's degree

20     earned, or did you leave after the two years?

21          A       I left two years.

22          Q       What was your course of study

23     during those two years?

24          A       Mostly liberal arts.

25          Q       Ever arrested or suspended during
```

```
                                                    24
1                      Timothy Marinaci

2      the course of either high school or college?

3                      MR. FERGUSON:  Note my objection.

4            A      No.

5            Q      Any military service?

6            A      Yes.

7            Q      I'm sorry.  When you left Oswego,

8      was that in 82-83?

9            A      I believe it was 83.

10           Q      You said no military service,

11     correct?

12                     MR. FERGUSON:  No, that's not

13           what he said.

14           Q      Were you ever in the military?

15           A      Yes.

16           Q      When?

17           A      From 1981 to 1985.

18           Q      What branch?

19           A      Marine Corp.

20           Q      I see that you were at Oswego

21     while you were in the military; were you in a

22     program?

23           A      I was in Marine Corp. reserves.

24           Q      Between 81 and 85?

25           A      Yes.
```

25

1          Timothy Marinaci

2          Q        Were you honorably discharged?

3          A        Yes.

4          Q        Thank you for your service, by

5     the way.

6                   Ever a volunteer firefighter?

7          A        No.

8          Q        Emergency medical technician?

9          A        Yes.

10         Q        When did you receive

11    certification as an EMT?

12         A        In 1986.

13         Q        Did you ever put that to

14    practical use on a consistent basis?

15                  MR. FERGUSON:  Note my objection

16         to the form of the question.

17         A        I have used it.

18         Q        Is that during the course of your

19    employment with Nassau County Police

20    Department?

21         A        Yes.

22         Q        Were you ever re-certified?

23         A        No.

24         Q        Now, starting with 83 when you

25    left Oswego, I'd like to go over your

```
 1                    Timothy Marinaci

 2    employment and work history.

 3                    So, if you could start with 83

 4    after you left Oswego and briefly go through

 5    your employment history for me.

 6         A       I worked for a company called

 7    Space Structures.

 8         Q       Where were they and what did you

 9    do?

10         A       They were in Plainview, and I was

11    a fork lift operator and truck driver.

12         Q       From when to when?

13         A       I was there for approximately

14    nine months, I believe.

15         Q       83-84 time frame?

16         A       Approximately -- I'm trying to

17    remember the exact dates.

18         Q       It's okay.

19                    What did you do after that?

20         A       I worked for a company called

21    Raylar.

22         Q       Where were they and what did you

23    do?

24         A       They were on Old Country Road,

25    which I believe was Plainview, and I was a
```

27

```
 1                       Timothy Marinaci

 2      fork lift operator there, also.

 3              Q       How long were you there?

 4              A       Approximately 9 to 10 months.

 5              Q       So, 84 maybe into 85?

 6                      What did you do next?

 7              A       In July of 85, I started with the

 8      New York City Housing Police Department.

 9              Q       Prior to starting with New York

10      Housing PD, did you undergo a course of

11      training a their academy?

12              A       Prior to joining?

13              Q       Right.

14              A       The Housing Police Department?

15              Q       Right.

16              A       No.

17              Q       Subsequent to joining, did you

18      attend the New York Police Academy?

19              A       Yes.

20              Q       How long was that academy?

21              A       Approximately six months.

22              Q       How long did you remain with the

23      New York City Housing Police Department?

24              A       Approximately nine months.

25              Q       Where did you go after leaving
```

28

1              Timothy Marinaci

2    the Housing?

3         A      Nassau County Police Department.

4         Q      Do you recall your start date,

5    approximately?

6         A      It was April of 1986.

7         Q      What was your official position

8    with New York City Housing Police Department?

9         A      I was a police officer.

10        Q      Were you ever the subject of any

11   complaint or legal action during your tenure

12   with New York City Housing PD?

13        A      What type of complaint?

14        Q      Any complaint.

15        A      Yes.

16        Q      Do you know if it was founded?

17        A      I don't believe so.

18        Q      Do you recall what -- or what

19   they were for?

20               First of all, let me ask you, how

21   many times complaints?

22        A      I don't recall.

23               MR. FERGUSON:  Note my objection

24        to this line of questioning.

25        Q      Do you know what they were for?

1          Timothy Marinaci

2     A     I don't recall.

3     Q     So, you don't remember how many;

4  you don't recall what the subject matters of

5  the complaint may have been; and you don't

6  remember whether they were founded or

7  unfounded?

8          MR. FERGUSON:  Note my objection.

9          He said he didn't believe they were

10         founded.  Note my objection.  The

11         question is improper.

12    A     I don't recall what the

13  complaints were about.  I don't recall how

14  many.  And I don't believe that they were

15  founded.

16    Q     Now, when you started with the

17  Nassau County Police Department, what was your

18  rank?

19    A     Police officer.

20    Q     Did you attend Nassau County's

21  academy?

22    A     Yes.

23    Q     Approximately how long was that?

24    A     Approximately six months.

25    Q     Did you enter the academy on or

30

Timothy Marinaci

1      about April 1986 when you began employment

2      there?

3          A      Yes.

4          Q      Between April 1986 and today's

5      date, have you been employed by anyone else

6      other than the Nassau County Police

7      Department?

8          A      Yes.

9          Q      On a full-time basis?

10         A      No.

11         Q      So, Nassau County Police

12     Department has been your full-time employment

13     from April 86 to today's date?

14         A      Correct.

15         Q      Are you still employed by Nassau

16     County Police Department?

17         A      Yes.

18         Q      Could you state for me your

19     promotional history within the Department?

20         A      I was promoted in June of 2009.

21         Q      Okay.

22                From police officer to --

23         A      Sergeant.

24         Q      Was that a result of you taking

30

1                    Timothy Marinaci

2      about April 1986 when you began employment

3      there?

4          A      Yes.

5          Q      Between April 1986 and today's

6      date, have you been employed by anyone else

7      other than the Nassau County Police

8      Department?

9          A      Yes.

10         Q      On a full-time basis?

11         A      No.

12         Q      So, Nassau County Police

13     Department has been your full-time employment

14     from April 86 to today's date?

15         A      Correct.

16         Q      Are you still employed by Nassau

17     County Police Department?

18         A      Yes.

19         Q      Could you state for me your

20     promotional history within the Department?

21         A      I was promoted in June of 2009.

22         Q      Okay.

23                From police officer to --

24         A      Sergeant.

25         Q      Was that a result of you taking

31

Timothy Marinaci

1    and passing a civil servant test?

2           A      Yes.

3           Q      In between, sir, April of 86 and

4    June 2009, can you just give me your

5    assignments; what Precinct you were assigned

6    to?

7           A      In April of 1986, I was assigned

8    to the police academy.

9           Q      Okay.

10          A      I believe it was October of 86 I

11   was assigned to the Third Precinct.

12          Q      Okay.

13          A      I believe it was June of 1989 I

14   was assigned to the narcotics enforcement

15   team.

16                 In June, I believe, of 2000 I was

17   assigned to the Third Precinct.

18          Q      Okay.

19          A      And in June of 1997 I was

20   assigned to the Bureau of Special Operations.

21          Q      Okay.

22                 I thought you said in June of

23   2000 you were re-assigned from the narcotics

24   enforcement team to the Third?

32

1                          Timothy Marinaci

2          A       No, excuse me.  That was 1990.

3    That was my mistake.  It was one year.

4          Q       How long were you at BSO?

5          A       Approximately 12 years.

6          Q       Was it from BSO to the time you

7    were promoted to Sergeant?

8          A       Yes.

9          Q       So, after your promotion to

10   Sergeant in June of 2009, where were you

11   assigned?

12                 MR. FERGUSON:  Third Precinct.

13         Q       Third?

14         A       Yes, the Third Precinct.

15         Q       Have you been there ever since?

16         A       Yes.

17         Q       Now, with the narcotics

18   enforcement team, were you undercover?

19         A       At times, yes.

20         Q       During the course of your career

21   from April of 86 to today's date, have there

22   ever been any formal complaints filed against

23   you?

24         A       Yes.

25         Q       How many?

33

1                    Timothy Marinaci

2        A       I don't recall.

3                MR. GRANDINETTE:  Off the record.

4                (Whereupon, there was a

5        discussion held off the record.)

6        Q       From January 2007 to today's

7    date, has there been any formal complaints

8    filed against you?

9                MR. FERGUSON:  Note my objection.

10       You can answer be.

11       A       What was the start date?

12       Q       January 2007.

13       A       I don't believe so.

14       Q       You said that you're not familiar

15   with the subject matter of any complaint filed

16   against you?

17               MR. FERGUSON:  When are you

18       talking about, now?

19               MR. GRANDINETTE:  All of them.

20               MR. FERGUSON:  Note my objection.

21       Q       From April 86 to today's date.

22               MR. FERGUSON:  You already stated

23       that you're -- five year period for --

24       stipulation of five year period

25       concerning formal complaints.

1        Timothy Marinaci

2            MR. GRANDINETTE:  There's a

3        significant difference of what I said.

4            MR. FERGUSON:  I don't agree that

5        there is.

6            MR. GRANDINETTE:  The record is

7        clear that you're required to produce

8        documents five years back.  I am not

9        precluded from asking questions about

10       it.

11           MR. FERGUSON:  I think you are.

12           MR. GRANDINETTE:  Fine.

13           Two minutes ago, you told me,

14       Mike, you don't have no idea about it.

15           MR. FERGUSON:  You asked me a

16       specific questions about it.

17           MR. GRANDINETTE:  Are you

18       directing him not to answer?

19           MR. FERGUSON:  Anything beyond

20       that five years, yes.

21           MR. GRANDINETTE:  We'll mark that

22       for a ruling.

23       Q    Now, have you ever been charged

24  with any administrative charges between

25  April 1986 and today's date?

35

1            Timothy Marinaci

2            MR. FERGUSON:  Same objection.

3       Same thing.  Same objection.

4            THE WITNESS:  Should I answer?

5            MR. FERGUSON:  No.

6            MR. GRANDINETTE:  We'll call for

7       a ruling on that.

8       Q     From January of 2007 to today's

9  date, have you ever been charged with any

10  administrative charges?

11       A     No.

12       Q     From April 1986 to today's date,

13  have you ever been named defendant in a civil

14  action brought against you in your work

15  capacity?

16       A     Only in this incident.

17            MR. GRANDINETTE:  May I have this

18       marked as 22, please.

19            (Plaintiff's 22 marked)

20       Q     Sergeant, if you could take a

21  look at what has been marked as Plaintiff's

22  22, which is your training record.  I'd ask

23  you to flip through those nine pages.  Ask you

24  if that accurately reflects your training

25  record while employed by the Nassau County

36

1                       Timothy Marinaci

2       Police Department between April 1986 and

3       today's date?

4               A       Can you ask the question again,

5       please?

6               Q       Having looked at what has been

7       marked as Plaintiff's 22, do you recognize

8       that as your training record while employed

9       with the Nassau County Police Department?

10              A       Yes.

11              Q       Does it accurately reflect your

12      training history with the Nassau County Police

13      Department?

14              A       I don't know.

15              Q       What about it is not accurate?

16              MR. FERGUSON:  Objection.  He

17              didn't say it wasn't accurate.  He said

18              he doesn't know.

19              Q       Looking at it, does it appear to

20      you to be accurate?

21              MR. FERGUSON:  Note my objection

22              to the form of the question.  If you can

23              answer.

24              A       I don't know if it includes all

25      of my training.

37

1                     Timothy Marinaci

2          Q        Those things that are listed --

3     for example, let's look at the last one.

4                     On May 26, 2011, were you taught

5     or trained on general topics of instruction,

6     re-certification?

7          A        I wasn't taught; I was

8     re-certified.

9          Q        So, is that accurately reflected

10    in your training record?

11         A        Yes.

12         Q        And the next entry says March 23,

13    2010; and it reflect 2.5 credit hours for

14    M-O-N-A-D-N-O-C-K training-basic.

15                    Do you recall taking or going to

16    that training course?

17         A        Yes.

18         Q        Was it back on March 23, 2010?

19         A        I don't recall.

20         Q        At any rate, do you recall doing

21    any training in between those two that is not

22    reflected in this training record?

23         A        I don't recall.

24         Q        So, would it be fair to say,

25    then, that at least the first examples that

38

1              Timothy Marinaci

2   we've selected here accurately reflect your

3   training record with Nassau County Police

4   Department?

5              MR. FERGUSON:  He said he doesn't

6         recall if there's anything in between

7         there.

8              MR. GRANDINETTE:  I know he

9         doesn't recall.

10        Q     As far as you know, then, at

11   least these first two examples accurately

12   record -- what you recall receiving training

13   in?

14             MR. FERGUSON:  Note my objection

15        to the form.  If you understand that and

16        can answer, you can try.

17        A     I recall the training I went

18   through.  I don't recall the exact dates.

19        Q     Is it your understanding that

20   when you go for a training course while

21   employed with the Nassau County Police

22   Department they take a role call and they

23   record what your training is on a record like

24   this, Plaintiff's 22?

25        A     The question is:  Do I know they

39

                        Timothy Marinaci

1

2      do it?

3           Q      Yes.  Is that your understanding

4      of Nassau County Police Department's policy

5      and procedure that when you go for a training

6      course you take it and they record it as part

7      of your training record?

8           A      Yes.

9           Q      Is that what Plaintiff's 22

10     represents with respect to you, Timothy

11     Marinaci?

12                  MR. FERGUSON:  Note my objection.

13          A      This is a copy of my training

14     record.

15          Q      Now, sir, were you ever trained

16     in being a member of the Deadly Force Response

17     Team?

18          A      No.

19          Q      Were you ever given any written

20     materials about duties and responsibilities of

21     being associated with the Deadly Force

22     Response Team?

23          A      Yes.

24          Q      When?

25          A      I don't recall.

40

1                    Timothy Marinaci

2          Q        What form did that take?

3          A        It was in the Department manual.

4          Q        It's in a manual?

5          A        Department manual.

6          Q        Somebody specifically brought

7    that to your attention to review, or how did

8    that come about?

9          A        The manual was given to me.  I

10   don't believe it was ever -- that specific

11   section was ever brought to my attention.

12         Q        So, this was a manual that was

13   comprised of all the administrative rules and

14   regulations within the Department?

15         A        Yes.

16         Q        Were you ever, specifically,

17   trained or tested on the provisions regarding

18   the Deadly Force Response Team?

19         A        I don't believe so.

20         Q        Have you ever participated prior

21   to February 27th, 2011 as a member of the

22   Deadly Force Response Team?

23         A        No.

24         Q        What is your understanding of the

25   Deadly Physical Force Response Team?

41

1                  Timothy Marinaci

2          A       It is a group of officers who do

3     an administrative investigation of use of

4     deadly physical force.

5          Q       What do you mean by

6     administrative investigation?

7          A       By administrative, it's a

8     department investigation.

9          Q       Is it administrative because it's

10    a member of the Department who used deadly

11    physical force, as opposed to a perpetrator?

12         A       I don't know why it's

13    administrative.

14         Q       On February 27th, 2011, were you

15    part of the Deadly Physical Force Response

16    Team relative to this case?

17               MR. FERGUSON:  He's already

18            answered that, but go around again.

19         A       No.

20         Q       So, it was your understanding

21    that on the evening of 2/27/2011 you were not

22    a member of the Deadly Physical --

23               MR. FERGUSON:  Wait a second.

24            You're going to ask the same question

25            three times?  He answered it twice.

42

1              Timothy Marinaci

2         Now, you're asking the third time.

3              This is after you show up an hour

4         and-a-half late, and you want to ask the

5         same question three times?

6              MR. GRANDINETTE:   Okay.

7         Q     Was it your understanding that

8    you were not a member of the Deadly Force --

9    Physical Force Response Team on February 27th,

10   2011?

11        A     I was not a member of the Deadly

12   Physical Force Response Team.

13        Q     Now, what I'd like to do is we

14   are going to switch gears.  We are going to

15   talk, specifically, about the events of 2/27.

16             But, what I'd like to do is start

17   with Plaintiff's 21.  If you could briefly

18   look at that -- if that helps you -- to tell

19   me what your tour of duty was that day?

20        A     It was from 6:30 at night to 6:30

21   in the morning.

22        Q     Was that your standard tour,

23   12 hours?

24        A     Yes.

25        Q     Now, I'm going to go back on what

43

1            Timothy Marinaci

2    I just said.  Before we get into the events,

3    I'm going to ask you a couple of more

4    preliminary questions.

5                You said you were assigned to the

6    Third as of June 2009 as a sergeant, right?

7         A        I was actually assigned in July

8    of 2009.

9         Q        In that capacity, you have

10   supervisory duties as a desk Sergeant for

11   patrolmen?

12               MR. FERGUSON:  He didn't say he

13          was a desk Sergeant.

14        Q        Why don't you explain to me what

15   your duties were when you were assigned to the

16   Third Precinct in July of 2009?

17        A        I was assigned as a Sergeant.

18        Q        In what capacity; what were your

19   duties and responsibilities?

20        A        Mostly as patrol supervisor and,

21   occasionally, as the desk officer.

22        Q        As a patrol supervisor, briefly,

23   tell me what your duties and responsibilities

24   were?

25        A        Supervise police officers who

44

                          Timothy Marinaci

1

2    were on patrol in the Third Precinct.

3         Q       Were two of those officers patrol

4    officers assigned to the Third Precinct

5    Anthony DiLeonardo and Edward Bienz?

6         A       Are you asking me were they

7    assigned to the Third Precinct?

8         Q       Right.

9         A       Yes.

10        Q       Those two men, then, would be

11   under your supervision since July of 2009 in

12   your capacity as a Sergeant at the Third

13   Precinct?

14        A       At the time when we were working

15   at the same time.

16        Q       Right.

17                I imagine, over the course of

18   those five years that that was fairly often,

19   no?

20                MR. FERGUSON:  What five years

21        are you talking about?

22                MR. GRANDINETTE:  From July of

23        2009 --

24                MR. FERGUSON:  Excuse me.

25        Objection to what "fairly often" means.

45

1        Timothy Marinaci

2        Q       From July of 2009 through

3    February 27, 2011, were DiLeonardo and Bienz

4    under your supervision?

5        A       At the time when we were working

6    at the same time.

7        Q       How often would that be during

8    the course of your tour at the Third and

9    their employment at the Third as patrolmen.

10       A       In that time period, I don't

11   recall how often we worked together.  It was

12   on a regular basis.  But, I don't recall how

13   often.

14       Q       By a regular basis, can you give

15   me an idea?  Did you work 3-4 times a week

16   together?

17       A       Our work schedule is not set up

18   by the week.  It's a rotating basis.  So, it's

19   difficult to give you a by week estimation.

20       Q       The best way that you can do

21   it -- by tour, by month, by calendar year?

22            MR. FERGUSON:  If you know.

23       Don't speculate.  If you understand the

24       question and if know.  But, don't guess

25       or speculate if you don't know.

46

1                    Timothy Marinaci

2          A      Our work schedule is set up as

3     five working days, split up by days off.  I

4     don't recall how many times of those that I

5     worked with those officers.

6          Q      Can you give me an idea -- a

7     general idea -- over the course of those five

8     years how much time you spent with these guys

9     as their supervisor?

10                 MR. FERGUSON:  Same instruction.

11          Don't guess.  If you know, you can

12          answer.  But, if you don't, don't guess.

13          A      In that time period, I don't

14     recall.

15          Q      How many patrolmen are assigned

16     to the Third?

17          A      At this time?

18          Q      I'm sure the number changes give

19     or take a couple of patrolmen, right?

20          A      Yes.

21          Q      Generally speaking, over

22     the course of those five years, how many

23     patrolmen worked in the Precinct?

24          A      I'm not sure exactly.  I'd say

25     anywhere from 180 to 200.

47
1                    Timothy Marinaci

2          Q       How many Sergeants during that

3    same time are assigned to supervise those men?

4          A       That has changed.

5          Q       Approximately?

6          A       At what time?

7          Q       Let's do 2009 to 2011.

8          A       It has changed in the middle of

9    that time.

10         Q       Before the change, how many

11   Sergeants were there?

12         A       Approximately 15 to 18.

13         Q       During the course of your

14   supervisory duties of these men, did you have

15   occasion to get to know them?

16                 MR. FERGUSON:  Which men are you

17         talking about?

18         Q       DiLeonardo and Bienz.

19         A       At which point?

20         Q       From 2007 to February of 2011.

21                 MR. FERGUSON:  Your question is:

22         Did he get to know them?

23                 MR. GRANDINETTE:  That was my

24         question, yes.

25         A       I'm acquainted with them, yes, at

48

1                          Timothy Marinaci

2       that time.

3              Q       Could you describe for me, to the

4       best of your ability, your relationship with

5       Anthony DiLeonardo and Edward Bienz?

6              A       I work with them, and I was a

7       supervisory Officer.

8              Q       Based upon working with them for

9       those numbers of years, did you become

10      friendly with them?

11             A       No.

12             Q       Did you ever discuss their

13      personal relationships, their families, those

14      kind of things?

15                     MR. FERGUSON:  Note my objection.

16             A       I don't recall.

17             Q       Did you ever socialize with

18      either man?

19             A       No.

20             Q       Did you ever socialize with them

21      at employment functions at the Third Precinct,

22      a barbecue, a picnic, anything like that?

23             A       I don't recall.

24             Q       Did you, yourself, or are you

25      aware of them ever being disciplined from the

49

                          Timothy Marinaci

1

2     time that you were assigned as a Sergeant in

3     July of 2009 through February of 2011?

4          A      Through February of 2011?  I

5     don't recall anything.

6          Q      You know, the date of this

7     incident?

8          A      I have no knowledge of anything.

9          Q      So, other than the fact that you

10    worked with these guys you wouldn't describe

11    them as friends?

12         A      Were they friends?

13         Q      Were you friends?

14         A      Was I friends with them?

15         Q      Right.

16         A      No, I was not.

17         Q      Did you ever have any problems

18    with either one of them, DiLeonardo or Bienz,

19    on a professional basis as patrolmen?

20         A      What do you mean by "problems"?

21         Q      Any problems.  Did you think they

22    were competent police officers?  Did you think

23    that they were --

24                MR. FERGUSON:  What is your

25         question?

50

1                    Timothy Marinaci

2          Q        Did you ever have any problems

3    with them in a professional capacity?

4          A        Not that I recall.

5          Q        Were you ever responsible as a

6    supervisor for doing reviews of Officers under

7    your command?

8          A        Written reviews?

9          Q        Written, oral.

10         A        No.

11         Q        Let's go to February 27th, 2011.

12   You're working from 6:30 p.m. to 6:30 a.m.,

13   starting on the 26th going into the 27th; is

14   that correct?

15         A        Yes.

16         Q        What, specifically, are you doing

17   at the -- during that tour?

18         A        I was a patrol supervisor.

19         Q        As a patrol supervisor, you're

20   assigned to the Precinct and you monitor the

21   patrolmen working during the course of your

22   tour?

23         A        Police officers, yes.

24         Q        You said there were 180 guys.

25   Give me an idea on the 26th how many men were

51

1                      Timothy Marinaci

2      working -- how many patrolmen were working?

3                      MR. FERGUSON:  Objection.  You

4          mischaracterized his testimony.

5                      MR. GRANDINETTE:  I did?

6                      MR. FERGUSON:  Yes.

7          Q       How many patrolmen would be

8      working on February 26, 2011, roughly?

9                      MR. FERGUSON:  Which tour?

10         Q       During your tour, roughly.

11         A       I don't recall.

12         Q       Can you give me an idea how many

13     patrolmen would be working, roughly, that you

14     were responsible for?

15         A       There are 25 patrol sectors in

16     the Third Precinct.  Not all of them are

17     manned.  Some of them are in 2-man cars, plus

18     other assignments.

19         Q       You've been doing this for five

20     years, right?

21         A       No.

22         Q       Weren't you -- on February 2011,

23     is it your testimony that you can't give me a

24     rough estimate of how many patrolmen you would

25     be supervising at any given time?

52

1                    Timothy Marinaci

2        A       That is not my testimony, no.

3        Q       That's what I'm looking for.  Can

4    you give me an estimate; 10 guys, 15, 25 guys?

5                MR. FERGUSON:  When you say guys,

6            are you saying --

7                MR. GRANDINETTE:  Patrolmen.

8                MR. FERGUSON:  Are you assuming

9            that there are no women in the police

10           department?

11               MR. GRANDINETTE:  Patrol

12           officers.

13       A       I would say approximately 10 to

14   12 that I was directly supervising.

15       Q       Then there were other sergeants

16   working as well who would be responsible for

17   the other patrol officers on the tour at the

18   same time?

19       A       Yes.

20       Q       When the patrol officers were on

21   tour, they were responsible to communicate

22   with you when they called into the Precinct?

23       A       No.

24       Q       Was one of your responsibilities

25   to oversee, for example, arrest paperwork or

53

1              Timothy Marinaci

2      processing prisoners of the 12 officers that

3      were working during the tour?

4           A      No.

5           Q      Explain to me what your oversight

6      responsibilities would have been for these men

7      or women?

8           A      On that date?

9           Q      Yes, in general.

10              MR. FERGUSON:  That's two

11          different things.

12          Q      On or about February 2011,

13     explain to me what your duties as a supervisor

14     would be for the men and women under your

15     supervision?

16          A      It depends on what position I was

17     holding that day.

18          Q      What positions could have you

19     been holding?

20          A      Patrol supervisor or desk

21     Officer.

22          Q      Explain, first, patrol

23     supervisor, and then second, desk Officer?

24          A      As patrol supervisor, I

25     supervised officers on patrol in the street.

54

1                    Timothy Marinaci

2          Q       What does that mean?

3          A       I monitor the radio assignments

4    and just supervise their general conduct and

5    response to assignments.

6          Q       What about if they make an

7    arrest; do you have any responsibilities

8    there?

9          A       If an Officer makes an arrest?

10   At times, yes.

11         Q       What are those responsibilities?

12         A       Supervision.

13         Q       Do you ever sign off on any of

14   the paperwork?

15         A       As a patrol supervisor?

16         Q       Yes.

17         A       No.

18         Q       Do you have to review the arrest

19   information with the patrolmen before they

20   make an arrest?  Do you have any role in that?

21         A       At times.

22         Q       Explain that to me.

23         A       If I am at the scene of an

24   arrest, I would discuss with the Officer the

25   situation and supervise what happens after

55

1                    Timothy Marinaci

2     that.

3          Q      So, at times they may call you to

4     the scene?

5          A      Yes.

6          Q      Is that because they call you for

7     assistance; they're looking for your guidance

8     and direction?

9                 MR. FERGUSON:  Note my objection

10            as to what somebody else's purpose is on

11            some unknown date under some unknown

12            circumstances.

13         A      What's the question, again?

14         Q      You don't go to every arrest

15    scene, do you?

16         A      No.

17         Q      When you go to an arrest scene

18    that is because you get a request from a

19    patrolman under your supervision?

20         A      Not always.

21         Q      But, when it happens is that when

22    you do it?

23                MR. FERGUSON:  Note my objection.

24            That doesn't make any sense.

25         Q      If somebody calls you and asks

56

1                    Timothy Marinaci

2      you "Sarge, come down to the scene," you

3      respond to the scene?

4           A      Yes.

5           Q      Sometimes you respond to the

6      scene based upon what you hear and the nature

7      of the call, I assume?

8           A      Yes.

9           Q      Something very serious you may

10     respond, right?

11          A      Yes.

12          Q      So, there are times when you're

13     involved with oversight and discussion of

14     facts and circumstances of an arrest, right?

15          A      Yes.

16          Q      As a desk Sergeant, what are your

17     duties and responsibilities?

18          A      Desk Officer is responsible for

19     that tour of duty, for administrative

20     functions in the Precinct, and for overall

21     supervision of the Third Precinct.

22          Q      In your supervisory capacity, how

23     many times have you assisted or been present

24     at a crime scene involving either DiLeonardo

25     or Bienz?

57

                    Timothy Marinaci

1

2       A       I don't recall.

3       Q       Can you tell us whether or not

4   you've ever been at a scene with DiLeonardo or

5   Bienz?

6               MR. FERGUSON:  At a scene?

7       Q       When I say "a scene" respond to

8   an arrest as a result of their call for

9   instance, first.

10              MR. FERGUSON:  You got to make

11          that clear from your question.  You're

12          just saying have you ever responded to a

13          scene.  Now, you're something it's

14          something else.  You got to make it

15          clear from your question.

16              I could be objecting to every one

17          of these questions.  But, I am trying to

18          get through this.

19      Q       You can answer the question.

20   Have you ever responded to a call by

21   DiLeonardo or Bienz for supervision at an

22   arrest scene?

23      A       Ever?

24      Q       Yes.

25      A       I have for Officer Bienz.  I

58

Timothy Marinaci

1   don't recall if I have for Officer DiLeonardo.

2

3   Q    The next question is:  Have you

4   -- not at their specific request -- but, have

5   you based you upon the nature and

6   circumstances, ever responded to an arrest

7   scene on your own that either DiLeonardo or

8   Bienz were involved with?

9   A    I believe I have for Officer

10  Bienz.  I don't recall for Officer DiLeonardo.

11  Q    Your recollection, then, you've

12  only been at maybe 1, 2 arrest scenes with

13  Bienz since July of 2009 through February

14  of 2011, and you have no recollection of ever

15  participating in one with DiLeonardo?

16           MR. FERGUSON:  Just for

17           clarification, when you say an arrest

18           scene with Bienz, you mean Bienz is

19           present or he's the arresting officer?

20           MR. GRANDINETTE:  He is present.

21           MR. FERGUSON:  He just happens to

22           be there; that's what your including?

23           MR. GRANDINETTE:  Yes, he's

24           there, in his official capacity.  Not

25           that he is there having a milk shake.

59

1        Timothy Marinaci

2              MR. FERGUSON:  No one is talking

3        about milk shakes.

4              You're saying at a scene with

5        Bienz, I just wanted to know, are you

6        saying that Bienz -- you know, many

7        officers can respond to a scene.

8              Are you saying -- are you asking

9        this Sergeant whether Bienz was the

10       arresting officer when he was present;

11       is that what you're asking?

12             MR. GRANDINETTE:  No.

13             I'll repeat the question.

14       Q      You mentioned, earlier, that you

15   might have been at a scene at the request of

16   Bienz when he called in and requested a

17   Sergeant to come to the scene, right?

18       A      It is possible.

19       Q      But, you don't have such a

20   recollection with respect to DiLeonardo,

21   correct?

22       A      Correct.

23       Q      Do you have any recollection of

24   you -- of your own accord -- responding to a

25   scene where DiLeonardo or Bienz were

```
                                                  60
 1                      Timothy Marinaci

 2     participating in the law enforcement capacity

 3     of investigating a crime?

 4            A       Yes.

 5            Q       How many times?

 6            A       I don't recall.

 7            Q       Was it more than once?

 8            A       Yes.

 9            Q       More than twice?

10            A       Yes.

11            Q       More than three times?

12            A       Yes.

13            Q       More than six times?

14            A       Yes.

15            Q       More than a dozen?

16            A       Yes.

17            Q       More than 20?

18            A       Don't recall.

19            Q       So, somewhere between a dozen and

20     20, perhaps?

21            A       Is that a question?

22            Q       Yes.

23            A       I don't recall.

24            Q       Of those, have you ever

25     signed off on any of the arrests?  Have you
```

1                     Timothy Marinaci

2       ever signed off on any of the arrest

3       paperwork?

4                     MR. FERGUSON:  Whose arrest are

5               we talking about?

6                     MR. GRANDINETTE:  DiLeonardo or

7               Bienz?

8                     MR. FERGUSON:  You mean, were

9               they the arresting officer?

10                    MR. GRANDINETTE:  On their arrest

11              paperwork.

12      A       It's possible, but I don't

13      recall.

14      Q       Now, what if anything happened on

15      February 27th that engaged you in police

16      action related to this case?

17      A       I didn't take any police action

18      in regard to this case.

19      Q       At some point, didn't you get a

20      call or somebody put you on notice that there

21      was a problem with Officer DiLeonardo?

22      A       Yes.

23                    MR. FERGUSON:  Note my objection

24              to the form of the question.

25      Q       Tell us how it came to be that

62

1          Timothy Marinaci

2    you received knowledge that there was an

3    Officer who discharged his firearm off-duty?

4          A     That's very broad.  I need to --

5          Q     Who advised you on the evening of

6    February 27, 2011, that there was an incident

7    involving DiLeonardo and Bienz?

8          A     No one advised me on the evening

9    of February 27th.

10         Q     Tell me how it was that you first

11   became involved in this case?

12         A     Initially?

13         Q     Yes.

14         A     I was told by the desk Officer in

15   the Third Precinct that an incident had

16   occurred.

17         Q     Who was that?

18         A     Sergeant Papa.

19         Q     What did Sergeant Papa tell you?

20         A     He told me that he received a

21   phone call from Suffolk County Police about

22   the incident.

23         Q     Did he give you any more specific

24   facts, or he just told you that there was an

25   incident?  Did he tell you there was a

63

Timothy Marinaci

1  shooting, for example?

2  A        Yes.

3  Q        As best you can recall, tell me

4  what Sergeant Papa told you?

5  A        He told me that he had been told

6  that Officer DiLeonardo had been shot and was

7  in Huntington Hospital.

8  Q        As a result of you being told

9  that by Sergeant Papa, what if anything did

10  you do, or what if any direction did you

11  receive?

12  A        I discussed it with Sergeant

13  Papa, and I responded to Huntington Hospital.

14  Q        Would you be kind enough to tell

15  me what you discussed with Sergeant Papa which

16  resulted in your responding to Huntington

17  Hospital?

18  A        I don't remember the exact

19  conversation.

20  Q        To the best of your recollection.

21  A        We discussed that someone needed

22  to go there, and I was the closest.  So I

23  went.

24  Q        When you say the closest, did you

64

                          Timothy Marinaci
1
2      live closest to Huntington Hospital?
3                   MR. FERGUSON:  Did you live, you
4             said?
5             Q      Your personal residence?
6                   MR. FERGUSON:  Wait a second.  He
7             did not say he was at his personal
8             residence.  What does his personal
9             residence have to do --
10            Q      You said that you were closest?
11                  MR. FERGUSON:  He wasn't talking
12            about his personal residence.
13                  MR. GRANDINETTE:  I don't know
14            what he is talking about.  I'm asking
15            the question.
16                  MR. FERGUSON:  I'm interjecting
17            here.
18                  MR. GRANDINETTE:  You can't
19            testify.
20                  MR. FERGUSON:  I am not
21            testifying.  I'm talking about the law
22            in the State of New York.  You can't ask
23            officers questions about their personal
24            residence.
25                  MR. GRANDINETTE:  I don't want to

```
                                                    65
1              Timothy Marinaci
2         know about his personal residence.
3              MR. FERGUSON:  That's why I'm
4         interjecting here because you're
5         starting to talk about personal
6         residence, and the Officer wasn't saying
7         anything about that.  I'm mindful of
8         what the law is.  I don't want him to
9         say anything about his personal
10        residence.
11             Q      Don't give me your personal
12   residence.
13                    Was the reason why you were
14   picked to go as opposed to Sergeant Papa
15   because it was out in the Huntington area and
16   you live closer to the hospital than he did?
17             A      No.
18             Q      What did you mean, then, when you
19   said you were closest?  Were you closest to
20   DiLeonardo and Bienz?
21             A      When you say closest to them,
22   what do you mean?
23             Q      Did you know them better than
24   Sergeant Papa?
25             A      I don't know.
```

66

1          Timothy Marinaci

2          Q     So, why were you selected?  What

3     did you mean when you said I was closest?

4          A     Physically closest to Huntington

5     Hospital.

6          Q     Where was Sergeant Papa?

7          A     He was the desk officer.

8          Q     So, you were both in the Third

9     Precinct when you were discussing this, or you

10    were somewhere else?

11         A     I was a patrol supervisor on

12    patrol.

13         Q     So, you were out of the Third

14    Precinct, physically?

15         A     No.  I was in the confines of the

16    Third Precinct.

17         Q     So, you both in the Third

18    Precinct.  When you say you're closer -- you

19    both on Willis Avenue in Mineola; what do you

20    mean you're physically --

21         A     I was not on Willis Avenue.

22         Q     Where were you?

23         A     I was within the confines of the

24    Third Precinct.

25         Q     I'm not understanding you because

67

1              Timothy Marinaci

2     you said you were the closest guy to respond

3     to the hospital, you're both in the confines

4     of the Third Precinct, you and Papa?

5          A     Yes.

6          Q     At any rate, did you have any

7     other further discussion with Sergeant Papa

8     other than he told you that DiLeonardo was

9     shot and he was at Huntington Hospital?

10         A     Any other discussion that night?

11         Q     Right.  Before you left.

12         A     Before I left where?

13         Q     The Third Precinct.

14         A     The confines of the Third

15     Precinct?

16         Q     The confines of the Third

17     Precinct.

18         A     After our initial phone call, I

19     did not speak to him again until after I left

20     the confines of the Third Precinct.

21         Q     When you say the confines of the

22     Third Precinct, are you talking about the

23     outlying area which encompasses the Third

24     Precinct?

25         A     The geographical area of the

68

1              Timothy Marinaci

2   Third.

3         Q       So, where were you when you spoke

4   to Sergeant Papa?

5         A       I believe I was in Westbury.

6         Q       So, that is why you said you were

7   a little closer.  You were already on the road

8   in the car in Westbury, so you decided to

9   shoot right out there because this was a

10  relatively an emergency situation -- you were

11  concerned?

12              MR. FERGUSON:  Couple of parts to

13         that question.  If you can answer any

14         part of it.

15        A       I didn't decide.  I was told by

16  Sergeant Papa to go.

17        Q       What time did you go?

18        A       In my memo book I have

19  approximately 1:40 in the morning.

20        Q       What time did you arrive?

21        A       I don't recall.

22        Q       Is it in your book?

23        A       No.

24              MR. FERGUSON:  I'm going to take

25         a break.  I need to use the men's room.

69

1                    Timothy Marinaci

2           Let's take five minutes; all right?

3                    MR. GRANDINETTE:  Yes.

4                    (Whereupon, a short break was

5           taken at this time.)

6           Q       Sergeant, I want to go over some

7    times with you.

8                    According to your memo book, you

9    had this conversation with Sergeant Papa and

10   you started out to Huntington Hospital at

11   0140, which is 1:40 a.m., right?

12          A       I responded to Huntington

13   Hospital -- I began to respond at 1:40.

14          Q       And, obviously your phone

15   conversations preceded your leaving for the

16   hospital?

17          A       Yes.

18          Q       After you had this phone

19   conversation, would it be fair to say that you

20   immediately left to the hospital, or did some

21   time go by before you left?

22          A       No.  I believe I responded

23   directly to the hospital.

24                   MR. GRANDINETTE:  If we could

25          have these marked, which are stamped

70

1          Timothy Marinaci

2          number 149 and 150 of the Nassau IAB

3          report, marked as Plaintiff's 23.

4                    (Plaintiff's 23 marked)

5                    MR. FERGUSON:  Let me see that,

6          please.

7          Q      Officer, if you take a look at

8      Plaintiff's 23 you'll see on there it's a

9      printout.  It has a phone number and a

10     location, Tipon Drive in Huntington with the

11     cross street of Oakwood Road.  The complainant

12     is anonymous.  It indicates that the remarks

13     in front of school off involve shooting Nassau

14     County PD, white taxi, unknown direction.

15     Took complainant gun, maybe self transported

16     to Huntington Hospital.  And the date of that

17     call was 2/27/11, and time received is

18     1:20 a.m.; you see that?

19                    MR. FERGUSON:  Note my objection

20          because you're interpreting a document

21          which doesn't exactly say what you said.

22          Nor, does it say that this is a 911

23          call.  With that objection, what is your

24          objection?

25          Q      Take a look at Plaintiff's 23.

71

Timothy Marinaci

2   Is that a fair assessment is of Plaintiff's

3   23?

4           MR. FERGUSON:  Note my objection.

5       A       I don't know what Plaintiff's 23

6   and I don't know what this is.

7       Q       It's a printout.  It indicates a

8   date and time received of call, which is

9   anonymous, from the communications bureau of

10   the Suffolk County Police Department.

11           MR. FERGUSON:  Objection.  You're

12           testifying, now.  It doesn't say that at

13           all.  Note my objection.

14       Q       Have you ever seen a printout

15   recording a 911 communication?

16           MR. FERGUSON:  From Suffolk

17           County?

18           MR. GRANDINETTE:  That's not my

19           question.

20       Q       Have you ever seen a 911

21   printout?

22       A       Yes.

23       Q       Does this document that's in

24   front of you look familiar to you having had

25   an opportunity to review other 911 printouts?

72

1          Timothy Marinaci

2              MR. FERGUSON:  Note my objection.

3     A     No.

4     Q     So, would this document help you

5  or not help you with respect to the time on or

6  about the time that the shooting was reported?

7              MR. FERGUSON:  Note any

8        objection.

9     A     This would not help me.

10    Q     Fair enough.

11         Do you know what time, based upon

12 your involvement with this case, that the

13 shooting incident was reported?

14             MR. FERGUSON:  Note my objection.

15    A     I don't believe I know the time

16 of the actual shooting, no.

17    Q     Do you know the time that it was

18 reported relative to the time that you

19 received notice of it?

20             MR. FERGUSON:  Note my objection.

21    A     Can you repeat the question?

22    Q     Do you know how much time went

23 by, approximately, between the time the

24 shooting was reported and the time you had a

25 conversation about the shooting with Sergeant

73

1                    Timothy Marinaci

2       Papa?

3                 MR. FERGUSON:  Note my objection.

4            A     No.

5            Q     Assume for me, sir, that the

6       shooting was reported about 1:20 in the

7       morning.  Would it be fair to say that you

8       received notice of it approximately 20 minutes

9       later?

10                 MR. FERGUSON:  Objection.

11           A     I don't know what time the

12      shooting was.  And I don't have an exact time

13      that I was notified.  The times in my meo book

14      are approximate.

15           Q     This is an approximation.  I'm

16      asking you to assume that somebody placed a

17      call on or around 1:20; you had a conversation

18      on or around 1:40; approximately give or take

19      five minutes either way, is it fair to say

20      that about 20 minutes after it was reported

21      you got notice of it?

22                 MR. FERGUSON:  Objection.

23                 There's no foundation when this was

24                 reported.  So it's calling for pure

25                 speculation.

74

1              Timothy Marinaci

2              MR. GRANDINETTE:  According to

3        your IAB report, which you have given me

4        as part of the discovery it is not

5        speculation, and it's an appropriate

6        hypothetical.

7              MR. FERGUSON:  Question calls

8        for -- calling for this witness to give

9        speculative testimony based entirely on

10       speculation.

11             MR. GRANDINETTE:  Are you

12       directing him not to answer.

13             MR. FERGUSON:  Yes.  Calls for

14       speculation.

15       Q      After you received the call that

16  an Officer who you knew personally was in a

17  hospital after being shot, did you find out

18  approximately when those events happened?

19             MR. FERGUSON:  Note my objection.

20       A      At some point, I found out.

21       Q      What time did you find out that

22  they happened?

23       A      I don't recall.

24       Q      Is there anything that would

25  refresh your recollection?

75

1                    Timothy Marinaci

2          A       About what time I found out that

3      it had occurred?

4          Q       Yes.

5          A       I don't believe so.

6          Q       Nothing you looked at today?

7          A       I don't recall any time somebody

8      told me what type it happened.

9          Q       So, you have no idea whether you

10     spoke to Sergeant Papa five hours after the

11     shooting or 20 minutes after the shooting?

12         A       I didn't say that.

13         Q       Can you tell me in a general

14     sense how long after the shooting you got

15     notice from Sergeant Papa?

16                 MR. FERGUSON:  Objection.  He

17             already answered this question several

18             times.  He doesn't know the time of the

19             shooting.  It's impossible to answer

20             that.

21         Q       Can you answer it?

22         A       I don't know the time of the

23     shooting.

24         Q       Notwithstanding that you don't

25     know the exact time of the shooting, can you

76

1                     Timothy Marinaci

2      give me an estimate?  Did you find out within

3      a half hour, an hour, three hours?

4            A      There is a time on some of the

5      paperwork.  I would have to review that to

6      know what time.

7            Q      At any rate, what time -- you

8      don't know what time you got to the hospital.

9            A      I don't recall an exact time, no.

10           Q      I'm going to show you what has

11     been previously marked, sir, as Plaintiff's

12     Exhibit -- can we have this marked as

13     Plaintiff's 24?

14                  (Plaintiff's 24 marked)

15           Q      Take a peek at what has been

16     marked as Plaintiff's 24.  I'd ask you to look

17     down on the list of names until you reach your

18     name; you see the seventh name?

19           A      Yes.

20           Q      That's you, Sergeant 389?

21           A      That's my shield and last name.

22           Q      According to this crime scene

23     log --

24                  MR. FERGUSON:  Doesn't say it's a

25           crime scene log.  Note my objection.

77

1          Timothy Marinaci

2          Q       According to the scene log, whose

3    address is the Huntington Hospital's ER

4    entrance, it has you as arriving at

5    0211 hours.

6                  MR. FERGUSON:  Note my objection.

7          It doesn't say anything about arrival.

8          It just says date and time.

9          Q       You see that?

10         A       Yes.

11         Q       Does that accurately reflect the

12   time that you arrived at Huntington Hospital?

13         A       I don't recall.

14         Q       When you got there, what did you

15   do; did you check in with anybody?

16         A       What do you mean by "check in?"

17         Q       Let's start.  You left at 1:40.

18   You drove to Huntington Hospital, right?

19         A       Yes.

20         Q       Were you alone or were you with

21   someone?

22         A       I was alone.

23         Q       Were you in a marked or unmarked

24   car?

25         A       Marked.

78

1                    Timothy Marinaci

2          Q        Where did you park your car when

3     you got to the hospital?

4          A        In the emergency room parking.

5          Q        What did you observe?

6          A        From the vehicle?

7          Q        What did you observe when you

8     parked your car in the parking lot?

9          A        I observed the parking lot.

10         Q        Describe it.

11         A        It was a parking lot; nothing out

12    of the ordinary.

13         Q        That's your description?  There's

14    parking lots that are acres long.  Is there

15    anything that you recall about this parking

16    lot?

17         A        No.

18         Q        Can you describe it for me with

19    any more specificity other than it's a parking

20    lot?

21         A        No.

22         Q        Did you observe any ambulances in

23    the parking lot?

24         A        In the parking lot?  No.

25         Q        Did you observe any vehicles

79

Timothy Marinaci

1    taped off with police tape?

2            A       In the parking lot?

3            Q       Yes.

4            A       No.

5            Q       When we're saying parking lot,

6    are we specifically talking about the parking

7    area immediately outside the ER?

8            A       I'm talking about the parking lot

9    of the hospital.

10           Q       Then we are talking about two

11   different areas.

12   you didn't park in the ER lot?

13           A       I don't recall if it was ER

14   lot -- if that's what it was called -- or it

15   was just a parking lot.

16           Q       At any rate, you don't recall

17   seeing a Deboro taxi white in color, taped off

18   with crime scene tape?

19                   MR. FERGUSON:  Where are you

20           talking about, now, in the parking lot

21           that he was in?

22                   MR. GRANDINETTE:  In the ER

23           parking lot.

24           A       As I said, earlier, I don't know

```
                                                            80
1                        Timothy Marinaci
2       if the lot I was in was actually called the ER
3       parking lot or if there was another area
4       called the ER parking lot.
5               Q       You were in uniform?
6               A       Yes.
7               Q       Were you with anybody?
8               A       No.
9               Q       On your way to the hospital, did
10      you have any further communications with
11      either Sergeant Papa or anyone else about this
12      case?
13              A       I don't recall.
14              Q       When you spoke to Sergeant Papa
15      you said you were on the phone.  Were you on a
16      cell phone?
17              A       Yes.
18              Q       What cell phone number were you
19      on?
20                      MR. FERGUSON:  Is this a personal
21              phone or is it a department phone?
22                      THE WITNESS:  I don't recall
23              which one it was.  I believe it was my
24              personal phone.  But I don't recall
25              definitely.
```

81

Timothy Marinaci

1

2      Q      What is your department issued

3  phone?

4      A      I don't have a department issued

5  phone.

6      Q      Did you have a department issued

7  phone on February 2011?

8      A      I don't recall.

9              MR. GRANDINETTE:  I call for the

10            production of that.

11     Q      How long were you on the phone

12  with Sergeant Papa?

13     A      In that initial call?

14     Q      Yes.

15     A      I don't recall.

16             MR. GRANDINETTE:  I don't need

17            the number, but I would call for the

18            production of his cell records on that

19            date with the redacted cell phone

20            record.

21             MR. FERGUSON:  We're not

22            producing any such record without a

23            direction from the Court.

24     Q      What did you do when you arrived,

25  physically?

82

Timothy Marinaci

1

2      A      I parked my vehicle.

3      Q      Then what did you do?

4      A      I walked to the -- towards the

5  doors of the emergency room.

6      Q      Then what did you do?

7      A      At which point?

8      Q      Next.

9      A      As I was walking?

10             MR. GRANDINETTE:  Let's go off

11         the record for a second.

12             (Whereupon, there was a

13         discussion held off the record.)

14     Q      When you got to the emergency

15  room doors, what did you do next?

16     A      When I got to the doors?  I went

17  inside.

18     Q      Then what did you do?

19     A      I believe the next thing I did

20  was locate Officer DiLeonardo.

21     Q      Where did you locate Officer

22  DiLeonardo and how?

23     A      I located him in a treatment

24  room.  How I located him?  I don't recall.

25     Q      What did you do after you located

```
                                                          83
1                      Timothy Marinaci
2     him?
3          A        I walked into the treatment room.
4          Q        Could you describe the treatment
5     room for me?
6          A        A generic room you find in most
7     hospitals.  Nothing comes to mind to describe
8     it other than that.
9          Q        Did it have four walls and a
10    door?
11         A        It had four walls and a door.  I
12    don't recall having doors.
13         Q        Did you have to open the door to
14    gain entry?
15         A        I don't believe so.
16         Q        Was the door open?
17         A        I believe so.
18         Q        When you entered the room, who
19    else was present in the room?
20         A        I believe there was a nurse and
21    Officer DiLeonardo's girlfriend.
22         Q        Could you describe the nurse for
23    me, or did you come to learn the nurse's name?
24                  MR. FERGUSON:  That's two
25             completely different things.
```

84

1                    Timothy Marinaci

2          Q       Did you come to learn the nurse's

3    name who was in the room?

4          A       No.

5          Q       Can you describe her for me?

6          A       A white female in a nurse's

7    uniform.

8          Q       Age?

9          A       I don't recall.

10         Q       Height?

11         A       I don't recall.

12         Q       Any physical characteristics you

13   do recall; brunette, blond, red head?

14         A       Female white.

15         Q       Slight, heavy?

16         A       Don't recall.

17         Q       Tall, short, any

18   personal characteristics?

19         A       I don't recall.

20         Q       This person that you don't

21   recall -- this female nurse -- did you speak

22   to her at all that night from the time you

23   arrived to the time you departed about any

24   subject matter?

25         A       I don't believe so.

85

1           Timothy Marinaci

2           Q       Did she communicate any words to

3    you from the time you arrived to the time you

4    left?

5           A       I don't believe so.

6           Q       Other than the nurse,

7    DiLeonardo's girlfriend and DiLeonardo, was

8    there anyone else present in the room?

9           A       Not that I remember.

10          Q       Was there anyone outside the

11   door?  In other words, a Suffolk County Police

12   Officer; was there anyone assigned to the

13   room?

14          A       I don't recall.

15          Q       Is it your understanding that you

16   were the first Nassau County Police Officer to

17   arrive?

18          A       The first Nassau County Police

19   Officer to arrive at the hospital?

20          Q       Yes.

21          A       No.

22          Q       I'm talking about other than

23   DiLeonardo and Bienz?

24          A       Was I the first other than them?

25          Q       Yes.

86

1                    Timothy Marinaci

2          A      Yes.

3          Q      You were there in your official

4     capacity, right?

5          A      Yes.

6          Q      What did you understand your

7     duties and responsibilities to be when you

8     responded to the hospital?

9          A      When I first responded?

10         Q      Yes.

11         A      I had been told that an officer

12    had been shot, and I was to find out the

13    situation.

14         Q      So, Papa said to you in those

15    words "Find out the situation"?  Or did he say

16    find out the underlying circumstances of the

17    shooting?

18               MR. FERGUSON:  He's already been

19          through twice this conversation, at

20          least, with Papa in terms of what he

21          recalls about it.

22         Q      What was your understanding of

23    your duties and responsibilities when you

24    responded there?

25               MR. FERGUSON:  Just answered it.

87

Timothy Marinaci

1    Do it, again.

3    A    When I initially responded from

4    Westbury, I was told that an Officer had been

5    shot, and I was to go out and find out his

6    condition and what had happened.

7    Q    Did you do that?

8    A    Which?

9    Q    Just what you said -- what you

10   were sent there to do?

11   A    Respond and find the situation?

12   Q    Yes.

13   A    Yes.

14   Q    When you entered the room, you

15   said you don't recall if there was anyone

16   posted outside DiLeonardo's room, right?

17   A    Correct.

18   Q    So, you don't recall having to

19   identify yourself to gain entry to get into

20   the room to speak to Officer DiLeonardo.

21   A    Can you repeat the question?

22   Q    You didn't have to identify

23   yourself to any member of the Suffolk County

24   Police Department to gain entry into the room

25   to see DiLeonardo?

                                                          88
                             Timothy Marinaci

1

2          A       To gain entry to the room, no.

3          Q       Prior to entering that room, did

4    you have to identify yourself to any member of

5    the Suffolk County Police Department?

6          A       Yes.

7          Q       Who?

8          A       I don't recall.

9          Q       What did you say -- what did you

10   say to them or they say to you?

11         A       They asked me my name and my

12   shield number and my car number, and they

13   wrote it down.

14         Q       Did they write it down on

15   Plaintiff's 24, this scene log?

16         A       I don't recall.

17         Q       You saw them write the things

18   down that are contained in this log -- you saw

19   them -- ask you that and write it down, right?

20         A       I did not see what he wrote.

21         Q       You do know what he asked you,

22   right?

23         A       Yes.

24         Q       According to this form, the

25   recorder's name, rank, shield and command

89

1                       Timothy Marinaci

2      is -- it looks likes Faya, correct?

3              A        According to this form.  I have

4      no knowledge of it.

5              Q        It says rank, PO.  The person is

6      that you spoke to; was it a patrol officer

7      from Suffolk County?

8              A        It was a police officer.

9              Q        Did that conversation happen

10     before you walked into the room?

11             A        Yes.

12             Q        When you went into the room --

13             MR. FERGUSON:  The room --

14     DiLeonardo's room?

15             Q        DiLeonardo's room -- you said

16     that you saw three people; you didn't speak to

17     the nurse.  Who if anyone did you speak to?

18             A        I spoke to DiLeonardo and his

19     girlfriend.

20             Q        Who did you speak to first?

21             A        DiLeonardo.

22             Q        What was said?

23             A        I asked him if he was okay.

24             Q        What was his response?

25             A        I don't remember his exact

90

1                   Timothy Marinaci

2    response.  But, he in general said he was

3    okay.

4            Q       What was said next?

5            A       I explained to him that he was

6    going to be treated and that there was going

7    to be an investigation.

8            Q       That's what you explained to him?

9            A       More or less.  I don't remember

10   the exact conversation.

11           Q       Tell me to the best of your

12   ability what you explained to him?

13           A       I explained to him that he was

14   going to be treated by the hospital; that

15   there was going to be an investigation.

16           Q       Did he say anything else to you

17   in response?

18           A       Yes.

19           Q       What did he say?

20           A       I don't recall.

21           Q       How long did you speak to him?

22           A       No more than a minute.

23           Q       After that conversation, what did

24   you do?

25           A       I spoke very briefly to

91

Timothy Marinaci

1  DiLeonardo's girlfriend.

2      Q      When you spoke to DiLeonardo,

3  tell me where you observed him.  Was he lying

4  down, sitting up?

5      A      I believe he was sitting up.

6      Q      Was he sitting in a chair or on a

7  cot, a bed?

8      A      I believe it was the bed or cot,

9  whatever you would call it, in the emergency

10  room.

11      Q      How far were you from him when

12  you had this conversation?

13      A      Four to 5 feet.

14      Q      What were your observations of

15  him during this conversation?

16      A      What type of observations?

17      Q      What was your physical

18  observation of him?

19      A      He was of sitting on the end of

20  the bed.

21      Q      What if anything did you observe?

22  How was he dressed?

23      A      In civilian clothes.

24      Q      Did you observe any physical

92

1                    Timothy Marinaci

2       injuries?

3              A       Yes.

4              Q       What did you observe?

5              A       The injuries that I listed on his

6       paperwork.

7              Q       Tell me what those were.

8              A       I'd have to look at the paperwork

9       to refresh my memory.

10             Q       Didn't you look at them this

11      morning?

12                     MR. FERGUSON:  Note my objection.

13             A       I looked at them.  I don't

14      believe I looked at that part of those forms.

15             Q       Was he bleeding when you looked

16      at him?

17             A       I believe there were -- I don't

18      recall what the status of his treatment was if

19      there were bandages on or not.  I don't recall

20      any obvious bleeding.

21             Q       Did he appear to be in any

22      physical distress as a result of the physical

23      injury?

24             A       I don't understand the question.

25             Q       You said that you're an EMT?

93

1                    Timothy Marinaci

2          A      No, I'm not.

3          Q      Didn't you say that you had

4     training as an EMT?

5                  MR. FERGUSON:  That was

6          twenty-eight years ago.

7          Twenty-four years ago in 1986.

8                  MR. GRANDINETTE:  Thank you.

9          Q      You've seen people who are

10    physically injured?

11         A      Yes.

12         Q      Over the course of your life

13    time?

14         A      Yes.

15         Q      You seen people in pain as a

16    result of sustaining physical injury in your

17    life time?

18         A      Yes.

19         Q      Did you observe Officer

20    DiLeonardo to be in any physical distress as a

21    result of the physical injury that evening?

22         A       In the short time I was with him,

23    he did not express anything about physical

24    distress.

25         Q      Was he crying?  Was he moaning?

94

1                    Timothy Marinaci

2    Did he give any outside indication that he was

3    physically hurt?

4         A      He did not give me any indication

5    that he was physically hurt.

6         Q      How about, emotionally; did you

7    observe him to be in emotional distress?

8         A      Yes.

9         Q      What did you observe that lead

10   you to that conclusion?

11        A      It appeared that he had been or

12   was about to cry -- had been crying or was

13   about to cry.

14        Q      Other than that, was there

15   anything else?

16        A      No.

17        Q      Was it the manner of his speech

18   that you led to you believe that he was about

19   to cry, or was it the color of his eyes that

20   led you to believe he was about to cry, or any

21   other physical observation?

22        A      Just his general demeanor based

23   or my experience that he appeared he was going

24   to cry.

25        Q      Now, Officer DiLeonardo was

95

1                   Timothy Marinaci

2       off-duty, right?

3            A       At which point?

4            Q       At the time of this event.

5            A       Prior to the event, he was

6       off-duty.

7            Q       So he was in civilian clothes at

8       the time, correct?

9            A       Yes.

10           Q       Did you ask him where he was

11      prior to these events?

12           A       No.

13           Q       Did you observe the odor of

14      alcohol on his breath when he was speaking to

15      you?

16           A       No.

17           Q       Did you observe his manner of

18      speech to be slurred in any manner?

19           A       No.

20           Q       Did you observe his eyes to be

21      bloodshot as a result of the ingestion of

22      alcohol?

23           A       His eyes were bloodshot.

24                   MR. FERGUSON:  Note my objection.

25           A       I don't know why his eyes were

96

1              Timothy Marinaci

2   bloodshot.  He did appear to be crying.

3          Q       So, his eyes were bloodshot?

4          A       Yes.

5          Q       Did you did you believe that his

6   eyes were bloodshot as a result of crying?

7          A       Yes.

8          Q       You didn't see him cry?

9          A       I don't recall.

10         Q       Did you ask him if he had been

11  crying and that's why his eyes were bloodshot?

12         A       No.

13         Q       Did you observe any indicia of

14  intoxication or impairment as a result of the

15  consumption of alcohol?

16         A       No.

17         Q       Did you make any inquiry about

18  whether or not Officer DiLeonardo had been

19  drinking prior to this incident?

20         A       No.

21         Q       After this one minute

22  conversation with him, what did you do next?

23         A       After the approximate one minute

24  conversation, I spoke to his girlfriend.

25         Q       What's her name?

1                     Timothy Marinaci

2          A      I don't know.

3          Q      What does she look like?

4          A      Female, white, dark hair,

5    approximately 5'4"-5'6", in that range;

6    wearing high boots.

7          Q      Had you ever met her prior to

8    this date?

9          A      No.

10         Q      How did you come to learn it was

11   his girlfriend?

12         A      I don't recall.

13         Q      Who spoke first, you or her?

14         A      I believe I did.

15         Q      What was said?

16         A      I asked her if she was okay.

17         Q      What was her response?

18         A      She said yes.

19         Q      What if anything else did you ask

20   her?

21         A      Nothing.

22         Q      What if anything else did she say

23   to you?

24         A      Okay.

25         Q      How close were you to her when

98

1                    Timothy Marinaci

2       you spoke?

3            A       Probably about 5 to 6 feet.

4            Q       Where was she in relation to

5       DiLeonardo?

6            A       She was sitting in a chair

7       against the wall.

8            Q       How long would you say your

9       conversation with her was?

10           A       Less than a minute.

11           Q       What did you do after that

12      conversation?

13           A       I walked out of the treatment

14      room.

15           Q       After leaving that treatment room

16      did you have any further discussion with

17      DiLeonardo or his girlfriend that evening?

18           A       Yes.

19           Q       When in relation to this first

20      meeting?

21           A       Later that night.

22           Q       How long, approximately?

23           A       I don't recall.

24           Q       What time did you leave the

25      hospital?

99

1          Timothy Marinaci

2          A       I don't recall.

3          Q       If you look at your memo book,

4    would that refresh your recollection?

5          A       No.

6          Q       Let's try to backtrack.  Look at

7    your memo book and tell me what time you

8    signed off?

9          A       12 o'clock.

10         Q       When you left, did you notify

11   your command that you were leaving?

12         A       I don't recall.

13         Q       If you did notify your command

14   that would be reflected in your phone records

15   or communication records to the Precinct?

16         A       I don't know if it would be.

17         Q       Well, if there's a communication

18   between a car and your command, there's a

19   record of that, correct, from communications?

20         A       There is a recording.  I don't

21   know how long it is maintained.

22         Q       Let me ask you this:  Did you

23   leave the hospital prior to DiLeonardo and

24   Bienz?

25         A       I don't recall.

100

1                    Timothy Marinaci

2          Q       The second conversation that you

3     had with DiLeonardo; where was it?

4          A       It was in the emergency room.

5          Q       Where within the emergency room?

6          A       I don't recall.

7          Q       Who was present?

8          A       Myself, Officer DiLeonardo, and

9     DiLeonardo's attorney.

10         Q       Who was DiLeonardo's attorney?

11         A       Willard Miller.

12         Q       You said you don't recall where

13    it took place?

14         A       No, that's not what I said.

15         Q       You said it was in the emergency

16    room.  But, you're not sure where within the

17    emergency room?

18         A       Correct.

19         Q       Could it have been in the same

20    room, or was it in a different location?

21         A       It was a different location.

22         Q       Other than you, DiLeonardo, and

23    his attorney, was there anyone else present

24    during this conversation?

25         A       What do you mean by "present"?

101

Timothy Marinaci

1

2  Q    In the immediate vicinity.

3  A    The only people involved in that

4  conversation were myself, Officer DiLeonardo,

5  and his attorney.

6  Q    What if anything did you say to

7  DiLeonardo during this second conversation?

8  A    I asked him questions needed to

9  fill out the firearms discharge report.

10  Q    He answered -- he responded to

11  your questions?

12  A    I don't recall if he responded or

13  his attorney.

14  Q    Is there a time on that form; do

15  you know?

16  A    Time for what?

17  Q    There is.

18    I want to get back to you walking

19  out of DiLeonardo's room.  Where did you

20  go next?

21  A    When I walked out of the

22  treatment room the first time?

23  Q    Yes.

24  A    I went to look for Officer Bienz.

25  Q    Now, based upon your explanation

102

1                       Timothy Marinaci

2       of what your conversation was with DiLeonardo,

3       you never asked him if he was shot, right?

4              A       No.

5              Q       And he never said to you that he

6       was of shot, right?

7              A       Correct.

8              Q       You never had a conversation with

9       this Officer who took down your information

10      other than your name, your rank, your shield

11      number, right?

12             A       I never said that.

13             Q       Did you have a conversation with

14      Faya?

15             A       Yes.

16             Q       You did, now, have a conversation

17      with him?

18                     MR. FERGUSON:  What do you mean

19             "You did now"?

20                     Objection to the form of the

21             question.

22             Q       What was his conversation with

23      Faya?

24             A       I recall telling an officer -- I

25      don't know if it was Faya -- my information.

103

1          Timothy Marinaci

2          Q      Other than that, you didn't have

3     any conversation with him, correct?

4          A      I didn't say that.

5          Q      Well, what conversation did you

6     have with him, then?

7          A      With Faya?

8          Q      Yes.

9          A      I don't know who Faya is.

10          Q      With the Officer that you spoke

11     to; what conversation did you have with him?

12          A      I spoke to several officers.

13          Q      I thought you said that you

14     checked in and then you walked into

15     DiLeonardo's room.

16          MR. FERGUSON:  Note my objection.

17          He responded to the questions that you

18          asked each and every time.  Note my

19          objection.

20          Q      Now, what are you saying that you

21     communicated with more officers from Suffolk

22     County Police Department prior to going into

23     DiLeonardo's room?

24          MR. FERGUSON:  Note my objection

25          to the form of the question.

104

1          Timothy Marinaci

2          A        When you say "more," what do you

3    mean by more.

4          Q        More than one.

5          A        Yes.

6          Q        When?

7          A        Exact time?

8          Q        Let's start, again.

9                   The emergency room doors open.

10   You said somebody asked you who you were.

11         A        No.

12         Q        Well, then explain it to me.

13                  What were the circumstances that

14   you met anyone from law enforcement and what

15   were your conversations with them prior to

16   walking into DiLeonardo's room.

17         A        As I approached the emergency

18   room -- the outside of the emergency room --

19   there were several Suffolk police officers in

20   that general vicinity.

21         Q        Okay.  That's nice that there

22   were several officers.

23                  But, who did you speak to?

24         A        One of the officers.

25         Q        Who was it?

105

1                      Timothy Marinaci

2          A       I don't recall.

3          Q       Was it a patrolman?

4          A       I believe so.

5          Q       He was in a uniform?

6          A       Yes.

7          Q       Is this the gentleman that asked

8     you for your information?

9          A       No.

10         Q       Who was had this gentleman?

11         A       It was a Suffolk County police

12    officer.

13         Q       What was your conversation with

14    him?

15         A       I asked him if Officer DiLeonardo

16    and Bienz are inside?

17         Q       Okay.  What was his response to

18    you?

19         A       Yes.

20         Q       What if anything did you say in

21    response to that?

22         A       I don't recall.

23         Q       What if anything did he say to

24    you?

25         A       I don't recall.

Timothy Marinaci

1

2    Q      What did you do next?

3    A      I believe the next thing I did

4    was walk to the cab.

5    Q      Walk to where?

6    A      Towards the cab.

7    Q      Where was the cab?

8    A      Parked near the doors of the

9    emergency room.

10    Q      Earlier, I asked you if you saw a

11    cab by the emergency room taped off with

12    police tape; you remember that question?

13          MR. FERGUSON:  Note my objection.

14    Q      Do you remember that question?

15          MR. FERGUSON:  The record will

16          reflect the questions you asked and the

17          answer that he gave.  This is not a

18          contest.  You have a question; ask a

19          question.

20    Q      After your conversation with this

21    patrolman, you walked now to a cab within the

22    parking lot of the emergency room?

23    A      No, at the ambulance discharge

24    area of the emergency room.

25    Q      What did you do as you walk --

107

Timothy Marinaci

1   what do you do -- you walk up and look at the

2   door?

3   A      Yes.

4   Q      How long did you look at the car?

5   Did you go in the car, walk around the car,

6   speak to anybody about the car?

7          MR. FERGUSON:  That's 4 or 5

8          questions.

9          MR. GRANDINETTE:  It is.

10  Q      What did you do with respect to

11  the car?

12  A      I looked at it.

13  Q      Again, did you walk around the

14  entire car?  Did you go in the car?  What do

15  you mean you looked at it?

16  A      I don't recall if I walked around

17  the entire car.  I walked up to the car and I

18  looked in it.

19  Q      What side of the car?

20  A      Driver's side and I believe the

21  front.

22  Q      Did you observe there to be

23  bullet holes in the windshield?

24  A      Yes.

108

1           Timothy Marinaci

2       Q       Did you observe there to be blood

3   on the driver's side door, seat, and

4   floorboard?

5               MR. FERGUSON:  Floorboard, you

6       said?

7               MR. GRANDINETTE:  Floorboard.

8       A       There was blood inside the

9   vehicle.  I don't recall exactly where it was.

10      Q       Did you observe there to be a gun

11  in the back driver's side back seat?

12      A       On the seat, no.

13      Q       Did you observe there to be

14  shattered glass in the driver's side window of

15  the cab to be broken?

16      A       Yes.

17      Q       How long did you, physically,

18  observe the car?

19      A       I don't recall.

20      Q       Approximately?

21      A       Approximately, a few minutes.

22      Q       What does that mean; five

23  minutes, 10 minutes, 2 minutes?

24      A       I don't recall an exact amount of

25  time.  I would say approximately 2 to

109

Timothy Marinaci

1    3 minutes.

2    3 minutes.

3         Q      During your observations of the

4    car when you were looking at it, did you speak

5    to any member of the Suffolk County Police

6    Department?

7         A      While I was looking at the car, I

8    don't believe so.

9         Q      I'm going to show you a series of

10   photographs.  Let's start with 949.

11              MR. FERGUSON:  Is that marked as

12         an exhibit?

13              MR. GRANDINETTE:  It is, from the

14         IAU report.

15              MR. FERGUSON:  Not marked as an

16         exhibit.

17              MR. GRANDINETTE:  Right.

18              I'm going to mark the whole IAU

19         report, part 1, as exhibit 25.

20              MR. FERGUSON:  If you're going to

21         mark it as 25 as part 1, you're going to

22         have to include some page numbers.

23              MR. GRANDINETTE:  I will.

24              Part 1 is through Bates stamp

25         number --

                                                          110

1               Timothy Marinaci

2               MR. FERGUSON:  There are no Bates

3       stamps on these documents.

4               MR. GRANDINETTE:  350.

5               MR. FERGUSON:  Exhibit 25 is an

6       IAU report from page 1 to 350?

7               MR. GRANDINETTE:  Yes.  This is

8       your IAB report.

9               MR. FERGUSON:  Not mine.

10              MR. GRANDINETTE:  I'm gong to

11      give you a duplicate copy.

12      Q       Now, while your attorney looking

13      at that, I'm going to continue asking you

14      questions.

15              Do you recognize that photograph

16      949 to be the cab that you observed that

17      night?

18      A       Yes.

19      Q       I'm going to show you a

20      photograph 953; do you recognize that to be

21      the front passenger door of the car with

22      broken glass and blood stains on the front

23      seat, floorboard and -- front door well of the

24      Deboro taxi?

25              MR. FERGUSON:  Note my objection

111

1      Timothy Marinaci

2      to using documents that are not marked

3      as exhibits and showing them to a

4      witness and getting answers from the

5      witness with something that is not

6      marked as an exhibit.

7              If you're going to show him

8      photographs, they should be marked as

9      exhibits because we don't know if what

10     you're -- you have a stamp on here 949

11     or 953.  This is just the top of a piece

12     of paper.  We don't know if there's any

13     uniformity to this.

14             MR. GRANDINETTE:  We do.  This is

15     the discovery that Nassau County

16     provided to me.  Here's part 2 and 3 of

17     the IAB report.  We'll do it right from

18     this because it's a marked exhibit.

19             MR. FERGUSON:  I'm saying if

20     you're going to use photographs you

21     should mark them as exhibits.

22             MR. GRANDINETTE:  Mike, I'm not

23     going to independently mark --

24             MR. FERGUSON:  You should.  I

25     want the record to reflect that I'm

112

1                      Timothy Marinaci

2           going to object.

3                      MR. GRANDINETTE:  You can object.

4                      You see 949?

5                      MR. FERGUSON:  Same objection.

6           It's not marked.

7                      MR. GRANDINETTE:  It's part of an

8           exhibit.

9                      MR. FERGUSON:  Same objection.

10          It's not marked.

11                     MR. GRANDINETTE:  Off the record.

12                     (Whereupon, there was a

13          discussion off the record.)

14          Q      You see 949?

15                     MR. FERGUSON:  Same objection.

16          It's not marked as an exhibit.  It

17          should be marked.

18          Q      Do you recognize that as being

19     the cab.

20          A      Yes.

21          Q      Now, let's look at photograph

22     953.

23                     MR. FERGUSON:  Same objection.

24          Q      Contain in the IAB report

25     provided to ME from Nassau County.  Do you

113

Timothy Marinaci

1  recognize that photograph?

2  MR. FERGUSON:  Same objection.

3  Q      To be the front driver's side

4  door?

5  MR. FERGUSON:  Same objection.

6  If you're showing the witness a

7  photograph it should be marked as an

8  exhibit.

9  MR. GRANDINETTE:  Could you mark

10  that please as 25?

11  MR. FERGUSON:  You've already

12  marked 25.

13  MR. GRANDINETTE:  Twenty-six.

14  Q      I show you what has been marked

15  as Plaintiff's 25 and 26 -- 26, first.  Take a

16  look at 26.  Do you recognize that photograph?

17  A      Yes.

18  Q      What do you recognize it to be?

19  A      The cab with the driver's side

20  door open.

21  Q      With glass fragments on the seat,

22  blood stains on the seat and in the door jamb?

23  A      Yes.

24  Q      Is that what you observed -- is

114

1          Timothy Marinaci

2     that a fair and accurate representation of

3     what you observed that night?

4          A     I saw it with the door closed.

5          Q     Take a look at Exhibit 27; do you

6     recognize that photograph?

7          A     Yes.

8          Q     What do you recognize that to be?

9          A     The back seat of the cab.

10          Q     Can you tell us if there is a gun

11     in the back seat behind the driver's side?

12          A     Yes.  There appears to be.

13          Q     Is that a fair and accurate

14     representation of what you observed back on

15     February 27th, 2011?

16          A     I saw it with the door closed.

17          Q     You didn't see the gun

18     behind the passenger seat as depicted in that

19     picture?

20          A     I saw the gun.  Not as depicted

21     in that picture, no.

22          Q     You saw the gun later that night?

23          A     I saw it, then, when I first

24     looked at the car.

25          Q     You saw it in the car?

                                                            115
1                    Timothy Marinaci

2          A       Yes.

3          Q       Even though the door was closed?

4          A       Yes.

5          Q       You looked through the glass and

6    you saw the gun sitting there?

7          A       Yes.

8          Q       Did you ever touch the car, open

9    the car, or do anything inside the car?

10         A       No.

11         Q       Did you ever speak to any member

12   of the Suffolk County Police Department

13   pertaining to that car?

14         A       I don't recall.

15         Q       Did you ever speak to anybody

16   that night as you were looking at thee car or

17   immediately after you looked at the car?

18         A       Did I speak to anyone?

19         Q       Yes.

20         A       Yes.

21         Q       Who?

22         A       Suffolk police officer.

23         Q       Who?

24         A       I don't know the name.

25         Q       What this the same Suffolk police

116

1                   Timothy Marinaci

2       officer whose named you don't know that you

3       mentioned, earlier?

4                   MR. FERGUSON:  Note my objection.

5            A       Which Officer are you talking

6       about?

7            Q       You get out of your car.  You

8       said you had a conversation with a patrolman,

9       correct?

10           A       A police officer.

11           Q       Police officer/patrolman; same

12      thing, no?

13           A       No.

14           Q       You had the conversation where

15      you identified yourself and you gave him some

16      information, correct?

17           A       No.

18           Q       Didn't you say that you met a

19      patrol Officer and you gave him your name,

20      your shield, your command, and he wrote that

21      down?

22           A       I said I met a police officer and

23      I gave him my information.

24           Q       You said he wrote it down, right?

25           A       He wrote something down.

1           Timothy Marinaci

2           Q      From there, you told me that you

3     walked over to the car, correct?

4           A      No.

5           Q      What did you do next?

6           A      At which point?

7           Q      After you spoke to the Officer.

8           A      Which Officer?

9                  MR. GRANDINETTE:  I'll tell you

10          what we're going to do.  We're going to

11          break.  We're going to come back.  I'm

12          not putting up with this.

13                 MR. FERGUSON:  You can break if

14          you want.

15                 MR. GRANDINETTE:  I'm calling the

16          magistrate, right now.  This is absolute

17          bullshit, Mike.

18                 MR. FERGUSON:  He's answering

19          your questions.  Your questions aren't

20          clear.

21                 MR. GRANDINETTE:  Let's try it,

22          again.

23                 MR. FERGUSON:  You got to talk

24          about --

25                 MR. GRANDINETTE:  Mike, don't

```
                                                      118
 1                        Timothy Marinaci
 2              tell me what I got to talk about.
 3                    MR. FERGUSON:  Okay.
 4                    MR. GRANDINETTE:  I've had it.
 5                    MR. FERGUSON:  I don't care what
 6              you had.  Your questions aren't clear,
 7              and the record will reflect that.
 8              Q       Officer, after you got to the
 9       emergency room; you got out of your car; you
10       spoke to a Suffolk County patrol Officer,
11       correct?
12              A       I don't know if he is patrol
13       officer.  He was a police officer.
14              Q       Tell me your conversation, again,
15       with him.
16              A       I asked him if Officer DiLeonardo
17       and Bienz were inside.
18              Q       What did he say to you?
19              A       He said "Yes."
20              Q       What if anything did you say to
21       him after that?
22                    MR. FERGUSON:  Asked and
23              answered.
24              A       I don't know.
25              Q       What did you do next?
```

119

1          Timothy Marinaci

2          A      I walked to the cab.

3          Q      After you observed the cab for

4     several minutes as you just testified to, who

5     did you speak to if anyone during that time?

6          A      After I looked at the cab?

7          Q      Yes.

8          A      Suffolk County police officer.

9          Q      Who was he?

10         A      I don't know.

11         Q      Describe him?

12         A      I don't recall.

13         Q      Was he the same Officer or a

14    different Officer?

15         A      A different Officer.

16         Q      What did you talk to him about?

17    Where were you when you talked to him?

18              MR. FERGUSON:  Which question do

19         you want answered?

20         A      Which question?

21         Q      Where were you when you spoke to

22    him?

23         A      I had walked from the cab towards

24    the doors of the emergency room.

25         Q      Where were you when you spoke to

```
                                                           120
  1                       Timothy Marinaci
  2     him?
  3          A       Somewhere between the cab and the
  4     doors of the emergency room.
  5          Q       What did he look like?
  6          A       I don't recall.
  7          Q       Who spoke first?
  8          A       I don't recall.
  9          Q       What did you say to him and what
 10     did he say to you?
 11          A       At some point, he asked me for my
 12     information.
 13          Q       What did you tell him when he
 14     asked you for your information?
 15          A       I gave it to him.
 16          Q       What information did you give to
 17     him?
 18          A       My name, my shield number, and my
 19     car number.
 20          Q       You're saying him; was it a man?
 21          A       He was a male police officer.
 22          Q       Can you give me any other
 23     description other than he was a male police
 24     officer?
 25          A       He was in uniform.
```

121

1                    Timothy Marinaci

2          Q      How long was the conversation?

3          A      Very brief.

4          Q      Other than giving him your

5    information, did you provide him with any

6    other information?

7          A      I don't recall.

8          Q      Did he give you any substantive

9    information regarding what had transpired?

10         A      I don't recall.

11         Q      Did you ask?

12         A      I don't recall.

13         Q      Do you know if he had any factual

14   basis to provide any substantive information?

15                MR. FERGUSON:  Note my objection.

16         A      I don't know.

17         Q      How long was that conversation

18   from start to finish?

19         A      Very brief.

20         Q      What does that mean?

21                MR. FERGUSON:  You're shouting at

22         the witness.  Just ask the question.

23         Q      What does that mean?

24                MR. FERGUSON:  Just ask a

25         question.

```
                                                    122
 1                   Timothy Marinaci

 2        A        Less than a minute.

 3        Q        What did you do next?

 4        A        I believe I walked into the

 5   emergency room.

 6        Q        You're sure?  Or did you do

 7   something else first?

 8        A        To the best of my recollection.

 9        Q        You walked into the emergency

10   room?

11        A        To the to the best of my

12   recollection.

13        Q        You breached the doorway of the

14   emergency room and you entered it, correct?

15        A        To the best of my recollection.

16        Q        I want you to stop there at that

17   point.

18                 How long had you been on the

19   hospital premises?

20        A        I don't know.

21        Q        Approximately?

22        A        I don't recall.

23        Q        Can you give me an estimate; a

24   minute, five minutes, ten minutes?

25        A        I don't recall.
```

123

1          Timothy Marinaci

2          Q       You had a very brief conversation

3     with the one Officer, right?

4          A       Yes.

5          Q       Under a minute, first Officer?

6          A       I don't recall the time frame on

7     the first officer.

8          Q       Do you have any idea?

9          A       It was brief.

10         Q       Under a minute?

11         A       I don't recall.

12         Q       Then you walked over to the cab

13    and you looked at the cab for a couple of

14    minutes, right?

15         A       Approximately.

16         Q       Then you walked back and you

17    stopped before you entered the emergency room

18    and you had another conversation with the

19    second patrolman, right?

20         A       Police officer.

21         Q       Police officer, right?

22         A       Yes.

23         Q       And you said that that

24    conversation was under a minute, right?

25         A       Approximately.

124

Timothy Marinaci

1    Q      Then you walked into the
2    emergency room, correct?
3    A      Yes.
4    Q      Is there a reason why you can't
5    give me an estimate based you upon those facts
6    of approximately how long you were in the
7    parking lot?
8
9          MR. FERGUSON:  Objection to the
10         question.  You can answer.
11   A      Could you repeat the question?
12   Q      Yes.  Is there a reason -- given
13   those facts -- that you can't give me an
14   estimate?
15         MR. FERGUSON:  Just ask a
16         question.  Don't shout at the witness.
17         MR. GRANDINETTE:  I'm making a
18         point that I'm being obstructed at this
19         deposition, Mike.
20         MR. FERGUSON:  You're not being
21         obstructed.  The record will show that.
22   Q      You can't give me an estimate?
23   A      I don't recall how long it was.
24   Q      Can you give an estimate?
25         MR. FERGUSON:  He just said three

125

1          Timothy Marinaci

2          times he doesn't recall.

3          Q       After you breached the doors,

4    what did you do next?

5          A       I looked for either Officer

6    DiLeonardo or Bienz.

7          Q       How did you look for them?

8          A       I walked through the emergency

9    room.

10         Q       Did you speak to anybody?

11         A       Yes.

12         Q       Who did you speak in the

13   emergency room?

14         A       Officer DiLeonardo.

15         Q       Prior to speaking to DiLeonardo,

16   did you speak to anybody in the emergency room

17   to try to ascertain the location of the men

18   that you were there to look for and speak to?

19         A       I don't recall.

20         Q       How long did it take you to find

21   Officer DiLeonardo?

22         A       I don't recall.

23         Q       When you found Officer DiLeonardo

24   in this room you said you went in and you

25   testified about your conversation, correct?

126

1                     Timothy Marinaci

2                     MR. FERGUSON:  He did.

3         Q       So, in between the time that you

4    entered and the time you found DiLeonardo, is

5    it your testimony you don't recall having any

6    conversation with any person inside the ER?

7         A       I don't recall having any

8    conversation with anyone in the ER.

9         Q       So, if you did it wasn't of

10   anything of substance, correct?

11        A       I don't recall having any

12   conversation.

13        Q       Now, you said that you had these

14   brief conversations with DiLeonardo and his

15   girlfriend that lasted about a minute and you

16   walked out, right?

17               MR. FERGUSON:  He didn't say two

18               conversations lasted about a minute.

19               But, he did say he had conversations

20               with both of them.

21               MR. GRANDINETTE:  Okay.  I'm not

22               asking you.  But, thank you for the

23               commentary.

24               MR. FERGUSON:  Your question is

25               improper.

127

Timothy Marinaci

1        MR. GRANDINETTE:  Then object.

2        Then just object.  I don't want a

3        speech.

4        MR. FERGUSON:  You're not yelling

5        at people, here.

6        MR. GRANDINETTE:  I'm yelling at

7        you.

8        MR. FERGUSON:  You're yelling

9        because you don't know how to ask a

10       question.

11       Q     Did you, sir, after you walked

12  out of that hospital room, you said that it

13  was your intention to look for Bienz, right?

14       A     Yes.

15       Q     Is there a reason why you didn't

16  ask Officer DiLeonardo about being shot?

17       A     Yes.

18       Q     Why?

19       A     I had been told that he wasn't

20  shot.

21       Q     Who told you that?

22       A     I believe it was a Suffolk County

23  detective.

24       Q     So, when did you speak to a the

1          Timothy Marinaci

2     Suffolk County detective prior to walking into

3     the room based upon your previous

4     conversation?

5               MR. FERGUSON:  Based on his

6          previous conversation?  I don't

7          understand.

8          Q     Based upon your previous

9     testimony that you didn't speak to anybody

10    other than these two patrolmen, when did you

11    speak to a Suffolk County detective?

12         A     I spoke to him while outside the

13    emergency room.  I don't believe -- I didn't

14    speak to anyone else out there.

15         Q     When did you speak to the Suffolk

16    County detective?

17         A     It was before I gave my

18    information to the Officer.

19         Q     So, when I asked you when you

20    arrived you got out of the car and the first

21    person you spoke to was this police officer,

22    that's inaccurate?

23               MR. FERGUSON:  Objection.  Just

24         ask your question.  What is your

25         question?

129

1          Timothy Marinaci

2          Q      When you got out of your car,

3    who's the first person that you spoke to?

4          A      I believe it was the police

5    officer.

6          Q      Did there come a point in time

7    that you spoke to a detective from Suffolk

8    County?

9          A      Yes.

10         Q      When was that in relation to what

11   you testified to about your activities outside

12   the emergency room?

13         A      I don't recall if it was before I

14   looked at the car or after I looked at the

15   car.

16         Q      What did you say to the detective

17   and what did he say to you?

18         A      I don't remember the exact

19   conversation.

20         Q      Tell me what you recall in sum

21   and substance of the conversation.

22         A      We introduced ourselves to each

23   other.

24         Q      Who did he introduce himself as?

25         A      I don't recall his name.

130

1       Timothy Marinaci

2       Q       Did you get his name?  Did you

3   get a card?

4       A       I did have a card that night.

5       Q       From him?

6       A       Yes.

7       Q       Where is it?

8       A       I lost it.

9       Q       How did you lose it?

10      A       I don't know how I lost it.

11      Q       Where did you put it after you

12  got it?

13      A       I don't recall.

14      Q       How many times have you responded

15  to a hospital believing that one of your

16  subordinates had been shot?

17      A       That was the first time.

18      Q       In your lengthy career at this

19  point, right?

20      A       Yes.

21      Q       You don't know who you spoke to,

22  but you believe it was a Suffolk County

23  detective?

24      A       I believe it was, yes.

25      Q       You don't know what you said to

131
1                         Timothy Marinaci

2      him or what he said to you, right?

3            A      I said I don't remember the exact

4      conversation.

5            Q      Which means you don't remember

6      what you said to him or what he said to you,

7      right?

8            A      The exact wording, no.

9            Q      Tell me the summary of the

10     conversation, then?

11           A      We introduced ourselves to each

12     other.

13           Q      Yes.

14           A      He explained to me what he knew

15     of the incident so far.

16           Q      What was that?

17           A      That there was some type of

18     confrontation and that the cab driver had been

19     shot and that's it.

20           Q      Did you ask him any further

21     questions?

22           A      I believe so.

23           Q      What did you ask him?

24           A      I asked him if any of my officers

25     had been shot.

132

1       Timothy Marinaci

2       Q       What did he say?

3       A       I believe he said "No."

4       Q       You're not sure about that?

5       A       I don't know his exact wording,

6       but he indicated no.

7       Q       Wouldn't that be something that

8       you wanted to know immediately whether or not

9       DiLeonardo or Bienz had been shot?

10      A       Yes.

11      Q       He provided you that information

12      -- that's what you're claiming now?

13              MR. FERGUSON:  Objection to the

14              form of the question about what you're

15              claiming now.  You can ask him about his

16              recollection.

17      Q       Is that what you're saying; that

18      this detective told you that neither

19      DiLeonardo nor Bienz were shot?

20      A       Yes.

21      Q       Did he tell you who shot the cab

22      driver?

23      A       I don't recall.

24      Q       Did you ask him any factual

25      details?

133

1                    Timothy Marinaci

2          A       No.

3          Q       Did you ask him his command?

4          A       I believe when he introduced

5     himself he told me he was from the First

6     Squad -- excuse me, Second Squad.

7          Q       Did you ask him his role in the

8     investigation?

9          A       I don't recall.

10         Q       Did you ask him how he knows any

11    of the underlying facts?

12         A       I don't recall.

13         Q       Did you ask him if he interviewed

14    either one of your officers?

15         A       I don't recall.

16         Q       Did he ask you or did he write

17    down any of your information?

18         A       I don't recall.

19         Q       How long was your conversation

20    with this man?

21         A       Brief.

22         Q       What's brief mean?

23                 MR. FERGUSON:  You could ask a

24         question, but don't shout at the

25         witness.

```
                                              134
1              Timothy Marinaci

2        Q      What does brief mean?

3               MR. GRANDINETTE:  I'm not

4        shouting at anybody.

5               MR. FERGUSON:  You certainly are

6        shouting.

7        Q      What does brief mean?

8        A      Less than two minutes.

9        Q      So, if I understand your

10   testimony correctly you spoke with three

11   different people outside the emergency room,

12   correct?

13       A      Yes.

14       Q      Anybody else outside the

15   emergency room?

16       A      I don't believe so.

17       Q      The conversations lasted in total

18   under four minutes, approximately?

19       A      I don't recall how long the

20   conversations lasted.

21       Q      After you enter the emergency

22   room you said you went into DiLeonardo's room

23   and you don't recall speaking to anybody

24   inside the emergency room prior to going into

25   DiLeonardo's room, right?
```

135

1          Timothy Marinaci

2     A          Correct.

3     Q          How long are you in Officer

4  DiLeonardo's room before you exit?

5               MR. FERGUSON:  It's been asked

6          and answered three times.

7     A          Approximately two minutes.

8     Q          Now, you're out and you said your

9  objective was to find Officer Bienz, right?

10    A          Yes.

11    Q          What did you do to accomplish

12  that goal?

13    A          I don't recall if I asked anyone

14  or just walked around the emergency room.

15    Q          Did anybody try to stop you from

16  just walking around the ER -- like a nurse or

17  a doctor say "Excuse me, can I help you," or

18  were you walking around poking your head in

19  the room?

20    A          No one tried to stop me, and I

21  wasn't poking my head into rooms.

22    Q          How long did it take you to

23  locate Bienz?

24    A          I don't recall.

25    Q          Did you eventually find him?

136

1                    Timothy Marinaci

2          A       Yes.

3          Q       Where did you find him?

4          A       In a different area of the

5    emergency room.

6          Q       How far away from where

7    DiLeonardo was?

8          A       I don't recall.

9          Q       When you found him, who was he

10   with?

11         A       His wife, and there was a

12   hospital employee there when I initially found

13   him.

14         Q       Who was the hospital employee?

15         A       I don't know.

16         Q       What did the hospital employee

17   look like?

18         A       It was a male white in a hospital

19   nursing-type uniform.

20         Q       Was the employee performing any

21   job function in relation to Bienz?

22         A       I don't know -- he was doing

23   something.  I don't know what it was.

24         Q       What did you observe him do?

25         A       He was not doing anything

137

1                    Timothy Marinaci

2       directly to Officer Bienz.

3              Q       What was he doing?

4              A       I don't know.

5              Q       Were you in a room?

6              A       No.

7              Q       Where were you, then?

8              A       In the emergency room.

9              Q       Where within the emergency room?

10      Describe it for me.

11             A       A treatment area.

12             Q       Describe the treatment area?

13             A       It's an open area in the

14      emergency room with several beds, each one

15      separated by a curtain.

16             Q       Were the curtains open or closed

17      with respect to where Bienz was?

18             A       I believe the curtains between

19      the beds were closed.

20             Q       How did you come to locate him?

21                     MR. FERGUSON:  Didn't you just go

22             through this?

23                     MR. GRANDINETTE:  No.

24             A       What's the question?

25             Q       How did you come to locate him if

138

1                     Timothy Marinaci

2     the curtains were closed?

3          A     The only curtains that were

4     closed were the ones between the beds.

5          Q     When you located him, had you saw

6     a male in a uniform; he was doing work near

7     Bienz, but not on Bienz, not performing

8     medical treatment?

9               MR. FERGUSON:  How would he know

10         that?  What question are you asking,

11         now?

12         Q     When you met Bienz, did you ever

13    speak to the male employee that was near

14    Bienz?

15         A     I don't believe so.

16         Q     Did he ever say anything to you?

17         A     I don't believe so.

18         Q     Tell me what you did after you

19    found Bienz.

20         A     I spoke to him.

21         Q     What did you say to him?

22         A     I asked him if he was okay.

23         Q     What did he say to you?

24         A     I believe he said words to the

25    effect of "No, I got to run over by a car."

139

1           Timothy Marinaci

2       Q       Anything else?

3       A       Yes.

4       Q       You don't remember what you asked

5   him in response to "No, I got hit by a car"?

6               MR. FERGUSON:  That question

7           hasn't been asked.  What question are

8           you asking, now?

9       Q       Let me go back a second.

10              Did you ask him "Are you okay?"

11  And his response was "No, I got hit by a car"?

12              MR. FERGUSON:  Got run over by a

13          car.  He said words to that effect.

14      Q       Is that what happened?

15      A       Yes.

16      Q       What if anything did you say

17  next?

18      A       I believe the next thing I asked

19  him is if he had his gun on him.

20      Q       What was his response?

21      A       He said "No."

22      Q       As a off-duty Nassau County

23  Police Officer, is he responsible to carry a

24  firearm off-duty?

25              MR. FERGUSON:  Is he responsible

```
                                            140
1                    Timothy Marinaci

2        to?

3                    MR. GRANDINETTE:  Yes.

4        A       What does that mean

5   "responsible"?

6        Q       Is it part of his job function to

7   carry an off-duty weapon?

8                    MR. FERGUSON:  You mean is he

9            required to?  I don't understand this

10           question.

11       Q       Is he required to carry a gun

12  off-duty?

13       A       Not required, no.

14       Q       So, he tells you he doesn't have

15  a gun.  What do you ask him next?

16       A       I don't believe I asked him

17  anything else next.

18       Q       Were there any other

19  conversations between you and Bienz?

20       A       Yes.

21       Q       What was that?

22       A       After I asked him about the gun,

23  I told him just to relax; he's going to be

24  taken care of.  And that was it.

25       Q       When you say he's going to be
```

141

1                      Timothy Marinaci

2      taken care of, what do you mean?

3           A       Doctors and nurses were treating

4      him.

5           Q       Is there any reason you didn't

6      ask him about any of the substantive facts

7      surrounding the incident?

8           A       Yes.

9           Q       Why?

10          A       I was the caretaker supervisor.

11          Q       What does that mean?

12          A       At a scene where an officer used

13     deadly physical force, a caretaker supervisor

14     is assigned to ensure that he is cared for,

15     emotionally, physically, medically.

16          Q       At first, originally, I thought

17     in the deposition you said you weren't part of

18     the Deadly Physical Force Response Team.

19          A       Correct.

20          Q       Is it your understanding that a

21     caretaker supervisor is part of the Deadly

22     Physical Force Response Team under the

23     administrative guidelines that you referred

24     to?

25          A       The caretaker supervisor is not

142

1                              Timothy Marinaci

2       part of the Deadly Physical Force Response

3       Team.

4              Q      When you originally responded, I

5       thought you said that Sergeant Papa asked you

6       to respond and find out what happened, right?

7              A      Yes.

8              Q      Is it your testimony that you

9       intentionally didn't ask either DiLeonardo or

10      Bienz about the underlying substantive facts

11      because it was just your duty to be the

12      caretaker supervisor?

13                     MR. FERGUSON:  Objection.

14             A      I had no investigative

15      responsibilities.

16             Q      Assuming that you have zero

17      investigative responsibilities, my question

18      is, then, did you intentionally not ask

19      DiLeonardo or Bienz about any of the

20      underlying substantive facts?

21                     MR. FERGUSON:  Objection.  You

22              can answer.

23             A      I'm not sure what you mean by

24      "intentionally."

25             Q      Intentionally means your

143

1                     Timothy Marinaci

2      conscious objective was to not inquire about

3      what happened surrounding the underlying facts

4      preceding and including the shooting?

5                     MR. FERGUSON:  Note my objection.

6                     If you understand the question,

7           you can answer it.

8           A      My intention was to ensure that

9      they were cared for, as I stated before, as a

10     caretaker supervisor.

11          Q      I understand that.

12                    Do you make a conscious objective

13     decision not to ask them any questions about

14     the underlying facts?

15                    MR. FERGUSON:  Note my objection.

16          This doesn't make any sense.  He is not

17          -- he made a conscious decision not to

18          fire his gun in the air.  One has

19          nothing to do with the other.

20                    MR. GRANDINETTE:  Mike, you can

21          note your objection.

22                    MR. FERGUSON:  I'm trying to make

23          you understand.

24                    MR. GRANDINETTE:  I don't need

25          your help.

```
 1                    Timothy Marinaci
 2              MR. FERGUSON:  He had no role to
 3         do it.
 4              MR. GRANDINETTE:  I don't need
 5         your help.
 6              MR. FERGUSON:  I don't care
 7         whether you need the help.  My objection
 8         is on the record.
 9         Q     Is it your testimony, sir, that
10    you intentionally did not inquire about the
11    underlying facts of what happened because it
12    was not your responsibility to do so?
13         A     My responsibility was to be the
14    caretaker supervisor, and I did that job.
15         Q     As a result of your job
16    assignment, did you specifically not inquire
17    about the underlying facts?
18              MR. FERGUSON:  Note my objection.
19         Q     Do you understand the question?
20         A     Yes.
21         Q     Okay.  So, was it your intent not
22    to inquire about the underlying facts of what
23    happened because you were the caretaker
24    supervisor?
25         A     It was my intent to be the
```

145

1                        Timothy Marinaci

2       caretaker supervisor.

3            Q       Was it your intent not to inquire

4       -- did you intentionally not inquire about the

5       underlying event?

6                    MR. FERGUSON:  Objection.

7            A       It was my intent to be the

8       caretaker supervisor.

9            Q       You had worked with these guys

10      for five years, right?  About?

11           A       No.

12           Q       From 07 to now February of 2011,

13      3-4 years?

14           A       No.

15           Q       You respond to a scene, you say,

16      to a hospital -- your first ever occasion

17      where there's at least you believe an Officer

18      may have been shot, right?

19           A       Yes.

20           Q       You learn that one of your

21      officers shot a cabdriver, right?

22           A       Yes.

23           Q       You never asked either guy what

24      happened?

25                   MR. FERGUSON:  Just answer yes or

146

1          Timothy Marinaci

2          no.

3          Q      Is that your testimony?

4                 MR. FERGUSON:  Just answer yes or

5          no.

6          A      I did not ask either one what

7    happened.

8          Q      They never told you, "Sarge, you

9    wouldn't believe what happened," and then

10   explained it to you, or words to that effect?

11         A      No.

12         Q      You were the first, to your

13   knowledge, Nassau County Police Officer at

14   Huntington Hospital who spoke to both men,

15   correct?

16         A      Yes.

17         Q      It's your testimony that neither

18   man said a word about the underlying facts of

19   what happened to you when you had

20   conversations with them?

21         A      Correct.

22         Q      Now, how long was this

23   conversation with Bienz -- how long did it

24   take place?

25         A      I don't recall exactly.

147

1                Timothy Marinaci

2       Q      Approximately?

3       A      Approximately a minute.

4       Q      How far were you from him?

5       A      I was very close.

6       Q      What does that mean?

7       A      Within a foot or two.

8       Q      During that minute conversation

9 when you were a foot or two apart, did you

10 observe the odor of alcohol on his breath?

11      A     No.

12      Q     Did he have slurred speech?

13      A     No.

14      Q     Did you observe whether or not he

15 had bloodshot eyes?

16      A     I had trouble seeing his eyes at

17 that point.

18      Q     Why?

19      A     He was laying on his back with a

20 neck brace on a backboard.

21      Q     Did you observe any indicia of

22 intoxication?

23      A     No.

24      Q     So, did you inquire where he had

25 been prior to these events?

148

1              Timothy Marinaci

2        A      No.

3        Q      Is there a reason you didn't?

4        A      I was their as the caretaker

5    supervisor.

6        Q      Did you observe other than him

7    lying -- you said he was on a backboard with

8    the neck brace?

9        A      Yes.

10       Q      Did he exhibit any physical

11   indications of being in pain and discomfort?

12       A      Nothing that I observed, no.

13       Q      After this conversation with

14   Bienz, what happened next?

15       A      I believe I spoke briefly to his

16   wife.

17       Q      What was her name?

18       A      I don't know.

19       Q      Did you ever meet her prior to

20   this date?

21       A      No.

22       Q      Who spoke first, and what was

23   said?

24       A      I believe I spoke first.

25       Q      What did you say?

149

1                Timothy Marinaci

2        A        I asked her if she was okay.

3        Q        What did she say?

4        A        I believe she indicated yes.

5        Q        Any other conversation between

6   you and her?

7        A        Yes.

8        Q        What was it?

9        A        I believe I told her if she

10  needed anything to tell me, and that it was

11  going to be a long night.

12       Q        What if anything did she say to

13  you?

14       A        Okay.

15       Q        Did she ever ask you any

16  questions after you said that to her?  What's

17  going to happen here next, or any questions at

18  all about what the procedure was going to be?

19       A        I don't believe so.

20       Q        Did you ever inquire of her any

21  of the underlying facts?

22       A        No.

23       Q        Did you have occasion to observe

24  an odor of alcohol on her breath, slurred

25  speech, bloodshot eyes, or any other indicia

1            Timothy Marinaci

2    of intoxication?

3         A       No.

4         Q       In general, as part of your

5    training and experience in the Nassau County

6    Police Department, where there is a shooting

7    involved -- involving a police officer on or

8    off-duty, is it a requirement to determine

9    whether or not that Officer is quote "fit for

10   duty"?

11              MR. FERGUSON:  Note my objection.

12        A       I don't know.

13        Q       Is the term fit for duty a term

14   of art in the Police Department to mean sober?

15        A       Term of what?

16        Q       Term of art recognized to mean

17   that they're sober.

18        A       It a very -- fit for duty is a

19   very general term.

20        Q       What is your understanding what

21   it means?

22        A       To be fit for duty.

23        Q       Does that include being sober not

24   intoxicated by the consumption of drugs or

25   alcohol?

```
                                                    151
 1                     Timothy Marinaci
 2          A       Yes.
 3          Q       Based upon your observations that
 4    night, did you reach any conclusions whether
 5    or not DiLeonardo or Bienz at the time that
 6    you observed them in the hospital appeared to
 7    be fit for duty?
 8          A       I did not reach any conclusions.
 9          Q       Either way?
10          A       Either way.
11          Q       So, as you sit here, today,
12    you're telling me that that based upon your
13    observations of DiLeonardo and Bienz they may
14    have been unfit for duty by reason of the
15    consumption of alcohol or drugs?
16                  MR. FERGUSON:  He didn't say
17           that.  Note my objection.
18          A       I didn't say that.
19          Q       Based upon your observations of
20    DiLeonardo and Bienz, are you able to reach a
21    conclusion as to whether or not they were fit
22    for duty?
23                  MR. FERGUSON:  At which time are
24           you talking about?
25          Q       When you spoke to them that
```

152

1                    Timothy Marinaci

2    night.

3         A       When I spoke to both of them,

4    initially, I saw nothing to indicate that they

5    were unfit for duty.

6         Q       Is there anything that ever

7    changed your opinion of that fact?

8         A       No.

9         Q       So, as you sit here today, is it

10   your opinion, sir, that they were fit for

11   duty?

12                MR. FERGUSON:  Based on what he

13            knew at that time.

14        Q       Based upon your observations of

15   them in the hospital and your conversations

16   with them that night, did you conclude that

17   they were fit for duty?

18        A       Based on my interactions with

19   them at that time, they appeared to be fit for

20   duty.

21        Q       Now, how long was your

22   conversation with Jillian Bienz?

23        A       I don't know who Jullian Bienz

24   is.  Is that his wife?

25        Q       His wife.

153

1        Timothy Marinaci

2        A        Very brief.  Less than a minute.

3        Q        What did you do after that

4    conversation?

5        A        I believe I left them and called

6    Sergeant Papa.

7        Q        Did you use your cell phone to

8    call Papa?

9        A        I used a cell phone.  I don't

10   know if it was mine or departmental.

11       Q        What did you say to Sergeant

12   Papa; what did you tell him?

13       A        I told him that Officer

14   DiLeonardo had not been shot.

15       Q        Yes.

16       A        That there had been some type of

17   altercation, and that Suffolk County was

18   investigating, and that Officer DiLeonardo had

19   shot a cab driver.

20       Q        Did you know or inquire about the

21   health or well being of the cab driver?

22       A        At that point?  I don't recall.

23       Q        So, going back to the

24   conversation with the detective in the

25   emergency room parking lot when he told you

154

1                      Timothy Marinaci

2      that DiLeonardo shot the cabbie, you don't

3      recall inquiring how he was?

4           A      I don't recall.

5           Q      At that point when you were

6      talking to Papa, did you at least know whether

7      or not he was alive or dead?

8           A      I believe at that point I knew he

9      was alive.

10          Q      Do you know how you came about

11     that information?

12          A      I don't recall.

13          Q      After you reported this

14     information to Papa, did he communicate any

15     information to you or any direction to you?

16          A      He told me to remain at the scene

17     and be the caretaker supervisor there.

18          Q      You said that he was a Sergeant

19     as well, right?

20          A      Yes.

21          Q      Was he giving you orders, or were

22     you just more or less calling in to fill him

23     in that your two officers were okay; they

24     didn't get shot?

25          A      As desk Officer he has

155

1              Timothy Marinaci

2    administrative authority over patrol

3    supervisors even of the same rank.

4         Q     So, then, he told you to remain

5    at the hospital, and you filled him in the

6    guys were okay -- they weren't shot.  And he

7    asked you to stay, right?

8         A     He told me to stay.

9         Q     What's the next thing you do then

10   after having this conversation with Papa?

11        A     At some point -- I don't remember

12   the exact time -- I spoke to the First Squad

13   detective, again, from Suffolk County.

14        Q     Is this --

15             MR. FERGUSON:  First or second?

16             THE WITNESS:  Excuse me, the

17            Second Squad detective that I had spoken

18            to outside.

19        Q     You spoke to the same detective

20   you spoke to in the emergency room -- outside

21   the emergency room parking lot?

22        A     I spoke to the Second Squad

23   detective inside.  It was the same detective I

24   spoke to outside.

25        Q     This is the guy who gave you his

156

Timothy Marinaci

1    card, but you lost it?

2    A     Yes.

3    Q     If you could look at the scene

4    log -- can you tell me by looking at that

5    scene log -- it appears that there was only

6    one detective present at the hospital prior to

7    your arrival -- a Gene Geissinger.  Would that

8    refresh your recollection whether or not that

9    was the detective that you spoke to?

10         MR. FERGUSON:  Note my objection

11            to your representation that this is the

12            complete listing of the persons that

13            were there.  Because as you know,

14            Inspector Flanagan has already testified

15            that he was there and his name is not on

16            her and others as well.

17            So, I object to your

18            representation that this would be a

19            complete listing of the people that were

20            there.

21         MR. GRANDINETTE:  Thank you for

22            that.

23         MR. FERGUSON:  What name?

24    Q     Looking at the scene log, it

```
1                    Timothy Marinaci
2       appears from the names on the scene log that
3       Geissinger was the only detective present from
4       the Second prior to your arrival; does that
5       refresh your recollection of who you spoke to?
6            A      I don't recall the detective's
7       name.
8                  MR. FERGUSON:  Doesn't it say
9             Favatta, Second Precinct, or am I
10            interrupting something here, 30314.
11                 MR. GRANDINETTE:  That's after AT
12            3:14 in the morning.
13                 MR. FERGUSON:  What was your
14            question?
15                 MR. GRANDINETTE:  I'm not going
16            to repeat it.
17           Q      How long after the conversation
18      with Papa did you speak to this Second Squad
19      detective, again?
20           A      I don't recall.
21           Q      What did you speak to him about?
22           A      I explained to him that my
23      superior officer would be coming to the
24      hospital.  I was just there to explain to him
25      what a caretaker supervisor was.
```

158

1                    Timothy Marinaci

2          Q       What did you tell him?

3          A       I explained to him that I was

4    responsible for their care, medical, emotional

5    and mental.

6          Q       So, you had a very specific duty

7    of being responsible for their medical

8    condition, emotional condition, correct?

9          A       Yes.

10         Q       How long would you say this

11   conversation was with the detective the second

12   time around?

13         A       I don't recall.

14         Q       Did he say anything to you after

15   you explained your role and that your

16   supervisors would be coming town?

17         A       Yes.

18         Q       What did he say to you?

19         A       He, basically, told me the same

20   thing from his department.  His supervisors,

21   other detectives, people would be coming down

22   to do an investigation.

23         Q       Did you ever observe an Officer

24   posted outside the room of DiLeonardo from

25   Suffolk County?

159

1          Timothy Marinaci

2          A     I don't recall.

3          Q     As your role as duty caretaker,

4     did you inquire with the physician or medical

5     staff as to the condition of DiLeonardo or

6     Bienz?

7          A     I don't recall.

8          Q     Wasn't that your specific duty to

9     be their caretaker?

10         A     My job was ensure that they were

11    cared for.

12         Q     In performing your job function,

13    did you ever speak to any of the doctors or

14    the hospital staff to inquire about the

15    medical condition of DiLeonardo and Bienz?

16         A     I don't recall.

17         Q     So, that means you could have?

18         A     It's possible, yes.

19         Q     Do you ever recall speaking to a

20    Dr. --

21              MR. FERGUSON:  You can save

22         yourself some time.  He's already said

23         he doesn't recall.

24         Q     Dr. Kraszewski.

25         A     I don't recall.

160

Timothy Marinaci

1

2      Q      Do you recall seeing a doctor

3   treating and/or caring for DiLeonardo and

4   Bienz?

5      A      I don't recall if I saw any

6   doctors treating him.

7      Q      How long were you at the hospital

8   that night?

9      A      I don't recall what time I left

10   the hospital.

11      Q      From the time you arrived to

12   whatever time you left, did you ever see a

13   doctor in the presence of either DiLeonardo or

14   Bienz?

15      A      I saw hospital personnel with

16   them.  I don't know if they were doctors or

17   nurses or anything else.

18      Q      But, you saw hospital personnel

19   speaking to them, taking care of their medical

20   needs, and performing medical tests?

21            MR. FERGUSON:  That's about three

22         questions.  Can you try it?

23      A      I don't know if they were

24   performing tests.  I saw them -- hospital

25   personnel with them performing some type of

161
1                    Timothy Marinaci

2      function.

3           Q      Did you ever hear one of the

4      doctors, specifically, Dr. Kraszewski,

5      indicate that she believed that DiLeonardo and

6      Bienz were drunk and she wanted their blood

7      drawn?

8           A      Did I hear that?

9           Q      Yes.

10          A      No.

11          Q      Did you ever, specifically, hear

12     the doctor say words to the effect that this

13     is great, these guys are drunk; they can shoot

14     someone and walk out the hospital the same

15     day?

16          A      No.

17          Q      Did you ever hear the doctor or

18     any nursing staff make specific requests of

19     Officer DiLeonardo to draw his blood and to

20     take his urine?

21          A      No.

22          Q      Are you aware that Officer

23     DiLeonardo refused to give his blood and

24     refused to give his urine to hospital

25     personnel?

162

1                   Timothy Marinaci

2         A       No.

3         Q       You weren't aware of that fact?

4         A       No.

5                 MR. FERGUSON:  Just asked and

6         answered.

7         Q       Were you aware of the fact that

8    according to the medical records that the odor

9    of alcohol was detected on Officer

10   DiLeonardo's breath, and that his words were

11   slurred?

12                MR. FERGUSON:  Note my objection.

13        A       I have no knowledge of the

14   medical records.

15        Q       Were you aware of the fact that

16   on the medical records Officer DiLeonardo

17   indicated that he believed that he was struck

18   by a bullet and suffered a gun shot wound?

19        A       I have no knowledge of the

20   medical records.

21        Q       Do you know if that's how the

22   shooting of DiLeonardo came to be reported to

23   you because he reported being shot to a member

24   of the Suffolk County Police Department at the

25   scene, which was subsequently communicated to

163

1              Timothy Marinaci

2    Sergeant Papa?

3         A      I don't know how it was reported

4    to Sergeant Papa.

5         Q      But, it's your testimony that

6    DiLeonardo never told you that he believed

7    that he was shot?

8         A      I don't believe so, no.

9         Q      I'm going to show you, very

10   quickly, DiLeonardo's medical records,

11   previously marked as Plaintiff's Exhibit 6.

12              MR. FERGUSON:  What is that?

13              MR. GRANDINETTE:  DiLeonardo's

14        medical records.

15        Q      I'm going to ask you to take a

16   look at DiLeonardo's medical records.  Let's

17   start with the chief complaint, the

18   highlighted section.

19              MR. FERGUSON:  Note my objection

20        to showing this witness -- who's not a

21        medical person -- somebody's medical

22        records, and I assume asking questions

23        about it.  Otherwise, there would be no

24        purpose of showing it to him.

25        Q      You were ultimately -- you were

164

1              Timothy Marinaci

2    assigned to fill out the Worker's Compensation

3    forms and injury reports regarding DiLeonardo

4    and Bienz, right?

5              MR. FERGUSON:  Objection.

6         A    Yes.

7         Q    You were discharged with the

8    duty, sir, of caring for them and being

9    responsible that they received the medical

10   care that they need?

11             MR. FERGUSON:  He didn't care for

12        them at all.

13        Q    Not the care.  But, you were

14   the -- I think you described it as the duty

15   care advisor; you were there to oversee that

16   they got appropriate medical attention, right?

17        A    Caretaker supervisor.

18        Q    Looking at Plaintiff's 6, I ask

19   you to look under chief complaint.  You see

20   the section that says -- that's highlighted

21   there for you?  It says my arm hurts?

22             MR. FERGUSON:  Note my objection

23        to questioning this witness about a

24        medical record which he had nothing to

25        do with, unless you establish some sort

165

Timothy Marinaci

2    of foundation that he did.

3         Objection to this line of

4    questioning.

5    Q    Was that consistent with what

6    your observations and communications with

7    DiLeonardo that night?

8    A    I have no knowledge of this form

9    itself.  I did observe Officer DiLeonardo

10   having injury to his arm.

11   Q    Is that chief complaint

12   consistent with your observations and what you

13   learned that night?

14        MR. FERGUSON:  Same objection.

15   A    I don't know if that was his

16   chief complaint or not.

17   Q    What did he communicate to you

18   prior to you filling out the forms what his

19   chief complaint was?

20        MR. FERGUSON:  Note my objection.

21        Never been any foundation that he

22        communicated a chief complaint to this

23        Officer.

24   A    I don't believe he ever told me

25   what his complaints were.

166

1                      Timothy Marinaci

2          Q      Did you fill out his Worker's

3     Compensation form listing what his injuries

4     were?

5          A      Yes.

6          Q      Where did you get the list of

7     what his injuries were?

8          A      I got it from another person.

9          Q      Who was that?

10         A      I don't recall.

11         Q      You never got DiLeonardo's

12    medical complaints from DiLeonardo directly?

13         A      I don't believe so, no.

14         Q      You reported them to the Worker's

15    Compensation Board as reported to you by

16    someone else?

17         A      I filled out the forms.  I'm not

18    sure I understand the question.

19         Q      You filled out forms indicating

20    what DiLeonardo's medical condition was,

21    right?

22         A      Yes.

23         Q      You submitted those forms under

24    penalty of perjury to the Worker's

25    Compensation Board.

167

1          Timothy Marinaci

2               MR. FERGUSON:  Note my objection.

3     A        I submitted them, yes.

4     Q        Is it your testimony that you

5  didn't speak to DiLeonardo about the nature of

6  his injuries before you submitted the form?

7               MR. FERGUSON:  Note my objection.

8     A        I don't believe so.

9     Q        So, who provided you the

10 information where you listed his injuries?

11              MR. FERGUSON:  Three times.

12    A        I don't recall.

13    Q        Let's look at his subjective

14 complaint.

15              MR. FERGUSON:  Referring to a

16         medical record, again?

17              MR. GRANDINETTE:  Yes.

18         Subjective assessment highlighted.

19              MR. FERGUSON:  Same objection.

20    Q        Patient found seated on ground

21 states his arm is bleeding; states he was

22 exchanging gunfire with a suspect when he may

23 have been struck by a bullet.

24              Did you read that sentence?

25    A        I'm reading the sentence, yes.

168

Timothy Marinaci

1        Q        Now, is it your testimony that

3   DiLeonardo never communicated those facts to

4   you; that he believed he was injured after

5   exchanging gunfire and being struck by a

6   bullet?

7        A        I don't believe so, no.

8        Q        If we look, sir, to the next tab

9   -- if you would.  Let me get it for you.

10               The page number on the IAB report

11  is 160.  If you take a look at the highlighted

12  section, there's a time transcribed as 0210,

13  right?

14               MR. FERGUSON:  Again, this is

15               Huntington Hospital emergency department

16               record.  This Officer has nothing to do

17               with this.  Nor has it been established

18               he has any expertise in medical care.

19               And I would object to his being

20               questioned about the hospital record.

21       Q        At 0210, according to this entry,

22  you see patient refused blood work, correct?

23       A        That's what the form says.

24       Q        Then it says MD made aware

25  charge nurse NS and MD -- looks like two room

1          Timothy Marinaci

2     at bedside, correct?

3               MR. FERGUSON:  Note my objection.

4          You're interpreting something that not

5          what it says.  But, you're making your

6          own interpretation.  Objection.

7          A     I don't know what some of this

8     says.

9          Q     You can't make that out?

10         A     Couple of things, no.

11         Q     You can make out the fact that

12    0210, the patient refused blood work, right?

13         A     The form says that.

14         Q     Again, going down further at

15    0300 hours, there's another entry -- looks

16    likes Michael NS notified me that patient has

17    the right to refuse blood work, notified MD,

18    right?

19              MR. FERGUSON:  Same objection.

20         A     That's what the form says.

21         Q     Is it your testimony that you

22    were unaware that an issue arose regarding

23    DiLeonardo's refusing to give his blood to

24    hospital personnel that night?

25              MR. FERGUSON:  Note my objection.

170

Timothy Marinaci

1

2      A      Can you repeat the question?

3      Q      You were not aware that the issue

4   of DiLeonardo refusing to give blood to the

5   hospital staff arose that night?

6            MR. FERGUSON:  Objection.

7      A      I was not aware that he refused

8   to give blood.

9      Q      You never became aware of it that

10  evening?  Never heard anybody speaking about

11  wanting his brood work or the fact that he was

12  intoxicated.

13           MR. FERGUSON:  Same objection.

14     A      I don't believe so, no.

15     Q      Now, you said that you were in

16  close proximity to him and you didn't observe

17  him slurring his words or an odor of alcohol

18  on his breath, correct?

19           MR. FERGUSON:  Asked and

20        answered.

21     A      No.

22     Q      So, if you look at the hospital

23  record -- that portion that's highlighted -- I

24  ask you to read along with me for a second.

25           MR. FERGUSON:  Objection to --

171

1              Timothy Marinaci

2          the same objection to using the hospital

3          record with this witness.

4          Q      Starting with the word slurring.

5     Slurring words at times with smell of alcohol

6     on breath perseverating; you see that?

7          A      Yes.

8          Q      So, would you agree with me that

9     at least someone -- the time on this form is

10    0215 hours, correct?  Top of the form says

11    0215 hours?

12         A      I have no knowledge of this form;

13    who filled it out or if the time is correct.

14         Q      I'm not saying that you do have

15    knowledge, you don't have knowledge.  I'm

16    asking you, though, on the form itself what

17    appears to be DiLeonardo medical records from

18    Huntington Hospital, the time is 0215 and

19    there is an indication by a member of the

20    staff that he is slurring his words and he has

21    an odor of alcohol on his breath, correct?

22              MR. FERGUSON:  Objection.

23         A      In the top left corner it says

24    0215.  That is written.  But, I do not know

25    who wrote it.

172

1          Timothy Marinaci

2          Q      I understand you don't know who

3    wrote it.

4                 Does the form indicate that he

5    had an odor of alcohol on his breath and was

6    slurring his words?

7                 MR. FERGUSON:  Objection.

8                 Does it say that; yes or no?

9                 THE WITNESS:  Yes, it does say

10        that.

11         Q      Moving onto the next page marked

12   166, the highlighted section at the bottom.

13   Would you agree with me that there's another

14   note under comments, procedure re-assessment,

15   it says the patient refuses to have any blood

16   or urine tests tested?

17                MR. FERGUSON:  Objection.

18         A      The forms says that.

19         Q      Under psychiatric, circled is the

20   word impaired -- under effect, circle is the

21   word hostile, correct?

22                MR. FERGUSON:  Objection.

23         A      They are checked.  I don't

24   know -- I don't know this form.  I can't state

25   everything you said.

173

1          Timothy Marinaci

2          Q      Turning to the next page is the

3     discharge summary.  It indicates that

4     DiLeonardo was discharged from the hospital

5     0630, correct?

6               MR. FERGUSON:  Objection.

7          A      The forms says that.

8          Q      Then under that there's a

9     discharge plan, right?

10              MR. FERGUSON:  Objection.

11         A      Yes.

12         Q      Now, if you look to the left of

13    the discharge, there's an impression and

14    there's a list of three things described

15    there.  There's a right shoulder contusion,

16    right finger -- looks like right third finger

17    laceration and a left forearm laceration,

18    correct?

19              MR. FERGUSON:  Objection.

20         A      Yes.

21         Q      Was that consistent with the

22    injuries you believed that Officer DiLeonardo

23    suffered?

24              MR. FERGUSON:  Objection.

25         A      I would have to look at my

174

                    Timothy Marinaci

1

2    paperwork that I filled out that morning to

3    see if it's consistent.

4         Q      At any rate, DiLeonardo walked

5    out of the hospital that evening of his own

6    accord?

7                MR. FERGUSON:  I doubt it.

8         Q      In other words, that morning he

9    left the hospital?

10        A      Yes.

11        Q      He walked out.  He wasn't in need

12   of any prosthetics, crutches; he wasn't

13   casted, didn't have any serious physical

14   injury, correct?

15               MR. FERGUSON:  How many questions

16          are you asking here?

17        Q      Did he have any serious physical

18   injury?

19               MR. FERGUSON:  Note my objection.

20          This is not a medical witness.

21          Objection.

22               MR. GRANDINETTE:  You established

23          him as being a witness responsible for

24          his medical care.

25               MR. FERGUSON:  That doesn't mean

175

```
 1                   Timothy Marinaci
 2          giving medical care.
 3                   MR. GRANDINETTE:  Of course, it
 4          doesn't.  It's an oversight.
 5                   MR. FERGUSON:  Big difference.
 6          I'm not arguing with you.
 7          Q       Would it be fair to say that
 8     DiLeonardo didn't have any serious physical
 9     injury, and you knew that when he left the
10     hospital at 6:30 in the morning?
11                   MR. FERGUSON:  Objection.  That
12          calls for a medical conclusion.
13          A       At that time I didn't know the
14     extent of his injuries.  I didn't know the
15     severity of his injuries.
16          Q       But, you did indicate, earlier,
17     that you didn't observe any serious physical
18     injury based upon your observations and
19     communications with him, right?
20                   MR. FERGUSON:  Objection.
21          A       I don't believe I said that.
22          Q       Well, when you were in the room
23     with him for the first minute you said he
24     looked okay; he might start to cry, but that
25     he wasn't in any serious pain.
```

```
                                                    176
 1                   Timothy Marinaci
 2              MR. FERGUSON:  You're
 3         mischaracterizing -- you're going back
 4         over things and then misstating it all
 5         altogether.
 6         Q      I'll withdraw the question.
 7              After this conversation with
 8   Bienz -- I'm going back to Bienz -- you said
 9   that you spoke to Bienz and that you didn't
10   observe any indicia of intoxication on him,
11   right?
12              MR. FERGUSON:  We have to go
13         through things, again and again.  If
14         he's already asked and answered the
15         question -- you've gotten the question
16         answered.  So, you're only entitled to
17         that.
18         Q      You said that there was nothing
19   that you observed about Officer Bienz that
20   suggested that he had consumed alcohol, right?
21              MR. FERGUSON:  He did not say
22         that.  Objection.  He said he didn't
23         appear intoxicated.  There's a big
24         difference.
25         Q      Did you observe anything at all
```

177

1          Timothy Marinaci

2     based upon your communication with Bienz that

3     night that he had consumed any alcohol?

4               MR. FERGUSON:  Objection.

5          A     No, I did not.

6               MR. GRANDINETTE:  Can I have this

7          marked as Plaintiff's 28?

8               (Plaintiff's 28 marked)

9               MR. FERGUSON:  Going through the

10         medical record, again?

11              MR. GRANDINETTE:  Yes, it is.

12              MR. FERGUSON:  I have a

13         continuing objection to all questions

14         asking for this witness to read medical

15         records and to answer questions from

16         hospital or other medical records.

17              MR. GRANDINETTE:  It's noted.

18         Q     Officer, if you would, Sergeant,

19    ask you to look at page 000173 -- there's a

20    highlighted section there.

21              MR. FERGUSON:  The whole thing is

22         highlighted except for the vital signs.

23         Q     You see under the section of

24    chief complaint, my left arm and leg hurts,

25    correct?

178

1         Timothy Marinaci

2         A       The form says that, but I have no

3    knowledge about this form.

4         Q       It's okay.  I know you don't.

5    I'm just asking you to go through with me what

6    the medical records of Officer Bienz show.

7              MR. FERGUSON:  For what purpose?

8         Q       Now, that in mind, would you

9    agree with me that according to the ambulance

10   record, Ed Bienz reported his chief complaint

11   to be my left arm and leg hurts.

12             MR. FERGUSON:  Objection.

13        A       I don't know where this form came

14   from.  I don't know if it's an ambulance

15   record or what record.

16        Q       Okay.  Notwithstanding that fact,

17   under chief complaint, do you agree with me it

18   says my left arm and leg hurts?

19             MR. FERGUSON:  Objection.

20        A       Yes, it does.

21        Q       Does it also say lower -- under

22   objective physical assessment -- and I circled

23   it -- smell of alcohol present on breath?

24             MR. FERGUSON:  Note my objection.

25        A       The form says that.

179

1        Timothy Marinaci

2        Q      Now, it's your testimony, though,

3   that when you were in Officer Bienz's presence

4   approximately a foot or two away you did not

5   smell an odor of alcohol?

6               MR. FERGUSON:  Asked and

7         answered.

8        A      I did not smell an odor of

9   alcohol.

10       Q      Now, if you look in the medical

11  records, again the highlighted section of page

12  176 under comments, it indicates that the

13  patient admits to drinking ethanol tonight,

14  tonight?

15              MR. FERGUSON:  Objection.

16       A      I don't know what that says.

17       Q      If you go to the last page, sir,

18  -- if you look at the discharge summary, can

19  you tell me what time Officer Bienz was

20  discharged?

21              MR. FERGUSON:  Objection.

22       Q      According to the hospital

23  records?

24              MR. FERGUSON:  Objection.

25       A      The time on the form is 0550.

1                    Timothy Marinaci

2          Q       Under impression it has left

3     elbow contusion and left leg abrasion, right?

4          A       That's what it says on the form.

5          Q       Is that summary consistent with

6     your observation of Ed Bienz's medical

7     condition?

8                    MR. FERGUSON:  Note my objection.

9          A       I would need to review my

10    paperwork that I did.

11         Q       Okay.  You mentioned he was on a

12    backboard and medical collar.  You know he was

13    X-rayed that night to check for any fractures

14    to make sure that he was okay.

15                    MR. FERGUSON:  Note my objection.

16         A       I don't recall him being X-rayed.

17         Q       If you looked at the X-ray

18    reports and his medical records would that

19    refresh your recollection that he was sent out

20    for X-rays?

21         A       No.

22         Q       It wouldn't refresh your

23    recollection?

24         A       No, I have no knowledge of these

25    forms.

181

1      Timothy Marinaci

2      Q      You said you don't recall

3  speaking to anybody about his medical

4  condition, correct?

5      A      Who?

6      Q      Either one of these guys; a

7  doctor or a nurse or anybody from the hospital

8  you never had a conversation with?

9      A      I said I don't recall.

10      Q      Now, other than this first

11  conversation you had with Bienz and

12  DiLeonardo, did there come a time that evening

13  that you spoke with either one of them, again?

14      A      Yes.

15              MR. FERGUSON:  I assume you're

16          talking about the morning.

17      Q      When I say that evening, I'm

18  referring to -- the time is now from 2 o'clock

19  to the discharge times.  One was 5:50; the

20  other was 6:30.  So, in between that window,

21  did you have any further conversation with

22  either one of them?

23      A      Yes.

24      Q      Let's start with Bienz because

25  you said -- I think you said you spoke with

182

1          Timothy Marinaci

2    him and his lawyer, or was that DiLeonardo?

3              MR. FERGUSON:  The lawyer's name

4         that he gave was for DiLeonardo.  It was

5         Miller.

6         Q     Let start with that conversation.

7              MR. FERGUSON:  Willard Miller.

8         Q     Do you have any time reference

9    for us between the first conversation and the

10   second conversation?

11        A     It was later in the night.

12        Q     You said that's when you filled

13   out the firearms discharge form?

14        A     No.

15        Q     That was the time that you made

16   inquiry for factual data in to include into

17   the firearms discharge summary.

18        A     I didn't complete the

19   firearms discharge form at that time.  I began

20   to fill it out with the questions I needed

21   from him.  I completed it at the Third

22   Precinct.

23        Q     Is that conversation with him and

24   Miller; was that the only other conversation

25   you had with DiLeonardo that night?

183

1                    Timothy Marinaci

2          A       I believe so.

3          Q       Were you directed by Sergeant

4    Papa to gather that information and fill out

5    that form?

6          A       I don't recall.

7          Q       Was this the only other function

8    you performed other than the duty care

9    supervisor?

10         A       I was the caretaker supervisor.

11   I filled out the departmental and state

12   paperwork on their injuries.  I filled out the

13   firearms discharge report.

14                 MR. GRANDINETTE:  If we could

15            have that marked as Plaintiff's 29.

16                 (Plaintiff's 29 marked)

17         Q       Was this second conversation the

18   only other conversation you had with

19   DiLeonardo that night?

20                 MR. FERGUSON:  Just asked that

21            question five minutes ago.

22         A       Yes, I believe so.

23         Q       What information did you ask him,

24   without looking at that?  If you need it, you

25   can refer to it.  But, without looking at it,

1            Timothy Marinaci

2    tell me where this conversation took place and

3    who said what to whom.

4         A      Took place in the emergency room.

5         Q      Okay.

6         A      I asked him questions in the

7    presence of his lawyer -- the information I

8    needed to complete the firearms discharge

9    report.

10        Q      Where within the emergency room?

11   Was it the same room?

12             MR. FERGUSON:  Fourteen feet from

13        the entrance.

14        A      It was not the same room he was

15   in originally.

16        Q      Was it in a room, though, or was

17   it in an open area?

18        A      It was in an open area.

19        Q      Was there anybody else present?

20        A      It was myself, Officer

21   DiLeonardo, and his lawyer.

22        Q      How about Covis, his union rep or

23   anybody else?  Was anybody around or just you

24   three?

25        A      He was in the emergency room.  He

185

1        Timothy Marinaci

2    wasn't present for that conversation.

3        Q       Just explain to me how the

4    inquiry went?  What did you ask or what were

5    the parameters of this inquiry?

6        A       I explained to DiLeonardo and his

7    attorney that I need questions specifically

8    for the firearms discharge report.  I asked

9    his lawyer if I could speak to him.

10       Q       Explain to me -- does he have a

11   choice not to answer your questions?

12               MR. FERGUSON:  Objection.  If you

13          know.  Note my objection.

14       A       I don't know.

15       Q       At any rate, what do you ask

16   DiLeonardo about the discharge of his firearm?

17       A       I need to look at the form.

18       Q       After you reviewed it, let me

19   know and then I'll ask you questions.

20               MR. FERGUSON:  I believe there's

21          an open question, right?

22       Q       Did all the information contained

23   in this report come from DiLeonardo?

24       A       I don't recall if he specifically

25   said it or if his lawyer said it.

1                     Timothy Marinaci

2          Q       Irrespective, is it your belief

3     that the content of the form came from

4     DiLeonardo or his legal representative?

5          A       Yes.

6          Q       So, we start, for example, with

7     the time of incident.  It says 0118 hours,

8     right?  It's a very specific time.

9                  Did DiLeonardo tell you that this

10    shooting took place at 0118 as opposed to

11    0120?

12         A       I don't believe so.

13         Q       Where did that come from?

14         A       I believe it came from Suffolk

15    County Police Department.

16         Q       Would that, then, presume that

17    you had communications with a member of the

18    Suffolk County Police Department to help you

19    fill out this form or to gather information

20    about the facts of the case?

21         A       I got preliminary information

22    from the Suffolk County Police Department.

23         Q       When?

24         A       At some point during that night.

25         Q       Okay.  Relative to this form?

1          Timothy Marinaci

2              MR. FERGUSON:  To the form or to

3      the incident?

4      Q       To this form.

5      A       I don't understand the question.

6      Q       Earlier, you said duty caretaker?

7      A       No.

8      Q       Caretaker duty Officer?

9      A       No.

10      Q       What is it?

11      A       Caretaker supervisor.

12      Q       So, you're the caretaker

13      supervisor.  So, you weren't making specific

14      inquiries about the underlying facts?

15      A       Correct.

16      Q       Prior to speaking to DiLeonardo a

17      second time for purposes of this factual

18      information to fill out this form, did you

19      have substantive conversations with any member

20      of the Suffolk PD regarding the underlying

21      facts?

22      A       I spoke to at least one member of

23      the Suffolk County Police Department about

24      preliminary information, not about

25      substantive.

188

1          Timothy Marinaci

2          Q      What's the difference between

3    preliminary information and substantive

4    information in your mind?

5          A      Preliminary is time of

6    occurrence, the location, things along those

7    lines -- not the actual incident itself.

8          Q      When did you have that

9    conversation?

10         A      It was before I spoke to

11   DiLeonardo the second time.

12         Q      So, did you seek out a member of

13   Suffolk County PD for this preliminary factual

14   information?

15         A      There were members of the Suffolk

16   County Police Department in the emergency

17   room.  I wouldn't say I seeked them out.  They

18   were there.

19         Q      Did they come up to you and just

20   give did you the information, or did you now

21   know, hey, listen, I got to fill out this

22   report, so I'm going to get some preliminary

23   information from them.

24         A      I don't recall who initiated that

25   conversation.

189

1                     Timothy Marinaci

2          Q       At any rate, when the

3   conversation started you just told them,

4   "Guys, I need some substantive preliminary

5   information"?

6          A       No.

7          Q       Did they only give you this

8   preliminary information without you asking for

9   it, like date, time, location?

10         A       There was a conversation about

11  it.  I don't know if I went to them first or

12  if they came to me.

13         Q       Did you write this information

14  down since you filled out your paperwork later

15  and not at the hospital on some memo book,

16  note pad, anything like that?

17         A       The only information I had was

18  written on this form.  It was finished at the

19  Third Precinct.

20         Q       So, you had this form with you at

21  the hospital?

22         A       Yes.

23         Q       Then you could just ask Suffolk

24  County PD what was the time of the incident.

25  What was the location.  Did you write it

1          Timothy Marinaci

2    contemporaneously when they gave it to you?

3          A      I wrote that information on this

4    form.

5          Q      Okay.  So, the first box

6    regarding incident is stuff that you're saying

7    Suffolk PD gave you; date, time, location?

8          A      Yes.

9          Q      Now, the other information, I'm

10   sure, starting about the Officer, his name,

11   his shield, his command; you knew all that,

12   right?

13         A      Not all of it offhand.

14         Q      Next, we go to duty status.  He

15   was off-duty.  He was in civilian clothes,

16   correct?

17         A      Correct.

18         Q      And the next line down -- it

19   calls for the type of incident.  Who told you

20   that it was an arrest?

21         A      There was a another member of the

22   Suffolk County Police Department that told me

23   the subject had been arrested.

24         Q      What time did you get that

25   information from the Suffolk County Police

1                      Timothy Marinaci

2     Officer?

3          A       I don't recall.

4          Q       Do you know what time Moroughan

5     was placed under arrest?

6          A       No, I don't.

7          Q       Was it an Officer; was it a

8     detective that gave you this information?

9          A       That gave me the information for

10    this form?

11         Q       That he was arrested.

12         A       That was a Suffolk County

13    detective.

14         Q       Was it the same detective you had

15    communicated with, earlier, or was it a

16    different detective?

17         A       Different detective.

18         Q       Do you know his name?

19         A       Yes.

20         Q       What was his name?

21         A       I believe it's Tavares.

22         Q       What was your conversation with

23    Tavares regarding the arrest of Mr. Moroughan?

24         A       It was limited.  He said that

25    Moroughan had been arrested for the incident.

192

1          Timothy Marinaci

2          Q      Did he give you any more specific

3     details?

4          A      No, he did not.

5          Q      Did you ask him what's he

6     arrested for?

7          A      I don't recall.

8          Q      Was it important for you to know

9     that whether or not he was being arrested for

10    reckless endangerment, assault, resisting

11    arrest, anything?

12         A      For me at that point, no.

13         Q      This man, by the way, who was

14    being arrested; did you see him in the

15    emergency room?

16         A      At a distance.  I was never

17    really in his presence.

18         Q      How far was he from you at the

19    emergency room?

20         A      At what point?

21         Q      Assuming you moved from point to

22    point to point, right?  Why don't I ask you

23    how big, in general, is the emergency room.

24              MR. FERGUSON:  Objection.  No

25         foundation that he knows the parameters.

193

Timothy Marinaci

1    You're referring to this man as

2    Moroughan.

3            MR. GRANDINETTE:  Yes.

4            MR. FERGUSON:  Why don't you ask

5    him what's the closest you were to him.

6            MR. GRANDINETTE:  Because I want

7    to ask him in general --

8        Q    Where was Moroughan?  Was he in a

9    room?

10        A    Yes.

11        Q    You said you saw him at a

12    distance?

13        A    Yes.

14        Q    So, what was the closest distance

15    you were to him that night?

16        A    I would say the closest I ever

17    was 15 feet.

18        Q    What was the farthest that you

19    were from him that night within the confines

20    of the emergency room?

21        A    I don't recall.

22        Q    But, you were able to observe

23    him -- you knew his room was right there the

24    entire evening?

194

1              Timothy Marinaci

2        A       I wouldn't say I observed him.  I

3   noticed him and didn't pay any attention to

4   him.

5        Q       Weren't you even curious to take

6   a look at the guy who allegedly tried to run

7   down DiLeonardo?

8        A       No.

9        Q       Did you ever hear him say

10  anything that evening?

11       A       No.

12       Q       Did you ever hear him utter any

13  word at all?

14       A       No.

15       Q       How many hours were you in the

16  emergency room?

17       A       I don't recall.

18       Q       We know approximately what time

19  you got there, right?

20             MR. FERGUSON:  We've been through

21       this four times.

22       Q       DiLeonardo was discharged about

23  6:30.  So, would it be fair to say that you

24  were in the ER roughly four and-a-half hours

25  or so?

195

1                      Timothy Marinaci

2          A      I don't recall the exact amount

3     of time.

4          Q      During that entire time, is it

5     your testimony that you never heard Moroughan

6     say anything?

7          A      Correct.

8          Q      Did you ever hear him cry out

9     word to the effect "Why did they shoot me?"

10         A      No, I did not.

11         Q      "I didn't do anything wrong."

12    Did you ever hear him say that, "I didn't do

13    anything wrong," or words to that effect?

14         A      No.

15         Q      Did you ever hear him cry out "I

16    want my attorney.  I want Riscoe Lewis?"

17         A      No.

18         Q      Do you know who Riscoe Lewis is?

19         A      I believe I know who you're

20    referring to.  But, I'm not positive.

21         Q      Did you come to learn that there

22    was a Nassau County District Attorney present

23    in the ER just like you were?

24                MR. FERGUSON:  You mean an

25         Assistant District Attorney?

196

1                       Timothy Marinaci

2          A       What do you mean just like I was?

3          Q       That she was physically in the

4     ER.

5          A       Yes.

6          Q       And you were in the ER, right?

7          A       Yes.

8          Q       I'm going to show you what has

9     been marked as Plaintiff's 16.  I ask you if

10    you recognize that photograph to be Assistant

11    District Attorney Riscoe Lewis?

12         A       I don't know the name Riscoe

13    Lewis.

14         Q       Did you see that individual

15    present in the emergency room that night?

16         A       I believe that's her, yes.

17         Q       How many hours was she present?

18         A       I don't know.

19         Q       Did you observe her there for

20    most of the time that you were there?

21         A       I don't recall how long she was

22    there.

23         Q       Do you recall from the location

24    that you saw her whether or not she was able

25    to observe Mr. Moroughan?

197

Timothy Marinaci

1               MR. FERGUSON:  Objection.  He

2     can't say what somebody else can see.

3         A    I don't know.  From where I saw,

4     I don't know what she could see.

5         Q    Were you aware that she was

6     interviewed by the Internal Affairs Bureau of

7     Nassau and Suffolk County Police Department?

8         A    Was I aware?

9         Q    Yes.

10        A    No.

11        Q    Were you aware that during the

12    course of that interview she told members of

13    Nassau and Suffolk IAB that Thomas Moroughan

14    was yelling for his attorney and asking for

15    Riscoe Lewis all night?

16            MR. FERGUSON:  Note my objection.

17        A    I have no knowledge of her IAU

18    interview.

19        Q    So, if she said that

20    Mr. Moroughan was yelling -- words to the

21    effect why did they shoot me?  I didn't do

22    anything.  I want my attorney.  you didn't

23    hear any of that happening when you were at

24    the hospital?

198

1        Timothy Marinaci

2              MR. FERGUSON:  Asked and answered

3        over and over and over.

4        A       I did not hear it.

5        Q       Now, this is not a good picture

6   admittedly, but it's the only one I have.  I

7   ask you to take a look at what has been marked

8   as Plaintiff's 15.  Do you recognize that to

9   be the physician on call that night who

10  attended to DiLeonardo and Bienz?

11       A       I do not recognize that picture.

12       Q       Was there anybody guarding

13  Moroughan's room?

14       A       I believe so, yes.

15       Q       Who was that?

16       A       A Suffolk County Police Officer.

17       Q       Was there anybody guarding

18  DiLeonardo or Bienz from Suffolk County?

19       A       I don't believe so.

20       Q       So, your observations that night

21  with DiLeonardo and Bienz were free to come

22  and go or speak to people as they pleased,

23  correct?

24       A       I believe so.

25       Q       But, conversely, no one was able

```
                                                   199
 1                      Timothy Marinaci
 2      to enter or exit Mloroughan's room, correct?
 3                      MR. FERGUSON:  Objection.
 4           A      I don't know what Suffolk County
 5      Police Department was doing with
 6      Mr. Moroughan.
 7           Q      Did you ever see anybody ever
 8      enter that room where Mr. Moroughan was with
 9      an Officer stationed there?
10           A      Yes.
11           Q      You did?
12           A      Yes.
13           Q      Other than the hospital
14      personnel.  Who did you observe enter?
15           A      Detectives.
16           Q      Other than Suffolk County
17      detectives?
18           A      I don't recall anyone else going
19      in.
20           Q      Getting back to this form, then,
21      you're saying that it was Detective Tavares
22      who advised you that they were arresting
23      Moroughan?
24           A      I believe his name is Tavares.
25      I'm not sure of the spelling.  He only stated
```

1          Timothy Marinaci

2     that Moroughan was under arrest.

3          Q     So, how does that relate to you

4     checking this box, type of incident and

5     arrest?  Does that suggest that the discharge

6     of the firearm was in the course of an arrest?

7          A     The incident that DiLeonardo and

8     Bienz were involved in resulted in an arrest.

9          Q     This is a firearm discharge

10    report.  How does that box checked arrest

11    relate to the discharge of the firearm?

12              MR. FERGUSON:  Note my objection.

13         A     From my limited knowledge of the

14    incident, I assume that DiLeonardo was making

15    an arrest or attempting to make an arrest.

16         Q     So, at the time that you filled

17    out this form, it's your testimony that you

18    didn't -- you were assuming on limited

19    information that the man discharged his

20    firearm will effectuate an arrest?

21         A     I had limited information, and

22    filled out the form based on that limited

23    information.

24         Q     But, you had access to unlimited

25    information, didn't you?

201
1          Timothy Marinaci

2               MR. FERGUSON:  Objection.

3          A     No.

4          Q     You mean to tell me if you asked

5     Tavares for the details of what transpired he

6     wouldn't have told you?

7               MR. FERGUSON:  Objection.

8          A     It was not my responsibility to

9     ask.

10         Q     It's your responsibility to fill

11    out a form accurately, isn't it?

12              MR. FERGUSON:  Objection.

13         A     Yes.

14         Q     This is a very significant form

15    you're filling out; it's a discharge report,

16    isn't it?

17         A     It's a firearms discharge report.

18         Q     Therefore, it carries a

19    significant importance; you want to get it

20    right.

21         A     It's an administrative form for

22    the department.

23         Q     And that administrative form you

24    know to be an important form -- people are

25    relying for accurate data to be reported to

202

1              Timothy Marinaci

2    them, right?

3              MR. FERGUSON:  Note my objection

4         as to what other people are relying upon

5         based upon a form.

6         A    It is my understanding that this

7    form is a preliminary report of the knowledge

8    at hand at that time.

9         Q    So, this was an assessment that

10   you made with very limited information

11   according to your testimony, right?

12        A    It was limited information, yes.

13        Q    Now, knowing what you know today,

14   do you agree with the classification on this

15   form that DiLeonardo was discharging his

16   firearm in the course of effectuating an

17   arrest?

18             MR. FERGUSON:  Objection.

19        A    I have no further information

20   from when I filled out this form.

21        Q    Now, the type of discharge -- the

22   box is checked line of duty.  And you had

23   mentioned, earlier, that DiLeonardo was

24   off-duty when he discharged the firearm.

25   Could you explain to me why you checked off

203

1                   Timothy Marinaci

2    line of duty?

3                   MR. FERGUSON:  It's a

4         mischaracterization of the testimony.

5         Objection.

6         A      I did not say that he was

7    off-duty when he fired his firearm.

8         Q      I thought you said he wasn't

9    working.

10        A      I said he was off-duty before the

11   incident.

12        Q      When you're off-duty and then --

13   is it your position that because he observed a

14   crime or was effectuating an arrest he then

15   becomes on-duty?

16        A      Can you repeat that, please?

17        Q      Explain to me, under the

18   circumstances, how you get -- that the

19   discharge happened while he was on the line of

20   duty?

21        A      It's my understanding that

22   Officer DiLeonardo was taking police action at

23   which point he would be on duty.

24        Q      So, when he is off-duty if he

25   then becomes a police officer and engages in

204

1              Timothy Marinaci

2      his police duties the discharge of the firearm

3      is in the line of duty.

4            A      Well, you don't become a police

5      officer when you take police action.

6            Q      You already are.  I get it.

7            A      Yes.

8            Q      That's how you reach that

9      conclusion; that he is engaged in a lawful

10     performance of his duty, and, therefore, this

11     discharge was in the line of duty, right?

12           A      Yes.

13           Q      Maybe I could put it a different

14     way.

15                  If the guy was sitting at a

16     backyard barbecue shooting at squirrels that

17     wouldn't be a line of duty discharge, right?

18           A      Hypothetically speaking, which I

19     think you're doing -- no.

20           Q      So, it was -- at least on this

21     form, your position that he was engaged in

22     police duty at the time that he fired his gun?

23           A      Yes.

24           Q      Now, next, the type of weapon is

25     left blank.  But, it goes down -- it says

205

1                     Timothy Marinaci

2     number shots Officer fired, double action, it

3     says three.  Where did you get that

4     information from?

5              A     It was during my conversation

6     with DiLeonardo and his attorney.

7              Q     You said you looked at the

8     windshield of the cab, earlier, that night?

9              A     Yes.

10             Q     So, at least what you observed

11    was that there were three holes in the cab

12    front windshield?

13             A     I don't recall.  Number of holes.

14    I have to look at the photographs to refresh

15    my memory.

16             Q     And then there's something that

17    says number of hits on target, and it says

18    three?

19             A     Yes.

20             Q     What is meant by that?  What's

21    the target, the cab or Moroughan?

22             A     I can't state what DiLeonardo's

23    target was.

24             Q     Why not?

25             A     I'm not DiLeonardo.

1                         Timothy Marinaci

2           Q       Weren't you asking him questions

3    about the discharge and firearm?

4           A       When I filled out this form, I

5    had asked how many shots he had fired.

6           Q       Right.

7           A       One of them told me three.   I

8    knew there were at least three holes in the

9    cab windshield.   So, I would be able to put

10   three shots and four hits.

11          Q       We're not talking about that.

12   Now, we're talking about the target.   You said

13   you didn't know what the target was.

14          A       I said I didn't know what

15   DiLeonardo's target was.

16          Q       Did you ask him?

17          A       I don't believe so.

18          Q       Why not?

19          A       I was filling out the form.

20          Q       Doesn't the form call to know

21   that; what the target was, the number of hits

22   on the car?

23          A       I put that down as a number of

24   shots that hit the cab.

25          Q       Well, you didn't ask him detailed

207

Timothy Marinaci

1    questions about it; that we could agree on?

2

3    A        Correct.

4    Q        Why not?

5    A        I was a caretaker supervisor.

6    Q        You were also the Officer

7    responsible to fill out a firearms discharge

8    report, were you not?

9    A        Yes.

10    Q        Were you aware that DiLeonardo

11    discharged all the rounds in his revolver that

12    night, not three?

13                MR. FERGUSON:  When are you

14           talking about?

15                MR. GRANDINETTE:  I'm talking

16           about right now.

17    Q        Were you aware that DiLeonardo

18    discharged the five rounds?

19    A        If you're telling me that, this

20    is the first knowledge I have of how many

21    shots were actually fired.

22    Q        So, if that is in fact what

23    happened, then DiLeonardo gave you

24    misinformation regarding the number of rounds

25    that he fired from his revolver that night,

208

1                   Timothy Marinaci

2       correct?

3            A      No.

4            Q      Well, if he actually shot five

5       rounds and he told you he shot three, he gave

6       you misinformation.

7            A      No.

8            Q      Well, how do you explain the

9       discrepancy, then?

10           A      Officers under stress, sometimes,

11      have, initially, trouble remembering how many

12      shots they fired.

13           Q      This is this the first time that

14      you ever responded to such an incident, right?

15                  MR. FERGUSON:  To a shooting

16           incident?

17                  MR. GRANDINETTE:  Yes.

18                  MR. FERGUSON:  Objection.

19           Q      I'm asking you about DiLeonardo;

20      not about his stress, not about your knowledge

21      of what --

22                  MR. FERGUSON:  You asked him to

23           explain the difference between 5 and 3,

24           and he explained it.

25                  MR. GRANDINETTE:  No, he didn't.

209

```
1                    Timothy Marinaci

2         Q      Officer, let me show you been

3    marked as Plaintiff's Exhibit 30.  Do you

4    recognize that to be DiLeonardo's gun?

5         A      No.

6         Q      Do you recognize the numbers on

7    top 982?

8         A      I believe that's a 9.

9         Q      For purpose of my question, I ask

10   you to assume the following:  That this came

11   from Nassau County IAB report.  It's

12   DiLeonardo's revolver that he used that night,

13   and it shows the discharged shells of five

14   rounds, the capacity of his off-duty weapon,

15   and that he shot all five.  Okay?

16              Now, that being the case, is it

17   not true that Officer DiLeonardo

18   misrepresented the number of rounds he fired

19   that night?

20              MR. FERGUSON:  Asked and

21         answered.

22         A      I don't know if he

23   misrepresented.

24         Q      I'm not asking you whether he did

25   it intentionally or unintentionally.  I'm
```

210

Timothy Marinaci

1    asking, factually, the information he gave you

2    was wrong.

3

4              MR. FERGUSON:  He said he doesn't

5         know.  He's answered that question twice

6         or three times already.

7         Q    Correct?

8         A    I have no knowledge of the IAB

9    report.  I have no knowledge of any

10   investigation done.  I do not know.

11        Q    For purpose of this question, I'm

12   asking you to assume that this is his gun.

13             MR. FERGUSON:  You've gone

14        through this.

15        Q    And he discharged five rounds.

16   That being assumed, you agree that DiLeonardo

17   misrepresented the number of round fired?

18        A    No.

19             MR. FERGUSON:  This is the fourth

20        time you asked the question.

21        Q    Now, you see the next lower

22   section, it says "firearm drawn beforehand"

23   and it's checked off "yes"?

24        A    Yes.

25        Q    Explain that to me.

211

Timothy Marinaci

1

2          MR. FERGUSON:  What is the

3      question?

4          Q      Explain what that means to me.

5      Why did you check that box?

6          A      It means firearm was drawn

7      beforehand.

8          Q      Could you explain to me what

9      facts were presented to you that led you to

10     check off that box?

11         A      During my conversation with the

12     DiLeonardo and his attorney, I asked him was

13     the weapon drawn beforehand, and one of them,

14     I believe, said yes.

15         Q      Well, every weapon -- unless it's

16     in his holster -- has to be drawn before it's

17     discharged.

18             With respect to the context of

19     this form, could you explain to me what facts

20     were reported to you to suggest that

21     DiLeonardo pulled his gun before he discharged

22     it?

23         A      I asked them -- DiLeonardo and

24     his attorney -- was the firearm drawn

25     beforehand.  And one of them said yes.

212

1                    Timothy Marinaci

2          Q       That's all you asked?

3          A       I believe so, yes.

4          Q       So, is the way you filled out

5     this form -- did you just read what was in the

6     box and get a yes or no answer and check the

7     box; is that how you did it?

8          A       Yes.

9          Q       So, there was no follow-up

10    questions; there was just type of discharge,

11    line of duty, accidental, animal, other.  And

12    they said line of duty and you checked off

13    line of duty; is that how it went?

14         A       No.

15         Q       With respect to firearm drawn

16    beforehand, did you ask him just that

17    question, and that question only?  And one

18    them said yes and you checked the box and

19    moved onto the next question?

20         A       Yes.

21         Q       Is there any reason why you

22    didn't make any further inquiry?

23         A       I had no investigative

24    responsibility at the scene.

25         Q       God for bid, we should find out

```
1                      Timothy Marinaci

2      what actually happened before the man pulled

3      the trigger, right?

4              A       Yes.

5                      MR. FERGUSON:  Objection.

6              Q       The distance to the opponent

7      when first shot was fired; how did you ask

8      that question and what was the response?

9              A       I asked what was the distance to

10     opponent when first shot was fired.

11             Q       Just like that?

12             A       I believe so.

13             Q       Quoted from the box?

14             A       The way I asked it.

15             Q       Then what was the response?

16             A       Approximately 10 to 20 feet.

17             Q       Who told you that?

18             A       I don't recall.

19             Q       Given the fact that you believe

20     that DiLeonardo may not have given you

21     accurate information because of his state of

22     mind regarding the number of shots fired --

23                     MR. FERGUSON:  He didn't say --

24          where are you inventing this?

25                     Note my objection.
```

214

1          Timothy Marinaci

2          Q      So, you're not sure which one of

3      them, but somebody told you between 10 and 20

4      feet?

5          A      I said approximately 10 to

6      20 feet.

7          Q      Any follow-up questions?

8          A      No.

9          Q      Now, next, it indicate here, "Was

10     there time to aim?"  And the answer is yes.

11             Was there any specificity to that

12     question, or was there just same thing "Was

13     there time to aim," and he said yes?

14         A      I asked was there time to aim,

15     and one of them answered yes.

16         Q      Did you have any follow-up

17     questions about the facts?  Did he explain it

18     in any more detail, or was it just the one

19     word answer yes?

20         A      It was the one word answer, yes.

21         Q      Now, the next line says, Officer

22     injured by -- and there's two boxes.  It's

23     checked off "other manner," right?

24         A      Yes.

25         Q      Then we get to Officer's

215
1               Timothy Marinaci
2    injuries.  How did you ask that question?
3         A      I didn't ask a question on that.
4         Q      You did not?
5         A      No.
6         Q      Why not?
7         A      Because I made any own
8    determination based on very limited fact that
9    I had.  I don't believe either DiLeonardo or
10   his lawyer had medical training.
11        Q      You said you didn't either, other
12   than you're an EMT, right?
13        A      Which has expired, yes.
14        Q      You didn't speak to any hospital
15   personnel that you can recall regarding the
16   physical condition of DiLeonardo or Bienz?
17        A      I don't believe so.
18        Q      You're uncomfortable testifying
19   about the medical records, but you made the
20   call in this case that he was seriously
21   injured?
22             MR. FERGUSON:  Note my objection.
23        A      Can you repeat the question?
24        Q      You're saying you made the call
25   that DiLeonardo was seriously injured.

216

1              Timothy Marinaci

2        A       Yes.

3        Q       What were you basing that on?

4        A       The fact that he had been hit by

5    a car.

6        Q       Anything else?

7        A       And he had injured.

8        Q       We went over the summary -- the

9    discharge summary from the hospital about some

10   lacerations and some scrapes and cuts.  Was

11   there anything about the observations of those

12   scrapes and cuts that led you to believe that

13   he was seriously injured?

14              MR. FERGUSON:  Note my objection.

15          There's no foundation that the Officer

16          had the hospital records -- the record

17          that you're referring to when he

18          completed this report.  One is not

19          related to the other.

20              Objection.  What is the question?

21       Q       My question was:  Other than some

22   lacerations -- minor lacerations, there wasn't

23   any physical injury to DiLeonardo, right?

24              MR. FERGUSON:  Note my objection.

25       A       I don't know if he had -- at that

217

1                     Timothy Marinaci

2    point, I didn't know if he had any other

3    injuries.

4         Q     He was being discharged from the

5    hospital, right?

6              MR. FERGUSON:  Objection.

7         A     Not at the point I asked these

8    questions.

9         Q     At the point you asked the

10   questions, if you wanted to accurately record

11   it why didn't you ask one of the hospital

12   staff --

13             MR. FERGUSON:  Objection.

14        Q     What the diagnosis was.

15             MR. FERGUSON:  Objection.

16        A     To my knowledge, doctors aren't

17   allowed to discuss patient's information with

18   someone else.

19        Q     But, you didn't ask DiLeonardo

20   the question, either; and he was the patient?

21             MR. FERGUSON:  Objection.

22        A     Ask him which question?

23        Q     The Officer's injury -- you said

24   you specifically never asked DiLeonardo or his

25   lawyer the nature of his injury, whether it

218

```
 1                  Timothy Marinaci
 2      was fatal, slight, serious, or unknown?
 3           A      Yes, correct.
 4           Q      If you didn't know, there's a box
 5      there for unknown.  Why didn't you check
 6      unknown rather than serious?
 7           A      Because I knew he had been hit by
 8      a car and had injuries.
 9           Q      You, also, said earlier that he
10      had some lacerations, he appeared to be fine,
11      and wasn't in any apparent distress.
12                  MR. FERGUSON:  Note my objection.
13           A      I never said he appeared to be
14      fine.
15           Q      You observed him that night,
16      right, physically, DiLeonardo?
17           A      Yes.
18           Q      You know there's a whole series
19      of photographs regarding his physical
20      appearance that night?
21           A      I have no knowledge of the IAU
22      investigation.
23                  MR. FERGUSON:  He just invents
24           things.  Note my objection.
25           Q      Let me show you some of the
```

219

1                        Timothy Marinaci

2      photographs of Officer DiLeonardo provided to

3      me by your attorney.  Show you a series of

4      photographs from Plaintiff's Exhibit 24,

5      marked 993 through 998 taken on the 27 of

6      February, 2011.

7                      I'd ask you to flip through those

8      photographs.

9                      MR. FERGUSON:  My objection is to

10          using photographs that are not marked as

11          exhibits.

12                      MR. GRANDINETTE:  They are

13          exhibits.

14      Q      Now, are there any other serious

15      physical injures depicted in those

16      photographs?

17                      MR. FERGUSON:  Objection.

18      A      I don't know.

19      Q      Would you agree with me that the

20      photographs display some abrasions consistent

21      with the medical records that we looked at,

22      earlier?

23                      MR. FERGUSON:  Objection.

24      A      I don't know how a doctor would

25      classify those injuries.

220

1                    Timothy Marinaci

2          Q      But, you that night classified

3     them as serious?

4          A      Yes.

5          Q      Going down a little further we

6     have under the perpetrator's information; it

7     indicates that the perpetrator was arrested.

8     Then it says the type of weapon used.  There's

9     a box checked and it says "Other automobile."

10    Can you explain to me what that means?

11         A      It means DiLeonardo was injured

12    by the defendant's automobile.

13         Q      Was that asked the same way the

14    other questions were asked?  Did you ask what

15    type of weapon was used?

16         A      I don't believe so, no.

17         Q      What did you ask with respect to

18    this?

19         A      I don't believe I did ask

20    anything.

21         Q      This information you filled in?

22         A      Yes.

23         Q      Now, according to this form it

24    says that it was prepared at 2/27/2011 at 750

25    hours, correct?

221

1        Timothy Marinaci

2        A        Yes.

3        Q        If we utilize the earlier

4   exhibits about you headed out to the hospital

5   about 1:40 and you got in it looks like about

6   2:11.

7                Did it take you about the same

8   time to get back to the Third Precinct?

9                MR. FERGUSON:  Note my objection.

10       There was no testimony that he got in at

11       2:11.

12       Q        After you got this information,

13   right, you said you had this with you at the

14   hospital, right?

15       A        The blank form, yes.

16       Q        But, you said that you prepared

17   the exhibit itself back at the Precinct,

18   correct?

19       A        I said I completed it at the

20   Precinct.

21       Q        Would that time reflect the time

22   that you completed it, 0750?

23       A        Approximately, yes.

24       Q        Would that then, sir, help you at

25   all with the assessing what time you left the

222

1                    Timothy Marinaci

2    hospital?

3         A       No.

4         Q       How long was this conversation

5    with DiLeonardo and Miller?

6         A       A minute or two.

7         Q       Did you have any other

8    conversation with DiLeonardo that night?

9         A       No.

10        Q       According to your testimony,

11   you've never spoken to him, again, about this

12   incident since that night?

13        A       Correct.

14        Q       So, if I understand your

15   testimony correctly, how many years you've

16   been working with him?

17        A       I've been in the Third Precinct

18   with him for a little over three and-a-half

19   years.

20        Q       Guys working under your command

21   for three and-a-half years -- he's involved in

22   a traumatic event where he's hit by an

23   automobile and he is discharged and actually

24   hit a perpetrator, and the total amount of

25   time that you have spoken to him about these

223

1          Timothy Marinaci

2     events is about 2-and-a-half to three minutes?

3          A     Correct.

4          Q     Is there any reason why you

5     wouldn't have spoken to him as a supervisor --

6     asked him how he is doing after this?

7          A     I never said I didn't ask him

8     about his health.  I said I didn't ask him

9     about the incident.

10         Q     You said you never discussed the

11    incident, again.

12         A     I have not.

13         Q     Bienz -- did you speak to Bienz

14    in the hospital, again, that night?

15         A     I don't recall.

16         Q     So, your investigation is the one

17    brief conversation for about a minute and you

18    don't than recall speaking to him again after

19    that?

20         A     Correct.

21         Q     Did you report any of your

22    observations, discussions of what you did at

23    the hospital with anybody other than Papa?

24         A     Did I discuss it with anyone; is

25    that what you're asking?

224

Timothy Marinaci

1

2    Q    Yes.

3    A    Yes.

4    Q    Who?

5    A    Inspector Horace.

6    Q    When?

7    A    That night.

8    Q    Where?

9    A    At the hospital.

10   Q    How long was that discussion?

11   A    Several minutes.

12   Q    What was the sum and substance of

13   that conversation?

14   A    I believe I told him that there

15   was an alteration of some type.  Both officers

16   were injured.  I believe both officers were

17   hit by a car.  And at some point Officer

18   DiLeonardo had shot the cab driver.

19   Q    Is that when Horace arrived at

20   the hospital after you?

21   A    At some point after he arrived --

22   a short time after he arrived.

23   Q    So, why don't we look at that

24   crime scene log together so we might be able

25   to --

225

1                    Timothy Marinaci

2                    MR. FERGUSON:  It's not a crime

3          scene log.

4                    MR. GRANDINETTE:  Scene log.

5                    MR. FERGUSON:  Nor is there any

6          foundation that it's recording when

7          people arrive.

8                    MR. GRANDINETTE:  Exhibit

9          Number 24.

10         Q      If we look at the scene log

11    maintained by reported Officer Faya it

12    indicates that Horace arrived --

13                   MR. FERGUSON:  Objection.

14         Q      At or about 0251, correct?

15                   MR. FERGUSON:  Objection.

16         A      That's what this form states.

17                   MR. FERGUSON:  Really?

18         Q      Is that consistent with your

19    recollection that he got there 30-40 minutes

20    after you?

21                   MR. FERGUSON:  Objection.

22         A      I don't recall what time he got

23    there.

24         Q      At any rate, how long was your

25    conversation with Horace?

226

1                        Timothy Marinaci

2          A        Few minutes; 2 to 3 minutes.

3          Q        You communicated this information

4    to him.  Did he communicate anything to you?

5          A        When you say communicate --

6          Q        Did he say anything to you, or

7    did he imparl any information to you?  Did he

8    give you any orders?

9          A        At that point he gave me no

10   orders.  He had no information to give me.

11         Q        So, you provided him with

12   information?

13         A        With the limited information I

14   had, yes.

15         Q        He came up to you and said -- did

16   you know Inspector Horace?

17         A        Vaguely, yes.

18         Q        Did he say -- ask you, "What's

19   going on?  What do you know?"

20         A        Well, I knew why he was there.

21   So he didn't have to ask me.

22         Q        Why was he there?

23         A        I was told by Sergeant Papa in

24   our phone conversation that he was the -- I

25   believe he was the duty Officer that night.

227

1              Timothy Marinaci

2      Q      As the duty Officer, why would he

3   then have to respond?

4      A      That's a decision made higher

5   than me.

6      Q      He was a member of the Deadly

7   Force Response Team; that's what Papa told

8   you, right?

9      A      No.  He told me he was the duty

10  officer.

11     Q      You have a conversation with him.

12  It's a couple minutes, you said?

13     A      Yes.

14     Q      What do you observe him do next?

15     A      Horace?

16     Q      Yes.

17     A      Walk aware from me.

18     Q      Did you ever see him that

19  evening speak directly with DiLeonardo or

20  Bienz?

21     A      I don't recall.

22     Q      Did you ever see him speaking

23  with any detectives from the Suffolk County

24  Police Department?

25     A      I believe so, yes.

228

Timothy Marinaci

1    Q        When and where?

2

3    A        That night in the vicinity of the

4    emergency room.

5    Q        Did he ever communicate the

6    substance of his conversation with the

7    detectives to you?

8    A        No.

9    Q        Did Inspector Horace ever speak

10   to you after this initial conversation?

11   A        Yes.

12   Q        Did he ever impart to you

13   substantive facts about the underlying event?

14   A        No.

15   Q        So, although you may have

16   communicated with him again, he never

17   communicated anything regarding the facts

18   about the shooting?

19   A        Correct.

20           MR. FERGUSON:  I'm going to -- I

21        have to use the bathroom at some point.

22           MR. GRANDINETTE:  Okay.

23           MR. FERGUSON:  What is the

24        question, now?

25   Q        What were those conversations

229

Timothy Marinaci

1  about, small talk?

2

3      A      Some small talk.  I believe he

4  asked me if there was anything I needed.  I

5  told him no.  Other than that, very limited.

6      Q      Since leaving the emergency room,

7  have you ever spoken to Inspector Horace about

8  this case, again?

9      A      No.

10          MR. GRANDINETTE:  Why don't we

11      break, right now.

12          (Whereupon, a short break was

13      taken at this time.)

14      Q      So, Inspector Horace -- you

15  didn't have any substantive conversations

16  about underlying facts after that initial

17  meeting at the hospital or thereafter?

18      A      No.

19      Q      Did you ever see DiLeonardo and

20  Bienz together in the hospital?

21      A      I don't believe so.

22      Q      Remember I was asking you about

23  Riscoe Lewis?

24          MR. FERGUSON:  Is that a

25      question?

230

Timothy Marinaci

1

2   Q       Remember, when I was asking you

3   about with the young black women, Riscoe

4   Lewis, the ADA?

5   A       I remember you asked me about

6   her, yes.

7   Q       I want to read you from a couple

8   of sections of her report, and ask you if this

9   refreshes your recollection of hearing

10  Mr. Moroughan ask for an attorney or indicate

11  that he was shot.  Okay?

12              MR. FERGUSON:  He already

13          answered these questions four times.

14  Q       This is from the interview of the

15  Suffolk County IAB Officer.

16              Question --

17              MR. FERGUSON:  If you're going to

18          read from a document, do I get a copy of

19          it?

20              MR. GRANDINETTE:  Sure.

21              MR. FERGUSON:  I don't have

22          anything from Suffolk County.

23  Q       Starting at page 289 -- I'm sorry

24  288.

25              MR. FERGUSON:  What are you

231

1      Timothy Marinaci

2           reading from?

3                MR. GRANDINETTE:  The question

4           and answer from the Suffolk County IAB

5           interview with Riscoe Lewis.

6                MR. FERGUSON:  You're asking this

7           witness to refresh his memory --

8                MR. GRANDINETTE:  I'm going to

9           ask him questions about it.

10          Q      "Question:  Did you speak to any

11     of the officers there?

12                RISCOE LEWIS:  Yeah, when I

13     first -- when I asked if I could speak to him

14     because he was yelling 'That's my lawyer,

15     that's my lawyer.'  He was yelling out the

16     door.  He was yelling 'I'm hurt.  I'm hurt.

17     They hurt me.  They shot me.  They shot me for

18     no reason.'  And he kept asking me to come

19     into him because he basically wanted to be

20     comforted."

21                Now, during the course of your

22     presence at the hospital, did you ever hear

23     him say those words?

24                MR. FERGUSON:  Asked and answered

25          multiple times.

232

Timothy Marinaci

1    A    No, I didn't.

2    Q    "Question:  And you were standing
3    by the nurses station most of the time?

4         Answer:  Yes.  I was watching him
5    the whole time telling him to calm down.
6    Quiet down.  He was very very upset; crying,
7    whining, he is in pain, scared, asking what
8    are they doing to me.  And I just kept telling
9    him calm down.  Calm down."

10        Did you ever here Mr. Moroughan
11   crying -- crying out asking for Riscoe Lewis,
12   his attorney, whining anything like that?

13   A    No.

14   Q    "Question:  And do you remember
15   who he was asking for an attorney?

16        Answer:  By Riscoe Lewis.  He was
17   yelling that out loud.  Anybody in the
18   hospital heard that because he was yelling it
19   over and over and over, probably for hours.

20        Question:  And he was asking for
21   you, specifically?

22        Answer:  Yeah.  He was saying
23   that's my lawyer.  That's my lawyer.  That's
24   my lawyer.  I want my lawyer."

233

Timothy Marinaci

1             So, according to the IAB

2    interview of, now, Police Commissioner Riscoe

3    Lewis -- Deputy -- I'm sorry -- of then

4    Assistant District Attorney Roscoe Lewis,

5    she's indicating that when she was standing at

6    the nursing station for hours, she heard him

7    yelling out for his lawyer and crying and why

8    did they shoot me.

9             You didn't hear any of that?

10        A      No.

11        Q      But, you definitely saw her,

12   right?

13        A      Yes.

14        Q      So, you didn't really get into

15   any issues about the case with him or what

16   happened?  Of course not.

17             MR. FERGUSON:  Where are you

18        reading from?

19             MR. GRANDINETTE:  I'm reading

20        from page 299.

21             MR. FERGUSON:  Okay.  What is it,

22        now?

23        Q      Now, there comes a point in time

24   that you filled out some paperwork regarding

234

1          Timothy Marinaci

2     Workman's Compensation claim for DiLeonardo

3     and Bienz; is that correct?

4          A     Yes.

5          Q     How did that come about?

6          A     I'm not sure I understand the

7     question.

8          Q     Is that your duty -- did they

9     request to miss work?  How did it come about

10    that you were involved in a submission of

11    forms for Workman's Compensation?

12         A     It's department procedure.

13         Q     When you say department

14    procedure, what do you mean by that?

15         A     Procedure the department uses to

16    report injuries to officers.

17         Q     What is Workman's Compensation

18    submission?

19         A     To the best of my knowledge

20    there's a state form.  I believe an EC-2.

21         Q     What are you doing when you

22    submit a Workman's Compensation report?

23         A     I'm filling out a form and

24    submitting it to the State.

25         Q     For what purpose, for

                                                          235
1                        Timothy Marinaci

2       compensation because an employee can't work as

3       a result of a physical injury?

4            A       If he can't work because of a

5       injury physical.

6            Q       But, in this case you filled out

7       two Workman's Compensation reports indicating

8       that DiLeonardo and Bienz couldn't work as a

9       result of physical injuries, right?

10           A       I'd have to review the paperwork.

11           Q       I thought you reviewed it this

12      morning.

13                   Did you review it this morning?

14                   MR. FERGUSON:  Whether he did or

15               not, he needs to review it.  What

16               difference does it make?

17                   MR. GRANDINETTE:  I don't know

18               that you need to report to answer this

19               question.

20           Q       When you submit a Workman's

21      Compensation report to an insurance company,

22      the reason you're doing it is to compensate

23      somebody who can't go to work as a result of

24      sustaining physical injuries, correct?

25                   MR. FERGUSON:  Objection.

236

1                         Timothy Marinaci

2          A       Not necessarily.

3          Q       Well, give me another instance

4     where you'd submit it.

5          A       Where an Officer is injured and

6     doesn't miss any work.

7          Q       In this particular case, did an

8     Officer miss work, either DiLeonardo or Bienz?

9          A       I would have to look at the forms

10    to see if they did go on sick.

11         Q       So, even if they didn't miss work

12    you'd still submit the form?

13         A       Correct.

14         Q       Why is that?

15         A       I don't know.

16                 MR. GRANDINETTE:  If you could

17         mark this.  This is page 298 through

18         306.

19                 (Plaintiff's 31 so marked)

20         Q       Why don't you review those?

21                 MR. FERGUSON:  298?  It's 268.

22                 MR. GRANDINETTE:  268 through

23         306.

24                 MR. FERGUSON:  That's going to be

25         about 40 pages.  You want to direct him

237

1           Timothy Marinaci

2        to a specific page?

3            MR. GRANDINETTE:  No.

4            MR. FERGUSON:  You want him to

5        read 40 pages?

6            MR. GRANDINETTE:  Sure.  Whatever

7        you need.  These are all the records

8        that were given to me.  So, whatever you

9        need to look at.

10           MR. FERGUSON:  How would he know

11        that until you ask a question?

12           MR. GRANDINETTE:  Because I just

13        asked him.

14           MR. FERGUSON:  What's the

15        question, now?

16           MR. GRANDINETTE:  Withdrawn.

17        Q     Look at these forms.  Are these

18    the forms you filled out on behalf of

19    DiLeonardo and Bienz' paperwork?

20        A     I did not fill out all of them.

21        Q     Right.  But, is that part of the

22    package of the material that was submitted for

23    DiLeonardo and Bienz for Workman's

24    Compensation?

25        A     First ones I'm looking at are

238

1          Timothy Marinaci

2    departmental form.  I'm not aware if they go

3    to Workman's Compensation.

4          Q    Let's start with the page 268

5    PDCN206; did you fill out that form?

6          A    Yes.

7          Q    Why did you fill out the form?

8          A    Department procedure.

9          Q    Did you submit this form to the

10   Workman's Compensation Board?

11         A    I did not, no.

12         Q    Was it submitted by anyone?

13         A    I don't know.

14         Q    Let's look at page 269.  This

15   appears to be identical to 268.  However, it's

16   amended on 5/4/2011; you see that?

17         A    (No response)

18         Q    Did you fill out this page 269?

19         A    Yes.

20         Q    Was this form submitted to

21   Workman's Compensation?

22         A    I don't know.

23         Q    If you look at the middle of this

24   form, it says member advised of Article 7 Rule

25   16 and Rule 17 of department.

239

                              Timothy Marinaci

1

2              MR. FERGUSON:  Where is that?

3              MR. GRANDINETTE:  It's checked

4        off.

5              MR. FERGUSON:  Okay.

6        Q       What are those rules?

7        A       Those are the rules

8   regarding sick leave.

9        Q       What are they?

10       A       All the rules regarding sick

11  leave.

12       Q       Is that what they are?

13       A       I'm not sure -- is what they are?

14       Q       You said Article 7 Rule 16 and 17

15  govern the provisions of rules of sick leave,

16  right?

17       A       Correct.

18       Q       It says this form is filled out

19  by you and I'm assuming that you advised them

20  of these rules?

21       A       They're provided that form.  This

22  has the rules on them.

23       Q       You provided them with the rules?

24       A       Yes.

25       Q       That's why this box says "Member

240

1               Timothy Marinaci

2    advised Article 7 Rule 16 and 17 of

3    department, yes," correct?

4          A      Yes.

5          Q      So, you're affirmatively

6    representing to whoever this form is being

7    submitted to that you advised DiLeonardo and

8    Bienz of the rules and regulations regarding

9    the submission of applications for sick leave,

10   right?

11         A      It's not an application for sick

12   leave.  It's the rules regarding sick leave.

13         Q      There's certain rules

14   regarding sick leave.  One of those rules, I

15   imagine, is that you can't lie about the

16   nature and extent of your injuries to receive

17   sick leave or sick pay, correct?

18         A      I don't know.

19         Q      You mean to tell me that you

20   don't know if you're allowed to lie in an

21   application for sick leave?

22               MR. FERGUSON:  You just asked him

23          about a specific rule.  You said the

24          rules say.  And he said I don't know.

25               Now, you're saying "You mean to

241

1              Timothy Marinaci

2         tell me you can't do X."  So, now, you

3         gotten completely different questions.

4         So, which question -- do you want to ask

5         about a rule or you want to ask about

6         something else?

7              MR. GRANDINETTE:  Your objection

8         is noted.

9         Q    You don't mean to suggest to me

10   that the rules don't govern the honest

11   submission of an injury for sick leave, right?

12            MR. FERGUSON:  Note my objection.

13   A    I'm stating I would have to read

14   the rules to see if it says anything

15   specifically about it.

16   Q    As you filled out this form on

17   2/27/2011, page 268, and 269 on 5/4/2011 you

18   weren't familiar with the rules yourself?

19            MR. FERGUSON:  Note my objection.

20   A    I am familiar with the rules.

21   Q    As part of the rules, would it be

22   fair to say that you're not allowed to lie

23   about the nature and extent of your injury to

24   recover sick pay?

25   A    What I said is I don't know if it

242

1          Timothy Marinaci

2    specifically states that in the rules.

3          Q      But, is the subject matter or

4    content of that communicated in the rules?

5          A      I would have to review the rules

6    if it says anything about that.

7          Q      You wouldn't know off the top of

8    your head?

9          A      I don't know if specifically

10   states that.

11         Q      I'm not asking ask you if it

12   specifically says you're not allowed to lie or

13   feign injury?

14              MR. FERGUSON:  Yes, you are.

15         Q      I'm asking you:  Is that

16   communicated in sum or substance that you have

17   to be honest about the nature and extent of

18   your injuries?

19              MR. FERGUSON:  Objection.

20         A      I would have to review the rules

21   TO see if IT states that in any form.

22         Q      Now, earlier, you indicated when

23   you were filling out this firearm discharge

24   report that you checked off that DiLeonardo

25   was seriously injured.  Was that your opinion

243

1          Timothy Marinaci

2   on 2/27 when you filled out 268?

3          A       These were filled out at the same

4   time that I finished this firearm discharge

5   report -- same series of forms.

6          Q       268 then -- that was the opinion

7   you held, right?

8          A       Yes.

9          Q       269 was the amended report.

10                 In between 2/27 and 5/4, did you

11  have occasion to see or observe DiLeonardo at

12  the Precinct or anywhere else?

13         A       I don't recall.

14         Q       You see where it says on sick

15  leave it's checked yes?

16                 MR. FERGUSON:  Which document?

17         Q       On the left-hand side.

18         A       Which document?

19         Q       Between 2/27 and 5/4, do you know

20  if DiLeonardo was out on sick leave at all?

21         A       He was on sick leave.  I don't

22  know how long he was on sick leave.

23         Q       Is there a form in here that

24  would enable you to tell us?

25         A       I don't believe so.

244

1        Timothy Marinaci

2        Q        To your recollection, was he out

3    between 2/27 and 5/4?

4        A        I don't recall how long he was on

5    sick leave.

6        Q        Let's turn to page 271.  It says

7    "Supervisors's report of member's actions;"

8    form 428.  Did you fill out this form as well?

9        A        Yes.

10        Q        Now, it says -- question number

11    2:  "Was member acting within the scope of his

12    or her official duties," and you checked off

13    yes, correct?

14        A        Yes.

15        Q        It says, "Does the member needs

16    to be trained or retrained?"  You said no,

17    correct?

18        A        Correct.

19        Q        It said, "Did the member violate

20    any departmental rules?"  You said no,

21    correct?

22        A        Correct.

23        Q        Was that your opinion; that

24    DiLeonardo did not violate any departmental

25    rules on 2/27/2011?

245

1           Timothy Marinaci

2      A      Yes.

3      Q      Just go back to 268 for a second.

4  You see it says "Forms prepared," and there's

5  boxes there, 428.  We just went over what the

6  428 was.  Then it says 199.  What's a form

7  199?

8      A      You have to go through these and

9  to look for the form 199.

10      Q      It also says a C-2; do you know

11  what a C-2 is off the top of your head?

12      A      C-2 is another form that's in the

13  package, I believe.

14      Q      Let's go through it together.

15           Page 272 as opposed to a form

16  272.  It looks like a statement of Edward

17  Bienz.  It says data statement; 9/4/2010 is

18  crossed out.  And in its place look like --

19           MR. FERGUSON:  It says date of

20           occurrence.  It doesn't say data

21           statement.

22           MR. GRANDINETTE:  Let's start

23           again, Mike.  I'm asking the question.

24           But, I think you're wrong.

25           MR. FERGUSON:  You're referring

246

Timothy Marinaci

1      to the top of the statement?

2              MR. GRANDINETTE:  The top.  Then

3      below it's the same thing.

4              MR. FERGUSON:  Date of statement

5      and date of occurrence.

6              MR. GRANDINETTE:  At any rate, it

7      looks like there's an error in the date

8      that was corrected.

9      Q      Is this a necessary form to be

10     submitted in conjunction with the insurance

11     application forms that you filled out for sick

12     leave?

13     A      The incident statement is a form

14     that is submitted with all 206 packages.

15     Q      So, there's a mandatory statement

16     that's required to be submitted with the

17     submission of this 206 package?

18     A      If the member is able.

19     Q      In this case, they both could

20     write, right?

21     A      (No response)

22     Q      So, they were able to make this

23     submission, right?

24     A      Yes.

247

Timothy Marinaci

1    Q      Now, let's look at page 272,

2    Bienz's statement.  You'd agree with me it

3    consists of two sentences, right?

4    A      Yes.

5    Q      So, to your knowledge, other than

6    this incident/accident statement that's two

7    sentences, do you know if Bienz signed any

8    other statement regarding this incident for

9    any law enforcement agency?

10   A      I don't know.

11   Q      This statement has to be

12   submitted by Bienz unless he is incapable,

13   physically, of doing it in order for him to

14   make money, right?

15              MR. FERGUSON:  Objection.

16              MR. GRANDINETTE:  If he misses

17        work.

18              MR. FERGUSON:  Objection.

19   A      I don't know anything about the

20   making of money or anything like that.  It is

21   part of the department procedure to submit

22   this.

23   Q      He has to submit this in order to

24   get paid if he goes out on sick leave, right?

248

1                    Timothy Marinaci

2          A       No.

3          Q       I thought you just said part of

4     the submission in 209 required a statement

5     from the officer unless the Officer was

6     incapable of giving a statement.

7          A       What's a 209?

8          Q       The submission of these insurance

9     packages -- 206, I'm sorry.

10         A       What I stated was -- this was

11    part of the package that was submitted by me

12    to the department.

13         Q       Right.

14         A       I don't make the decision about

15    whether he gets paid on sick leave or not.

16         Q       I didn't ask if you made the

17    decision.  But, in order for it to be

18    processed, the Officer, if capable, has to

19    give a statement, right?

20         A       At some point, yes.

21         Q       And in this case he gave it that

22    night and it consisted of two sentences.

23         A       I don't know when he gave it.

24         Q       According to the form, it says

25    2/27/2011.  So, apparently, he was able to

249

1               Timothy Marinaci

2    write something about what happened in two

3    sentences, right?

4         A     He didn't do it in my presence.

5         Q     Did he give it to you to submit

6    with his paperwork?

7         A     No.

8         Q     Somebody gave it to you?

9         A     I don't recall receiving that.

10        Q     Did Bienz go out on leave?  Did

11   he go out on sick leave?

12        A     I need to check his paperwork,

13   also.

14              Yes, he did.

15        Q     Do you know if he got compensated

16   when he was out on leave?

17        A     When you say compensated, you

18   mean paid by the department?

19        Q     Yes.

20        A     As far as I know, yes.

21        Q     Do you know how long he was out?

22        A     No, I don't.

23        Q     Looking at 273, there's a

24   statement by DiLeonardo according to this he

25   filled this out on 2/27/2011, the date of the

```
1                    Timothy Marinaci
2      statement, correct?
3           A      That's what the form states.
4           Q      This statement is a total of two
5      sentences as well, correct?
6           A      Yes.
7                  MR. FERGUSON:  What time you got?
8                  THE WITNESS:  5:01.
9                  MR. FERGUSON:  That's it.  We're
10          finished.
11                 MR. GRANDINETTE:  So, when -- you
12          want to talk to him and see when he
13          wants to come back?
14                 MR. FERGUSON:  He's not coming
15          back.
16                 MR. GRANDINETTE:  What do you
17          mean?
18                 MR. FERGUSON:  He was here at
19          10:30.  He was here at 9:30 for a 10:30
20          deposition.
21                 MR. GRANDINETTE:  My office
22          called -- said I was trying to get here
23          at 11:30.
24                 I don't want to make an
25          application.
```

251

1                    Timothy Marinaci

2             MR. FERGUSON:  You're going to

3       have to make an application.

4             MR. GRANDINETTE:  Let's get on

5       the phone with her, now.

6             MR. FERGUSON:  I'm finished.

7       He's going to work.  Good-bye.

8             (Time noted:  5:00 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

252

1                         Timothy Marinaci

2                    A C K N O W L E D G E M E N T

3

4      STATE OF NEW YORK    )
                            :ss
5      COUNTY OF NASSAU     )

6

7

8              I, TIMOTHY MARINACI, hereby certify

9      that I have read the transcript of my

10     testimony taken under oath in my deposition of

11     March 8, 2013; that the transcript is a true,

12     complete and correct record of my testimony,

13     and that the answers on the record as given by

14     me are true and correct.

15

16

17                         _____

18                         TIMOTHY MARINACI

19

20

21     Signed and subscribed to before
       me, this            day
22     of                  , 2013.

23     _____
       Notary Public, State of New York

24

25

```
                                                    253
 1                     Timothy Marinaci

 2

 3       ------------------I N D E X--------------------

 4       WITNESS                EXAMINATION BY        PAGE

 5       TIMOTHY MARINACI    ANTHONY GRANDINETTE    5

 6

 7

 8       DIRECTIONS:  Pages 6, 6, 16, 34, and 74.

 9       RULINGS:  None

10       MOTIONS:  None

11

12

13       ---------------DOCUMENT REQUEST---------------

14       PAGE 81    Department-issued phone records for

15                    date of incident.

16

17

18       ---------INFORMATION TO BE FURNISHED--------

19       None

20

21

22       ------------------EXHIBITS------------------

23       PLAINTIFF'S                        FOR I.D.

24       21    Memo book entry

25       22    Training manual
```

254

1                    Timothy Marinaci

2      23    911 Prinout

3      24    Scene log

4      25    IAU - Part 1

5      26    Photo

6      27    Photo

7      28    Medical records.

8      29    Firearm Discharge Report

9      30    Photo

10     31    Pages 268-306 of Exhibit 24

11

12

13     <u>DEFENDANT'S</u>                          <u>FOR I.D.</u>

14     None

15

16

17

18

19

20

21

22

23

24

25

255

Timothy Marinaci

1                                         Timothy Marinaci

2                                 C E R T I F I C A T E

3  STATE OF NEW YORK     )

4                           ) ss.:

5  COUNTY OF NASSAU     )

6

7           I, RICH MOFFETT, a Notary Public

8       within and for the State of New York, do

9       hereby certify:

10          That TIMOTHY MARINACI, the

11      witness whose deposition is hereinbefore

12      set forth, was duly sworn by me and that

13      such deposition is a true record of the

14      testimony given by such witness.

15          I further certify that I am not

16      related to any of the parties to this

17      action by blood or marriage; and that I am

18      in no way interested in the outcome of

19      this matter.

20          IN WITNESS WHEREOF, I have

21      hereunto set my hand this 8th day of

22      March, 2013.

23

24            --------------------------

                  RICH MOFFETT

25

**0**

**000173** [1] - 177:19
**0118** [2] - 286:7, 186:10
**0120** [1] - 186:11
**0140** [1] - 69:11
**0210** [3] - 168:12, 168:21, 169:12
**0211** [1] - 77:5
**0215** [4] - 171:10, 171:11, 171:18, 171:24
**0251** [1] - 225:14
**0300** [1] - 169:15
**0550** [1] - 179:25
**0630** [1] - 173:5
**07** [1] - 145:12
**0750** [1] - 221:22

**1**

**1** [7] - 5:2, 58:12, 109:19, 109:21, 109:24, 110:6, 254:4
**1-10** [1] - 1:12
**10** [7] - 27:4, 52:4, 52:13, 108:23, 213:16, 214:3, 214:5
**10:30** [3] - 4:20, 250:19
**11-20** [1] - 1:16
**114** [2] - 1:23, 2:13
**11501** [4] - 1:19, 1:24, 2:14, 2:20
**11:30** [1] - 250:23
**12** [6] - 4:22, 32:5, 42:23, 52:14, 53:2, 99:9
**12-CV-0512** [1] - 1:6
**12:00** [1] - 1:21
**149** [1] - 70:2
**15** [4] - 47:12, 52:4, 193:18, 198:8
**150** [1] - 70:2
**16** [5] - 196:9, 238:25, 239:14, 240:2, 253:8
**160** [1] - 168:11
**166** [1] - 172:12
**17** [3] - 238:25, 239:14, 240:2
**176** [1] - 179:12
**18** [1] - 47:12
**180** [2] - 46:25, 50:24
**1980** [1] - 23:11
**1981** [1] - 24:17
**1985** [1] - 24:17
**1986** [9] - 25:12, 28:6, 30:2, 30:5, 31:8, 34:25, 35:12, 36:2,

93:7
**1989** [1] - 31:14
**199** [3] - 245:6, 245:7, 245:9
**1990** [1] - 32:2
**1997** [1] - 31:20
**1:20** [3] - 70:18, 73:6, 73:17
**1:40** [6] - 68:19, 69:11, 69:13, 73:18, 77:17, 221:5

**2**

**2** [7] - 58:12, 108:23, 108:25, 111:16, 181:18, 226:2, 244:11
**2-and-a-half** [1] - 223:2
**2-man** [1] - 51:17
**2.5** [1] - 37:13
**2/27** [5] - 42:15, 243:2, 243:10, 243:19, 244:3
**2/27/11** [1] - 70:17
**2/27/2011** [6] - 41:21, 220:24, 241:17, 244:25, 248:25, 249:25
**20** [8] - 60:17, 60:20, 73:8, 73:20, 75:11, 213:16, 214:3, 214:6
**200** [1] - 46:25
**2000** [2] - 31:17, 31:24
**2007** [4] - 33:6, 33:12, 35:8, 47:20
**2009** [12] - 30:21, 31:5, 32:10, 43:6, 43:8, 43:16, 44:11, 44:23, 45:2, 47:7, 49:3, 58:13
**2010** [2] - 37:13, 37:18
**2011** [37] - 11:5, 11:11, 13:2, 13:3, 13:8, 13:12, 13:16, 13:21, 15:2, 15:6, 15:13, 15:20, 17:11, 19:16, 20:5, 20:10, 22:12, 22:17, 37:4, 40:21, 41:14, 42:10, 45:3, 47:7, 47:20, 49:3, 49:4, 50:11, 51:8, 51:22, 53:12, 58:14, 62:6, 81:7, 114:15, 145:12, 219:6
**2013** [4] - 1:20, 252:11, 252:22, 255:22

**206** [6] - 7:11, 7:25, 20:25, 246:15, 246:18, 248:9
**209** [2] - 248:4, 248:7
**21** [4] - 8:15, 8:16, 42:17, 253:24
**22** [7] - 35:18, 35:19, 35:22, 36:7, 38:24, 39:9, 253:25
**23** [9] - 37:12, 37:18, 70:3, 70:4, 70:8, 70:25, 71:3, 71:5, 254:2
**24** [8] - 76:13, 76:14, 76:16, 88:15, 219:4, 225:9, 254:3, 254:10
**25** [9] - 51:15, 52:4, 109:19, 109:21, 110:5, 113:11, 113:13, 113:16, 254:4
**26** [6] - 37:4, 51:8, 113:16, 113:17, 254:5
**268** [8] - 236:21, 236:22, 238:4, 238:15, 241:17, 243:2, 243:6, 245:3
**268-306** [1] - 254:10
**269** [4] - 238:14, 238:18, 241:17, 243:9
**26th** [2] - 50:13, 50:25
**27** [12] - 11:5, 11:11, 13:21, 15:6, 19:16, 22:12, 22:17, 45:3, 62:6, 114:5, 219:5, 254:6
**271** [1] - 244:6
**272** [3] - 245:15, 245:16, 247:2
**273** [1] - 249:23
**27th** [17] - 14:15, 15:2, 15:13, 17:9, 17:13, 20:5, 20:10, 20:22, 22:6, 40:21, 41:14, 42:9, 50:11, 50:13, 61:15, 62:9, 114:15
**28** [3] - 177:7, 177:8, 254:7
**288** [1] - 230:24
**289** [1] - 230:23
**29** [3] - 183:15, 183:16, 254:8
**298** [2] - 236:17, 236:21
**299** [1] - 233:21
**2:11** [2] - 221:6, 221:11

**3**

**3** [4] - 109:2, 111:16, 208:23, 226:2
**3-4** [2] - 45:15, 145:13
**30** [2] - 209:3, 254:9
**30-40** [1] - 225:19
**30314** [1] - 157:10
**306** [2] - 236:18, 236:23
**31** [2] - 236:19, 254:10
**34** [1] - 253:8
**350** [2] - 110:4, 110:6
**389** [1] - 76:20
**3:14** [1] - 157:12

**4**

**4** [2] - 10:24, 107:8
**40** [2] - 236:25, 237:5
**428** [3] - 244:8, 245:5, 245:6

**5**

**5** [5] - 91:14, 98:3, 107:8, 208:23, 253:5
**5'4"-5'6** [1] - 97:5
**5/4** [3] - 243:10, 243:19, 244:3
**5/4/2011** [2] - 238:16, 241:17
**516-280-4664** [1] - 1:24
**5:00** [1] - 251:8
**5:01** [1] - 250:8
**5:50** [1] - 181:19

**6**

**6** [5] - 98:3, 163:11, 164:18, 253:8
**630** [1] - 1:23
**6:30** [7] - 42:20, 50:12, 175:10, 181:20, 194:23

**7**

**7** [3] - 238:24, 239:14, 240:2
**74** [1] - 253:8
**750** [1] - 220:24

**8**

**8** [2] - 1:20, 252:11
**81** [2] - 24:24, 253:14
**82-83** [1] - 24:8
**83** [3] - 24:9, 25:24,

26:3
**83-84** [1] - 26:15
**84** [1] - 27:5
**85** [3] - 24:24, 27:5, 27:7
**86** [5] - 30:14, 31:4, 31:11, 32:21, 33:21
**8th** [1] - 255:21

**9**

**9** [2] - 27:4, 209:8
**9/4/2010** [1] - 245:17
**911** [5] - 70:22, 71:15, 71:20, 71:25, 254:2
**949** [5] - 109:10, 110:16, 111:10, 112:4, 112:14
**953** [3] - 110:20, 111:11, 112:22
**982** [1] - 209:7
**993** [1] - 219:5
**998** [1] - 219:5
**9:30** [1] - 250:19

**A**

**a.m** [3] - 50:12, 69:11, 70:18
**ability** [2] - 48:4, 90:12
**able** [9] - 151:20, 193:23, 196:24, 198:25, 206:9, 224:24, 246:19, 246:23, 248:25
**abrasion** [1] - 180:3
**abrasions** [1] - 219:20
**absolute** [1] - 117:16
**academy** [6] - 27:11, 27:18, 27:20, 29:21, 29:25, 31:9
**access** [1] - 200:24
**accidental** [1] - 212:11
**accomplish** [1] - 135:11
**accord** [2] - 59:24, 174:6
**according** [16] - 69:8, 74:2, 76:22, 77:2, 88:24, 89:3, 162:8, 168:21, 178:9, 179:22, 202:11, 220:23, 222:10, 233:2, 248:24, 249:24
**accurate** [7] - 36:15, 36:17, 36:20, 114:2, 114:13, 201:25, 213:21

**accurately** [8] - 35:24, 36:11, 37:9, 38:2, 38:11, 77:11, 201:11, 217:10
**acquainted** [1] - 47:25
**acres** [1] - 78:14
**acting** [1] - 244:11
**action** [8] - 28:11, 35:14, 61:16, 61:17, 203:22, 204:5, 205:2, 255:17
**actions** [1] - 244:7
**activities** [1] - 129:11
**actual** [2] - 72:16, 188:7
**ADA** [1] - 230:4
**added** [1] - 20:25
**address** [3] - 4:12, 20:17, 77:3
**administer** [1] - 3:16
**administrative** [1] - 34:24, 35:10, 40:13, 41:3, 41:6, 41:7, 41:9, 41:13, 56:19, 141:23, 155:2, 201:21, 201:23
**admits** [1] - 179:13
**admittedly** [1] - 198:6
**advised** [7] - 62:5, 62:8, 199:22, 238:24, 239:19, 240:2, 240:7
**advisor** [1] - 164:15
**affairs** [1] - 21:13
**Affairs** [2] - 21:15, 197:7
**affirmatively** [1] - 240:5
**afternoon** [1] - 10:19
**age** [1] - 84:8
**agency** [1] - 247:10
**ago** [6] - 9:22, 10:10, 34:13, 93:6, 93:7, 183:21
**agree** [10] - 34:4, 171:8, 172:13, 178:9, 178:17, 202:14, 207:2, 210:16, 219:19, 247:3
**AGREED** [3] - 3:3, 3:9, 3:14
**aim** [3] - 214:10, 214:13, 214:14
**air** [1] - 143:18
**alcohol** [17] - 95:14, 95:22, 96:15, 147:10, 149:24, 150:25, 151:15, 162:9, 170:17,

171:5, 171:21, 172:5, 176:20, 177:3, 178:23, 179:5, 179:9
**Alfred** [1] - 1:10
**alive** [2] - 154:7, 154:9
**allegations** [4] - 5:15, 5:24, 6:9, 6:20
**allegedly** [1] - 194:6
**allowed** [4] - 217:17, 240:20, 241:22, 242:12
**alone** [2] - 77:20, 77:22
**alteration** [1] - 224:15
**altercation** [1] - 153:17
**altogether** [1] - 176:5
**ambulance** [3] - 106:23, 178:9, 178:14
**ambulances** [1] - 78:22
**amended** [5] - 5:3, 5:7, 11:18, 238:16, 243:9
**amount** [4] - 11:2, 108:24, 195:2, 222:24
**AND** [3] - 3:2, 3:8, 3:13
**and-a-half** [4] - 42:4, 194:24, 222:18, 222:21
**animal** [1] - 212:11
**anonymous** [2] - 70:12, 71:9
**answer** [35] - 5:17, 6:2, 6:24, 13:24, 14:10, 14:11, 16:9, 22:6, 33:10, 34:18, 35:4, 36:23, 38:16, 46:12, 57:19, 68:13, 74:12, 75:19, 75:21, 106:17, 124:10, 142:22, 143:7, 145:25, 146:4, 177:15, 185:11, 212:6, 214:10, 214:19, 214:20, 231:4, 232:17, 232:23, 235:18
**Answer** [1] - 232:5
**answered** [22] - 13:22, 19:22, 20:7, 41:18, 41:25, 75:17, 86:25, 101:10, 118:23, 119:19, 135:6, 162:6, 170:20, 176:14, 176:16,

179:7, 198:2, 209:21, 210:5, 214:15, 230:13, 231:24
**answering** [1] - 117:18
**answers** [2] - 111:4, 252:13
**Anthony** [3] - 1:15, 44:5, 48:5
**ANTHONY** [3] - 2:11, 2:15, 253:5
**apart** [1] - 147:9
**apparent** [1] - 218:11
**appear** [4] - 36:19, 92:21, 96:2, 176:23
**appearance** [1] - 218:20
**appeared** [6] - 94:11, 94:23, 151:6, 152:19, 218:10, 218:13
**application** [5] - 240:11, 240:21, 246:12, 250:25, 251:3
**applications** [1] - 240:9
**approached** [1] - 104:17
**appropriate** [2] - 74:5, 164:16
**approximate** [2] - 73:14, 96:23
**approximation** [2] - 10:7, 73:15
**April** [11] - 28:6, 30:2, 30:5, 30:14, 31:4, 31:8, 32:21, 33:21, 34:25, 35:12, 36:2
**area** [12] - 65:15, 67:23, 67:25, 79:8, 80:3, 106:24, 136:4, 137:11, 137:12, 137:13, 184:17, 184:18
**areas** [1] - 79:12
**arguing** [1] - 175:6
**arm** [6] - 164:21, 165:10, 167:21, 177:24, 178:11, 178:18
**arose** [2] - 169:22, 170:5
**arrest** [31] - 52:25, 54:7, 54:9, 54:18, 54:20, 54:24, 55:14, 55:17, 56:14, 57:8, 57:22, 58:6, 58:12, 58:17, 61:2, 61:4,

61:10, 190:20, 191:5, 191:23, 192:11, 200:2, 200:5, 200:6, 200:8, 200:10, 200:15, 200:20, 202:17, 203:14
**arrested** [8] - 23:25, 190:23, 191:11, 191:25, 192:6, 192:9, 192:14, 220:7
**arresting** [4] - 58:19, 59:10, 61:9, 199:22
**arrests** [1] - 60:25
**arrival** [3] - 77:7, 156:8, 157:4
**arrive** [4] - 68:20, 85:17, 85:19, 225:7
**arrived** [11] - 4:22, 77:12, 81:24, 84:23, 85:3, 128:20, 160:11, 224:19, 224:21, 224:22, 225:12
**arriving** [1] - 77:4
**art** [2] - 150:14, 150:16
**article** [3] - 238:24, 239:14, 240:2
**arts** [1] - 23:24
**ascertain** [1] - 125:17
**assault** [1] - 192:10
**assessing** [1] - 221:25
**assessment** [5] - 71:2, 167:18, 172:14, 178:22, 202:9
**assigned** [26] - 17:5, 17:8, 17:12, 17:16, 17:18, 31:6, 31:8, 31:12, 31:15, 31:18, 31:21, 31:24, 32:11, 43:5, 43:7, 43:15, 43:17, 44:4, 44:7, 46:15, 47:3, 49:2, 50:20, 85:12, 141:14, 164:2
**assignment** [1] - 144:16
**assignments** [4] - 31:6, 51:18, 54:3, 54:5
**assistance** [1] - 55:7
**Assistant** [3] - 195:25, 196:10, 233:5
**assisted** [1] - 56:23
**associate's** [1] - 23:19
**associated** [1] - 39:21
**assume** [8] - 56:7, 73:5, 73:16, 163:22,

181:15, 200:14, 209:10, 210:12
**assumed** [1] - 210:16
**assuming** [5] - 52:8, 142:16, 192:21, 200:18, 239:19
**AT** [1] - 157:11
**attempting** [1] - 200:15
**attend** [2] - 27:18, 29:20
**attended** [1] - 198:10
**attention** [4] - 11:4, 40:7, 40:11, 164:16, 194:3
**ATTORNEY** [1] - 2:17
**Attorney** [4] - 195:22, 195:25, 196:11, 233:5
**attorney** [25] - 5:23, 6:10, 8:18, 8:21, 9:4, 10:16, 11:15, 21:8, 100:9, 100:10, 100:23, 101:5, 101:13, 110:12, 185:7, 195:16, 197:15, 197:23, 205:6, 211:12, 211:24, 219:3, 230:10, 232:13, 232:16
**Attorney's** [2] - 22:2, 22:19
**attorney/client** [2] - 6:3, 6:23
**Attorneys** [2] - 2:12, 2:18
**attorneys** [1] - 3:3
**authority** [1] - 155:2
**authorized** [1] - 3:16
**automobile** [3] - 220:9, 220:12, 222:23
**Avenue** [3] - 16:25, 66:19, 66:21
**aware** [17] - 8:4, 48:25, 161:22, 162:3, 162:7, 162:15, 168:24, 170:3, 170:7, 170:9, 197:6, 197:9, 197:12, 207:10, 207:17, 227:17, 238:2


**B**

**backboard** [3] - 147:20, 148:7, 180:12

**background** [2] - 22:24, 23:4
**backtrack** [1] - 99:6
**backyard** [1] - 204:16
**bandages** [1] - 92:19
**barbecue** [2] - 48:22, 204:16
**based** [23] - 7:22, 48:8, 56:6, 58:5, 72:11, 74:9, 94:22, 101:25, 124:6, 128:3, 128:5, 128:8, 151:3, 151:12, 151:19, 152:12, 152:14, 152:18, 175:18, 177:2, 200:22, 202:5, 215:8
**basic** [1] - 37:14
**basing** [1] - 216:3
**basis** [10] - 18:16, 18:19, 18:22, 25:14, 30:10, 45:12, 45:14, 45:18, 49:19, 121:14
**Bates** [2] - 109:24, 110:2
**bathroom** [1] - 228:21
**BE** [1] - 253:18
**became** [2] - 62:11, 170:9
**become** [2] - 48:9, 204:4
**becomes** [2] - 203:15, 203:25
**bed** [3] - 91:8, 91:9, 91:21
**beds** [3] - 137:14, 137:19, 138:4
**bedside** [1] - 169:2
**beforehand** [5] - 210:22, 211:7, 211:13, 211:25, 212:16
**began** [3] - 30:2, 69:13, 182:19
**beginning** [1] - 4:23
**behalf** [1] - 237:18
**behind** [2] - 114:11, 114:18
**belief** [1] - 186:2
**below** [1] - 246:4
**best** [9] - 45:20, 48:4, 63:4, 63:21, 90:11, 122:8, 122:11, 122:15, 234:19
**better** [1] - 65:23
**between** [26] - 3:3, 19:16, 24:24, 30:5, 31:4, 34:24, 36:2, 37:21, 38:6, 60:19, 72:23, 99:18, 120:3,

126:3, 137:18, 138:4, 140:19, 149:5, 181:20, 182:9, 188:2, 208:23, 214:3, 243:10, 243:19, 244:3
**beyond** [1] - 34:19
**bid** [1] - 212:25
**Bienz** [91] - 1:15, 12:8, 14:22, 17:5, 18:8, 18:11, 44:5, 45:3, 47:18, 48:5, 49:18, 56:25, 57:5, 57:21, 57:25, 58:8, 58:10, 58:13, 58:18, 59:5, 59:6, 59:9, 59:16, 59:25, 61:7, 62:7, 65:20, 85:23, 99:24, 101:24, 105:16, 118:17, 125:6, 127:14, 132:9, 132:19, 135:9, 135:23, 136:21, 137:2, 137:17, 138:7, 138:12, 138:14, 138:19, 140:19, 142:10, 142:19, 146:23, 148:14, 151:5, 151:13, 151:20, 152:22, 152:23, 159:15, 160:4, 160:14, 161:6, 164:4, 176:8, 176:9, 176:19, 177:2, 178:6, 178:10, 179:19, 181:11, 181:24, 198:10, 198:18, 198:21, 200:8, 215:16, 223:13, 227:20, 229:20, 234:3, 235:8, 236:8, 237:23, 240:8, 245:17, 247:8, 247:13, 249:10
**Bienz'** [1] - 237:19
**Bienz's** [3] - 179:3, 180:6, 247:3
**big** [3] - 175:5, 176:23, 192:23
**black** [1] - 230:3
**blank** [2] - 204:25, 221:15
**bleeding** [3] - 92:15, 92:20, 167:21
**blond** [1] - 84:13
**blood** [15] - 108:2, 108:8, 110:22,

113:23, 161:6, 161:19, 161:23, 168:22, 169:12, 169:17, 169:23, 170:4, 170:8, 172:15, 255:17
**bloodshot** [8] - 95:21, 95:23, 96:2, 96:3, 96:6, 96:11, 147:15, 149:25
**Board** [3] - 166:15, 166:25, 238:10
**book** [10] - 8:5, 8:8, 68:18, 68:22, 69:8, 73:13, 99:3, 99:7, 189:15, 253:24
**boots** [1] - 97:6
**born** [2] - 23:12, 23:14
**bottom** [1] - 172:12
**box** [13] - 190:5, 200:4, 200:10, 202:22, 211:5, 211:10, 212:6, 212:7, 212:18, 213:13, 218:4, 220:9, 239:25
**boxes** [2] - 214:22, 245:5
**brace** [2] - 147:20, 148:8
**branch** [1] - 24:18
**breached** [2] - 122:13, 125:3
**break** [6] - 68:25, 69:4, 117:11, 117:13, 229:11, 229:12
**breath** [9] - 95:14, 147:10, 149:24, 162:10, 170:18, 171:6, 171:21, 172:5, 178:23
**brief** [11] - 121:3, 121:19, 123:2, 123:9, 126:14, 133:21, 133:22, 134:2, 134:7, 153:2, 223:17
**briefly** [6] - 14:10, 26:4, 42:17, 43:22, 90:25, 148:15
**broad** [1] - 62:4
**broken** [2] - 108:15, 110:22
**brood** [1] - 170:11
**brought** [3] - 35:14, 40:6, 40:11
**brunette** [1] - 84:13
**BSO** [2] - 32:4, 32:6
**bullet** [4] - 107:24,

162:18, 167:23, 168:6
**bullshit** [1] - 117:17
**bureau** [4] - 21:13, 31:21, 71:9, 197:7
**BY** [4] - 2:15, 2:21, 4:7, 253:4
**bye** [1] - 251:7

**C**

**C-2** [3] - 245:10, 245:11, 245:12
**cab** [27] - 106:4, 106:6, 106:7, 106:11, 106:21, 108:15, 110:16, 112:19, 113:20, 114:9, 119:2, 119:3, 119:6, 119:23, 120:3, 123:12, 123:13, 131:18, 132:21, 153:19, 153:21, 205:8, 205:11, 205:21, 206:9, 206:24, 224:18
**cabbie** [1] - 154:2
**cabdriver** [1] - 145:21
**calendar** [4] - 12:25, 13:3, 13:16, 45:21
**calm** [3] - 232:6, 232:10
**cannot** [2] - 13:18, 15:22
**capable** [1] - 248:18
**capacity** [12] - 7:21, 19:8, 35:15, 43:9, 43:18, 44:12, 50:3, 56:22, 58:24, 60:2, 86:4, 209:14
**caption** [2] - 11:18, 11:22
**car** [44] - 68:8, 77:24, 78:2, 78:8, 88:12, 99:18, 107:5, 107:6, 107:7, 107:12, 107:15, 107:18, 107:20, 108:18, 109:4, 109:7, 110:21, 114:24, 114:25, 115:8, 115:9, 115:13, 115:16, 115:17, 116:7, 117:3, 118:9, 120:19, 128:20, 129:2, 129:14, 129:15, 138:25, 139:5, 139:11, 139:13, 206:22,

216:5, 218:8, 224:17
**card** [3] - 130:3, 130:4, 156:2
**care** [14] - 118:5, 140:24, 141:2, 144:6, 158:4, 160:19, 164:10, 164:11, 164:13, 164:15, 168:18, 174:24, 175:2, 183:8
**cared** [3] - 141:14, 143:9, 159:11
**career** [2] - 32:20, 130:18
**caretaker** [22] - 141:10, 141:13, 141:21, 141:25, 142:12, 143:10, 144:14, 144:23, 145:2, 145:8, 148:4, 154:17, 157:25, 159:3, 159:9, 164:17, 183:10, 187:6, 187:8, 187:11, 187:12, 207:5
**caring** [2] - 160:3, 164:8
**carries** [1] - 201:18
**carry** [3] - 139:23, 140:7, 140:11
**cars** [1] - 51:17
**case** [37] - 5:7, 7:20, 7:23, 9:12, 11:6, 11:9, 11:12, 11:13, 11:20, 11:24, 12:22, 14:4, 14:15, 14:19, 19:19, 19:24, 20:12, 20:21, 21:5, 21:10, 22:12, 22:17, 41:16, 61:16, 61:18, 62:11, 72:12, 80:12, 186:20, 209:16, 215:20, 229:8, 233:16, 235:6, 236:7, 246:20, 248:21
**casted** [1] - 174:13
**cell** [6] - 80:16, 80:18, 81:18, 81:19, 153:7, 153:9
**certain** [1] - 240:13
**certainly** [1] - 134:5
**certification** [3] - 3:6, 25:11, 37:6
**certified** [2] - 25:22, 37:8
**certify** [3] - 252:8, 255:9, 255:15
**chair** [2] - 91:7, 98:6

**change** [1] - 47:10
**changed** [3] - 47:4, 47:8, 152:7
**changes** [1] - 46:18
**Channon** [1] - 1:11
**characteristics** [2] - 84:12, 84:18
**charge** [1] - 168:25
**charged** [2] - 34:23, 35:9
**charges** [2] - 34:24, 35:10
**Charles** [1] - 1:9
**check** [8] - 77:15, 77:16, 180:13, 211:5, 211:10, 212:6, 218:5, 249:12
**checked** [14] - 103:14, 172:23, 200:10, 202:22, 202:25, 210:23, 212:12, 212:18, 214:23, 220:9, 239:3, 242:24, 243:15, 244:12
**checking** [1] - 200:4
**chief** [10] - 11:9, 163:17, 164:19, 165:11, 165:16, 165:19, 165:22, 177:24, 178:10, 178:17
**Chief** [1] - 1:13
**choice** [1] - 185:11
**Ciccotto** [1] - 1:10
**circle** [1] - 172:20
**circled** [2] - 172:19, 178:22
**circumstances** [6] - 55:12, 56:14, 58:6, 86:16, 104:13, 203:18
**City** [4] - 27:8, 27:23, 28:8, 28:12
**civil** [2] - 31:2, 35:13
**civilian** [3] - 91:24, 95:7, 190:15
**claim** [1] - 234:2
**claiming** [2] - 132:12, 132:15
**clarification** [1] - 58:17
**classification** [1] - 202:14
**classified** [1] - 220:2
**classify** [1] - 219:25
**clear** [5] - 34:7, 57:11, 57:15, 117:20, 118:6
**close** [3] - 97:25, 147:5, 170:16

**closed** [7] - 114:4, 114:16, 115:3, 137:16, 137:19, 138:2, 138:4
**closer** [3] - 65:16, 66:18, 68:7
**closest** [13] - 63:23, 63:25, 64:2, 64:10, 65:19, 65:21, 66:3, 66:4, 67:2, 193:6, 193:15, 193:17
**clothes** [1] - 91:24, 95:7, 190:15
**collar** [1] - 180:12
**college** [3] - 23:6, 23:17, 24:2
**color** [2] - 79:18, 94:19
**comforted** [1] - 231:20
**coming** [4] - 157:23, 158:16, 158:21, 250:14
**command** [10] - 16:24, 50:7, 88:25, 99:11, 99:13, 99:18, 116:20, 133:3, 190:11, 222:20
**Commanding** [1] - 1:14
**commanding** [1] - 19:3
**commentary** [1] - 126:23
**comments** [2] - 172:14, 179:12
**commissioner** [1] - 233:3
**communicate** [8] - 14:3, 52:21, 85:2, 154:14, 165:17, 226:4, 226:5, 228:5
**communicated** [15] - 14:2, 14:6, 14:13, 15:12, 20:3, 103:21, 162:25, 165:22, 168:3, 191:15, 226:3, 228:16, 228:17, 242:4, 242:16
**communication** [5] - 11:17, 71:15, 99:15, 99:17, 177:2
**communications** [8] - 11:19, 11:22, 71:9, 80:10, 99:19, 165:6, 175:19, 186:17
**company** [3] - 26:6, 26:20, 235:21
**compensate** [1] -

235:22
**compensated** [2] - 249:15, 249:17
**Compensation** [6] - 164:2, 166:15, 166:25, 234:2, 235:21, 238:10
**compensation** [9] - 166:3, 234:11, 234:17, 234:22, 235:2, 235:7, 237:24, 238:3, 238:21
**competent** [1] - 49:22
**complainant** [2] - 70:11, 70:15
**complaint** [26] - 5:4, 5:6, 5:7, 5:9, 5:11, 5:24, 6:9, 6:10, 6:20, 8:18, 11:18, 28:11, 28:13, 28:14, 29:5, 33:15, 163:17, 164:19, 165:11, 165:16, 165:19, 165:22, 167:14, 177:24, 178:10, 178:17
**complaints** [7] - 28:21, 29:13, 32:22, 33:7, 33:25, 165:25, 166:12
**complete** [5] - 156:13, 156:20, 182:18, 184:8, 252:12
**completed** [4] - 182:21, 216:18, 221:19, 221:22
**completely** [2] - 83:25, 241:3
**comprised** [1] - 40:13
**concerned** [1] - 68:11
**concerning** [2] - 20:11, 33:25
**conclude** [1] - 152:16
**conclusion** [4] - 94:10, 151:21, 175:12, 204:9
**conclusions** [2] - 151:4, 151:8
**condition** [9] - 87:6, 158:8, 159:5, 159:15, 166:20, 180:7, 181:4, 215:16
**conduct** [1] - 54:4
**confines** [8] - 66:15, 66:23, 67:3, 67:14, 67:16, 67:20, 67:21, 193:20
**confrontation** [1] - 131:18

**conjunction** [1] - 246:11
**conscious** [3] - 143:2, 143:12, 143:17
**consisted** [1] - 248:22
**consistent** [10] - 18:16, 18:19, 25:14, 165:5, 165:12, 173:21, 174:3, 180:5, 219:20, 225:18
**consists** [1] - 247:4
**consumed** [2] - 176:20, 177:3
**consumption** [3] - 96:15, 150:24, 151:15
**contact** [2] - 11:7, 11:13
**contain** [1] - 112:24
**contained** [3] - 7:25, 88:18, 185:22
**contemporaneously** [1] - 190:2
**content** [2] - 186:3, 242:4
**contest** [1] - 106:18
**context** [1] - 211:18
**continue** [1] - 110:13
**continuing** [1] - 177:13
**contusion** [2] - 173:15, 180:3
**conversation** [87] - 63:20, 69:9, 69:19, 72:25, 73:17, 86:19, 89:9, 90:10, 90:23, 91:13, 91:16, 96:22, 96:24, 98:9, 98:12, 100:2, 100:24, 101:4, 101:7, 102:2, 102:8, 102:13, 102:16, 102:22, 103:3, 103:5, 103:11, 105:13, 106:20, 116:8, 116:14, 118:14, 121:2, 121:17, 123:2, 123:18, 123:24, 125:25, 126:6, 126:8, 126:12, 128:4, 128:6, 129:19, 129:21, 131:4, 131:10, 133:19, 146:23, 147:8, 148:13, 149:5, 152:22, 153:4, 153:24, 155:10, 157:17, 158:11,

176:7, 181:8, 181:11, 181:21, 182:6, 182:9, 182:10, 182:23, 182:24, 183:17, 183:18, 184:2, 185:2, 188:9, 188:25, 189:3, 189:10, 191:22, 205:5, 211:11, 222:4, 222:8, 223:17, 224:13, 225:25, 226:24, 227:11, 228:6, 228:10
**conversations** [13] - 69:15, 104:15, 126:14, 126:18, 126:19, 134:17, 134:20, 140:19, 146:20, 152:15, 187:19, 228:25, 229:15
**conversely** [1] - 198:25
**copy** [7] - 5:3, 5:8, 8:7, 8:10, 39:13, 110:11, 230:18
**corner** [1] - 171:23
**Corp** [2] - 24:19, 24:23
**correct** [74] - 4:24, 14:5, 14:20, 19:5, 24:11, 30:15, 50:14, 59:21, 59:22, 87:17, 89:2, 95:8, 99:19, 100:18, 102:7, 103:3, 116:9, 116:16, 117:3, 118:11, 122:14, 124:3, 125:25, 126:10, 134:12, 135:2, 141:19, 146:15, 146:21, 158:8, 168:22, 169:2, 170:18, 171:10, 171:13, 171:21, 172:21, 173:5, 173:18, 174:14, 177:25, 181:4, 187:15, 190:16, 190:17, 195:7, 198:23, 199:2, 207:3, 208:2, 210:7, 218:3, 220:25, 221:18, 222:13, 223:3, 223:20, 225:14, 228:19, 234:3, 235:24, 236:13, 239:17, 240:3,

240:17, 244:13, 244:17, 244:18, 244:21, 244:22, 250:2, 250:5, 252:12, 252:14
**corrected** [1] - 246:9
**correctly** [2] - 134:10, 222:15
**correspondence** [1] - 20:21
**cot** [2] - 91:8, 91:9
**counsel** [1] - 4:21
**Country** [1] - 1:23, 2:13, 26:24
**COUNTY** [5] - 1:3, 2:17, 252:5, 255:5
**County** [78] - 1:8, 1:12, 1:12, 4:13, 18:15, 20:15, 21:13, 21:16, 21:22, 21:23, 21:25, 22:13, 22:18, 25:19, 28:3, 29:17, 30:7, 30:12, 30:17, 35:25, 36:9, 36:12, 38:3, 38:21, 39:4, 62:21, 70:14, 71:10, 71:17, 85:11, 85:16, 85:18, 87:23, 88:5, 89:7, 103:22, 105:11, 109:5, 111:15, 112:25, 115:12, 118:10, 119:8, 127:23, 128:2, 128:11, 128:16, 129:8, 130:22, 139:22, 146:13, 150:5, 153:17, 155:13, 158:25, 162:24, 186:15, 186:18, 186:22, 187:23, 188:13, 188:16, 189:24, 190:22, 190:25, 191:12, 195:22, 197:8, 198:16, 198:18, 199:4, 199:16, 209:11, 227:23, 230:15, 230:22, 231:4
**County's** [1] - 29:20
**couple** [7] - 43:3, 46:19, 68:12, 123:13, 169:10, 227:12, 230:7
**course** [23] - 18:13, 19:17, 23:22, 24:2, 25:18, 27:10, 32:20, 37:16, 38:20, 39:6, 44:17, 45:8, 46:7,

46:22, 47:13, 50:21, 93:12, 175:3, 197:13, 200:6, 202:16, 231:21, 233:17
**Court** [4] - 1:23, 2:5, 3:19, 81:23
**COURT** [1] - 1:2
**cover** [1] - 5:3
**Covis** [1] - 184:22
**credit** [1] - 37:13
**crime** [8] - 56:24, 60:3, 76:22, 76:25, 79:19, 203:14, 224:24, 225:2
**cross** [1] - 70:11
**crossed** [1] - 245:18
**crutches** [1] - 174:12
**cry** [9] - 94:12, 94:13, 94:19, 94:20, 94:24, 96:8, 175:24, 195:8, 195:15
**crying** [9] - 93:25, 94:12, 96:2, 96:6, 96:11, 232:7, 232:12, 233:8
**curious** [1] - 194:5
**curtain** [1] - 137:15
**curtains** [4] - 137:16, 137:18, 138:2, 138:3
**cuts** [2] - 216:10, 216:12

**D**

**Daniel** [1] - 1:14
**dark** [1] - 97:4
**data** [4] - 182:16, 201:25, 245:17, 245:20
**date** [43] - 9:24, 10:2, 11:5, 13:15, 13:18, 17:13, 17:14, 17:15, 17:17, 17:19, 18:9, 18:16, 19:17, 20:19, 21:8, 28:4, 30:6, 30:14, 32:21, 33:7, 33:11, 33:21, 34:25, 35:9, 35:12, 36:3, 49:6, 53:8, 55:11, 70:16, 71:8, 77:8, 81:19, 97:8, 148:20, 189:9, 190:7, 245:19, 246:5, 246:6, 246:8, 249:25, 253:15
**dates** [5] - 9:9, 13:9, 13:13, 26:17, 38:18
**days** [2] - 46:3
**dead** [1] - 154:7

**Deadly** [12] - 39:16, 39:21, 40:18, 40:22, 40:25, 41:22, 42:8, 42:11, 141:18, 141:21, 142:2, 227:6
**deadly** [4] - 41:4, 41:10, 41:15, 141:13
**Deboro** [2] - 79:18, 110:24
**decide** [1] - 68:15
**decided** [1] - 68:8
**decision** [5] - 143:13, 143:17, 227:4, 248:14, 248:17
**Defendant** [1] - 2:4
**defendant** [1] - 35:13
**defendant's** [1] - 220:12
**DEFENDANT'S** [1] - 254:13
**Defendants** [2] - 1:17, 2:18
**definitely** [3] - 14:18, 80:25, 233:12
**definition** [2] - 12:17, 12:24
**degree** [1] - 23:19
**DeMartinis** [1] - 1:14
**demeanor** [1] - 94:22
**departed** [1] - 84:23
**Department** [43] - 1:8, 1:12, 18:15, 20:15, 21:22, 21:23, 22:14, 25:20, 27:8, 27:23, 28:3, 28:8, 29:17, 30:8, 30:13, 30:17, 30:20, 36:2, 36:9, 36:13, 38:4, 38:22, 40:3, 40:14, 71:10, 87:24, 88:5, 103:22, 109:6, 115:12, 150:6, 150:14, 162:24, 186:15, 186:18, 186:22, 187:23, 188:16, 190:22, 197:8, 199:5, 227:24, 253:14
**department** [21] - 27:14, 40:5, 41:8, 41:10, 52:10, 80:21, 81:2, 81:4, 81:6, 158:20, 168:15, 201:22, 234:12, 234:13, 234:15, 238:8, 238:25, 240:3, 247:22, 248:12, 249:18
**Department's** [1] - 39:4

**Department-issued** [1] - 253:14
**departmental** [5] - 153:10, 183:11, 238:2, 244:20, 244:24
**depicted** [3] - 114:18, 114:20, 219:15
**deposed** [1] - 5:11
**deposition** [11] - 3:6, 3:14, 4:19, 8:21, 9:4, 124:19, 141:17, 250:20, 252:10, 255:11, 255:13
**Deputy** [2] - 1:13, 233:4
**describe** [11] - 48:3, 49:10, 78:10, 78:18, 83:4, 83:7, 83:22, 84:5, 119:11, 137:10, 137:12
**described** [2] - 164:14, 173:14
**description** [2] - 78:13, 120:23
**desk** [11] - 19:12, 43:10, 43:13, 43:21, 53:20, 53:23, 56:16, 56:18, 62:14, 66:7, 154:25
**detail** [1] - 214:18
**detailed** [1] - 206:25
**details** [3] - 132:25, 192:3, 201:5
**detected** [1] - 162:9
**detective** [26] - 11:8, 127:24, 128:2, 128:11, 128:16, 129:7, 129:16, 130:23, 132:18, 153:24, 155:13, 155:17, 155:19, 155:23, 156:7, 156:10, 157:3, 157:19, 158:11, 191:8, 191:13, 191:14, 191:16, 191:17, 199:21
**detective's** [1] - 157:6
**Detective/Sgt** [2] - 1:10, 1:14
**detectives** [5] - 158:21, 199:15, 199:17, 227:23, 228:7
**Detectives** [1] - 1:8
**determination** [1] - 215:8
**determine** [1] - 150:8
**diagnosis** [1] - 217:14

**difference** [6] - 34:3, 175:5, 176:24, 188:2, 208:23, 235:16
**different** [13] - 53:11, 79:12, 83:25, 100:20, 100:21, 119:14, 119:15, 134:11, 136:4, 191:16, 191:17, 204:13, 241:3
**difficult** [1] - 45:19
**DiLeonardo** [151] - 1:15, 12:8, 14:21, 17:5, 18:8, 18:12, 44:5, 45:3, 47:18, 48:5, 49:18, 56:24, 57:4, 57:21, 58:2, 58:7, 58:10, 58:15, 59:20, 59:25, 61:6, 61:21, 62:7, 63:7, 65:20, 67:8, 82:20, 82:22, 85:7, 85:23, 87:20, 87:25, 89:18, 89:21, 91:3, 93:20, 94:25, 96:18, 98:5, 98:17, 99:23, 100:3, 100:8, 100:22, 101:4, 101:7, 102:2, 105:15, 118:16, 125:6, 125:14, 125:15, 125:21, 125:23, 126:4, 126:14, 127:17, 132:9, 132:19, 136:7, 142:9, 142:19, 151:5, 151:13, 151:20, 153:14, 153:18, 154:2, 158:24, 159:5, 159:15, 160:3, 160:13, 161:5, 161:19, 161:23, 162:16, 162:22, 163:6, 164:3, 165:7, 165:9, 166:12, 167:5, 168:3, 170:4, 171:17, 173:4, 173:22, 174:4, 175:8, 181:12, 182:2, 182:4, 182:25, 183:19, 184:21, 185:6, 185:16, 185:23, 186:4, 186:9, 187:16, 188:11, 194:7, 194:22, 198:10, 198:18, 198:21, 200:7, 200:14, 202:15,

202:23, 203:22, 205:6, 205:25, 207:10, 207:17, 207:23, 208:19, 209:17, 210:16, 211:12, 211:21, 211:23, 213:20, 215:9, 215:16, 215:25, 216:23, 217:19, 217:24, 218:16, 219:2, 220:11, 222:5, 222:8, 224:18, 227:19, 229:19, 234:2, 235:8, 236:8, 237:19, 237:23, 240:7, 242:24, 243:11, 243:20, 244:24, 249:24

**DiLeonardo's** [26] - 83:21, 85:7, 87:16, 89:14, 89:15, 91:2, 100:9, 100:10, 101:19, 103:15, 103:23, 104:16, 134:22, 134:25, 135:4, 162:10, 163:10, 163:13, 163:16, 166:11, 166:20, 169:23, 205:22, 206:15, 209:4, 209:12

**direct** [1] - 236:25

**directed** [1] - 183:3

**directing** [3] - 11:4, 34:18, 74:12

**direction** [5] - 55:8, 63:11, 70:14, 81:23, 154:15

**DIRECTIONS** [1] - 253:8

**directly** [5] - 52:14, 69:23, 137:2, 166:12, 227:19

**discharge** [32] - 7:13, 7:24, 101:9, 106:23, 173:3, 173:9, 173:13, 179:18, 181:19, 182:13, 182:17, 182:19, 183:13, 184:8, 185:8, 185:16, 200:5, 200:9, 200:11, 201:15, 201:17, 202:21, 203:19, 204:2, 204:11, 204:17, 206:3, 207:7, 212:10, 216:9, 242:23, 243:4

**Discharge** [1] - 254:8

**discharged** [16] - 25:2, 62:3, 164:7, 173:4, 179:20, 194:22, 200:19, 200:24, 207:11, 207:18, 209:13, 210:15, 211:17, 211:21, 217:4, 222:23

**discharging** [1] - 202:15

**disciplined** [1] - 48:25

**discomfort** [1] - 148:11

**discovery** [2] - 74:4, 111:15

**discrepancy** [1] - 208:9

**discuss** [6] - 5:23, 6:9, 48:12, 54:24, 217:17, 223:24

**discussed** [9] - 6:4, 6:14, 9:12, 19:19, 19:24, 63:13, 63:16, 63:22, 223:10

**discussing** [1] - 66:9

**discussion** [12] - 6:16, 6:17, 6:19, 16:20, 33:5, 56:13, 67:7, 67:10, 82:13, 98:16, 112:13, 224:10

**discussions** [1] - 223:22

**display** [1] - 219:20

**distance** [5] - 192:16, 193:13, 193:15, 213:6, 213:9

**distress** [5] - 92:22, 93:20, 93:24, 94:7, 218:11

**District** [6] - 22:2, 22:19, 195:22, 195:25, 196:11, 233:5

**doctor** [7] - 135:17, 160:2, 160:13, 161:12, 161:17, 181:7, 219:24

**doctors** [6] - 141:3, 159:13, 160:6, 160:16, 161:4, 217:16

**DOCUMENT** [1] - 253:13

**document** [6] - 70:20, 71:23, 72:4, 230:18, 243:16, 243:18

**documents** [5] - 7:3, 7:8, 34:8, 110:3,

111:2

**done** [1] - 210:10

**door** [16] - 83:10, 83:11, 83:13, 83:16, 85:11, 107:3, 108:3, 110:21, 110:23, 113:5, 113:21, 113:23, 114:4, 114:16, 115:3, 231:16

**doors** [9] - 82:5, 82:15, 82:16, 83:12, 104:9, 106:8, 119:24, 120:4, 125:3

**doorway** [1] - 122:13

**double** [1] - 205:2

**doubt** [1] - 174:7

**down** [24] - 56:2, 76:17, 88:13, 88:14, 88:18, 88:19, 91:5, 102:9, 116:21, 116:24, 116:25, 133:17, 158:21, 169:14, 189:14, 190:18, 194:7, 204:25, 206:23, 220:5, 232:6, 232:7, 232:10

**dozen** [2] - 60:15, 60:19

**Dr** [3] - 159:20, 159:24, 161:4

**draw** [1] - 161:19

**drawn** [7] - 161:7, 210:22, 211:6, 211:13, 211:16, 211:24, 212:15

**dressed** [1] - 91:23

**drinking** [2] - 96:19, 179:13

**drive** [1] - 70:10

**driver** [6] - 26:11, 131:18, 132:22, 153:19, 153:21, 224:18

**driver's** [7] - 107:21, 108:3, 108:11, 108:14, 113:4, 113:20, 114:11

**drove** [1] - 77:18

**drugs** [2] - 150:24, 151:15

**drunk** [2] - 161:6, 161:13

**duly** [2] - 4:3, 255:12

**duplicate** [1] - 110:11

**during** [26] - 18:13, 19:17, 23:23, 23:25, 25:18, 28:11, 32:20, 45:7, 47:2, 47:13,

50:17, 50:21, 51:10, 53:3, 91:16, 100:24, 101:7, 109:3, 119:5, 147:8, 186:24, 195:4, 197:12, 205:5, 211:11, 231:21

**duties** [12] - 39:20, 43:10, 43:15, 43:19, 43:23, 47:14, 53:13, 56:17, 86:7, 86:23, 204:2, 244:12

**duty** [55] - 42:19, 56:19, 62:3, 95:2, 95:6, 139:22, 139:24, 140:7, 140:12, 142:11, 150:8, 150:10, 150:13, 150:18, 150:22, 151:7, 151:14, 151:22, 152:5, 152:11, 152:17, 152:20, 158:6, 159:3, 159:8, 164:8, 164:14, 183:8, 187:6, 187:8, 190:14, 190:15, 202:22, 202:24, 203:2, 203:7, 203:10, 203:12, 203:15, 203:20, 203:23, 203:24, 204:3, 204:10, 204:11, 204:17, 204:22, 209:14, 212:11, 212:12, 212:13, 226:25, 227:2, 227:9, 234:8

**E**

**e-mail** [3] - 15:8, 20:14, 20:17

**e-mails** [1] - 20:11

**earned** [1] - 23:20

**EC-2** [1] - 234:20

**Ed** [2] - 178:10, 180:6

**Edmund** [1] - 1:13

**educational** [2] - 22:24, 23:3

**Edward** [4] - 1:15, 44:5, 48:5, 245:16

**effect** [9] - 3:17, 138:25, 139:13, 146:10, 161:12, 172:20, 195:9, 195:13, 197:22

**effectuate** [1] - 200:20

**effectuating** [2] - 202:16, 203:14

**eight** [1] - 93:6

**either** [24] - 15:7, 20:5, 24:2, 48:18, 49:18, 56:24, 58:7, 73:19, 80:11, 125:5, 133:14, 142:9, 145:23, 146:6, 151:9, 151:10, 160:13, 181:6, 181:13, 181:22, 215:9, 215:11, 217:20, 236:8

**elbow** [1] - 180:3

**emergency** [55] - 25:8, 68:10, 78:4, 82:5, 82:14, 91:10, 100:4, 100:5, 100:15, 100:17, 104:9, 104:17, 104:18, 106:9, 106:11, 106:22, 106:24, 118:9, 119:24, 120:4, 122:5, 122:9, 122:14, 123:17, 124:3, 125:8, 125:13, 125:16, 128:13, 129:12, 134:11, 134:15, 134:21, 134:24, 135:14, 136:5, 137:8, 137:9, 137:14, 153:25, 155:20, 155:21, 168:15, 184:4, 184:10, 184:25, 188:16, 192:15, 192:19, 192:23, 193:21, 194:16, 196:15, 228:4, 229:6

**emotional** [3] - 94:7, 158:4, 158:8

**emotionally** [2] - 94:6, 141:15

**employed** [6] - 17:23, 30:6, 30:16, 35:25, 36:8, 38:21

**employee** [6] - 136:12, 136:14, 136:16, 136:20, 138:13, 235:2

**employment** [10] - 7:19, 18:14, 25:19, 26:2, 26:5, 30:2, 30:13, 45:9, 48:21

**EMT** [4] - 25:11, 92:25, 93:4, 215:12

**enable** [1] - 243:24

**encompasses** [1] - 67:23

**end** [1] - 91:20

**endangerment** [1] - 192:10
**enforcement** [6] - 31:15, 31:25, 32:18, 60:2, 104:14, 247:10
**engaged** [3] - 61:15, 204:9, 204:21
**engages** [1] - 203:25
**Enid** [1] - 1:11
**ensure** [3] - 141:14, 143:8, 159:10
**enter** [5] - 29:25, 134:21, 199:2, 199:8, 199:14
**entered** [5] - 83:18, 87:14, 122:14, 123:17, 126:4
**entering** [1] - 88:3
**entire** [4] - 107:15, 107:18, 193:25, 195:4
**entirely** [1] - 74:9
**entitled** [1] - 176:16
**entrance** [2] - 77:4, 184:13
**entry** [8] - 37:12, 83:14, 87:19, 87:24, 88:2, 168:21, 169:15, 253:24
**ER** [14] - 77:3, 79:8, 79:13, 79:14, 79:23, 80:2, 80:4, 126:6, 126:8, 135:16, 194:24, 195:23, 196:4, 196:6
**error** [1] - 246:8
**ESQ** [2] - 2:15, 2:21
**establish** [1] - 164:25
**established** [2] - 168:17, 174:22
**estimate** [11] - 9:20, 15:4, 15:16, 51:24, 52:4, 76:2, 122:23, 124:6, 124:14, 124:22, 124:24
**estimation** [3] - 15:22, 15:24, 45:19
**etc** [1] - 11:9
**ethanol** [1] - 179:13
**Eugene** [1] - 1:9
**evening** [12] - 41:21, 62:5, 62:8, 93:21, 98:17, 170:10, 174:5, 181:12, 181:17, 193:25, 194:10, 227:19
**event** [9] - 18:9, 18:17, 20:19, 21:9, 95:4, 95:5, 145:5, 222:22, 228:13

**events** [7] - 20:4, 42:15, 43:2, 74:18, 95:11, 147:25, 223:2
**eventually** [1] - 135:25
**exact** [19] - 9:9, 9:24, 9:25, 26:17, 38:18, 63:19, 73:12, 75:25, 76:9, 89:25, 90:10, 104:7, 108:24, 129:18, 131:3, 131:8, 132:5, 155:12, 195:2
**exactly** [4] - 46:24, 70:21, 108:9, 146:25
**Examination** [1] - 2:3
**EXAMINATION** [2] - 4:7, 253:4
**examined** [1] - 4:4
**example** [4] - 37:3, 52:25, 63:2, 186:6
**examples** [2] - 37:25, 38:11
**except** [2] - 3:9, 177:22
**exchanging** [2] - 167:22, 168:5
**excuse** [5] - 9:7, 32:2, 44:24, 133:6, 155:16
**Excuse** [1] - 135:17
**Exhibit** [10] - 5:2, 8:15, 76:12, 110:5, 114:5, 163:11, 209:3, 219:4, 225:8, 254:10
**exhibit** [10] - 109:12, 109:16, 109:19, 111:6, 111:18, 112:8, 112:16, 113:9, 148:10, 221:17
**EXHIBITS** [1] - 253:22
**exhibits** [6] - 111:3, 111:9, 111:21, 219:11, 219:13, 221:4
**exit** [2] - 135:4, 199:2
**experience** [1] - 94:23, 150:5
**expertise** [1] - 168:18
**expired** [1] - 215:13
**explain** [19] - 43:14, 53:5, 53:13, 53:22, 54:22, 104:12, 157:24, 185:3, 185:10, 202:25, 203:17, 208:8, 208:23, 210:25, 211:4, 211:8, 211:19, 214:17, 220:10
**explained** [11] - 90:5,

90:8, 90:12, 90:13, 131:14, 146:10, 157:22, 158:3, 158:15, 185:6, 208:24
**explanation** [1] - 101:25
**express** [1] - 93:23
**extent** [4] - 175:14, 240:16, 241:23, 242:17
**eyes** [10] - 94:19, 95:20, 95:23, 95:25, 96:3, 96:6, 96:11, 147:15, 147:16, 149:25

## F

**fact** [12] - 49:9, 152:7, 162:3, 162:7, 162:15, 169:11, 170:11, 178:16, 207:22, 213:19, 215:8, 216:4
**facts** [27] - 11:5, 21:9, 56:14, 62:24, 124:6, 124:13, 133:11, 141:6, 142:10, 142:20, 143:3, 143:14, 144:11, 144:17, 144:22, 146:18, 149:21, 168:3, 186:20, 187:14, 187:21, 211:9, 211:19, 214:17, 228:13, 228:17, 229:16
**factual** [5] - 121:13, 132:24, 182:16, 187:17, 188:13
**factually** [1] - 210:2
**fair** [12] - 14:19, 37:24, 69:19, 71:2, 72:10, 73:7, 73:19, 114:2, 114:13, 175:7, 194:23, 241:22
**fairly** [2] - 44:18, 44:25
**familiar** [4] - 33:14, 71:24, 241:18, 241:20
**families** [1] - 48:13
**far** [7] - 38:10, 91:12, 131:15, 136:6, 147:4, 192:18, 249:20
**farthest** [1] - 193:19
**fatal** [1] - 218:2
**Favatta** [2] - 1:9,

157:9
**favor** [1] - 16:22
**Faya** [8] - 1:11, 89:2, 102:14, 102:23, 102:25, 103:7, 103:9, 225:11
**February** [32] - 11:5, 11:11, 13:2, 13:21, 14:15, 15:2, 15:6, 15:13, 19:16, 20:5, 20:10, 22:12, 22:17, 40:21, 41:14, 42:9, 45:3, 47:20, 49:3, 49:4, 50:11, 51:8, 51:22, 53:12, 58:13, 61:15, 62:6, 62:9, 81:7, 114:15, 145:12, 219:6
**feet** [7] - 91:14, 98:3, 184:12, 193:18, 213:16, 214:4, 214:6
**feign** [1] - 242:13
**female** [4] - 84:6, 84:14, 84:21, 97:4
**Ferguson** [1] - 5:23
**FERGUSON** [337] - 2:21, 4:18, 5:16, 5:19, 5:25, 6:11, 6:18, 6:22, 8:9, 8:12, 8:22, 10:9, 10:25, 11:23, 12:3, 12:19, 13:22, 14:8, 14:23, 15:14, 15:25, 16:4, 16:8, 16:12, 16:16, 17:10, 18:5, 18:10, 18:18, 19:22, 20:7, 22:25, 24:3, 24:12, 25:15, 28:23, 29:8, 32:12, 33:9, 33:17, 33:20, 33:22, 34:4, 34:11, 34:15, 34:19, 35:2, 35:5, 36:16, 36:21, 38:5, 38:14, 39:12, 41:17, 41:23, 43:12, 44:20, 44:24, 45:22, 46:10, 47:16, 47:21, 48:15, 49:24, 51:3, 51:6, 51:9, 52:5, 52:8, 53:10, 55:9, 55:23, 57:6, 57:10, 58:16, 58:21, 59:2, 61:4, 61:8, 61:23, 64:3, 64:6, 64:11, 64:16, 64:20, 65:3, 68:12, 68:24, 70:5, 70:19, 71:4, 71:11, 71:16, 72:2, 72:7, 72:14, 72:20, 73:3, 73:10, 73:22, 74:7, 74:13, 74:19,

75:16, 76:24, 77:6, 79:20, 80:20, 81:21, 83:24, 86:18, 86:25, 89:13, 92:12, 93:5, 95:24, 102:18, 103:16, 103:24, 106:13, 106:15, 107:8, 108:5, 109:11, 109:15, 109:20, 110:2, 110:5, 110:9, 110:25, 111:19, 111:24, 112:5, 112:9, 112:15, 112:23, 113:3, 113:6, 113:12, 116:4, 117:13, 117:18, 117:23, 118:3, 118:5, 118:22, 119:18, 121:15, 121:21, 121:24, 124:9, 124:15, 124:20, 124:25, 126:2, 126:17, 126:24, 127:5, 127:9, 128:5, 128:23, 132:13, 133:23, 134:5, 135:5, 137:21, 138:9, 139:6, 139:12, 139:25, 140:8, 142:13, 142:21, 143:5, 143:15, 143:22, 144:2, 144:6, 144:18, 145:6, 145:25, 146:4, 150:11, 151:16, 151:23, 152:12, 155:15, 156:11, 156:24, 157:8, 157:13, 159:21, 160:21, 162:5, 162:12, 163:12, 163:19, 164:5, 164:11, 164:22, 165:14, 165:20, 167:2, 167:7, 167:11, 167:15, 167:19, 168:14, 169:3, 169:19, 169:25, 170:6, 170:13, 170:19, 170:25, 171:22, 172:7, 172:17, 172:22, 173:6, 173:10, 173:19, 173:24, 174:7, 174:15, 174:19, 174:25, 175:5, 175:11, 175:20,

176:2, 176:12, 176:21, 177:4, 177:9, 177:12, 177:21, 178:7, 178:12, 178:19, 178:24, 179:6, 179:15, 179:21, 179:24, 180:8, 180:15, 181:15, 182:3, 182:7, 183:20, 184:12, 185:12, 185:20, 187:2, 192:24, 193:5, 194:20, 195:24, 197:2, 197:17, 198:2, 199:3, 200:12, 201:2, 201:7, 201:12, 202:3, 202:18, 203:3, 207:13, 208:15, 208:18, 208:22, 209:20, 210:4, 210:13, 210:19, 211:2, 213:5, 213:23, 215:22, 216:14, 216:24, 217:6, 217:13, 217:15, 217:21, 218:12, 218:23, 219:9, 219:17, 219:23, 221:9, 225:2, 225:5, 225:13, 225:15, 225:17, 225:21, 228:20, 228:23, 229:24, 230:12, 230:17, 230:21, 230:25, 231:6, 231:24, 233:18, 233:22, 235:14, 235:25, 236:21, 236:24, 237:4, 237:10, 237:14, 239:2, 239:5, 240:22, 241:12, 241:19, 242:14, 242:19, 243:16, 245:19, 245:25, 246:5, 247:16, 247:19, 250:7, 250:9, 250:14, 250:18, 251:2, 251:6
**few** [2] - 108:21, 226:2
**filed** [4] - 5:7, 32:22, 33:8, 33:15
**filing** [1] - 3:5
**Fill** [1] - 16:5
**fill** [19] - 7:21, 8:3, 16:3, 101:9, 154:22,

164:2, 166:2, 182:20, 183:4, 186:19, 187:18, 188:21, 201:10, 207:7, 237:20, 238:5, 238:7, 238:18, 244:8
**filled** [24] - 155:5, 166:17, 166:19, 171:13, 174:2, 182:12, 183:11, 183:12, 189:14, 200:16, 200:22, 202:20, 206:4, 212:4, 220:21, 233:25, 235:6, 237:18, 239:18, 241:16, 243:2, 243:3, 246:12, 249:25
**filling** [5] - 165:18, 201:15, 206:19, 234:23, 242:23
**fine** [3] - 34:12, 218:10, 218:14
**finger** [2] - 173:16
**finish** [2] - 16:14, 121:18
**finished** [4] - 189:18, 243:4, 250:10, 251:6
**fire** [1] - 143:18
**firearm** [18] - 62:3, 139:24, 185:16, 200:6, 200:9, 200:11, 200:20, 202:16, 202:24, 203:7, 204:2, 206:3, 210:22, 211:6, 211:24, 212:15, 242:23, 243:4
**Firearm** [1] - 254:8
**firearms** [11] - 7:13, 7:24, 101:9, 182:13, 182:17, 182:19, 183:13, 184:8, 185:8, 201:17, 207:7
**fired** [12] - 203:7, 204:22, 205:2, 206:5, 207:21, 207:25, 208:12, 209:18, 210:17, 213:7, 213:10, 213:22
**firefighter** [1] - 25:6
**first** [43] - 9:8, 28:20, 37:25, 38:11, 53:22, 57:9, 62:10, 85:16, 85:18, 85:24, 86:9, 89:20, 97:13, 98:19, 101:22, 113:16,

114:23, 120:7, 122:7, 123:5, 123:7, 128:20, 129:3, 130:17, 133:5, 141:16, 145:16, 146:12, 148:22, 148:24, 155:12, 155:15, 175:23, 181:10, 182:9, 189:11, 190:5, 207:20, 208:13, 213:7, 213:10, 231:13, 237:25
**fit** [9] - 150:9, 150:13, 150:18, 150:22, 151:7, 151:21, 152:10, 152:17, 152:19
**five** [23] - 10:23, 33:23, 33:24, 34:8, 34:20, 44:18, 44:20, 46:3, 46:7, 46:22, 51:19, 69:2, 73:19, 75:10, 108:22, 122:24, 145:10, 183:21, 207:18, 208:4, 209:13, 209:15, 210:15
**Flanagan** [4] - 1:14, 12:7, 12:10, 156:15
**flip** [1] - 35:23, 219:7
**floorboard** [4] - 108:4, 108:5, 108:7, 110:23
**follow** [3] - 212:9, 214:7, 214:16
**follow-up** [3] - 212:9, 214:7, 214:16
**following** [1] - 209:10
**follows** [1] - 4:5
**foot** [3] - 147:7, 147:9, 179:4
**FOR** [2] - 253:23, 254:13
**Force** [7] - 39:16, 39:21, 40:18, 40:22, 42:8, 141:22, 142:2
**force** [10] - 3:17, 40:25, 41:4, 41:11, 41:15, 42:9, 42:12, 141:13, 141:18, 227:7
**forearm** [1] - 173:17
**fork** [2] - 26:11, 27:2
**form** [90] - 3:10, 25:16, 36:22, 38:15, 40:2, 61:24, 88:24, 89:3, 101:14, 102:20, 103:25, 132:14, 165:8, 166:3, 167:6, 168:23, 169:13,

169:20, 171:9, 171:10, 171:12, 171:16, 172:4, 172:24, 178:2, 178:3, 178:13, 178:25, 179:25, 180:4, 182:13, 182:19, 183:5, 185:17, 186:3, 186:19, 186:25, 187:2, 187:4, 187:18, 189:18, 189:20, 190:4, 191:10, 199:20, 200:17, 200:22, 201:11, 201:14, 201:21, 201:23, 201:24, 202:5, 202:7, 202:15, 202:20, 204:21, 206:4, 206:19, 206:20, 211:19, 212:5, 220:23, 221:15, 225:16, 234:20, 234:23, 236:12, 238:2, 238:5, 238:7, 238:9, 238:20, 238:24, 239:18, 239:21, 240:6, 241:16, 242:21, 243:23, 244:8, 245:6, 245:9, 245:12, 245:15, 246:10, 246:14, 248:24, 250:3
**formal** [3] - 32:22, 33:7, 33:25
**forms** [23] - 7:11, 7:14, 7:18, 7:21, 7:25, 20:25, 21:3, 92:14, 164:3, 165:18, 166:17, 166:19, 166:23, 172:18, 173:7, 180:25, 234:11, 236:9, 237:17, 237:18, 243:5, 245:4, 246:12
**forth** [1] - 255:12
**foundation** [6] - 73:23, 165:2, 165:21, 192:25, 216:15, 225:6
**founded** [4] - 28:16, 29:6, 29:10, 29:15
**four** [11] - 10:18, 10:20, 83:9, 83:11, 91:14, 93:7, 134:18, 194:21, 194:24, 206:10, 230:13
**four-hour** [1] - 10:18

**fourteen** [1] - 184:12
**fourth** [1] - 210:19
**fractures** [1] - 180:13
**fragments** [1] - 113:22
**frame** [2] - 26:15, 123:6
**free** [1] - 198:21
**frequently** [2] - 18:4, 18:9
**friendly** [1] - 48:10
**friends** [4] - 49:11, 49:12, 49:13, 49:14
**front** [8] - 70:13, 71:24, 107:22, 110:21, 110:22, 110:23, 113:4, 205:12
**full** [3] - 4:9, 30:10, 30:13
**full-time** [2] - 30:10, 30:13
**function** [5] - 136:21, 140:6, 159:12, 161:2, 183:7
**functions** [2] - 48:21, 56:20
**FURNISHED** [1] - 253:18
**FURTHER** [2] - 3:8, 3:13

## G

**gain** [4] - 83:14, 87:19, 87:24, 88:2
**gather** [2] - 183:4, 186:19
**gears** [1] - 42:14
**Geissinger** [3] - 1:9, 156:8, 157:3
**Gene** [1] - 156:8
**general** [12] - 37:5, 46:7, 53:9, 54:4, 75:13, 90:2, 94:22, 104:20, 150:4, 150:19, 192:23, 193:8
**generally** [1] - 46:21
**generic** [1] - 83:6
**gentleman** [2] - 105:7, 105:10
**geographical** [1] - 67:25
**girlfriend** [8] - 83:21, 85:7, 89:19, 91:2, 96:24, 97:11, 98:17, 126:15
**given** [10] - 39:19, 40:9, 51:25, 74:3, 124:12, 213:19,

213:20, 237:8, 252:13, 255:14
**glass** [4] - 108:14, 110:22, 113:22, 115:5
**goal** [1] - 135:12
**God** [1] - 212:25
**gong** [1] - 110:10
**good-bye** [1] - 251:7
**govern** [2] - 239:15, 241:10
**graduate** [2] - 23:5, 23:7
**GRANDINETTE** [121] - 2:11, 2:15, 4:8, 4:24, 6:5, 6:15, 6:21, 6:25, 8:14, 8:25, 12:2, 16:7, 16:14, 16:18, 33:3, 33:19, 34:2, 34:6, 34:12, 34:17, 34:21, 35:6, 35:17, 38:8, 42:6, 44:22, 47:23, 51:5, 52:7, 52:11, 58:20, 58:23, 59:12, 61:6, 61:10, 64:13, 64:18, 64:25, 69:3, 69:24, 71:18, 74:2, 74:11, 79:23, 81:9, 81:16, 82:10, 93:8, 107:10, 108:7, 109:13, 109:17, 109:23, 110:4, 110:7, 110:10, 111:14, 111:22, 112:3, 112:7, 112:11, 113:10, 113:14, 117:9, 117:15, 117:21, 117:25, 118:4, 124:17, 126:21, 127:2, 127:7, 134:3, 137:23, 140:3, 143:20, 143:24, 144:4, 156:22, 157:11, 157:15, 163:13, 167:17, 174:22, 175:3, 177:6, 177:11, 177:17, 183:14, 193:4, 193:7, 207:15, 208:17, 208:25, 219:12, 225:4, 225:8, 228:22, 229:10, 230:20, 231:3, 231:8, 233:20, 235:17, 236:16, 236:22, 237:3, 237:6, 237:12, 237:16, 239:3,

241:7, 245:22, 246:3, 246:7, 247:17, 250:11, 250:16, 250:21, 251:4, 253:5
**great** [1] - 161:13
**ground** [1] - 167:20
**group** [1] - 41:2
**guarding** [2] - 198:12, 198:17
**guess** [5] - 45:24, 46:11, 46:12
**guidance** [1] - 55:7
**guidelines** [1] - 141:23
**gun** [17] - 70:15, 108:10, 114:10, 114:17, 114:20, 114:22, 115:6, 139:19, 140:11, 140:15, 140:22, 143:18, 162:18, 204:22, 209:4, 210:12, 211:21
**gunfire** [2] - 167:22, 168:5
**guy** [5] - 67:2, 145:23, 155:25, 194:6, 204:15
**guys** [12] - 46:8, 49:10, 50:24, 52:4, 52:5, 145:9, 155:6, 161:13, 181:6, 189:4, 222:20

## H

**hair** [1] - 97:4
**half** [7] - 10:15, 10:17, 42:4, 76:3, 194:24, 222:18, 222:21
**hand** [3] - 202:8, 243:17, 255:21
**head** [5] - 84:13, 135:18, 135:21, 242:8, 245:11
**headed** [1] - 221:4
**health** [2] - 153:21, 223:8
**hear** [14] - 56:6, 161:3, 161:8, 161:11, 161:17, 194:9, 194:12, 195:8, 195:12, 195:15, 197:24, 198:4, 231:22, 233:10
**heard** [4] - 170:10, 195:5, 232:19, 233:7
**hearing** [1] - 230:9
**heavy** [1] - 84:15

**height** [1] - 84:10
**held** [4] - 16:20, 33:5, 82:13, 243:7
**help** [9] - 72:4, 72:5, 72:9, 135:17, 143:25, 144:5, 144:7, 186:18, 221:24
**helps** [1] - 42:18
**hereby** [2] - 252:8, 255:9
**HEREBY** [1] - 3:2
**herein** [1] - 3:4
**hereinbefore** [1] - 255:11
**hereunto** [1] - 255:21
**high** [5] - 23:5, 23:8, 23:9, 24:2, 97:6
**higher** [1] - 227:4
**highlighted** [9] - 163:18, 164:20, 167:18, 168:11, 170:23, 172:12, 177:20, 177:22, 179:11
**Hillside** [1] - 16:25
**himself** [2] - 129:24, 133:5
**history** [4] - 26:2, 26:5, 30:20, 36:12
**hit** [8] - 139:5, 139:11, 206:24, 216:4, 218:7, 222:22, 222:24, 224:17
**hits** [3] - 205:17, 206:10, 206:21
**holding** [2] - 53:17, 53:19
**holes** [4] - 107:24, 205:11, 205:13, 206:8
**holster** [1] - 211:16
**honest** [2] - 241:10, 242:17
**honorably** [1] - 25:2
**Horace** [10] - 1:14, 224:5, 224:19, 225:12, 225:25, 226:16, 227:15, 228:9, 229:7, 229:14
**Hospital** [13] - 63:8, 63:14, 63:18, 64:2, 66:5, 67:9, 69:10, 69:13, 70:16, 77:12, 77:18, 146:14, 171:18
**hospital** [69] - 65:16, 67:3, 69:16, 69:20, 69:23, 74:17, 76:8, 78:3, 79:10, 80:9,

85:19, 86:8, 90:14, 98:25, 99:23, 122:19, 127:13, 130:15, 136:12, 136:14, 136:16, 136:18, 145:16, 151:6, 152:15, 155:5, 156:7, 157:24, 159:14, 160:7, 160:10, 160:15, 160:18, 160:24, 161:14, 161:24, 168:15, 168:20, 169:24, 170:5, 170:22, 171:2, 173:4, 174:5, 174:9, 175:10, 177:16, 179:22, 181:7, 189:15, 189:21, 197:25, 199:13, 215:14, 216:9, 216:16, 217:5, 217:11, 221:4, 221:14, 222:2, 223:14, 223:23, 224:9, 224:20, 229:17, 229:20, 231:22, 232:19
**Hospital's** [1] - 77:3
**hospitals** [1] - 83:7
**hostile** [1] - 172:21
**hour** [4] - 10:18, 42:3, 76:3
**hours** [17] - 10:20, 10:24, 37:13, 42:23, 75:10, 76:3, 77:5, 169:15, 171:10, 171:11, 186:7, 194:15, 194:24, 196:17, 220:25, 232:20, 233:7
**housing** [7] - 27:8, 27:10, 27:14, 27:23, 28:2, 28:8, 28:12
**Hunter** [1] - 1:13
**Huntington** [17] - 63:8, 63:14, 63:17, 64:2, 65:15, 66:4, 67:9, 69:10, 69:12, 70:10, 70:16, 77:3, 77:12, 77:18, 146:14, 168:15, 171:18
**hurt** [5] - 94:3, 94:5, 231:16, 231:17
**hurts** [4] - 164:21, 177:24, 178:11, 178:18
**hypothetical** [1] - 74:6

**hypothetically** [1] - 204:18

## I

**I.D** [2] - 253:23, 254:13
**IAB** [12] - 70:2, 74:3, 110:8, 111:17, 112:24, 168:10, 197:14, 209:11, 210:8, 230:15, 231:4, 233:2
**IAU** [6] - 109:14, 109:18, 110:6, 197:18, 218:21, 254:4
**idea** [8] - 34:14, 45:15, 46:6, 46:7, 50:25, 51:12, 75:9, 123:8
**identical** [1] - 238:15
**identified** [1] - 116:15
**identify** [3] - 87:19, 87:22, 88:4
**imagine** [1] - 44:17, 240:15
**immediate** [1] - 101:2
**immediately** [4] - 69:20, 79:8, 115:17, 132:8
**impaired** [1] - 172:20
**impairment** [1] - 96:14
**imparl** [1] - 226:7
**impart** [1] - 228:12
**importance** [1] - 201:19
**important** [2] - 192:8, 201:24
**impossible** [1] - 75:19
**impression** [2] - 173:13, 180:2
**improper** [2] - 29:11, 126:25
**IN** [1] - 255:20
**inaccurate** [1] - 128:22
**incapable** [2] - 247:13, 248:6
**incident** [33] - 17:13, 17:14, 17:15, 17:19, 35:16, 49:7, 62:6, 62:15, 62:22, 62:25, 72:13, 96:19, 131:15, 141:7, 186:7, 187:3, 188:7, 189:24, 190:6, 190:19, 191:25, 200:4, 200:7, 200:14, 203:11, 208:14, 208:16,

222:12, 223:9, 223:11, 246:14, 247:9, 253:15
**incident/accident** [1] - 247:7
**include** [4] - 21:12, 109:22, 150:23, 182:16
**includes** [1] - 36:24
**including** [2] - 58:22, 143:4
**independently** [1] - 111:23
**Index** [1] - 1:6
**indicate** [6] - 152:4, 161:5, 172:4, 175:16, 214:9, 230:10
**indicated** [5] - 8:17, 132:6, 149:4, 162:17, 242:22
**indicates** [6] - 70:12, 71:7, 173:3, 179:12, 220:7, 225:12
**indicating** [3] - 166:19, 233:6, 235:7
**indication** [3] - 94:2, 94:4, 171:19
**indications** [1] - 148:11
**indicia** [4] - 96:13, 147:21, 149:25, 176:10
**individual** [1] - 196:14
**INFORMATION** [1] - 253:18
**information** [62] - 20:25, 54:19, 102:9, 102:25, 105:8, 116:16, 116:23, 120:12, 120:14, 120:16, 121:5, 121:6, 121:9, 121:14, 128:18, 132:11, 133:17, 154:11, 154:14, 154:15, 167:10, 183:4, 183:23, 184:7, 185:22, 186:19, 186:21, 187:18, 187:24, 188:3, 188:4, 188:14, 188:20, 188:23, 189:5, 189:8, 189:13, 189:17, 190:3, 190:9, 190:25, 191:8, 191:9, 200:19, 200:21, 200:23, 200:25,

202:10, 202:12, 202:19, 205:4, 210:2, 213:21, 217:17, 220:6, 220:21, 221:12, 226:3, 226:7, 226:10, 226:12, 226:13
**ingestion** [1] - 95:21
**initial** [4] - 67:18, 81:13, 228:10, 229:16
**initiated** [1] - 188:24
**injured** [11] - 93:10, 168:4, 214:22, 215:21, 215:25, 216:7, 216:13, 220:11, 224:16, 236:5, 242:25
**injures** [1] - 219:15
**injuries** [20] - 7:12, 92:2, 92:5, 166:3, 166:7, 167:6, 167:10, 173:22, 175:14, 175:15, 183:12, 215:2, 217:3, 218:8, 219:25, 234:16, 235:9, 235:24, 240:16, 242:18
**injury** [17] - 92:23, 93:16, 93:21, 164:3, 165:10, 174:14, 174:18, 175:9, 175:18, 216:23, 217:23, 217:25, 235:3, 235:5, 241:11, 241:23, 242:13
**inquire** [11] - 143:2, 144:10, 144:16, 144:22, 145:3, 145:4, 147:24, 149:20, 153:20, 159:4, 159:14
**inquiries** [1] - 187:14
**inquiring** [1] - 154:3
**inquiry** [5] - 96:17, 182:16, 185:4, 185:5, 212:22
**inside** [8] - 82:17, 105:16, 108:8, 115:9, 118:17, 126:6, 134:24, 155:23
**Inspector** [4] - 1:13, 228:9, 229:7, 229:14
**inspector** [7] - 11:9, 12:7, 12:10, 14:16, 156:15, 224:5,

226:16
**instance** [2] - 57:9, 236:3
**instruction** [2] - 37:5, 46:10
**insurance** [3] - 235:21, 246:11, 248:8
**intent** [4] - 144:21, 144:25, 145:3, 145:7
**intention** [2] - 127:14, 143:8
**intentionally** [7] - 142:9, 142:18, 142:24, 142:25, 144:10, 145:4, 209:25
**interactions** [1] - 152:18
**interested** [1] - 255:18
**interjecting** [2] - 64:16, 65:4
**Internal** [1] - 21:15
**internal** [2] - 21:12, 197:7
**interpretation** [1] - 169:6
**interpreting** [2] - 70:20, 169:4
**interrupting** [1] - 157:10
**interview** [6] - 21:19, 197:13, 197:19, 230:14, 231:5, 233:3
**interviewed** [4] - 21:7, 21:14, 133:11, 197:7
**intoxicated** [3] - 150:24, 170:12, 176:23
**intoxication** [4] - 96:14, 147:22, 150:2, 176:10
**introduce** [1] - 129:24
**introduced** [3] - 129:22, 131:11, 133:4
**inventing** [1] - 213:24
**invents** [1] - 218:23
**investigating** [2] - 60:3, 153:18
**investigation** [10] - 41:3, 41:6, 41:8, 90:7, 90:15, 133:8, 158:22, 210:10, 218:22, 223:16
**investigative** [3] - 142:14, 142:17, 212:23
**involve** [1] - 70:13
**involved** [8] - 56:13,

58:8, 62:11, 101:3, 150:7, 200:8, 222:21, 234:10
**involvement** [7] - 7:22, 11:12, 20:6, 22:5, 22:11, 22:16, 72:12
**involving** [3] - 56:24, 62:7, 150:7
**irrespective** [1] - 186:2
**IS** [3] - 3:2, 3:8, 3:13
**issue** [3] - 21:4, 169:22, 170:3
**issued** [4] - 81:2, 81:4, 81:6, 253:14
**issues** [1] - 233:16
**IT** [4] - 3:2, 3:8, 3:13, 242:21
**itself** [4] - 165:9, 171:16, 188:7, 221:17

**J**

**Jack** [1] - 1:10
**jamb** [1] - 113:23
**January** [3] - 33:6, 33:12, 35:8
**Jesus** [1] - 1:11
**Jillian** [1] - 152:22
**job** [6] - 136:21, 140:6, 144:14, 144:15, 159:10, 159:12
**John** [4] - 1:12, 1:13, 1:14, 1:15
**joining** [2] - 27:12, 27:17
**Jullian** [1] - 152:23
**July** [8] - 27:7, 43:7, 43:16, 44:11, 44:22, 45:2, 49:3, 58:13
**June** [8] - 30:21, 31:5, 31:14, 31:17, 31:20, 31:23, 32:10, 43:6

**K**

**kept** [2] - 231:18, 232:9
**kind** [3] - 22:21, 48:14, 63:15
**knowing** [1] - 202:13
**knowledge** [25] - 21:19, 21:20, 49:8, 62:2, 89:4, 146:13, 162:13, 162:19, 165:8, 171:12, 171:15, 178:3, 180:24, 197:18,

200:13, 202:7, 207:20, 208:20, 210:8, 210:9, 217:16, 218:21, 234:19, 247:6
**knows** [2] - 133:10, 192:25
**Kraszewski** [2] - 159:24, 161:4

**L**

**laceration** [2] - 173:17
**lacerations** [4] - 216:10, 216:22, 218:10
**Lamb** [1] - 1:10
**large** [1] - 16:2
**last** [5] - 10:5, 10:6, 37:3, 76:21, 179:17
**lasted** [4] - 126:15, 126:18, 134:17, 134:20
**late** [1] - 42:4
**LAW** [1] - 2:11
**law** [5] - 60:2, 64:21, 65:8, 104:14, 247:10
**lawful** [1] - 204:9
**lawyer** [14] - 182:2, 184:7, 184:21, 185:9, 185:25, 215:10, 217:25, 231:14, 231:15, 232:24, 232:25, 233:8
**lawyer's** [1] - 182:3
**laying** [1] - 147:19
**lead** [1] - 94:9
**learn** [5] - 83:23, 84:2, 97:10, 145:20, 195:21
**learned** [1] - 165:13
**least** [10] - 37:25, 38:11, 86:20, 145:17, 154:6, 171:9, 187:22, 204:20, 205:10, 206:8
**leave** [24] - 23:20, 98:24, 99:23, 239:8, 239:11, 239:15, 240:9, 240:12, 240:14, 240:17, 240:21, 241:11, 243:15, 243:20, 243:21, 243:22, 244:5, 246:13, 247:25, 248:15, 249:10, 249:11, 249:16

**leaving** [5] - 27:25, 69:15, 98:15, 99:11, 229:6
**led** [4] - 94:18, 94:20, 211:9, 216:12
**left** [28] - 23:21, 24:7, 25:25, 26:4, 67:11, 67:12, 67:19, 69:20, 69:21, 77:17, 85:4, 99:10, 153:5, 160:9, 160:12, 171:23, 173:12, 173:17, 174:9, 175:9, 177:24, 178:11, 178:18, 180:2, 180:3, 204:25, 221:25, 243:17
**left-hand** [1] - 243:17
**leg** [4] - 177:24, 178:11, 178:18, 180:3
**legal** [2] - 28:11, 186:4
**lengthy** [1] - 130:18
**Leser** [1] - 1:9
**less** [6] - 90:9, 98:10, 122:2, 134:8, 153:2, 154:22
**letter** [2] - 21:4, 21:5
**Lewis** [12] - 195:16, 195:18, 196:11, 196:13, 197:16, 229:23, 230:4, 231:5, 232:12, 232:17, 233:4, 233:5
**LEWIS** [1] - 231:12
**liberal** [1] - 23:24
**lie** [4] - 240:15, 240:20, 241:22, 242:12
**life** [2] - 93:12, 93:17
**lift** [2] - 26:11, 27:2
**limited** [10] - 191:24, 200:13, 200:18, 200:21, 200:22, 202:10, 202:12, 215:8, 226:13, 229:5
**line** [15] - 12:20, 14:9, 28:24, 165:3, 190:18, 202:22, 203:2, 203:19, 204:3, 204:11, 204:17, 212:11, 212:12, 212:13, 214:21
**lines** [1] - 188:7
**list** [3] - 76:17, 166:6, 173:14
**listed** [3] - 37:2, 92:5, 167:10
**listen** [1] - 188:21

**listing** [3] - 156:13, 156:20, 166:3
**live** [3] - 64:2, 64:3, 65:16
**locate** [5] - 82:20, 82:21, 135:23, 137:20, 137:25
**located** [4] - 82:23, 82:24, 82:25, 138:5
**location** [9] - 70:10, 100:20, 100:21, 125:17, 188:6, 189:9, 189:25, 190:7, 196:23
**log** [14] - 76:23, 76:25, 77:2, 88:15, 88:18, 156:5, 156:6, 156:25, 157:2, 224:24, 225:3, 225:4, 225:10, 254:3
**look** [49] - 35:21, 37:3, 42:18, 70:7, 70:25, 71:24, 76:16, 92:8, 92:10, 97:3, 99:3, 99:6, 101:24, 107:2, 107:5, 112:21, 113:17, 114:5, 120:5, 125:7, 125:18, 127:14, 136:17, 156:4, 163:16, 164:19, 167:13, 168:8, 168:11, 170:22, 173:12, 173:25, 177:19, 179:10, 179:18, 185:17, 194:6, 198:7, 205:14, 224:23, 225:10, 236:9, 237:9, 237:17, 238:14, 238:23, 245:9, 245:18, 247:2
**looked** [20] - 36:6, 75:6, 92:13, 92:14, 92:15, 107:13, 107:16, 107:19, 114:24, 115:5, 115:17, 119:6, 123:13, 125:5, 129:14, 175:24, 180:17, 205:7, 219:21
**looking** [14] - 36:19, 52:3, 55:7, 109:4, 109:7, 110:12, 115:16, 156:5, 156:25, 164:18, 183:24, 183:25, 237:25, 249:23
**looks** [7] - 89:2,

168:25, 169:15, 173:16, 221:5, 245:16, 246:8
**lose** [1] - 130:9
**lost** [3] - 130:8, 130:10, 156:2
**loud** [1] - 232:18
**lower** [2] - 178:21, 210:21
**lying** [2] - 91:4, 148:7

## M

**magistrate** [1] - 117:16
**mail** [3] - 15:8, 20:14, 20:17
**mails** [1] - 20:11
**maintained** [2] - 99:21, 225:11
**male** [5] - 120:21, 120:23, 136:18, 138:6, 138:13
**man** [9] - 20:5, 48:18, 120:20, 133:20, 146:18, 192:13, 193:2, 200:19, 213:2
**mandatory** [1] - 246:16
**manned** [1] - 51:17
**manner** [4] - 94:17, 95:17, 95:18, 214:23
**manual** [6] - 40:3, 40:4, 40:5, 40:9, 40:12, 253:25
**March** [5] - 1:20, 37:12, 37:18, 252:11, 255:22
**Marinaci** [3] - 1:13, 4:11, 39:11
**MARINACI** [6] - 2:4, 4:2, 252:8, 252:18, 253:5, 255:10
**Marine** [2] - 24:19, 24:23
**marital** [1] - 22:22
**mark** [8] - 8:15, 34:21, 109:18, 109:21, 111:21, 111:23, 113:10, 236:17
**marked** [40] - 5:2, 8:16, 35:18, 35:19, 35:21, 36:7, 69:25, 70:3, 70:4, 76:11, 76:12, 76:14, 76:16, 77:23, 77:25, 109:11, 109:15, 111:2, 111:6, 111:8, 111:18, 112:6, 112:10, 112:16,

112:17, 113:8, 113:13, 113:15, 163:11, 172:11, 177:7, 177:8, 183:15, 183:16, 196:9, 198:7, 209:3, 219:5, 219:10, 236:19
**marriage** [1] - 255:17
**married** [1] - 22:23
**Massapequa** [1] - 23:15
**material** [1] - 237:22
**materials** [2] - 7:15, 39:20
**matter** [4] - 33:15, 84:24, 242:3, 255:19
**matters** [2] - 6:13, 29:4
**MD** [3] - 168:24, 168:25, 169:17
**ME** [1] - 112:25
**mean** [42] - 11:23, 15:6, 16:5, 18:19, 41:5, 49:20, 54:2, 58:18, 61:8, 65:18, 65:22, 66:3, 66:20, 77:16, 100:25, 102:18, 104:3, 107:16, 108:22, 121:20, 121:23, 133:22, 134:2, 134:7, 140:4, 140:8, 141:2, 141:11, 142:23, 147:6, 150:14, 150:16, 174:25, 195:24, 196:2, 201:4, 234:14, 240:19, 240:25, 241:9, 249:18, 250:17
**Meaney** [1] - 1:11
**means** [9] - 44:25, 131:5, 142:25, 150:21, 159:17, 211:4, 211:6, 220:10, 220:11
**meant** [1] - 205:20
**medical** [41] - 25:8, 138:8, 158:4, 158:7, 159:4, 159:15, 160:19, 160:20, 162:8, 162:14, 162:16, 162:20, 163:10, 163:14, 163:16, 163:21, 164:9, 164:16, 164:24, 166:12, 166:20, 167:16, 168:18, 171:17,

174:20, 174:24, 175:2, 175:12, 177:10, 177:14, 177:16, 178:6, 179:10, 180:6, 180:12, 180:18, 181:3, 215:10, 215:19, 219:21
**Medical** [1] - 254:7
**medically** [1] - 141:15
**meet** [2] - 8:20, 148:19
**meeting** [4] - 9:22, 10:3, 98:20, 229:17
**member** [27] - 21:22, 22:13, 22:18, 39:16, 40:21, 41:10, 41:22, 42:8, 42:11, 87:23, 88:4, 109:5, 115:11, 162:23, 171:19, 186:17, 187:19, 187:22, 188:12, 190:21, 227:6, 238:24, 239:25, 244:11, 244:15, 244:19, 246:19
**member's** [1] - 244:7
**members** [2] - 188:15, 197:13
**memo** [7] - 8:5, 8:7, 68:18, 69:8, 99:3, 99:7, 189:15
**Memo** [1] - 253:24
**memory** [3] - 92:9, 205:15, 231:7
**men** [10] - 18:9, 44:10, 47:3, 47:14, 47:16, 50:25, 53:6, 53:14, 125:17, 146:14
**men's** [1] - 68:25
**mental** [1] - 158:5
**mentioned** [4] - 59:14, 116:3, 180:11, 202:23
**meo** [1] - 73:13
**met** [7] - 9:3, 10:7, 97:7, 104:14, 116:18, 116:22, 138:12
**Michael** [1] - 169:16
**MICHAEL** [1] - 2:21
**middle** [2] - 47:8, 238:23
**might** [4] - 15:5, 59:15, 175:24, 224:24
**Mike** [7] - 34:14, 111:22, 117:17, 117:25, 124:19, 143:20, 245:23
**military** [4] - 24:5,

24:10, 24:14, 24:21
**milk** [2] - 58:25, 59:3
**Miller** [5] - 100:11, 182:5, 182:7, 182:24, 222:5
**mind** [4] - 83:7, 178:8, 188:4, 213:22
**mindful** [1] - 65:7
**mine** [2] - 110:9, 153:10
**Mineola** [5] - 1:19, 1:24, 2:14, 2:20, 66:19
**minor** [1] - 216:22
**minute** [18] - 10:10, 90:22, 96:21, 96:23, 98:10, 122:2, 122:24, 123:5, 123:10, 123:24, 126:15, 126:18, 147:3, 147:8, 153:2, 175:23, 222:6, 223:17
**minutes** [26] - 10:23, 34:13, 69:2, 73:8, 73:19, 73:20, 75:11, 108:21, 108:23, 109:2, 119:4, 122:24, 123:14, 134:8, 134:18, 135:7, 183:21, 223:2, 224:11, 225:19, 226:2, 227:12
**mischaracterization** [1] - 203:4
**mischaracterized** [1] - 51:4
**mischaracterizing** [1] - 176:3
**misinformation** [2] - 207:24, 208:6
**misrepresented** [3] - 209:18, 209:23, 210:17
**miss** [4] - 234:9, 236:6, 236:8, 236:11
**misses** [1] - 247:17
**misstating** [1] - 176:4
**mistake** [1] - 32:3
**Mloroughan's** [1] - 199:2
**moaning** [1] - 93:25
**Moffett** [2] - 1:23, 2:5
**MOFFETT** [2] - 255:7, 255:24
**MONADNOCK** [1] - 37:14
**money** [2] - 247:15, 247:21

**monitor** [2] - 50:20, 54:3
**month** [4] - 10:5, 10:6, 12:15, 45:21
**months** [5] - 26:14, 27:4, 27:21, 27:24, 29:24
**morning** [13] - 4:15, 10:19, 42:21, 68:19, 73:7, 92:11, 157:12, 174:2, 174:8, 175:10, 181:16, 235:12, 235:13
**Moroughan** [16] - 191:4, 191:23, 191:25, 193:3, 193:9, 195:5, 196:25, 197:14, 197:21, 199:6, 199:8, 199:23, 200:2, 205:21, 230:10, 232:11
**MOROUGHAN** [1] - 1:5
**Moroughan's** [1] - 198:13
**most** [3] - 83:6, 196:20, 232:4
**mostly** [2] - 23:24, 43:20
**MOTIONS** [1] - 253:10
**moved** [2] - 192:21, 212:19
**moving** [1] - 172:11
**MR** [454] - 4:8, 4:18, 4:24, 5:16, 5:19, 5:25, 6:5, 6:11, 6:15, 6:18, 6:21, 6:22, 6:25, 8:9, 8:12, 8:14, 8:22, 8:25, 10:9, 10:25, 11:23, 12:2, 12:3, 12:19, 13:22, 14:8, 14:23, 15:14, 15:25, 16:4, 16:7, 16:8, 16:12, 16:14, 16:16, 16:18, 17:10, 18:5, 18:10, 18:18, 19:22, 20:7, 22:25, 24:3, 24:12, 25:15, 28:23, 29:8, 32:12, 33:3, 33:9, 33:17, 33:19, 33:20, 33:22, 34:2, 34:4, 34:6, 34:11, 34:12, 34:15, 34:17, 34:19, 34:21, 35:2, 35:5, 35:6, 35:17, 36:16, 36:21, 38:5, 38:8, 38:14, 39:12, 41:17, 41:23, 42:6, 43:12, 44:20,

44:22, 44:24, 45:22, 46:10, 47:16, 47:21, 47:23, 48:15, 49:24, 51:3, 51:5, 51:6, 51:9, 52:5, 52:7, 52:8, 52:11, 53:10, 55:9, 55:23, 57:6, 57:10, 58:16, 58:20, 58:21, 58:23, 59:2, 59:12, 61:4, 61:6, 61:8, 61:10, 61:23, 64:3, 64:6, 64:11, 64:13, 64:16, 64:18, 64:20, 64:25, 65:3, 68:12, 68:24, 69:3, 69:24, 70:5, 70:19, 71:4, 71:11, 71:16, 71:18, 72:2, 72:7, 72:14, 72:20, 73:3, 73:10, 73:22, 74:2, 74:7, 74:11, 74:13, 74:19, 75:16, 76:24, 77:6, 79:20, 79:23, 80:20, 81:9, 81:16, 81:21, 82:10, 83:24, 86:18, 86:25, 89:13, 92:12, 93:5, 93:8, 95:24, 102:18, 103:16, 103:24, 106:13, 106:15, 107:8, 107:10, 108:5, 108:7, 109:11, 109:13, 109:15, 109:17, 109:20, 109:23, 110:2, 110:4, 110:5, 110:7, 110:9, 110:10, 110:25, 111:14, 111:19, 111:22, 111:24, 112:3, 112:5, 112:7, 112:9, 112:11, 112:15, 112:23, 113:3, 113:6, 113:10, 113:12, 113:14, 116:4, 117:9, 117:13, 117:15, 117:18, 117:21, 117:23, 117:25, 118:3, 118:4, 118:5, 118:22, 119:18, 121:15, 121:21, 121:24, 124:9, 124:15, 124:17, 124:20, 124:25, 126:2, 126:17, 126:21, 126:24, 127:2, 127:5, 127:7, 127:9, 128:5, 128:23, 132:13,

133:23, 134:3, 134:5, 135:5, 137:21, 137:23, 138:9, 139:6, 139:12, 139:25, 140:3, 140:8, 142:13, 142:21, 143:5, 143:15, 143:20, 143:22, 143:24, 144:2, 144:4, 144:6, 144:18, 145:6, 145:25, 146:4, 150:11, 151:16, 151:23, 152:12, 155:15, 156:11, 156:22, 156:24, 157:8, 157:11, 157:13, 157:15, 159:21, 160:21, 162:5, 162:12, 163:12, 163:13, 163:19, 164:5, 164:11, 164:22, 165:14, 165:20, 167:2, 167:7, 167:11, 167:15, 167:17, 167:19, 168:14, 169:3, 169:19, 169:25, 170:6, 170:13, 170:19, 170:25, 171:22, 172:7, 172:17, 172:22, 173:6, 173:10, 173:19, 173:24, 174:7, 174:15, 174:19, 174:22, 174:25, 175:3, 175:5, 175:11, 175:20, 176:2, 176:12, 176:21, 177:4, 177:6, 177:9, 177:11, 177:12, 177:17, 177:21, 178:7, 178:12, 178:19, 178:24, 179:6, 179:15, 179:21, 179:24, 180:8, 180:15, 181:15, 182:3, 182:7, 183:14, 183:20, 184:12, 185:12, 185:20, 187:2, 192:24, 193:4, 193:5, 193:7, 194:20, 195:24, 197:2, 197:17, 198:2, 199:3, 200:12, 201:2, 201:7, 201:12,

202:3, 202:18, 203:3, 207:13, 207:15, 208:15, 208:17, 208:18, 208:22, 208:25, 209:20, 210:4, 210:13, 210:19, 211:2, 213:5, 213:23, 215:22, 216:14, 216:24, 217:6, 217:13, 217:15, 217:21, 218:12, 218:23, 219:9, 219:12, 219:17, 219:23, 221:9, 225:2, 225:4, 225:5, 225:8, 225:13, 225:15, 225:17, 225:21, 228:20, 228:22, 228:23, 229:10, 229:24, 230:12, 230:17, 230:20, 230:21, 230:25, 231:3, 231:6, 231:8, 231:24, 233:18, 233:20, 233:22, 235:14, 235:17, 235:25, 236:16, 236:21, 236:22, 236:24, 237:3, 237:4, 237:6, 237:10, 237:12, 237:14, 237:16, 239:2, 239:3, 239:5, 240:22, 241:7, 241:12, 241:19, 242:14, 242:19, 243:16, 245:19, 245:22, 245:25, 246:3, 246:5, 246:7, 247:16, 247:17, 247:19, 250:7, 250:9, 250:11, 250:14, 250:16, 250:18, 250:21, 251:2, 251:4, 251:6
**multiple** [1] - 231:25

**N**

**name** [26] - 4:9, 17:3, 76:18, 76:21, 83:23, 84:3, 88:11, 88:25, 96:25, 102:10, 115:24, 116:19, 120:18, 129:25, 130:2, 148:17, 156:16, 156:24, 157:7, 182:3, 190:10, 191:18,

191:20, 196:12, 199:24

**named** [3] - 11:17, 35:13, 116:2

**names** [2] - 76:17, 157:2

**narcotics** [3] - 31:15, 31:24, 32:17

**NASSAU** [3] - 2:17, 252:5, 255:5

**Nassau** [34] - 1:12, 1:15, 4:13, 11:8, 18:15, 20:15, 21:13, 25:19, 28:3, 29:17, 29:20, 30:7, 30:12, 30:16, 35:25, 36:9, 36:12, 38:3, 38:21, 39:4, 70:2, 70:13, 85:16, 85:18, 111:15, 112:25, 139:22, 146:13, 150:5, 195:22, 197:8, 197:14, 209:11

**nature** [7] - 56:6, 58:5, 167:5, 217:25, 240:16, 241:23, 242:17

**near** [3] - 106:8, 138:6, 138:13

**necessarily** [1] - 236:2

**necessary** [1] - 246:10

**neck** [2] - 147:20, 148:8

**need** [17] - 62:4, 68:25, 81:16, 143:24, 144:4, 144:7, 164:10, 174:11, 180:9, 183:24, 185:7, 185:17, 189:4, 235:18, 237:7, 237:9, 249:12

**needed** [6] - 63:22, 101:8, 149:10, 182:20, 184:8, 229:4

**needs** [3] - 160:20, 235:15, 244:15

**never** [23] - 14:18, 20:3, 102:3, 102:5, 102:8, 102:12, 145:23, 146:8, 163:6, 165:21, 166:11, 168:3, 170:9, 170:10, 181:8, 192:16, 195:5, 217:24, 218:13, 222:11,

223:7, 223:10, 228:16

**New** [14] - 1:19, 1:24, 2:6, 2:14, 2:20, 27:8, 27:9, 27:18, 27:23, 28:8, 28:12, 64:22, 252:23, 255:8

**NEW** [3] - 1:2, 252:4, 255:3

**next** [34] - 7:17, 27:6, 37:12, 58:3, 82:8, 82:15, 82:19, 90:4, 96:22, 101:20, 106:2, 106:3, 117:5, 118:25, 122:3, 125:4, 139:17, 139:18, 140:15, 140:17, 148:14, 149:17, 155:9, 168:8, 172:11, 173:2, 190:14, 190:18, 204:24, 210:21, 212:19, 214:9, 214:21, 227:14

**nice** [1] - 104:21

**Nicholas** [1] - 1:9

**Nieves** [1] - 1:11

**night** [46] - 20:6, 42:20, 67:10, 84:22, 98:21, 110:17, 114:3, 114:22, 115:16, 130:4, 149:11, 151:4, 152:2, 152:16, 160:8, 165:7, 165:13, 169:24, 170:5, 177:3, 180:13, 182:11, 182:25, 183:19, 186:24, 193:16, 193:20, 196:15, 197:16, 198:9, 198:20, 205:8, 207:12, 207:25, 209:12, 209:19, 218:15, 218:20, 220:2, 222:8, 222:12, 223:14, 224:7, 226:25, 228:3, 248:22

**nine** [3] - 26:14, 27:24, 35:23

**None** [4] - 253:9, 253:10, 253:19, 254:14

**Noon** [1] - 4:22

**north** [1] - 23:15

**Notary** [4] - 2:6, 4:4, 252:23, 255:7

**note** [78] - 5:16, 5:25, 8:22, 12:3, 12:19, 14:8, 15:14, 15:25, 18:5, 18:18, 24:3, 25:15, 28:23, 29:8, 29:10, 33:9, 33:20, 36:21, 38:14, 39:12, 48:15, 55:9, 55:23, 61:23, 70:19, 71:4, 71:13, 72:2, 72:7, 72:14, 72:20, 73:3, 74:19, 76:25, 77:6, 92:12, 95:24, 103:16, 103:18, 103:24, 106:13, 110:25, 116:4, 121:15, 143:5, 143:15, 143:21, 144:18, 150:11, 151:17, 156:11, 162:12, 163:19, 164:22, 165:20, 167:2, 167:7, 169:3, 169:25, 172:14, 174:19, 178:24, 180:8, 180:15, 185:13, 189:16, 197:17, 200:12, 202:3, 213:25, 215:22, 216:14, 216:24, 218:12, 218:24, 221:9, 241:12, 241:19

**noted** [3] - 177:17, 241:8, 251:8

**nothing** [10] - 75:6, 78:11, 83:7, 97:21, 143:19, 148:12, 152:4, 164:24, 168:16, 176:18

**notice** [5] - 61:20, 72:19, 73:8, 73:21, 75:15

**noticed** [1] - 194:3

**notified** [3] - 73:13, 169:16, 169:17

**notify** [2] - 99:10, 99:13

**notwithstanding** [2] - 75:24, 178:16

**NS** [2] - 168:25, 169:16

**number** [23] - 16:2, 46:18, 70:2, 70:9, 80:18, 81:17, 88:12, 102:11, 109:25, 120:18, 120:19, 168:10, 205:2, 205:13, 205:17, 206:21, 206:23,

207:24, 209:18, 210:17, 213:22, 244:10

**Number** [1] - 225:9

**numbers** [3] - 48:9, 109:22, 209:6

**nurse** [8] - 83:20, 83:22, 84:21, 85:6, 89:17, 135:16, 168:25, 181:7

**nurse's** [3] - 83:23, 84:2, 84:6

**nurses** [3] - 141:3, 160:17, 232:4

**nursing** [3] - 136:19, 161:18, 233:7

**nursing-type** [1] - 136:19

## O

**o'clock** [2] - 99:9, 181:18

**Oakwood** [1] - 70:11

**oath** [2] - 3:17, 252:10

**object** [6] - 112:2, 112:3, 127:2, 127:3, 156:18, 168:19

**objected** [1] - 16:8

**objecting** [1] - 57:16

**objection** [161] - 5:16, 5:18, 5:25, 6:24, 8:22, 12:3, 12:19, 14:8, 15:14, 15:25, 16:4, 18:5, 18:10, 18:18, 18:20, 24:3, 25:15, 28:23, 29:8, 29:10, 33:9, 33:20, 35:2, 35:3, 36:16, 36:21, 38:14, 39:12, 44:25, 48:15, 51:3, 55:9, 55:23, 61:23, 70:19, 70:23, 70:24, 71:4, 71:11, 71:13, 72:2, 72:8, 72:14, 72:20, 73:3, 73:10, 73:22, 74:19, 75:16, 76:25, 77:6, 92:12, 95:24, 102:20, 103:16, 103:19, 103:24, 106:13, 110:25, 112:5, 112:9, 112:15, 112:23, 113:3, 113:6, 116:4, 121:15, 124:9, 128:23, 132:13, 142:13, 142:21, 143:5, 143:15, 143:21, 144:7,

144:18, 145:6, 150:11, 151:17, 156:11, 162:12, 163:19, 164:5, 164:22, 165:3, 165:14, 165:20, 167:2, 167:7, 167:19, 169:3, 169:6, 169:19, 169:25, 170:6, 170:13, 170:25, 171:2, 171:22, 172:17, 172:22, 173:6, 173:10, 173:19, 173:24, 174:19, 174:21, 175:11, 175:20, 176:22, 177:4, 177:13, 178:12, 178:19, 178:24, 179:15, 179:21, 179:24, 180:8, 180:15, 185:12, 185:13, 192:24, 197:2, 197:17, 199:3, 200:12, 201:2, 201:7, 201:12, 202:3, 202:18, 203:5, 208:18, 213:5, 213:25, 215:22, 216:14, 216:20, 216:24, 217:6, 217:13, 217:15, 217:21, 218:12, 218:24, 219:9, 219:17, 219:23, 221:9, 225:13, 225:15, 225:21, 235:25, 241:7, 241:12, 241:19, 242:19, 247:16, 247:19

**Objection** [1] - 172:7

**objections** [1] - 3:9

**objective** [4] - 135:9, 143:2, 143:12, 178:22

**observation** [3] - 91:19, 94:21, 180:6

**observations** [13] - 91:15, 91:17, 109:3, 151:3, 151:13, 151:19, 152:14, 165:6, 165:12, 175:18, 198:20, 216:11, 223:22

**observe** [37] - 78:5, 78:7, 78:22, 78:25, 91:22, 91:25, 92:4,

93:19, 94:7, 94:9, 95:13, 95:17, 95:20, 96:13, 107:23, 108:2, 108:10, 108:13, 108:18, 136:24, 147:10, 147:14, 147:21, 148:6, 149:23, 158:23, 165:9, 170:16, 175:17, 176:10, 176:25, 193:23, 196:19, 196:25, 199:14, 227:14, 243:11

**observed** [14] - 78:9, 91:4, 110:16, 113:25, 114:3, 114:14, 119:3, 148:12, 151:6, 176:19, 194:2, 203:13, 205:10, 218:15

**obstructed** [2] - 124:18, 124:21

**obvious** [1] - 92:20

**obviously** [1] - 69:14

**occasion** [4] - 47:15, 145:16, 149:23, 243:11

**occasionally** [2] - 12:24, 43:21

**occurred** [2] - 62:16, 75:3

**occurrence** [3] - 188:6, 245:20, 246:6

**October** [1] - 31:11

**odor** [9] - 95:13, 147:10, 149:24, 162:8, 170:17, 171:21, 172:5, 179:5, 179:8

**OF** [9] - 1:2, 1:3, 2:11, 2:17, 252:4, 252:5, 255:3, 255:5

**off-duty** [15] - 62:3, 95:2, 95:6, 139:22, 139:24, 140:7, 140:12, 150:8, 190:15, 202:24, 203:7, 203:10, 203:12, 203:24, 209:14

**offhand** [1] - 190:13

**OFFICE** [2] - 2:11, 2:17

**office** [2] - 22:2, 250:21

**Office** [1] - 22:19

**officer** [43] - 3:16, 11:8, 11:14, 28:9,

29:19, 30:23, 43:21, 58:19, 59:10, 61:9, 66:7, 70:7, 85:12, 85:19, 86:11, 89:6, 89:8, 102:24, 105:12, 115:22, 116:2, 116:10, 116:22, 118:13, 119:8, 120:21, 120:24, 123:7, 123:20, 123:21, 128:21, 129:5, 141:12, 150:7, 157:23, 191:2, 198:16, 203:25, 204:5, 209:2, 227:10, 248:5

**Officer** [98] - 1:14, 18:11, 18:12, 19:3, 48:7, 53:21, 53:23, 54:9, 54:24, 56:18, 57:25, 58:2, 58:9, 58:10, 61:21, 62:3, 62:14, 63:7, 65:6, 74:16, 82:20, 82:21, 83:21, 85:16, 87:4, 87:20, 93:19, 94:25, 96:18, 100:8, 101:4, 101:24, 102:9, 103:10, 105:15, 116:5, 116:19, 117:7, 117:8, 118:8, 118:10, 118:16, 119:13, 119:14, 119:15, 123:3, 123:5, 125:5, 125:14, 125:21, 125:23, 127:17, 128:18, 135:3, 135:9, 137:2, 139:23, 145:17, 146:13, 150:9, 153:13, 153:18, 154:25, 158:23, 161:19, 161:22, 162:9, 162:16, 165:9, 165:23, 168:16, 173:22, 176:19, 177:18, 178:6, 179:3, 179:19, 184:20, 187:8, 190:10, 191:7, 199:9, 203:22, 205:2, 207:6, 209:17, 214:21, 216:15, 219:2, 224:17, 225:11, 226:25, 227:2, 230:15, 236:5, 236:8, 248:5, 248:18

**Officer's** [2] - 214:25, 217:23

**officer/patrolman** [1] - 116:11

**officers** [31] - 12:7, 19:10, 19:14, 41:2, 43:25, 44:3, 44:4, 46:5, 49:22, 50:6, 50:23, 52:12, 52:17, 52:20, 53:2, 53:25, 59:7, 64:23, 103:12, 103:21, 104:19, 104:22, 104:24, 131:24, 133:14, 145:21, 154:23, 224:15, 224:16, 231:11, 234:16

**Officers** [3] - 1:11, 1:15, 208:10

**officers's** [1] - 7:12

**official** [5] - 7:20, 28:7, 58:24, 86:3, 244:12

**often** [6] - 16:10, 44:18, 44:25, 45:7, 45:11, 45:13

**Old** [3] - 1:23, 2:13, 26:24

**on-duty** [1] - 203:15

**once** [6] - 9:7, 12:15, 19:21, 19:25, 60:7

**One** [2] - 1:19, 2:19

**one** [48] - 8:12, 8:13, 9:10, 9:12, 20:3, 20:24, 32:3, 37:3, 49:18, 52:24, 57:16, 58:15, 59:2, 62:8, 80:23, 96:21, 96:23, 104:4, 104:24, 123:3, 130:15, 133:14, 135:20, 137:14, 143:18, 145:20, 146:6, 156:7, 161:3, 181:6, 181:13, 181:19, 181:22, 187:22, 198:6, 198:25, 206:7, 211:13, 211:25, 212:17, 214:2, 214:15, 214:18, 214:20, 216:18, 217:11, 223:16, 240:14

**one-page** [1] - 8:12

**ones** [2] - 138:4, 237:25

**oOo** [1] - 3:21

**open** [10] - 83:13, 83:16, 104:9, 113:21, 115:8,

137:13, 137:16, 184:17, 184:18, 185:21

**operations** [1] - 31:21

**operator** [2] - 26:11, 27:2

**opinion** [5] - 152:7, 152:10, 242:25, 243:6, 244:23

**opponent** [2] - 213:6, 213:10

**opportunity** [4] - 5:6, 5:22, 6:8, 71:25

**opposed** [4] - 41:11, 65:14, 186:10, 245:15

**oral** [1] - 50:9

**orally** [1] - 15:7

**Order** [1] - 2:5

**order** [3] - 247:14, 247:24, 248:17

**orders** [3] - 154:21, 226:8, 226:10

**ordinary** [1] - 78:12

**originally** [3] - 141:16, 142:4, 184:15

**Oswego** [3] - 23:18, 24:7, 24:20, 25:25, 26:4

**otherwise** [1] - 163:23

**ourselves** [2] - 129:22, 131:11

**outcome** [1] - 255:18

**outlying** [1] - 67:23

**outside** [13] - 79:8, 85:10, 87:16, 94:2, 104:18, 128:12, 129:11, 134:11, 134:14, 155:18, 155:20, 155:24, 158:24

**overall** [1] - 56:20

**oversee** [2] - 52:25, 164:15

**oversight** [3] - 53:5, 56:13, 175:4

**own** [5] - 58:7, 59:24, 169:6, 174:5, 215:7

**P**

**p.m** [3] - 1:21, 50:12, 251:8

**package** [7] - 7:12, 8:2, 20:25, 237:22, 245:13, 246:18, 248:11

**packages** [2] - 246:15, 248:9

**pad** [1] - 189:16

**PAGE** [2] - 253:4, 253:14

**page** [22] - 5:3, 8:12, 8:13, 109:22, 110:6, 168:10, 172:11, 173:2, 177:19, 179:11, 179:17, 230:23, 233:21, 236:17, 237:2, 238:4, 238:14, 238:18, 241:17, 244:6, 245:15, 247:2

**pages** [3] - 35:23, 236:25, 237:5

**Pages** [2] - 253:8, 254:10

**paid** [3] - 247:25, 248:15, 249:18

**pain** [4] - 93:15, 148:11, 175:25, 232:8

**Papa** [36] - 62:18, 62:19, 63:5, 63:10, 63:14, 63:16, 65:14, 65:24, 66:6, 67:4, 67:7, 68:4, 68:16, 69:9, 73:2, 75:10, 75:15, 80:11, 80:14, 81:12, 86:14, 86:20, 142:5, 153:6, 153:8, 153:12, 154:6, 154:14, 155:10, 157:18, 163:2, 163:4, 183:4, 223:23, 226:23, 227:7

**paper** [1] - 111:12

**paperwork** [16] - 52:25, 54:14, 61:3, 61:11, 76:5, 92:6, 92:8, 174:2, 180:10, 183:12, 189:14, 233:25, 235:10, 237:19, 249:6, 249:12

**parameters** [2] - 185:5, 192:25

**park** [2] - 78:2, 79:13

**Park** [1] - 17:2

**parked** [3] - 78:8, 82:2, 106:8

**parking** [22] - 78:4, 78:8, 78:9, 78:11, 78:14, 78:15, 78:19, 78:23, 78:24, 79:3, 79:6, 79:7, 79:9, 79:16, 79:21, 79:24, 80:3, 80:4, 106:22, 124:8, 153:25, 155:21

**part** [21] - 7:18, 39:6, 41:15, 68:14, 74:4, 92:14, 109:19, 109:21, 109:24, 111:16, 112:7, 140:6, 141:17, 141:21, 142:2, 150:4, 237:21, 241:21, 247:22, 248:3, 248:11
**Part** [1] - 254:4
**participated** [1] - 40:20
**participating** [2] - 58:15, 60:2
**particular** [3] - 7:20, 7:22, 236:7
**parties** [3] - 3:4, 11:17, 255:16
**parts** [1] - 68:12
**party** [3] - 11:13, 11:14, 21:8
**passenger** [2] - 110:21, 114:18
**passing** [1] - 31:2
**patient** [7] - 167:20, 168:22, 169:12, 169:16, 172:15, 179:13, 217:20
**patient's** [1] - 217:17
**patrol** [22] - 19:10, 43:20, 43:22, 44:2, 44:3, 50:18, 50:19, 51:15, 52:17, 52:20, 53:20, 53:22, 53:24, 53:25, 54:15, 66:11, 66:12, 89:6, 116:19, 118:10, 118:12, 155:2
**Patrol** [2] - 1:13, 52:11
**patrolman** [5] - 55:19, 105:3, 106:21, 116:8, 123:19
**patrolmen** [14] - 43:11, 45:9, 46:15, 46:19, 46:23, 49:19, 50:21, 51:2, 51:7, 51:13, 51:24, 52:7, 54:19, 128:10
**pay** [3] - 194:3, 240:17, 241:24
**PD** [7] - 27:10, 28:12, 70:14, 187:20, 188:13, 189:24, 190:7
**PDCN206** [1] - 238:5
**peek** [1] - 76:15
**penalty** [1] - 166:24
**people** [12] - 89:16, 93:9, 93:15, 101:3,

127:6, 134:11, 156:20, 158:21, 198:22, 201:24, 202:4, 225:7
**performance** [1] - 204:10
**performed** [1] - 183:8
**performing** [6] - 136:20, 138:7, 159:12, 160:20, 160:24, 160:25
**perhaps** [1] - 60:20
**period** [4] - 33:23, 33:24, 45:10, 46:13
**perjury** [1] - 166:24
**perpetrator** [3] - 41:11, 220:7, 222:24
**perpetrator's** [1] - 220:6
**perseverating** [1] - 171:6
**person** [9] - 9:14, 9:16, 84:20, 89:5, 126:6, 128:21, 129:3, 163:21, 166:8
**personal** [13] - 48:13, 64:5, 64:7, 64:8, 64:12, 64:23, 65:2, 65:5, 65:9, 65:11, 80:20, 80:24, 84:18
**personally** [1] - 74:16
**personnel** [7] - 160:15, 160:18, 160:25, 161:25, 169:24, 199:14, 215:15
**persons** [1] - 156:13
**pertaining** [1] - 115:13
**phone** [24] - 9:15, 15:7, 62:21, 67:18, 69:14, 69:18, 70:9, 80:15, 80:16, 80:18, 80:21, 80:24, 81:3, 81:5, 81:7, 81:11, 81:19, 99:14, 153:7, 153:9, 226:24, 251:5, 253:14
**Photo** [3] - 254:5, 254:6, 254:9
**photograph** [8] - 110:15, 110:20, 112:21, 113:2, 113:8, 113:17, 114:6, 196:10
**photographs** [11] - 109:10, 111:8, 111:20, 205:14, 218:19, 219:2, 219:4, 219:8, 219:10, 219:16,

219:20
**physical** [32] - 40:25, 41:4, 41:11, 41:15, 41:22, 42:12, 84:12, 91:18, 91:25, 92:22, 93:16, 93:20, 93:21, 93:23, 94:21, 141:13, 141:18, 148:10, 174:13, 174:17, 175:8, 175:17, 178:22, 215:16, 216:23, 218:19, 219:15, 235:3, 235:5, 235:9, 235:24
**Physical** [3] - 42:9, 141:22, 142:2
**physically** [12] - 66:4, 66:14, 66:20, 81:25, 93:10, 94:3, 94:5, 108:17, 141:15, 196:3, 218:16, 247:14
**physician** [2] - 159:4, 198:9
**picked** [1] - 65:14
**picnic** [1] - 48:22
**picture** [4] - 114:19, 114:21, 198:5, 198:11
**piece** [1] - 111:11
**place** [6] - 100:13, 146:24, 184:2, 184:4, 186:10, 245:18
**placed** [2] - 73:16, 191:5
**Plainedge** [3] - 23:9, 23:12, 23:13
**Plaintiff** [2] - 1:6, 2:12
**plaintiff's** [6] - 4:21, 39:9, 42:17, 70:3, 70:8, 70:25
**PLAINTIFF'S** [1] - 253:23
**Plaintiff's** [27] - 5:2, 8:15, 8:16, 35:19, 35:21, 36:7, 38:24, 70:4, 71:2, 71:5, 76:11, 76:13, 76:14, 76:16, 88:15, 113:16, 163:11, 164:18, 177:7, 177:8, 183:15, 183:16, 196:9, 198:8, 209:3, 219:4, 236:19
**Plainview** [2] - 26:10, 26:25
**plan** [1] - 173:9

**pleased** [1] - 198:22
**plus** [1] - 51:17
**PO** [1] - 89:5
**point** [32] - 47:19, 61:19, 74:20, 82:7, 95:3, 117:6, 120:11, 122:17, 124:18, 126:9, 130:19, 147:17, 153:22, 154:5, 154:8, 155:11, 186:24, 192:12, 192:20, 192:21, 192:22, 203:23, 217:2, 217:7, 217:9, 224:17, 224:21, 226:9, 228:21, 233:24, 248:20
**poking** [2] - 135:18, 135:21
**police** [44] - 11:8, 27:14, 27:18, 28:9, 29:19, 30:23, 31:9, 43:25, 49:22, 50:23, 52:9, 61:15, 61:17, 62:21, 79:2, 85:11, 85:18, 89:8, 104:19, 105:11, 106:12, 115:22, 115:25, 116:10, 116:11, 116:22, 118:13, 119:8, 120:21, 120:23, 123:20, 123:21, 128:21, 129:4, 150:7, 190:25, 198:16, 203:22, 203:25, 204:2, 204:4, 204:5, 204:22, 233:3
**Police** [46] - 1:8, 1:10, 1:12, 1:15, 4:14, 18:15, 20:15, 21:22, 21:23, 22:14, 25:19, 27:8, 27:23, 28:3, 28:8, 29:17, 30:7, 30:12, 30:17, 36:2, 36:9, 36:12, 38:3, 38:21, 39:4, 71:10, 85:16, 87:24, 88:5, 103:22, 109:5, 115:12, 139:23, 146:13, 150:6, 150:14, 162:24, 186:15, 186:18, 186:22, 187:23, 188:16, 190:22, 197:8, 199:5, 227:24
**policy** [1] - 39:4
**portion** [1] - 170:23
**position** [4] - 28:7,

53:16, 203:13, 204:21
**positions** [1] - 53:18
**positive** [1] - 195:20
**possible** [3] - 59:18, 61:12, 159:18
**posted** [2] - 87:16, 158:24
**practical** [1] - 25:14
**preceded** [1] - 69:15
**preceding** [1] - 143:4
**Precinct** [44] - 4:13, 17:3, 17:4, 17:22, 19:8, 31:6, 31:12, 31:18, 32:12, 32:14, 43:16, 44:2, 44:4, 44:7, 44:13, 46:23, 48:21, 50:20, 51:16, 52:22, 56:20, 56:21, 62:15, 66:9, 66:14, 66:16, 66:18, 66:24, 67:4, 67:13, 67:15, 67:17, 67:20, 67:22, 67:24, 99:15, 157:9, 182:22, 189:19, 221:8, 221:17, 221:20, 222:17, 243:12
**precluded** [1] - 34:9
**preliminary** [10] - 43:4, 186:21, 187:24, 188:3, 188:5, 188:13, 188:22, 189:4, 189:8, 202:7
**premises** [1] - 122:19
**prepared** [6] - 7:9, 7:18, 7:24, 220:24, 221:16, 245:4
**presence** [6] - 160:13, 179:3, 184:7, 192:17, 231:22, 249:4
**present** [17] - 56:23, 58:19, 58:20, 59:10, 83:19, 85:8, 100:7, 100:23, 100:25, 156:7, 157:3, 178:23, 184:19, 185:2, 195:22, 196:15, 196:17
**presented** [1] - 211:9
**presume** [1] - 186:16
**previous** [3] - 128:3, 128:6, 128:8
**previously** [2] - 76:11, 163:11
**Prinout** [1] - 254:2
**printout** [4] - 70:7, 71:7, 71:14, 71:21

**printouts** [1] - 71:25
**prisoners** [1] - 53:2
**privilege** [2] - 6:3, 6:24
**privileged** [2] - 6:14, 6:23
**problem** [1] - 61:21
**problems** [4] - 49:17, 49:20, 49:21, 50:2
**procedure** [8] - 39:5, 149:18, 172:14, 234:12, 234:14, 234:15, 238:8, 247:22
**processed** [1] - 248:18
**processing** [1] - 53:2
**produce** [1] - 34:7
**producing** [1] - 81:22
**production** [2] - 81:10, 81:18
**professional** [2] - 49:19, 50:3
**program** [1] - 24:22
**promoted** [2] - 30:21, 32:7
**promotion** [1] - 32:9
**promotional** [1] - 30:20
**prosthetics** [1] - 174:12
**provide** [2] - 121:5, 121:14
**provided** [8] - 111:16, 112:25, 132:11, 167:9, 219:2, 226:11, 239:21, 239:23
**provisions** [2] - 40:17, 239:15
**proximity** [1] - 170:16
**psychiatric** [1] - 172:19
**Public** [4] - 2:6, 4:4, 252:23, 255:7
**pulled** [2] - 211:21, 213:2
**pure** [1] - 73:24
**purpose** [6] - 55:10, 163:24, 178:7, 209:9, 210:11, 234:25
**purposes** [1] - 187:17
**pursuant** [1] - 2:4
**put** [8] - 4:18, 13:18, 25:13, 61:20, 130:11, 204:13, 206:9, 206:23
**putting** [1] - 117:12

# Q

**questioned** [4] - 21:21, 22:13, 22:18, 168:20
**questioning** [5] - 12:21, 14:10, 28:24, 164:23, 165:4
**questions** [40] - 22:4, 34:9, 34:16, 43:4, 57:17, 64:23, 101:8, 101:11, 103:17, 106:16, 107:9, 110:14, 117:19, 118:6, 131:21, 143:13, 149:16, 149:17, 160:22, 163:22, 174:15, 177:13, 177:15, 182:20, 184:6, 185:7, 185:11, 185:19, 206:2, 207:2, 212:10, 214:7, 214:17, 217:8, 217:10, 220:14, 230:13, 231:9, 241:3
**quickly** [1] - 163:10
**quiet** [1] - 232:7
**quote** [1] - 150:9
**quoted** [1] - 213:13

# R

**radio** [1] - 54:3
**raised** [2] - 23:12, 23:14
**range** [1] - 97:5
**rank** [5] - 29:18, 88:25, 89:5, 102:10, 155:3
**rarely** [4] - 12:16, 12:18, 12:23, 12:24
**rate** [9] - 37:20, 67:6, 76:7, 79:17, 174:4, 185:15, 189:2, 225:24, 246:7
**rather** [1] - 218:6
**ray** [1] - 180:17
**rayed** [2] - 180:13, 180:16
**Raylar** [1] - 26:21
**rays** [1] - 180:20
**re** [5] - 25:22, 31:24, 37:6, 37:8, 172:14
**re-assessment** [1] - 172:14
**re-assigned** [1] - 31:24
**re-certification** [1] - 37:6
**re-certified** [2] - 25:22, 37:8
**reach** [5] - 76:17, 151:4, 151:8, 151:20, 204:8
**read** [13] - 5:6, 5:9, 5:10, 5:14, 167:24, 170:24, 177:14, 212:5, 230:7, 230:18, 237:5, 241:13, 252:9
**reading** [4] - 167:25, 231:2, 233:19, 233:20
**really** [3] - 192:17, 225:17, 233:15
**reason** [11] - 65:13, 124:5, 124:12, 127:16, 141:5, 148:3, 151:14, 212:21, 223:4, 231:18, 235:22
**receive** [4] - 21:4, 25:10, 63:12, 240:16
**received** [10] - 20:11, 20:20, 62:2, 62:20, 70:17, 71:8, 72:19, 73:8, 74:15, 164:9
**receiving** [2] - 38:12, 249:9
**reckless** [1] - 192:10
**recognize** [14] - 36:7, 110:15, 110:20, 112:18, 113:2, 113:17, 113:19, 114:6, 114:8, 196:10, 198:8, 198:11, 209:4, 209:6
**recognized** [1] - 150:16
**recollection** [18] - 58:11, 58:14, 59:20, 59:23, 63:21, 74:25, 99:4, 122:8, 122:12, 122:15, 132:16, 156:9, 157:5, 180:19, 180:23, 225:19, 230:9, 244:2
**record** [46] - 4:10, 4:19, 16:18, 16:20, 33:3, 33:5, 34:6, 35:22, 35:25, 36:8, 37:10, 37:22, 38:3, 38:12, 38:23, 39:6, 39:7, 39:14, 81:20, 81:22, 82:11, 82:13, 99:19, 106:15, 111:25, 112:11, 112:13, 118:7,

124:21, 144:8, 164:24, 167:16, 168:16, 168:20, 170:23, 171:3, 177:10, 178:10, 178:15, 216:16, 217:10, 252:12, 252:13, 255:13
**recorder's** [1] - 88:25
**recording** [3] - 71:15, 99:20, 225:6
**records** [24] - 81:18, 99:14, 99:15, 162:8, 162:14, 162:16, 162:20, 163:10, 163:14, 163:16, 163:22, 171:17, 177:15, 177:16, 178:6, 179:11, 179:23, 180:18, 215:19, 216:16, 219:21, 237:7, 253:14, 254:7
**recover** [1] - 241:24
**red** [1] - 84:13
**redacted** [1] - 81:19
**redo** [1] - 20:24
**refer** [1] - 183:25
**reference** [1] - 182:8
**referred** [1] - 141:23
**referring** [9] - 16:13, 18:6, 18:7, 167:15, 181:18, 193:2, 195:20, 216:17, 245:25
**reflect** [8] - 36:11, 37:13, 38:2, 77:11, 106:16, 111:25, 118:7, 221:21
**reflected** [3] - 37:9, 37:22, 99:14
**reflects** [1] - 35:24
**refresh** [9] - 74:25, 92:9, 99:4, 156:9, 157:5, 180:19, 180:22, 205:14, 231:7
**refreshes** [1] - 230:9
**refuse** [1] - 169:17
**refused** [5] - 161:23, 161:24, 168:22, 169:12, 170:7
**refuses** [1] - 172:15
**refusing** [2] - 169:23, 170:4
**regard** [1] - 61:18
**regarding** [23] - 6:19, 20:21, 21:5, 21:9, 40:17, 121:9, 164:3, 169:22, 187:20,

190:6, 191:23, 207:24, 213:22, 215:15, 218:19, 228:17, 233:25, 239:8, 239:10, 240:8, 240:12, 240:14, 247:9
**regular** [3] - 18:21, 45:12, 45:14
**regulations** [2] - 40:14, 240:8
**relate** [2] - 200:3, 200:11
**related** [5] - 11:13, 11:19, 61:16, 216:19, 255:16
**relation** [4] - 98:4, 98:19, 129:10, 136:21
**relationship** [1] - 48:4
**relationships** [1] - 48:13
**relative** [4] - 41:16, 72:18, 186:25
**relatively** [1] - 68:10
**relax** [1] - 140:23
**relevancy** [1] - 12:20, 14:9
**relying** [2] - 201:25, 202:4
**remain** [3] - 27:22, 154:16, 155:4
**remained** [2] - 17:21, 17:25
**remarks** [1] - 70:12
**remember** [20] - 9:9, 9:23, 26:17, 29:3, 29:6, 63:19, 85:9, 89:25, 90:9, 106:12, 106:14, 129:18, 131:3, 131:5, 139:4, 155:11, 229:22, 230:2, 230:5, 232:15
**remembering** [1] - 208:11
**rep** [1] - 184:22
**repeat** [9] - 22:9, 59:13, 72:21, 87:21, 124:11, 157:16, 170:2, 203:16, 215:23
**rephrase** [1] - 8:25
**Report** [1] - 254:8
**report** [35] - 7:13, 7:25, 70:3, 74:3, 101:9, 109:14, 109:19, 110:6, 110:8, 111:17, 112:24, 168:10, 183:13, 184:9,

185:8, 185:23, 188:22, 200:10, 201:15, 201:17, 202:7, 207:8, 209:11, 210:9, 216:18, 223:21, 230:8, 234:16, 234:22, 235:18, 235:21, 242:24, 243:5, 243:9, 244:7
**reported** [1] - 72:6, 72:13, 72:18, 72:24, 73:6, 73:20, 73:24, 154:13, 162:22, 162:23, 163:3, 166:14, 166:15, 178:10, 201:25, 211:20, 225:11
**Reporting** [1] - 1:23
**reports** [3] - 164:3, 180:18, 235:7
**representation** [4] - 114:2, 114:14, 156:12, 156:19
**representative** [1] - 186:4
**representing** [1] - 240:6
**represents** [1] - 39:10
**request** [5] - 21:18, 55:18, 58:4, 59:15, 234:9
**REQUEST** [1] - 253:13
**requested** [1] - 59:16
**requests** [1] - 161:18
**required** [6] - 34:7, 140:9, 140:11, 140:13, 246:17, 248:4
**requirement** [1] - 150:8
**reserved** [1] - 3:11
**reserves** [1] - 24:23
**residence** [9] - 64:5, 64:8, 64:9, 64:12, 64:24, 65:2, 65:6, 65:10, 65:12
**resisting** [1] - 192:10
**respect** [10] - 7:19, 22:5, 39:10, 59:20, 72:5, 107:11, 137:17, 211:18, 212:15, 220:17
**respective** [1] - 3:4
**respond** [11] - 56:3, 56:5, 56:10, 57:7, 59:7, 67:2, 69:13, 87:11, 142:6, 145:15, 227:3
**responded** [16] -

57:12, 57:20, 58:6, 63:14, 69:12, 69:22, 86:8, 86:9, 86:24, 87:3, 101:10, 101:12, 103:17, 130:14, 142:4, 208:14
**responding** [2] - 59:24, 63:17
**Response** [10] - 39:16, 39:22, 40:18, 40:22, 40:25, 41:15, 42:9, 42:12, 141:18, 227:7
**response** [16] - 54:5, 89:24, 90:2, 90:17, 97:17, 105:17, 105:21, 139:5, 139:11, 139:20, 141:22, 142:2, 213:8, 213:15, 238:17, 246:22
**responsibilities** [12] - 39:20, 43:19, 43:23, 52:24, 53:6, 54:7, 54:11, 56:17, 86:7, 86:23, 142:15, 142:17
**responsibility** [5] - 144:12, 144:13, 201:8, 201:10, 212:24
**responsible** [13] - 50:5, 51:14, 52:16, 52:21, 56:18, 139:23, 139:25, 140:5, 158:4, 158:7, 164:9, 174:23, 207:7
**result** [13] - 30:25, 57:8, 63:9, 92:22, 93:16, 93:21, 95:21, 96:6, 96:14, 144:15, 235:3, 235:9, 235:23
**resulted** [2] - 63:17, 200:8
**retrained** [1] - 244:16
**review** [13] - 7:3, 7:14, 40:7, 54:18, 71:25, 76:5, 180:9, 235:10, 235:13, 235:15, 236:20, 242:5, 242:20
**reviewed** [5] - 7:7, 7:8, 8:17, 185:18, 235:11
**reviews** [2] - 50:6, 50:8
**revolver** [3] - 207:11, 207:25, 209:12
**Rich** [2] - 1:23, 2:5
**RICH** [2] - 255:7,

255:24
**RISCOE** [1] - 231:12
**Riscoe** [11] - 195:16, 195:18, 196:11, 196:12, 197:16, 229:23, 230:3, 231:5, 232:12, 232:17, 233:3
**road** [2] - 68:7, 70:11
**Road** [3] - 1:23, 2:13, 26:24
**Rocchio** [1] - 1:11
**role** [6] - 38:22, 54:20, 133:7, 144:2, 158:15, 159:3
**Ronald** [1] - 1:9
**room** [100] - 68:25, 78:4, 82:5, 82:15, 82:24, 83:3, 83:5, 83:6, 83:18, 83:19, 84:3, 85:8, 85:13, 87:14, 87:16, 87:20, 87:24, 88:2, 88:3, 89:10, 89:12, 89:13, 89:14, 89:15, 91:11, 98:14, 98:15, 100:4, 100:5, 100:16, 100:17, 100:20, 101:19, 101:22, 103:15, 103:23, 104:9, 104:16, 104:18, 106:9, 106:11, 106:22, 106:24, 118:9, 119:24, 120:4, 122:5, 122:10, 122:14, 123:17, 124:3, 125:9, 125:13, 125:16, 125:24, 127:13, 128:3, 128:13, 129:12, 134:11, 134:15, 134:22, 134:24, 134:25, 135:4, 135:14, 135:19, 136:5, 137:5, 137:8, 137:9, 137:14, 153:25, 155:20, 155:21, 158:24, 168:25, 175:22, 184:4, 184:10, 184:11, 184:14, 184:16, 184:25, 188:17, 192:15, 192:19, 192:23, 193:10, 193:21, 193:24, 194:16, 196:15, 198:13, 199:2, 199:8, 228:4, 229:6

**rooms** [1] - 135:21
**Roscoe** [1] - 233:5
**rotating** [1] - 45:18
**rough** [1] - 51:24
**roughly** [4] - 51:8, 51:10, 51:13, 194:24
**round** [1] - 210:17
**rounds** [7] - 207:11, 207:18, 207:24, 208:5, 209:14, 209:18, 210:15
**rule** [5] - 238:24, 238:25, 239:14, 240:23, 241:5
**Rule** [1] - 240:2
**rules** [24] - 40:13, 239:6, 239:7, 239:10, 239:15, 239:20, 239:22, 239:23, 240:8, 240:12, 240:13, 240:14, 240:24, 241:10, 241:14, 241:18, 241:20, 241:21, 242:2, 242:4, 242:5, 242:20, 244:20, 244:25
**ruling** [3] - 7:2, 34:22, 35:7
**RULINGS** [1] - 253:9
**run** [3] - 138:25, 139:12, 194:6

**S**

**sarge** [2] - 56:2, 146:8
**save** [1] - 159:21
**saw** [26] - 13:4, 13:14, 13:19, 14:15, 14:17, 88:17, 88:18, 89:16, 106:10, 114:4, 114:16, 114:20, 114:22, 114:23, 114:25, 115:6, 138:5, 152:4, 160:5, 160:15, 160:18, 160:24, 193:12, 196:24, 197:4, 233:12
**scared** [1] - 232:8
**scene** [38] - 54:23, 55:4, 55:15, 55:17, 56:2, 56:3, 56:6, 56:24, 57:4, 57:6, 57:7, 57:13, 57:22, 58:7, 58:18, 59:4, 59:7, 59:15, 59:17, 59:25, 76:22, 76:25, 77:2, 79:19, 88:15,

141:12, 145:15, 154:16, 156:4, 156:6, 156:25, 157:2, 162:25, 212:24, 224:24, 225:3, 225:4, 225:10
**Scene** [1] - 254:3
**scenes** [1] - 58:12
**schedule** [2] - 45:17, 46:2
**scheduled** [1] - 4:20
**school** [6] - 23:5, 23:8, 23:9, 23:16, 24:2, 70:13
**scope** [1] - 244:11
**scrapes** [2] - 216:10, 216:12
**sealing** [1] - 3:5
**seat** [9] - 108:3, 108:11, 108:12, 110:23, 113:22, 113:23, 114:9, 114:11, 114:18
**seated** [1] - 167:20
**Second** [3] - 133:6, 155:22, 157:9
**second** [19] - 41:23, 53:23, 64:6, 82:11, 100:2, 101:7, 123:19, 139:9, 155:15, 155:17, 157:4, 157:18, 158:11, 170:24, 182:10, 183:17, 187:17, 188:11, 245:3
**section** [9] - 40:11, 163:18, 164:20, 168:12, 172:12, 177:20, 177:23, 179:11, 210:22
**sections** [1] - 230:8
**sectors** [1] - 51:15
**see** [52] - 12:14, 12:16, 12:24, 13:7, 13:12, 13:17, 15:6, 15:7, 16:10, 16:11, 16:16, 16:17, 18:4, 18:8, 18:11, 18:12, 18:24, 24:20, 70:5, 70:8, 70:18, 76:18, 77:9, 87:25, 88:20, 96:8, 112:4, 112:14, 114:17, 160:12, 164:19, 168:22, 171:6, 174:3, 177:23, 192:14, 196:14, 197:3, 197:5, 199:7, 210:21, 227:18,

227:22, 229:19, 236:10, 238:16, 241:14, 242:21, 243:11, 243:14, 245:4, 250:12
**seeing** [3] - 79:18, 147:16, 160:2
**seek** [1] - 188:12
**seeked** [1] - 188:17
**selected** [2] - 38:2, 66:2
**self** [1] - 70:15
**sense** [3] - 55:21, 75:14, 143:16
**sent** [3] - 20:11, 87:10, 180:19
**sentence** [3] - 20:4, 167:24, 167:25
**sentences** [5] - 247:4, 247:8, 248:22, 249:3, 250:5
**separated** [1] - 137:15
**Sergeant** [48] - 4:25, 16:10, 16:21, 17:25, 19:5, 19:13, 30:24, 32:7, 32:10, 35:20, 43:10, 43:13, 43:17, 44:12, 49:2, 56:16, 59:9, 59:17, 62:18, 62:19, 63:5, 63:10, 63:13, 63:16, 65:14, 65:24, 66:6, 67:7, 68:4, 68:16, 69:6, 69:9, 72:25, 75:10, 75:15, 76:20, 80:11, 80:14, 81:12, 142:5, 153:6, 153:11, 154:18, 163:2, 163:4, 177:18, 183:3, 226:23
**sergeant** [1] - 43:6
**Sergeants** [1] - 47:2
**sergeants** [2] - 47:11, 52:15
**series** [4] - 109:9, 218:18, 219:3, 243:5
**serious** [10] - 56:9, 174:13, 174:17, 175:8, 175:17, 175:25, 218:2, 218:6, 219:14, 220:3
**seriously** [4] - 215:20, 215:25, 216:13, 242:25
**servant** [1] - 31:2
**service** [3] - 24:5, 24:10, 25:4
**set** [4] - 45:17, 46:2, 255:12, 255:21
**seventh** [1] - 17:10,

76:18
**several** [7] - 75:17, 103:12, 104:19, 104:22, 119:4, 137:14, 224:11
**severity** [1] - 175:15
**Sgt** [2] - 1:10, 1:13
**shake** [1] - 58:25
**shakes** [1] - 59:3
**shall** [1] - 3:11
**shattered** [1] - 108:14
**shells** [1] - 209:13
**shield** [7] - 76:21, 88:12, 88:25, 102:10, 116:20, 120:18, 190:11
**shoot** [5] - 68:9, 161:13, 195:9, 197:22, 233:9
**shooting** [23] - 63:2, 70:13, 72:6, 72:13, 72:16, 72:24, 72:25, 73:6, 73:12, 75:11, 75:14, 75:19, 75:23, 75:25, 86:17, 143:4, 150:6, 162:22, 186:10, 204:16, 208:15, 228:18
**short** [5] - 69:4, 84:17, 93:22, 224:22, 229:12
**shot** [34] - 63:7, 67:9, 74:17, 86:12, 87:5, 102:3, 102:6, 127:17, 127:21, 130:16, 131:19, 131:25, 132:9, 132:19, 132:21, 145:18, 145:21, 153:14, 153:19, 154:2, 154:24, 155:6, 162:18, 162:23, 163:7, 208:4, 208:5, 209:15, 213:7, 213:10, 224:18, 230:11, 231:17
**shots** [7] - 205:2, 206:5, 206:10, 206:24, 207:21, 208:12, 213:22
**shoulder** [1] - 173:15
**shout** [2] - 124:16, 133:24
**shouting** [3] - 121:21, 134:4, 134:6
**show** [14] - 4:25, 42:3, 76:10, 109:9, 110:19, 111:7, 113:15, 124:21,

163:9, 178:6, 196:8, 209:2, 218:25, 219:3
**showing** [4] - 111:3, 113:7, 163:20, 163:24
**shows** [1] - 209:13
**sick** [22] - 236:10, 239:8, 239:10, 239:15, 240:9, 240:11, 240:12, 240:14, 240:17, 240:21, 241:11, 241:24, 243:14, 243:20, 243:21, 243:22, 244:5, 246:12, 247:25, 248:15, 249:11
**side** [9] - 107:20, 107:21, 108:3, 108:11, 108:14, 113:4, 113:20, 114:11, 243:17
**sign** [1] - 54:13
**Signed** [1] - 252:21
**signed** [6] - 3:15, 3:18, 60:25, 61:2, 99:8, 247:8
**significant** [3] - 34:3, 201:14, 201:19
**signs** [1] - 177:22
**sit** [2] - 151:11, 152:9
**sitting** [7] - 91:5, 91:6, 91:7, 91:20, 98:6, 115:6, 204:15
**situation** [5] - 54:25, 68:10, 86:13, 86:15, 87:11
**six** [4] - 27:21, 29:24, 60:13, 113:14
**slight** [2] - 84:15, 218:2
**slurred** [4] - 95:18, 147:12, 149:24, 162:11
**slurring** [5] - 170:17, 171:4, 171:5, 171:20, 172:6
**small** [2] - 229:2, 229:3
**smell** [4] - 171:5, 178:23, 179:5, 179:8
**Smithers** [1] - 1:10
**sober** [3] - 150:14, 150:17, 150:23
**socialize** [2] - 48:17, 48:20
**someone** [6] - 63:22, 77:21, 161:14, 166:16, 171:9, 217:18

**sometimes** [2] - 56:5, 208:10
**somewhere** [3] - 60:19, 66:10, 120:3
**sorry** [5] - 15:9, 24:7, 230:23, 233:4, 248:9
**sort** [1] - 164:25
**space** [1] - 26:7
**speaking** [12] - 46:21, 95:14, 125:15, 134:23, 159:19, 160:19, 170:10, 181:3, 187:16, 204:18, 223:18, 227:22
**special** [1] - 31:21
**specific** [13] - 6:13, 34:16, 40:10, 58:4, 62:23, 158:6, 159:8, 161:18, 186:8, 187:13, 192:2, 237:2, 240:23
**specifically** [19] - 6:6, 6:12, 11:16, 40:6, 40:16, 42:15, 50:16, 79:7, 144:16, 161:4, 161:11, 185:7, 185:24, 217:24, 232:22, 241:15, 242:2, 242:9, 242:12
**specificity** [2] - 78:19, 214:11
**speculate** [2] - 45:23, 45:25
**speculation** [4] - 73:25, 74:5, 74:10, 74:14
**speculative** [1] - 74:9
**speech** [5] - 94:17, 95:18, 127:4, 147:12, 149:25
**spelling** [1] - 199:25
**spend** [1] - 10:19
**spent** [4] - 9:18, 10:8, 10:15, 46:8
**split** [1] - 46:3
**spoken** [10] - 12:10, 13:20, 15:2, 15:19, 15:21, 155:17, 222:11, 222:25, 223:5, 229:7
**squad** [3] - 133:6, 155:17, 155:22
**Squad** [3] - 133:6, 155:12, 157:18
**squirrels** [1] - 204:16
**ss** [2] - 252:4, 255:4
**staff** [6] - 159:5, 159:14, 161:18, 170:5, 171:20,

217:12
**stains** [2] - 110:22, 113:23
**stamp** [2] - 109:24, 111:10
**stamped** [1] - 69:25
**stamps** [1] - 110:3
**standard** [1] - 42:22
**standing** [2] - 232:3, 233:6
**start** [17] - 4:20, 13:2, 26:3, 28:4, 33:11, 42:16, 77:17, 104:8, 109:10, 121:18, 163:17, 175:24, 181:24, 182:6, 186:6, 238:4, 245:22
**started** [4] - 27:7, 29:16, 69:10, 189:3
**starting** [7] - 25:24, 27:9, 50:13, 65:5, 171:4, 190:10, 230:23
**STATE** [3] - 1:2, 252:4, 255:3
**State** [4] - 2:6, 64:22, 252:23, 255:8
**state** [10] - 4:9, 22:21, 23:3, 30:19, 172:24, 183:11, 205:22, 213:21, 234:20, 234:24
**statement** [17] - 245:16, 245:17, 245:21, 246:2, 246:5, 246:14, 246:16, 247:3, 247:7, 247:9, 247:12, 248:4, 248:6, 248:19, 249:24, 250:2, 250:4
**states** [7] - 167:21, 225:16, 242:2, 242:10, 242:21, 250:3
**stating** [1] - 241:13
**station** [2] - 232:4, 233:7
**stationed** [1] - 199:9
**status** [3] - 22:22, 92:18, 190:14
**stay** [2] - 155:7, 155:8
**still** [4] - 5:17, 17:21, 30:16, 236:12
**STIPULATED** [3] - 3:2, 3:8, 3:13
**stipulation** [1] - 33:24
**stop** [3] - 122:16, 135:15, 135:20
**stopped** [1] - 123:17

**street** [2] - 53:25, 70:11
**Street** [2] - 1:19, 2:19
**stress** [2] - 208:10, 208:20
**struck** [3] - 162:17, 167:23, 168:5
**structures** [1] - 26:7
**study** [1] - 23:22
**stuff** [1] - 190:6
**subject** [6] - 28:10, 29:4, 33:15, 84:24, 190:23, 242:3
**subjective** [2] - 167:13, 167:18
**submission** [8] - 234:10, 234:18, 240:9, 241:11, 246:18, 246:24, 248:4, 248:8
**submit** [8] - 234:22, 235:20, 236:4, 236:12, 238:9, 247:22, 247:24, 249:5
**submitted** [12] - 166:23, 167:3, 167:6, 237:22, 238:12, 238:20, 240:7, 246:11, 246:15, 246:17, 247:13, 248:11
**submitting** [1] - 234:24
**subordinates** [1] - 130:16
**subscribed** [1] - 252:21
**subsequent** [1] - 27:17
**subsequently** [1] - 162:25
**substance** [5] - 126:10, 129:21, 224:12, 228:6, 242:16
**substantive** [11] - 121:8, 121:14, 141:6, 142:10, 142:20, 187:19, 187:25, 188:3, 189:4, 228:13, 229:15
**suffered** [2] - 162:18, 173:23
**SUFFOLK** [1] - 1:3
**Suffolk** [60] - 1:8, 1:8, 1:10, 1:12, 11:8, 21:16, 21:22, 21:23, 21:25, 22:13, 22:18,

62:21, 71:10, 71:16, 85:11, 87:23, 88:5, 89:7, 103:21, 104:19, 105:11, 109:5, 115:12, 115:22, 115:25, 118:10, 119:8, 127:23, 128:2, 128:11, 128:15, 129:7, 130:22, 153:17, 155:13, 158:25, 162:24, 186:14, 186:18, 186:22, 187:20, 187:23, 188:13, 188:15, 189:23, 190:7, 190:22, 190:25, 191:12, 197:8, 197:14, 198:16, 198:18, 199:4, 199:16, 227:23, 230:15, 230:22, 231:4
**suggest** [3] - 200:5, 211:20, 241:9
**suggested** [1] - 176:20
**Suite** [1] - 1:23
**sum** [3] - 129:20, 224:12, 242:16
**summary** [8] - 14:19, 131:9, 173:3, 179:18, 180:5, 182:17, 216:8, 216:9
**SUNY** [1] - 23:18
**superior** [1] - 157:23
**supervise** [5] - 19:13, 43:25, 47:3, 54:4, 54:25
**supervised** [1] - 53:25
**supervising** [2] - 51:25, 52:14
**supervision** [7] - 44:11, 45:4, 53:15, 54:12, 55:19, 56:21, 57:21
**supervisor** [32] - 43:20, 43:22, 46:9, 50:6, 50:18, 50:19, 53:13, 53:20, 53:23, 53:24, 54:15, 66:11, 141:10, 141:13, 141:21, 141:25, 142:12, 143:10, 144:14, 144:24, 145:2, 145:8, 148:5, 154:17, 157:25, 164:17, 183:9, 183:10, 187:11, 187:13, 207:5, 223:5

**supervisors** [3] - 155:3, 158:16, 158:20
**Supervisors's** [1] - 244:7
**supervisory** [5] - 19:7, 43:10, 47:14, 48:7, 56:22
**SUPREME** [1] - 1:2
**surrounding** [3] - 11:6, 141:7, 143:3
**suspect** [1] - 167:22
**suspended** [1] - 23:25
**sustaining** [2] - 93:16, 235:24
**switch** [1] - 42:14
**sworn** [4] - 3:15, 3:18, 4:3, 255:12

**T**

**tab** [1] - 168:8
**tall** [1] - 84:17
**tape** [3] - 79:2, 79:19, 106:12
**taped** [3] - 79:2, 79:18, 106:11
**target** [7] - 205:17, 205:21, 205:23, 206:12, 206:13, 206:16, 206:21
**taught** [2] - 37:4, 37:7
**Tavares** [6] - 1:9, 191:21, 191:23, 199:21, 199:24, 201:5
**taxi** [3] - 70:14, 79:18, 110:24
**team** [4] - 31:16, 31:25, 32:18, 141:22
**Team** [11] - 39:17, 39:22, 40:18, 40:22, 40:25, 41:16, 42:9, 42:12, 141:18, 142:3, 227:7
**technician** [1] - 25:8
**ten** [1] - 122:24
**tenure** [1] - 28:11
**term** [5] - 150:13, 150:15, 150:16, 150:19
**terms** [1] - 86:20
**test** [1] - 31:2
**tested** [2] - 40:17, 172:16
**testified** [5] - 4:5, 119:4, 125:25, 129:11, 156:15
**testify** [1] - 64:19
**testifying** [4] - 7:4,

64:21, 71:12, 215:18
**testimony** [26] - 51:4, 51:23, 52:2, 74:9, 126:5, 128:9, 134:10, 142:8, 144:9, 146:3, 146:17, 163:5, 167:4, 168:2, 169:21, 179:2, 195:5, 200:17, 202:11, 203:4, 221:10, 222:10, 222:15, 252:10, 252:12, 255:14
**tests** [3] - 160:20, 160:24, 172:16
**THE** [9] - 1:2, 2:17, 5:17, 8:13, 35:4, 80:22, 155:16, 172:9, 250:8
**thee** [1] - 115:16
**thereafter** [1] - 229:17
**therefore** [2] - 201:18, 204:10
**they've** [1] - 21:14
**third** [13] - 17:4, 19:8, 31:25, 32:13, 42:2, 43:6, 43:16, 44:4, 45:8, 45:9, 66:8, 66:24, 173:16
**Third** [28] - 4:13, 31:12, 31:18, 32:12, 32:14, 44:2, 44:7, 44:12, 46:16, 48:21, 51:16, 56:21, 62:15, 66:13, 66:16, 66:17, 67:4, 67:13, 67:14, 67:16, 67:20, 67:22, 67:23, 68:2, 182:21, 189:19, 221:8, 222:17
**THOMAS** [1] - 1:5
**Thomas** [1] - 197:14
**three** [25] - 20:8, 41:25, 42:5, 60:11, 76:3, 89:16, 124:25, 134:10, 135:6, 160:21, 167:11, 173:14, 184:24, 205:3, 205:11, 205:18, 206:7, 206:8, 206:10, 207:12, 208:5, 210:6, 222:18, 222:21, 223:2
**TIMOTHY** [6] - 2:4, 4:2, 252:8, 252:18, 253:5, 255:10
**Timothy** [3] - 1:13, 4:11, 39:10

**Tipon** [1] - 70:10
**Tmarinace@pdcd. org** [1] - 20:18
**TO** [2] - 242:21, 253:18
**today** [8] - 4:16, 7:4, 9:11, 10:4, 75:6, 151:11, 152:9, 202:13
**today's** [10] - 19:17, 30:5, 30:14, 32:21, 33:6, 33:21, 34:25, 35:8, 35:12, 36:3
**together** [7] - 9:18, 10:8, 45:11, 45:16, 224:24, 229:20, 245:14
**tonight** [2] - 179:13, 179:14
**took** [6] - 70:15, 100:13, 102:9, 184:2, 184:4, 186:10
**top** [8] - 111:11, 171:10, 171:23, 209:7, 242:7, 245:11, 246:2, 246:3
**topics** [1] - 37:5
**total** [3] - 134:17, 222:24, 250:4
**touch** [1] - 115:8
**tour** [13] - 19:12, 42:19, 42:22, 45:8, 45:21, 50:17, 50:22, 51:9, 51:10, 52:17, 52:21, 53:3, 56:19
**towards** [3] - 82:4, 106:6, 119:23
**town** [2] - 23:13, 158:16
**trained** [4] - 37:5, 39:15, 40:17, 244:16
**Training** [1] - 253:25
**training** [27] - 27:11, 35:22, 35:24, 36:8, 36:12, 36:25, 37:10, 37:14, 37:16, 37:21, 37:22, 38:3, 38:12, 38:17, 38:20, 38:23, 39:5, 39:7, 39:13, 93:4, 150:5, 215:10
**training-basic** [1] - 37:14
**transcribed** [1] - 168:12
**transcript** [2] - 252:9, 252:11
**transpired** [2] - 121:9, 201:5
**transported** [1] - 70:15

**traumatic** [1] - 222:22
**treated** [2] - 90:6, 90:14
**treating** [3] - 141:3, 160:3, 160:6
**treatment** [10] - 82:23, 83:3, 83:4, 92:18, 98:13, 98:15, 101:22, 137:11, 137:12, 138:8
**trial** [1] - 3:12
**Trial** [1] - 2:3
**tried** [2] - 135:20, 194:6
**trigger** [1] - 213:3
**trouble** [2] - 147:16, 208:11
**truck** [1] - 26:11
**true** [4] - 209:17, 252:11, 252:14, 255:13
**try** [6] - 38:16, 99:6, 117:21, 125:17, 135:15, 160:22
**trying** [4] - 26:16, 57:17, 143:22, 250:22
**turn** [1] - 244:6
**turning** [1] - 173:2
**twenty** [4] - 17:10, 93:6, 93:7, 113:14
**twenty-eight** [1] - 93:6
**twenty-four** [1] - 93:7
**twenty-seventh** [1] - 17:10
**twenty-six** [1] - 113:14
**twice** [7] - 9:5, 15:20, 19:23, 41:25, 60:9, 86:19, 210:5
**two** [30] - 10:3, 23:6, 23:20, 23:21, 23:23, 34:13, 37:21, 38:11, 44:3, 44:10, 53:10, 79:11, 83:24, 126:17, 128:10, 134:8, 135:7, 147:7, 147:9, 154:23, 168:25, 179:4, 214:22, 222:6, 235:7, 247:4, 247:7, 248:22, 249:2, 250:4
**type** [15] - 28:13, 75:8, 91:17, 131:17, 136:19, 153:16, 160:25, 190:19, 200:4, 202:21, 204:24, 212:10, 220:8, 220:15, 224:15

**U**

**ultimately** [1] - 163:25
**unaware** [1] - 169:22
**uncomfortable** [1] - 215:18
**under** [30] - 17:21, 44:11, 45:4, 50:6, 53:14, 55:11, 55:19, 123:5, 123:10, 123:24, 134:18, 141:22, 164:19, 166:23, 172:14, 172:19, 172:20, 173:8, 177:23, 178:17, 178:21, 179:12, 180:2, 191:5, 200:2, 203:17, 208:10, 220:6, 222:20, 252:10
**undercover** [1] - 32:18
**undergo** [1] - 27:10
**underlying** [16] - 86:16, 133:11, 142:10, 142:20, 143:3, 143:14, 144:11, 144:17, 144:22, 145:5, 146:18, 149:21, 187:14, 187:20, 228:13, 229:16
**unfit** [2] - 151:14, 152:5
**unfounded** [1] - 29:7
**uniform** [6] - 80:5, 84:7, 105:5, 120:25, 136:19, 138:6
**uniformity** [1] - 111:13
**unintentionally** [1] - 209:25
**union** [1] - 184:22
**unknown** [6] - 55:11, 70:14, 218:2, 218:5, 218:6
**unless** [4] - 164:25, 211:15, 247:13, 248:5
**unlimited** [1] - 200:24
**unmarked** [1] - 77:23
**up** [14] - 42:3, 45:17, 46:2, 46:3, 91:5, 91:6, 107:2, 107:18, 117:12, 188:19, 212:9, 214:7, 214:16, 226:15
**upset** [1] - 232:7
**urine** [3] - 161:20, 161:24, 172:16
**uses** [1] - 234:15

**utilize** [1] - 221:3
**utter** [1] - 194:12

**V**

**vague** [1] - 18:20
**vaguely** [1] - 226:17
**vehicle** [3] - 78:6, 82:2, 108:9
**vehicles** [1] - 78:25
**vicinity** [3] - 101:2, 104:20, 228:3
**violate** [2] - 244:19, 244:24
**vital** [1] - 177:22
**volunteer** [1] - 25:6

**W**

**wait** [2] - 41:23, 64:6
**waived** [1] - 3:7
**walk** [8] - 106:4, 106:5, 106:25, 107:2, 107:6, 107:14, 161:14, 227:17
**walked** [23] - 82:4, 83:3, 89:10, 98:13, 101:21, 103:14, 106:21, 107:17, 107:18, 117:3, 119:2, 119:23, 122:4, 122:9, 123:12, 123:16, 124:2, 125:8, 126:16, 127:12, 135:14, 174:4, 174:11
**walking** [6] - 82:9, 101:18, 104:16, 128:2, 135:16, 135:18
**wall** [1] - 98:7
**walls** [2] - 83:9, 83:11
**wants** [1] - 250:13
**watching** [1] - 232:5
**weapon** [7] - 140:7, 204:24, 209:14, 211:13, 211:15, 220:8, 220:15
**wearing** [1] - 97:6
**week** [5] - 10:3, 12:15, 45:15, 45:18, 45:19
**weeks** [1] - 10:3
**West** [2] - 1:19, 2:19
**Westbury** [3] - 68:5, 68:8, 87:4
**WHEREOF** [1] - 255:20
**whining** [2] - 232:8,

232:13
**white** [6] - 70:14, 79:18, 84:6, 84:14, 97:4, 136:18
**whole** [6] - 5:9, 5:14, 109:18, 177:21, 218:18, 232:6
**wife** [4] - 136:11, 148:16, 152:24, 152:25
**Willard** [2] - 100:11, 182:7
**William** [2] - 1:10, 1:11
**Willis** [2] - 66:19, 66:21
**Williston** [1] - 17:2
**window** [2] - 108:14, 181:20
**windshield** [4] - 107:24, 205:8, 205:12, 206:9
**withdraw** [1] - 176:6
**withdrawn** [1] - 237:16
**witness** [18] - 4:3, 11:14, 74:8, 111:4, 111:5, 113:7, 121:22, 124:16, 133:25, 163:20, 164:23, 171:3, 174:20, 174:23, 177:14, 231:7, 255:11, 255:14
**WITNESS** [9] - 5:17, 8:13, 35:4, 80:22, 155:16, 172:9, 250:8, 253:4, 255:20
**women** [4] - 52:9, 53:7, 53:14, 230:3
**word** [8] - 146:18, 171:4, 172:20, 172:21, 194:13, 195:9, 214:19, 214:20
**wording** [2] - 131:8, 132:5
**words** [16] - 85:2, 85:11, 86:15, 138:24, 139:13, 146:10, 161:12, 162:10, 170:17, 171:5, 171:20, 172:6, 174:8, 195:13, 197:21, 231:23
**Worker's** [3] - 164:2, 166:14, 166:24
**worker's** [1] - 166:2
**Workman's** [10] -

234:2, 234:11, 234:17, 234:22, 235:7, 235:20, 237:23, 238:3, 238:10, 238:21
**wound** [1] - 162:18
**write** [8] - 88:14, 88:17, 88:19, 133:16, 189:13, 189:25, 246:21, 249:2
**written** [7] - 7:15, 20:20, 39:19, 50:8, 50:9, 171:24, 189:18
**wrote** [8] - 88:13, 88:20, 116:20, 116:24, 116:25, 171:25, 172:3, 190:3

**X**

**X-ray** [1] - 180:17
**X-rayed** [2] - 180:13, 180:16
**X-rays** [1] - 180:20

**Y**

**year** [9] - 12:25, 13:3, 13:16, 13:18, 23:10, 32:3, 33:23, 33:24, 45:21
**years** [20] - 23:6, 23:20, 23:21, 23:23, 32:5, 34:8, 34:20, 44:18, 44:20, 46:8, 46:22, 48:9, 51:20, 93:6, 93:7, 145:10, 145:13, 222:15, 222:19, 222:21
**yelling** [11] - 127:5, 127:7, 127:9, 197:15, 197:21, 231:14, 231:15, 231:16, 232:18, 232:19, 233:8
**YORK** [3] - 1:2, 252:4, 255:3
**York** [14] - 1:19, 1:24, 2:6, 2:14, 2:20, 27:8, 27:9, 27:18, 27:23, 28:8, 28:12, 64:22, 252:23, 255:8
**young** [1] - 230:3
**yourself** [7] - 48:24, 87:19, 87:23, 88:4, 116:15, 159:22, 241:18

276

## Z

**zero** [1] - 142:16