1                                                          1

2       UNITED STATES DISTRICT COURT

3       EASTERN DISTRICT OF NEW YORK

4       ---------------------------------------x

5       THOMAS M. MOROUGHAN,

6                          Plaintiff,        Index No.
                                             12-CV-0512

7                    -against-

8       The County of Suffolk, Suffolk County
        Police Department, Suffolk Detectives

9       Ronald Tavares, Charles Leser, Eugene
        Geissinger, Nicholas Favatta, and

10      Alfred Ciccotto, Detective/Sgt. William J.
        Lamb, Sgt. Jack Smithers, Suffolk Police

11      Officers William Meaney, Enid Nieves,
        Channon Rocchio, and Jesus Faya and

12      Suffolk John Does 1-10, The County of
        Nassau, Nassau County Police Department,

13      Sgt. Timothy Marinaci, Deputy Chief of
        Patrol John Hunter, Inspector Edmund

14      Horace, Commanding Officer Daniel
        Flanagan, Detective/Sgt. John DeMartinis,

15      Nassau Police Officers Anthony D.
        DiLeonardo, Edward Bienz and John Does

16      11-20.,

17                          Defendants.

18      ---------------------------------------x

19
                           Nassau County Attorney's Office
20                         1 West Street
                           Mineola, New York  11501
21
                           February 21, 2013
22                         2:00 p.m.

23
                    Rich Moffett Court Reporting Inc.
24                   114 Old Country Road, Suite 630
                        Mineola, New York 11501
25                         (516) 280-4664

```
 1                                                    2

 2

 3                    Examination Before Trial of the

 4            Defendant, HORACE WALLACE, pursuant to

 5            Court Order, before Rich Moffett, a

 6            Notary Public of the State of New York.

 7

 8

 9

10

11      A P P E A R A N C E S:

12      LAW OFFICE OF ANTHONY GRANDINETTE
        Attorneys for Plaintiff
13              114 Old Country Road
                Mineola, New York  11501
14      BY:   ANTHONY GRANDINETTE, ESQ.

15

16      SUFFOLK COUNTY DEPARTMENT OF LAW
        Attorneys for Defendants
17              100 Veterans Memorial Highway
                Hauppauge, New York  11788
18      BY:   BRIAN C. MITCHELL, ESQ.

19

20      NASSAU COUNTY
          OFFICE OF THE COUNTY ATTORNEY
21      Attorneys for Defendants
                One West Street
22              Mineola, New York  11501
        BY:   MICHAEL J. FERGUSON, ESQ.
23

24

25
```

3

IT IS HEREBY STIPULATED AND
AGREED by and between the attorneys
for the respective parties herein,
that the filing, sealing and
certification of the within deposition
be waived.

IT IS FURTHER STIPULATED AND
AGREED that all objections, except
as to the form of the question,
shall be reserved to the time of the
trial.

IT IS FURTHER STIPULATED AND
AGREED that the within deposition
may be sworn to and signed before
any officer authorized to administer an
oath with the same force and effect as
if signed and sworn to before the
Court.

- oOo -

4

1        Inspector Edmund Horace

2              EDMUND J. HORACE, called as a

3        witness, having been duly sworn by a

4        Notary Public, was examined and

5        testified as follows:

6              *           *           *

7   EXAMINATION BY

8   MR. GRANDINETTE

9        Q      Please state your full name for

10  the record.

11       A      Edmund J. Horace.

12       Q      What is your address?

13       A      1490 Franklin Avenue, Mineola,

14  New York.

15       Q      Good afternoon, sir.

16              My name is Tony Grandinette.   I

17  represent Thomas Moroughan, the plaintiff in

18  this civil rights action.

19              I'm going to be asking you a

20  series of questions, today.   Okay?

21       A      Yes.

22       Q      Sir, the first thing I'd like to

23  do is show you what has been marked as

24  Plaintiff's Exhibit 1.   I'd ask you whether or

25  not you had an opportunity to read either the

5

1                   Inspector Edmund Horace

2      original complaint or the amended complaint in

3      this case?

4            A      I looked at it, briefly.  I did

5      not read it.

6            Q      Do you need time, now, before we

7      move forward to look at the complaint?

8            A      No.

9            Q      Did you feel that you had

10     adequate opportunity to speak with your

11     counsel and reviewing the complaint to

12     understand what the allegations are?

13           A      Yes.

14                  MR. FERGUSON:  Note any

15           objection.

16           Q      Sir, prior to testifying here,

17     today --

18                  MR. FERGUSON:  Give me a second

19           before you answer.

20                  That's a question I would not you

21           to answer because he's asking you about

22           conversations that we had and he

23           mentioned a specific subject.  So, that

24           privileged.  So that's why I need to

25           slow down.

6

Inspector Edmund Horace

1

2          THE WITNESS:  I got you.

3     Q      Did you review any documents

4     prior to testifying, today?

5     A      With my attorney, I reviewed very

6     briefly, you know.

7     Q      Don't tell me what your attorney

8     and you talked about.  Tell me what documents

9     you reviewed.

10     A      Really nothing.  I reviewed a --

11     very briefly, the complaint -- very very

12     briefly.  And that's, basically, about it.

13     Q      Do you want to review any other

14     documents prior to testifying?

15          MR. FERGUSON:  Note my objection.

16          What other documents are you talking

17          about?

18     Q      Would you like to review any

19     documents involved in this case related to

20     your activity in this case prior to giving

21     testimony?

22     A      No.

23     Q      Did you, sir, personally prepare

24     any documents with respect to your involvement

25     in this case?

7

1            Inspector Edmund Horace

2        A      No.

3        Q      Did you take any notes -- either

4    contemporaneously with your activities in the

5    case or subsequent to your activities in the

6    case?

7        A      No.

8        Q      Did you write any letters

9    regarding this case?

10       A      No.

11       Q      Did you send any e-mails

12   regarding your involvement in this case?

13       A      No.

14       Q      Did you receive any

15   correspondence from anyone regarding this

16   case?

17       A      I received an e-mail.

18            (Whereupon, Mr. Mitchell entered

19       the room.)

20            MR. FERGUSON:  Do you want us to

21       wait for you?

22            MR. MITCHELL:  No, that's all

23       right.  Don't ask anything important

24       while I'm gone.

25            MR. FERGUSON:  You don't have to

8

Inspector Edmund Horace

1    worry about that.

2        Q      You didn't receive any

3    correspondence and you did receive an e-mail?

4        A      Yes.

5        Q      Who did you receive an e-mail

6    from?

7        A      From Chief Hannon.

8        Q      When did you receive that e-mail

9    from Chief Hannon?

10       A      I think about 4:30 in the morning

11   on the morning of the incident.

12       Q      Do you recall the subject matter

13   of that e-mail.

14       A      Very briefly.  Short e-mail.  I

15   it had the names of the taxi cabdriver as well

16   as the two police officers.  I don't remember

17   anything else, really.

18       Q      Perhaps, I'm misunderstanding

19   your testimony.

20              Did Chief Hannon send you the

21   e-mail containing the names of the cabby and

22   the two cops, or did you e-mail her with that

23   information?

24       A      She sent it to me.

9

1          Inspector Edmund Horace

2          Q       Do you know how she obtained that

3     information?

4          A       I don't know.

5          Q       Was that from her official e-mail

6     work address or was it a personal e-mail

7     address, if you know?

8          A       I don't remember.

9          Q       Did you respond to it?

10         A       No.

11         Q       Did you ever respond to it?

12         A       No.

13         Q       Did it call for a response?

14         A       No.

15         Q       Did you receive or make any

16    telephone calls concerning the events of

17    February 27, 2011?

18         A       Yes.

19         Q       They were pertaining to this

20    case?

21         A       Yes.

22         Q       When did you receive the phone

23    call, and from whom?

24         A       I received the phone call at

25    about 1:50 in the morning.

10

1                    Inspector Edmund Horace

2          Q        Was that to put you on notice of

3     the shooting?

4          A        Yes.

5          Q        Was that from Chief Hannon?

6          A        No.

7          Q        Did you receive any other

8     incoming phone calls about this case?

9          A        Well, I received one phone call.

10         Q        Who was that from?

11         A        From our -- the police operations

12     desk.

13         Q        Do you know who that was, in

14     particular, or just --

15         A        I don't remember.

16         Q        We'll get back to that.

17                    Other than that incoming call,

18     did you receive any other incoming calls

19     regarding this case that night into the

20     following day?

21         A        A few.  I don't remember all of

22     them.

23                    MR. FERGUSON:  Night into the

24            following day.  He said the calm was at

25            1:50 a.m.  I don't know what you mean by

Inspector Edmund Horace

1

2          the following day.

3                  MR. GRANDINETTE:  We'll get into

4          that later.

5          Q       But, the 1:50 a.m. call was the

6    one that put you on notice from operations?

7                  MR. FERGUSON:  Approximately.

8          A       Yes.

9          Q       Where did you receive that call;

10   at your home phone, an issued cell phone?

11         A       Cell phone.

12         Q       Is that cell phone your personal

13   cell phone or is that a cell phone issued by

14   the Nassau County Police Department for your

15   official duties?

16         A       Issued.

17         Q       In that Nassau County Police

18   Department?  Could you please put the number

19   on the record?

20         A       Yes.

21         Q       Was that?

22         A       316-2805.

23         Q       That's 516?

24         A       Yes.

25         Q       Would it be fair to say that with

12

                    Inspector Edmund Horace

1

2      respect to any phone calls you received or

3      made involving your involvement in this case;

4      they were made to and from that cell phone?

5              A      Yes.

6              Q      So that you cell phone records

7      would accurately record better than your

8      memory from whom you received the call, how

9      long you were on the call, to whom you placed

10     the call, and when, etc., correct?

11             A      Yes.

12             Q      Do you have a second cell phone?

13             A      Yes.

14             Q      Is that second cell phone a

15     personal cell phone or is that a

16     department-issued phone?

17             A      Department.

18             Q      Did you utilize is cell phone at

19     all that evening?

20             A      Yes.

21             Q      Could I have that number, please?

22             A      516 area code; 404-0110.

23             Q      Do you have any independent

24     recollection whether or not you received and

25     made calls regarding your involvement in this

13

Inspector Edmund Horace

2  case on that number as well?

3      A      I believe so.

4      Q      Just real quickly.  Is there any

5  reason, in particular, that you've been issued

6  two numbers?

7      A      One number is a regular cell

8  phone.  And the over number was a Blackberry

9  with a cell phone.

10      Q      The distinction being that the --

11  one of the numbers is -- the 404-0110 is the

12  Blackberry?

13      A      Yes.

14      Q      You can just text and e-mail and

15  those things kind of things?

16      A      Yes.

17      Q      So, for example, when you said

18  you received an e-mail at 4:00 a.m., that was

19  on your Blackberry?

20      A      Yes.

21      Q      Other than the evening in

22  question going into the following day when you

23  eventually left the Second Precinct --

24          MR. FERGUSON:  He didn't leave

25      the Second Precinct the following day.

14

Inspector Edmund Horace

1          I have to object.

2          Q     Let me ask you this.  Generally,

3     can you tell me how long you were involved in

4     the case on February 27, 2011 -- when did you

5     involvement end?

6          A     I think it was about -- around

7     9 o'clock in the morning.  -- is when it ended

8     -- 9 or 9:30 in the morning.

9               MR. GRANDINETTE:  I hate to do

10              this to you --

11              MR. FERGUSON:  On February 27th?

12              THE WITNESS:  On February 27th.

13              MR. GRANDINETTE:  I just have to

14              go pick up the deposition book.  I'll be

15              right back.

16         Q     At 9 o'clock in the morning,

17    where were you when your involvement ended?

18         A     I was leaving that Precinct.

19         Q     The Second Precinct in Suffolk.

20         A     I think I was at.  The Precinct I

21    was at.  I'm not sure of the Precinct number.

22         Q     Now, since the date of the

23    incident after leaving at 9 o'clock or

24    thereabouts the Second Precinct in Suffolk

1          Inspector Edmund Horace

2     County, did you make any telephone calls

3     concerning this case?

4          A     I think the last phone call I

5     made was to the guy that had the duty after

6     me -- just a briefing, and that was it --

7     about that time.

8          Q     That would be on or about the

9     27th, then?

10         A     It would be on the 27th.

11         Q     After the 27th, you're confident

12    to today's date you never made another phone

13    call concerning this case?

14         A     No.

15         Q     Same question with respect to

16    correspondence.  Did you write or receive any

17    correspondence concerning is case after your

18    involvement ended about 9:00 a.m. on the 27th?

19         A     No.

20         Q     Same thing with the e-mails.  Did

21    you receive or did you send any e-mails

22    regarding this case?

23         A     No.

24         Q     That is, of course, with the

25    singular exception that -- we both realize

16

1                    Inspector Edmund Horace

2    that you were interviewed by IAP, right?

3           A      Correct.

4           Q      So, in between 9 o'clock in the

5    morning leaving the Second Precinct and your

6    interview with IAB, you've had absolutely no

7    police contact -- you've had no contact with

8    any law enforcement official from Nassau

9    County, orally, via telephone, in writing,

10   e-mail, or correspondence, correct?

11          A      Correct.

12          Q      I know that's a mouthful.  I'm

13   trying to save some time.

14                 I would ask you the same question

15   in an even broader sense with respect to the

16   Suffolk County Police Department.  Did you

17   ever have any communication after leaving the

18   Second Precinct on February 27, 2011, on or

19   about 9:00 a.m. with any member of the Suffolk

20   County Police Department?

21          A      No.

22          Q      Were you ever interviewed by any

23   other Suffolk County Police IAB unit?

24          A      No.

25          Q      Same topic.  Communication with

17

1                    Inspector Edmund Horace

2     Suffolk County Police Officers -- and we will

3     get into more detail with that.

4               By police officer, I'm including

5     every rack in the chain of command up to the

6     Commissioner of Police.  Okay?  When I use

7     that term, I use it loosely.

8               Did you have any written

9     communications regarding your involvement in

10    this case, either correspondence or e-mail on

11    the 27th with any member of the Suffolk County

12    Police Department?

13        A      No.

14        Q      How about this telephone

15    communication?

16        A      No.

17        Q      Was your communication, then,

18    with the Suffolk County Police Department and

19    its membership limited to the 27th, and was it

20    limited to oral communication?

21        A      Yes.

22        Q      Personal background.  Could you,

23    very briefly, sir, just tell me a little bit

24    about your personal background; are you

25    married with children?

18

1                     Inspector Edmund Horace

2          A        Married; two grown sons.

3          Q        Your educational background?

4          A        I have a Bachelor's degree in

5     business, MBA from St. John's University.

6          Q        You said a Bachelor's?

7          A        Bachelor's in science.

8     Bachelor's of Science in Business

9     Administration and MBA -- Master in business

10    administration at St. John's.

11         Q        When did you graduate with your

12    MBA?

13         A        Mid 90s -- 95.

14         Q        Any military service?

15         A        I was in the Marine Corps.

16         Q        From when to when?

17         A        71 through 73.

18         Q        Honorable discharge?

19         A        Yes.

20         Q        Thank you for your service.

21                  Volunteer firefighter, ever?

22         A        Years ago.  Many years ago.

23         Q        Where?

24         A        South Hempstead Fire Department.

25         Q        Were you ever an EMT?

19

1                   Inspector Edmund Horace

2          A        Many years ago.

3          Q        Certified?

4          A        It's been lapsed for many years.

5          Q        Can you give me a guesstimate;

6     when you say many years ago --

7          A        In the 90s.

8          Q        Did you ever hold any other job?

9     I'm not talking about when you were a kid and,

10    you know, even working your way through

11    college.  But, other than a member of Nassau

12    County Police Department?

13         A        Yes.

14         Q        Starting at that point, could you

15    bring me to when you started with the PD and

16    then briefly let's go through your promotional

17    career history?

18         A        Start out in the New York City

19    Police Department; November of 1973 I started.

20         Q        Okay.

21         A        Came out here in January of 79.

22         Q        So, did you attend when you made

23    that transfer -- first of all when you came

24    out here in 79 -- when you left NYPD, were you

25    a patrolman?

Inspector Edmund Horace

1

2          A          Yes.

3          Q          You started here as a patrolman?

4          A          Yes.

5          Q          Did you go to NYPD academy?

6          A          Yes.

7          Q          Did you re-train at the Nassau

8  County PD academy?

9          A          Yes.

10         Q          Six months?

11         A          Close -- five months.

12         Q          Please, continue from January of

13  79?

14         A          After I got out of the academy, I

15  was a police officer in the Fourth Precinct

16  starting around May of 79.

17         Q          Okay.

18         A          I made Sergeant, I believe, 87.

19         Q          Okay.  Was that as a result of

20  taking the civil service test?

21         A          Yes.

22         Q          What Precinct were you assigned

23  as a Sergeant?

24         A          I was briefly assigned to the

25  Sixth Precinct.

21

Inspector Edmund Horace

1          

2           Q      Yes.

3           A      For about 3 or 4 months.

4               Then I was reassigned to the

5 communications bureau as a Sergeant.

6           Q      How long did you remain there?

7           A      In the communications bureau, I

8 was probably on and off for a lot of my

9 career.

10         Q      Then, were you simply promoted

11 within that bureau to different ranks leading

12 up to your assignment as Chief?

13         A      Yes.

14         Q      If we could, from 87 to today.

15         A      I believe about 1992 I made

16 lieutenant.

17         Q      At that time you were with

18 communications?

19         A      Yes.  I was involved with a

20 special project.  My expertise is in

21 technology.  I've been involved with

22 technology for quite a few years.  So, 87, I

23 was just starting with a computer dispatch

24 project -- I'm sorry -- 92 -- computer aided

25 dispatch project in CB.  So, I made lieutenant

22

1              Inspector Edmund Horace

2     and I stayed there in 1992.

3              Around the year 2000 as a

4     lieutenant, I went back to the Fourth Precinct

5     as a lieutenant.

6          Q      Okay.

7          A      And year 2003, I believe, I made

8     Captain.  I went back to the communications

9     bureau as a Captain in 2003.

10         Q      Okay.

11         A      I think I was a Deputy CO there.

12              2004, I made Deputy Inspector.  I

13    stayed in CB.  There, I was very much involved

14    with a lot of technology projects.  I was

15    involved with rolling out a new radio system

16    that we went live with.  Another computer

17    aided dispatch system, records management

18    system.  And, also, I'm involved with --

19    another major special project was -- we moved

20    our communications bureau to -- new public

21    safety center in Westbury.

22              I was involved with a lot of high

23    level special projects from around that time

24    almost until about a year or so ago.

25         Q      A year or so ago meaning --

23

1          Inspector Edmund Horace

2      A      What did I say 2003?

3      Q      You said --

4      A      I was a Deputy Inspector.

5      Q      You said 2004.

6      A      Okay.

7              I think around 2007 I made

8  Inspector.  I was still involved with major

9  projects.  Somewhere during that time, I think

10 I was no longer Deputy CD.  Involved with the

11 other projects.  I forget when that ended.  In

12 2007 or 2008 I was the Commanding Officer at

13 the Information Technology Bureau, which is

14 our IT center in the Police Department, as

15 well as special projects coordinator for all

16 these projects.

17     Q      What year was that?

18     A      Around 2008, I believe.

19     Q      Would it be fair to say that's

20 the title you held on February 27, 2011?

21     A      Yes.  I was an Inspector.

22     Q      Captain, Deputy Inspector and

23 Inspector were promotions as opposed to civil

24 service tests, correct?

25     A      Captain is civil service test.

24

1          Inspector Edmund Horace

2     Deputy Inspector and Inspector are promotions.

3          Q      From the Commissioner of Police?

4          A      Yes.

5                 I made Chief last spring.

6          Q      2012?

7          A      Deputy Chief.

8          Q      That was after this event.

9                 Now 2012 you were appointed

10    Deputy Chief by which Commissioner?

11         A      Current Commissioner.

12         Q      Who is that?

13         A      Commissioner Daly.

14         Q      The prior commissioner in 2007?

15         A      Mulvey, I believe.

16         Q      As an inspector holding the title

17    of Chief of the Communications Bureau on

18    February 27th, 2011, did part of your

19    duties --

20                MR. FERGUSON:  Was that the IT

21         Bureau or the Communications Bureau?

22                THE WITNESS:  I was the

23         Commanding Officer of ITU at that time.

24         Q      On that date and at that time,

25    did part of your duties encompass being

25

1          Inspector Edmund Horace

2     assigned to the Deadly Force Response Team?

3          A     I don't know how to answer that

4     question.

5                MR. FERGUSON:  If you can't

6          answer it, you can't answer it.

7          A     I had County duty that night; is

8     that what you mean?

9          Q     No.

10               Based upon your position and

11    given your title, did part of your duties and

12    responsibilities include being assigned to a

13    unit called the Deadly Force Response Team?

14         A     On that night, I had County duty.

15    Once a month you get County duty as a Deputy

16    Inspector/Inspector.  I had County that night.

17    I was on what we call County duty.

18         Q     What does that mean?  What are

19    you were duties and responsibilities as a

20    Deputy Inspector or Inspector when you're on

21    County duty?

22         A     If something happens, you might

23    get a phone call depending on how serious it

24    would be.  That was the phone call I got.

25         Q     Had you ever received any

1                   Inspector Edmund Horace

2      training with respect to duties and

3      responsibilities to participate in something

4      called a Deadly Force Response Team prior to

5      February 27th, 2011?

6                   MR. FERGUSON:  You mean other

7            than all his police training?

8                   That's why --

9                   MR. GRANDINETTE:  Mike, if you

10           have an objection, say you object.

11                  MR. FERGUSON:  I have an

12           objection.

13                  Are you talking about something

14           specific?

15                  MR. GRANDINETTE:  State your

16           objection.

17                  MR. FERGUSON:  You're cutting me

18           off.  I don't know if the record is

19           clear.

20                  I'm saying -- are you asking for

21           specific training for that, other than

22           all his police training?

23                  MR. GRANDINETTE:  Okay.  Your

24           objection is noted.

25                  Could you please read back the

27

1          Inspector Edmund Horace

2     question.

3               (Whereupon, the last question was

4          read back by the court reporter.)

5               MR. FERGUSON:  Note my objection.

6     A     I received some sort of an

7     overview of what a Deadly Force team is all

8     about.

9               I don't understand what you mean

10    by training.

11    Q     When did you receive this?  How

12    would you describe it?  What would you call

13    it?

14    A     I wouldn't remember when I

15    received it, but there are executive

16    briefings, periodically.  I wouldn't remember

17    when I got it or anything like that.

18    Q     So, you believed that you may

19    have received some information as opposed to

20    training, or was it information and training

21    on a unit called the Deadly Force Response

22    Team?

23    A     It was information.

24    Q     So, when you say "Information,"

25    was that information that was printed -- that

28

```
 1                Inspector Edmund Horace
 2   was disseminated to you and other Deputy
 3   Commissioners or Inspectors?
 4        A     I don't remember.
 5        Q     When you had a formal training,
 6   sir, in the course of your very lengthy and
 7   decorated career, would it be routine for you
 8   to have -- the Police Department to keep a
 9   record of that?
10        A     I believe so.
11        Q     I'll show you what has been
12   marked as Plaintiff's Exhibit -- it hasn't
13   been marked, yet.  I ask you to take a look at
14   --
15             MR. GRANDINETTE:  If I could have
16        this marked as Plaintiff's Exhibit 11.
17             (Plaintiff's Exhibit 11 marked)
18        Q     If you could just flip through
19   this.  Would it be fair to say that this
20   Document reflects your training, topic, the
21   title, and the date?
22        A     I wouldn't know.
23        Q     Okay.
24             Let's take a second.  Look at the
25   top.  It says member.  It says Edmund J.
```

29

                    Inspector Edmund Horace

1

2      Horace, correct?

3           A      Yes.

4           Q      Is that your correct ID and

5      shield number?

6           A      Yes.

7           Q      Now, looking at this -- starting

8      with June 2nd, 2011, it has executive

9      briefing -- that's something that you had just

10     mentioned; that you might have received

11     training or reading materials in executive

12     briefing, right?

13          A      Yes.

14          Q      Is that an actual example of what

15     you just testified to shortly before?

16                 MR. FERGUSON:  Objection.

17          Q      About an executive briefing.

18                 MR. FERGUSON:  Do you understand

19          what he is asking?

20                 THE WITNESS:  Not really.

21          Q      You said, earlier, that had you

22     might have received some information in

23     written form about a Deadly Force Response

24     Team.  And you're not sure if you did, when

25     you did.  It could have been in the form of an

30

1                    Inspector Edmund Horace

2     executive briefing, which you received from

3     time to time, correct?

4          A     I said from time to time I get

5     executive briefing.  I don't remember saying

6     anything about a written form.

7          Q     At any rate, what I'm asking you

8     is the very first training record on this --

9     of you contained in this document -- says on

10    June 2, 2011 you were in an executive briefing

11    regarding RMS overview, correct?

12         A     Yes.

13         Q     My simple question to you is --

14    this is an example of you having the Nassau

15    County Police Department keeping a record -- a

16    written record -- of you being involved in

17    this type of executive briefing, right?

18               MR. FERGUSON:  Note any

19          objection.  Which type of executive

20          briefing are you talking about?

21         Q     Did you understand my question or

22    no?

23         A     No, I don't understand it.

24         Q     Did you go to an executive

25    briefing for RMS overview?

31

1                       Inspector Edmund Horace

2          A       I wouldn't remember.  I can't

3     remember whether or not I went to that.

4          Q       Do you have any reason to dispute

5     that your training record identified here as

6     Plaintiff's Exhibit 11 provided to me by the

7     County of Nassau is inaccurate?

8                    MR. FERGUSON:  What is your

9              question?  Is this accurate or

10             inaccurate?  He says he doesn't know.

11         Q       I'm asking you, do you have any

12    reason to believe that this is inaccurate --

13    your training record?

14         A       I don't know.

15         Q       Do me a favor, then.  Take a

16    couple of minutes.  Go through it from start

17    to finish, and tell me -- after you review it

18    -- if you believe it might be inaccurate?

19                   MR. FERGUSON:  He said he didn't

20             know.

21                   MR. GRANDINETTE:  I understand

22             that.  I'm asking him, now, to look at

23             it.

24         A       Okay.

25         Q       Having reviewed it, I'll ask you

1           Inspector Edmund Horace

2      again.  Do you have any reason to believe that

3      that document may be inaccurate?

4           A       It may be inaccurate?

5           Q       Right.

6           A       I wouldn't know whether it's

7      inaccurate or inaccurate.

8           Q       Why wouldn't you know whether

9      it's accurate or inaccurate?

10               MR. FERGUSON:  Note any

11           objection.

12           Q       Is there anything in there that

13      suggests to you that it doesn't accurately

14      reflect what your training has been?

15               MR. FERGUSON:  Arguing with the

16           witness over something he doesn't know.

17           A       All it shows me is a list of

18      courses and my name on top.  I don't know

19      whether it's accurate or inaccurate.

20           Q       Would you agree with me having

21      reviewed it that there is no record of you

22      having either an executive briefing or any

23      other form of training -- being trained with

24      respect to a Deadly Force Response Team?

25           A       I don't know if there's a record.

33

Inspector Edmund Horace

1   Q      Do me a favor.  Look at it,

2   again, briefly.  See if there's anything in

3   there that reflects a training for a DFR or

4   Deadly Force Response Team.

5   A      I see nothing there with respect

6   to Deadly Force Response Team.

7   Q      With respect to --

8   A      It doesn't say it.  I don't see

9   the words Deadly Physical Force Response Team

10  in this.

11  Q      Do you see any title that would

12  reflect training in what you know to be Deadly

13  Physical Force Response Team?

14  A      I wouldn't know.

15  Q      Looking at the date April 13,

16  2010, it looks like you received .5 credit

17  hours of off-duty encounters training.

18  A      Yes.

19  Q      Do you recall that training?

20  A      No.

21  Q      Do you recall anything at all

22  about that training?

23  A      No.

24  Q      Looking at November 18, 2003,

34

Inspector Edmund Horace

1   Police Ethics and Motivation; do you recall

2   anything about that training?

3       A       No.

4       Q       Looking at the second page -- the

5   date of 3/19/2002, a 31 1/2 hour course in

6   supervisory in-service training; do you have

7   any recollection of that?

8       A       No.

9       Q       Looking at 12/1/2001, a half

10  credit hour in peer support, and again on

11  11/12/2001, a month earlier, a half an hour

12  of .5-hour course in peer support; do you have

13  any recollection of those training courses?

14      A       No.

15      Q       On page 3 at 5/9/2001, a half

16  credit hour training in Miranda warnings; do

17  you have any recollection of that training?

18      A       No.

19      Q       Now, what I'd like to ask you to

20  do is take a look at, now, sir is what will be

21  marked as Plaintiff's Exhibit Number 12.

22              (Plaintiff's Exhibit 12 marked)

23      Q       Sir, this exhibit is also Bates

24  stamped for the record, 207 through 210.

35

1                           Inspector Edmund Horace

2      You'll see that I've highlighted sections.

3      I'd like to review the highlighted section

4      with you.

5               MR. FERGUSON:  When you say Bates

6            stamped; that 207 to 210; those are the

7            pages from the Internal Affairs report.

8               MR. GRANDINETTE:  Correct.

9               MR. FERGUSON:  That's not a Bates

10           stamps.  It's just a number from the

11           Internal Affairs report.

12              MR. GRANDINETTE:  I'm referring

13           to that.

14              MR. FERGUSON:  Okay.  I didn't

15           know -- I thought Bates stamps was a

16           specific thing.  But, this is not a

17           Bates stamp.

18              MR. MITCHELL:  In other words,

19           that's page 207 through --

20              MR. GRANDINETTE:  Page 207

21           through 210.

22              MR. MITCHELL:  Bates stamps are

23           things that you put on.

24              MR. FERGUSON:  That's all right.

25              MR. GRANDINETTE:  So, we're all

36

1                    Inspector Edmund Horace

2          clear, it's got stamped numbers on it.

3          Q      Have you ever seen this document

4    before?

5          A      Yes.

6          Q      When?

7          A      Just last week.

8          Q      Under what circumstances?

9          A      I discussed it with my attorney.

10         Q      Don't tell me what you said with

11   your attorney.  Prior to last week, do you

12   recall seeing it?

13         A      I don't recall.

14         Q      Did you ever receive any training

15   with respect to these specific pages?

16         A      I don't recall.

17         Q      Now, this appears to be -- would

18   you agree with me -- a department procedure --

19   a written departmental procedure issued by

20   Acting Commissioner Thomas C. Krumpter on

21   August 5, 2011?

22         A      Yes.

23         Q      If we look at what says Policy --

24   and you read along with me -- it says "The

25   policy of the Police Department is to conduct

37

Inspector Edmund Horace

1    administrative investigations of incidents

2    involving the use of deadly physical force by

3    members of the department.  The Deadly Force

4    Response Team has been established as part of

5    the administrative response to these

6    incidents, correct?

