TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

*********************************

Thomas M. Moroughan
-v-
Suffolk Cty., et al

*********************************

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 17 2012 ★
LONG ISLAND OFFICE

12-CV-0512
Docket Number

SUBMITTED BY: ___ Plaintiff ✓ Defendant ___ DOJ
Name: Anthony M. Grandinette
Firm Name: Law Office of A.M. Grandinette
Address: 114 Old Country Rd
Mineola NY 11501
Phone Number: 516 877-2889
E-Mail Address: Grandinettelaw@gmail.com

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ✓
If yes, state description of document to be entered on docket sheet:

Unredacted Amended Complaint
w/ exhibits to Chambers

MANDATORY CERTIFICATION OF SERVICE:
A.) ✓ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___, or C.) ___ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

12/17/12
DATE

_____
SIGNATURE

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: 12CV0512
Judge/Magistrate Judge: Tomlinson
Date Entered: 12/13/12

B) If a new application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: _____, NEW YORK

U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE _____ DATE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――X

Thomas M. Moroughan

                Plaintiff,

   -against-

The County of Suffolk, Suffolk County
Police Department, Suffolk Detectives Ronald Tavares, Charles
Leser, Eugene Geissinger, Nicholas Favatta, and Alfred Ciccotto,
Detective/Sgt. William J. Lamb, Sgt. Jack Smithers,
Suffolk Police Officers William Meaney, Enid Nieves, Channon Rocchio,
and Jesus Faya and Suffolk John Does 1-10,
The County of Nassau, Nassau County Police Department,
Sgt. Timothy Marinaci, Deputy Chief of Patrol John Hunter,
Inspector Edmund Horace, Commanding Officer Daniel Flanagan,
Detective/Sgt. John DeMartinis, Nassau Police Officers Anthony D. DiLeonardo,
Edward Bienz and John Does 11-20

                Defendants.
―――――――――――――――――――――――X

12-CV-0512
(JFB)(AKT)

Amended
Complaint

DE 54 replaced 34



# Gmail

anthony grandinette <grandinettelaw@gmail.com>

## Activity in Case 2:12-cv-00512-JFB-AKT Moroughan v. The County of Suffolk et al Amended Complaint
1 message

**ecf_bounces@nyed.uscourts.gov** <ecf_bounces@nyed.uscourts.gov>
To: nobody@nyed.uscourts.gov

Mon, Dec 17, 2012 at 10:52 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Grandinette, Anthony on 12/17/2012 at 10:52 AM EST and filed on 12/17/2012
**Case Name:** Moroughan v. The County of Suffolk et al
**Case Number:** 2:12-cv-00512-JFB-AKT
**Filer:** Thomas M. Moroughan
**Document Number:** 54

**Docket Text:**
**AMENDED COMPLAINT *REDACTED to Replace Docket Entry 34* against All Parties, filed by Thomas M. Moroughan. (Attachments: # (1) Appendix Redacted Amended Complaint Pages 13-24, # (2) Appendix Redacted Amended Complaint Pages 25-36, # (3) Appendix Redacted Amended Complaint Pages 37-38, # (4) Exhibit A, # (5) Exhibit B, # (6) Exhibit C, # (7) Exhibit D, # (8) Exhibit E) (Grandinette, Anthony)**

**2:12-cv-00512-JFB-AKT Notice has been electronically mailed to:**

Amy Beth Marion &nbsp &nbsp abm@barketmarion.com, lr@barketmarion.com

Anthony M. Grandinette &nbsp &nbsp grandinetteesq@aol.com, grandinettelaw@gmail.com

Brian C. Mitchell &nbsp &nbsp brian.mitchell@suffolkcountyny.gov, marilyn.rompel@suffolkcountyny.gov, susan.flynn@suffolkcountyny.gov

Bruce A. Barket &nbsp &nbsp bab@barketmarion.com, lr@barketmarion.com

Kevin T. Kearon &nbsp &nbsp ktk@barketmarion.com, lr@barketmarion.com

Michael J. Ferguson &nbsp &nbsp mferguson@nassaucountyny.gov

**2:12-cv-00512-JFB-AKT Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/17/2012] [FileNumber=7417888-0]
[7c9927c6f703e5b3270cbb3814de72c08c914414d881e56bbf2d28b8cd066b20999f
912a0759e34f4ff0aeb035370c4bea8a94804d0f1e502fc23cff1b0b72e8]]
Document description:Appendix Redacted Amended Complaint Pages 13-24
Original filename:n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/17/2012] [FileNumber=7417888-1]
[8d8a9c6ad14233a8a956afb31c5b594d8e8bd07c0c5e756f8929cc893fe8bb3695e5
145a337a22e22612271e94ed6d4fdf9199fac4ec39d1d3cc1fe911b52336]]
Document description:Appendix Redacted Amended Complaint Pages 25-36
Original filename:n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/17/2012] [FileNumber=7417888-2]
[7b2c98f9c1ed83d87b17a2a3265093689063bab667bd2b8db565de6abbd857ae6842
a6192dace988ed92dfc5b48eccd938be8561c22c8d4d24155c03056025b7]]
Document description:Appendix Redacted Amended Complaint Pages 37-38
Original filename:n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/17/2012] [FileNumber=7417888-3]
[1173ee94c6fb1ae40a043c83027bab9fd13b2d1dc9f8f71e293f5e5a50be835444c8
cf9216a59e1bf20f8384a19e657a787721b5d7809b3948000a1898d1cfaf]]
Document description:Exhibit A
Original filename:n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/17/2012] [FileNumber=7417888-4]
[1361e5109dacfe96f087b2f034865971b96573e420deecfa84c9b9a330aa8fd30f47
8a21262597e367f9bb359465c472d86d0fefac9ed11b09c49a3f18eb256d]]
Document description:Exhibit B
Original filename:n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/17/2012] [FileNumber=7417888-5]
[2643d66b3e49814896f7aa703b4368863e868cf90b8934baefb4f903745c863b8af3
776c453beb3c7646cd0c4f6fa2177231413195 11975dfa522b8bbd03c98f]]
Document description:Exhibit C
Original filename:n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/17/2012] [FileNumber=7417888-6]
[46a73bb48abeab58b8108e65ac9a1e650d90c49ff622272591d71a959b9d091ce9c0
86c883257b3623e40ec912491ddba148272bda04a8103cac1cbb4d3b52bf]]
Document description:Exhibit D
Original filename:n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/17/2012] [FileNumber=7417888-7]
[74dfffdae27eb39990f685aa1a5143bcf0b034ca2a2cbc1da6f2dc1402b84e4d07ae
2f6e0b955515d16f71d8a54619627a55dda3078cef0893781bff14dc432e]]
Document description:Exhibit E
Original filename:n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=12/17/2012] [FileNumber=7417888-8]
[9991ad31f1363a408500563a0536800e70b2f45dd27c4c72587022e998a5c6e5cc07
77ca334a2ae6416a0296e4c52b337f775986a2d050790215cbd238f94cc6]]