**UNITED STATES DISTRICT COURT**        **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**      **MINUTE ORDER**

BEFORE:    A. KATHLEEN TOMLINSON    DATE:   <u>6-25-2013</u>
           U.S. MAGISTRATE JUDGE       TIME:   <u>5:37 P.M. (57 minutes)</u>

*Moroughan v. County of Suffolk, et al.*,
**CV 12-512 (JFB) (AKT)**

TYPE OF CONFERENCE:      **TELEPHONE STATUS CONFERENCE**

APPEARANCES:    Plaintiff:    Anthony M. Grandinette (in person)

             Defendants:   Brian C. Mitchell (Suffolk County defendants)

                            Michael J. Ferguson (Nassau County, Edward Bienz)
                            Liora Ben-Sorek
                            Jaydan Fox (Legal Bureau – Nassau County Police Dept.
                            Leslie Hiller

                              Amy Marion (Anthony DiLeonardo)
                            Bruce Barket

FTR:   <mark>5:37-6:34 (SEALED)</mark>

SUMMARY OF PROCEEDINGS:

      At the request of counsel, the Court conducted a telephone conference regarding the parameters of the Stipulation and Order of Confidentiality [DE 26] which was "so ordered" by the Court on May 18, 2012 and the disclosure of certain documents which has come to light. *See* Electronic Order of May 18, 2012. There are no applications before the Court at this time by any party concerning the issues discussed at the conference.

                                            SO ORDERED

                                            /s/ A. Kathleen Tomlinson
                                            A. KATHLEEN TOMLINSON
                                            U.S. Magistrate Judge