UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
THOMAS M. MOROUGHAN,    CV-12-0512 (JFB) (AKT)

                Plaintiff,    NOTICE OF APPEARANCE

    -  against  -

SUFFOLK COUNTY, et al.,

                Defendants.
---------------------------------------------------------X

    PLEASE TAKE NOTICE that the undersigned appears in the above-captioned matter on behalf of the County of Nassau, Nassau County Police Department, Edward Bienz, Sgt. Timothy Marinaci, Deputy Chief of Patrol John Hunter, Inspector Edmund Horice, Commanding Officer Daniel Flanagan, Det. Sgt. John DeMartinis (collectively, the "Nassau County Defendants"), and that copies of all notices and other papers herein are to be served upon the undersigned in addition to Deputy County Attorney Michael J. Ferguson.

Dated: Mineola, New York
       July 1, 2013

                                          JOHN CIAMPOLI
                                          Nassau County Attorney
                                          One West Street
                                          Mineola, New York 11501
                              By:        /s/_____
                                          Liora M. Ben-Sorek
                                          Deputy County Attorney
                                          (516) 571-3014
                                          Attorney for Nassau County
                                          Defendants

cc:    Anthony Grandinette, Esq.    (Via ECF)
        114 Old Country Road
        Mineola, New York 11501
        (516) 877-2889
        Attorney for Plaintiff

Brian C. Mitchell, Esq. (Via ECF)
Suffolk County Dept. of Law
100 Veteran's Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788
(631) 853-4055
Attorney for Suffolk County Defendants

Amy Beth Marion, Esq. (Via ECF)
Barket Marion Epstein & Kearon, LLP
666 Old Country Road, Suite 700
Garden City, New York 11530
(516) 745-1500
Attorney for Defendant DiLeonardo