## COUNTY OF SUFFOLK
## OFFICE OF THE DISTRICT ATTORNEY



**THOMAS J. SPOTA**
DISTRICT ATTORNEY

April 12, 2011

Mrs. Jillian Bienz
122 First Avenue
Kings Park, NY 11754

Re: People v. Thomas Moroughan
Case No.: 2011SU007884
C.C. No.: 11-95045

Dear Mrs. Bienz:

Please be advised I am the investigator assigned to the above-referenced matter. It is extremely important I meet with you regarding a follow-up investigation concerning an incident that occurred on February 27, 2011 in Huntington, Suffolk County, New York.

Upon receipt of this letter, please contact me at (631)852-3179 or (631)219-1251. Thank you for your time and attention to this matter.

Sincerely,

Anthony Palumbo
Special Investigator

HOMICIDE BUREAU
ARTHUR M. CROMARTY COURT COMPLEX • 200 CENTER DRIVE • RIVERHEAD, NY 11901-3388
TELEPHONE (631) 852-2575 • FAX TRANSMITTAL (631) 852-2786

## COUNTY OF SUFFOLK
### OFFICE OF THE DISTRICT ATTORNEY



**THOMAS J. SPOTA**
DISTRICT ATTORNEY

April 12, 2011

Ms. Sophia Cornia
23 Oakwood Avenue
Miller Place, NY 11764

Re:   People v. Thomas Moroughan
      Case No.: 2011SU007884
      C.C. No.: 11-95045

Dear Ms. Cornia:

Please be advised I am the investigator assigned to the above-referenced matter. It is extremely important I meet with you regarding a follow-up investigation concerning an incident that occurred on February 27, 2011 in Huntington, Suffolk County, New York.

Upon receipt of this letter, please contact me at (631)852-3179 or (631)219-1251. Thank you for your time and attention to this matter.

Sincerely,

*[signature]*

Anthony Palumbo
Special Investigator

## COUNTY OF SUFFOLK
### OFFICE OF THE DISTRICT ATTORNEY



**THOMAS J. SPOTA**
DISTRICT ATTORNEY

April 12, 2011

Ms. Kristie Mondo
143 West 19th Street
Huntington Station, NY 11746

Re: People v. Thomas Moroughan
Case No.: 2011SU007884
C.C. No.: 11-95045

Dear Ms. Mondo:

Please be advised I am the investigator assigned to the above-referenced matter. It is extremely important I meet with you regarding a follow-up investigation concerning an incident that occurred on February 27, 2011 in Huntington, Suffolk County, New York.

Upon receipt of this letter, please contact me at (631)852-3179 or (631)219-1251. Thank you for your time and attention to this matter.

Sincerely,

Anthony Palumbo
Special Investigator

---

HOMICIDE BUREAU
ARTHUR M. CROMARTY COURT COMPLEX • 200 CENTER DRIVE • RIVERHEAD, NY 11901-3388
TELEPHONE (631) 852-2575 • FAX TRANSMITTAL (631) 852-2786