The Law Office Of
# ANTHONY M. GRANDINETTE

Of Counsel:
Paul Casteleiro
New Jersey

Bryant R. Camareno
Florida

111 Old Country Rd. Suite 420 • Mineola, NY 11501

Telephone: (516)877-2889
Telecopier: (516)294-5348
Email: Grandinettelaw@gmail.com

Magistrate A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

August 5, 2013

Re: Thomas M. Moroughan v. The County of Suffolk, et al.
Docket No.: CV-12-0512

Dear Magistrate Tomlinson:

I am counsel to plaintiff Thomas M. Moroughan ("Moroughan") and write this letter requesting an extension of time to respond to DiLeonardo's August 1, 2013 letter motion (DE 101/Filed Under Seal).

Pursuant to Your Honor's Individual Practice Rules, a response is due today. There has been no prior request for an adjournment regarding this matter and counsel respectfully seeks this adjournment from August 5, 2013 until August 20, 2013 for the following reasons:

Due to recent illness I have been, and will continue to be, in and out of the office. My associate, Bryan A. Zuckerman, is in Montana where he is attending a family wedding and will not return to the office until after August 13, 2013. I have obtained consent from Amy M. Marion, DiLeonardo's counsel, regarding this adjournment request.

I thank you in advance for your time and consideration to this matter.

Respectfully submitted
Anthony M. Grandinette

AMG/eb

1