# COUNTY OF SUFFOLK
## OFFICE OF DISTRICT ATTORNEY



## THOMAS J. SPOTA
### DISTRICT ATTORNEY

August 16, 2013

Magistrate Judge A. Kathleen Tomlinson
Eastern District of New York
100 Federal Plaza, Courtroom 910
PO Box 9014
Central Islip, NY 11722-9014

Re: *Thomas M. Moroughan vs. County of Suffolk, et al.*
Eastern District Dkt: 12-CV-0512

Honorable Tomlinson:

On July 2, 2013, the Office of the Suffolk County District Attorney submitted a letter regarding our intent to serve grand jury subpoenas on the Nassau County and Suffolk County Police Departments for the Internal Affairs Bureau Reports into the events leading to this civil action.

It is our understanding that the Court conducted a telephone conference regarding our letter to the Court with respect to the Stipulation and Order of Confidentiality (Document 26 attached as "Exhibit A") which prohibited the dissemination of copies of the Suffolk County Police Department Internal Affairs Bureau Report and the Nassau County Police Department Internal Affairs Bureau Report to any person not a party to this litigation without defendant's prior written consent or by authority of the Court.  During that conference, the Court provided the parties with the opportunity to respond with opposition papers.

We previously requested that that we receive a copy of these opposition papers so that we may have the opportunity to be heard.  To date, we have not received any papers regarding the issue.  At this time, we are respectfully requesting the Court to provide us with these papers so that we may properly respond to any opposition before the Court issues a decision.

**APPEALS BUREAU**
CRIMINAL COURTS BUILDING, 200 CENTER DRIVE, RIVERHEAD, N.Y. 11901-3388
TELEPHONE (631) 852-2469 • FAX TRANSMITTAL (631) 852-2762

Thank you for your attention to this matter. Should the Court require additional information, I would be happy to comply. Also, please do not hesitate to contact me with any questions or concerns. I can be reached directly at (631) 852-2466.


Very truly yours,


Anne E. Oh
Assistant District Attorney
Appeals Bureau