AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Thomas M. Moroughan | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  12-CV-0512 |
| The County of Suffolk, et al. | ) |
| | ) (If the action is pending in another district, state where:  ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Dr. Beverley Kraszewski c/o Huntington Hospital 270 Park Avenue, Huntington, New York 11743-9982

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: The Law Office of Anthony M. Grandinette<br>114 Old Country Road, Suite 420<br>Mineola, New York 11501 | Date and Time:<br>09/17/2013 10:00 am |
|---|---|

The deposition will be recorded by this method: __Stenographically and Videotaped__

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Medical charts of Anthony DiLeonardo and Edward Bienz for the dates of February 27-28, 2011. Signed HIPPA release forms are on file with Huntington Hosptial.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

*CLERK OF COURT*                                    OR

_____                            _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Thomas M. Moroughan , who issues or requests this subpoena, are:

The Law Office of Anthony M. Grandinette
114 Old Country Rd, Ste 420 Mineola,NY 11501  Tel:516-877-2889 Grandinettelaw@gmail.com

**SO ORDERED**

A. Kathleen Tomlinson
United States Magistrate Judge
Date: August 22, 2013
Central Islip, N.Y.