UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THOMAS M. MOROUGHAN,

                                         Plaintiff,

    -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, SUFFOLK DETECTIVES
RONALD TAVARES, CHARLES LESER, EUGENE
GEISSINGER, NICHOLAS FAVATTA, and ALFRED
CICCOTTO, DETECTIVE/SGT. WILLIAM J. LAMB,
SGT. JACK SMITHERS, SUFFOLK POLICE OFFICERS
WILLIAM MEANEY, ENID NIEVES, CHANNON
ROCCHIO, and JESUS FAYA and SUFFOLK JOHN
DOES 1-10, THE COUNTY OF NASSAU, NASSAU
COUNTY POLICE DEPARTMENT, SGT. TIMOTHY
MARINACI, DEPUTY CHIEF OF PATROL JOHN
HUNTER, INSPECTOR EDMUND HORACE,
COMMANDING OFFICER DANIEL FLANAGAN,
DETECTIVE/SGT. JOHN DeMARTINIS, NASSAU
POLICE OFFICERS ANTHONY D. DiLEONARDO,
EDWARD BIENZ and JOHN DOES 11-20,

                                         Defendants.
------------------------------------------------------------------------X

Docket No.: 12-CV-0512
(JFB)(AKT)

**NOTICE OF APPEARANCE**

C O U N S E L O R S:

      PLEASE TAKE NOTICE, that the defendant, DEPUTY CHIEF OF PATROL JOHN HUNTER, hereby appears in the above-entitled action, and that the undersigned has been retained as Attorneys for said defendant and demands that all papers in this

action be served upon the undersigned at the office and post office address stated below.

Dated: Uniondale, New York.
December 6, 2013.

                              Yours, etc.,

                              CONGDON, FLAHERTY, O'CALLAGHAN,
                              REID, DONLON, TRAVIS & FISHLINGER

                              By: _____/S/_____
                                    FRANCIS X. SCHROEDER (7028)

                              Attorneys for Defendant - DEPUTY CHIEF OF
                              PATROL JOHN HUNTER
                              Office & P.O. Address
                              The OMNI
                              333 Earle Ovington Boulevard - Suite 502
                              Uniondale, New York 11553-3625
                              (516) 542-5900

TO:    LAW OFFICE OF ANTHONY M. GRANDINETTE
        Attorney for Plaintiff, THOMAS MOROUGHAN
        114 Old Country Road
        Mineola, NY  11501
        (516) 248-5317

        BARKET, MARION, EPSTEIN & KEARON
        Attorneys for Deft., DiLeonardo
        666 Old Country Road, Suite 700
        Garden City, NY  11530
        (516) 745-1500

        BRIAN C. MITCHELL, ESQ.
        Suffolk County District Attorney
        Attorney for Defts., COUNTY OF SUFFOLK,
        SUFFOLK COUNTY POLICE DEPARTMENT, ET AL.
        H. Lee Dennison Building
        100 Veterans Memorial Highway
        P.O. Box 6100
        Hauppauge, NY  11788
        (631) 853-4049

MICHAEL FERGUSON, ESQ.
Nassau County District Attorney
Attorney for Defts., COUNTY OF NASSAU,
NASSAU COUNTY POLICE DEPARTMENT, ET AL.
262 Old Country Road
Mineola, NY  11501
(516) 571-3800

## CERTIFICATE OF SERVICE

I certify that on December 6, 2013, the foregoing Notice of Appearance was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

LAW OFFICE OF ANTHONY M. GRANDINETTE
Attorney for Plaintiff, THOMAS MOROUGHAN
114 Old Country Road
Mineola, NY  11501
(516) 248-5317

BARKET, MARION, EPSTEIN & KEARON
Attorneys for Deft., DiLeonardo
666 Old Country Road, Suite 700
Garden City, NY  11530
(516) 745-1500

BRIAN C. MITCHELL, ESQ.
Suffolk County District Attorney
Attorney for Defts., COUNTY OF SUFFOLK,
SUFFOLK COUNTY POLICE DEPARTMENT, ET AL.
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788
(631) 853-4049

MICHAEL FERGUSON, ESQ.
Nassau County District Attorney
Attorney for Defts., COUNTY OF NASSAU,
NASSAU COUNTY POLICE DEPARTMENT, ET AL.
262 Old Country Road
Mineola, NY  11501
(516) 571-3800

                                               /S/
                                      FRANCIS X. SCHROEDER

Sworn to before me this
6th day of December, 2013

/S/
_____
NOTARY