## COUNTY OF SUFFOLK
### OFFICE OF DISTRICT ATTORNEY



### THOMAS J. SPOTA
#### DISTRICT ATTORNEY

December 19, 2013

Magistrate Judge A. Kathleen Tomlinson
Eastern District of New York
100 Federal Plaza, Courtroom 910
PO Box 9014
Central Islip, NY 11722-9014

Re: *Thomas M. Moroughan vs. County of Suffolk, et al.*
Eastern District Dkt: 12-CV-0512

Honorable Tomlinson:

On July 2, 2013, the Office of the Suffolk County District Attorney submitted a letter under seal regarding our pending Grand Jury investigation into the events leading to this civil action. On August 16, 2013, we submitted a letter to the Court requesting a copy of any opposition papers relating the telephone conference held by this Court shortly thereafter and requested an opportunity to be heard.

To date, we have received neither a response to our letter dated July 2, 2013 nor any papers with respect to any opposition regarding our letter. As this Court is aware, a special Grand Jury was convened for the express purpose of investigating this event. The term of this Grand Jury is set to expire on January 6, 2014. We respectfully urge the Court to render a decision before that date.

Thank you for your attention to this matter. Should the Court require additional information, I would be happy to comply. Also, please do not hesitate to contact me with any questions or concerns. I can be reached directly at (631) 852-2466.

Very truly yours,

Anne E. Oh
Assistant District Attorney
Appeals Bureau