**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THOMAS M. MOROUGHAN,

                              Plaintiff,                    **ORDER**

      -against-

                                                       CV 12-512  (JFB) (AKT)

THE COUNTY OF SUFFOLK, SUFFOLK
COUNTY POLICE DEPARTMENT,
SUFFOLK DETECTIVES RONALD TAVARES,
CHARLES LESER, EUGENE GEISSINGER,
NICHOLAS FAVATTA, and ALFRED CICCOTTO,
DETECTIVE/SGT. WILLIAM J. LAMB, SGT.
JACK SMITHERS, SUFFOLK POLICE OFFICERS
WILLIAM MEANEY, ENID NIEVES, CHANNON
ROCCHIO, and JESUS FAYA and SUFFOLK
JOHN DOES 1-10, THE COUNTY OF NASSAU,
NASSAU COUNTY POLICE DEPARTMENT,
SGT. TIMOTHY MARINACI, DEPUTY CHIEF OF
PATROL JOHN HUNTER, INSPECTOR EDMUND
HORACE, COMMANDING OFFICER DANIEL
FLANAGAN, DETECTIVE/SGT. JOHN
DEMARTINIS, NASSAU POLICE OFFICERS
ANTHONY D. DILEONARDO, EDWARD BIENZ
and JOHN DOES 11-20,

                                  Defendants.

-----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Plaintiff's counsel previously submitted a letter motion seeking an extension of the fact discovery deadline to May 19, 2014.  *See* DE 114.  Having considered the issues raised in counsel's letter, and with the lack of objection by counsel for the respective defendants, the Court is GRANTING Plaintiff's request for an extension of the discovery deadlines [DE 114]. The Case Management deadlines are amended as follows:

- All fact discovery to be completed by:                   May 19, 2014

- Deadline for service of the expert report(s)

|   |   |   |
|---|---|---|
|   | and all expert disclosures required under Rule 26 for any party utilizing an expert for its case-in-chief: | June 26, 2014 |
| • | Rebuttal expert reports and disclosures must be served by: | August 4, 2014 |
| • | All expert depositions must be completed by: | August 25, 2014 |
| • | Dispositive motion process started by: | September 8, 2014 |
| • | Joint Pre-Trial Order filed on ECF by: | October 14, 2014 |
| • | Pre-Trial Conference: | October 21, 2014 at 10 a.m. |

The Court further notes that the motion to quash previously filed by the Suffolk County District Attorney's Office [DE 87] appears to remain outstanding. Several subsequent submissions filed by Plaintiff's counsel address that motion, the last of which is DE 113. The Court does not know at this time whether Plaintiff ever finally resolved the issue of the investigative files with the District Attorney's Office. Therefore, the Court is directing Plaintiff's counsel to respond immediately with a brief statement filed on ECF advising the Court whether this issue is still outstanding.

**SO ORDERED:**

Dated: Central Islip, New York
March 20, 2014

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge