UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Thomas M. Moroughan

                              Plaintiff,                12-CV-0512
                                                          JFB)(AKT)

          -against-

                                                          **CERTIFICATE OF**
The County of Suffolk, Suffolk County Police Department, Suffolk    **SERVICE**
Detectives Ronald Tavares, Charles Leser, Eugene Geissinger,
Nicholas Favatta, and Alfred Ciccotto, Detective/Sgt. William J.
Lamb, Sgt. Jack Smithers, Suffolk Police Officers William Meaney,
Enid Nieves, Channon Rocchio, and Jesus Faya and Suffolk John
Does 1-10, The County of Nassau, Nassau County Police Department,
Sgt. Timothy Marinaci, Deputy Chief of Patrol John Hunter,
Inspector Edmund Horace, Commanding Officer Daniel Flanagan,
Detective/Sgt. John DeMartinis, Nassau Police Officers Anthony
D. DiLeonardo, Edward Bienz and John Does 11-20
                                 Defendants.
------------------------------------------------------------------------X

        I, Anthony M. Grandinette, of The Law Office of Anthony M. Grandinette, counsel for

Plaintiff, Thomas M. Moroughan hereby certify that on April 7, 2014, Magistrate Tomlinson's

March 31, 2014 Order was served by First-Class mail, and personally served on April 8, 2014 at

2:30 p.m. upon the Suffolk County District Attorney's Office, Appeals Bureau, located at 200

Center Drive, Riverhead, New York 11901 upon Assistant District Attorney Anne Oh's

Secretary, Wendy.

Dated: April 11, 2014
Mineola, New York

                                                   Anthony M. Grandinette
                                                   The Law Office of Anthony M. Grandinette
                                                   114 Old Country Road Suite 420
                                                   Mineola, New York 11501
                                                   Tel: (516) 877-2889
                                                   Fax: (516) 294-5348

Signed and Sworn before me
This 11 day of April 2014

NOTARY PUBLIC

BRYAN A. ZUCKERMAN
NOTARY PUBLIC, State of New York
No. 02ZU6223281
Qualified in Suffolk County
Commission Expires 06/07/20___