# CONGDON, FLAHERTY, O'CALLAGHAN, REID
## DONLON, TRAVIS & FISHLINGER
ATTORNEYS AND COUNSELORS AT LAW
A Professional Corporation

| NEW YORK CITY OFFICE: | THE OMNI | ALBANY OFFICE: |
|---|---|---|
| 10 ROCKEFELLER PLAZA | 333 EARLE OVINGTON BLVD. SUITE 502 | 12 METRO PARK ROAD |
| SUITE 900 | UNIONDALE, NY 11553-3625 | SUITE 207 |
| NEW YORK, NY 10020 | | COLONIE, NY 12205 |
| 212-692-0496 | 516-542-5900 | 518-437-9300 |
| FAX 212-692-0639 | | FAX 518-437-1182 |
| | FAX NO. 516-542-5912 | |

*Francis X. Schroeder*
Partner

E-mail: fschroeder@cfolegal.com

Writer's direct dial:
516-750-9303

May 7, 2014

**VIA ECF**

Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    Thomas M. Moroughan v. The County of Suffolk, et. al.
               Docket No. 12-CV-0512 (JFB)(AKT)

Dear Magistrate Tomlison:

      This firm represents defendant Deputy Chief of Patrol John Hunter in connection with the above-referenced matter. I write this letter to request an extension of the fact discovery deadline which is now May 19, 2014. I communicated with counsel for all parties and all parties are in agreement with this extension.

      This firm first appeared in this long standing and extensive litigation on behalf of Defendant Hunter only recently on December 6, 2013. As a result of delays in resolving the issue of representation of defendant Hunter between the undersigned and the Nassau County Attorney's Office, who previously represented Deputy Chief Hunter, my investigation of the matter has been delayed. I was only provided with some discovery from the County Attorney on February 11, 2014. I have been engaged on trial several times since this date. I anticipate receiving additional documents and discovery from the remaining parties. Further, additional depositions remain outstanding, including, significantly, the deposition of plaintiff, Thomas Moroughan, which has not been conducted and has not yet been scheduled.

      Finally, all parties are still awaiting receipt of the Suffolk County Police Department's Internal Affairs Report. Once this document is released, there will likely be additional discovery and investigation needed.

      In light of the foregoing and the fact that I will be out of the Country from May 12 to May

21, 2014, I respectfully request an extension of the fact discovery deadline to November 1, 2014.

    Thank you for your consideration of this matter.

                          Very truly yours,

                          CONGDON, FLAHERTY, O'CALLAGHAN,
                          REID, DONLON, TRAVIS & FISHLINGER

                          FRANCIS X. SCHROEDER (7028)

cc:    All Parties
       Via ECF