# EXHIBIT A

| | |
|---|---|
| Dobrochasan, Dennis<br>    Statement of | 125-128 |
| Horace, Edmund – Inspector<br>    Interview of | 100-102 |
| Hunter, John P. – Assistant Chief<br>    Interview of | 102-104 |
| Jochen, Timothy<br>    Statement of | 123 |
| Klug, Eric<br>    Statement of | 120-122 |
| Lewis, Risco – Assistant District Attorney<br>    Interview of | 97-98 |
| Mondo, Kristie<br>    SCPD Statement of | 111-113 |
| Moroughan, Thomas<br>    50-H Hearing | |
|         Nassau County | 494-694 |
|         Suffolk County | 351-493 |
|     Medical Records | 308-343 |
|     SCPD Statement of | 108-110 |
| **Nassau County Indemnification Review Board Report** | **707-816** |
| Nassau County Police Department | |
|     ADM 1221 - Deadly Force Response Team | 207-210 |
|     C-2 Form | 277/293 |
|     Chief Sick Leave Report | |
|         PO Bienz | 305-307 |
|         PO DiLeonardo | 284-286 |
|     Deadly Force Response Team Report | 211-212 |
|     Member Hand Gun Report – PO DiLeonardo | 217 |
|     PDCN 32SJ | 223-226 |
|     PDCN 41 – Property Receipt | 218 |
|     PDCN 106 – Property Bureau Invoice | 216 |
|     PDCN 161 - Firearms Discharge Report | 213 |
|     PDCN 199 – Medical Related Duty Status | |
|         PO Bienz | 303 |
|         PO DiLeonardo | 221/278 |