# EXHIBIT B

699

Thomas M. Moroughan v. The County of Suffolk, Suffolk County Police Department, Suffolk Detectives Tavares, Charles E. Lester III, Detective/Sgt. William J. Lamb, Suffolk Police Officer Meany and Suffolk John Does 1-10, The County of Nassau, Nassau County Police Department, Nassau Police Officers Anthony D. DiLeonardo, Edward Bienz and John Does 11-20
Docket No.: 12-CV-0512
C/A File No.: 11T 52383

Indemnification of:   P.O. Anthony DiLeonardo, Serial No. 9013, Shield #3632

The Police Officer Indemnification Board does hereby determine this ____ day of March, 2012 as follows:

> The acts alleged were committed while in the proper discharge of said officer(s)' duties and within the scope of his/her employment _____

> The acts alleged were not committed while in the proper discharge of said officer(s)' duties and were not within the scope of his/her employment    X

PRESENT

(signature) _____
Thomas V. Dale, Acting Commissioner of Police

(signature) _____
Sheriff Michael J. Sposato – County Executive Appointee

(signature) _____
Daniel J. McCloy, Esq., – Legislative Appointee

The signature of each Board member participating in the decision attests only to the final decision of the Board and should not be construed as being necessarily reflective of the individual's vote on the final decision.

695

## DETERMINATION OF POLICE OFFICER INDEMNIFICATION BOARD

Thomas M. Moroughan v. The County of Suffolk, Suffolk County Police Department, Suffolk Detectives Tavares, Charles E. Lester III, Detective/Sgt. William J. Lamb, Suffolk Police Officer Meany and Suffolk John Does 1-10, The County of Nassau, Nassau County Police Department, Nassau Police Officers Anthony D. DiLeonardo, Edward Bienz and John Does 11-20
Docket No.: 12-CV-0512
C/A File No.: 11T 52383

Indemnification of: P.O. Edward Bienz, Serial No. 8943, Shield No. 3466

The Police Officer Indemnification Board does hereby determine this ____ day of March, 2012 as follows:

The acts alleged were committed while in the proper discharge of said officer(s)' duties and within the scope of his/her employment ___X___

The acts alleged were not committed while in the proper discharge of said officer(s)' duties and were not within the scope of his/her employment _____

PRESENT
(signature) _____
Thomas V. Dale, Commissioner of Police

(signature) _____
Sheriff Michael J. Sposato – County Executive Appointee

(signature) _____
Daniel J. McCloy, Esq., – Legislative Appointee

The signature of each Board member participating in the decision attests only to the final decision of the Board and should not be construed as being necessarily reflective of the individual's vote on the final decision.