**FILED**
**CLERK**

2/26/2018 3:49 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

THOMAS M. MOROUGHAN,

                        Plaintiff,

           -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, SUFFOLK DETECTIVES
RONALD TAVARES, CHARLES LESER, EUGENE
GEISSINGER, NICHOLAS FAVATTA and ALFRED
CICCOTTO, DETECTIVE/SGT. WILLIAM J. LAMB,
SGT. JACK SMITHERS, SUFFOLK POLICE OFFICERS
WILLIAM MEANEY and JESUS FAYA and SUFFOLK
JOHN DOES 1-10, THE COUNTY OF NASSAU, NASSAU
COUNTY POLICE DEPARTMENT, SGT. TIMOTHY
MARINACI, DEPUTY CHIEF OF PATROL JOHN
HUNTER, INSPECTOR EDUND HORACE,
COMMANDING OFFICER DANIEL FLANAGAN,
DETECTIVE/SGT. JOHN DEMARTINIS, NASSAU
POLICE OFFICERS ANTHONY D. DILEONARDO,
EDWARD BIENZ and JOHN DOES 11-20,

                        Defendants.
-------------------------------------------------------x

12-cv-0512
(JFB) (AKT)

**CONSENT ORDER
GRANTING
SUBSTITUTION
OF COUNSEL**

NOTICE IS HEREBY GIVEN that, subject to approval by the Court, Defendant,

DEPUTY CHIEF OF PATROL JOHN HUNTER, substitutes Lewis Johs Avallone Aviles, LLP,

having an address at One CA Plaza, Suite 225, Islandia, New York 11749, as counsel of record

in place of the Congdon, Flaherty, O'Callaghan, Reid, Donlon, Travis & Fishlinger, Esqs.

I hereby consent to the above substitution.

_____
DEPUTY CHIEF OF PATROL JOHN HUNTER

February 23, 2018

I hereby consent to the above substitution.

February 23, 2018

Congdon, Flaherty, O'Callaghan, Reid, Donlon,
Travis & Fishlinger, Esq.
By: Laura Endrizzi
*Outgoing Attorney for Defendant*
DEPUTY CHIEF OF PATROL JOHN HUNTER
333 Earle Ovington Blvd.
Uniondale, New York 11553
T.  516.542.5900
F.  516.542.5912

I hereby consent to the above substitution.

February 23, 2018

LEWIS JOHS AVALLONE AVILES, LLP
By:   Annemarie S. Jones, Esq.
*Incoming Attorney for Defendant*
DEPUTY CHIEF OF PATROL JOHN HUNTER
One CA Plaza, Suite 225
Islandia, New York 11749
T:  631.755.0101
F:  631.755.0117

SO ORDERED:

_____
JUDGE JOSEPH F. BIANCO

**SO ORDERED**

/s/ A. Kathleen Tomlinson
_____
A. Kathleen Tomlinson
United States Magistrate Judge
Date: _Feb. 26_ 20 _18_
Central Islip, N.Y.