*Leahey & Johnson, P.C.*
*Attorneys at Law*

(212) 269-7308
FACSIMILE (212) 422-4751
WWW.LEAHEYANDJOHNSON.COM

March 12, 2018

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York  11722

*120 Wall Street, New York, N.Y. 10005*

RE:     *Moroughan v. County of Suffolk, et al.*
        12 Civ. 512 (JFB)(AKT)

**_Letter Motion Requesting Limited Redactions of Court Transcript (February 13, 2018)_**

Dear Magistrate Judge Tomlinson,

Please accept this brief letter motion filed by the County of Nassau ("Nassau") requesting limited redactions of the transcript of the Court's recent Status Conference conducted on February 13, 2018. The County requests the following be redacted:

1. Page 15, lines 23-24
2. Page 17, lines 18-19
3. Page 18, lines 9-10; 24-25
4. Page 19, lines 6; 12-20
5. Page 20, line 3
6. Page 22, lines 1; 11; 21-24
7. Page 23, lines 12-13; 16-17; 19-21
8. Page 24, lines 23-25
9. Page 25, lines 23-25
10. Page 26, lines 1-5; 11
11. Page 35, line 9

We thank the Court for its time and attention.

Respectfully submitted,

Christopher Delamere Clarke
(CDC 6160)

*To All Parties via ECF*