

1                                                          1

2      UNITED STATES DISTRICT COURT

3      EASTERN DISTRICT OF NEW YORK

4      ---------------------------------------x

5      THOMAS M. MOROUGHAN,

6                        Plaintiff,

7                                      Docket No.
                                       12-CV-0512
8                   -against-

9      THE COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE
10     DEPARTMENT, SUFFOLK DETECTIVES RONALD TAVARES,
       CHARLES LESER, EUGENE GEISSINGER, NICHOLAS
11     FAVATTA, and ALFRED CICCOTTO, DETECTIVE/SGT.
       WILLIAM J. LAMB, SGT. JACK SMITHERS, SUFFOLK
12     POLICE OFFICERS WILLIAM MEANEY, JESUS FAYA and
       SUFFOLK JOHN DOES 1-10, THE COUNTY OF NASSAU,
13     NASSAU COUNTY POLICE DEPARTMENT, SGT. TIMOTHY
       MARINACI, DEPUTY CHIEF OF PATROL JOHN HUNTER,
14     INSPECTOR EDMUND HORACE, COMMANDING OFFICER DANIEL
       FLANAGAN, DETECTIVE/SGT. JOHN DEMARTINIS, NASSAU
15     POLICE OFFICERS ANTHONY D. DILEONARDO, EDWARD
       BIENZ and JOHN DOES 11-20,
16
                         Defendants.
17     ---------------------------------------x

18                              333 Earle Ovington Boulevard
                                Uniondale, New York
19
                                December 2, 2015
20                              10:20 a.m.

21

22           (CAPTION CONTINUED ON NEXT PAGE.)

23

24           Rich Moffett Court Reporting, Inc.
              114 Old Country Road, Suite 630
25                 Mineola, New York 11501
                      516-280-4664

2

        Examination Before Trial of the

Defendant, EDWARD BIENZ, pursuant to

Order, before Rich Moffett, a Notary

Public of the State of New York.

3

A P P E A R A N C E S:

LAW OFFICE OF ANTHONY M. GRANDINETTE
Attorney for Plaintiff
        114 Old Country Road
        Mineola, New York 11501
BY:   ANTHONY M. GRANDINETTE, ESQ.
      MIREL FISCH, ESQ.


SUFFOLK COUNTY DISTRICT ATTORNEY
Attorneys for Defendants
County of Suffolk, Suffolk County Police
Department, et al.
        100 Veterans Memorial Highway
        Hauppauge, New York 11788
BY:   BRIAN C. MITCHELL, ESQ.


LEAHEY & JOHNSON, P.C.
Attorneys for Defendants
The County of Nassau, Nassau County Police
Department, Sgt. Timothy Marinaci, Inspector
Edmund Horace, Commanding Officer Daniel
Flanagan, Detective/Sgt. John Demartinis,
Nassau Police Officer Edward Bienz
        120 Wall St, Suite 2220
        New York, New York 10005
BY:   CHRISTOPHER DELAMERE CLARKE, ESQ.

```
 1                                                        4

 2      A P P E A R A N C E S (Continued):

 3      CONGDON, FLAHERTY, O'CALLAGHAN, REID,
        DONLON, TRAVIS & FISHLINGER
 4      Attorneys for Defendant
        Deputy Chief of Patrol John Hunter
 5           333 Earle Ovington Boulevard
             Uniondale, New York 11553
 6      BY:   FRANCIS X. SCHROEDER, ESQ.

 7

        BARKET, MARION, EPSTEIN & KEARON, ESQS.
 8      Attorneys for Defendant
        Anthony D. DiLeonardo
 9           666 Old Country Road, Suite 700
             Garden City, New York 11530
10

        BY:   BRUCE BARKET, ESQ.
11            (Not Present)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## FEDERAL STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the filing, sealing and certification of the within deposition be waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.

- oOo -

1                    Edward Bienz                    6

2              EDWARD BIENZ, called as a

3         witness, having been duly sworn by a

4         Notary Public, was examined and

5         testified as follows:

6              *              *              *

7    EXAMINATION BY

8    MR. GRANDINETTE:

9         Q       Please state your full name for

10   the record.

11        A       Edward Bienz.

12        Q       What is your address?

13   ████████████████████████████████████████

14   ████████████████████████████████████████

15              MR. CLARKE:  I don't know if we

16        designated pages for confidentiality

17        purposes, but I would ask that his

18        home address remain confidential.

19        Q       Good morning, Mr. Bienz.

20        A       Good morning.

21        Q       Sir, my name is Anthony

22   Grandinette.  I'm the attorney on behalf of

23   Thomas Moroughan.

24              You understand you're here today

25   pursuant to a court order to conduct your

```
1                    Edward Bienz              7

2    deposition pertaining to events that

3    transpired on February 26th and 27th of

4    2011 --

5         A    Yes.

6         Q    -- in addition to additional

7    facts and circumstances related to those

8    events that transpired after those dates?

