```
 1                    Edward Bienz                    45
 2    communications with Anthony and conveying
 3    personal stories to Anthony, did you ever
 4    communicate to Anthony personal stories that
 5    involved you and drinking?
 6         A      Yes.
 7         Q      How many stories might you have
 8    conveyed that involved you going out and
 9    drinking alcohol?
10         A      I don't know.
11         Q      Approximately?
12         A      You know, I'd have to guess.  I
13    don't want to guess.
14         Q      I don't want you to guess,
15    either.
16              So you believe that you've
17    communicated some stories, during the course
18    of that eight months, regarding you and
19    drinking alcohol, but you can't tell us how
20    many you may have discussed with him?
21         A      Yes.
22         Q      Getting together with the boys,
23    or going out with your wife, whatever the
24    case may be?
25         A      Yes.
```

```
 1                    Edward Bienz              46

 2        Q      During the course of those --

 3   with respect to those communications, did

 4   you ever convey to Anthony that you got

 5   drunk, during one of those stories?

 6        A      No.

 7        Q      Did you ever, from the time you

 8   met Anthony DiLeonardo, up to February 26th,

 9   2011, ever communicate a story to him

10   involving the fact that you became

11   intoxicated as a result of drinking?

12        A      No.

13        Q      So Anthony DiLeonardo, then,

14   would have no personal knowledge from you

15   directly that you've ever gotten intoxicated

16   as a result of consuming alcohol, up to and

17   including February 26, 2011?

18        A      Say it again.

19        Q      Sure.

20             Anthony DiLeonardo would have no

21   personal knowledge from you that prior to

22   February 26, 2011, you were ever intoxicated

23   as a result of consuming alcohol?

24        A      No.

25        Q      Prior to February 26, 2011, did
```

```
 1                    Edward Bienz                47
 2   you ever drink alcohol to the point of
 3   intoxication?
 4               MR. CLARKE:  Over objection, you
 5        can answer.
 6        A      I don't know.
 7        Q      So it's possible that then, as
 8   of February 26th, 2011, you were never
 9   intoxicated as a result of consuming
10   alcohol?
11               MR. MITCHELL:  Objection to the
12        form.
13               MR. CLARKE:  Object, as well.
14               You can answer.
15        A      Repeat the question.
16        Q      Sure.
17               Based upon your previous answer,
18   that as of February 26, 2011, you have never
19   been intoxicated as a result of drinking
20   alcohol?
21               MR. MITCHELL:  Object to the
22        form.
23        A      I'm sure at one point, I have
24   been.
25        Q      So can you tell me approximately
```

```
 1                    Edward Bienz                48
 2    how many times you were intoxicated as a
 3    result of consuming alcohol, prior to
 4    February 26, 2011?
 5         A     No.
 6         Q     You think it would have been at
 7    least once, right?
 8         A     Yes.
 9         Q     Could it have possibly been
10    twice?
11         A     Yes.
12         Q     Could it have possibly been
13    three times?
14              MR. CLARKE:  Objection to the
15         form of the question.
16         A     Yes.
17         Q     Can you give me an estimate of
18    the number of times you may have drunk
19    alcohol to the point of being intoxicated?
20              MR. CLARKE:   Objection.
21              MR. MITCHELL:   Objection to
22         form.
23         A     No.
24         Q     Could it have been hundreds?
25         A     No.
```

```
 1                    Edward Bienz                    49

 2        Q      Could it have been a hundred?

 3        A      No.

 4        Q      Could it have been ten?

 5               MR. CLARKE:   Object to the form

 6        of the question.

 7        A      Possibly.

 8        Q      Possibly ten?

 9        A      Possibly.

10        Q      So, certainly not a hundred, but

11   you may concede you possibly got intoxicated

12   ten times, up to the February 26, 2011?

13        A      Yes.

14        Q      Now, I have the same question

15   for you about drinking alcohol to the point

16   impairment, okay?

17               I'm talking about impairment, in

18   a legal sense; as you know it, based upon

19   your training as a police officer.

20               MR. SCHROEDER:   Objection.

21               MR. MITCHELL:   I'm going to

22        object to the form.

23               If you don't mind, I appreciate

24        you asking the question regarding his

25        knowledge of the term.
```

2:12-cv-00512-JFB-AKT   Document 264-4   Filed 07/27/18   Page 6 of 57 PageID #: 4487

I don't know what his knowledge
of the term is.  I don't know what you
assume the term to mean.

If you ask, clarify what you
mean when you say this word,
impairment.  Ask him what he believes,
because quite frankly, the statutory
definition I have of impairment is
extremely vague.

You know, he might have a
different definition than you have.

MR. GRANDINETTE:  I disagree,
but I'll ask the question, out of
respect --

MR. CLARKE:  It's evolved over
30 years of his lifetime, as well.

MR. GRANDINETTE:  I'll ask the
question.

I don't want to get into a legal
debate with you about --

MR. CLARKE:  It's a common law
definition.