7            A       Correct.

8            Q       The purpose of this

9    administrative procedure, it says, is to

10   establish procedures for the administrative

11   response to deadly physical force incidents

12   involving members of the department, correct?

13           A       Correct.

14           Q       Then definitions -- it defines

15   the Deadly Physical Response Team as a team

16   established to respond to incidents involving

17   the use of deadly physical force by a member

18   of the department in order to gather

19   information for an administrative report to

20   the Commissioner of Police, correct?

21           A       Correct.

22           Q       It says the Duty Chief will be

23   designated as the team coordinator and will

24   determine the level of response as to one of

38

1              Inspector Edmund Horace

2      the following, correct?

3            A      Correct.

4            Q      It outlines a full-team response

5      as a Deputy Chief, an administrative officer,

6      or Deputy Inspector, a Commanding Officer from

7      the police academy or his designee, and a

8      supervisor from the homicide bureau, correct?

9            A      Correct.

10           Q      So, apparently, you would agree

11     with me, that the purpose of this

12     administrative guideline is to gather

13     information for an administrative report to

14     the Commissioner of Police?

15           A      Yes.

16           Q      It certainly is a very very

17     serious subject matter because it involves the

18     use of deadly physical force by a member of

19     the Police Department, right?

20           A      Yes.

21           Q      It defines deadly physical force

22     as a means of physical force, which under the

23     circumstances in which it was used is readily

24     capable of causing death or causing serious

25     physical injury, correct?

39

Inspector Edmund Horace

1      A      Yes.

2      Q      In this case, we know that there

3  was a discharge of five rounds from Police

4  Officer DiLeonardo's gun into the windshield

5  of the car occupied by two civilians, which

6  clearly falls within this category as a means

7  of force, which under the circumstances is

8  capable of causing death or serious physical

9  injury, correct?

10             MR. FERGUSON:  Just a correction.

11        There wasn't five rounds into the

12        windshield.

13             MR. GRANDINETTE:  There were five

14        rounds and the gun discharged -- three

15        of which entered the car.

16     Q      Irrespective of the specifics,

17  are we in agreement -- would you agree with me

18  that the incident on February 27, 2011, fell

19  within -- clearly the definition of deadly

20  physical force?

21     A      I don't remember how many rounds.

22  But, yes.

23     Q      You shoot a gun and this is the

24  kind of circumstance we're talking about,

40

1                        Inspector Edmund Horace

2        right?

3               A      Yes.

4               Q      Now, according to this

5        administrative guideline, there could be a

6        full-team response or limited team response,

7        right?

8               A      Yes.

9               Q      In this particular instance,

10       there was a full-team response, correct?

11              A      Yes.

12              Q      Now, if you would turn to page

13       209 and go to section B.

14                     MR. FERGUSON:  Page 3.

15              Q      It's under B.  It's highlighted

16       for you.  It says "Incidents occurring within

17       New York City, Suffolk County, or Westchester

18       County.

19                     You would agree with me that the

20       preceding pages give a specific procedure for

21       incidents which happen within the County of

22       Nassau.  And then if we flip to page 209

23       subdivision B, it gives specific procedural

24       direction for incidents occurring within the

25       County of Suffolk, correct?

41

Inspector Edmund Horace

2       A     Yes.

3       Q     On the night in question, you
4 didn't have any -- you don't recall any
5 specific training or have any specific
6 knowledge of these procedural guidelines,
7 correct?

8       A     I did not have specific
9 knowledge.

10      Q     So, would it be fair to say,
11 then, that you didn't know what your duties
12 and responsibilities, procedurally,
13 pursuant to this administrative order?

14              MR. FERGUSON:  Note my objection.

15      A     Can you say that, again?

16      Q     Sure.  Because you weren't
17 familiar with them, then you didn't know what
18 your administrative duties and
19 responsibilities were pursuant to this order?

20              MR. FERGUSON:  Note my objection.

21      A     My duties, according to this
22 order, were to assist the Duty Chief.

23      Q     At the time that you responded,
24 you weren't familiar with this administrative
25 order, correct?

42

1                   Inspector Edmund Horace

2              MR. FERGUSON:  Note my objection.

3         A       No.

4         Q       It would be fair to say, then,

5    since you weren't familiar with it, you didn't

6    know what your duties and responsibilities

7    were pursuant to the terms of this

8    administrative order?

9              MR. FERGUSON:  Note my objection.

10        A       My duties were to take directions

11   as the Duty Chief.

12        Q       Would it be fair to say that

13   because you weren't familiar with this

14   administrative order you didn't have any

15   personal knowledge about what your duties and

16   responsibilities were pursuant to this

17   specific administrative order?

18              MR. FERGUSON:  Note my objection.

19              Logically, what you're saying

20         doesn't follow.  You don't have to have

21         read that to know that --

22              MR. GRANDINETTE:  Mike, please.

23              MR. FERGUSON:  I'm trying to put

24         my objection on the record.

25              He knew what his duties were.

43

Inspector Edmund Horace

1    MR. GRANDINETTE:  Don't make
2    speaking objections.
3    MR. FERGUSON:  The reason I'm
4    stating my objection is because you're
5    logically -- your question is logically
6    flawed.
7    MR. GRANDINETTE:  Sir, could you
8    step out for a minute?
9    MR. FERGUSON:  Ask a question.
10   Q    So, you acknowledge that you
11   weren't familiar with the administrative
12   order, right?
13   A    I didn't have it in front of me
14   to read it.
15   Q    And you hadn't read it prior to
16   this time?
17   A    I don't remember if I read it
18   prior to this.
19   Q    You didn't have any knowledge of
20   what the order required you to do, right?
21   MR. FERGUSON:  Note my objection.
22   A    I had an idea, but not specific
23   knowledge.
24   Q    Because you didn't have specific

44

Inspector Edmund Horace

1  knowledge, would it be fair to say that you

2  weren't familiar with the duties and

3  responsibilities of the written order?

4  MR. FERGUSON:  Note my objection.

5  A    Yes.

6  Q    Since that time, you've had an

7  opportunity to read it, right?

8  A    Yes.

9  Q    Would it be fair to say that at

10  this juncture you're familiar and comfortable

11  with the administrative duties and

12  responsibilities of the Deadly Force Response

13  Team?

14  A    Yes.

15  Q    If we look at the first section,

16  it says "The member of the department.  The

17  member of the department holds an obligation

18  to notify his desk officer when he's used

19  deadly physical force, right?

20  MR. FERGUSON:  Where are you

21  reading, now?

22  MR. GRANDINETTE:  B-1.

23  MR. FERGUSON:  Which page are we

24  on?

45

1          Inspector Edmund Horace

2              MR. GRANDINETTE:  Page 209.

3              MR. FERGUSON:  I thought we were

4      on 207.

5              MR. GRANDINETTE:  209 B-1.

6        Q      These are the regulations or the

7      administrative guidelines for incidents

8      involving the use of deadly force in Suffolk

9      County.

10              MR. FERGUSON:  This is the

11          procedure.  That's what you're reading.

12          Procedure.  Go ahead.

13        A      Okay.

14        Q      Number 1, you would agree with me

15      that the member of the department is to notify

16      the Precinct that he used deadly force -- he

17      is or she, right?

18        A      That's what it says.

19        Q      Thereafter, the desk officer

20      assigns a caretaker supervisor to respond and

21      assume responsibility of the primary care of

22      the members involved, correct?

23        A      Yes.

24        Q      It says, "Note:  The caretaker

25      supervisor should be a supervisor from the

46

1                    Inspector Edmund Horace

2      member's division, if one is available,

3      correct?

4            A      Yes.

5            Q      If the incident involves the

6      discharge of a firearm -- as it did here --

7      the desk officer assigns a supervisor to

8      respond, correct?

9            A      Yes.

10           Q      Now, in this particular case, we

11     know that DiLeonardo did, in fact, call the

12     Third Precinct to notify his command, and his

13     command thereafter notified Sergeant Marinaci,

14     who responded, a Sergeant from the Third

15     Precinct, correct?

16           A      Marinaci was the caretaker.

17           Q      Marinaci was the assigned

18     caretaker supervisor from the third Precinct,

19     correct?

20                 MR. MITCHELL:  He just said that.

21           A      Correct.

22                 (Plaintiff's Exhibit 13 marked)

23                 MR. MITCHELL:  Tony, with stuff

24           like this -- something that you marked

25           before -- you're going to mark it,

47

```
1            Inspector Edmund Horace
2        again -- like a new marking for this
3        depo.  Didn't you mark that one?
4             MR. GRANDINETTE:  No.  This is
5        the Huntington Hospital.  The other one
6        was the crime scene.
7             MR. MITCHELL:  All right.
8        Thanks.
9        Q     If you look, sir, at the entry
10   that I highlighted there at 0205 -- I'm sorry,
11   0211.  There is an entry on the crime scene
12   log from 270 Park Avenue, Huntington Hospital,
13   ER entrance, of Tom Marinaci, Sergeant from
14   the Third arriving at the hospital, right?
15       A     Yes.
16       Q     So, that would be -- under these
17   administrative guidelines, he is the caretaker
18   supervisor?
19       A     Yes.
20       Q     Then, shortly after that, the
21   next entry, 0251, approximately 40 minutes
22   later, you sign in, Edmund Horace, Inspector
23   Nassau County PD?
24            MR. FERGUSON:  He didn't sign it.
25       Objection.
```

48

Inspector Edmund Horace

1    Q    Your arrival is documented by a
2
3    member of the Suffolk County Police
4    Department, right?

5    A    Yes.

6    Q    So, I'm assuming that when you
7    arrived, you identified yourself.  They asked
8    you for your name, your title, and they
9    recorded that information?

10            MR. FERGUSON:  Note my objection.
11        Unless he knows that.

12            MR. MITCHELL:  Objection.

13    Q    Can you tell me what happened
14    when you arrived, briefly, with respect to
15    your identifying yourself, if at all?

16    A    I don't entirely remember.  But,
17    I do rememberer speaking to someone from
18    Suffolk County.  I would imagine he wrote my
19    name.

20            MR. MITCHELL:  I object to the
21        question and the answer.  Speculation.

22    Q    Now, getting back to this B-4 --
23    the supervisor responds to the scene, and then
24    he is to notify the police communication shift
25    supervisor to contact the DFR team

```
                                                    49
1                 Inspector Edmund Horace
2        coordinator, correct?
3             A      Correct.
4                  MR. FERGUSON:  Where?
5                  MR. GRANDINETTE:  B-4.
6                  MR. FERGUSON:  So, you're saying
7           the supervisor does that?
8                  MR. GRANDINETTE:  I'm reading
9           this administrative rule.
10                 According to this, the caretaker
11          supervisor notifies police
12          communications shift supervisor to
13          contact the Deadly Force Response Team
14          coordinator; that's what this says,
15          right?
16                 MR. FERGUSON:  Where does it say
17          that?
18                 MR. GRANDINETTE:  B-4.
19                 MR. FERGUSON:  Caretaker
20          supervisor begins at B-5.
21                 MR. GRANDINETTE:  Okay.
22            Q      Do you see B-4?
23            A      B-4.  Okay.
24            Q      There is a notification to be
25        made to the police communications shift
```

50

1                 Inspector Edmund Horace

2     supervisor, right?

3          A       I think -- what B-4 says is that

4     the desk Officer notifies police

5     communications supervisor to contact Deadly

6     Physical Force -- is that what you're saying?

7          Q       Right.

8          A       Yes.

9          Q       That's, in fact, how you were

10    contacted, right?

11         A       (No response)

12         Q       Eventually, you received a phone

13    call from your Chief?

14                 MR. FERGUSON:  From who?

15         Q       Didn't you testify, earlier, you

16    received a call from --

17         A       I received a phone call from the

18    operations desk supervisor.  I called Chief

19    Hannon.

20                 The reason why I called her is

21    because I notified her of the shooting, and we

22    needed a Deadly Physical Force Response Team

23    to be activated.  I called her.

24                 She is the Chief on duty.  She is

25    the one that makes a determination whether

51

Inspector Edmund Horace

1  Deadly Physical Force Team responds as per

2  this order.  That's how it was initiated.

3      Q      Let's talk for a second before we

4  get to your involvement.

5          You see where it says "caretaker

6  supervisor," number 5?

7      A      Yes.

8      Q      It outlines what the caretaker

9  supervisor's duties are.  And we said that

10  Timothy Marinaci, who was the caretaker

11  supervisor in this case in regulation 5 --

12  procedure 5 says that he responds and assumes

13  responsibility for the primary care of the

14  member involved, including any of the

15  following:  Medical treatment, peer support,

16  and critical incident stress management,

17  right?

18      A      That's what it says, yes.

19      Q      You had training in peer support

20  based upon Plaintiff's Exhibit 11, right --

21  your training record?

22      A      I just said I don't remember the

23  training I had on that.

24      Q      Then it says that, 6, the

52

Inspector Edmund Horace

1  caretaker supervisor stays with the members

2  involved and explains to him the procedure to

3  be conducted, correct?

4

5          A       Yes, that's what it says.

6          Q       Do you know whether or not

7  Sergeant Marinaci did that?

8          A       I don't know.

9          Q       Do you know if he took the

10  primary care of DiLeonardo and Bienz with

11  respect to their medical treatment, peer

12  support, and critical incident stress

13  management?

14               MR. FERGUSON:  Note my objection.

15          A       I don't know.

16          Q       Now, the police communications

17  supervisor notifies the DFR team coordinator,

18  right?  And you said in this case you received

19  a telephone call.  Let's talk about what you

20  did after you got that call at about 1:30 in

21  the morning.

22               MR. FERGUSON:  He didn't say it

23          was 1:30 in the morning.

24          Q       What time did you receive the

25  call?

53

Inspector Edmund Horace

1

2          MR. FERGUSON:  He already said

3     about 1:50

4          A     I think it was around 1:50.

5          Q     What do you do?

6          A     I got a phone call.  I believe I

7     got a phone call to call the Third Precinct

8     supervisor.  I believe I did that.  And then I

9     notified of the off-duty shooting incident at

10    Huntington Hospital.

11         Q     In response to receiving that

12    phone call, what is it that you did?

13         A     I got out of bed.  I was

14    sleeping.  I got out of bed.  Got myself

15    ready.  I started -- got into my car.  I don't

16    know.  I got dressed and cleaned up.  And I

17    started to respond to the hospital.

18         Q     When you respond to the

19    hospital -- don't tell me your address -- but,

20    what town were you in -- how close were you to

21    the hospital?

22         A     I was in Rockville Centre.

23         Q     So, it's a bit of a drive to

24    Huntington Hospital from Rockville Centre?

25         A     Yes.

54

Inspector Edmund Horace

1   Q       Did you activate emergency lights

2

3   or sirens, or did you just drive out?

4   A       I don't remember.

5   Q       Looking at the time that you

6   logged into the hospital, does it make sense

7   to you that you would have arrived there at

8   2:51, about an hour after receiving the call?

9   A       About an hour.

10  Q       In between that hour, who did you

11  communicate with?

12  A       I called the Duty Chief -- Chief

13  Hannon -- to tell her that I was -- that I got

14  the phone call for an off-duty incident and

15  explained to her.  And she -- I believe she

16  said she was going to make, you know, bring up

17  the chain of command, which is part of our

18  protocol, and probably respond there.  And I

19  believe she said she was going to activate the

20  Deadly Physical Force Team.

21  Q       So, as the result of her telling

22  you that you expected other people to respond

23  to the scene?

24  A       Yes.

25  Q       Now, let's look at number 9, B-9

55

1                    Inspector Edmund Horace

2        team coordinator.  Okay.  Are you with me?

3              A       B-9.

4              Q       It says the team coordinator

5        communicates with the desk officer and

6        determines the response of the DFR team based

7        upon the following:  A full team response if

8        the incident involves a member of the

9        Department discharging a firearm causing

10       serious physical injury, right?

11             A       Yes.

12             Q       Or death.  In this case, there

13       was a full time response, right?

14             A       Yes.

15             Q       According to this, under number

16       10, the team coordinator advises the desk

17       officer who's going to respond.  And in this

18       specific case, you weren't involved with those

19       communications; you just spoke to -- you were

20       told to respond, and you did, correct?

21             A       Yes.

22                     MR. MITCHELL:  Object to the

23             form.  Number 10 talks about incidents

24             not involving the discharge of firearms.

25             I don't know if it was a preamble to the

56

Inspector Edmund Horace

1      question you wanted to ask him.  But,

2

3      you talked about number 10.

4            It says address the desk officer

5      as to who will respond for other

6      incidents.  It says italicized not

7      involving a discharge of firearms.

8            MR. GRANDINETTE:  Let's start

9      again.

10      Q      You, basically, get to the

11      hospital at -- an hour after receiving the

12      call, correct?

13      A      Yes.

14      Q      2:51.  You're on notice,

15      having spoken with your superior that there's

16      a full Deadly Force Response Team, but you

17      don't know who's going to make up that team at

18      this moment, right?

19            MR. FERGUSON:  Which moment are

20            you talking about?

21      Q      When you're driving to the

22      hospital.  You're on your way; you get to the

23      hospital.  you know there's going to be a full

24      response, but you don't know who's involved

25      yet, right?

57
                    Inspector Edmund Horace

1

2        A        No.

3        Q        There comes a point in time where

4    you learned who else responded.  We'll get to

5    that.

6              Upon your arrival, you're not

7    sure who's responding as part of the Deadly

8    Force Response Team, but you know that you are

9    and that's your responsibility, right?  That's

10   why you're driving to Huntington Hospital?

11       A        Can you say that, again?

12       Q        You're driving to Huntington

13   Hospital as part of the Deadly Force Response

14   Team?

15              MR. FERGUSON:  You need to

16          establish that at this point fifteen

17          questions after he already said that?

18       A        I drove to Huntington Hospital.

19              MR. FERGUSON:  Because you had a

20          pain in your stomach?

21       A        No.  As the on-duty Inspector.

22       Q        And as part of the Deadly

23   Physical Force Response Team?

24       A        Implicit in that, you know -- if

25   you look at the team it's comprised of

58

Inspector Edmund Horace

1    numerous people.  One of them would be the

2    Inspector.  Team leader is usually a Chief.

3                    MR. FERGUSON:  He is asking if

4            you went to the hospital because you

5            were on this team, basically.  And the

6            answer is yes, right?

7                    THE WITNESS:  Yes, I did.

8        Q      Let's look at number 14.  Under

9    number 14, it says the DFR team, 14, responds

10   to the scene and ascertains the facts

11   regarding the incident, correct?

12       A      Yes.

13       Q      That's part of your duties and

14   responsibilities to ascertain the facts

15   regarding the incident, right?

16       A      I just don't understand what

17   you're getting at with this question.

18       Q      I'm not getting at anything.

19                  Is that part of your duty and

20   responsibility; to respond to the scene and

21   ascertain the facts regarding the incident?

22       A      It's part of the Deadly Physical

23   Force Team's duties.

24       Q      You're part of that team?

59

Inspector Edmund Horace

1

2      MR. FERGUSON:  You don't know

3      that, yet?  Why are you asking the same

4      questions over and over?  You know he is

5      part of that team.  That's why he went

6      that night.  You're just wasting

7      everyone's time.

8      Q      Looking at number 15 -- part of

9  your duties is to review the facts of the

10  incident with the team coordinator, correct?

11      MR. FERGUSON:  That's what the

12      team does.

13      Q      Is that correct -- it's part of

14  your duties?

15      A      It's part of the team's duties.

16      Q      Number 16, to evaluate the

17  situation, respond to the scene, as necessary.

18      MR. FERGUSON:  As team

19      coordinator.

20      Q      That particular evening, did you

21  ever respond to the scene?

22      MR. FERGUSON:  Which scene are

23      you referring to?

24      Q      The scene where the shooting took

25  place.

60

Inspector Edmund Horace

2    A        No, I did not.

3    Q        Seventeen.  Initiates a firearm

4    discharge procedure; do you know if that was

5    done?

6    A        I don't know.

7    Q        Eighteen.  Verbally reports to

8    the Commissioner as soon as practical; do you

9    know if that was done?

10   A        I don't know.

11   Q        Nineteen.  Ensures the following:

12   The preparation of a narrative report

13   containing the initial account of the incident

14   and the delivery of the report to the

15   Commissioner before the end of the next

16   business day; do you know if that was done?

17   A        I don't know.

18   Q        Tell me what you did when you got

19   to the hospital?

20   A        I got to the hospital.  I met

21   Sergeant -- I believe, 1 or 2 of the Suffolk

22   cops there.  And they briefly told me what

23   happened.

24   Q        What did Sergeant Marinaci tell

25   you what happened?

61

Inspector Edmund Horace

1   A      He just briefly told me that, you

2   know, there was some sort of an incident.  I'm

3   not sure whether he told me or the cop that

4   was -- Suffolk County.  I'm not sure who told

5   me that there was an incident.  I forget the

6   location of the incident -- involving a

7   taxicab driver and the two officers.  It ended

8   up where I was told that the taxicab driver

9   tried to run them over.  And there were shots

10   fired.  And the actual taxicab was surrounded

11   by tape because it was a crime scene there.  I

12   walked over with the Officer.  I saw the front

13   of the taxicab.  I walked over to the side.  I

14   saw the -- one of them said to me that the

15   Officer lost his gun in the cab.  Looked

16   there.  Saw the gun.

17            I think at that point or

18   somewhere in that point someone said to me

19   that the -- the two officers were in X-ray;

20   they were being X-rayed.  So, I was outside

21   for a period of time looking at the car and

22   looking at things outside the building.

23   That's kind of it.  It's kind of a gray area.

24   Q      When you first arrived, then, at

62

1              Inspector Edmund Horace

2      approximately 0251 you recall having this

3      conversation with Sergeant Marinaci as well as

4      two members of the Suffolk County Police

5      Department?

6           A      I don't remember how many

7      members.

8           Q      Can you tell me the members of

9      the Suffolk County Police Department; were

10     they in uniform or were they in plain clothes?

11          A      I believe they were in uniform.

12          Q      When you had the reason with

13     Marinaci, were they there the entire time?  In

14     other words, it was a conversation between you

15     and these other officers?

16          A      I don't remember.

17          Q      Did you first have a conversation

18     with Marinaci and then have a separate

19     conversation with these officers from Suffolk?

20          A      I know the first person I talked

21     to was Marinaci.

22          Q      How much information did Marinaci

23     communicate to you?

24          A      Not much other than what I just

25     said.  Very little.

63

                        Inspector Edmund Horace

1

2          Q       What you just said was there was

3     an incident involving two Nassau County

4     off-duty cops and a taxicab, right?

5          A       Yes.

6          Q       You said, according to Marinaci

7     that the cab accelerated and the -- at the one

8     of the officers and he shot in response?

9                 MR. FERGUSON:  Note my objection.

10         Q       Is that what he told you?

11                MR. FERGUSON:  He already stated

12            on the record what he was told when he

13            got there.

14                MR. GRANDINETTE:  Mike, I

15            understand.

16         Q       Tell me, again, exactly what

17    Marinaci told you?

18         A       Okay.  I don't know exactly what

19    he said to me.  It's two years.

20         Q       To the best of your recollection.

21         A       To the best of my ability -- it

22    was either him or the Suffolk cop -- I don't

23    know who said it.  It was said to me that

24    there was some sort of an altercation between

25    the taxicab driver and the cops.  And the

64

Inspector Edmund Horace

1    taxicab driver apparently tried to, you know,

2    

3    tried to hit the cops.  And the one Officer

4    shot into the front of the car.  Somebody

5    walked around the side of the car.  I don't

6    know what he did.  He walked around the side

7    of the car.  And for one reason or another his

8    gun ended up going inside the car.  I saw the

9    gun in the back seat.

10       Q       So, it's fair to say that at 0251

11   or thereabouts -- within 10 minutes of your

12   arrival -- you had these facts communicated to

13   you?

14       A       Probably more like after

15   3 o'clock.  I got there 0251.  So, somewhere

16   around 3 o'clock when I got those facts

17   communicated.

18       Q       What was communicated to you when

19   you first arrived?

20       A       That's when I first arrived.  I

21   got there at 0251.

22       Q       Within ten minutes?

23       A       Right.

24       Q       But, within 5-10 minutes of you

25   getting there somebody communicated these

```
                                                        65
 1                    Inspector Edmund Horace

 2      facts to you, right?

 3           A     Yes.

 4                    MR. MITCHELL:  Could you ask if

 5           Marinaci was in uniform?

 6                    MR. GRANDINETTE:  Sure.

 7           Q     Was Marinaci in uniform?

 8           A     Yes.

 9           Q     I'm going to show you what has

10      been previously marked as Plaintiff's

11      Exhibit 9, which are the medical records of

12      Anthony DiLeonardo.

13                    I'm going to ask you to look at

14      the time of his arrival at the hospital.

15                    MR. FERGUSON:  Wait.  I'm

16           objecting to your asking him questions

17           about any document, unless it's

18           established that there's a foundation

19           that he's familiar with the document,

20           and that he can testify as to its

21           content.

22                    You're saying -- you're

23           referencing something that hasn't been

24           established or seen before or knows

25           anything about, and nor could he vouch
```

66

Inspector Edmund Horace

1    that any times -- unless it's been

2    established in your questioning -- could

3    he establish that any times on this

4    document are in any way valid.

5         MR. GRANDINETTE:   Okay.   Your

6    exception is noted.

7         Q     Sir, do you see the arrival time

8    at the hospital?

9         A     I don't know what that means.

10        Q     You said you were a volunteer

11   firefighter, an EMS -- you know based upon

12   your -- God knows how many years of

13   experience -- when somebody is driven to a

14   hospital in an ambulance, they record when

15   they arrive and so, too, does the hospital.

16        MR. FERGUSON:   Note my objection.

17        MR. MITCHELL:   Me, too.

18        MR. FERGUSON:   Have you ever seen

19   this document before?

20        THE WITNESS:   No.

21        MR. FERGUSON:   Do you have any

22   idea what it is?

23        THE WITNESS:   No.

24        MR. FERGUSON:   Do you know how to

67
Inspector Edmund Horace

1    interpret it?

2             THE WITNESS:  No.

3             MR. FERGUSON:  Objection.

4        Q    You don't know how to read the

5   time sheet of an ambulance record?

6             MR. FERGUSON:  Note my objection.

7             MR. MITCHELL:  I'm willing to

8             stipulate that the document speaks for

9             itself.

10       Q    Even though you don't know how to

11  interpret this document, would you agree with

12  me whoever recorded it --

13            MR. GRANDINETTE:  Mike, could I

14            please ask a question?

15            MR. FERGUSON:  You can ask a

16            question.  I'm not going to stop you

17            from asking a question.

18            MR. GRANDINETTE:  I need to have

19            him look at that.

20            MR. FERGUSON:  Go ahead.

21            Where are you referring to?

22       Q    According to the ambulance record

23  of Anthony DiLeonardo, he arrived of at the

24  hospital at 0158 hours that morning?

68

Inspector Edmund Horace

1

2  A      It says destination 0158.

3  Q      You got there at what time?

4         MR. FERGUSON:  He said he didn't

5  know.  There's a sheet that has his name

6  with a time on it.  But, he doesn't know

7  the time that he arrived.  He already

8  answered that.

9  A      Sheet says 2025.

10 Q      About an hour later, right?

11 A      (No response)

12 Q      Part of your duties and

13 responsibilities is ascertain the facts and

14 circumstances of what happened, right?

15 A      Yes.

16 Q      You know that you're to ascertain

17 that information and to report it to the

18 Commissioner of Police, right?

19        MR. FERGUSON:  You're misreading

20 the department procedures.

21        The person who reports is the

22 team coordinator.

23 Q      You understand part of your role

24 as the Deadly Force Response Team is to

25 ascertain the facts of what happened, and you

69

Inspector Edmund Horace

1    also understand than that a written report is

2    going to be submitted to the Commissioner of

3    Police, right?

4    A        Well, according to this record,

5    yes.

6    Q        That's a pretty serious thing.

7    When you're reporting a shooting event to the

8    Commissioner of Police you want to be accurate

9    and you want to give specific detailed

10   information about what happened because you're

11   not reporting to anyone; you're reporting to

12   the Commissioner of Police?

13              MR. FERGUSON:  He's not reporting

14        to the Commissioner of Police.

15        Objection.  It's an improper question.

16              MR. GRANDINETTE:  You can object.

17        Objection is noted.

18              MR. FERGUSON:  Document

19        specifically says that the team

20        coordinator reports to the Commissioner.

21   Q        You understand that there's a

22   report submitted to the Commissioner of

23   Police?

24   A        As part of the order -- as part

1              Inspector Edmund Horace

2    of the procedure, there will be reports

3    submitted to the Commissioner of Police.

4          Q      You're part of that team based

5    upon your experience and training, and you

6    respond.  And when you respond within ten

7    minutes or so you're told specific factual

8    events about what happened, right?

9                MR. FERGUSON:  Note my objection.

10         A      I was given, you know -- I was

11   given some sort of an account what happened.

12         Q      Would you agree with me that that

13   account presumes that someone interviewed --

14   by 3:00 o'clock in the morning when you were

15   told what happened -- somebody interviewed

16   these police officers, DiLeonardo and Bienz --

17   as to what happened?

18                MR. FERGUSON:  Note my objection.

19                MR. MITCHELL:  Objection.

20         A      I wouldn't know that.

21         Q      Did you ask Marinaci or did you

22   ask any one of these Suffolk County Police

23   Officers or detectives who were present where

24   they obtained their information from?

25         A      I don't believe so.

71

1          Inspector Edmund Horace

2          Q       Is there a reason why you didn't

3    ask them that?

4          A       I was not an active part of this

5    investigation.

6          Q       Is that why you didn't ask them?

7          A       It was a Suffolk County

8    investigation.  I was not an active part of

9    the investigation.

10         Q       Is part of your duties and

11   responsibilities as listed on paragraph 14 to

12   respond to the scene and ascertain the facts?

13         A       Yes.

14         Q       After this initial conversation

15   with Marinaci and these two Suffolk County

16   Police Officers you didn't know the names --

17   could you describe them?

18         A       No.

19         Q       Did you speak to them, again, at

20   all later in the evening?

21         A       I don't remember.

22         Q       Did you take any notes as to what

23   they told you they knew?

24         A       No.

25         Q       What did you do, then, next after

72

1              Inspector Edmund Horace

2      speaking with these gentlemen?

3              A      Well, I looked at the car.  I

4      don't remember what I did right away.  I know,

5      eventually, I saw the two officers -- probably

6      a good hour and-a-half later.

7              Q      Okay.  When you looked at the

8      car, that was the Deborah taxicab?

9                      Let me show you a picture of it.

10                     (Whereupon, a short break was

11             taken at this time.)

12             Q      After you had this conversation

13      with Marinaci and the two members of the

14      Suffolk Police Department --

15                     MR. MITCHELL:  Tony, just

16             clarify.  You called them detectives

17             before.