9         A    Yes.

10        Q    Now, as you sit here today, are

11   you in good physical health?

12        A    Yes.

13        Q    Have you failed to take any

14   medication that you're supposed to take?

15        A    No.

16        Q    Have you taken medication that

17   would adversely affect your ability to

18   understand what is transpiring, today?

19        A    No.

20             (Whereupon, Plaintiff's Exhibit

21        120 for identification was so marked.)

22        Q    I'm going to show you what has

23   been marked as Plaintiff's Exhibit 120.  It

24   has -- it's the Second Amended Complaint in

25   this action.
```

```
 1                    Edward Bienz                    8

 2                    I'd ask you if you had an

 3      opportunity to look at that?

 4           A       (No response)

 5           Q       Have you had an opportunity to

 6      read Plaintiff's 120 prior to today's date?

 7           A       Yes.

 8           Q       You're here today with your

 9      attorney, Mr. Clarke, correct?

10           A       Yes.

11           Q       Are you satisfied that you

12      understand the exact nature and the

13      allegations in the civil complaint against

14      you, specifically?

15           A       Yes.

16           Q       Without telling us -- I don't

17      want to hear what you discussed with your

18      attorney -- but, can you tell me whether or

19      not you've had ample opportunity to discuss

20      with Mr. Clarke the allegations against you

21      that are contained in Plaintiff's

22      Exhibit 120?

23                    MR. SCHROEDER:  Objection.

24                    MR. CLARKE:   Objection.

25                    You can answer, over objection.
```

A Yes.
Q If at any time you need an opportunity to speak with Mr. Clarke, or you just want a break during the course of this deposition, please let me know. Okay?
A Yes.
Q The only ground rule for that is that if there is a pending question, I need you to answer that question, and then we can break. All right?
A Sure.
Q You also need to answer, orally, any question that I put forth to you. It's just like testifying on a witness stand. Nods of the head can't be transcribed by the reporter. Okay?
A Yes.
Q Now, when we go through the course of these questions today, if there's anything about my question that you don't understand, you promise that you'll ask me or tell me you don't understand it, and I'll rephrase it?
A Yes.

1                        Edward Bienz                    10

2          Q        So before you give me an answer

3     to a question, please make sure that you

4     understand my question.   Okay?

5          A        No problem.

6          Q        If you answer my question, sir,

7     I'm going to assume that you understand.

8     All right?

9          A        Yes.

10         Q        Now, where were you born and

11    raised?

12         A        I was born in Queens, and I was

13    raised in Kings Park, New York.

14         Q        Did you go to Kings Park

15    elementary -- primary, elementary and high

16    school?

17         A        Yes.

18         Q        When did you move out to Kings

19    Park?

20         A        I was born in Long Island Jewish

21    Hospital, and I was raised for the whole

22    time in Kings Park.

23         Q        Your family is from Kings Park?

24         A        Yes.

25         Q        When you were born, your family

```
 1                    Edward Bienz                11
 2   lived in Kings Park?
 3        A      Yes.
 4        Q      You gave an address today, in
 5   ███████████.
 6               When did you move to ████████?
 7               MR. CLARKE:  Objection to the
 8          form of the question.
 9               You mean that address or that
10          town?
11               MR. GRANDINETTE:  That address,
12          ████████████████.
13        A      Approximately three years ago.
14        Q      So that was after the events in
15   this case?
16        A      Yes.
17        Q      What was the address that you
18   were raised in in Kings Park?
19        A      122 First Avenue, Kings Park.
20        Q      Were you living at 122 First
21   Avenue in Kings Park on February 26, 2011?
22        A      No.
23        Q      Where were you living at that
24   time?
25        A      One Barley Place in Commack,
```

```
1                    Edward Bienz            12

2    New York.

3         Q     When did you move from First

4    Avenue to One Barley Place in Commack?

5         A     Late 2008 -- spring of 2009, in

6    that vicinity.

7         Q     Was that the first place that

8    you moved to when you left 122 First Avenue

9    in Kings Park?