MR. GRANDINETTE:  I know what
the jury charge is.

```
 1                    Edward Bienz                 51
 2              MR. CLARKE:  I'm not being
 3         deposed, though.
 4              MR. MITCHELL:  I don't know what
 5         his answers are going to be, if you
 6         use a term that we haven't defined.
 7         Q      I'm going to get back to my
 8   question.
 9              Can you tell me your
10   understanding of the term impaired, as a
11   result of the consumption of alcohol?
12              MR. CLARKE:  Over objection, you
13         can answer.
14         A      Are we talking about the legal
15   definition, the Vehicle & Traffic Law.
16         Q      Any definition.
17         A      Blood alcohol content above .06.
18         Q      What else?
19         A      What else were you asking me?
20         Q      Can you describe your
21   understanding of impairment?
22              MR. CLARKE:  He just answered
23         the question.
24              MR. GRANDINETTE:  Please.  If
25         that's your objection, make it; but
```

```
 1                 Edward Bienz            52
 2        let me finish the question.
 3             MR. CLARKE:  You just asked it,
 4        and he answered it.
 5             Now you're asking it again.
 6             MR. GRANDINETTE:  That's not the
 7        case.
 8             MR. CLARKE:  Clearly the case.
 9             Go ahead and ask the question.
10             MR. GRANDINETTE:  In five
11        minutes, I'm going to get up.
12             Or we can just try to get
13        through is this.  Okay?
14             MR. CLARKE:  Do whatever you
15        like.
16        Q     Officer Bienz, outside of blood
17        alcohol content, could you tell me what your
18        understanding is point of an impairment as a
19        result of the consumption of alcohol?
20             MR. CLARKE:  Over objection, you
21        can answer.
22        A     I'm getting a little confused.
23             MR. CLARKE:  He gave you -- he's
24        confused about the question, the way
25        you phrased it.
```

```
 1                  Edward Bienz                53

 2             He is not asking you questions,

 3        though; he is answering them.  You

 4        told him, if he is confused, to tell

 5        you.

 6             MR. GRANDINETTE:  That's an

 7        objection.  I get it.

 8             I'm going to move on.

 9        Q       Officer Bienz, first of all,

10   you've been to the academy, right?

11        A       Yes.

12        Q       You had training for DWI

13   enforcement?

14        A       Yes.

15        Q       Have you ever made any DWI

16   arrests?

17        A       Yes.

18        Q       Have you made arrests for

19   impairment and intoxication?

20             MR. CLARKE:  Objection,

21        compound.

22             You can answer.

23        A       I made arrests.

24        Q       Based upon your training, and

25   based upon the fact that you arrested
```

Edward Bienz                                    54

1

2      people, you're familiar with what

3      constitutes impairment of a motorist as a

4      result of the voluntary ingestion of

5      alcohol?

6              A       Yes.

7              Q       Could you tell us what your

8      understanding of that is?

9                      MR. CLARKE:  Objection.  It's

10             shall asked and answered.

11                     You can answer again.

12             A       Red, glassy, watery, bloodshot

13     eyes, impaired motor condition.

14             Q       So to you, glassy eyes can be a

15     physical reaction to drinking alcohol,

16     right?

17             A       Yes.

18             Q       Impaired motor condition can be

19     a physical consequence of drinking alcohol,

20     right?

21             A       Yes.

22             Q       So you learned that when

23     drinking, it can affect both the cognitive

24     mental process and the physical coordination

25     of an individual, correct?

|  |  |
|---|---|
| | Edward Bienz                                    55 |

```
 1              Edward Bienz                    55

 2      A       Yes.

 3      Q       Can you tell me, in your

 4   lifetime, up to February 26, 2011, how many

 5   times you've consumed alcohol to the point

 6   of impairment?

 7              MR. CLARKE:  Objection.

 8              Over objection, you can answer.

 9              MR. MITCHELL:  Again, using what

10         he's described as impairment

11         definition, including the fact that

12         it's from the VTL.

13              Am I right?

14      A       I don't know.

15      Q       This question relates to

16   drinking alcohol other than the times that

17   you said you may have been intoxicated,

18   right?

19              So you indicated it is maybe ten

20   times up to February 26, 2011.

21              How many times, if at all, have

22   you drunk alcohol to the point of

23   impairment, up to February II, 2011?

24              MR. CLARKE:  It's been asked and

25         answered.
```

```
                        Edward Bienz                    56
 1
 2              Over objection, you can answer
 3         it again.
 4         A      I don't know.
 5         Q      Could is it have been at least
 6    once?
 7         A      Yes.
 8         Q      Could to have been ten times?
 9              MR. CLARKE:  Objection.
10         A      I don't know.
11              MR. CLARKE:  You asked and
12         answered the question.
13         Q      So as you sit here today, you
14    cannot articulate any estimate, whether or
15    not you've ever been impaired by the
16    consumption of alcohol?
17                MR. SCHROEDER:  So I have --
18         just so I understand, an objection.
19                Are you distinguishing it from
20         intoxication?
21              MR. GRANDINETTE:  Yes.
22              THE WITNESS:  So because if
23         you're intoxicated, you're impaired.
24              MR. GRANDINETTE:  I
25         distinguished it.
```

```
1                    Edward Bienz                    57
2         Q       Separate from the ten times that
3    you were intoxicated, can you give me a
4    number of times, if at all, that you may
5    have drank to the point of impairment?
6         A       I can't guess.
7                 I don't drink to get impaired or
8    intoxicated by the legal definition of .06
9    or .08.
10                I have a few beers, maybe
11   watching a football game, or going out to
12   dinner.  I don't drink to the point of
13   excess or to the point of getting sick or
14   stumbling or falling down drink.
15        Q       That's not my question.
16                MR. CLARKE:  He answered your
17        question.
18        A       This is the best way I can
19   answer, because I'm really not understanding
20   if you're talking about blood alcohol
21   content, at this point, or intoxication.
22                I'm not drinking to excess or to
23   inebriation.  If I'm at a social function, I
24   may have a few beers.
25                The word impairment has a
```

Edward Bienz                    58

2    significant blood alcohol content attached

3    to it.

4              Alcohol takes -- you know, can

5    start affecting people after one drink.  It

6    all depends on the person.  I mean, there's

7    tons of studies which were done by NHTSA of

8    how much alcohol you have consumed, how it

9    impairs the person.

10         Q    So given your knowledge of

11   alcohol and consumption, can you give me an

12   estimate, yes or no, of to the number of

13   times you've drunk alcohol to the point of

14   impairment?

15         A    Impairment in the sense of the

16   legal definition, or impairment in the sense

17   that I consumed school to and, you know, I

18   had a beer?