18                     MR. GRANDINETTE:  What I said,

19             earlier, before you were here.  When I

20             use the word, police officer, it could

21             be --

22                     MR. MITCHELL:  You're talking

23             about two specific guys at the hospital

24             that he's identified as officers.  You

25             accidently called them detectives

73

1      Inspector Edmund Horace

2          before.

3          Q      When you spoke to Marinaci and it

4      two members of the Suffolk County P.D., were

5      they in uniform?

6          A      I believe they were.

7          Q      Was anybody from the Suffolk

8      County Police Department not in uniform when

9      you first arrived -- that conversation?

10         A      I don't remember.

11         Q      Did you ask any of those three

12     individuals if they spoke directly with

13     DiLeonardo and Bienz?

14         A      I don't remember.

15         Q      When you got there, did you ask

16     Marinaci, "Hey, listen, how are the guys?"

17     Did you speak to them "What's going on?"

18         A      I don't remember asking him

19     that -- Marinaci.  I remember him telling me,

20     you know, that they were in X-ray, and going

21     over the car.  I don't remember

22     anything specifically regarding -- asking

23     Marinaci anything about the cops.

24         Q      Did you ask Marinaci or the

25     Suffolk Police about the well-being of the

74

Inspector Edmund Horace

1    people in the cab?

3    　　　A　　　I don't remember that, either.

4    　　　Q　　　You mentioned that you went to

5    look at a cab.

6    　　　　　　I'm going to show you what has

7    been marked as -- or stamped 836 of the Nassau

8    County Police Department IAB record.  Do you

9    recognize that photograph as being the cab

10   that you observed?

11   　　　A　　　It was a Prius.  That's a Prius.

12   I don't know if that was the one.  It looks

13   like a cab.

14   　　　Q　　　Let me show you a couple of other

15   pictures.  Nassau IAB report, Bates stamp 952.

16   　　　A　　　Okay.

17   　　　Q　　　The front driver's side door; do

18   you recognize that photograph?

19   　　　A　　　I never seen that photograph

20   before.

21   　　　Q　　　Do you recall seeing the Prius

22   cab with the windshield shattered and driver's

23   side glass door shattered and blood on it?

24   　　　A　　　I remember seeing glass in the --

25   inside the cab.  I don't remember any

75

1                    Inspector Edmund Horace

2       shattered glass.

3              Q       How about blood?

4              A       I don't remember.  I don't blood,

5       either.

6              Q       953, 954; these photographs with

7       the front driver's side door open glass in the

8       seat and blood?

9              A       I don't remember.

10             Q       954; you don't recall that?

11             A       No.

12             Q       Now, looking at 955, 956, and

13      957 -- in 955 and 956 you see a revolver in

14      the rear seat behind the driver's side?

15             A       Okay.

16             Q       Did you observe that revolver in

17      the backseat that night -- in the back floor

18      behind the driver's side door?

19             A       I did see a revolver on the

20      floor.

21             Q       Did you later learn that evening

22      that that gun belonged to Anthony DiLeonardo?

23             A       Yes.

24             Q       And that was the gun that he

25      discharged during the course of these events?

76

1                    Inspector Edmund Horace

2          A       I believe so.

3          Q       Did you also observe that night

4     that there were bullet holes in the front

5     windshield of that car?

6          A       There was something in the front,

7     yes.

8          Q       Looking at photograph 851, 852,

9     853; were you able to visually observe bullet

10    holes in the front windshield of the car?

11         A       Yes.

12         Q       As part of your investigation,

13    did you learn that there was a driver of the

14    taxicab was Thomas Moroughan and he was shot?

15         A       I didn't know his name.  I was

16    told there he was the driver of taxicab.

17         Q       You learned that he was shot as a

18    result of this incident?

19         A       Yes.

20         Q       What were you told, and by whom?

21         A       I don't remember exactly,

22    specifically.

23         Q       Would it be fair to say that

24    shortly after your arrival you were aware that

25    there was a shooting by Anthony DiLeonardo;

77

1           Inspector Edmund Horace

2    that the cab driver had been hit; and that he

3    was in the hospital along with Bienz and

4    DiLeonardo.

5           A      Yes.

6           Q      What, if anything, else he did

7    you learn when you arrived?

8           A      I can't remember anything else.

9           Q      What did you do after you had

10   learned this information?  What did you do,

11   physically?

12          A      Well, I think I made a phone

13   call.

14          Q      To who?

15          A      I believe to Chief Hannon.

16   Either I called her or she called me.  I don't

17   remember.

18          Q      What did you tell Chief Hannon?

19          A      I gave her an update.

20          Q      What was that update?

21          A      That I was at the hospital, and

22   there was a shooting.  I don't remember

23   exactly what I told her.

24          Q      Did you communicate what you were

25   told?

78

1           Inspector Edmund Horace

2           A       Yes, basically.

3           Q       Did you call Chief Hannon prior

4      to speaking to the officers?

5           A       I called Chief Hannon when I was

6      on the way to the hospital.  I don't remember

7      if I talked to her after I got to the

8      hospital.  I don't remember if I talked to her

9      right after I got to the hospital.  I don't

10     remember whether she called me or I called

11     her.  But, I did briefly tell her that.  and I

12     think at that point she also said that Deputy

13     Chief Hunter was going to be the -- responding

14     as a team leader to the scene.

15          Q       Did she tell you where he was

16     responding to?

17          A       I don't remember.

18          Q       Did you later learn that he first

19     responded to the scene?

20          A       Yes.

21          Q       At some point he responded to the

22     hospital, right?

23          A       Yes.

24          Q       If we look at what is marked as

25     Plaintiff's Exhibit Number 13 -- if we look at

79

Inspector Edmund Horace

1    Plaintiff's 13, I actually don't see Chief

2    Hunter logged into the hospital?

3              But, he did respond to the

4    hospital in the early morning hours of

5    February 27th, correct?

6         A    I saw him at the hospital, yes.

7         Q    After your initial conversation

8    with the two uniformed cops and Marinaci and

9    looking at the cab, you said about ten minutes

10   go by.  What do you do next?

11        A    I don't remember.

12        Q    Did you enter the hospital and

13   speak to DiLeonardo and Bienz?

14        A    At one point, yes, I did.

15        Q    So, let's take it one step at a

16   time.

17             What do you remember after

18   looking at that cab?

19             MR. FERGUSON:  Third time you

20             asked the question.  The third time he

21             told you he doesn't recall what he did

22             next.

23             You keep asking it over and over,

24             again.

80

Inspector Edmund Horace

1    A    I don't remember.

2    Q    Do you have any recollection of

3    what you did after looking at the cab?

4    A    No.

5    Q    Do you have any recollection of

6    speaking to anyone?

7    A    Only recollection I have is I

8    spoke with Chief Hannon by telephone.  I

9    believe I spoke with -- I think the CO or

10   Deputy CO of the Third Precinct had called me

11   at one point.  I spoke with him.

12   Q    Who was that?

13   A    Name of Sean McCarthy.

14   Q    What did you talk to Sean

15   McCarthy about?

16   A    I just briefly explained to him

17   the incident.  I don't remember what I said,

18   actually.

19        I believe Chief Hunter at one

20   point called me, also.  I'm not sure exactly

21   what time that was.

22   Q    Other than those things, do you

23   have any other recollection of anything you

24   did?

81

Inspector Edmund Horace

1          MR. FERGUSON:  He mentioned

2     speaking to the officers at some point

3     already.

4     A       The next thing would be -- the

5     recollection would be speaking to the

6     officers.

7     Q       So, let talk about that.

8             Did you walk from where the cab

9     was right into the hospital and speak to the

10    officers right away?

11    A       Not right way.

12    Q       How much time went by from the

13    time that you left looking at the scab to go

14    speak to the officers?

15    A       It had to be at least an hour or

16    an hour and-a-half at least.

17    Q       What did you do in between that

18    hour or hour and-a-half?

19    A       I don't remember.

20    Q       If I understand the time sequence

21    correct, that would be from about 3 o'clock to

22    4:30 in the morning.  You don't have a

23    recollection of what you did or who you spoke

24    to?

82

Inspector Edmund Horace

1

2    A    No.

3    Q    Did you take any notes?

4    A    No.

5    Q    Can you explain to me why you

6    waited that long to speak to the two officers?

7    A    They were in X-ray.

8    Q    Were they in X-ray for an hour

9    and-a-half?

10   A    I don't know.

11   Q    Is it your recollection the

12   reason you didn't speak to them between

13   approximately 3:00 and 4:30 -- and, again,

14   these are approximate times -- is based upon

15   the fact that you believed that they were

16   receiving medical attention and unavailable

17   for questioning?

18   A    I don't know.

19   Q    At any rate, your best

20   recollection is that you spoke to them at 4:30

21   or so in the morning.  With whom did you speak

22   and where?

23   A    I spoke to Officer DiLeonardi,

24   briefly.

25   Q    When you say briefly; about how

83

Inspector Edmund Horace

1  long did you speak to him?

2       A     Two or 3 minutes.

3       Q     Where were you when you spoke to

4  him?

5       A     He was in one of the rooms -- one

6  of the areas.  He was in, I guess, a bed or a

7  trundle-type bed.

8       Q     Was this within the emergency

9  department of the Huntington Hospital?

10       A     Yes.

11       Q     Was he in a room with anybody

12  else?

13       A     I believe there was one other

14  gentleman.  I believe he was a PBA delegate in

15  the hospital.

16       Q     Do you recall what his name is?

17       A     No.

18       Q     So, you believe he was with a PBA

19  delegate?

20       A     Yes.

21       Q     You said that you spoke to him

22  briefly.  Do you recall how long your

23  conversation was?

24       A     A minute or two.

84

Inspector Edmund Horace

1  Q     Do you recall what you said to

3  him and what he said to you?

4  A     I asked -- I introduced myself,

5  "How are you doing?"  He said he was doing all

6  right.

7  Q     When you introduced yourself --

8  forgive me -- did you introduce yourself

9  formally, "My name is Chief Inspector"?

10  A     Inspector Horace.  "My name is

11  Inspector Horace."

12  Q     Did you tell him what your

13  purpose of being there; that I'm here as a

14  member of the Deadly Force Response Team to

15  investigate this investigate -- report to the

16  Commissioner.

17  A     No.

18  Q     Why didn't you do that?

19  MR. MITCHELL:  Object to the form

20  of the question.

21  MR. FERGUSON:  Object to the form

22  of the question.

23  A     Number one, I was not part of the

24  investigation.  Suffolk County was

25  investigating.  So, my purpose was not to

85

1         Inspector Edmund Horace

2    investigate the incident.

3         Q    I want to clarify one thing.

4    We'll get back to that.

5              You were there as part of Deadly

6    Force Response Team, right?

7         A    Yes.

8         Q    We went over these rules and the

9    rules give certain procedures that are to be

10   followed involving shooting incidents of your

11   department out of Nassau County, right?

12             MR. FERGUSON:  Note any

13        objection.

14        A    Correct.

15        Q    Did anybody from Suffolk County

16   come up to you and tell you, "Inspector

17   Horace, "you are prohibited from asking any

18   questions of either one -- either DiLeonardo

19   or Bienz?

20        A    No.  However, my Chief did tell

21   me that.  Chief Hannon told me that prior to

22   getting to the hospital.

23        Q    So, Chief Hannon told you what?

24        A    Prior to getting to the hospital

25   when I was on the phone with her she said to

86

Inspector Edmund Horace

1   me that this is not our investigation.  It's

2   Suffolk's investigation.  You are not to get

3   involved with the investigation.  If they need

4   help or whatever, fine, but you're not to get

5   involved with the investigation.  That was a

6   direction by Chief Hannon before I got to the

7   scene.

8       Q      The investigation of the crime,

9   right?

10              MR. FERGUSON:  Objection.

11      A      Investigation of the incident.

12      Q      Were you under the impression

13  that Chief Hannon was telling you to disregard

14  your obligations under the Deadly Force

15  Response Team?

16              MR. FERGUSON:  Objection.

17      A      No, she was not.

18      Q      So, she was telling you in sum

19  and substance, listen this happened on Suffolk

20  County turf, it's their investigation.  Let

21  them do their thing.  But, she never directed

22  you not to perform your duties for which you

23  were specifically responded to the hospital,

24  correct?

87

Inspector Edmund Horace

1           MR. FERGUSON:  Note my objection.

2    A       Correct.

3    Q       You introduced yourself, and what

4    DiLeonardo say to you?

5    A       I think he said, "I'm all right."

6    I believe I shook his hand.  And I said, "If

7    you need anything, let us know."  And I left

8    the room.

9    Q       Other than that conversation, did

10   you say anything else to him?

11   A       I don't believe so.

12   Q       Did he say anything else to you?

13   A       I don't think so.

14   Q       How close were you to him?

15   A       You know, as far enough to be

16   shaking his hand.

17   Q       In close proximity the whole time

18   to him, whatever this was -- 3 or 4 feet?

19   A       Yes.

20   Q       Was this a minute, two minutes?

21   A       About a minute.

22   Q       Was he lying down, sitting up?

23   A       I believe he was sitting up.

24   Q       The only other person in the room

88

1              Inspector Edmund Horace

2      with him was this delegate?

3              A      I believe so.

4              Q      Whose name you don't remember?

5              A      Don't remember.

6              Q      Now, is there any reason why you

7      didn't spend more time with him and ask him

8      some basic questions?  For example, "Hey, what

9      happened?"

10             A      Because it was an active

11     investigation by Suffolk County.  I did not

12     want to infringe on Suffolk County's

13     investigation.

14             Q      Was there any member of the

15     Suffolk County Police Department in the room

16     at that time?

17             A      No.

18             Q      Now it's 4:30 -- about 4:30 in

19     the morning, right?

20             A      I believe so.

21             Q      You had observed the car, blood,

22     bullet holes, and a gun.  To your knowledge up

23     to that point, had anybody from Suffolk County

24     Police Department interviewed DiLeonardo?

25                    MR. FERGUSON:  Note my objection.

89

Inspector Edmund Horace

1   A      I don't know.

2   Q      Is there a reason why you

3   wouldn't have known that?

4                    MR. FERGUSON:  Objection.

5                    MR. MITCHELL:  Object to the

6   form.

7   Q      You were present there the whole

8   time, right?

9   A      I didn't see DiLeonardo until

10   that time in the morning.  I don't know what

11   happened between, you know -- leading up to

12   that point.

13   Q      We did look at the hospital

14   record, and according to the hospital record

15   you got there at 2:00 in the morning.  But,

16   you're saying that you never physically saw

17   DiLeonardi until 4:30 in the morning in the

18   emergency room?

19                    MR. FERGUSON:  Note my objection.

20   A      Yes.

21   Q      So, to your knowledge, he

22   physically wasn't present between 2:00 and

23   4:30; that's the first time you physically

24   observed him?

1              Inspector Edmund Horace

2                    MR. FERGUSON:  What do you mean

3         wasn't present?  You mean wasn't present

4         in the emergency department?

5                    MR. GRANDINETTE:  Right.

6                    MR. FERGUSON:  Objection.

7         A      I don't know if he was present.

8         Q      Is there a reason you didn't

9    know?

10                   MR. FERGUSON:  Objection.

11        Q      Did you inquire of the nursing

12   staff, a doctor?

13        A      I spoke to no nurses or doctors.

14        Q      Is there a reason why you didn't

15   identify yourself to the chief of security,

16   nurse, doctor, and say I'm here from Nassau

17   County Police Department.  Where is Officer

18   Anthony DiLeonardo and Officer Edward Bienz.

19   I need to speak to them, now?

20                   MR. FERGUSON:  Note my objection.

21        A      I spoke to the Sergeant and the

22   Suffolk County cop outside.

23        Q      Right.

24        A      That was my first encounter in

25   the hospital.

91

1                    Inspector Edmund Horace

2        Q        I understand that.

3                 They told you in sum and

4    substance this factual account --

5        A        Correct.

6        Q        About a taxicab approaching

7    DiLeonardo and discharging a gun running to

8    the side of the car, smashing the window, the

9    gun falling in the back seat.

10                So, someone got a factual history

11   from someone.  But, I'm trying to ascertain --

12   did you ever find out from whom?

13                MR. FERGUSON:  Note my objection.

14       A        I don't know.

15       Q        But, you never inquired?

16                MR. FERGUSON:  Same objection.

17       A        No.

18       Q        Did you ever ask Marinaci where

19   are these guys.  Where's DiLeonardo?  Where's

20   Bienz?

21       A        When I first got to the hospital,

22   -- I think I mentioned before -- I don't know

23   who said to me -- but someone said to me they

24   were in X-ray when I got there.

25       Q        They were in X-ray.  You were

92

```
 1                   Inspector Edmund Horace
 2      there for an hour and-a-half.
 3                   Did there come a point in time --
 4      a half hour in -- you say where are these
 5      guys?  I want to talk to them.
 6                   MR. FERGUSON:  Note my objection.
 7           A       I believe when they did get out
 8      of X-ray, somebody notified me.  That's when I
 9      went to see DiLeonardo and then the other guy.
10           Q       So, it's your position that you
11      think that they were actually in X-ray or out
12      of the emergency room for almost an hour
13      and-a-half.  And then when they were returned
14      to the emergency room, you spoke to DiLeonardo
15      for a minute?
16                   MR. FERGUSON:  Objection.  He
17              never said where they were or they were
18              out of the emergency room or any of
19              these things.  Objection.
20           Q       You did indicate you thought they
21      were out in X-ray?
22                   MR. FERGUSON:  How do you know
23              where X-ray is?  Have you established
24              whether it's in or outside the emergency
25              room?
```

93

1    Inspector Edmund Horace

2           MR. GRANDINETTE:  Mike, that's

3        his testimony.

4           MR. FERGUSON:  That's your

5        speculation.  That's what it is.  It's

6        not his testimony.

7           MR. GRANDINETTE:  Excuse me.

8        Q    You were woken up in the middle

9    of the night?

10          MR. FERGUSON:  Did you ever hear

11       of portable X-ray?

12       Q    Driven an hour with the very

13   specific purpose and that is to learn the

14   facts surrounding an incident that took place

15   -- a shooting of two Third Precinct cops,

16   right.

17          MR. FERGUSON:  Objection.  That

18       hasn't been his testimony.  That's your

19       characterization.  Objection.

20       A    I was walking up to respond to an

21   incident of possible shooting at, you know, in

22   Suffolk County.

23       Q    You get there.  You learn there's

24   a shooting.  You see the cop's gun.  You see

25   blood.

94

1              Inspector Edmund Horace

2                   MR. FERGUSON:  He said he didn't

3          see blood.  Objection.

4          Q      You learned that somebody is

5      hurt, right?

6                   MR. MITCHELL:  Objection.  Asked

7          and answered.

8                   MR. FERGUSON:  Over and over.

9          A      Like I said, I saw the car.  I

10     saw the gun in the car.  That's it.

11         Q      An hour and-a-half goes by.  You

12     see DiLeonardo, and you speak to him for a

13     minute.

14                  Is there any reason why your

15     conversation was so brief and you didn't ask

16     him specifics about the facts?

17                  MR. FERGUSON:  He already

18         answered that question.  Asked and

19         answered.

20         A      It wasn't my job.

21                  The Suffolk County Police

22     Department's job was to investigate the scene.

23     It was their jurisdiction.

24         Q      Didn't we agree that it was your

25     job pursuant to your role as a member of the

1          Inspector Edmund Horace

2    Deadly Force Response Team to respond to the

3    scene and ascertain the facts regarding the

4    incident which would eventually be reported to

5    the Commissioner of Police?

6                 MR. FERGUSON:  Objection.

7                 MR. MITCHELL:  You did that

8           already.  Objection.

9          A     As the team coordinator.

10         Q     So, according to you that wasn't

11   your job.

12                MR. FERGUSON:  Objection.  Which

13          part of it are you talking about?

14                MR. GRANDINETTE:  To ascertain

15          the facts.

16         A     My job is to support the team

17   coordinator.

18         Q     Now, other than this minute

19   conversation and this briefing that you had,

20   right, when you first arrived -- up to that

21   point in time, had you done anything else that

22   you can remember?

23                MR. FERGUSON:  Other than what

24          he's already answered.

25         A     I don't remember.

96

Inspector Edmund Horace

1

2      Q      When you were face to face with

3   DiLeonardo and spoke to him, did you have an

4   occasion to observe whether or not he was

5   intoxicated or impaired by the consumption of

6   alcohol?

7                MR. FERGUSON:  Note my objection.

8      A      I didn't smell any alcohol during

9   conversation with him.  And his response to

10  me -- he sounded, you know, like normal.  He

11  didn't sound intoxicated in the conversation.

12     Q      In that minute conversation or

13  so, he sounded fine.  Are you saying he

14  appeared to be fine, physically?

15     A      Yes.

16     Q      His speech wasn't slurred?

17     A      No.

18     Q      His eyes weren't bloodshot?

19     A      No.

20     Q      He didn't have an odor of alcohol

21  on his breath?

22     A      I didn't smell anything.

23     Q      Did you ask him, "Officer, where

24  were you prior to this incident?"

25                MR. FERGUSON:  Objection.  He

97

Inspector Edmund Horace

1   already testified to the conversation.

2        A        No, I did not.

3        Q        Did you ask him whether or not he

4   had been drinking alcohol or taking drugs?

5        A        No, I did not.

6        Q        Is it part of your duty and

7   responsibilities to determine whether or not

8   the Officer involved in a shooting was fit for

9   duty; meaning not impaired by the use of

10  intoxicant?

11              MR. FERGUSON:  Note my objection.

12       A        I believe what you're saying

13  that's part of the investigative report --

14  that's prepared by the team coordinator.

15       Q        I'm assuming that you're a

16  participant in this as part of the Deadly

17  Force Response Team, right?

18       A        Yes.

19       Q        You and every other member

20  contribute facts that are going to be

21  submitted to the Commissioner of Police,

22  right?

23       A        The report that was submitted to

24  the Commissioner of Police was done by the

98

1          Inspector Edmund Horace

2     team coordinator.

3          Q     That ultimately one guy wrote

4     the report -- John Hunter wrote the report,

5     correct?

6          A     I don't know.

7          Q     You do recognize that you had a

8     role, and that's why you responded, right?

9               MR. FERGUSON:  He already

10              testified several times to his role.

11              Now, you're asking him if he recognizes

12              he had a role.

13         A     I responded because I was

14     directed to respond.

15         Q     After your conversation with

16     DiLeonardo, what did you do?

17         A     I walked out of his room.  I saw,

18     I believe it was his girlfriend.  She was

19     sitting outside.  I asked her how she's doing.

20     She said, "Fine."

21         Q     Ask you to take a look at

22     Plaintiff's Exhibit 7.  I ask you if you

23     recognize Plaintiff's Exhibit 7, to be Anthony

24     DiLeonardo, the Officer that you spoke with at

25     approximately 4:30 at the hospital?

99

Inspector Edmund Horace

1      A      I couldn't remember.  I can't

2  remember.  I can't remember if that was him or

3  not.  It was over two years ago.

4      Q      Sir, I'd ask you, also, during

5  this time that you spoke to Officer

6  DiLeonardo, did you observe him to have any

7  physical injuries?

8      A      I think he had some injury in one

9  of his arms.

10      Q      Could you describe that for me?

11      A      I'm not sure exactly what it was.

12      Q      Did he appear to be in any

13  medical distress?

14          MR. FERGUSON:  Note my objection.

15      A      I don't believe so.

16      Q      I'm going to ask you, if you

17  would, to flip through the following

18  photographs, number 993 through 999.

19          MR. GRANDINETTE:  For the record

20          photographs of Anthony DiLeonardo.

21      A      Okay.

22      Q      Now, do those photographs fairly

23  and accurately reflect your observation of his

24  physical condition on the night in question?

                       Inspector Edmund Horace

1

2       A       Like I said, he appeared to have

3   some sort of injury on one of his arms.  I'm

4   not sure if it was -- I don't remember exactly

5   what it was.  I can't tell you that accurately

6   reflects what happened that night.  I couldn't

7   tell you that.

8       Q       When you say injury to his arm;

9   you see on photograph 997 there's a cut with a

10  little bit of blood?

11      A       Okay.

12      Q       Is that what you're referring to?

13      A       I don't remember.

14      Q       You certainly didn't observe any

15  glaring physical injury?

16              MR. FERGUSON:  Note my objection.

17      A       I observed, you know, some sort

18  of injury to one of his arms.

19      Q       A scrape, an abrasion?

20      A       I don't remember, to tell you the

21  truth.

22      Q       Was he in any physical distress?

23              MR. FERGUSON:  Just asked that

24          question -- the exact same question two

25          minutes ago.  We're going to be here all

101

Inspector Edmund Horace

1     night.  You don't have the right to ask

2     the same questions over and over.  You

3     have a right to as questions.  But, then

4     you're just repeating yourself.  I

5     objected to it before.  I object to it,

6     again.

7

8        A     I don't remember what kind of

9  distress he was in.

10       Q     So, you walk out of the room.

11 You speak to Anthony DiLeonardo's girlfriend?

12       A     Yes.

13       Q     Do you recall her name?

14       A     No.

15       Q     I'm assuming you didn't take any

16 notes of your conversation with Anthony

17 DiLeonardo, right?

18       A     No.

19       Q     When you went and left the room,

20 you're confident that the only two people in

21 that room at the time were Anthony DiLeonardo

22 and this unknown PBA rep?

23       A     I believe so.

24       Q     How long would you say you spoke

25 with his girlfriend?

102

1                     Inspector Edmund Horace

2          A       A minute or less.

3          Q       Do you recall her name?

4          A       No.

5          Q       Did you record her name?

6          A       No.

7          Q       What did you say to her?

8          A       I asked her, "How are you doing?"

9          Q       Did you introduce yourself,

10    first?

11         A       Yes.

12         Q       Did you introduce yourself as the

13    Inspector?

14         A       Inspector Horace.

15         Q       Did you ask her any question --

16    factual questions about what happened?

17         A       No.

18         Q       What did she say to you in

19    response?

20         A       She said "I'm all right."

21         Q       Other than that, did you

22    communicate anything else with her?

23         A       No.

24         Q       Did you observe any indication

25    that she may have been drinking alcohol or

103

1                    Inspector Edmund Horace

2      using drugs?

3           A       No.

4           Q       Is there any reason why you

5      didn't inquire, factually, further of her

6      about what happened preceding this incident?

7           A       Because, like I said, because

8      this is an ongoing investigation by Suffolk

9      County.

10          Q       Did you see any member of the

11     Suffolk County Police Department up to that

12     point in time interview Anthony DiLeonardo's

13     girlfriend?

14          A       No.

15          Q       Was there any member of Nassau or

16     Suffolk County Police Department near you when

17     you interviewed this woman?

18                  MR. FERGUSON:  He didn't say he

19          interviewed her.

20          Q       Spoke to her.

21          A       I don't think so.

22          Q       To your knowledge, had anybody

23     spoken to her up to this point in time?

24          A       I don't know.

25          Q       What did you do next?

104

1          Inspector Edmund Horace

2          A       After that, I went over to Bienz.

3    I believe Bienz was just being wheeled into

4    his alcove area in the emergency room.

5          Q       When you say alcove area, what do

6    you mean?

7          A       The emergency room has got those

8    alcove ares where you have curtains around it.

9    I believe he was being wheeled into one area

10   there.  And I went over to him, you know --

11   asked "How are you doing?"

12         Q       Would it be fair to say that you

13   repeated the same thing you did with

14   DiLeonardo; you introduced yourself?

15         A       Yes.

16         Q       You said "How are you doing?"

17         A       I believe so, yes.

18         Q       What did he say to you?

19         A       I believe I said "I've been

20   better."

21         Q       Did you ask him any specific

22   factual questions regarding the events of this

23   night?

24         A       No.

25         Q       Why not?

105

1            Inspector Edmund Horace

2         A        Because it was an investigation

3    by Suffolk County.

4         Q        Did you observe any member of the

5    Suffolk County Police Department interviewing

6    Mr. Bienz?

7         A        I did not observe that.

8         Q        Who was present while you had

9    this conversation with him?

10        A        I believe there was a PBT

11   delegate there, also.

12        Q        Do you recall his name?

13        A        No.

14        Q        Did you record any of this

15   information before, during, or after the

16   conversation?

17        A        No.

18        Q        Did you have an opportunity to

19   make any observation whether you believed he

20   ingested any alcohol or drugs?

21        A        He was on the back board.  He was

22   secured on the back board.  I shook his hand

23   the best I could.  I didn't smell any alcohol

24   or anything like that, or no slurred speech,

25   or anything of that nature.

106

1      Inspector Edmund Horace

2          Q     How about -- same question.

3      Bloodshot eyes, slurred speech, odor of

4      alcohol?

5          A     I did not.  I did not hear or see

6      anything of that.

7          Q     Did you make a conscientious

8      assessment of whether or not he was fit for

9      duty?

10         A     Well, at that point in time I

11     thought he was fit for duty.

12              MR. FERGUSON:  Other than that he

13          was lying on a bed.

14              THE WITNESS:  Other than laying

15          on a back board.

16         Q     He was lying on a back board.

17     Did you ask him was he in any physical

18     distress?

19              MR. FERGUSON:  Note my objection.

20         A     He said he's been better.  I

21     don't know whether he was in pain or not.

22         Q     Did you ask any of the doctors,

23     you know, whether he was okay.

24         A     I did not speak to the doctors.

25         Q     Did you ask Marinaci according to

107

                    Inspector Edmund Horace

1
2    the Deadly Force Response Team whose

3    responsible to see for the medical care of

4    these officers?

5          A      I don't remember.

6          Q      Both of these officers, by the

7    way, walked out of the hospital on their own

8    accord later on -- couple of hours later

9    morning, right.

10         A      Yes.

11         Q      You saw them get into cars and

12   exit cars and walk into the Second Precinct

13   and sit down; they appeared to be fine,

14   correct?

15               MR. FERGUSON:  Did you see that?

16         A      I saw them at the Precinct.  I

17   saw them in the hospital.  They eventually

18   took the backboard off of Mr. Bienz.  I didn't

19   see them getting into cars or exiting cars.

20         Q      You saw them at the Second

21   Precinct?

22         A      I saw them at the Second

23   Precinct.

24         Q      You were aware they were

25   discharged?

Inspector Edmund Horace

1

2      A      Yes.

3      Q      Did they appear to be in any

4  apparent distress, whatsoever, at the Second

5  Precinct, physically?

6      A      I don't think so.

7      Q      I'm going to show you a series of

8  photographs of Mr. Bienz taken that night or

9  that morning at the Second Precinct.

10              MR. FERGUSON:  He's representing

11         that these are -- if you know of your

12         own accord, you can so state.  If you

13         don't --

14      Q      Let me ask you this question,

15  first.

16              Looking at what has been marked

17  as Plaintiff's Exhibit 8; do you recognize

18  that mail?