10        A     Yes.

11        Q     How long did you remain at One

12   Barley Avenue -- I'm sorry -- one Barley

13   Place in Commack before moving to ██████

14   ████████████?

15        A     Until I purchased my house on

16   ████████.

17        Q     When was that, three years ago?

18        A     Approximately three years ago.

19        Q     So as you sit here today, you

20   basically have had three addresses in your

21   lifetime?

22        A     Yes.

23        Q     First Avenue address; you moved

24   to One Barley Place in Commack in 2008-2009.

25   And then approximately three years ago,
```

```
 1                    Edward Bienz              13
 2   which would be sometime around 2013, you
 3   moved to ████████████████████?
 4        A     Yes.
 5        Q     You own the home at ████████
 6   in ████████, correct?
 7        A     Yes.
 8        Q     How about Barley Place?  Did you
 9   rent?
10        A     Yes.
11        Q     Now, sir, are you married?
12        A     Yes.
13        Q     Your wife's name?
14        A     Jillian Bienz.
15        Q     Is that spelled J-I-L-L-I-A-N?
16        A     Yes.
17        Q     Her maiden name?
18        A     Ferrara.
19        Q     When did you get married?
20        A     September of 2010.
21        Q     Do you have any children?
22        A     Yes.
23        Q     Are those a result of your union
24   with Jillian?
25        A     Yes.
```

```
 1                    Edward Bienz                14

 2        Q        Did you have any children prior

 3   to marrying Jillian?

 4        A        No.

 5        Q        How many children do you have?

 6        A        Two.

 7        Q        Their ages?

 8        A        Three and one.

 9        Q        Did you have a child back on

10   February 26, 2011?

11        A        No.

12        Q        By the way, as you sit here

13   today, how old are you?

14        A        Thirty.

15        Q        How old were you back on

16   February 26, 2011?

17        A        Twenty-five.

18        Q        Being born and raised in Kings

19   Park, can you tell me, were you familiar

20   with Huntington Village on February 26,

21   2011?

22        A        Yes.

23        Q        Did you have occasion to go to

24   Huntington Village and socialize; go to

25   bars, restaurants, things of that nature?
```

```
 1                    Edward Bienz              15
 2              MR. CLARKE:  Objection to the
 3         form of the question.  No time frame.
 4              In his entire life?
 5              MR. GRANDINETTE:  Of course.
 6         Q       You grew up in Kings Park,
 7    correct?
 8         A       Yes.
 9         Q       You said you're familiar with
10    the Huntington Village area?
11         A       Yes.
12         Q       Did you have occasion, during
13    the course of your lifetime prior to these
14    events, to visit Huntington Village to dine
15    and go to various bars with friends?
16         A       Yes.
17         Q       Approximately how many times
18    would you say you were at Huntington Village
19    prior to February 26, 2011, for purposes of
20    socializing or going to a restaurant prior,
21    to this date?
22              MR. CLARKE:  Objection to the
23         form of the question.
24              You're asking for an entire
25         25 years time frame?  Santa Claus,
```

```
 1                    Edward Bienz                16

 2          department store, shoe shine, a

 3          haircut, slice of pizza, movies.  What

 4          are you talking about?  Did he go to

 5          the movies in the fourth grade?

 6               MR. GRANDINETTE:  Mr. Clarke, I

 7          appreciate -- is that an objection?

 8               MR. CLARKE:  Objection.

 9               MR. GRANDINETTE:  So your

10          objection is noted.

11          Q      Sir, do you not understand my

12     question?

13               MR. CLARKE:  It's a compound

14          question.  You're talking bars,

15          restaurants and socializing.

16          Socializing is a lot of things.

17               MR. GRANDINETTE:  I note your

18          exception.

19          Q      Mr. Bienz, do you understand my

20     question?

21          A      Can you repeat it?

22          Q      How many times have you been to

23     Huntington Village, for any reason, prior to

24     February 26, 2011?

25          A      A few.
```

```
 1                    Edward Bienz                17

 2        Q        What does that mean?

 3        A        More than once.

 4        Q        Could it have been twice?

 5        A        Yes.

 6        Q        Could it have been three times?

 7        A        Yes.

 8        Q        Could it have been four times?

 9        A        Yes.

10        Q        Could it have been than more

11   than a hundred times?

12        A        No.

13        Q        Could it have been more than 50

14   times?

15        A        No.

16                 MR. CLARKE:  Objection to the

17        form of the question.

18        Q        No?

19        A        No.

20        Q        Could it have been more than 25

21   times?