19         Q    Sir, to the point you have

20   impairment, as defined under the laws of --

21   as you know it to be, in this state?

22         A    I don't know.

23              I don't test myself every time I

24   have a beer at dinner.

25         Q    I'd like to discuss with you --

Edward Bienz                          59

1    you just explained, sometimes you have a

2    beer at dinner or out to dinner, or you'll

3    have a beer watching a football game.

4            I'd like you to describe for me

5    the amount that you drank, or your drinking

6    habits, for a year prior to the event.

7            MR. SCHROEDER:  Objection to

8    form.

9    Q      How often did you drink?

10           MR. CLARKE:  Objection.

11           You can answer.

12   A      Prior to the event?

13   Q      Yes.  The year prior, how often

14   would you drink?

15   A      Approximately once a week, maybe

16   once every two weeks, depending on my

17   schedule.

18   Q      When you drank, would you drink

19   at home, when you went out?  What was the

20   situation?

21   A      If I went to dinner with my

22   wife, social functions.

23   Q      Did you have did a drink of

24   preference?

```
 1                    Edward Bienz                    60

 2         A       Beer.

 3         Q       Did you ever drink anything

 4    other than beer?

 5         A       Have I ever?

 6         Q       Yes?

 7         A       Yes.

 8         Q       How about during the year prior

 9    to this event?

10         A       No.

11         Q       Okay.  You're a beer guy.

12                 Did you have a preference of

13    beer; Heineken over Bud?

14         A       No.

15         Q       When you drank, and you

16    described your drinking once a week,

17    socially, could you explain to me what you

18    mean by social drinking?

19         A       Went out to dinner with my wife,

20    went to watch football games with my

21    buddies, family function, something of that

22    nature.

23         Q       When you went out to drink with

24    your wife --

25                 MR. CLARKE:  Objection.
```

Edward Bienz                    61

1

2      Q       -- to dinner, and you drank, how

3      much would you drink, generally, when you

4      describe social drinking?

5               MR. CLARKE:  Objection to the

6          form.

7               You can answer.

8      A       It depends on the situation.

9      Could be two to three drinks, it could be

10     four to five.

11     Q       So when would it be two drinks?

12     A       If we went to dinner.

13     Q       So if you would go out to dinner

14     with your wife, it would be a normal

15     practice for you to have two or three beers?

16     A       Yes.

17     Q       How many times would you say you

18     went out to dinner with your wife, a year

19     prior to this event, had two or three beers?

20     A       I don't know.

21     Q       Approximately?

22              MR. CLARKE:  Objection.

23              You can answer.

24     A       Numerous.

25     Q       Numerous, is that once a week?

```
 1                     Edward Bienz                    62

 2            MR. CLARKE:  Objection.

 3            You can answer.

 4       A       2011, probably once a week, we

 5  would go out.

 6       Q       So you went out maybe 52 times

 7  to dinner a year prior to this event, give

 8  or take, and you had two or three beers on

 9  each occasion?

10       A       Yes.

11       Q       Did you ever have more than two

12  or three beers when you went out to dinner?

13       A       Yes.

14       Q       When you went out to dinner, did

15  you ever have five or six beers over the

16  course of the night?

17            MR. CLARKE:  Objection.

18            You can answer.

19       A       I could have.

20       Q       When you did that, when you went

21  out to dinner with your wife, did you always

22  drive?

23       A       Maybe.

24       Q       Did you drive sometimes?

25       A       Yes.
```

Edward Bienz                                    63

1

2       Q       Did you drive even though you

3   drank?

4               MR. CLARKE:   Objection.

5               You can answer.

6       A       Yes.

7       Q       When you went out to dinner with

8   your wife over that time frame, did your

9   wife drink?

10      A       Yes.

11      Q       Did you and your wife have

12  anything set up with respect to a designated

13  driver, when you went out to dinner and you

14  drank, or did you both just drink and drove

15  anyway?

16              MR. CLARKE:   Objection to the

17          form of the question.

18      A       Can you repeat?

19      Q       When you went out to dinner with

20  your wife, you said there were times you

21  went out, you drank, there were times that

22  she drank, right?

23      A       Yes.

24      Q       Did you have a system in place

25  for a designated driver between you and your

```
1                    Edward Bienz                      64
2    wife?
3          A       No.
4          Q       When you drank socially with
5    your buddies, like watching a football game,
6    right --
7          A       Yes.
8          Q       -- did you drink differently
9    socially, in that setting?
10                 MR. SCHROEDER:   Objection to
11         form.
12         A       Yes.
13         Q       In what way did you drink
14   differently?
15         A       I don't know.   Just different.
16   You order pitchers versus bottles.
17         Q       Did you have a favorite place or
18   places that you would go with your buddies?
19         A       No.
20         Q       When you're referring to
21   pitchers, I'm assuming that you're at a
22   restaurant or where they serve beer by the
23   pitcher?
24         A       Yes.
25         Q       Such as, for example, Buffalo
```

```
1                        Edward Bienz                    65

2    Wild Wings, or a place like that?

3             A        Some establishment like that,

4    yes.

5             Q        Was that part of your routine, a

6    year prior to this event, that you would

7    meet friends and watch football and drink?

8             A        Occasionally, yes.

9             Q        What's occasional?

10            A        Two to three times a season.

11            Q        Did you like a particular team?

12            A        Giants.

13            Q        How many guys would you meet

14   with?

15            A        One or two.

16            Q        What are their names?

17            A        Chris and Joe.

18            Q        Chris who?

19            A        Bienz.

20            Q        Okay.  Your cousin, I believe?

21            A        Yes.

22            Q        And Joe?

23            A        Tringali.

24            Q        Could you spell the last name?

25            A        T-R-I-N-G-A-L-I.
```

Edward Bienz                                66

2    Q        Where is Joe from?

3    A        Smithtown, New York.

4    Q        And Chris?

5    A        Kings Park.

6    Q        Would you generally consume more

7    beer when you were hanging out with your

8    buddies as opposed to having dinner with

9    your wife?