19      A      No.

20      Q      I'm going to show you photographs

21  from the Nassau IAB report labeled 1000

22  through 1003.

23              I'll ask you if you could flip

24  through those.  Here's 1004 and 5.

25              Do these photographs accurately

109

Inspector Edmund Horace

1   reflect the physical appearance of Officer

2   Bienz, including any physical injuries, as you

3   observed him that night?

4       A    I didn't observe any injuries on

5   him.  Not that he didn't have any injuries.

6   But, I did not observe anything.

7       Q    Did either one of these men

8   appear to be seriously injured to you?

9       MR. FERGUSON:  Note my objection.

10       A    I wouldn't know.  I'm not a

11   medical person.

12       Q    You couldn't make that

13   assessment?

14       A    No.

15       Q    Even though you saw him later

16   that morning at the second Precinct you

17   couldn't make assessment whether they were

18   seriously injured?

19       MR. FERGUSON:  Note my objection.

20       A    I wouldn't know if they were

21   injured or not.

22       Q    But, you didn't ask them, either,

23   later that morning?

24       A    No, I did not.

110

Inspector Edmund Horace

1    Q       How long was this conversation

2    with officer Bienz?

3    A       About a minute or so.

4    Q       Other than the PBA rep, was

5    anybody else present?

6    A       I think that was it.

7    Q       From at least up to this point in

8    time -- up to about 4:30 -- whatever it is --

9    did you ever see DiLeonardo and Bienz

10   together?

11   A       No.  Only time I saw DiLeonardo

12   and Bienz was when I saw them in that room

13   there and Bienz in the other location.  Prior

14   to that, I didn't even see them at all.

15   Q       Up to 4:30, you never saw them

16   together, correct?

17   A       Correct.

18   Q       Did you ever see them in the

19   hospital together speaking before you went to

20   the Second Precinct later that morning?

21   A       No, I don't think so.

22   Q       What did you do after you spoke

23   to Bienz?

24   A       I believe his girlfriend was in

111

Inspector Edmund Horace

1    -- his wife, I believe, was in close

2    proximity.  I asked her how she was doing.

3    She said she was fine.

4         Q      How long was your conversation

5    with her?

6         A      Very brief.

7         Q      So, when she said she was fine,

8    that was in response to inquiry about her

9    physical condition?

10        A      I believe so.

11        Q      That conversation was, again,

12   about a minute?

13        A      Or less.

14        Q      Would it be fair to say you

15   didn't inquire of her of any of the -- any

16   factual account of what happened?

17        A      No, because there was an

18   investigation by Suffolk County.

19        Q      I understand that that's your

20   position.

21        A      Right.

22        Q      You affirmatively made a decision

23   not to make any inquiry of either officer or

24   Bienz' wife or DiLeonardo's girlfriend, right?

112

Inspector Edmund Horace

1

2      A       Because there was ongoing

3  investigation by Suffolk County.

4      Q       I understand that.  That's the

5  reason.

6              But, what I'm saying to you is

7  you made a conscientious decision not to

8  inquire?

9              MR. FERGUSON:  Note any

10     objection.

11     A       As per direction of a superior

12  Officer, Chief Hannon.

13     Q       Your conversation with his

14  wife -- Bienz' wife -- did you notice an odor

15  of alcohol, any slurred speech, bloodshot

16  eyes, anything that would indicate she had

17  consumed alcohol?

18     A       No.

19     Q       Up to this point in time, had you

20  heard any member of the medical staff, doctor,

21  nurse, anybody, make a request to draw blood,

22  urine of any one of the officers?

23     A       I never heard that.

24     Q       Did you have a conversation with

25  Sergeant Marinaci about the physical well

113

1                    Inspector Edmund Horace

2       being or the medical condition of either

3       Officer?

4              A      I don't remember a conversation.

5       I don't think -- like I said, it was very

6       brief.  It was about them being in X-ray.  He

7       said they were in X-ray.  That's pretty much

8       it.

9              Q      So, after this initial

10      conversation with him through the remainder of

11      the night, you don't recall having any other

12      conversations with Marinaci?

13             A      I don't recall.

14             Q      What time did you leave the

15      hospital?

16             A      It had to be 5:00-530ish.

17             Q      Where did you go when you left?

18             A      I went to the Precinct.

19             Q      With who?

20             A      I went alone.  I was in my car.

21             Q      What time would you say you got

22      there?

23             A      At the Precinct?

24             Q      Yes.

25             A      Six o'clock?

114

1      Inspector Edmund Horace

2      Q      When you arrived, was DiLeonardo

3  and Bienz there?

4      A      I believe they were.

5      Q      So, they left the hospital at or

6  about the time that you left?

7      A      I believe so.

8      Q      So, my next series of questions

9  are going to be centered between 4:30 a.m. and

10  5:30, the time that you left the hospital.

11          Did you ever see in that next

12  hour DiLeonardo or Bienz together?

13      A      I believe just before we left the

14  hospital, I believe they moved DiLeonardo from

15  that room to another area, you know, 2 or 3

16  beds away from Bienz.

17      Q      In the same room?

18      A      It's an open alcove.

19      Q      Were they conversing?

20      A      I don't think so.  I don't

21  remember them conversing.

22      Q      Was Bienz' wife and girlfriend --

23  did you ever see them together with -- was

24  Bienz' wife ever together with him at the

25  hospital?

115

Inspector Edmund Horace

1

2       A       With Bienz?

3       Q       Right.

4       A       I believe she was in close

5   proximity to him when I saw him.

6       Q       So, at 4:30.  But, what I'm

7   saying is after you had this brief

8   introduction, was she with him the remainder

9   of the evening until you left?

10      A       I don't know.

11      Q       How about Anthony DiLeonardo's

12  girlfriend?

13      A       I saw her in close proximity with

14  him when they moved her out.  But, I don't

15  know whether she was with him the whole time.

16      Q       There came a point in time you

17  said they were within 2 or 3 beds of each

18  other in this alcove?

19      A       Yes.

20      Q       Was Bienz' wife and DiLeonardo's

21  girlfriend also present there?

22      A       Yes.

23      Q       I'm sure you weren't staring at

24  him the whole time.  But, did you have

25  occasion to see them conversing at all?

116

1                    Inspector Edmund Horace

2          A       I don't remember.

3          Q       Do you recall any other police

4     officers interviewing DiLeonardo or Bienz or

5     the wife and girlfriend between 4:30 and

6     5:30 a.m.?

7          A       I don't recall.

8                  (Plaintiff's Exhibits 14 and 15

9          so marked)

10         Q       I'm going to show you what has

11    been marked as Plaintiff's 14, stamped 987 in

12    the Nassau County in IAB report.  Ask you do

13    you recognize that man?

14         A       I don't.

15         Q       I won't represent to you that

16    that's Thomas Moroughan, the driver of the

17    taxicab.

18                 Did you recall seeing him that

19    evening at the hospital?

20                 MR. FERGUSON:  Note my objection.

21         A       No.

22         Q       Sir, were you aware -- even

23    though you don't recognize that photograph --

24    did you become aware that the driver of the

25    cab was also in the emergency room?

117

Inspector Edmund Horace

1     A      Yes.

2     Q      And that he was being treated?

3     A      I believe so.

4     Q      Now, did you or any other Nassau

5  County Police Officer, to your knowledge, ever

6  speak to Mr. Moroughan?

7     A      I did not.  I don't know if

8  anyone else did.

9     Q      You were in the vicinity of the

10  emergency room the entire evening, correct --

11  from the time you arrived at 3 o'clock to the

12  time you left about 5:30, right?

13     A      Yes.

14     Q      We can agree it's a relatively

15  small area?

16             MR. FERGUSON:  What do you mean a

17          small area?  Objection.  Talking about

18          an emergency room.  How does he know if

19          he was confined to the emergency room.

20             MR. GRANDINETTE:  If you object,

21          you object.

22             MR. FERGUSON:  It doesn't make

23          any sense.

24             MR. GRANDINETTE:  Mike, stop,

1      Inspector Edmund Horace

2          please.

3              MR. FERGUSON:  Don't tell me to

4          stop.  Your question is ridiculous.

5              MR. GRANDINETTE:  You're

6          testifying.

7              MR. FERGUSON:  I'm not

8          testifying.

9              Have you established before this

10         that he had any knowledge of this

11         emergency room?  How would he know.

12         Q      Sir, you were at the emergency

13     room that night from 3:00 to 5:30, right?

14         A      Yes.

15         Q      Can we agree that the emergency

16     room within Huntington Hospital is a

17     relatively confined area?

18             MR. FERGUSON:  Objection.

19         A      I don't know the size; how big it

20     is.  Probably average size of an emergency

21     room, I imagine.

22         Q      How many rooms were there in the

23     emergency room, if you know, to hold patients,

24     approximately?

25             MR. FERGUSON:  Objection.

119

Inspector Edmund Horace

1

2    A       I would have no idea.

3    Q       Would it be fair to say that

4    there's a nursing station?

5            MR. FERGUSON:  Objection.

6    A       Yes.

7    Q       You recall the nursing station,

8    right?

9    A       I saw a station that looked like

10   a nursing station.

11   Q       There were medical personnel,

12   such as nurses and doctors from time to time

13   who were at the nursing station, right?

14   A       I believe so.

15   Q       They were performing their

16   specific functions, as you would expect a

17   doctor and nurse to do, right?

18   A       I guess so.

19   Q       That would include treatment of

20   DiLeonardo, Bienz, the taxicab driver, right?

21   A       I believe so.

22   Q       In one of the rooms, you learned

23   that there was the taxicab driver, who was

24   also being treated, right?

25   A       Well, I was told that the taxicab

120

1          Inspector Edmund Horace

2    driver was in the emergency room.  I didn't

3    know where he was in that particular emergency

4    room.

5          Q      Did you ever make an attempt to

6    speak to him?

7          A      No, I did not.  And the reason

8    being there was an active investigation.

9               MR. FERGUSON:  You don't have to

10              give the reason.  You didn't attempt to

11              speak to him.

12         Q      Again, did any member of the

13   Suffolk County Police Department ever direct

14   you not to speak to Thomas Moroughan or the

15   occupants of the taxicab?

16         A      No.

17         Q      Did you ever ask to speak to any

18   member of the Suffolk County Police Department

19   who interviewed or who may have interviewed

20   witnesses prior to leaving the hospital that

21   night?

22         A      No.

23         Q      For example, you're saying here,

24   "Tony, I didn't want to interfere with Suffolk

25   P.D. so I didn't inquire personally, right?

121

Inspector Edmund Horace

1          MR. FERGUSON:  He said no.

3     A      It wasn't our investigation.  It
4  was a Suffolk County investigation.  I felt
5  that it was inappropriate to interfere with
6  Suffolk County active investigation.

7     Q      Did you ever ask any member of
8  the Suffolk County Police Department what
9  information they learned?

10    A      No.

11    Q      You didn't observe any member of
12  the Suffolk police interview DiLeonardo and
13  Bienz before leaving the hospital, correct?

14    A      I don't remember.

15    Q      You don't recall seeing anyone
16  interview Moroughan, correct?

17    A      I don't even know where Moroughan
18  was, much less seeing him interviewed.

19    Q      You came to learn that he was in
20  the emergency room getting treated, right?

21    A      I was told that, correct.

22    Q      At some point you had to pick up
23  your phone and call your superior officer to
24  fill her in on what was happening, right?

25    A      I did that on a couple of

122

                    Inspector Edmund Horace

1

2      occasions, yes.

3             Q      You reported facts regarding that

4      night on several occasions from your cell

5      phone to fill her in on what was happening

6      with respect to the investigation, right?

7             A      Like I said before, yes.

8             Q      Now, even though you didn't see

9      him, Moroughan, the cab driver; did you ever

10     hear him?

11            A      No.

12            Q      Did you ever hear a -- anyone

13     crying?

14            A      Excuse me?

15            Q      Did you ever hear anyone that

16     night in the ER crying?

17            A      It was a Saturday night ER.  It

18     was busy.  There were a lot of people there.

19     There could have been a lot of people crying

20     or wincing in pain.

21            Q      I'm not asking you to guess.  I'm

22     asking you, specifically; you have any

23     recollection of anybody crying?

24            A      I have no recollection.

25            Q      Any recollection of anybody

123

1              Inspector Edmund Horace

2      yelling out, "Why did they shoot me?  Why did

3      they shoot me?"  Word to that effect?

4          A      I have no recollection.

5          Q      Do you have any recollection of

6      anybody yelling out "I want to see my

7      attorney.  I want an attorney?"

8          A      I have no recollection of that.

9          Q      So, if I understand your

10     testimony correctly, you left at 5:30 in the

11     morning, and the only recollection you have of

12     actually participating in any inquiry was a

13     minute conversation each with Bienz,

14     DiLeonardo, and their significant others?

15             MR. FERGUSON:  Note my objection

16         as to the time periods.

17         A      I spoke to those four

18     individuals.

19         Q      Do you recall seeing a female

20     black about 45 years of age at the OR -- I

21     mean the ER, emergency room.

22         A      I don't recall.

23             (Plaintiff's Exhibits 16 and 17

24         so marked.)

25         Q      I'm going to ask you to take a

1          Inspector Edmund Horace

2     look at what has been marked as 16 and 17.

3               Do you recognize seeing that

4     woman in the ER that night?

5          A     I don't recall.  Very bad

6     picture.

7          Q     It's not a great picture, I

8     agree.

9          A     Both are really bad pictures.  I

10    can't make out the face with that one.  I

11    don't recall.

12         Q     In plaintiffs 17 -- it's a

13    newspaper article -- and she's circled.  And

14    the caption reads "First black woman, the new

15    deputy commissioner," correct?

16         A     Yes.

17         Q     That published July 25, 2012,

18    right?

19         A     Okay.

20         Q     Did you ever come to learn that

21    there was an Assistant District Attorney who

22    subsequently was appointed to First -- as a

23    Commissioner by Suffolk County PD in the

24    emergency room that night?

25               MR. FERGUSON:  How could he?  It

125

1                    Inspector Edmund Horace

2           didn't happen until a year later.

3                    How could he learn that in the

4           emergency room?

5                    MR. GRANDINETTE:  I didn't ask

6           him in the emergency room.

7           Q       You said you don't recall seeing

8      that woman.  And although it was a bad

9      photograph -- I acknowledge that.

10                   MR. FERGUSON:  You wanted to ask

11          him if there was an Assistant District

12          Attorney in the emergency room.

13                   MR. GRANDINETTE:  That's not what

14          I wanted to ask him.

15          Q       Do you recall subsequently

16     learning that there was an Assistant District

17     Attorney, who was later promoted to

18     Commissioner of Suffolk County Police

19     Department at the ER that night?

20          A       Subsequent to what, though?

21                   MR. MITCHELL:  Object to the

22          form.

23          Q       After these events the night of

24     February 27th, did you come to learn that

25     there was a prosecutor from the Nassau County

126

```
 1              Inspector Edmund Horace
 2    DA's Office present in the ER by the name of
 3    Risco Lewis.
 4         A    No.  I don't understand your
 5    question you're trying to portray to me.
 6         Q    Did you ever come to learn that
 7    there was a DA -- a black female DA present in
 8    the ER on the night of February 27, in the
 9    early morning hours, 2011?
10         A    During that night -- I don't
11    remember who -- someone said to me there was a
12    Nassau DA in the hospital.  But, I don't
13    remember what she looked like.  I don't
14    remember talking to her, or anything like
15    that.  But, I was informed that there was a
16    Nassau DA somewhere in the emergency room.
17              MR. FERGUSON:  That's an
18         Assistant DA.
19              THE WITNESS:  Assistant DA.
20         Q    I'm going to show you what has
21    been marked as Plaintiff's Exhibit 15.  This
22    is a computer-generated photograph.  It's not
23    the greatest photo in the world.
24              Do you recognize that individual
25    as being part of the medical staff at the
```

127

1                    Inspector Edmund Horace

2       hospital that was treating DiLeonardo?

3            A       No, I don't recognize her.

4            Q       While you were present in the ER

5       from approximately 3:00 in the morning to 5:30

6       in the morning, did you ever hear any member

7       of the hospital staff requesting the removal

8       of members of either Nassau or Suffolk Police

9       Department from the ER?

10           A       I don't remember that.

11           Q       Do you ever recall a member of

12      the hospital staff requesting to draw the

13      blood or the urine of Anthony DiLeonardo?

14           A       I don't remember that.

15           Q       Do you ever recall a member of

16      the hospital staff, specifically, stating that

17      they want his blood because he is drunk?

18           A       No, I don't remember that.

19           Q       If such a request was made,

20      according to your observations that would be

21      directly contradictory to what you observed,

22      right?

23                   MR. FERGUSON:  Objection.

24                   MR. MITCHELL:  Object to form.

25           A       I don't get the question.

1          Inspector Edmund Horace

2          Q      In other words, you said you saw

3     him.  You spoke to him.  You didn't see any

4     signs of intoxication, right?

5          A      Yes.

6          Q      If somebody at the same ER that

7     night said that they're obviously drunk, that

8     would be completely inconsistent with your

9     observation, right?

10               MR. FERGUSON:  Objection.  Note

11          my objection.

12          A      Yes, it would be.

13          Q      Now, before you left the

14     hospital, did any member of the Suffolk County

15     Police Department inform you that they were

16     going to make an arrest in this case?

17          A      Yes.

18          Q      Was that the first time that you

19     learned that there was going to be an arrest

20     made?

21          A      I believe so.

22          Q      About what time was that?

23          A      I don't remember.  It was before

24     we left the hospital.

25          Q      So, what it was sometime closer

129

                        Inspector Edmund Horace

1

2    to 5:30?

3         A       It was -- about a 5 o'clock.

4         Q       Between 3 o'clock and 5 o'clock

5    when you were at the hospital, no one ever

6    said to you that anyone is in custody or under

7    arrest regarding the event that transpired in

8    this case, right?

9         A       No, I don't remember any of that.

10        Q       Did you see anybody in handcuffs?

11        A       I don't believe so.

12        Q       Do you recall speaking to a

13   Sergeant William Lamb from the Suffolk County

14   Homicide Bureau?

15        A       I had a brief conversation with a

16   supervisor.  I don't know his name.  That was

17   the person that told me they were looking to

18   make the arrest.  They were making the arrest.

19   And that was about 5:00 in the morning.  I

20   don't remember what the person's name was.

21        Q       Now, would it be fair to say that

22   based upon your presence at the OR up to this

23   point in time when the supervisor told you

24   that he was going to arrest the taxicab

25   driver -- is that who he told you they were

130
Inspector Edmund Horace

1    going to arrest?

2        A        Yes.

3        Q        It would be fair to say you never

4    saw anybody interviewing DiLeonardo, Bienz, or

5    their significant others from the Suffolk

6    County Police Department?

7        A        I did not see that.

8        Q        You were present in the ER the

9    whole time, right?

10       A        But, I was not with them the

11   whole time.

12       Q        I'm not saying you were.

13       A        I was somewhere in the ER.

14                MR. MITCHELL:  Tony, can you just

15                ask him -- because I'm gong to be

16                leaving -- the fellow you mentioned

17                supervisor -- if he was in plain clothes

18                or uniform.

19       Q        Was the supervisor in plain

20   clothes or in uniform?

21       A        I believe he was in plain

22   clothes.

23       Q        Did I ask you if you recognize a

24   photograph?

1                    Inspector Edmund Horace

2          A      Excuse me?

3          Q      Would you recognize a photograph?

4          A      I don't know.

5                 MR. GRANDINETTE:  If we can go

6          off the record for a second.

7                 (Whereupon, a discussion took

8          place off the record.)

9          Q      Sir, how often do you have your

10   photo ID updated in the Nassau County Police

11   Department?

12         A      I don't remember.  I know when we

13   get promoted you get an updated.  I'm not

14   sure.

15         Q      When was your last updated

16   photograph?

17         A      Actually, when I made Inspector,

18   a couple of years ago.

19         Q      Couple of more questions about

20   the hospital.

21         A      Okay.

22         Q      Do you recall anyone,

23   specifically, requesting either blood or urine

24   to be drawn from either one of the officers?

25         A      No, I don't recall.

132

1    Inspector Edmund Horace

2         Q      Sir, if you were to have observed

3    signs to suggest that the officers drank or

4    used drugs, what would you -- what would your

5    responsibilities be at that point in time?

6              MR. FERGUSON:  Note my objection.

7         He didn't observe any signs of being

8         drunk.

9         A      I did not observe anyone drunk.

10        Q      For the purpose of my question --

11   I completely understand what your observations

12   were.

13              What I'm saying to you is -- this

14   is a hypothetical.

15              If you observed an off-duty

16   officer who discharged his service revolver

17   who appeared to be intoxicated by reason of

18   alcohol or drugs, what would your

19   responsibility be?

20              MR. FERGUSON:  Same objection.

21        A      Like I said, I did not observe

22   these officers.  I can't answer that because I

23   didn't observe that.  I observed them to be

24   normal.

25        Q      This is a hypothetical question.

133

1              Inspector Edmund Horace

2    That means it's make-believe.

3              MR. FERGUSON:  If it's

4         make-believe, objection to the form.

5         Q      We're changing the facts for

6    purposes of the question.

7              If you had observed an off-duty

8    Officer who had discharged his revolver and

9    you believed him to be either intoxicated or

10   using drugs, what are your duties and

11   responsibilities?

12        A      I can't answer a hypothetical

13   question.  It's not relevant to this case.

14             MR. FERGUSON:  Note my objection

15        to the question.

16             MR. GRANDINETTE:  We'll come

17        back.  We'll get a ruling on that.

18        Q      Did you ever read the Deadly

19   Force Response Team report in this case?

20        A      No, I did not.

21        Q      Did you contribute to any of its

22   content?

23        A      Not to my knowledge.

24        Q      So, I'm assuming if you didn't

25   read it or contribute to it, you didn't review

134

                    Inspector Edmund Horace

1

2      it prior to its submission to the

3      Commissioner?

4             A      No, I did not.

5             Q      Having never read it, would it be

6      fair to say that you are not in a position to

7      comment whether or not you agree with its

8      consent and conclusions?

9             A      I can't answer that because I

10     never read it.

11            Q      When you mentioned, earlier, that

12     Chief Hunter -- John Hunter arrived at the

13     hospital, right?

14            A      Yes.

15            Q      He was a member of the Deadly

16     Force Response Team?

17            A      Yes.  He was actually the

18     leader -- team leader.

19            Q      What if anything did you recall

20     Hunter saying or doing after his arrival?

21            A      He said he said he was, you know,

22     he was at the scene.  He came from the scene.

23     He did note that -- that the, you know, the

24     occurrence looked like it was a proper, you

25     know, proper shooting, proper situation.  That

135

1              Inspector Edmund Horace

2       was kind of it.

3              Q       When did he say this, as soon as

4       he arrived?

5              A       Couple of minutes after he

6       arrived.

7              Q       That was prior to him speaking to

8       DiLeonardo or Bienz?

9              A       No.  I think it might have been

10      after.

11             Q       What makes you think it was

12      after?

13             A       Because I think -- when he came

14      in there, I believe -- I didn't see it, but I

15      believe he went to see them right away.

16             Q       Did he tell you that he

17      interviewed them about what happened; that's

18      why he is concluding it was proper?

19             A       I don't remember that.

20             Q       Did you ask him?  Did you

21      interview him about what happened?

22             A       I did not ask him.

23             Q       Is there any reason you didn't

24      ask him?

25             A       Because he is my superior

                                                      136

1                    Inspector Edmund Horace

2    Officer.  He was the leader.  He's the team

3    leader.  It was not my position to ask him

4    what he did.

5            Q      Did he give you any direction as

6    to what to do?

7            A      I asked him, "Do you need

8    anything?"  He said "No."

9            Q      So, up to this point you don't

10   know what time this is.  But, up to this point

11   in time -- other than responding and having a

12   ten-minute conversation with Marinaci and

13   these two uniformed cops -- you really didn't

14   do an investigation?  You didn't do anything,

15   right?

16                  MR. FERGUSON:  Note my objection

17           to the form of the question.

18           A      Well, like I said, I visited the

19   officers.

20           Q      Other than that, you didn't

21   engage in any active police work.

22                  MR. FERGUSON:  Objection.

23           A      I did not.  Like I said before,

24   because there was an active investigation by

25   Suffolk County.

137

Inspector Edmund Horace

1
2    Q      Did you have any other
3    conversation with Hunter?
4    A      Like I said, I had a brief
5    conversation with Hunter.  I believe it was
6    after he saw them.  He said that everything
7    looked good.
8    Q      How long was that conversation?
9    A      It was a couple of minutes.
10   Q      When you say a couple of minutes;
11   two minutes, five minutes?
12   A      Two or 3 minutes.
13   Q      Did you see Hunter interview the
14   taxicab driver?
15   A      No, I did not.
16   Q      Did you see him interview any
17   other witness?
18   A      I don't remember.
19   Q      Did you see Hunter speaking to
20   any member of the Suffolk County Police
21   Department at the hospital?
22   A      I don't recall seeing him do
23   that.
24   Q      Whether uniformed or
25   un-uniformed.

138

1                    Inspector Edmund Horace

2          A       I don't recall.

3          Q       How long would you say Hunter was

4     at the hospital?

5          A       Until I left.  I would say

6     45 minutes; something like that.

7          Q       So, if you're accurate in the

8     time that you left -- you got there about

9     4:45?

10         A       Maybe sooner than that.

11    Somewhere around 4:30 or something like that.

12         Q       So, he could have been there an

13    hour, approximately?

14         A       Could be.

15                 MR. FERGUSON:  If you know, you

16         know.  Don't speculate or guess.

17         A       I don't know.

18         Q       During the course of that hour,

19    what you observed him do was speak to

20    DiLeonardo and Bienz for a brief period?

21         A       I didn't see that.  I didn't see

22    him exactly do that during our conversation.

23         Q       So, you concluded that he did

24    based upon your conversation with him?

25         A       Yes.

```
                                                     139
 1                  Inspector Edmund Horace

 2          Q       You concluded that that interview

 3    was a brief one?

 4          A       I don't know.

 5          Q       Do you know Sergeant DeMartinis?

 6          A       Yes.

 7          Q       He is with Nassau County Homicide

 8    Bureau, correct?

 9          A       Yes.

10          Q       He was a member of the Deadly

11    Force Response Team as well, correct?

12          A       Yes.

13          Q       He responded to the hospital that

14    night, correct?

15          A       Yes.

16          Q       Can you tell me -- did you speak

17    to him?

18          A       Very briefly.

19          Q       Let's first, if you would, check

20    crime scene hospital log -- 13.

21                  Reviewing that, do you see

22    Detective-Sergeant DeMartinis signed in?

23                  MR. FERGUSON:  Objection.  This

24          is not a sign-in sheet.

25          A       I don't sees anything there.
```

140

Inspector Edmund Horace

1    Q    Clearly he was there that night,

3    right?

4    A    Yes, I believe so.

5    Q    So, you would acknowledge, sir,

6    that there were members of the Nassau County

7    Police Department present at the ER whose

8    presence was not recorded on this scene log,

9    Plaintiff's 13.

10    A    Yes.

11    Q    That scene log -- at least

12    records members of Suffolk and Nassau's

13    arrival between approximately 1:20 and 8:50 in

14    the morning, correct?

15    A    That's what it says.

16         MR. GRANDINETTE:  If we could

17         have this marked as Plaintiff's 18.

18         (Plaintiff's Exhibit 18 marked)

19    Q    Plaintiff's 18 is a list of

20    people who were present at the hospital on

21    2/27/11.

22         I just want to go over with you

23    the list of Nassau County PD.  You recall

24    seeing John Hunter there, right?

25    A    Yes.

Inspector Edmund Horace

1

2        Q        Of course, you were there.

3                 How about Captain Daniel

4    Flanagan?

5        A        Yes.  I recall seeing him.

6        Q        Daniel Flanagan is a member of

7    the Deadly Force Response Team, too, as well,

8    correct?

9        A        Yes.

10       Q        Then John DeMartinis from

11   homicide; he was there, correct?

12       A        Yes.

13       Q        We talked about Timothy Marinaci,

14   right?

15       A        Yes.

16       Q        He is the Sergeant from the Third

17   Precinct?

18       A        Yes.

19       Q        Can you tell me what, if

20   anything, you observed John DeMartinis do

21   after he arrived at the hospital?

22       A        I couldn't tell you that.  I did

23   see him briefly.  But, I don't know what he

24   did after he got there.

25       Q        Did you speak to him at all?

142

1                    Inspector Edmund Horace

2          A       Very briefly.

3          Q       When you say "very briefly," how

4    long is that?

5          A       It had to be less than a minute.

6          Q       Did you see him interview anyone

7    or speak to any Suffolk County -- first of

8    all, did you see him interview anybody?

9          A       I don't remember.

10         Q       Did you see him speak to any

11   Suffolk County police officers, either plain

12   clothes or not?

13         A       I don't remember.

14         Q       Do you know what time he left the

15   hospital?

16         A       I don't know.

17         Q       You don't know when he arrived

18   and when he departed?

19         A       No.

20         Q       Daniel Flanagan -- he was a

21   member of the Deadly Force Response Team, too,

22   correct?

23         A       Correct.

24         Q       Do you know when he arrived at

25   the hospital?

                              Inspector Edmund Horace

1

2        A        No.

3        Q        Do you know what time he left?

4        A        No, I don't.

5        Q        Did you have any conversation

6    with him?

7        A        Very brief conversation.

8        Q        How long was that conversation?

9        A        Less than a minute.

10       Q        Do you recall the content of the

11   conversation?

12       A        No, I don't.

13       Q        Do you know if he had any more

14   factual information than you did about the

15   case?

16                MR. FERGUSON:  Note my objection.

17       A        I don't know.

18       Q        Same thing with DeMartinis; did

19   he have any more factual information?

20                MR. FERGUSON:  He can't tell you

21            what's in somebody else's mind.  That's

22            what you're asking him.  Objection to

23            the question.

24       Q        I'm asking you --

25                MR. FERGUSON:  You're asking what

144

Inspector Edmund Horace

1    somebody else had more information than

2    somebody else had more information than

3    him.

4    Q    Based upon your conversation with

5    John DeMartinis, did he communicate anything

6    to you that he had some personal knowledge

7    based upon investigation about what happened

8    here?

9    A    I don't remember.  I don't

10   believe so.

11   Q    So, if these five people:

12   Hunter; Horace, yourself; Flanagan;

13   DeMartinis; are members of the Deadly Force

14   Response Team, right, saddled with the duty of

15   responsibility of ascertaining the facts

16   regarding the incident, can you tell me who

17   was it that interviewed the relevant parties

18   here?

19         MR. FERGUSON:  Note my objection.

20   A    I don't recall.  I don't know.

21   Q    Do you know if any interviews

22   were conducted to ascertain what the facts

23   were?