22        A        Possibly.

23        Q        So you knew where Huntington

24   Village was, right?

25        A        Yes.
```

Edward Bienz                    18

1

2     Q       You'd been there on at least 25

3  or approximately 25 prior occasions, right?

4     A       Yes.

5     Q       Were you familiar, prior to

6  February 26, 2011, with a bar/restaurant

7  called the Blue Honu?

8     A       No.

9     Q       You didn't know that the Blue

10  Honu existed on February 26, 2011, before

11  going to Huntington Village?

12          MR. CLARKE:  Objection to the

13      form of the question.

14          You could answer.

15     A       I had never been there before.

16     Q       Did you know of its existence?

17     A       Yes.

18     Q       How about the Tavern?

19     A       Yes.

20     Q       How about the Artful Dodger?

21          MR. CLARKE:  How about, in what

22      sense?

23          MR. GRANDINETTE:  Same question.

24          Your objection is noted.

25     Q       If you don't understand my

1                    Edward Bienz                    19

2    question, remember, just ask me.  Okay?

3         A     Okay.

4         Q     On February 26, 2011, prior to

5    going to Huntington Village, were you aware

6    there was a bar there called the Tavern?

7         A     Yes.

8         Q     Had you been there prior?

9         A     Yes.

10        Q     How many times prior?

11        A     A few.

12        Q     What is a few?

13        A     Three to four times.

14        Q     Prior to February 26, 2011, were

15   you familiar with the bar called the Artful

16   Dodger?

17        A     No.

18        Q     Now, on these prior occasions

19   that you went to the Artful Dodger --

20              MR. CLARKE:  Objection.

21              MR. GRANDINETTE:  I'm sorry.

22        Q     On the prior occasions that you

23   went to Huntington Village, did you ever get

24   lost going there?

25        A     I don't recall.

|   |   |   |
|---|---|---|
| 1 | Edward Bienz | 20 |

2      Q      Did you ever get lost going home

3   from there?

4      A      I don't recall.

5      Q      So you can't identify a specific

6   occasion, in those prior 25 times that you

7   visited Huntington Village, getting lost,

8   either on your way there or on your way

9   home, correct?

10      A      Yes.

11      Q      Now, sir, are you familiar with

12   the intersection of Jericho Turnpike and

13   Route 110 in Huntington?

14      A      Yes.

15      Q      That intersection is really

16   right next to the Huntington Walt Whitman

17   Mall, correct?

18              MR. CLARKE:  Objection to the

19          form of the question.

20      A      It's in close proximity.

21      Q      Are you aware of what's on the

22   corner of that intersection -- there's a gas

23   station on one side, right, on the northwest

24   corner, correct?

25      A      Yes.

```
 1                    Edward Bienz                 21

 2          Q       Then on the northeast corner

 3   there's that Snow Haus Ski House, right?

 4          A       Yes.

 5                  MR. CLARKE:  Objection to the

 6          form of the question.

 7          Q       That's been there for years,

 8   right?

 9          A       I don't know.

10          Q       Then on the opposite corner is a

11   Pier I Imports, right?

12          A       Might be.

13          Q       Do you recall whether or not

14   there's a Staples on the southwest corner of

15   that intersection?

16          A       No.

17          Q       Sir, could you tell me

18   approximately how many times since you

19   received your driver's license you've driven

20   through that intersection?

21          A       A few.

22          Q       What's a few?

23          A       Ten to 15.

24          Q       So in your lifetime you've

25   driven through that intersection of Jericho
```

                        Edward Bienz                    22

Turnpike and Route 110 fifteen times?

        A       Yes.

                MR. MITCHELL:   Objection.

        Q       Are you familiar with Route 110?

        A       Yes.

        Q       Would it be fair to say that
Route 110, if you take it in the northbound
direction from that intersection, will take
you directly into Huntington Village,
correct?

        A       Yes.

        Q       How many times have you taken
that Route 110 into Huntington Village from
the intersection of Jericho Turnpike?

        A       A few.

        Q       What's a few?

        A       Ten to 15 times.

        Q       Conversely, how many times have
you driven from Huntington Village up 110,
through the intersection or to the
intersection of Jericho Turnpike?

        A       I don't know.

        Q       Approximately?

        A       Ten to 15 times, maybe.

```
 1               Edward Bienz                23

 2       Q      So, in those 20 to 30 times

 3   driving that route, have you ever gotten

 4   lost, prior to February 26, 2011?

 5               MR. CLARKE:  Objection to the

 6          form of the question.