10   A        No.

11   Q        You said it was a little

12   different socially.  So that was that you

13   would order a pitcher or pitchers, as

14   opposed to a bottle of beer?

15   A        Yes.  It's different.

16   Q        You ever go out with them to

17   watch a game and get drunk?

18            MR. CLARKE:  Objection to the

19        form of the question.

20            You can answer.

21   A        Drunk, like --

22   Q        Drunk, like intoxicated?

23   A        No.

24   Q        One of the 10 times that you got

25   drunk, that you described earlier, up until

```
 1                    Edward Bienz              67

 2   February 26th, 2011, did any one of those

 3   ten times occur in the presence of Chris

 4   Bienz or Joe Tringali?

 5             MR. CLARKE:  Objection to the

 6        form of the question.

 7             The number of ten was a

 8        speculated number based upon a

 9        question where you asked him to guess.

10             You can answer.

11        A       No.

12        Q       So would it be fair to say,

13   then, that Chris Bienz has never seen you

14   intoxicated?

15        A       No.

16        Q       No, meaning no, he has never

17   seen you intoxicated?

18        A       No.  He may have seen me.

19        Q       Well, where would he have seen

20   you intoxicated?

21        A       We're related.  At weddings,

22   things of that nature.

23        Q       Would that be one of the ten

24   times that you referred to earlier,

25   approximately ten times?
```

```
 1              Edward Bienz                    68
 2              MR. CLARKE:   Object to the form
 3      of the question.
 4      A       Yes.
 5      Q       How many times has Chris seen
 6  you intoxicated?
 7      A       I don't know.
 8      Q       Can give me an estimate?
 9      A       No.
10              MR. CLARKE:   Objection.
11      Q       Ten?
12      A       No.
13      Q       Five?
14      A       I don't know.
15      Q       How about Joe Tringali?   Has
16  ever seen you intoxicated?
17      A       No.
18      Q       Now, getting back to your making
19  arrests; have you ever made a DWI arrest
20  with Anthony DiLeonardo?
21      A       Yes.
22      Q       Approximately how many arrests
23  have you made with Anthony DiLeonardo for
24  DWIs?
25      A       I don't know.
```

```
 1                    Edward Bienz                    69
 2        Q       At least once?
 3        A       Yes.
 4        Q       Do you know the name of the
 5   party that you had arrested?
 6        A       No.
 7        Q       Can you tell me anything about
 8   the case at all?
 9        A       No.
10        Q       Other than it happened in Nassau
11   County, in the Third Precinct?
12        A       No.
13        Q       Can you individually, from the
14   time that you started on the force up until
15   to today's date, tell me how many arrests
16   have you made for DWI or DWAI?
17        A       How many?
18        Q       Yes?
19        A       I don't know.
20        Q       Can you give me an estimate?
21        A       No.
22        Q       Has it been more than one?
23        A       Yes.
24        Q       Has it been more than two?
25        A       It's been a few.
```

```
 1                     Edward Bienz                      70
 2               I don't keep stats.  I'm not a
 3    stat guy.  I told you before, I'm not a
 4    baseball player.
 5          Q     I understand that you're not a
 6    baseball player.
 7               And I'm asking you, if you
 8    could -- how many years have you been on the
 9    force with the Nassau County PD?
10          A     Total of nine.
11          Q     During those nine years, have
12    you made at least one DWI arrest a year?
13          A     Yes.
14          Q     So then we know that you've made
15    at least nine DWI arrests, right?
16          A     I made more than nine.
17          Q     So let's talk about that.
18               In a given year, since you
19    started, have you made more than two arrests
20    a year?
21               MR. CLARKE:  Objection to the
22          form.
23          A     More than two arrests?
24          Q     Right.  Since you started, to
25    today's date, right, you said you made at
```

```
1                    Edward Bienz                  71
2   least one DWI arrest a year, correct?
3        A      Yes.
4        Q      All right.  In those same nine
5   years, have you ever made two?
6        A      Yes.
7        Q      Okay.
8               Have you ever made three?
9        A      Yes.
10       Q      Have you ever made four?
11       A      Yes.
12       Q      Have you made at least four in
13  each of the nine years?
14       A      Arrests for DWI?
15       Q      DWI or DWAI?
16       A      In every year, no.
17       Q      So, based upon -- what's the
18  highest number of DWI arrests that you've
19  made in any calendar year?
20              MR. CLARKE:  Objection.  Calls
21         for speculation.
22       A      I don't know.
23              I know that I haven't made one
24         in a long time.
25       Q      During those nine years, have
```

```
                         Edward Bienz                      72
1
2    you ever made more than five in one calendar
3    year?
4         A      Yes.
5         Q      So, how many DWIs -- to the best
6    of your ability, can you give me an
7    estimated -- did you make, prior to
8    February 26, 2011?
9         A      Me, as the arresting officer?
10        Q      Arresting or assisting.  How
11   many have you been involved with?
12        A      Numerous.
13        Q      Can you give me an approximate
14   number?
15        A      Arresting or assisting?
16        Q      Right?
17        MR. CLARKE:  Note my objection.
18        It's been asked and answered multiple
19        times.
20        THE WITNESS:  Are we talking
21        about as the arresting and the
22        assisting?
23        Q      Arresting or assisting, how many
24   DWIs have you been involved in?
25        A      More than a hundred.
```

```
1                    Edward Bienz                    73
2              MR. SCHROEDER:  Did you change
3         it?  Have you been involved in, or
4         prior to 2/27/11 are the first?
5              MR. GRANDINETTE:  2/27/11.
6              MR. SCHROEDER:  Prior to 2/27, I
7         don't know if that changes his answer.
8              THE WITNESS:  No, it doesn't
9         change the answer.
10        Q      A hundred DWIs as either the
11   arresting or assisting officer prior to
12   February 26, 2011.
13             Of those hundred DWIs, you don't
14   remember the name of one defendant?
15        A      I remember the names of
16   defendants.
17             I thought you asked me if I
18   remembered the name of a defendant -- a
19   specific defendant that I was involved with
20   in an arrest with Anthony DiLeonardo.
21        Q      I did ask you that question.
22        A      Yes.
23        Q      Now I'm going to ask you, can
24   you give me the name or names of some of the
25   defendants that you've arrested?
```

```
 1                    Edward Bienz                    74

 2              Let me ask you this.  Have you

 3     gone to trial on -- of the hundred arrests

 4     for DWI that you have, have any of those

 5     gone to trial?

 6              MR. CLARKE:  I'm going to

 7         object.

 8              Are you withdrawing the prior

 9         question?

10              MR. GRANDINETTE:  Yes.

11              MR. SCHROEDER:  Would you state

12         the question that you're asking,

13         because you've got three different

14         questions that you're shifting

15         between.

16              MR. GRANDINETTE:  My pleasure.

17         Q      Of the hundred DWIs that you've

18     been involved with prior to February 26th,

19     2011, have any of them gone to trial?

20         A      Yes.

21         Q      How many?

22         A      Approximately four.

23         Q      What were the names of those

24     four cases?

25         A      James Farr.
```