24   A    I don't know.

25         MR. FERGUSON:  Note my objection.

145

1                    Inspector Edmund Horace

2          Q       Who's the highest ranking officer

3    there?

4          A       Deputy Chief Hunter in Nassau

5    County.

6          Q       Now, according to this list that

7    we've marked as Plaintiff's 18, there appears

8    to be 14 members of the Suffolk County Police

9    Department and nine members of Nassau County

10   PD, right?  Seven members of the Homicide

11   Bureau, correct -- Suffolk County Homicide

12   Bureau?

13         A       Yes.

14         Q       And two civilians, right?

15         A       Okay.

16                 MR. FERGUSON:  We have to be out

17            of here in five minutes.

18         Q       We have about 30 police officers

19   present.

20                 To your knowledge, did you see

21   anyone of the 30 officers sit down and have a

22   Q and A with either Bienz or DiLeonardo before

23   you left the hospital?

24                 MR. FERGUSON:  Note my objection.

25         A       I have no knowledge of that.

1          Inspector Edmund Horace

2          Q      Did you see anybody questioning

3    them and writing something down on a pad?

4          A      I don't remember that.

5          Q      So, when you left, would it be

6    fair to say that it was your belief that no

7    one had sat down and had a detailed Q and A

8    with anyone of the officers or their

9    significant others concerning the facts of

10   this case?

11               MR. FERGUSON:  Note my objection.

12         A      I don't know.  I didn't see that.

13   I don't know whether that happened or not.

14         Q      Can you tell me after you left

15   the hospital, what happens next?

16         A      I went to the Precinct.  I drove

17   to the Precinct.

18         Q      You went there alone, correct?

19   You said I think you got there about 6:00?

20         A      Yes.  I'm not sure of the exact

21   time.

22         Q      I'm not going to hold you to the

23   exact time.

24               When you get there, what do you

25   do?

147

Inspector Edmund Horace

1     A     I walked inside.

2     Q     What happened next?

3     A     I believe, you know -- I believe

4 I got there after the other people that were

5 there, Bienz and the other fellow, DiLeonardo.

6 So, you know, I think they were there already.

7 I believe after that, you know, we were

8 escorted into the back in the area where the

9 detectives were in the Precinct.

10    Q     Did you have to sign in?

11    A     I don't remember.

12    Q     When you're brought into the

13 back, you said "We."  Who's we?

14    A     There was -- it was myself.

15 There was, I believe DiLeonardo, Bienz.  I

16 believe their respective wives and

17 girlfriends.  I believe John Hunter was there.

18 I remember John Hunter was there.  I'm not

19 sure he got there after I was there.

20    Q     How about the PBA reps?

21    A     I believe there were PBA reps

22 there.

23    Q     Do you see the reference to a PBA

24 attorney there, William Miller?

1              Inspector Edmund Horace

2          A      Yes.

3          Q      He was at the hospital; you

4    recall seeing him?

5          A      I recall seeing him at the

6    hospital.

7          Q      Do you know him?

8          A      I do know him.

9          Q      You guys say hello?

10         A      Brief conversation.

11         Q      Did you have any official duty

12   conversation?  Did he ever say, "Hey, I don't

13   want anybody interviewing cops"?

14         A      No.

15         Q      They have an obligation, in fact,

16   do they not, to disclose, to talk to

17   investigators from Nassau concerning the

18   shooting?

19                MR. FERGUSON:  Objection.

20         Q      They have a obligation, do they

21   not, to discuss?

22         A      I don't know.

23         Q      At any rate, Bill wasn't there as

24   an obstructionist?  He didn't say you can't

25   talk to them?

149

1          Inspector Edmund Horace

2       A       No.

3               MR. FERGUSON:  Note my objection.

4       Q       There's a bunch of people from

5   Nassau County Police Department that you

6   describe at the Precinct.  What happens next?

7       A       I believe Suffolk County

8   interviewed them.  Suffolk detectives, I guess

9   it was, interviewed, you know, DiLeonardo,

10  Bienz, and I guess their wives and

11  girlfriends.

12      Q       Were you present during these

13  interviews?

14      A       No, I was not.

15      Q       Where were you when these

16  interviews were taking place?

17      A       I was in a different room.

18      Q       When you first got there, did you

19  all go into one room and then somebody come in

20  and introduce themselves; how did this all

21  happen?

22      A       Actually, I believe they were in

23  one room, and I was in a room next door or a

24  hallway area.

25      Q       Who's they?

1                    Inspector Edmund Horace

2          A        The four individuals; Bienz,

3     DiLeonardo, and the two girls.

4          Q        So, they're in a room within the

5     Second Precinct?

6          A        Correct.

7                    MR. FERGUSON:  We have to leave,

8               gentlemen.  This deposition is over.

9                    MR. GRANDINETTE:  All right.  We

10              have to continue.

11                   MR. FERGUSON:  They told me we

12              have to be out at 5:15.  It's 5:15.

13              This is a different section of the

14              office.

15                   MR. GRANDINETTE:  I get it.

16                   MR. FERGUSON:  They said we can't

17              be here when they're not here.

18                   MR. GRANDINETTE:  That's fine.

19                   Thank you for your time and

20              patience.

21                   THE WITNESS:  Thank you.

22                   (Time noted:  5:15 p.m.)

23

24

25

151

1

2               A C K N O W L E D G M E N T

3

4      STATE OF NEW YORK    )
                             :ss
5      COUNTY OF NASSAU     )

6

7

8               I, EDMUND HORACE, hereby certify

9      that I have read the transcript of my

10     testimony taken under oath in my deposition of

11     February 21, 2013; that the transcript is a

12     true, complete and correct record of my

13     testimony, and that the answers on the record

14     as given by me are true and correct.

15

16

17                      _____

18                      EDMUND HORACE

19

20

21     Signed and subscribed to before
       me, this            day
22     of                  , 2013.

23     _____
       Notary Public, State of New York

24

25

                                                              152

1

2       ------------------I N D E X-------------------

3       WITNESS            EXAMINATION BY            PAGE

4       EDMUND HORACE  ANTHONY GRANDINETTE          4

5

6       DIRECTIONS:  None

7       RULINGS:     None

8       MOTIONS:     None

9

10      ---------------DOCUMENT REQUEST----------------

11      None

12      ---------INFORMATION TO BE FURNISHED--------

13      None

14      ------------------EXHIBITS-------------------

15      PLAINTIFF'S                        FOR I.D.

16      1     Police Department training record.

17      12    Department Procedure

18      13    Scene Log

19      14    Photo of Thomas Moroughan

20      15    Photo of Dr. Kurakowski

21      16    Photo of Risco Lewis

22      17    Newspaper story re. Risco Lewis

23      18    List of people at hospital

24      DEFENDANT'S                        FOR I.D.

25      None

153

1

2                    C E R T I F I C A T E

3      STATE OF NEW YORK    )

4                           ) ss.:

5      COUNTY OF NASSAU     )

6

7                I, RICH MOFFETT, a Notary Public

8           within and for the State of New York, do

9           hereby certify:

10               That EDMUND HORACE, the witness

11          whose deposition is hereinbefore set

12          forth, was duly sworn by me and that

13          such deposition is a true record of the

14          testimony given by such witness.

15               I further certify that I am not

16          related to any of the parties to this

17          action by blood or marriage; and that I am

18          in no way interested in the outcome of

19          this matter.

20               IN WITNESS WHEREOF, I have

21          hereunto set my hand this 21st day of

22          February, 2013.

23

24               --------------------------

                         RICH MOFFETT

25

**0**

**0158** [2] - 67:25, 68:2
**0205** [1] - 47:10
**0211** [1] - 47:11
**0251** [6] - 47:21, 62:2, 64:10, 64:15, 64:21

**1**

**1** [5] - 1:20, 4:24, 45:14, 60:21, 152:16
**1-10** [1] - 1:12
**1/2** [1] - 34:6
**10** [4] - 55:16, 55:23, 56:3, 64:11
**100** [1] - 2:17
**1000** [1] - 108:21
**1003** [1] - 108:22
**1004** [1] - 108:24
**11** [4] - 28:16, 28:17, 31:6, 51:21
**11-20** [1] - 1:16
**11/12/2001** [1] - 34:12
**114** [2] - 1:24, 2:13
**11501** [4] - 1:20, 1:24, 2:13, 2:22
**11788** [1] - 2:17
**12** [3] - 34:22, 34:23, 152:17
**12-CV-0512** [1] - 1:6
**12/1/2001** [1] - 34:10
**13** [7] - 33:16, 46:22, 78:25, 79:2, 139:20, 140:9, 152:18
**14** [8] - 58:9, 58:10, 71:11, 116:8, 116:11, 145:8, 152:19
**1490** [1] - 4:13
**15** [4] - 59:8, 116:8, 126:21, 152:20
**16** [4] - 59:16, 123:23, 124:2, 152:21
**17** [4] - 123:23, 124:2, 124:12, 152:22
**18** [6] - 33:25, 140:17, 140:18, 140:19, 145:7, 152:23
**1973** [1] - 19:19
**1992** [2] - 21:15, 22:2
**1:20** [1] - 140:13
**1:30** [2] - 52:20, 52:23
**1:50** [5] - 9:25, 10:25, 11:5, 53:3, 53:4

**2**

**2** [4] - 30:10, 60:21, 114:15, 115:17

**2/27/11** [1] - 140:21
**2000** [1] - 22:3
**2003** [4] - 22:7, 22:9, 23:2, 33:25
**2004** [2] - 22:12, 23:5
**2007** [3] - 23:7, 23:12, 24:14
**2008** [2] - 23:12, 23:18
**2010** [1] - 33:17
**2011** [11] - 9:17, 14:5, 16:18, 23:20, 24:18, 26:5, 29:8, 30:10, 36:21, 39:19, 126:9
**2012** [3] - 24:6, 24:9, 124:17
**2013** [4] - 1:21, 151:11, 151:22, 153:22
**2025** [1] - 68:9
**207** [5] - 34:25, 35:6, 35:19, 35:20, 45:4
**209** [4] - 40:13, 40:22, 45:2, 45:5
**21** [2] - 1:21, 151:11
**210** [3] - 34:25, 35:6, 35:21
**21st** [1] - 153:21
**25** [1] - 124:17
**27** [6] - 9:17, 14:5, 16:18, 23:20, 39:19, 126:8
**270** [1] - 47:12
**27th** [12] - 14:12, 14:13, 15:9, 15:10, 15:11, 15:18, 17:11, 17:19, 24:18, 26:5, 79:6, 125:24
**280-4664** [1] - 1:25
**2:00** [3] - 1:22, 89:16, 89:23
**2:51** [2] - 54:8, 56:14
**2nd** [1] - 29:8

**3**

**3** [13] - 21:3, 34:16, 40:14, 64:15, 64:16, 81:22, 83:3, 87:19, 114:15, 115:17, 117:12, 129:4, 137:12
**3/19/2002** [1] - 34:6
**30** [2] - 145:18, 145:21
**31** [1] - 34:6
**316-2805** [1] - 11:22
**3:00** [4] - 70:14, 82:13, 118:13, 127:5

**4**

**4** [3] - 21:3, 87:19, 152:4
**40** [1] - 47:21
**404-0110** [2] - 12:22, 13:11
**45** [2] - 123:20, 138:6
**4:00** [1] - 13:18
**4:30** [15] - 8:11, 81:23, 82:13, 82:20, 88:18, 89:18, 89:24, 98:25, 110:9, 110:16, 114:9, 115:6, 116:5, 138:11
**4:45** [1] - 138:9

**5**

**5** [8] - 33:17, 36:21, 51:7, 51:12, 51:13, 108:24, 129:3, 129:4
**5-10** [1] - 64:24
**5-hour** [1] - 34:13
**5/9/2001** [1] - 34:16
**516** [3] - 1:25, 11:23, 12:22
**5:00** [1] - 129:19
**5:00-530ish** [1] - 113:16
**5:15** [3] - 150:12, 150:22
**5:30** [7] - 114:10, 116:6, 117:13, 118:13, 123:10, 127:5, 129:2

**6**

**6** [1] - 51:25
**630** [1] - 1:24
**6:00** [1] - 146:19

**7**

**7** [2] - 98:22, 98:23
**71** [1] - 18:17
**73** [1] - 18:17
**79** [4] - 19:21, 19:24, 20:13, 20:16

**8**

**8** [1] - 108:17
**836** [1] - 74:7
**851** [1] - 76:8
**852** [1] - 76:8
**853** [1] - 76:8
**87** [3] - 20:18, 21:14, 21:22

**8:50** [1] - 140:13

**9**

**9** [7] - 14:8, 14:9, 14:17, 14:24, 16:4, 54:25, 65:11
**90s** [2] - 18:13, 19:7
**92** [1] - 21:24
**95** [1] - 18:13
**952** [1] - 74:15
**953** [1] - 75:6
**954** [2] - 75:6, 75:10
**955** [2] - 75:12, 75:13
**956** [2] - 75:12, 75:13
**957** [1] - 75:13
**987** [1] - 116:11
**993** [1] - 99:19
**997** [1] - 100:9
**999** [1] - 99:19
**9:00** [2] - 15:18, 16:19
**9:30** [1] - 14:9

**A**

**a.m** [7] - 10:25, 11:5, 13:18, 15:18, 16:19, 114:9, 116:6
**ability** [1] - 63:21
**able** [1] - 76:9
**abrasion** [1] - 100:19
**absolutely** [1] - 16:6
**academy** [4] - 20:5, 20:8, 20:14, 38:7
**accelerated** [1] - 63:7
**accidently** [1] - 72:25
**accord** [2] - 107:8, 108:12
**according** [12] - 40:4, 41:21, 49:10, 55:15, 63:6, 67:23, 69:5, 89:15, 95:10, 106:25, 127:20, 145:6
**account** [5] - 60:13, 70:11, 70:13, 91:4, 111:17
**accurate** [5] - 31:9, 32:9, 32:19, 69:9, 138:7
**accurately** [5] - 12:7, 32:13, 99:24, 100:5, 108:25
**acknowledge** [3] - 43:11, 125:9, 140:5
**acting** [1] - 36:20
**action** [2] - 4:18, 153:17
**activate** [1] - 54:2, 54:19

**activated** [1] - 50:23
**active** [7] - 71:4, 71:8, 88:10, 120:8, 121:6, 136:21, 136:24
**activities** [2] - 7:4, 7:5
**activity** [1] - 6:20
**actual** [2] - 29:14, 61:11
**address** [5] - 4:12, 9:6, 9:7, 53:19, 56:4
**adequate** [1] - 5:10
**administer** [1] - 3:18
**Administration** [1] - 18:9
**administration** [1] - 18:10
**administrative** [20] - 37:2, 37:6, 37:10, 37:11, 37:20, 38:5, 38:12, 38:13, 40:5, 41:13, 41:18, 41:24, 42:8, 42:14, 42:17, 43:12, 44:12, 45:7, 47:17, 49:9
**advises** [1] - 55:16
**affairs** [1] - 35:7
**Affairs** [1] - 35:11
**affirmatively** [1] - 111:23
**afternoon** [1] - 4:15
**age** [1] - 123:20
**ago** [9] - 18:22, 19:2, 19:6, 22:24, 22:25, 99:4, 100:25, 131:18
**agree** [13] - 32:20, 36:18, 38:10, 39:18, 40:19, 45:14, 67:12, 70:12, 94:24, 117:15, 118:15, 124:8, 134:7
**AGREED** [3] - 3:5, 3:11, 3:16
**agreement** [1] - 39:18
**ahead** [2] - 45:12, 67:21
**aided** [2] - 21:24, 22:17
**alcohol** [11] - 96:6, 96:8, 96:20, 97:5, 102:25, 105:20, 105:23, 106:4, 112:15, 112:17, 132:18
**alcove** [5] - 104:4, 104:5, 104:8, 114:18, 115:18
**Alfred** [1] - 1:10
**allegations** [1] - 5:12
**almost** [2] - 22:24, 92:12

**alone** [2] - 113:20, 146:18
**altercation** [1] - 63:24
**ambulance** [3] - 66:15, 67:6, 67:23
**amended** [1] - 5:2
**AND** [3] - 3:4, 3:10, 3:15
**and-a-half** [7] - 72:6, 81:17, 81:19, 82:9, 92:2, 92:13, 94:11
**answer** [10] - 5:19, 5:21, 25:3, 25:6, 48:21, 58:7, 132:22, 133:12, 134:9
**answered** [5] - 68:8, 94:7, 94:18, 94:19, 95:24
**answers** [1] - 151:13
**ANTHONY** [3] - 2:12, 2:14, 152:4
**Anthony** [14] - 1:15, 65:12, 67:24, 75:22, 76:25, 90:18, 98:23, 99:21, 101:11, 101:16, 101:21, 103:12, 115:11, 127:13
**apparent** [1] - 108:4
**appear** [3] - 99:13, 108:3, 109:9
**appearance** [1] - 109:2
**appeared** [4] - 96:14, 100:2, 107:13, 132:17
**appointed** [2] - 24:9, 124:22
**approaching** [1] - 91:6
**approximate** [1] - 82:14
**April** [1] - 33:16
**area** [11] - 12:22, 61:24, 104:4, 104:5, 104:9, 114:15, 117:16, 117:18, 118:17, 147:9, 149:24
**areas** [1] - 83:7
**ares** [1] - 104:8
**arguing** [1] - 32:15
**arm** [1] - 100:8
**arms** [3] - 99:10, 100:3, 100:18
**arrest** [7] - 128:16, 128:19, 129:7, 129:18, 129:24, 130:2
**arrival** [8] - 48:2, 57:6,

64:12, 65:14, 66:8, 76:24, 134:20, 140:13
**arrive** [1] - 66:16
**arrived** [19] - 48:7, 48:14, 54:7, 61:25, 64:19, 64:20, 67:24, 68:7, 73:9, 77:7, 95:20, 114:2, 117:12, 134:12, 135:4, 135:6, 141:21, 142:17, 142:24
**arriving** [1] - 47:14
**article** [1] - 124:13
**ascertain** [10] - 58:15, 58:22, 68:13, 68:16, 68:25, 71:12, 91:11, 95:3, 95:14, 144:22
**ascertaining** [1] - 144:15
**ascertains** [1] - 58:11
**assessment** [3] - 106:8, 109:14, 109:18
**assigned** [5] - 20:22, 20:24, 25:2, 25:12, 46:17
**assignment** [1] - 21:12
**assigns** [2] - 45:20, 46:7
**assist** [1] - 41:22
**Assistant** [4] - 124:21, 125:11, 125:16, 126:18
**assistant** [1] - 126:19
**assume** [1] - 45:21
**assumes** [1] - 51:13
**assuming** [4] - 48:6, 97:16, 101:15, 133:24
**attempt** [2] - 120:5, 120:10
**attend** [1] - 19:22
**attention** [1] - 82:16
**attorney** [7] - 6:5, 6:7, 36:9, 36:11, 123:7, 147:25
**ATTORNEY** [1] - 2:20
**Attorney** [3] - 124:21, 125:12, 125:17
**Attorney's** [1] - 1:19
**attorneys** [1] - 3:5
**Attorneys** [3] - 2:12, 2:16, 2:21
**August** [1] - 36:21
**authorized** [3] - 3:18
**available** [1] - 46:2
**Avenue** [2] - 4:13,

47:12
**average** [1] - 118:20
**aware** [4] - 76:24, 107:24, 116:22, 116:24

**B**

**B-1** [2] - 44:23, 45:5
**B-4** [6] - 48:22, 49:5, 49:18, 49:22, 49:23, 50:3
**B-5** [1] - 49:20
**B-9** [2] - 54:25, 55:3
**Bachelor's** [4] - 18:4, 18:6, 18:7, 18:8
**backboard** [1] - 107:18
**background** [3] - 17:22, 17:24, 18:3
**backseat** [1] - 75:17
**bad** [3] - 124:5, 124:9, 125:8
**based** [10] - 25:10, 51:21, 55:6, 66:12, 70:4, 82:14, 129:22, 138:24, 144:4, 144:7
**basic** [1] - 88:8
**Bates** [7] - 34:24, 35:5, 35:9, 35:15, 35:17, 35:22, 74:15
**BE** [1] - 152:12
**become** [1] - 116:24
**bed** [5] - 53:13, 53:14, 83:7, 83:8, 106:13
**beds** [2] - 114:16, 115:17
**begins** [1] - 9:20
**behind** [2] - 75:14, 75:18
**belief** [1] - 146:6
**belonged** [1] - 75:22
**best** [4] - 63:20, 63:21, 82:19, 105:23
**better** [3] - 12:7, 104:20, 106:20
**between** [13] - 3:5, 16:4, 54:10, 62:14, 63:24, 81:18, 82:12, 89:12, 89:23, 114:9, 116:5, 129:4, 140:13
**Bienz** [36] - 1:15, 52:10, 70:16, 73:13, 77:3, 79:14, 85:19, 90:18, 91:20, 104:2, 104:3, 105:6, 107:18, 108:8, 109:3, 110:3, 110:10, 110:13, 110:14, 110:24,

114:3, 114:12, 114:16, 115:2, 116:4, 119:20, 121:13, 123:13, 130:5, 135:8, 138:20, 145:22, 147:6, 147:16, 149:10, 150:2
**Bienz'** [5] - 111:25, 112:14, 114:22, 114:24, 115:20
**big** [1] - 118:19
**Bill** [1] - 148:23
**bit** [3] - 17:23, 53:23, 100:10
**black** [3] - 123:20, 124:14, 126:7
**Blackberry** [3] - 13:8, 13:12, 13:19
**blood** [13] - 74:23, 75:3, 75:4, 75:8, 88:21, 93:25, 94:3, 100:10, 112:21, 127:13, 127:17, 131:23, 153:17
**bloodshot** [3] - 96:18, 106:3, 112:15
**board** [4] - 105:21, 105:22, 106:15, 106:16
**book** [1] - 14:15
**break** [1] - 72:10
**breath** [1] - 96:21
**BRIAN** [1] - 2:18
**brief** [10] - 94:15, 111:7, 113:6, 115:7, 129:15, 137:4, 138:20, 139:3, 143:7, 148:10
**briefing** [12] - 15:6, 29:9, 29:12, 29:17, 30:2, 30:5, 30:10, 30:17, 30:20, 30:25, 32:22, 95:19
**briefings** [1] - 27:16
**briefly** [21] - 5:4, 6:6, 6:11, 6:12, 8:15, 17:23, 19:16, 20:24, 33:3, 48:14, 60:22, 61:2, 78:11, 80:17, 82:24, 82:25, 83:23, 139:18, 141:23, 142:2, 142:3
**bring** [2] - 19:15, 54:16
**broader** [1] - 16:15
**brought** [1] - 147:13
**building** [1] - 61:23
**bullet** [3] - 76:4, 76:9, 88:22

**bunch** [1] - 149:4
**bureau** [14] - 21:5, 21:7, 21:11, 22:9, 22:20, 23:13, 24:17, 24:21, 38:8, 129:14, 139:8, 145:11, 145:12
**business** [4] - 18:5, 18:8, 18:9, 60:16
**busy** [1] - 122:18
**BY** [5] - 2:14, 2:18, 2:22, 4:7, 152:3

**C**

**cab** [15] - 61:16, 63:7, 74:2, 74:5, 74:9, 74:13, 74:22, 74:25, 77:2, 79:10, 79:19, 80:4, 81:9, 116:25, 122:9
**cabby** [1] - 8:22
**cabdriver** [1] - 8:16
**calm** [1] - 10:24
**capable** [2] - 38:24, 39:9
**Captain** [5] - 22:8, 22:9, 23:22, 23:25, 141:3
**caption** [1] - 124:14
**car** [18] - 39:6, 39:16, 53:15, 61:22, 64:4, 64:5, 64:7, 64:8, 72:3, 72:8, 73:21, 76:5, 76:10, 88:21, 91:8, 94:9, 94:10, 113:20
**care** [4] - 45:21, 51:14, 52:10, 107:3
**career** [3] - 19:17, 21:9, 28:7
**caretaker** [11] - 45:20, 45:24, 46:16, 46:18, 47:17, 49:10, 49:19, 51:6, 51:9, 51:11, 52:2
**cars** [4] - 107:11, 107:12, 107:19
**case** [32] - 5:3, 6:19, 6:20, 6:25, 7:5, 7:6, 7:9, 7:12, 7:16, 9:20, 10:8, 10:19, 12:3, 13:2, 14:5, 15:3, 15:13, 15:17, 15:22, 17:10, 39:3, 46:10, 51:12, 52:18, 55:12, 55:18, 128:16, 129:8, 133:13, 133:19, 143:15, 146:10

**category** [1] - 39:7
**causing** [4] - 38:24, 39:9, 55:9
**CB** [2] - 21:25, 22:13
**CD** [1] - 23:10
**cell** [14] - 11:10, 11:11, 11:12, 11:13, 12:4, 12:6, 12:12, 12:14, 12:15, 12:18, 13:7, 13:9, 122:4
**center** [2] - 22:21, 23:14
**centered** [1] - 114:9
**Centre** [2] - 53:22, 53:24
**certain** [1] - 85:9
**certainly** [2] - 38:16, 100:14
**certification** [1] - 3:8
**certified** [1] - 19:3
**certify** [3] - 151:8, 153:9, 153:15
**chain** [2] - 17:5, 54:17
**changing** [1] - 133:5
**Channon** [1] - 1:11
**characterization** [1] - 93:19
**Charles** [1] - 1:9
**check** [1] - 139:19
**chief** [10] - 50:24, 77:15, 78:5, 79:2, 80:9, 80:20, 85:23, 86:7, 90:15, 134:12
**Chief** [28] - 1:13, 8:8, 8:10, 8:21, 10:5, 21:12, 24:5, 24:7, 24:10, 24:17, 37:23, 38:5, 41:22, 42:11, 50:13, 50:18, 54:12, 58:3, 77:18, 78:3, 78:13, 84:9, 85:20, 85:21, 86:14, 112:12, 145:4
**children** [1] - 17:25
**Ciccotto** [1] - 1:10
**circled** [1] - 124:13
**circumstance** [1] - 39:25
**circumstances** [4] - 36:8, 38:23, 39:8, 68:14
**City** [2] - 19:18, 40:17
**civil** [4] - 4:18, 20:20, 23:23, 23:25
**civilians** [2] - 39:6, 145:14
**clarify** [2] - 72:16, 85:3
**cleaned** [1] - 53:16
**clear** [2] - 26:19, 36:2

**clearly** [3] - 39:7, 39:20, 140:2
**close** [7] - 20:11, 53:20, 87:15, 87:18, 111:2, 115:4, 115:13
**closer** [1] - 128:25
**clothes** [5] - 62:10, 130:18, 130:21, 130:23, 142:12
**CO** [3] - 22:11, 80:10, 80:11
**code** [1] - 12:22
**college** [1] - 19:11
**comfortable** [1] - 44:11
**command** [4] - 17:5, 46:12, 46:13, 54:17
**Commanding** [2] - 1:14, 24:23
**commanding** [2] - 23:12, 38:6
**comment** [1] - 134:7
**Commissioner** [18] - 17:6, 24:3, 38:14, 60:15, 68:18, 69:3, 69:9, 69:13, 69:15, 69:21, 69:23, 70:3, 95:5, 97:22, 97:25, 124:23, 125:18, 134:3
**commissioner** [9] - 24:10, 24:11, 24:13, 24:14, 36:20, 37:21, 60:8, 84:16, 124:15
**commissioners** [1] - 28:3
**communicate** [5] - 54:11, 62:23, 77:24, 102:22, 144:5
**communicated** [4] - 64:12, 64:17, 64:18, 64:25
**communicates** [1] - 55:5
**communication** [6] - 16:17, 16:25, 17:15, 17:17, 17:20, 48:24
**communications** [13] - 17:9, 21:5, 21:7, 21:18, 22:8, 22:20, 24:17, 24:21, 49:12, 49:25, 50:5, 52:16, 55:19
**complaint** [5] - 5:2, 5:7, 5:11, 6:11
**complete** [1] - 151:12
**completely** [2] - 128:8, 132:11
**comprised** [1] - 57:25
**computer** [4] - 21:23,

21:24, 22:16, 126:22
**computer-generated** [1] - 126:22
**concerning** [4] - 9:16, 15:3, 15:13, 15:17, 146:9, 148:17
**concluded** [2] - 138:23, 139:2
**concluding** [1] - 135:18
**conclusions** [1] - 134:8
**condition** [3] - 99:25, 111:10, 113:2
**conduct** [1] - 36:25
**conducted** [2] - 52:4, 144:22
**confident** [2] - 15:11, 101:20
**confined** [2] - 117:20, 118:17
**conscientious** [2] - 106:7, 112:7
**consent** [1] - 134:8
**consumed** [1] - 112:17
**consumption** [1] - 96:5
**contact** [5] - 16:7, 48:25, 49:13, 50:5
**contacted** [1] - 50:10
**contained** [1] - 30:9
**containing** [2] - 8:22, 60:13
**contemporaneously** [1] - 7:4
**content** [3] - 65:21, 133:22, 143:10
**continue** [2] - 20:12, 150:10
**contradictory** [1] - 127:21
**contribute** [3] - 97:21, 133:21, 133:25
**conversation** [42] - 62:3, 62:14, 62:17, 62:19, 71:14, 72:12, 73:9, 79:8, 83:24, 87:10, 94:15, 95:19, 96:9, 96:11, 96:12, 97:2, 98:15, 101:16, 105:9, 105:16, 110:2, 111:5, 111:12, 112:13, 112:24, 113:4, 113:10, 123:13, 129:15, 136:12, 137:3, 137:5, 137:8, 138:22, 138:24, 143:5, 143:7, 143:8,

143:11, 144:4, 148:10, 148:12
**conversations** [2] - 5:22, 113:12
**conversing** [3] - 114:19, 114:21, 115:25
**coordinator** [16] - 23:15, 37:24, 49:2, 49:14, 52:17, 55:2, 55:4, 55:16, 59:10, 59:19, 68:22, 69:21, 95:9, 95:17, 97:15, 98:2
**cop** [3] - 61:4, 63:22, 90:22
**cop's** [1] - 93:24
**cops** [10] - 8:23, 60:22, 63:4, 63:25, 64:3, 73:23, 79:9, 93:15, 136:13, 148:13
**Corps** [1] - 18:15
**correct** [68] - 12:10, 16:3, 16:10, 16:11, 23:24, 29:2, 29:4, 30:3, 30:11, 35:8, 37:7, 37:8, 37:13, 37:14, 37:21, 37:22, 38:2, 38:3, 38:8, 38:9, 38:25, 39:10, 40:10, 40:25, 41:7, 41:25, 45:22, 46:3, 46:8, 46:15, 46:19, 46:21, 49:2, 49:3, 52:4, 55:20, 56:12, 58:12, 59:10, 59:13, 79:6, 81:22, 85:14, 86:25, 87:3, 91:5, 98:5, 107:14, 110:17, 110:18, 117:11, 121:13, 121:16, 121:21, 124:15, 139:8, 139:11, 139:14, 140:14, 141:8, 141:11, 142:22, 142:23, 145:11, 146:18, 150:6, 151:12, 151:14
**correction** [1] - 39:11
**correctly** [1] - 123:10
**correspondence** [6] - 7:15, 8:4, 15:16, 15:17, 16:10, 17:10
**counsel** [1] - 5:11
**Country** [2] - 1:24, 2:13
**County** [88] - 1:8, 1:12, 1:12, 1:19,