 7               You can answer.

 8               The hell with his phone.  Answer

 9          the question.

10       A      I don't recall.

11       Q      So does that mean that you could

12   have possibly gotten lost --

13       A      Yes.

14       Q      -- between those 20 or 30 times

15   that you drove between Jericho Turnpike and

16   Huntington Village?

17       A      Yes.

18       Q      On any of those occasions that

19   you could have possibly been lost, were you

20   drinking?

21               MR. CLARKE:  Note my objection.

22               MR. SCHROEDER:  Objection.

23       A      No.

24       Q      Do you have any relatives who

25   are members of law enforcement, either
```

```
 1                    Edward Bienz                24

 2    presently or formerly?

 3         A       Yes.

 4         Q       Could you please tell me who

 5    they are?

 6         A       Currently or formerly?

 7         Q       Let's start with formerly.

 8         A       My father.

 9         Q       Your father's name?

10         A       Arthur.

11         Q       Same last name?

12         A       Yes.

13         Q       Where did he work?

14         A       He retired from Manhattan

15    Narcotics.

16         Q       How long was he a police

17    officer?

18         A       Twenty years.

19         Q       When did he retire?

20         A       2001.

21         Q       Continuing with formers?

22         A       He's currently a U.S. Customs

23    Inspector, Federal.

24         Q       Who else?

25         A       My uncle, who is retired.
```

```
1                        Edward Bienz                    25

2              Q       What's his name?

3              A       Edward Bienz.

4              Q       Who was he employed by?

5              A       Suffolk County Police

6     Department.

7              Q       When did he retire?

8              A       2006.

9              Q       When he retired, what was his

10    position?

11             A       Deputy inspector.

12             Q       Who else?

13             A       That's all, for retired.

14             Q       How about current?

15             A       My brother, Andrew Bienz,

16    New York City Police Officer.

17                     MR. SCHROEDER:  What was the

18             first name?

19                     THE WITNESS:  Andrew.

20             Q       When did he start with the NYPD?

21             A       2009.

22             Q       Is he older or younger, by the

23    way?

24             A       Younger.

25             Q       Who else?
```

```
1                        Edward Bienz                    26

2           A        That's about it.

3           Q        You have a cousin, Chris Bienz.

4                    Is he in law enforcement in any

5    way?

6           A        No.

7           Q        Can you describe for me your

8    relationship with your uncle?

9           A        Which one?

10          Q        Ed.

11          A        My Uncle Ed?

12          Q        Yes.

13                   MR. CLARKE:  Note my objection.

14                   You can answer.

15          A        He is my dad's older brother.  I

16   see him a few times a year at family

17   functions.

18          Q        How would you describe your

19   relationship?

20          A        Normal.

21          Q        Where does your uncle live?

22          A        He splits his time between

23   Ronkonkoma and Florida.

24          Q        Growing up, where did your uncle

25   reside?  When you were growing up on First
```

```
 1                      Edward Bienz              27

 2      Avenue, where did Ed Bienz and his family

 3      live?

 4           A        Ronkonkoma.

 5           Q        Does he have children?

 6           A        Yes.

 7           Q        How many children does he have?

 8           A        Two.

 9           Q        Chris and who else?  Does he

10      have a son, Chris?

11           A        No.

12           Q        What are the names of his

13      children?

14           A        C█████ -- or C██████ -- and

15      K█████.

16           Q        Were you close with them?

17           A        No.  Much older than me.

18           Q        To your knowledge, as you sit

19      here today, any of the members of the Nassau

20      County or Suffolk County Police Departments

21      that were involved in the case of Thomas

22      Moroughan; did they know your uncle, Ed

23      Bienz?

24                MR. CLARKE:  Objection.

25                You can answer.
```

```
 1                    Edward Bienz                28

 2         A      Yes.

 3         Q      Can you tell me which people

 4   that were involved in this case knew your

 5   uncle?

 6                MR. MITCHELL:  Object to the

 7         form.

 8         A      The DA's investigator.

 9         Q      Mr. Palumbo?

10         A      Yes.

11         Q      When did you find that out?

12         A      Probably about a month after the

13   incident.

14         Q      How did you find that out?

15         A      He called to ask me to come into

16   an interview, and he had told me he worked

17   with my uncle.

18                I referred him to speak to my

19   attorney.

20         Q      Did he say how long he worked

21   with your uncle?

22         A      No.

23         Q      If you could take a quick look

24   at Plaintiff's 120 -- just the caption.