|   |   | Edward Bienz | 75 |
|---|---|---|---|

1

2 Q    Can you spell that?

3 A    F-A-R-R.

4 Q    Did you testify at Mr. Farr's

5 trial?

6 A    Yes.

7 Q    Was he convicted?

8 A    Yes.

9 Q    Were you the arresting or the

10 assisting?

11 A    Arresting.

12 Q    Where did that trial take place?

13 A    County Court, Mineola.

14 Q    In front of what Judge?

15 A    I don't know.

16 Q    Who was the DA?

17 A    Brendon Ahern.

18 Q    Did you testify at a hearing as

19 well?

20 A    Yes.

21 Q    Was he convicted?

22 A    Yes.

23 Q    Next, of the four trials that

24 you had, do you know the approximate time

25 frame that Mr. Farr was arrested?

```
 1              Edward Bienz                    76
 2              Prior to February 26, 2011, do
 3    you have any idea when you made this arrest?
 4         A        Previous.
 5         Q        Where?  Approximately what time?
 6    Was it 2010, 2011, 2009?
 7         A        It was the summer.
 8         Q        Summer of 2010?
 9         A        Yes.
10         Q        Who else did you arrest for DWI
11    that went to trial?
12         A        Owe Salvatore Pena.  I don't
13    know how to spell the last name.
14         Q        Can you spell that last name?
15         A        No.
16                  P-E-N-A.  I could be wrong.
17                  MR. MITCHELL:  You're right.
18                  MR. GRANDINETTE:  By counsel.
19         Q        Where was that case tried?
20         A        County Court, Mineola.
21         Q        Who was the judge?
22         A        I don't know.
23         Q        Male, female?
24         A        I don't know.
25         Q        Did you testify?
```

```
 1                    Edward Bienz                77

 2          A       Yes.

 3          Q       Hearing and trial?

 4          A       Yes.

 5          Q       Who was the DA?

 6          A       Don't know.

 7          Q       Do you know what year that

 8   happened?

 9          A       No.

10          Q       Was the person convicted?

11          A       Yes.

12          Q       With Mr. Farr, and Mr. Pena,

13   when you testified, did you testify as to

14   your observations of those individuals?

15          A       Yes.

16          Q       Their admissions to you?

17          A       Yes.

18          Q       Your observations, watching them

19   drive?

20          A       One case, yes.

21                  Other case, no.

22          Q       Which one did you observe him

23   drive?

24          A       Pena.

25          Q       The other case, did you come to
```

```
 1                    Edward Bienz                78
 2     the scene after an accident, or something of
 3     that nature?
 4          A      Auto accident.
 5          Q      So, you arrived at the scene
 6     with respect to Farr, without personally
 7     observing the motorist operate the motor
 8     vehicle, correct?
 9          A      Yes.
10          Q      Part of the DWI is that you have
11     to ascertain who the driver was?
12          A      Yes.
13          Q      Were you able to do that by
14     questioning Mr. Farr as to who was operating
15     the motor vehicle?
16          A      Yes.
17          Q      And he made admissions to you
18     which created the necessary element to prove
19     operation, right?
20          A      Yes.
21          Q      In DWI enforcement, you
22     certainly don't have to witness somebody
23     driving the car to arrest them, right?
24          A      No.
25          Q      When you testified in the Farr
```

Edward Bienz                              79

1  
2  case, in the Pena case, did you render an

3  opinion under oath as to whether or not they

4  were intoxicated or impaired by the

5  consumption of alcohol?

6              MR. MITCHELL:   Objection.

7              MR. CLARKE:   Objection.

8       A    Yes.

9       Q    Who was the third of the four?

10      A    Steven Amarrosa.

11      Q    Could you spell it?

12      A    A-M-A-R-R-O-S-A.

13      Q    What court was that?

14      A    District Court.

15      Q    What judge?

16      A    Don't know.

17      Q    Do you know the name of the DA?

18      A    No.

19      Q    Did you testify?

20      A    Yes.

21      Q    At hearings and trial?

22      A    I believe so.

23      Q    Was there a conviction?

24      A    Yes.

25      Q    Do you know what year that

```
                          Edward Bienz                    80

 1
 2    happened?
 3         A       No.
 4         Q       Do you know the name of the
 5    defense attorneys in these three cases?
 6         A       Farr was Christopolis.
 7         Q       Greg Christopolis?
 8         A       Yes.
 9         Q       Who was the fourth case that you
10    recall?
11         A       You know what, I'm thinking only
12    three.  I can't think of a fourth case.
13         Q       Now, when you arrest somebody
14    for DWI, you make a collar, you process
15    paperwork that goes into the computer
16    system, right?
17         A       Yes.
18         Q       You process somebody, you fill
19    out your paperwork, it goes into the
20    computer system, right?
21         A       Yes.
22         Q       So is there a way that you can
23    access the arrest that you've made in the
24    Nassau County computer system?
25         A       Yes.
```

Edward Bienz                                    81

1

2      Q       So if I make a demand with the

3   Nassau County Police Department, there's a

4   method in which they can pull up all your

5   arrests, prior and after February 26th,

6   2011?