11:14, 11:17, 15:2, 16:9, 16:16, 16:20, 16:23, 17:2, 17:11, 17:18, 19:12, 20:8, 25:7, 25:14, 25:15, 25:16, 25:17, 25:21, 30:15, 31:7, 40:17, 40:18, 40:21, 40:25, 45:9, 47:23, 48:3, 48:18, 61:5, 62:4, 62:9, 63:3, 70:22, 71:7, 71:15, 73:4, 73:8, 74:8, 84:24, 85:11, 85:15, 86:21, 88:11, 88:15, 88:23, 90:17, 90:22, 93:22, 94:21, 103:9, 103:11, 103:16, 105:3, 105:5, 111:19, 112:3, 116:12, 117:6, 120:13, 120:18, 121:4, 121:6, 121:8, 124:23, 125:18, 125:25, 128:14, 129:13, 130:7, 131:10, 136:25, 137:20, 139:7, 140:6, 140:23, 142:7, 142:11, 145:5, 145:8, 145:9, 145:11, 149:5, 149:7
**COUNTY** [5] - 2:16, 2:20, 2:20, 151:5, 153:5
**County's** [1] - 88:12
**couple** [9] - 31:16, 74:14, 107:8, 121:25, 131:18, 131:19, 135:5, 137:9, 137:10
**course** [7] - 15:24, 28:6, 34:6, 34:13, 75:25, 138:18, 141:2
**courses** [2] - 32:18, 34:14
**Court** [3] - 1:23, 2:5, 3:21
**court** [1] - 27:4
**COURT** [1] - 1:2
**credit** [3] - 33:17, 34:11, 34:17
**crime** [5] - 47:6, 47:11, 61:12, 86:9, 139:20
**critical** [2] - 51:17, 52:12
**crying** [4] - 122:13, 122:16, 122:19, 122:23

157

**current** [1] - 24:11
**curtains** [1] - 104:8
**custody** [1] - 129:6
**cut** [1] - 100:9
**cutting** [1] - 26:17

# D

**DA** [6] - 126:7, 126:12, 126:16, 126:18, 126:19
**DA's** [1] - 126:2
**Daly** [1] - 24:13
**Daniel** [4] - 1:14, 141:3, 141:6, 142:20
**date** [6] - 14:23, 15:12, 24:24, 28:21, 33:16, 34:6
**Deadly** [36] - 25:2, 25:13, 26:4, 27:7, 27:21, 29:23, 32:24, 33:5, 33:7, 33:10, 33:13, 37:4, 44:13, 49:13, 50:5, 50:22, 51:2, 54:20, 56:16, 57:7, 57:13, 57:22, 58:23, 68:24, 84:14, 85:5, 86:15, 95:2, 97:17, 107:2, 133:18, 134:15, 139:10, 141:7, 142:21, 144:13
**deadly** [10] - 37:3, 37:12, 37:16, 37:18, 38:18, 38:21, 39:20, 44:20, 45:8, 45:16
**death** [3] - 38:24, 39:9, 55:12
**Deborah** [1] - 72:8
**decision** [2] - 111:23, 112:7
**decorated** [1] - 28:7
**Defendant** [1] - 2:4
**DEFENDANT'S** [1] - 152:24
**Defendants** [3] - 1:17, 2:16, 2:21
**defines** [2] - 37:15, 38:21
**definition** [1] - 39:20
**definitions** [1] - 37:15
**degree** [1] - 18:4
**delegate** [4] - 83:15, 83:20, 88:2, 105:11
**delivery** [1] - 60:14
**DeMartinis** [8] - 1:14, 139:5, 139:22, 141:10, 141:20, 143:18, 144:5, 144:13

**departed** [1] - 142:18
**DEPARTMENT** [1] - 2:16
**Department** [42] - 1:8, 1:12, 11:14, 11:18, 16:16, 16:20, 17:12, 17:18, 19:12, 19:19, 23:14, 28:8, 30:15, 36:25, 38:19, 48:4, 55:9, 62:5, 62:9, 72:14, 73:8, 74:8, 88:15, 88:24, 90:17, 103:11, 103:16, 105:5, 120:13, 120:18, 121:8, 125:19, 127:9, 128:15, 130:7, 131:11, 137:21, 140:7, 145:9, 149:5, 152:16, 152:17
**department** [14] - 12:16, 12:17, 18:24, 36:18, 37:4, 37:13, 37:19, 44:17, 44:18, 45:15, 68:20, 83:10, 85:11, 90:4
**Department's** [1] - 94:22
**department-issued** [1] - 12:16
**departmental** [1] - 36:19
**depo** [1] - 47:3
**deposition** [7] - 3:8, 3:16, 14:15, 150:8, 151:10, 153:11, 153:13
**Deputy** [11] - 1:13, 23:4, 23:22, 24:2, 24:7, 24:10, 25:15, 25:20, 28:2, 78:12, 145:4
**deputy** [7] - 22:11, 22:12, 23:10, 38:5, 38:6, 80:11, 124:15
**describe** [4] - 27:12, 71:17, 99:11, 149:6
**designated** [1] - 37:24
**designee** [1] - 38:7
**desk** [9] - 10:12, 44:19, 45:19, 46:7, 50:4, 50:18, 55:5, 55:16, 56:4
**destination** [1] - 68:2
**detail** [1] - 17:3
**detailed** [2] - 69:10, 146:7
**Detective** [1] - 139:22
**Detective-Sergeant** [1] - 139:22

**Detective/Sgt** [2] - 1:10, 1:14
**detectives** [5] - 70:23, 72:16, 72:25, 147:10, 149:8
**Detectives** [1] - 1:8
**determination** [1] - 50:25
**determine** [2] - 37:25, 97:8
**determines** [1] - 55:6
**DFR** [5] - 33:4, 48:25, 52:17, 55:6, 58:10
**different** [3] - 21:11, 149:17, 150:13
**DiLeonardi** [2] - 82:23, 89:18
**DiLeonardo** [48] - 1:15, 46:11, 52:10, 65:12, 67:24, 70:16, 73:13, 75:22, 76:25, 77:4, 79:14, 85:18, 87:5, 88:24, 89:10, 90:18, 91:7, 91:19, 92:9, 92:14, 94:12, 96:3, 98:16, 98:24, 99:7, 99:21, 101:17, 101:21, 104:14, 110:10, 110:12, 114:2, 114:12, 114:14, 116:4, 119:20, 121:12, 123:14, 127:2, 127:13, 130:5, 135:8, 138:20, 145:22, 147:6, 147:16, 149:9, 150:3
**DiLeonardo's** [6] - 39:5, 101:11, 103:12, 111:25, 115:11, 115:20
**direct** [1] - 120:13
**directed** [2] - 86:22, 98:14
**direction** [4] - 40:24, 86:7, 112:11, 136:5
**directions** [1] - 42:10
**DIRECTIONS** [1] - 152:6
**directly** [2] - 73:12, 127:21
**discharge** [6] - 18:18, 39:4, 46:6, 55:24, 56:7, 60:4
**discharged** [5] - 39:15, 75:25, 107:25, 132:16, 133:8
**discharging** [2] - 55:9, 91:7

**disclose** [1] - 148:16
**discuss** [1] - 148:21
**discussed** [1] - 36:9
**discussion** [1] - 131:7
**dispatch** [3] - 21:23, 21:25, 22:17
**dispute** [1] - 31:4
**disregard** [1] - 86:14
**disseminated** [1] - 28:2
**distinction** [1] - 13:10
**distress** [5] - 99:14, 100:22, 101:9, 106:18, 108:4
**District** [3] - 124:21, 125:11, 125:16
**DISTRICT** [2] - 1:2, 1:3
**division** [1] - 46:2
**doctor** [4] - 90:12, 90:16, 112:20, 119:17
**doctors** [4] - 90:13, 106:22, 106:24, 119:12
**Document** [1] - 28:20
**DOCUMENT** [1] - 152:10
**document** [10] - 30:9, 32:3, 36:3, 65:17, 65:19, 66:5, 66:20, 67:9, 67:12, 69:19
**documented** [1] - 48:2
**documents** [6] - 6:3, 6:8, 6:14, 6:16, 6:19, 6:24
**done** [5] - 60:5, 60:9, 60:16, 95:21, 97:25
**door** [5] - 74:17, 74:23, 75:7, 75:18, 149:23
**down** [6] - 5:25, 87:23, 107:13, 145:21, 146:3, 146:7
**Dr** [1] - 152:20
**drank** [1] - 132:3
**draw** [2] - 112:21, 127:12
**drawn** [1] - 131:24
**dressed** [1] - 53:16
**drinking** [2] - 97:5, 102:25
**drive** [2] - 53:23, 54:3
**driven** [2] - 66:14, 93:12
**driver** [15] - 61:8, 61:9, 63:25, 64:2, 76:13, 76:16, 77:2, 116:16, 116:24, 119:20, 119:23, 120:2,

122:9, 129:25, 137:14
**driver's** [5] - 74:17, 74:22, 75:7, 75:14, 75:18
**driving** [3] - 56:21, 57:10, 57:12
**drove** [2] - 57:18, 146:16
**drugs** [6] - 97:5, 103:2, 105:20, 132:4, 132:18, 133:10
**drunk** [4] - 127:17, 128:7, 132:8, 132:9
**duly** [2] - 4:3, 153:12
**during** [9] - 23:9, 75:25, 96:8, 99:5, 105:15, 126:10, 138:18, 138:22, 149:12
**duties** [25] - 11:15, 24:19, 24:25, 25:11, 25:19, 26:2, 41:11, 41:18, 41:21, 42:6, 42:10, 42:15, 42:25, 44:3, 44:12, 51:10, 58:14, 58:24, 59:9, 59:14, 59:15, 68:12, 71:10, 86:23, 133:10
**Duty** [3] - 41:22, 42:11, 54:12
**duty** [22] - 15:5, 25:7, 25:14, 25:15, 25:17, 25:21, 33:18, 37:23, 50:24, 53:9, 54:14, 57:21, 58:20, 63:4, 97:7, 97:10, 106:9, 106:11, 132:15, 133:7, 144:14, 148:11

# E

**e-mail** [14] - 7:17, 8:4, 8:6, 8:9, 8:14, 8:15, 8:22, 8:23, 9:5, 9:6, 13:14, 13:18, 16:10, 17:10
**e-mails** [3] - 7:11, 15:20, 15:21
**early** [2] - 79:5, 126:9
**EASTERN** [1] - 1:3
**EDMUND** [5] - 4:2, 151:8, 151:18, 152:4, 153:10
**Edmund** [4] - 1:13, 4:11, 28:25, 47:22
**educational** [1] - 18:3
**Edward** [2] - 1:15,

90:18
**effect** [2] - 3:19, 123:3
**eighteen** [1] - 60:7
**either** [20] - 4:25, 7:3, 17:10, 32:22, 63:22, 74:3, 75:5, 77:16, 85:18, 109:8, 109:23, 111:24, 113:2, 127:8, 131:23, 131:24, 133:9, 142:11, 145:22
**emergency** [28] - 54:2, 83:9, 89:19, 90:4, 92:12, 92:14, 92:18, 92:24, 104:4, 104:7, 116:25, 117:11, 117:19, 117:20, 118:11, 118:12, 118:15, 118:20, 118:23, 120:2, 120:3, 121:20, 123:21, 124:24, 125:4, 125:6, 125:12, 126:16
**EMS** [1] - 66:12
**EMT** [1] - 18:25
**encompass** [1] - 24:25
**encounter** [1] - 90:24
**encounters** [1] - 33:18
**end** [2] - 14:6, 60:15
**ended** [6] - 14:8, 14:18, 15:18, 23:11, 61:8, 64:8
**enforcement** [1] - 16:8
**engage** [1] - 136:21
**Enid** [1] - 1:11
**ensures** [1] - 60:11
**enter** [1] - 79:13
**entered** [2] - 7:18, 39:16
**entire** [2] - 62:13, 117:11
**entirely** [1] - 48:16
**entrance** [1] - 47:13
**entry** [3] - 47:9, 47:11, 47:21
**ER** [14] - 47:13, 122:16, 122:17, 123:21, 124:4, 125:19, 126:2, 126:8, 127:4, 127:9, 128:6, 130:9, 130:14, 140:7
**escorted** [1] - 147:9
**ESQ** [3] - 2:14, 2:18, 2:22
**establish** [3] - 37:11,

57:16, 66:4
**established** [7] - 37:5, 37:17, 65:18, 65:24, 66:3, 92:23, 118:9
**etc** [1] - 12:10
**ethics** [1] - 34:2
**Eugene** [1] - 1:9
**evaluate** [1] - 59:16
**evening** [4] - 12:19, 13:21, 59:20, 71:20, 75:21, 115:9, 116:19, 117:11
**event** [3] - 24:8, 69:8, 129:7
**events** [5] - 9:16, 70:8, 75:25, 104:22, 125:23
**eventually** [5] - 13:23, 50:12, 72:5, 95:4, 107:17
**exact** [3] - 100:24, 146:20, 146:23
**exactly** [8] - 63:16, 63:18, 76:21, 77:23, 80:21, 99:12, 100:4, 138:22
**EXAMINATION** [2] - 4:7, 152:3
**Examination** [1] - 2:3
**examined** [1] - 4:4
**example** [5] - 13:17, 29:14, 30:14, 88:8, 120:23
**except** [1] - 3:11
**exception** [2] - 15:25, 66:7
**excuse** [3] - 93:7, 122:14, 131:2
**executive** [11] - 27:15, 29:8, 29:11, 29:17, 30:2, 30:5, 30:10, 30:17, 30:19, 30:24, 32:22
**Exhibit** [16] - 4:24, 28:12, 28:16, 28:17, 31:6, 34:22, 34:23, 46:22, 51:21, 65:11, 78:25, 98:22, 98:23, 108:17, 126:21, 140:18
**exhibit** [1] - 34:24
**Exhibits** [2] - 116:8, 123:23
**EXHIBITS** [1] - 152:14
**exit** [1] - 107:12
**exiting** [1] - 107:19
**expect** [1] - 119:16
**expected** [1] - 54:22
**experience** [2] - 66:14, 70:5

**expertise** [1] - 21:20
**explain** [1] - 82:5
**explained** [2] - 54:15, 80:17
**explains** [1] - 52:3
**eyes** [3] - 96:18, 106:3, 112:16

# F

**face** [3] - 96:2, 124:10
**fact** [4] - 46:11, 50:9, 82:15, 148:15
**facts** [20] - 58:11, 58:15, 58:22, 59:9, 64:12, 64:16, 65:2, 68:13, 68:25, 71:12, 93:14, 94:16, 95:3, 95:15, 97:21, 122:3, 133:5, 144:15, 144:22, 146:9
**factual** [8] - 70:7, 91:4, 91:10, 102:16, 104:22, 111:17, 143:14, 143:19
**factually** [1] - 103:5
**fair** [17] - 11:25, 23:19, 28:19, 41:10, 42:4, 42:12, 44:2, 44:10, 64:10, 76:23, 104:12, 111:15, 119:3, 129:21, 130:4, 134:6, 146:6
**fairly** [1] - 99:23
**falling** [1] - 91:9
**falls** [1] - 39:7
**familiar** [8] - 41:17, 41:24, 42:5, 42:13, 43:12, 44:3, 44:11, 65:19
**far** [1] - 87:16
**Favatta** [1] - 1:9
**favor** [2] - 31:15, 33:2
**Faya** [1] - 1:11
**February** [15] - 1:21, 9:17, 14:5, 14:12, 14:13, 16:18, 23:20, 24:18, 26:5, 39:19, 79:6, 125:24, 126:8, 151:11, 153:22
**feet** [1] - 87:19
**fell** [1] - 39:19
**fellow** [2] - 130:17, 147:6
**felt** [1] - 121:4
**female** [2] - 123:19, 126:7
**FERGUSON** [158] - 2:22, 5:14, 5:18, 6:15, 7:20, 7:25,

10:23, 11:7, 13:24, 14:12, 24:20, 25:5, 26:6, 26:11, 26:17, 27:5, 29:16, 29:18, 30:18, 31:8, 31:19, 32:10, 32:15, 35:5, 35:9, 35:14, 35:24, 39:11, 40:14, 41:14, 41:20, 42:2, 42:9, 42:18, 42:23, 43:4, 43:10, 43:22, 44:5, 44:21, 44:24, 45:3, 45:10, 47:24, 48:10, 49:4, 49:6, 49:16, 49:19, 50:14, 52:14, 52:22, 53:2, 56:19, 57:15, 57:19, 58:4, 59:2, 59:11, 59:18, 59:22, 63:9, 63:11, 65:15, 66:17, 66:19, 66:22, 66:25, 67:4, 67:7, 67:16, 67:21, 68:4, 68:19, 69:14, 69:19, 70:9, 70:18, 79:20, 81:2, 84:21, 85:12, 86:11, 86:17, 87:2, 88:25, 89:5, 89:20, 90:2, 90:6, 90:10, 90:20, 91:13, 91:16, 92:6, 92:16, 92:22, 93:4, 93:10, 93:17, 94:2, 94:8, 94:17, 95:6, 95:12, 95:23, 96:7, 96:25, 97:12, 98:9, 99:15, 100:16, 100:23, 103:18, 106:12, 106:19, 107:15, 108:10, 109:10, 109:20, 112:9, 116:20, 117:17, 117:23, 118:3, 118:7, 118:18, 118:25, 119:5, 120:9, 121:2, 123:15, 124:25, 125:10, 126:17, 127:23, 128:10, 132:6, 132:20, 133:3, 133:14, 136:16, 136:22, 138:15, 139:23, 143:16, 143:20, 143:25, 144:19, 144:25, 145:16, 145:24, 146:11, 148:19, 149:3, 150:7, 150:11, 150:16
**few** [2] - 10:21, 21:22
**fifteen** [1] - 57:16

**filing** [1] - 3:7
**fill** [2] - 121:24, 122:5
**fine** [8] - 86:5, 96:13, 96:14, 98:20, 107:13, 111:4, 111:8, 150:18
**finish** [1] - 31:17
**fire** [1] - 18:24
**firearm** [2] - 46:6, 55:9, 60:3
**firearms** [2] - 55:24, 56:7
**fired** [1] - 61:11
**firefighter** [2] - 18:21, 66:12
**first** [23] - 4:22, 19:23, 30:8, 44:16, 61:25, 62:17, 62:20, 64:19, 64:20, 73:9, 78:18, 89:24, 90:24, 91:21, 95:20, 102:10, 108:15, 124:14, 124:22, 128:18, 139:19, 142:7, 149:18
**fit** [3] - 97:9, 106:8, 106:11
**five** [7] - 20:11, 39:4, 39:12, 39:14, 137:11, 144:11, 145:17
**Flanagan** [5] - 1:14, 141:4, 141:6, 142:20, 144:12
**flawed** [1] - 43:7
**flip** [4] - 28:18, 40:22, 99:18, 108:23
**floor** [2] - 75:17, 75:20
**follow** [1] - 42:20
**followed** [1] - 85:10
**following** [10] - 10:20, 10:24, 11:2, 13:22, 13:25, 38:2, 51:16, 55:7, 60:11, 99:18
**follows** [1] - 4:5
**FOR** [2] - 152:15, 152:24
**Force** [26] - 25:2, 25:13, 26:4, 27:21, 29:23, 32:24, 33:5, 33:7, 33:10, 44:13, 49:13, 50:6, 50:22, 51:2, 54:20, 56:16, 57:13, 57:23, 58:24, 86:15, 97:18, 107:2, 133:19, 134:16, 139:11, 141:7, 142:21, 144:13
**force** [20] - 3:19, 27:7, 33:14, 37:3, 37:4,

37:12, 37:18, 38:18, 38:21, 38:22, 39:8, 39:21, 44:20, 45:8, 45:16, 57:8, 68:24, 84:14, 85:6, 95:2
**forget** [2] - 23:11, 61:6
**forgive** [1] - 84:8
**form** [13] - 3:12, 29:23, 29:25, 30:6, 32:23, 55:23, 84:19, 84:21, 89:7, 125:22, 127:24, 133:4, 136:17
**formal** [1] - 28:5
**formally** [1] - 84:9
**forth** [1] - 153:12
**forward** [1] - 5:7
**foundation** [1] - 65:18
**four** [2] - 123:17, 150:2
**Fourth** [2] - 20:15, 22:4
**Franklin** [1] - 4:13
**front** [8] - 43:14, 61:13, 64:4, 74:17, 75:7, 76:4, 76:6, 76:10
**full** [8] - 4:9, 38:4, 40:6, 40:10, 55:7, 55:13, 56:16, 56:23
**full-team** [3] - 38:4, 40:6, 40:10
**functions** [1] - 119:16
**FURNISHED** [1] - 152:12
**FURTHER** [2] - 3:10, 3:15

### G

**gather** [2] - 37:19, 38:12
**Geissinger** [1] - 1:9
**generally** [1] - 14:3
**generated** [1] - 126:22
**gentleman** [1] - 83:15
**gentlemen** [2] - 72:2, 150:8
**girlfriend** [10] - 98:18, 101:11, 101:25, 103:13, 110:25, 111:25, 114:22, 115:12, 115:21, 116:5
**girlfriends** [2] - 147:18, 149:11
**girls** [1] - 150:3
**given** [5] - 25:11, 70:10, 70:11, 151:14, 153:14

**glaring** [1] - 100:15
**glass** [4] - 74:23, 74:24, 75:2, 75:7
**God** [1] - 66:13
**gong** [1] - 130:16
**graduate** [1] - 18:11
**GRANDINETTE** [52] - 2:12, 2:14, 4:8, 11:3, 14:10, 14:14, 26:9, 26:15, 26:23, 28:15, 31:21, 35:8, 35:12, 35:20, 35:25, 39:14, 42:22, 43:2, 43:8, 44:23, 45:2, 45:5, 47:4, 49:5, 49:8, 49:18, 49:21, 56:8, 63:14, 65:6, 66:6, 67:14, 67:19, 69:17, 72:18, 90:5, 93:2, 93:7, 95:14, 99:20, 117:21, 117:25, 118:5, 125:5, 125:13, 131:5, 133:16, 140:16, 150:9, 150:15, 150:18, 152:4
**Grandinette** [1] - 4:16
**gray** [1] - 61:24
**great** [1] - 124:7
**greatest** [1] - 126:23
**grown** [1] - 18:2
**guess** [6] - 83:7, 119:18, 122:21, 138:16, 149:8, 149:10
**guesstimate** [1] - 19:5
**guideline** [2] - 38:12, 40:5
**guidelines** [3] - 41:6, 45:7, 47:17
**gun** [14] - 39:5, 39:15, 39:24, 61:16, 61:17, 64:8, 64:9, 75:22, 75:24, 88:22, 91:7, 91:9, 93:24, 94:10
**guy** [3] - 15:5, 92:9, 98:3
**guys** [6] - 72:23, 73:16, 91:19, 92:5, 148:9

### H

**half** [11] - 34:10, 34:12, 34:16, 72:6, 81:17, 81:19, 82:9, 92:2, 92:4, 92:13, 94:11
**hallway** [1] - 149:24
**hand** [4] - 87:7, 87:17,

105:22, 153:21
**handcuffs** [1] - 129:10
**Hannon** [16] - 8:8, 8:10, 8:21, 10:5, 50:19, 54:13, 77:15, 77:18, 78:3, 78:5, 80:9, 85:21, 85:23, 86:7, 86:14, 112:12
**hate** [1] - 14:10
**Hauppauge** [1] - 2:17
**hear** [6] - 93:10, 106:5, 122:10, 122:12, 122:15, 127:6
**heard** [2] - 112:20, 112:23
**held** [1] - 23:20
**hello** [1] - 148:9
**help** [1] - 86:5
**Hempstead** [1] - 18:24
**HEREBY** [1] - 3:9
**hereby** [2] - 151:8, 153:9
**herein** [1] - 3:6
**hereinbefore** [1] - 153:11
**hereunto** [1] - 153:21
**high** [1] - 22:22
**highest** [1] - 145:2
**highlighted** [4] - 35:2, 35:3, 40:15, 47:10
**Highway** [1] - 2:17
**history** [2] - 19:17, 91:10
**hit** [2] - 64:3, 77:2
**hold** [3] - 19:8, 118:23, 146:22
**holding** [1] - 24:16
**holds** [1] - 44:18
**holes** [3] - 76:4, 76:10, 88:22
**home** [1] - 11:10
**Homicide** [1] - 139:7
**homicide** [5] - 38:8, 129:14, 141:11, 145:10, 145:11
**honorable** [1] - 18:18
**Horace** [9] - 1:14, 4:11, 29:2, 47:22, 84:10, 84:11, 85:17, 102:14, 144:12
**HORACE** [6] - 2:4, 4:2, 151:8, 151:18, 152:4, 153:10
**hospital** [72] - 47:5, 47:14, 53:17, 53:19, 53:21, 54:6, 56:11, 56:22, 56:23, 58:5, 60:19, 60:20, 65:14, 66:9, 66:15, 66:16,

67:25, 72:23, 77:3, 77:21, 78:6, 78:8, 78:9, 78:22, 79:3, 79:5, 79:7, 79:13, 81:10, 83:16, 85:22, 85:24, 86:24, 89:14, 89:15, 90:25, 91:21, 98:25, 107:7, 107:17, 110:20, 113:15, 114:5, 114:10, 114:14, 114:25, 116:19, 120:20, 121:13, 126:12, 127:2, 127:7, 127:12, 127:16, 128:14, 128:24, 129:5, 131:20, 134:13, 137:21, 138:4, 139:13, 139:20, 140:20, 141:21, 142:15, 142:25, 145:23, 146:15, 148:3, 148:6, 152:23
**Hospital** [8] - 47:12, 53:10, 53:24, 57:10, 57:13, 57:18, 83:10, 118:16
**hour** [23] - 34:6, 34:11, 34:12, 34:17, 54:8, 54:9, 54:10, 56:11, 68:10, 72:6, 81:16, 81:17, 81:19, 82:8, 92:2, 92:4, 92:12, 93:12, 94:11, 114:12, 138:13, 138:18
**hours** [5] - 33:18, 67:25, 79:5, 107:8, 126:9
**Hunter** [15] - 1:13, 79:3, 80:20, 98:4, 134:12, 137:3, 137:5, 137:13, 137:19, 138:3, 140:24, 144:12, 145:4, 147:18, 147:19
**hunter** [3] - 78:13, 134:12, 134:20
**Huntington** [9] - 47:5, 47:12, 53:10, 53:24, 57:10, 57:12, 57:18, 83:10, 118:16
**hurt** [1] - 94:5
**hypothetical** [3] - 132:14, 132:25, 133:12

### I

**I.D** [2] - 152:15, 152:24
**IAB** [6] - 16:6, 16:23, 74:8, 74:15, 108:21, 116:12
**IAP** [1] - 16:2
**ID** [2] - 29:4, 131:10
**idea** [3] - 43:23, 66:23, 119:2
**identified** [3] - 31:5, 48:7, 72:24
**identify** [1] - 90:15
**identifying** [1] - 48:15
**imagine** [2] - 48:18, 118:21
**impaired** [2] - 96:5, 97:10
**implicit** [1] - 57:24
**important** [1] - 7:23
**impression** [1] - 86:13
**improper** [1] - 69:16
**IN** [1] - 153:20
**in-service** [1] - 34:7
**inaccurate** [10] - 31:7, 31:10, 31:12, 31:18, 32:3, 32:4, 32:7, 32:9, 32:19
**inappropriate** [1] - 121:5
**Inc** [1] - 1:23
**incident** [28] - 8:12, 14:24, 39:19, 46:5, 51:17, 52:12, 53:9, 54:14, 55:8, 58:12, 58:16, 58:22, 59:10, 60:13, 61:3, 61:6, 61:7, 63:3, 76:18, 80:18, 85:2, 86:12, 93:14, 93:21, 95:4, 96:24, 103:6, 144:16
**incidents** [11] - 37:2, 37:7, 37:12, 37:17, 40:16, 40:21, 40:24, 45:7, 55:23, 56:6, 85:10
**include** [2] - 25:12, 119:19
**including** [3] - 17:4, 51:15, 109:3
**incoming** [3] - 10:8, 10:17, 10:18
**inconsistent** [1] - 128:8
**independent** [1] - 12:23
**Index** [1] - 1:6
**indicate** [2] - 92:20, 112:16

159

**indication** [1] - 102:24
**individual** [1] - 126:24
**individuals** [3] - 73:12, 123:18, 150:2
**inform** [1] - 128:15
**INFORMATION** [1] - 152:12
**information** [22] - 8:24, 9:3, 23:13, 27:19, 27:20, 27:23, 27:24, 27:25, 29:22, 37:20, 38:13, 48:9, 62:22, 68:17, 69:11, 70:24, 77:10, 105:15, 121:9, 143:14, 143:19, 144:2
**informed** [1] - 126:15
**infringe** [1] - 88:12
**ingested** [1] - 105:20
**initial** [4] - 60:13, 71:14, 79:8, 113:9
**initiated** [1] - 51:3
**initiates** [1] - 60:3
**injured** [3] - 109:9, 109:19, 109:22
**injuries** [4] - 99:8, 109:3, 109:5, 109:6
**injury** [8] - 38:25, 39:10, 55:10, 99:9, 100:3, 100:8, 100:15, 100:18
**inquire** [5] - 90:11, 103:5, 111:16, 112:8, 120:25
**inquired** [1] - 91:15
**inquiry** [3] - 111:9, 111:24, 123:12
**inside** [3] - 64:8, 74:25, 147:2
**Inspector** [14] - 1:13, 23:4, 23:22, 24:2, 25:20, 38:6, 47:22, 58:3, 84:9, 84:11, 85:16, 102:13, 131:17
**inspector** [9] - 22:12, 23:8, 23:21, 23:23, 24:2, 24:16, 57:21, 84:10, 102:14
**Inspector/Inspector** [1] - 25:16
**inspectors** [1] - 28:3
**instance** [1] - 40:9
**interested** [1] - 153:18
**interfere** [2] - 120:24, 121:5
**internal** [1] - 35:7
**Internal** [1] - 35:11
**interpret** [2] - 67:2,