25                I'd ask you to go through that,
```

```
1                    Edward Bienz              29

2    one name at a time, and let me know who you

3    knew on that caption, and then just briefly

4    describe the relationship with that party.

5              MR. SCHROEDER:  He knew when?

6              MR. GRANDINETTE:  We'll get to

7         that.

8         Q      If you know anybody, let me

9    know.

10             MR. CLARKE:  So the question is,

11        if he knows them?

12             MR. GRANDINETTE:  Yes.

13        Q      I'd like you to go through the

14   caption.  Let me know if you get to a name

15   that you recognize or know.

16             MR. CLARKE:  So now it's

17        recognize.

18             MR. GRANDINETTE:  Is that an

19        objection?

20             MR. CLARKE:  You've asked three

21        different questions.

22             It is an objection, because it's

23        vague.

24             MR. GRANDINETTE:  Let me just

25        say this to you, Mr. Clarke.
```

Edward Bienz                    30

1          I've expressed to your client

2   twice, now, if he doesn't understand a

3   question, he can let me know.

4          MR. CLARKE:  Correct.

5          And if you ask an improper

6   question, I'm going to let you know.

7          MR. GRANDINETTE:  You objected,

8   and that's how you do it.  You say

9   objection.

10         MR. CLARKE:  Mr. Grandinette,

11  that's what I've done.

12         I'm asking you to clarify the

13  record.  You asked him if he knows

14  them.  And then you asked if he

15  recognized them.  That's not the same

16  question.

17    Q      Mr. Bienz, what I want you to do

18  is go through the caption, one name at a

19  time.

20    A      Okay.

21    Q      Let me know if you recognize a

22  name in the caption.

23    A      In what context?

24    Q      Whether or not you know the

```
1                    Edward Bienz                31

2    person.

3          A      Just know him at all?

4          Q      Doesn't have to be personally.

5    Work relationship.  Do you recognize the

6    name.

7                 MR. CLARKE:  Objection to form.

8                 MR. SCHROEDER:  Objection.

9          A      Yes.

10         Q      So who's the first person that

11   had you recognize?

12         A      Ronald Tavares.

13         Q      How do you know Ronald Tavares?

14                MR. CLARKE:  Objection to the

15                form.  You asked him if he recognized

16                the name, not if he knew him.

17         Q      How do you recognize Ronald

18   Tavares?

19         A      I've seen his name in

20   newspapers.

21         Q      Did you have any personal

22   relationship with Ronald Tavares prior to

23   February 27, 2011?

24         A      No.

25         Q      Please continue.
```

```
 1                    Edward Bienz                32

 2        A        Sergeant Timothy Marinaci.

 3        Q        How do you know Sergeant Timothy

 4   Marinaci?

 5        A        He is a supervisor assigned to

 6   the Third Precinct.

 7        Q        Can you tell me whether or not

 8   he was ever your supervisor?

 9        A        In what capacity.

10        Q        In any capacity?

11        A        Yes.

12        Q        For how long was he your

13   supervisor prior to February 27, 2011?

14        A        Well, when you're assigned to

15   patrol, supervisors are assigned zones.  And

16   each zone has certain number of cars.  So

17   when I was assigned to a certain car, if he

18   was the supervisor for that zone for that

19   night, he technically was my supervisor who

20   was responsible for me.

21        Q        Let me ask you this.

22        A        Never my direct squad

23   supervisor, but in the context of a working

24   environment, while assigned to patrol, if he

25   was in my precinct where I was assigned, if
```

```
 1                    Edward Bienz                    33
 2    I request a supervisor, he was the
 3    supervisor, he would respond.
 4          Q       Thank you for that explanation.
 5                  How long did you and he work at
 6    the Third Precinct together prior to the
 7    date of February 27, 2011?
 8                  MR. CLARKE:   Objection to the
 9          form of the question, to the extent of
10          together.
11          A       I would say probably assigned
12    there approximately one year.
13          Q       Might have been assigned to the
14    same Precinct for approximately one year?
15          A       Yes, he would have been assigned
16    to the Precinct one year.
17          Q       Anybody else?
18          A       Deputy Chief Patrol John Hunter.
19          Q       How did you know Chief Hunter?
20          A       Member of the Police Department.
21          Q       Did you have any relationship
22    with him at all prior to February 27th,
23    2011?
24          A       No.
25          Q       Did you ever meet him, socialize
```

```
 1                    Edward Bienz                    34

 2   with him --

 3        A      No.

 4        Q      -- prior to is that date?

 5        A      No.

 6        Q      Did you know who he was?  Would

 7   you recognize him?