7      A       Yes.

8              MR. CLARKE:  Objection.

9      Q       To get back to Anthony

10  DiLeonardo, you said you made one joint

11  arrest with him for DWI?

12     A       At least one.

13     Q       At least one.  Okay.

14             So it might have been two?

15     A       Yes.

16     Q       Could it have been three?

17             MR. CLARKE:  Objection.

18             You can answer.

19     A       It could have.

20     Q       Could it have been four?

21             MR. CLARKE:  Objection.

22     A       Could have.

23     Q       Could it have you been more than

24  four?

25             MR. CLARKE:  Objection.

Edward Bienz                                    82

1

2    A        Could have.

3    Q        Could it have been more than 20?

4             MR. CLARKE:   Objection.

5    A        Probably not.

6    Q        Those DWI arrests with

7    Mr. DiLeonardo between that eight, six-month

8    period, do you recall the name of any

9    defendant?

10   A        No.

11   Q        Of those cases, or those

12   arrests, did any of them proceed to hearing

13   or trial?

14   A        I don't believe.

15   Q        During those arrests, can you

16   give me an idea how many you were the lead,

17   as opposed to the assisting officer, or vice

18   versa?

19   A        No.

20   Q        As a result of your working with

21   Anthony for those eight months, other than a

22   professional relationship and the

23   relationship you developed working together,

24   did you ever socialize outside of work?

25   A        Other than departmental --

Edward Bienz                          83

1

2      Q      Right?

3      A      -- events, or work functions?

4      Q      Right?

5      A      No.

6      Q      Was February 26, 2011, the first

7  time that you ever socialized with Anthony

8  DiLeonardo outside the workforce?

9      A      Yes.

10            MR. CLARKE:  Before you ask your

11         next question, it's been an hour and

12         ten minutes, how about, can we take a

13         short break?

14            MR. GRANDINETTE:  Sure.

15            (Break taken)

16      Q      Sir, very briefly, could you

17  tell me how long you knew Jillian prior to

18  your marriage?

19      A      Since I was 16 years old.

20      Q      Were you high school

21  sweethearts?

22      A      Yes.

23      Q      What year did you get married?

24      A      2010.

25      Q      She went to Kings Park High

```
 1                    Edward Bienz                    84

 2   School as well?

 3         A      Yes.

 4         Q      Junior high school?

 5                She familiar with the area as

 6   well?

 7         A      Yes.

 8         Q      Those times you socialized down

 9   to Huntington Village, did she come with

10   you?

11         A      She could have.

12         Q      Was she familiar with the Walt

13   Whitman Mall, to your knowledge?

14         A      I don't know.

15         Q      She every go to the mall

16   shopping?

17                More of a Smith Haven girl?

18         A      Yes.

19         Q      Now, on February 26th, 2011, was

20   your wife working?

21                Not that day.  I'm talking in

22   that time frame.  I'm not saying, was she --

23   did she go to work on February 27th, 2011.

24                Was she employed in

25   February 2011?
```

|    |   |                                          |    |
|----|---|------------------------------------------|----|
| 1  |   | Edward Bienz                             | 85 |
| 2  | A | Yes.                                     |    |
| 3  | Q | What did she do for a living?            |    |
| 4  | A | She was a student, and she might         |    |

have waitressed at the Outback Steak House.

Q       Where was she going to school?

A       February of 2010, would have
been St. Joseph's, I believe.

Q       What was her course of study?
        Education.

Q       Did she complete a degree?

A       Yes.

Q       Do you know when?

A       No.

Q       Where she went to school, at
St. Joseph's, for her education degree,
you're saying that she worked part time --

A       Yes.

Q       -- as a waitress?

A       Yes.

Q       Did she do that through the
course of her studies?

A       Yes.

Q       Did she start at St. Joseph's
and graduate St. Joseph's, or did she go to

```
1                      Edward Bienz                    86

2    different schools?

3         A       She started at Suffolk.

4         Q       After February 27, 2011, did

5    your wife become employed on a full-time

6    basis?

7         A       No.

8         Q       Is she a homemaker now?

9         A       She's an student, a mom, and she

10   works part time for Commack schools.

11        Q       Would it fair to say that on

12   February 27, 2011, that you were the primary

13   breadwinner of your household?

14        A       Yes.

15        Q       You're family was dependent upon

16   your salary?

17        A       Yes.

18        Q       In an economic perspective, if

19   anything happened to your employment with

20   the Nassau County Police Department, that

21   would have a significant financial impact on

22   you and your family?

23        A       Yes.

24        Q       And you were aware of that on

25   February 27, 2011, correct?
```

Edward Bienz                    87

1

2          A      Yes.

3          Q      Now, just briefly, from the date

4    of this incident to today's date, have you

5    spoken to your wife about the events of

6    February 26th into February 27th?

7          A      Yes.

8          Q      Approximately how many times?

9          A      I don't know.

10         Q      I'm sorry?

11         A      I don't know.

12         Q      Can you give me an estimate?

13         A      Guessing, 20.

14         Q      So, in that 20 times, that was

15   between -- February 27th, 2011, up to and

16   including today's date?