67:12
**interview** [10] - 16:6, 103:12, 121:12, 121:16, 135:21, 137:13, 137:16, 139:2, 142:6, 142:8
**interviewed** [14] - 16:2, 16:22, 70:13, 70:15, 88:24, 103:17, 103:19, 120:19, 121:18, 135:17, 144:17, 149:8, 149:9
**interviewing** [4] - 105:5, 116:4, 130:5, 148:13
**interviews** [3] - 144:21, 149:13, 149:16
**intoxicant** [1] - 97:11
**intoxicated** [4] - 96:5, 96:11, 132:17, 133:9
**intoxication** [1] - 128:4
**introduce** [4] - 84:8, 102:9, 102:12, 149:20
**introduced** [4] - 84:4, 84:7, 87:4, 104:14
**introduction** [1] - 115:8
**investigate** [4] - 84:15, 85:2, 94:22
**investigating** [1] - 84:25
**investigation** [26] - 71:5, 71:8, 71:9, 76:12, 84:24, 86:2, 86:3, 86:4, 86:6, 86:9, 86:12, 86:21, 88:11, 88:13, 103:8, 105:2, 111:19, 112:3, 120:8, 121:3, 121:4, 121:6, 122:6, 136:14, 136:24, 144:7
**investigations** [1] - 37:2
**investigative** [1] - 97:14
**investigators** [1] - 148:17
**involved** [19] - 6:19, 14:4, 21:19, 21:21, 22:13, 22:15, 22:18, 22:22, 23:8, 23:10, 30:16, 45:22, 51:15, 52:3, 55:18, 56:24, 86:4, 86:6, 97:9
**involvement** [9] -

6:24, 7:12, 12:3, 12:25, 14:6, 14:18, 15:18, 17:9, 51:5
**involves** [3] - 38:17, 46:5, 55:8
**involving** [10] - 12:3, 37:3, 37:13, 37:17, 45:8, 55:24, 56:7, 61:7, 63:3, 85:10
**irrespective** [1] - 39:17
**IS** [3] - 3:4, 3:10, 3:15
**issued** [6] - 11:10, 11:13, 11:16, 12:16, 13:5, 36:19
**IT** [5] - 3:4, 3:10, 3:15, 23:14, 24:20
**italicized** [1] - 56:6
**itself** [1] - 67:10
**ITU** [1] - 24:23

**J**

**Jack** [1] - 1:10
**January** [2] - 19:21, 20:12
**Jesus** [1] - 1:11
**job** [6] - 19:8, 94:20, 94:22, 94:25, 95:11, 95:16
**John** [12] - 1:12, 1:13, 1:14, 1:15, 98:4, 134:12, 140:24, 141:10, 141:20, 144:5, 147:18, 147:19
**John's** [2] - 18:5, 18:10
**July** [1] - 124:17
**juncture** [1] - 44:11
**June** [2] - 29:8, 30:10
**jurisdiction** [1] - 94:23

**K**

**keep** [2] - 28:8, 79:24
**keeping** [1] - 30:15
**kid** [1] - 19:9
**kind** [6] - 13:15, 39:25, 61:24, 101:8, 135:2
**knowledge** [15] - 41:6, 41:9, 42:15, 43:20, 43:24, 44:2, 88:22, 89:22, 103:22, 117:6, 118:10, 133:23, 144:6, 145:20, 145:25
**known** [1] - 89:4
**knows** [3] - 48:11, 65:24, 66:13

**Krumpter** [1] - 36:20
**Kurakowski** [1] - 152:20

**L**

**labeled** [1] - 108:21
**Lamb** [2] - 1:10, 129:13
**lapsed** [1] - 19:4
**last** [6] - 15:4, 24:5, 27:3, 36:7, 36:11, 131:15
**LAW** [2] - 2:12, 2:16
**law** [1] - 16:8
**laying** [1] - 106:14
**leader** [6] - 58:3, 78:14, 134:18, 136:2, 136:3
**leading** [2] - 21:11, 89:12
**learn** [11] - 75:21, 76:13, 77:7, 78:18, 93:13, 93:23, 121:19, 124:20, 125:3, 125:24, 126:6
**learned** [7] - 57:4, 76:17, 77:10, 94:4, 119:22, 121:9, 128:19
**learning** [1] - 125:16
**least** [4] - 81:16, 81:17, 110:8, 140:11
**leave** [3] - 13:24, 113:14, 150:7
**leaving** [7] - 14:19, 14:24, 16:5, 16:17, 120:20, 121:13, 130:17
**left** [22] - 13:23, 19:24, 81:14, 87:8, 101:19, 113:17, 114:5, 114:6, 114:10, 114:13, 115:9, 117:13, 123:10, 128:13, 128:24, 138:5, 138:8, 142:14, 143:3, 145:23, 146:5, 146:14
**lengthy** [1] - 28:6
**Leser** [1] - 1:9
**less** [5] - 102:2, 111:14, 121:18, 142:5, 143:9
**letters** [1] - 7:8
**level** [2] - 22:23, 37:25
**Lewis** [3] - 1:8, 152:21, 152:22
**lieutenant** [4] - 21:16,

21:25, 22:4, 22:5
**lights** [1] - 54:2
**limited** [3] - 17:19, 17:20, 40:6
**List** [1] - 152:23
**list** [4] - 32:17, 140:19, 140:23, 145:6
**listed** [1] - 71:11
**listen** [2] - 73:16, 86:20
**live** [1] - 22:16
**location** [2] - 61:7, 110:14
**log** [4] - 47:12, 139:20, 140:8, 140:11
**Log** [1] - 152:18
**logged** [2] - 54:6, 79:3
**logically** [3] - 42:19, 43:6
**look** [20] - 5:7, 28:13, 28:24, 31:22, 33:2, 34:21, 36:23, 44:16, 47:9, 54:25, 57:25, 58:9, 65:13, 67:20, 74:5, 78:24, 78:25, 89:14, 98:21, 124:2
**looked** [8] - 5:4, 61:16, 72:3, 72:7, 119:9, 126:13, 134:24, 137:7
**looking** [17] - 29:7, 33:16, 33:25, 34:5, 34:10, 54:5, 59:8, 61:22, 61:23, 75:12, 76:8, 79:10, 79:19, 80:4, 81:14, 108:16, 129:17
**looks** [2] - 33:17, 74:12
**loosely** [1] - 17:7
**lost** [1] - 61:16
**lying** [3] - 87:23, 106:13, 106:16

**M**

**mail** [15] - 7:17, 8:4, 8:6, 8:9, 8:14, 8:15, 8:22, 8:23, 9:5, 9:6, 13:14, 13:18, 16:10, 17:10, 108:18
**mails** [3] - 7:11, 15:20, 15:21
**major** [2] - 22:19, 23:8
**make-believe** [2] - 133:2, 133:4
**man** [1] - 116:13
**management** [3] - 22:17, 51:17, 52:13
**Marinaci** [32] - 1:13,

46:13, 46:16, 46:17, 47:13, 51:11, 52:7, 60:24, 62:3, 62:13, 62:18, 62:21, 62:22, 63:6, 63:17, 65:5, 65:7, 70:21, 71:15, 72:13, 73:3, 73:16, 73:19, 73:23, 73:24, 79:9, 91:18, 106:25, 112:25, 113:12, 136:12, 141:13
**Marine** [1] - 18:15
**mark** [2] - 46:25, 47:3
**marked** [21] - 4:23, 28:12, 28:13, 28:16, 28:17, 34:22, 34:23, 46:22, 46:24, 65:10, 74:7, 78:24, 108:16, 116:9, 116:11, 123:24, 124:2, 126:21, 140:17, 140:18, 145:7
**marking** [1] - 47:2
**marriage** [1] - 153:17
**married** [2] - 17:25, 18:2
**master** [1] - 18:9
**materials** [1] - 29:11
**matter** [3] - 8:13, 38:17, 153:19
**MBA** [3] - 18:5, 18:9, 18:12
**McCarthy** [2] - 80:14, 80:16
**mean** [10] - 10:25, 25:8, 25:18, 26:6, 27:9, 90:2, 90:3, 104:6, 117:17, 123:21
**Meaney** [1] - 1:11
**meaning** [2] - 22:25, 97:10
**means** [4] - 38:22, 39:7, 66:10, 133:2
**medical** [11] - 51:16, 52:11, 65:11, 82:16, 99:14, 107:3, 109:12, 112:20, 113:2, 119:11, 126:25
**member** [33] - 16:19, 17:11, 19:11, 28:25, 37:18, 38:18, 44:17, 44:18, 45:15, 48:3, 51:15, 55:8, 84:14, 88:14, 94:25, 97:20, 103:10, 103:15, 105:4, 112:20, 120:12, 120:18, 121:7, 121:11,

127:6, 127:11, 127:15, 128:14, 134:15, 137:20, 139:10, 141:6, 142:21
**member's** [1] - 46:2
**members** [16] - 37:4, 37:13, 45:22, 52:2, 62:4, 62:7, 62:8, 72:13, 73:4, 127:8, 140:6, 140:12, 144:13, 145:8, 145:9, 145:10
**membership** [1] - 17:19
**Memorial** [1] - 2:17
**memory** [1] - 12:8
**men** [1] - 109:8
**mentioned** [7] - 5:23, 29:10, 74:4, 81:2, 91:22, 130:17, 134:11
**met** [1] - 60:20
**MICHAEL** [1] - 2:22
**mid** [1] - 18:13
**middle** [1] - 93:8
**might** [5] - 25:22, 29:10, 29:22, 31:18, 135:9
**Mike** [6] - 26:9, 42:22, 63:14, 67:14, 93:2, 117:25
**military** [1] - 18:14
**Miller** [1] - 147:25
**mind** [1] - 143:21
**Mineola** [5] - 1:20, 1:24, 2:13, 2:22, 4:13
**minute** [15] - 43:9, 83:25, 87:21, 87:22, 92:15, 94:13, 95:18, 96:12, 102:2, 110:4, 111:13, 123:13, 136:12, 142:5, 143:9
**minutes** [18] - 31:16, 47:21, 64:11, 64:22, 64:24, 70:7, 79:10, 83:3, 87:21, 100:25, 135:5, 137:9, 137:10, 137:11, 137:12, 138:6, 145:17
**Miranda** [1] - 34:17
**misreading** [1] - 68:19
**misunderstanding** [1] - 8:19
**Mitchell** [1] - 7:18
**MITCHELL** [23] - 2:18, 7:22, 35:18, 35:22, 46:20, 46:23, 47:7,

48:12, 48:20, 55:22, 65:4, 66:18, 67:8, 70:19, 72:15, 72:22, 84:19, 89:6, 94:6, 95:7, 125:21, 127:24, 130:15
**MOFFETT** [2] - 153:7, 153:24
**Moffett** [2] - 1:23, 2:5
**moment** [2] - 56:18, 56:19
**month** [2] - 25:15, 34:12
**months** [3] - 20:10, 20:11, 21:3
**morning** [29] - 8:11, 8:12, 9:25, 14:8, 14:9, 14:17, 16:5, 52:21, 52:23, 67:25, 70:14, 79:5, 81:23, 82:21, 88:19, 89:11, 89:16, 89:18, 107:9, 108:9, 109:17, 109:24, 110:21, 123:11, 126:9, 127:5, 127:6, 129:19, 140:14
**MOROUGHAN** [1] - 1:5
**Moroughan** [9] - 4:17, 76:14, 116:16, 117:7, 120:14, 121:16, 121:17, 122:9, 152:19
**MOTIONS** [1] - 152:8
**motivation** [1] - 34:2
**mouthful** [1] - 16:12
**move** [1] - 5:7
**moved** [3] - 22:19, 114:14, 115:14
**MR** [228] - 4:8, 5:14, 5:18, 6:15, 7:20, 7:22, 7:25, 10:23, 11:3, 11:7, 13:24, 14:10, 14:12, 14:14, 24:20, 25:5, 26:6, 26:9, 26:11, 26:15, 26:17, 26:23, 27:5, 28:15, 29:16, 29:18, 30:18, 31:8, 31:19, 31:21, 32:10, 32:15, 35:5, 35:8, 35:9, 35:12, 35:14, 35:18, 35:20, 35:22, 35:24, 35:25, 39:11, 39:14, 40:14, 41:14, 41:20, 42:2, 42:9, 42:18, 42:22, 42:23, 43:2, 43:4, 43:8, 43:10, 43:22, 44:5, 44:21,

44:23, 44:24, 45:2, 45:3, 45:5, 45:10, 46:20, 46:23, 47:4, 47:7, 47:24, 48:10, 48:12, 48:20, 49:4, 49:5, 49:6, 49:8, 49:16, 49:18, 49:19, 49:21, 50:14, 52:14, 52:22, 53:2, 55:22, 56:8, 56:19, 57:15, 57:19, 58:4, 59:2, 59:11, 59:18, 59:22, 63:9, 63:11, 63:14, 65:4, 65:6, 65:15, 66:6, 66:17, 66:18, 66:19, 66:22, 66:25, 67:4, 67:7, 67:8, 67:14, 67:16, 67:19, 67:21, 68:4, 68:19, 69:14, 69:17, 69:19, 70:9, 70:18, 70:19, 72:15, 72:18, 72:22, 79:20, 81:2, 84:19, 84:21, 85:12, 86:11, 86:17, 87:2, 88:25, 89:5, 89:6, 89:20, 90:2, 90:5, 90:6, 90:10, 90:20, 91:13, 91:16, 92:6, 92:16, 92:22, 93:2, 93:4, 93:7, 93:10, 93:17, 94:2, 94:6, 94:8, 94:17, 95:6, 95:7, 95:12, 95:14, 95:23, 96:7, 96:25, 97:12, 98:9, 99:15, 99:20, 100:16, 100:23, 103:18, 106:12, 106:19, 107:15, 108:10, 109:10, 109:20, 112:9, 116:20, 117:17, 117:21, 117:23, 117:25, 118:3, 118:5, 118:7, 118:18, 118:25, 119:5, 120:9, 121:2, 123:15, 124:25, 125:5, 125:10, 125:13, 125:21, 126:17, 127:23, 127:24, 128:10, 130:15, 131:5, 132:6, 132:20, 133:3, 133:14, 133:16, 136:16, 136:22, 138:15, 139:23, 140:16, 143:16, 143:20, 143:25, 144:19, 144:25, 145:16,

145:24, 146:11, 148:19, 149:3, 150:7, 150:9, 150:11, 150:15, 150:16, 150:18
**Mulvey** [1] - 24:15

**N**

**name** [19] - 4:9, 4:16, 32:18, 48:8, 48:19, 68:5, 76:15, 80:14, 83:17, 84:9, 84:10, 88:4, 101:13, 102:3, 102:5, 105:12, 126:2, 129:16, 129:20
**names** [3] - 8:16, 8:22, 71:16
**narrative** [1] - 60:12
**NASSAU** [3] - 2:20, 151:5, 153:5
**Nassau** [34] - 1:12, 1:15, 1:19, 11:14, 11:17, 16:8, 19:11, 20:7, 30:14, 31:7, 40:22, 47:23, 63:3, 74:7, 74:15, 85:11, 90:16, 103:15, 108:21, 116:12, 117:5, 125:25, 126:12, 126:16, 127:8, 131:10, 139:7, 140:6, 140:23, 145:4, 145:9, 148:17, 149:5
**Nassau's** [1] - 140:12
**nature** [1] - 105:25
**near** [1] - 103:16
**necessary** [1] - 59:17
**need** [8] - 5:6, 5:24, 57:15, 67:19, 86:4, 87:8, 90:19, 136:7
**needed** [1] - 50:22
**never** [11] - 15:12, 74:19, 86:22, 89:17, 91:15, 92:17, 110:16, 112:23, 130:4, 134:5, 134:10
**New** [11] - 1:20, 1:24, 2:6, 2:13, 2:17, 2:22, 4:14, 19:18, 40:17, 151:23, 153:8
**NEW** [3] - 1:3, 151:4, 153:3
**new** [4] - 22:15, 22:20, 47:2, 124:14
**newspaper** [1] - 124:13
**Newspaper** [1] -

152:22
**next** [13] - 47:21, 60:15, 71:25, 79:11, 79:23, 81:5, 103:25, 114:8, 114:11, 146:15, 147:3, 149:6, 149:23
**Nicholas** [1] - 1:9
**Nieves** [1] - 1:11
**night** [31] - 10:19, 10:23, 25:7, 25:14, 25:16, 41:3, 59:6, 75:17, 76:3, 93:9, 99:25, 100:6, 101:2, 104:23, 108:8, 109:4, 113:11, 118:13, 120:21, 122:4, 122:16, 122:17, 124:4, 124:24, 125:19, 125:23, 126:8, 126:10, 128:7, 139:14, 140:2
**nine** [1] - 145:9
**nineteen** [1] - 60:11
**None** [6] - 152:6, 152:7, 152:8, 152:11, 152:13, 152:25
**normal** [2] - 96:10, 132:24
**Notary** [4] - 2:6, 4:4, 151:23, 153:7
**note** [48] - 5:14, 6:15, 27:5, 30:18, 32:10, 41:14, 41:20, 42:2, 42:9, 42:18, 43:22, 44:5, 45:24, 48:10, 52:14, 63:9, 66:17, 67:7, 70:9, 70:18, 85:12, 87:2, 88:25, 89:20, 90:20, 91:13, 92:6, 96:7, 97:12, 99:15, 100:16, 106:19, 109:10, 109:20, 112:9, 116:20, 123:15, 128:10, 132:6, 133:14, 134:23, 136:16, 143:16, 144:19, 144:25, 145:24, 146:11, 149:3
**noted** [4] - 26:24, 66:7, 69:18, 150:22
**notes** [4] - 7:3, 71:22, 82:3, 101:16
**nothing** [2] - 6:10, 33:6
**notice** [4] - 10:2, 11:6,

56:14, 112:14
**notification** [1] - 49:24
**notified** [4] - 46:13, 50:21, 53:9, 92:8
**notifies** [3] - 49:11, 50:4, 52:17
**notify** [4] - 44:19, 45:15, 46:12, 48:24
**November** [2] - 19:19, 33:25
**Number** [2] - 34:22, 78:25
**number** [20] - 11:18, 12:21, 13:2, 13:7, 13:8, 14:22, 29:5, 35:10, 45:14, 51:7, 54:25, 55:15, 55:23, 56:3, 58:9, 58:10, 59:8, 59:16, 84:23, 99:19
**numbers** [3] - 13:6, 13:11, 36:2
**numerous** [1] - 58:2
**nurse** [3] - 90:16, 112:21, 119:17
**nurses** [2] - 90:13, 119:12
**nursing** [5] - 90:11, 119:4, 119:7, 119:10, 119:13
**NYPD** [2] - 19:24, 20:5

**O**

**o'clock** [13] - 14:8, 14:17, 14:24, 16:4, 64:15, 64:16, 70:14, 81:22, 113:25, 117:12, 129:3, 129:4
**oath** [2] - 3:19, 151:10
**Object** [1] - 89:6
**object** [12] - 14:2, 26:10, 48:20, 55:22, 69:17, 84:19, 84:21, 101:6, 117:21, 117:22, 125:21, 127:24
**objected** [1] - 101:6
**objecting** [1] - 65:16
**objection** [87] - 5:15, 6:15, 26:10, 26:12, 26:16, 26:24, 27:5, 29:16, 30:19, 32:11, 41:14, 41:20, 42:2, 42:9, 42:18, 42:24, 43:5, 43:22, 44:5, 47:25, 48:10, 48:12, 52:14, 63:9, 66:17, 67:4, 67:7, 69:16, 69:18, 70:9, 70:18,

70:19, 85:13, 86:11, 86:17, 87:2, 88:25, 89:5, 89:20, 90:6, 90:10, 90:20, 91:13, 91:16, 92:6, 92:16, 92:19, 93:17, 93:19, 94:3, 94:6, 95:6, 95:8, 95:12, 96:7, 96:25, 97:12, 99:15, 100:16, 106:19, 109:10, 109:20, 112:10, 116:20, 117:18, 118:18, 118:25, 119:5, 123:15, 127:23, 128:10, 128:11, 132:6, 132:20, 133:4, 133:14, 136:16, 136:22, 139:23, 143:16, 143:22, 144:19, 144:25, 145:24, 146:11, 148:19, 149:3
**objections** [2] - 3:11, 43:3
**obligation** [3] - 44:18, 148:15, 148:20
**obligations** [1] - 86:15
**observation** [3] - 99:24, 105:19, 128:9
**observations** [2] - 127:20, 132:11
**observe** [16] - 75:16, 76:3, 76:9, 96:4, 99:7, 100:14, 102:24, 105:4, 105:7, 109:5, 109:7, 121:11, 132:7, 132:9, 132:21, 132:23
**observed** [12] - 74:10, 88:21, 89:25, 100:17, 109:4, 127:21, 132:2, 132:15, 132:23, 133:7, 138:19, 141:20
**obstructionist** [1] - 148:24
**obtained** [2] - 9:2, 70:24
**obviously** [1] - 128:7
**occasion** [2] - 96:4, 115:25
**occasions** [2] - 122:2, 122:4
**occupants** [1] - 120:15
**occupied** [1] - 39:6

**occurrence** [1] - 134:24
**occurring** [2] - 40:16, 40:24
**odor** [3] - 96:20, 106:3, 112:14
**OF** [8] - 1:3, 2:12, 2:16, 2:20, 151:4, 151:5, 153:3, 153:5
**off-duty** [6] - 33:18, 53:9, 54:14, 63:4, 132:15, 133:7
**Office** [1] - 1:19
**office** [2] - 126:2, 150:14
**OFFICE** [2] - 2:12, 2:20
**officer** [21] - 3:18, 17:4, 20:15, 23:12, 24:23, 38:5, 38:6, 44:19, 45:19, 46:7, 55:5, 55:17, 56:4, 72:20, 96:23, 110:3, 111:24, 117:6, 121:23, 132:16, 145:2
**Officer** [17] - 1:14, 39:5, 50:4, 61:13, 61:16, 64:3, 82:23, 90:17, 90:18, 97:9, 98:24, 99:6, 109:2, 112:12, 113:3, 133:8, 136:2
**officers** [27] - 8:17, 61:8, 61:20, 62:15, 62:19, 63:8, 70:16, 72:5, 72:24, 78:4, 81:3, 81:7, 81:11, 81:15, 82:6, 107:4, 107:6, 112:22, 116:4, 131:24, 132:3, 132:22, 136:19, 142:11, 145:18, 145:21, 146:8
**Officers** [5] - 1:11, 1:15, 17:2, 70:23, 71:16
**official** [4] - 9:5, 11:15, 16:8, 148:11
**often** [1] - 131:9
**Old** [2] - 1:24, 2:13
**on-duty** [1] - 57:21
**once** [1] - 25:15
**one** [41] - 10:9, 11:6, 13:7, 13:11, 37:25, 46:2, 47:3, 47:5, 50:25, 58:2, 61:15, 63:7, 64:3, 64:7, 70:22, 74:12, 79:15,

79:16, 80:12, 80:20, 83:6, 83:14, 84:23, 85:3, 85:18, 98:3, 99:9, 100:3, 100:18, 104:9, 109:8, 112:22, 119:22, 124:10, 129:5, 131:24, 139:3, 146:7, 149:19, 149:23
**One** [1] - 2:21
**ongoing** [2] - 103:8, 112:2
**oOo** [1] - 3:23
**open** [2] - 75:7, 114:18
**operations** [3] - 10:11, 11:6, 50:18
**opportunity** [4] - 4:25, 5:10, 44:8, 105:18
**opposed** [2] - 23:23, 27:19
**OR** [2] - 123:20, 129:22
**oral** [1] - 17:20
**orally** [1] - 16:9
**order** [13] - 37:19, 41:13, 41:19, 41:22, 41:25, 42:8, 42:14, 42:17, 43:13, 43:21, 44:4, 51:3, 69:25
**Order** [1] - 2:5
**original** [1] - 5:2
**outcome** [1] - 153:18
**outlines** [2] - 38:4, 51:9
**outside** [6] - 61:21, 61:23, 90:22, 92:24, 98:19
**overview** [3] - 27:7, 30:11, 30:25
**own** [2] - 107:7, 108:12

**P**

**P.D** [2] - 73:4, 120:25
**p.m** [2] - 1:22, 150:22
**pad** [1] - 146:3
**page** [9] - 34:5, 34:16, 35:19, 35:20, 40:12, 40:14, 40:22, 44:24, 45:2
**PAGE** [1] - 152:3
**pages** [3] - 35:7, 36:15, 40:20
**pain** [3] - 57:20, 106:21, 122:20
**paragraph** [1] - 71:11
**Park** [1] - 47:12

**part** [32] - 24:18, 24:25, 25:11, 37:5, 54:17, 57:7, 57:13, 57:22, 58:14, 58:20, 58:23, 58:25, 59:5, 59:8, 59:13, 59:15, 68:12, 68:23, 69:25, 70:4, 71:4, 71:8, 71:10, 76:12, 84:23, 85:5, 95:13, 97:7, 97:14, 97:17, 126:25
**participant** [1] - 97:17
**participate** [1] - 26:3
**participating** [1] - 123:12
**particular** [6] - 10:14, 13:5, 40:9, 46:10, 59:20, 120:3
**parties** [3] - 3:6, 144:17, 153:16
**patience** [1] - 150:20
**patients** [1] - 118:23
**Patrol** [1] - 1:13
**patrolman** [2] - 19:25, 20:3
**PBA** [7] - 83:15, 83:19, 101:22, 110:5, 147:21, 147:22, 147:24
**PBT** [1] - 105:10
**PD** [6] - 19:15, 20:8, 47:23, 124:23, 140:23, 145:10
**peer** [5] - 34:11, 34:13, 51:16, 51:20, 52:11
**people** [11] - 54:22, 58:2, 74:2, 101:20, 122:18, 122:19, 140:20, 144:11, 147:5, 149:4, 152:23
**per** [2] - 51:2, 112:11
**perform** [1] - 86:23
**performing** [1] - 119:15
**perhaps** [1] - 8:19
**period** [2] - 61:22, 138:20
**periodically** [1] - 27:16
**periods** [1] - 123:16
**person** [5] - 62:20, 68:21, 87:25, 109:12, 129:17
**person's** [1] - 129:20
**personal** [7] - 9:6, 11:12, 12:15, 17:22, 17:24, 42:15, 144:6
**personally** [2] - 6:23, 120:25

**personnel** [1] - 119:11
**pertaining** [1] - 9:19
**phone** [34] - 9:22, 9:24, 10:8, 10:9, 11:10, 11:11, 11:12, 11:13, 12:2, 12:4, 12:6, 12:12, 12:14, 12:15, 12:16, 12:18, 13:8, 13:9, 15:4, 15:12, 25:23, 25:24, 50:12, 50:17, 53:6, 53:7, 53:12, 54:14, 77:12, 85:25, 121:23, 122:5
**Photo** [3] - 152:19, 152:20, 152:21
**photo** [2] - 126:23, 131:10
**photograph** [11] - 74:9, 74:18, 74:19, 76:8, 100:9, 116:23, 125:9, 126:22, 130:25, 131:3, 131:16
**photographs** [7] - 75:6, 99:19, 99:21, 99:23, 108:8, 108:20, 108:25
**Physical** [4] - 33:10, 50:6, 54:20, 57:23
**physical** [25] - 33:14, 37:3, 37:12, 37:16, 37:18, 38:18, 38:21, 38:22, 38:25, 39:9, 39:21, 44:20, 50:22, 51:2, 55:10, 58:23, 99:8, 99:25, 100:15, 100:22, 106:17, 109:2, 109:3, 111:10, 112:25
**physically** [6] - 77:11, 89:17, 89:23, 89:24, 96:14, 108:5
**pick** [2] - 14:15, 121:22
**picture** [3] - 72:9, 124:6, 124:7
**pictures** [2] - 74:15, 124:9
**place** [4] - 59:25, 93:14, 131:8, 149:16
**placed** [1] - 12:9
**plain** [5] - 62:10, 130:18, 130:20, 130:22, 142:11
**Plaintiff** [2] - 1:6, 2:12
**plaintiff** [1] - 4:17
**plaintiff's** [3] - 28:17, 123:23, 140:19
**Plaintiff's** [21] - 4:24,

28:12, 28:16, 31:6, 34:22, 34:23, 46:22, 51:21, 65:10, 78:25, 79:2, 98:22, 98:23, 108:17, 116:8, 116:11, 126:21, 140:9, 140:17, 140:18, 145:7
**PLAINTIFF'S** [1] - 152:15
**plaintiffs** [1] - 124:12
**point** [26] - 19:14, 57:3, 57:16, 61:18, 61:19, 78:12, 78:21, 79:15, 80:12, 80:21, 81:3, 88:23, 89:13, 92:3, 95:21, 103:12, 103:23, 106:10, 110:8, 112:19, 115:16, 121:22, 129:23, 132:5, 136:9, 136:10
**Police** [50] - 1:8, 1:10, 1:12, 1:15, 11:14, 11:17, 16:16, 16:20, 17:12, 17:18, 19:12, 19:19, 23:14, 28:8, 30:15, 36:25, 38:14, 38:19, 39:4, 48:3, 62:4, 62:9, 69:24, 70:22, 71:16, 72:14, 73:8, 73:25, 74:8, 88:15, 88:24, 90:17, 94:21, 97:22, 103:11, 103:16, 105:5, 120:13, 120:18, 121:8, 125:18, 127:8, 128:15, 130:7, 131:10, 137:20, 140:7, 145:8, 149:5, 152:16
**police** [35] - 8:17, 10:11, 16:7, 16:23, 17:2, 17:4, 17:6, 20:15, 24:3, 26:7, 26:22, 34:2, 37:21, 38:7, 48:24, 49:11, 49:25, 50:4, 52:16, 68:18, 69:4, 69:9, 69:13, 69:15, 70:3, 70:16, 72:20, 95:5, 97:25, 116:3, 117:6, 121:12, 136:21, 142:11, 145:18
**policy** [2] - 36:23, 36:25
**portable** [1] - 93:11
**portray** [1] - 126:5
**position** [5] - 25:10,

92:10, 111:21, 134:6, 136:3
**possible** [1] - 93:21
**practical** [1] - 60:8
**preamble** [1] - 55:25
**preceding** [2] - 40:20, 103:6
**Precinct** [36] - 13:23, 13:25, 14:19, 14:20, 14:21, 14:22, 14:25, 16:5, 16:18, 20:15, 20:22, 20:25, 22:4, 45:16, 46:12, 46:15, 46:18, 53:7, 80:11, 93:15, 107:12, 107:16, 107:21, 107:23, 108:5, 108:9, 109:17, 110:21, 113:18, 113:23, 141:17, 146:16, 146:17, 147:10, 149:6, 150:5
**preparation** [1] - 60:12
**prepare** [1] - 6:23
**prepared** [1] - 97:15
**presence** [2] - 129:22, 140:8
**present** [1] - 70:23, 89:8, 89:23, 90:3, 90:7, 105:8, 110:6, 115:21, 126:2, 126:7, 127:4, 130:9, 140:7, 140:20, 145:19, 149:12
**presumes** [1] - 70:13
**pretty** [2] - 69:7, 113:7
**previously** [1] - 65:10
**primary** [3] - 45:21, 51:14, 52:10
**printed** [1] - 27:25
**Prius** [3] - 74:11, 74:21
**privileged** [1] - 5:24
**procedural** [2] - 40:23, 41:6
**procedurally** [1] - 41:12
**Procedure** [1] - 152:17
**procedure** [10] - 36:18, 36:19, 37:10, 40:20, 45:11, 45:12, 51:13, 52:3, 60:4, 70:2
**procedures** [3] - 37:11, 68:20, 85:9
**prohibited** [1] - 85:17
**project** [4] - 21:20, 21:24, 21:25, 22:19