 8                MR. CLARKE:  At what point?

 9        Q      On February 27, 2011?

10        A      No.

11        Q      Now, with respect to Sergeant

12   Marinaci, you would recognize him if you saw

13   him, right?

14        A      Yes.

15        Q      How would you describe your

16   relationship with Sergeant Marinaci?

17        A      Normal typical supervisor/

18   employee relationship.

19        Q      Okay.  Cordial?

20        A      Yes.

21        Q      Professional?

22        A      Yes.

23        Q      You got along with each other?

24        A      Yes.

25        Q      You ever have any issues with
```

```
 1              Edward Bienz              35
 2    him, or did he ever have any issues with
 3    you --
 4              MR. SCHROEDER:  Objection to
 5         form.
 6    A       No.
 7    Q       -- in a prcfessional context?
 8    A       No.
 9    Q       Please continue?
10    A       Daniel Flanagan.
11    Q       How do you recognize that name?
12    A       He is a member of the Nassau
13    County Police Department.
14    Q       Did you know him personally
15    prior to that date?
16    A       No.
17    Q       Would you recognize him if you
18    saw him on February 27, 2011?
19    A       Yes.
20    Q       Did you ever speak to him,
21    socialize with him, prior to February 27,
22    2011?
23    A       No.
24    Q       How is it that you recognize
25    him, then?
```

```
 1                    Edward Bienz                    36
 2          A       He is a member of the
 3   department, and at one point they had his
 4   picture on the wall.
 5          Q       Where was his picture?
 6          A       Police academy.
 7          Q       That's where you would recognize
 8   his photograph from?
 9          A       Yes.
10          Q       Did you know him to be the
11   Captain or a superior officer at the police
12   academy on February 27, 2011?
13                  MR. SCHROEDER:  Objection to
14          form.
15          A       I don't know where he was
16   assigned at that point.
17          Q       Please continue.
18          A       Detective Sergeant John
19   De Martinez.
20          Q       How did you know him?
21          A       I know the name, that he is an
22   employee of the Nassau County Police
23   Department.
24          Q       Would you recognize him if you
25   saw him on February 27, 2011?
```

```
 1                  Edward Bienz                37

 2        A       No.

 3        Q       Did you have any kind of

 4   relationship with him?

 5        A       No.

 6        Q       Next?

 7        A       Police officer Anthony

 8   DiLeonardo.

 9        Q       We're going to come back to

10   Mr. DiLeonardo.

11                Next?

12        A       There's nobody else.

13        Q       Now, as of January 26th, 2011,

14   how long did you know Anthony DiLeonardo?

15        A       February 26, 2011?

16                MR. CLARKE:  Restate the

17        question.

18        Q       As of February 26th, 2011, how

19   long did you know Anthony DiLeonardo?

20        A       Approximately one year.

21        Q       Where did you meet?

22        A       He was assigned to the Third

23   Precinct.

24        Q       After his assignment to the

25   Third Precinct -- I'm assuming you were
```

```
 1                      Edward Bienz                    38
 2   already assigned to the Third?
 3        A        Yes.
 4        Q        You were there first, then he
 5   came on Board?
 6        A        Yes.
 7        Q        During the course of that year,
 8   did you ever work together?
 9        A        Yes.
10        Q        What part of that year did you
11   work together?
12        A        I don't know.
13        Q        Approximately?
14        A        Approximately 6 to 8 months.
15        Q        During the course of that six to
16   eight months, was that assignment
17   immediately prior to February 27, 2011, or
18   were you assigned together for six to
19   eight months, and then reassigned to another
20   partner prior to February 27, 2011?  You
21   understand the difference?
22                 MR. CLARKE:  Objection to the
23        form.
24        A        No, not really.
25        Q        Going back six to eight months
```

```
 1              Edward Bienz                39
 2   from February 27, 2011, was Anthony
 3   DiLeonardo your partner?
 4        A      We were assigned adjoining
 5   posts.
 6        Q      During the course of your
 7   assignment with Anthony DiLeonardo, did you
 8   become friends?
 9        A      Well, I wasn't assigned partners
10   with Anthony DiLeonardo.  We were assigned
11   adjoining posts.  We had different working
12   charts, so we didn't work every tour
13   together.
14        Q      During the eight months or
15   six months that you were assigned adjoining
16   posts, how many tours would you say you
17   worked together?
18        A      Approximately six to seven.
19        Q      Six or seven tours together,
20   over the course of the eight months?
21              MR. SCHROEDER:  Objection to
22        form.
23        A      A month.
24        Q      So if it was seven times a
25   month, how many hours in that seven -- or
```