17         A      Yes.

18         Q      So for example, you may have

19   had a conversation with her, you know,

20   regarding your up coming deposition, right?

21         A      Yes.

22                MR. CLARKE:  Scheduling matter?

23         A      Yes.

24         Q      Right?

25         A      Wouldn't be surprised.

Edward Bienz                           88

1

2          Q        Don't tell me anything you said

3     between you and your wife, by the way,

4     alone.

5                   I'm just trying to figure out,

6     you spoke about 20 times --

7          A        Are you talking about the actual

8     event, or something subsequent to the event

9     that I would have to do?  Because, you know.

10    I've had to come here.  Obviously, she knows

11    I'm at a deposition.

12         Q        I mean a conversation about what

13    happened that day, right that night.

14                  How many times have you spoken

15    to her about that?

16                  MR. CLARKE:  Over objection, you

17         can answer.

18         A        Approximately 10 to 15, maybe.

19         Q        During those 10 to 15 times, did

20    you ever have a discussion with your wife

21    about these events in the presence of a

22    third party?

23         A        No.

24         Q        Obviously, it goes without

25    saying, on February 27th, 2011, you very

```
1                    Edward Bienz                  89

2    much loved and were concerned about your

3    wife, and vice versa, correct?

4         A      Yes.

5         Q      Did you know Sophie Cornea

6    prior to February 26th, 2011?

7         A      No.

8         Q      Just one more about your

9    communications with your wife.

10               Did you ever have any

11   communications with your wife about the

12   events of the case in the presence, for

13   example, of Willard Miller, the PBA

14   attorney?

15        A      Say that again.

16        Q      Did you ever have conversations

17   with your wife about the case in the

18   presence, for example, of Mr. Miller, the

19   PBA attorney?

20               MR. CLARKE:  Over objection, you

21       can answer.

22        A      I don't know.

23        Q      How about any of the PBA reps?

24        A      No.

25        Q      How about Anthony DiLeonardo?
```

Edward Bienz                          90

1

2          A        No.

3          Q        How about -- do you know who

4     Michael Ferguson is?

5          A        Yes.

6          Q        Did you and your wife and

7     Mr. Ferguson ever discuss the case in the

8     presence of each other?

9          A        Three of us?

10                  No.

11         Q        How about you, your wife and

12    Mr. Clarke?

13         A        No.

14         Q        Now, you never met Sophie

15    Cornea.

16                  Did you know anything about her?

17         A        No.

18         Q        Did Anthony DiLeonardo speak to

19    you at all about her?

20         A        I don't know.

21         Q        Did you know that he was dating

22    her for any period of time prior to

23    February 26th?

24         A        I don't know how long they were

25    dating.

Edward Bienz                    91

1

2        Q        Did you know when you went out

3   that they were boyfriend and girlfriend,

4   that they were an item?

5                 MR. CLARKE:   Objection.

6        A        I knew that he was dating a

7   girl.

8        Q        You didn't know who she was?

9        A        No.

10        Q        Did he ever share with you, I'm

11   infatuated with this girl, I love her, she's

12   intelligent, any personal information about

13   Sophie Cornea at all?

14        A        No.

15        Q        That would include any personal

16   information about Sophie Cornea having

17   issues about drinking alcohol excessively?

18        A        I knew nothing about her.

19        Q        Now, I'd like to go over, sir,

20   your education, your employment background.

21                 But first, let's do your

22   education background, starting with high

23   school.

24                 You graduated Kings Park when?

25        A        2003.

```
 1                      Edward Bienz              92

 2         Q       What did you do after that?

 3         A       Farmingdale State College.

 4         Q       SUNY Farmingdale.

 5                 When to when?

 6         A       2003 to 2006.

 7         Q       Did you get an associates in

 8    '06?

 9         A       Bachelor of science.

10         Q       What was your major?

11         A       Management technology.

12         Q       Management?

13         A       Technology.

14         Q       Ever been disciplined or put on

15    academic probation while at SUNY

16    Farmingdale?

17         A       No.

18         Q       Your BS, was that a four-year

19    degree?

20         A       Yes.

21         Q       After you graduated, did you

22    work while you went to school?

23         A       Yes.

24         Q       Odd jobs, here and there?

25         A       Made pizza.
```

```
1                Edward Bienz                    93

2       Q       Okay.

3               Where was that?

4       A       *Chino's Pizza.

5       Q       Where was that?

6       A       Kings Park.

7       Q       In 2006, after you graduated

8  with your BA, what did you do?

9       A       I graduated in December, and I

10  was hired by the Nassau County Police

11  Department in January of '07.

12      Q       So you had taken the test, you

13  knew that you were going to start the

14  position with the Nassau County Police

15  Department upon your graduation?

16      A       No.

17              I was waiting for them to tell

18  me when to start.

19      Q       When you graduated, in May

20  of 2006, did you look for a job in your

21  field in which you had a degree, or at that

22  time, did you already know that you were

23  going to start with the Nassau County Police

24  Department?

25      A       I was awaiting to get hired by
```

|   |   |   |
|---|---|---|
| 1 | Edward Bienz | 94 |

2      the Nassau County Police Department.

3              Q       When did you started the

4      academy?

5              A       January 2007.

6              Q       First full-time position?

7              A       Yes.

8              Q       Did you start by entering the

9      Nassau County Police Academy?

10             A       Yes.

11             Q       Do you know what date you

12     entered?

13             A       January 3rd.

14             Q       Do you know how long was?

15             A       Six months.

16             Q       So in June of 2007, you

17     completed the program?

18             A       Technically, July.

19             Q       As part of the training, were

20     you familiar with the rules and regs of the

21     Nassau County Police Department?

22             A       Yes.

23             Q       Did that include the use of

24     deadly physical force?