**projects** [6] - 22:14, 22:23, 23:9, 23:11, 23:15, 23:16
**promoted** [3] - 21:10, 125:17, 131:13
**promotional** [1] - 19:16
**promotions** [2] - 23:23, 24:2
**proper** [4] - 134:24, 134:25, 135:18
**prosecutor** [1] - 125:25
**protocol** [1] - 54:18
**provided** [1] - 31:6
**proximity** [4] - 87:18, 111:3, 115:5, 115:13
**public** [1] - 22:20
**Public** [4] - 2:6, 4:4, 151:23, 153:7
**published** [1] - 124:17
**purpose** [6] - 37:9, 38:11, 84:13, 84:25, 93:13, 132:10
**purposes** [1] - 133:6
**pursuant** [6] - 2:4, 41:13, 41:19, 42:7, 42:16, 94:25
**put** [5] - 10:2, 11:6, 11:18, 35:23, 42:23

**Q**

**questioning** [3] - 66:3, 82:17, 146:2
**questions** [12] - 4:20, 57:17, 59:4, 65:16, 85:18, 88:8, 101:3, 101:4, 102:16, 104:22, 114:8, 131:19
**quickly** [1] - 13:4
**quite** [1] - 21:22

**R**

**rack** [1] - 17:5
**radio** [1] - 22:15
**ranking** [1] - 145:2
**ranks** [1] - 21:11
**rate** [3] - 30:7, 82:19, 148:23
**ray** [13] - 61:20, 73:20, 82:7, 82:8, 91:24, 91:25, 92:8, 92:11, 92:21, 92:23, 93:11, 113:6, 113:7
**rayed** [1] - 61:21
**re** [2] - 20:7, 152:22
**re-train** [1] - 20:7

**read** [16] - 4:25, 5:5, 26:25, 27:4, 36:24, 42:21, 43:15, 43:16, 43:18, 44:8, 67:5, 133:18, 133:25, 134:5, 134:10, 151:9
**readily** [1] - 38:23
**reading** [4] - 29:11, 44:22, 45:11, 49:8
**reads** [1] - 124:14
**ready** [1] - 53:15
**real** [1] - 13:4
**realize** [1] - 15:25
**really** [5] - 6:10, 8:18, 29:20, 124:9, 136:13
**rear** [1] - 75:14
**reason** [21] - 13:5, 31:4, 31:12, 32:2, 43:4, 50:20, 62:12, 64:7, 71:2, 82:12, 88:6, 89:3, 90:8, 90:14, 94:14, 103:4, 112:5, 120:7, 120:10, 132:17, 135:23
**reassigned** [1] - 21:4
**receive** [15] - 7:14, 8:3, 8:4, 8:6, 8:9, 9:15, 9:22, 10:7, 10:18, 11:9, 15:16, 15:21, 27:11, 36:14, 52:24
**received** [19] - 7:17, 9:24, 10:9, 12:2, 12:8, 12:24, 13:18, 25:25, 27:6, 27:15, 27:19, 29:10, 29:22, 30:2, 33:17, 50:12, 50:16, 50:17, 52:18
**receiving** [4] - 53:11, 54:8, 56:11, 82:16
**recognize** [12] - 74:9, 74:18, 98:7, 98:23, 108:17, 116:13, 116:23, 124:3, 126:24, 127:3, 130:24, 131:3
**recognizes** [1] - 98:11
**recollection** [20] - 12:24, 34:8, 34:14, 34:18, 63:20, 80:3, 80:6, 80:8, 80:24, 81:6, 81:24, 82:11, 82:20, 122:23, 122:24, 122:25, 123:4, 123:5, 123:8, 123:11
**record** [32] - 4:10, 11:19, 12:7, 26:18, 28:9, 30:8, 30:15,

30:16, 31:5, 31:13, 32:21, 32:25, 34:25, 42:24, 51:22, 63:12, 66:15, 67:6, 67:23, 69:5, 74:8, 89:15, 99:20, 102:5, 105:14, 131:6, 131:8, 151:12, 151:13, 152:16, 153:13
**recorded** [3] - 48:9, 67:13, 140:8
**records** [4] - 12:6, 22:17, 65:11, 140:12
**reference** [1] - 147:24
**referencing** [1] - 65:23
**referring** [4] - 35:12, 59:23, 67:22, 100:12
**reflect** [4] - 32:14, 33:13, 99:24, 109:2
**reflects** [3] - 28:20, 33:4, 100:6
**regarding** [17] - 7:9, 7:12, 7:15, 10:19, 12:25, 15:22, 17:9, 30:11, 58:12, 58:16, 58:22, 73:22, 95:3, 104:22, 122:3, 129:7, 144:16
**regular** [1] - 13:7
**regulation** [1] - 51:12
**regulations** [1] - 45:6
**related** [2] - 6:19, 153:16
**relatively** [2] - 117:15, 118:17
**relevant** [2] - 133:13, 144:17
**remain** [1] - 21:6
**remainder** [2] - 113:10, 115:8
**remember** [76] - 8:17, 9:8, 10:15, 10:21, 27:14, 27:16, 28:4, 30:5, 31:2, 31:3, 39:22, 43:18, 48:16, 51:23, 54:4, 62:6, 62:16, 71:21, 72:4, 73:10, 73:14, 73:18, 73:19, 73:21, 74:3, 74:24, 74:25, 75:4, 75:9, 76:21, 77:8, 77:17, 77:22, 78:6, 78:8, 78:10, 78:17, 79:12, 79:18, 80:2, 80:18, 81:20, 88:4, 88:5, 95:22, 95:25, 99:2, 99:3, 100:4, 100:13, 100:20,

101:8, 107:5, 113:4, 114:21, 116:2, 121:14, 126:11, 126:13, 126:14, 127:10, 127:14, 127:18, 128:23, 129:9, 129:20, 131:12, 135:19, 137:18, 142:9, 142:13, 144:9, 146:4, 147:12, 147:19
**rememberer** [1] - 48:17
**removal** [1] - 127:7
**rep** [2] - 101:22, 110:5
**repeated** [1] - 104:13
**repeating** [1] - 101:5
**report** [18] - 35:7, 35:11, 37:20, 38:13, 60:12, 60:14, 68:17, 69:2, 69:23, 74:15, 84:15, 97:14, 97:24, 98:4, 108:21, 116:12, 133:19
**reported** [2] - 95:4, 122:3
**reporter** [1] - 27:4
**reporting** [4] - 69:8, 69:12, 69:14
**Reporting** [1] - 1:23
**reports** [4] - 60:7, 68:21, 69:21, 70:2
**represent** [2] - 4:17, 116:15
**representing** [1] - 108:10
**reps** [2] - 147:21, 147:22
**request** [2] - 112:21, 127:19
**REQUEST** [1] - 150:10
**requesting** [3] - 127:7, 127:12, 131:23
**required** [1] - 43:21
**reserved** [1] - 3:13
**respect** [12] - 6:24, 12:2, 15:15, 16:15, 26:2, 32:24, 33:6, 33:8, 36:15, 48:14, 52:11, 122:6
**respective** [2] - 3:6, 147:17
**respond** [22] - 9:9, 9:11, 37:17, 45:20, 46:8, 53:17, 53:18, 54:18, 54:22, 55:17, 55:20, 56:5, 58:21, 59:17, 59:21, 70:6, 71:12, 79:4, 93:20,

95:2, 98:14
**responded** [9] - 41:23, 46:14, 57:4, 78:19, 78:21, 86:24, 98:8, 98:13, 139:13
**responding** [4] - 57:7, 78:13, 78:16, 136:11
**responds** [4] - 48:23, 51:2, 51:13, 58:10
**Response** [26] - 25:2, 25:13, 26:4, 27:21, 29:23, 32:24, 33:5, 33:7, 33:10, 33:14, 37:16, 44:13, 49:13, 50:22, 56:16, 57:8, 57:13, 86:16, 95:2, 97:18, 107:2, 133:19, 134:16, 139:11, 141:7, 144:14
**response** [25] - 9:13, 37:5, 37:6, 37:12, 37:25, 38:4, 40:6, 40:10, 50:11, 53:11, 55:6, 55:7, 55:13, 56:24, 57:23, 63:8, 68:11, 68:24, 84:14, 85:6, 96:9, 102:19, 111:9, 142:21
**responsibilities** [15] - 25:12, 25:19, 26:3, 41:12, 41:19, 42:6, 42:16, 44:4, 44:13, 58:15, 68:13, 71:11, 97:8, 132:5, 133:11
**responsibility** [6] - 45:21, 51:14, 57:9, 58:21, 132:19, 144:15
**responsible** [1] - 107:3
**result** [3] - 20:19, 54:21, 76:18
**returned** [1] - 92:13
**review** [7] - 6:3, 6:13, 6:18, 31:17, 35:3, 59:9, 133:25
**reviewed** [5] - 6:5, 6:9, 6:10, 31:25, 32:21
**reviewing** [2] - 5:11, 139:21
**revolver** [5] - 75:13, 75:16, 75:19, 132:16, 133:8
**RICH** [2] - 153:7, 153:24
**Rich** [2] - 1:23, 2:5
**ridiculous** [1] - 118:4
**rights** [1] - 4:18
**Risco** [3] - 126:3,

152:21, 152:22
**RMS** [2] - 30:11, 30:25
**Road** [2] - 1:24, 2:13
**Rocchio** [1] - 1:11
**Rockville** [2] - 53:22, 53:24
**role** [5] - 68:23, 94:25, 98:8, 98:10, 98:12
**rolling** [1] - 22:15
**Ronald** [1] - 1:9
**room** [42] - 7:19, 83:12, 87:9, 87:25, 88:15, 89:19, 92:12, 92:14, 92:18, 92:25, 98:17, 101:10, 101:19, 101:21, 104:4, 104:7, 110:13, 114:15, 114:17, 116:25, 117:11, 117:19, 117:20, 118:11, 118:13, 118:16, 118:21, 118:23, 120:2, 120:4, 121:20, 123:21, 124:24, 125:4, 125:6, 125:12, 126:16, 149:17, 149:19, 149:23, 150:4
**rooms** [3] - 83:6, 118:22, 119:22
**rounds** [4] - 39:4, 39:12, 39:15, 39:22
**routine** [1] - 28:7
**rule** [1] - 49:9
**rules** [2] - 85:8, 85:9
**ruling** [1] - 133:17
**RULINGS** [1] - 152:7
**run** [1] - 61:10
**running** [1] - 91:7

**S**

**saddled** [1] - 144:14
**safety** [1] - 22:21
**sat** [1] - 146:7
**Saturday** [1] - 122:17
**save** [1] - 16:13
**saw** [25] - 61:13, 61:15, 61:17, 64:8, 72:5, 79:7, 89:17, 94:9, 94:10, 98:17, 107:11, 107:16, 107:17, 107:20, 107:22, 109:16, 110:12, 110:13, 110:16, 115:5, 115:13, 119:9, 128:2, 130:5, 137:6

**scab** [1] - 81:14
**scene** [22] - 47:6, 47:11, 48:23, 54:23, 58:11, 58:21, 59:17, 59:21, 59:22, 59:24, 61:12, 71:12, 78:14, 78:19, 86:8, 94:22, 95:3, 134:22, 139:20, 140:8, 140:11
**Scene** [1] - 152:18
**science** [1] - 18:7
**Science** [1] - 18:8
**scrape** [1] - 100:19
**sealing** [1] - 3:7
**Sean** [2] - 80:14, 80:15
**seat** [4] - 64:9, 75:8, 75:14, 91:9
**Second** [13] - 13:23, 13:25, 14:20, 14:25, 16:5, 16:18, 107:12, 107:20, 107:22, 108:4, 108:9, 110:21, 150:5
**second** [8] - 5:18, 12:12, 12:14, 28:24, 34:5, 51:4, 109:17, 131:6
**section** [4] - 35:3, 40:13, 44:16, 150:13
**sections** [1] - 35:2
**secured** [1] - 105:22
**security** [1] - 90:15
**see** [50] - 33:3, 33:6, 33:9, 33:12, 35:2, 49:22, 51:6, 66:8, 75:13, 75:19, 79:2, 89:10, 92:9, 93:24, 94:3, 94:12, 100:9, 103:10, 106:5, 107:3, 107:15, 107:19, 110:10, 110:15, 110:19, 114:11, 114:23, 115:25, 122:8, 123:6, 128:3, 129:10, 130:8, 135:14, 135:15, 137:13, 137:16, 137:19, 138:21, 139:21, 141:23, 142:6, 142:8, 142:10, 145:20, 146:2, 146:12, 147:24
**seeing** [14] - 36:12, 74:21, 74:24, 116:18, 121:15, 121:18, 123:19,

124:3, 125:7, 137:22, 140:24, 141:5, 148:4, 148:5
**sees** [1] - 139:25
**send** [3] - 7:11, 8:21, 15:21
**sense** [3] - 16:15, 54:6, 117:24
**sent** [1] - 8:25
**separate** [1] - 62:18
**sequence** [1] - 81:21
**Sergeant** [16] - 20:18, 20:23, 21:5, 46:13, 46:14, 47:13, 52:7, 60:21, 60:24, 62:3, 90:21, 112:25, 129:13, 139:5, 139:22, 141:16
**series** [3] - 4:20, 108:7, 114:8
**serious** [6] - 25:23, 38:17, 38:24, 39:9, 55:10, 69:7
**seriously** [2] - 109:9, 109:19
**service** [7] - 18:14, 18:20, 20:20, 23:24, 23:25, 34:7, 132:16
**set** [2] - 153:11, 153:21
**seven** [1] - 145:10
**seventeen** [1] - 60:3
**several** [2] - 98:10, 122:4
**Sgt** [2] - 1:10, 1:13
**shaking** [1] - 87:17
**shall** [1] - 3:13
**shattered** [3] - 74:22, 74:23, 75:2
**sheet** [4] - 67:6, 68:5, 68:9, 139:24
**shield** [1] - 29:5
**shift** [3] - 48:24, 49:12, 49:25
**shook** [2] - 87:7, 105:22
**shoot** [3] - 39:24, 123:2, 123:3
**shooting** [14] - 10:3, 50:21, 53:9, 59:24, 69:8, 76:25, 77:22, 85:10, 93:15, 93:21, 93:24, 97:9, 134:25, 148:18
**short** [2] - 8:15, 72:10
**shortly** [3] - 29:15, 47:20, 76:24
**shot** [4] - 63:8, 64:4, 76:14, 76:17
**shots** [1] - 61:10

**show** [10] - 4:23, 28:11, 65:9, 72:9, 74:6, 74:14, 108:7, 108:20, 116:10, 126:20
**shows** [1] - 32:17
**side** [9] - 61:14, 64:5, 64:6, 74:17, 74:23, 75:7, 75:14, 75:18, 91:8
**sign** [4] - 47:22, 47:24, 139:24, 147:11
**sign-in** [1] - 139:24
**signed** [3] - 3:17, 3:20, 139:22
**Signed** [1] - 151:21
**significant** [3] - 123:14, 130:6, 146:9
**signs** [3] - 128:4, 132:3, 132:7
**simple** [1] - 30:13
**simply** [1] - 21:10
**singular** [1] - 15:25
**sirens** [1] - 54:3
**sit** [2] - 107:13, 145:21
**sitting** [3] - 87:23, 87:24, 98:19
**situation** [2] - 59:17, 134:25
**six** [2] - 20:10, 113:25
**Sixth** [1] - 20:25
**size** [2] - 118:19, 118:20
**sleeping** [1] - 53:14
**slow** [1] - 5:25
**slurred** [4] - 96:16, 105:24, 106:3, 112:15
**small** [2] - 117:16, 117:18
**smashing** [1] - 91:8
**smell** [3] - 96:8, 96:22, 105:23
**Smithers** [1] - 1:10
**someone** [7] - 48:17, 61:19, 70:13, 91:10, 91:11, 91:23, 126:11
**sometime** [1] - 128:25
**somewhere** [6] - 23:9, 61:19, 64:15, 126:16, 130:14, 138:11
**sons** [1] - 18:2
**soon** [2] - 60:8, 135:3
**sooner** [1] - 138:10
**sorry** [2] - 21:24, 47:10
**sort** [6] - 27:6, 61:3, 63:24, 70:11, 100:3, 100:17

**sound** [1] - 96:11
**sounded** [2] - 96:10, 96:13
**south** [1] - 18:24
**speaking** [11] - 43:3, 48:17, 72:2, 78:4, 80:7, 81:3, 81:6, 110:20, 129:12, 135:7, 137:19
**speaks** [1] - 67:9
**special** [4] - 21:20, 22:19, 22:23, 23:15
**specific** [20] - 5:23, 26:14, 26:21, 35:16, 36:15, 40:20, 40:23, 41:5, 41:8, 42:17, 43:23, 43:25, 55:18, 69:10, 70:7, 72:23, 93:13, 104:21, 119:16
**specifically** [7] - 69:20, 73:22, 76:22, 86:24, 122:22, 127:16, 131:23
**specifics** [2] - 39:17, 94:16
**speculate** [1] - 138:16
**speculation** [2] - 48:21, 93:5
**speech** [4] - 96:16, 105:24, 106:3, 112:15
**spend** [1] - 88:7
**spoken** [2] - 56:15, 103:23
**spring** [1] - 24:5
**ss** [2] - 151:4, 153:4
**St** [2] - 18:5, 18:10
**staff** [6] - 90:12, 112:20, 126:25, 127:7, 127:12, 127:16
**stamp** [2] - 35:17, 74:15
**stamped** [5] - 34:25, 35:6, 36:2, 74:7, 116:11
**stamps** [3] - 35:10, 35:15, 35:22
**staring** [1] - 115:23
**start** [3] - 19:18, 31:16, 56:8
**started** [5] - 19:15, 19:19, 20:3, 53:15, 53:17
**starting** [3] - 19:14, 20:16, 21:23, 29:7
**STATE** [2] - 151:4, 153:3
**State** [3] - 2:6, 151:23,

153:8
**state** [3] - 4:9, 26:15, 108:12
**STATES** [1] - 1:2
**stating** [2] - 43:5, 127:16
**station** [5] - 119:4, 119:7, 119:9, 119:10, 119:13
**stayed** [2] - 22:2, 22:13
**stays** [1] - 52:2
**step** [2] - 43:9, 79:16
**still** [1] - 23:8
**stipulate** [1] - 67:9
**STIPULATED** [3] - 3:4, 3:10, 3:15
**stomach** [1] - 57:20
**stop** [3] - 67:17, 117:25, 118:4
**story** [1] - 152:22
**Street** [2] - 1:20, 2:21
**stress** [2] - 51:17, 52:12
**stuff** [1] - 46:23
**subdivision** [1] - 40:23
**subject** [3] - 5:23, 8:13, 38:17
**submission** [1] - 134:2
**submitted** [5] - 69:3, 69:23, 70:3, 97:22, 97:24
**subscribed** [1] - 151:21
**subsequent** [2] - 7:5, 125:20
**subsequently** [2] - 124:22, 125:15
**substance** [2] - 86:20, 91:4
**SUFFOLK** [1] - 2:16
**Suffolk** [70] - 1:8, 1:8, 1:10, 1:12, 14:20, 14:25, 16:16, 16:19, 16:23, 17:2, 17:11, 17:18, 40:17, 40:25, 45:8, 48:3, 48:18, 60:21, 61:5, 62:4, 62:9, 62:19, 63:22, 70:22, 71:7, 71:15, 72:14, 73:4, 73:7, 73:25, 84:24, 85:15, 86:20, 88:11, 88:12, 88:15, 88:23, 90:22, 93:22, 94:21, 103:8, 103:11, 103:16, 105:3, 105:5, 111:19, 112:3,

120:13, 120:18, 120:24, 121:4, 121:6, 121:8, 121:12, 124:23, 125:18, 127:8, 128:14, 129:13, 130:6, 136:25, 137:20, 140:12, 142:7, 142:11, 145:8, 145:11, 147:9, 149:8
**Suffolk's** [1] - 86:3
**suggest** [1] - 132:3
**suggests** [1] - 32:13
**Suite** [1] - 1:24
**sum** [2] - 86:19, 91:3
**superior** [4] - 56:15, 112:11, 121:23, 135:25
**supervisor** [25] - 38:8, 45:20, 45:25, 46:7, 46:18, 47:18, 48:23, 48:25, 49:7, 49:11, 49:12, 49:20, 50:2, 50:5, 50:18, 51:7, 51:12, 52:2, 52:17, 53:8, 129:16, 129:23, 130:18, 130:20
**supervisor's** [1] - 51:10
**supervisory** [1] - 34:7
**support** [6] - 34:11, 34:13, 51:16, 51:20, 52:12, 95:16
**surrounded** [1] - 61:11
**surrounding** [1] - 93:14
**sworn** [4] - 3:17, 3:20, 4:3, 153:12
**system** [3] - 22:15, 22:17, 22:18

**T**

**talks** [1] - 55:23
**tape** [1] - 61:12
**Tavares** [1] - 1:9
**taxi** [1] - 8:16
**taxicab** [18] - 61:8, 61:9, 61:11, 61:14, 63:4, 63:25, 64:2, 72:8, 76:14, 76:16, 91:6, 116:17, 119:20, 119:23, 119:25, 120:15, 129:24, 137:14
**team** [42] - 27:7, 37:5, 37:16, 37:24, 38:4,

40:6, 40:10, 48:25, 49:13, 50:22, 51:2, 52:17, 54:20, 55:2, 55:4, 55:6, 55:7, 55:16, 56:17, 57:23, 57:25, 58:6, 58:10, 58:25, 59:5, 59:10, 59:12, 59:18, 68:22, 68:24, 69:20, 70:4, 78:14, 85:6, 95:9, 95:16, 97:15, 98:2, 134:18, 136:2, 142:21
**Team** [26] - 25:2, 25:13, 26:4, 27:22, 29:24, 32:24, 33:5, 33:7, 33:10, 33:14, 37:16, 44:14, 56:16, 57:8, 57:14, 58:3, 84:14, 86:16, 95:2, 97:18, 107:2, 133:19, 134:16, 139:11, 141:7, 144:14
**team's** [2] - 58:24, 59:15
**technology** [4] - 21:21, 21:22, 22:14, 23:13
**telephone** [6] - 9:16, 15:2, 16:9, 17:14, 52:19, 80:9
**ten** [4] - 64:22, 70:6, 79:10, 136:12
**ten-minute** [1] - 136:12
**term** [1] - 17:7
**terms** [1] - 42:7
**test** [2] - 20:20, 23:25
**testified** [4] - 4:5, 29:15, 97:2, 98:10
**testify** [2] - 50:15, 65:20
**testifying** [5] - 5:16, 6:4, 6:14, 118:6, 118:8
**testimony** [9] - 6:21, 8:20, 93:3, 93:6, 93:18, 123:10, 151:10, 151:13, 153:14
**tests** [1] - 23:24
**text** [1] - 13:14
**THE** [12] - 2:20, 6:2, 14:13, 24:22, 29:20, 58:8, 66:21, 66:24, 67:3, 106:14, 126:19, 150:21
**themselves** [1] - 149:20

**thereabouts** [2] - 14:25, 64:11
**thereafter** [1] - 45:19, 46:13
**Third** [6] - 46:12, 46:14, 53:7, 80:11, 93:15, 141:16
**third** [4] - 46:18, 47:14, 79:20, 79:21
**Thomas** [6] - 4:17, 36:20, 76:14, 116:16, 120:14, 152:19
**THOMAS** [1] - 1:5
**three** [2] - 39:15, 73:11
**Timothy** [3] - 1:13, 51:11, 141:13
**title** [6] - 23:20, 24:16, 25:11, 28:21, 33:12, 48:8
**TO** [1] - 152:12
**today** [4] - 4:20, 5:17, 6:4, 21:14
**today's** [1] - 15:12
**together** [6] - 110:11, 110:17, 110:20, 114:12, 114:23, 114:24
**Tom** [1] - 47:13
**Tony** [4] - 4:16, 46:23, 72:15, 120:24
**tony** [1] - 130:15
**took** [5] - 52:9, 59:24, 93:14, 107:18, 131:7
**top** [2] - 28:25, 32:18
**topic** [2] - 16:25, 28:20
**town** [1] - 53:20
**train** [1] - 20:7
**trained** [1] - 32:23
**training** [32] - 26:2, 26:7, 26:21, 26:22, 27:10, 27:20, 28:5, 28:20, 29:11, 30:8, 31:5, 31:13, 32:14, 32:23, 33:4, 33:13, 33:18, 33:20, 33:23, 34:3, 34:7, 34:14, 34:17, 34:18, 36:14, 41:5, 51:20, 51:22, 51:24, 70:5, 152:16
**transcript** [2] - 151:9, 151:11
**transfer** [1] - 19:23
**transpired** [1] - 129:7
**treated** [3] - 117:3, 119:24, 121:20
**treating** [1] - 127:2
**treatment** [3] - 51:16,

52:11, 119:19
**Trial** [1] - 2:3
**trial** [1] - 3:14
**tried** [3] - 61:10, 64:2, 64:3
**true** [3] - 151:12, 151:14, 153:13
**trundle** [1] - 83:8
**trundle-type** [1] - 83:8
**truth** [1] - 100:21
**trying** [4] - 16:13, 42:23, 91:11, 126:5
**turf** [1] - 86:21
**turn** [1] - 40:12
**two** [29] - 8:17, 8:23, 13:6, 18:2, 39:6, 61:8, 61:20, 62:4, 63:3, 63:19, 71:15, 72:5, 72:13, 72:23, 73:4, 79:9, 82:6, 83:3, 83:25, 87:21, 93:15, 99:4, 100:24, 101:20, 136:13, 137:11, 137:12, 145:14, 150:3
**type** [3] - 30:17, 30:19, 83:8

**U**

**ultimately** [1] - 98:3
**un-uniformed** [1] - 137:25
**unavailable** [1] - 82:16
**under** [11] - 36:8, 38:22, 39:8, 40:15, 47:16, 55:15, 58:9, 86:13, 86:15, 129:6, 151:10
**uniform** [8] - 62:10, 62:11, 65:5, 65:7, 73:5, 73:8, 130:19, 130:21
**uniformed** [4] - 79:9, 136:13, 137:24, 137:25
**unit** [3] - 16:23, 25:13, 27:21
**UNITED** [1] - 1:2
**University** [1] - 18:5
**unknown** [1] - 101:22
**unless** [3] - 48:11, 65:17, 66:2
**up** [26] - 14:15, 17:5, 21:12, 53:16, 54:16, 56:17, 61:9, 64:8, 85:16, 87:23, 87:24, 88:22, 89:12, 93:8, 93:20, 95:20, 103:11, 103:23,

110:8, 110:9, 110:16, 112:19, 121:22, 129:22, 136:9, 136:10
**update** [2] - 77:19, 77:20
**updated** [3] - 131:10, 131:13, 131:15
**urine** [3] - 112:22, 127:13, 131:23
**utilize** [1] - 12:18

**V**

**valid** [1] - 66:5
**verbally** [1] - 60:7
**Veterans** [1] - 2:17
**via** [1] - 16:9
**vicinity** [1] - 117:10
**visited** [1] - 136:18
**visually** [1] - 76:9
**volunteer** [2] - 18:21, 66:11
**vouch** [1] - 65:25

**W**

**wait** [2] - 7:21, 65:15
**waited** [1] - 82:6
**waived** [1] - 3:9
**walk** [3] - 81:9, 101:10, 107:12
**walked** [6] - 61:13, 61:14, 64:5, 64:6, 98:17, 107:7, 147:2
**walking** [1] - 93:20
**WALLACE** [1] - 2:4
**warnings** [1] - 34:17
**wasting** [1] - 59:6
**week** [2] - 36:7, 36:11
**well-being** [1] - 73:25
**West** [2] - 1:20, 2:21
**Westbury** [1] - 22:21
**Westchester** [1] - 40:17
**whatsoever** [1] - 108:4
**wheeled** [2] - 104:3, 104:9
**WHEREOF** [1] - 153:20
**whole** [6] - 87:18, 89:8, 115:15, 115:24, 130:10, 130:12
**wife** [8] - 111:2, 111:25, 112:14, 114:22, 114:24, 115:20, 116:5
**William** [4] - 1:10,

1:11, 129:13, 147:25
**willing** [1] - 67:8
**wincing** [1] - 122:20
**window** [1] - 91:8
**windshield** [5] - 39:5, 39:13, 74:22, 76:5, 76:10
**witness** [5] - 4:3, 32:16, 137:17, 153:10, 153:14
**WITNESS** [13] - 6:2, 14:13, 24:22, 29:20, 58:8, 66:21, 66:24, 67:3, 106:14, 126:19, 150:21, 152:3, 153:20
**witnesses** [1] - 120:20
**wives** [2] - 147:17, 149:10
**woken** [1] - 93:8
**woman** [4] - 103:17, 124:4, 124:14, 125:8
**word** [2] - 72:20, 123:3
**words** [4] - 33:10, 35:18, 62:14, 128:2
**world** [1] - 126:23
**worry** [1] - 8:2
**write** [2] - 7:8, 15:16
**writing** [2] - 16:9, 146:3
**written** [7] - 17:8, 29:23, 30:6, 30:16, 36:19, 44:4, 69:2
**wrote** [3] - 48:18, 98:3, 98:4

## X

**X-ray** [13] - 61:20, 73:20, 82:7, 82:8, 91:24, 91:25, 92:8, 92:11, 92:21, 92:23, 93:11, 113:6, 113:7
**X-rayed** [1] - 61:21

## Y

**year** [6] - 22:3, 22:7, 22:24, 22:25, 23:17, 125:2
**years** [11] - 18:22, 19:2, 19:4, 19:6, 21:22, 63:19, 66:13, 99:4, 123:20, 131:18
**yelling** [2] - 123:2, 123:6
**York** [11] - 1:20, 1:24, 2:6, 2:13, 2:17, 2:22, 4:14, 19:18, 40:17,

151:23, 153:8
**YORK** [3] - 1:3, 151:4, 153:3
**yourself** [11] - 48:7, 48:15, 84:7, 84:8, 87:4, 90:15, 101:5, 102:9, 102:12, 104:14, 144:12