```
 1                   Edward Bienz                40
 2    how many hours per assignment, per month?
 3                   MR. CLARKE:  Objection to the
 4           form of the question.  Vague.
 5           A      How many hours per month?
 6    Seven hours -- seven days times 12 hours.
 7           Q      So we're talking about
 8    approximately 84 hours a month?
 9           A      Approximately.
10           Q      During the course of your
11    assignment together with Anthony DiLeonardo,
12    I'm sure you had to engage in various law
13    enforcement activity?
14           A      Yes.
15                  MR. SCHROEDER:  Objection.
16           A      Yes.
17           Q      Did you spend time together in a
18    radio patrol car with him?
19           A      Yes.
20           Q      Did you spend time with him
21    making arrests together?
22           A      Yes.
23           Q      Processing arrestees?
24           A      Yes.
25           Q      Completing paperwork?
```

```
 1                    Edward Bienz                 41

 2          A       Yes.

 3          Q       Going to court?

 4          A       Yes.

 5          Q       During the course of those

 6   professional duties, did you become friends

 7   with Anthony DiLeonardo?

 8          A       Yes.

 9          Q       Did you share personal stories

10   during the course of your 12-hour tours from

11   time to time?

12                  MR. CLARKE:  Objection to the

13          form.

14                  You can answer.

15          A       Yes.

16          Q       Did you discuss and share, you

17   know, personal histories or personal matters

18   with Mr. DiLeonardo?

19          A       Yes.

20          Q       So for example, he learned that

21   you were married, right?

22          A       Yes.

23          Q       And he would tell you -- did he

24   tell you personal information about his

25   personal life?
```

```
 1                    Edward Bienz                    42

 2         A       Yes.

 3         Q       Who his girlfriend was, what he

 4    was doing on the weekend, who his favorite

 5    football team was, things of that nature?

 6         A       Yes.

 7         Q       So, did you also know, for

 8    example, that he worked for the NYPD --

 9         A       Yes.

10         Q       -- prior to becoming a member of

11    the Nassau County Police Department?

12         A       Yes.

13         Q       Did you ever share with Anthony

14    DiLeonardo, any personal drinking stories?

15         A       No.

16                 MR. SCHROEDER:  Objection.

17         Q       Did Anthony DiLeonardo ever

18    share with you, any personal drinking

19    stories?

20         A       No.

21         Q       Like went out Friday, got

22    bombed, had a blast; anything like that?

23                 MR. CLARKE:  Objection.

24                 You can answer.

25         A       I'm not really sure what
```

```
 1                    Edward Bienz              43
 2    you're -- are you asking me if he was
 3    telling me stories about getting bombed, or
 4    him going out to dinner, or something to
 5    that effect, of where he consumed alcohol?
 6         Q     Yes, stories about consuming
 7    alcohol.  Got together, had a party.  People
 8    came over, got drunk, things of that nature.
 9                   Did you ever share personal
10    stories like that, that involved alcohol or
11    drinking?
12                   MR. SCHROEDER:  Objection.
13                   MR. CLARKE:  Objection.
14                   You can answer, over objection.
15         A     I mean, yes.  He told me -- if
16    he went out to dinner with somebody, or this
17    was a nice restaurant, or they had -- you
18    know, I had people over, things of that
19    nature.
20         Q     Based upon your communications
21    with Anthony DiLeonardo over the course of
22    the six to eight months prior to
23    February 26th, can you tell me how often
24    Anthony DiLeonardo may have consumed alcohol
25    on a daily basis?
```

```
 1                    Edward Bienz                    44

 2        A        No.

 3        Q        Weekly basis?

 4        A        No.

 5        Q        Monthly basis?

 6        A        No.

 7        Q        During the course of those eight

 8   months prior to February 26, 2011, can you

 9   tell me how many stories he may have

10   communicated to you, if any, that he drank

11   to a point of intoxication?

12        A        No.

13        Q        Did he ever, since the date you

14   met him, up to February 26th, 2011, ever

15   communicate a story to you that he had been

16   intoxicated?

17        A        No.

18        Q        So as of February 26, 2011,

19   Anthony DiLeonardo never conveyed one story

20   to you, at any point in his lifetime, that

21   he had ever gotten drunk?

22                 MR. CLARKE:  Asked and answered.

23                 You can answer it again.

24        A        Not that I recall.

25        Q        Now, with respect to your
```