25             A       Yes.

```
 1                    Edward Bienz                    95
 2          Q       Do the rules and regs of the
 3   Nassau County Police Department prohibit the
 4   discharge of a firearm into a moving
 5   vehicle, absent the exception of the defense
 6   of yourself or a third party --
 7                  MR. SCHROEDER:  Objection.
 8                  MR. CLARKE:  Over objection, you
 9        can answer.
10          Q       -- from serious physical injury?
11          A       Restate the question.
12          Q       Sure.
13                  Did the rules and regulations of
14   the Nassau County Police Department to be
15   that an officer was pronibited from the
16   firing of a weapon into a moving vehicle,
17   absent the defense of himself or a third
18   party from serious physical injury or death?
19                  MR. CLARKE:  Over objection, you
20        can answer.
21                  Are you talking about now?
22          Q       Talking about in July of 2007,
23   when you graduated.
24          A       Restate the question.
25          Q       I'm sorry.
```

```
 1              Edward Bienz              96
 2              In July of 2007, did the Nassau
 3    County rules and regulations prohibit the
 4    discharge of a firearm into a moving
 5    vehicle, with the exception of the defense
 6    of yourself or a third party from serious
 7    physical injury or death?
 8                   MR. CLARKE:  Objection.
 9                   MR. SCHROEDER:  Objection to
10         form.
11         A    Yes.
12         Q    Were those rules and regulations
13    in force on February 27, 2011?
14         A    Yes.
15                   MR. CLARKE:  Over objection, you
16         can answer.
17         Q    Now, would it be fair to say,
18    then, that the rules and regulations of the
19    Nassau County PD certainly would it prohibit
20    discharging a firearm into a moving vehicle
21    of a retreating suspect who may have
22    committed a prior offense?
23                   MR. CLARKE:  Objection.
24                   You can answer.
25         A    Yes.
```

| | Edward Bienz | 97 |
|---|---|---|

1       Edward Bienz                    97

2            MR. SCHROEDER:   Objection.

3       Q       You were aware of that, on

4   February 27th, 2011?

5       A       Yes.

6       Q       Did the rules and regulations of

7   the Nassau County Police Department prohibit

8   a police officer who was intoxicated by the

9   consumption of alcohol while performing your

10  duties as a police officer?

11      A       Yes.

12      Q       Did the rules and regulations of

13  the Nassau County Police Department prohibit

14  the unlawful behavior by an officer, whether

15  on duty or off duty?

16      A       Yes.

17      Q       You were aware of those rules

18  and regulations on February 27th, 2011?

19      A       Yes.

20      Q       Did the rules and regulations of

21  the Nassau County Police Department require

22  that you act in a lawful manner at all

23  times?

24      A       Yes.

25      Q       Did they require that you act in

```
1                    Edward Bienz                    98

2    a responsible manner at all times?

3         A      Yes.

4         Q      That would be both on and off

5    duty?

6         A      Correct.  Yes.

7                (Whereupon, Plaintiff's Exhibit

8                121 for identification was so marked.)

9         Q      Now I'm going to show you what

10   has been marked as Plaintiff's 121, which

11   are the departmental rules for the standard

12   of conduct under Article 5.

13               MR. CLARKE:   Seven-page

14          document.

15               Have you had a chance to look at

16          Article 5?

17               THE WITNESS:   I glossed it over.

18        Q      Sir, that took effect on

19   8/7/2009.

20               Were you familiar with those

21   standards of conduct on February 27th, 2011?

22        A      Yes.

23        Q      Did you have a duty to report

24   your observation of brethren officer in

25   violation of those rules and regulations?
```

Edward Bienz                                    99

1
2       A       Yes.
3       Q       If you observed one of your
4    brethren officers violating the rules and
5    regulations, would you have so reported?
6       A       Yes.
7       Q       Did you, sir, have a duty to
8    self-report, if you, yourself, had violated
9    the rules and regulations of the standards
10   of conduct?
11      A       Yes.
12      Q       As part of your training at the
13   academy, was there a specific block of time
14   set aside for DWI training and enforcement?
15      A       Yes.
16      Q       Would you say, given the number
17   of arrests you made in a DWI area since your
18   assignment to the Third Precinct, that DWI
19   enforcement was given a priority in the
20   Nassau County Police Department?
21              MR. CLARKE:  Objection.
22              You can answer.
23      A       Is DWI a priority of the Police
24   Department?
25      Q       Right.  Is DWI enforcement

```
 1                    Edward Bienz                100
 2    within the Third Precinct something of a
 3    priority, with respect to enforcement of
 4    criminal behavior?
 5                    MR. CLARKE:  Over my objection,
 6         you can answer.
 7         A      No.
 8         Q      How long were you involved with
 9    DWI training at the academy, approximately?
10         A      Approximately one week, about.
11         Q      Did that include the study of
12    written materials?
13         A      Yes.
14         Q      Field training?
15         A      Yes.
16         Q      Controlled drinking experiments?
17         A      Yes.
18         Q      Did you learn and practice the
19    administration of standard field sobriety
20    tests?
21         A      Yes.
22         Q      Did you learn how to operate and
23    utilize a portable breath unit, PBT test?
24         A      No.
25         Q      Did you subsequently learn how
```

```
 1                    Edward Bienz                101

 2   to use a PBT unit?

 3        A      Yes.

 4        Q      Are PBT units, are they in every

 5   RMP within the Third Precinct, since the

 6   time that you --

 7        A      No.

 8        Q      We'll get into that later.

 9               These controlled drinking

10   experiments, did you participate in watching

11   people consume alcohol, and the physical and

12   mental effects it had on them?

13        A      Yes.

14        Q      Could you tell me what those

15   training sessions were designed to teach

16   you?

17               MR. CLARKE:  Objection to the

18          form.

19               You can answer, if you know.

20        A      To distinguish the difference

21   between intoxicated and not.

22        Q      How about impairment?

23        A      No.

24        Q      How about impairment?

25        A      Nothing.
```