```
 1                     Edward Bienz              153
 2        A       Yes.
 3                MR. CLARKE:   The chart is
 4        inaccurate.
 5                You would agree,
 6        Mr. Grandinette?
 7                MR. GRANDINETTE:   No, I
 8        wouldn't.
 9                You'll have a chance to question
10        your witness.
11                This is my deposition.
12        Q       Now, sir, moving forward, I'd
13   ask you to start reading from the pink
14   highlighted section, okay?
15        A       "██ ██ ██ ████ ██ █
16   ██ ███ ███ █ ███ ██." "
17        Q       That refers to leaving the Blue
18   Honu, right?
19        A       Yes.
20        Q       So whatever time you got there,
21   you left approximately a half hour later?
22        A       Yes.
23        Q       Please continue.
24        A       "██ ███ ███ ███ ████ ██
25   ██ ████ ███ █ ██ ███ ."  "
```

```
1                    Edward Bienz                 154
2          Q       Now The Tavern was the bar that
3    you said you'd been to on prior occasions,
4    some of the 25 prior occasions that you went
5    to Huntington Village, right?
6          A       I had been there previously.
7          Q       You had two beers.
8                  Were they bottled beers or tap
9    beers?
10         A       Bottled.
11         Q       Do you know what kind of beer it
12   was?
13         A       No.
14         Q       Bud, Heineken?
15         A       No.
16         Q       12-ounce beers?
17         A       Yes.
18         Q       Same thing at the Blue Honu,
19   bottled beer?
20         A       I don't recall.
21         Q       Continue.  Next?
22         A       "████ ███ ███ ████ ████
23   ████, ███ ███ ███ ███ ███ ███ ███."
24         Q       So would it be fair to say that
25   you had a very specific recollection, on
```

```
1                    Edward Bienz                    155
2    March 13, 2012, what each -- what and how
3    much each person in your party had to drink
4    at The Tavern in Huntington Village?
5         A     Yes.
6         Q     And given your specific
7    recollection of what and how much each party
8    had to drink one year after the event at The
9    Tavern, you certainly were aware of those
10   facts on February 27th, 2011, at Huntington
11   Hospital?
12        A     Yes.
13        Q     You certainly were aware of
14   those same facts on February 27th, 2011, at
15   the Second Precinct, correct?
16        A     Yes.
17        Q     As well as on April 29, 2011,
18   when you were interviewed by Anthony Palumbo
19   at the Suffolk County DA's office, correct?
20        A     Yes.
21        Q     So let's go back to Plaintiff's
22   58.  Look at your chart for a minute,
23   starting with Anthony DiLeonardo.
24              You said that he had two vodka
25   drinks.  Time is between 11:00 and 12:00,
```

```
 1                 Edward Bienz                    156

 2     and location is The Tavern in Huntington,

 3     right?

 4          A       Location is right.

 5                  I don't know about the times.

 6          Q       The time could have been off,

 7     either way?

 8          A       Yes.

 9          Q       But the number of drinks is

10     accurate, right?

11          A       Yes.

12          Q       Going to yourself, you had two

13     bottled beers at The Tavern.

14                  That's accurate, right?

15          A       Yes.

16          Q       Says the same time frame.  That

17     may be off either way a little bit.

18                  But otherwise, it's accurate?

19          A       Yes.

20          Q       Your wife, Jillian, one drink at

21     The Tavern, accurate, correct?

22          A       Yes.

23          Q       Do you know whether or not your

24     wife drank an alcohol-based drink at The

25     Tavern?
```

```
 1              Edward Bienz                157
 2      A       No.
 3      Q       You don't know?
 4      A       No.
 5      Q       In the 20 times you spoke to her
 6  about the case between February 27th and
 7  today, she didn't mention whether or not she
 8  drank alcohol?
 9              MR. CLARKE:  Objection,
10         privileged discussions.
11              Direct him not to answer that
12         question.
13              MR. GRANDINETTE:  I'll withdraw
14         the question, because you're right.
15              Make sure that is not on the
16         record.
17      Q       Looking at Sophie Cornea's
18  consumption chart, one drink, between 11:00
19  and 12:00, at The Tavern?
20      A       Yes.
21      Q       Do you know whether or not
22  Ms. Cornea's drink was alcohol-based?
23      A       No.
24      Q       Now, moving on to the next
25  sentence, highlighted in next series of
```

Edward Bienz                    158

1
2    sentences, highlighted in yellow, could you
3    please read that into the record.
4         A      "████ ████ ████ ██ ███ ██
5    ████ ████ ████ ███ ███ ████ ███    █
6    ████ ███ ████ ████ ████ █████ █████
7    ████ ███ ████ ████ ████ █████ ███ ████
8    ████ ███ ████ ████
9              ███ █████ ████ ████ ████ ███
10   ████ ██ ████ ███ ████ ████ ████ ████
11   ████ ██ ████ ████ ████."
12        Q      Now, going back to Plaintiff's
13   58, Anthony DiLeonardo, you indicated that
14   he had two vodka drinks The Artful Dodger.
15              Is that accurately reflected in
16   the chart?
17        A      Yes.
18        Q      And the total of seven drinks,
19   does that accurately reflect your
20   recollection of the total number of drinks
21   Anthony had that night?
22        A      Yes.
23        Q      Now, Ed, your chart, it
24   indicates that you told IAU you had two
25   beers; and on the chart, it says two beers

```
                         Edward Bienz                    159
```

1   at The Artful Dodger between 12:00 and 1:00.

2              Is that accurate?

3        A     Yes.

4        Q     Were those bottled beers as

5   well?

6        A     Yes.

7        Q     Do you recall what type of beers

8   those were?

9        A     No.

10       Q     Your wife's chart.

11             The size of your beers, 12-ounce

12  beers?

13       A     Yes.

14       Q     Jillian, she had one drink at

15  The Artful Dodger?

16       A     I don't remember what it was.

17       Q     You're maintaining that you

18  don't recall whether or not your wife had an

19  alcohol-based drink --

20             MR. SCHROEDER:  Objection to

21       form.

22       Q     -- The Artful Dodger?

23       A     Yes.

24       Q     So the best that you can recall,

```
                    Edward Bienz                 160
```

1    as you sit here today, is that your wife had

2    one alcohol-based drink.  Otherwise, you're

3    not sure?

4         A    Yes.

5         Q    That would be one martini at the

6    Black Forest Brew Haus?

7         A    Yes.

8         Q    If that was true, by the way,

9    your wife could have driven home -- driven

10   the car, right?

11        A    Yes.

12        Q    There would have been no issue

13   with respect to your wife's operating the

14   car, that she would have been clearly sober,

15   right?

16        A    Yes.

17        Q    When you have went out that

18   night, you didn't designate anybody as the

19   designated driver, in your party, right?

20        A    No.

21        Q    Now, looking at the chart for

22   Sophie Cornea, according to you, she had one

23   drink between 12:00 and 1:00 a.m. The Artful

24   Dodger, right?

```
                         Edward Bienz                    161
1
2        A        Yes.
3                 MR. SCHROEDER:   Objection to
4        form.
5        Q        Is it your position, you don't
6   know whether or not that was an
7   alcohol-based drink?
8        A        I don't know what it was.
9        Q        So the only thing you can attest
10  to with respect to Sophie, she had at least
11  one alcohol-based drink at the Black Forest
12  Brew Haus?
13       A        Yes.
14       Q        Now, would it be fair to say
15  that you had a very specific recollection of
16  what each person in your party had to drink,
17  one year after the events, while you were
18  The Artful Dodger in Huntington Village?
19       A        Yes.
20       Q        Given your specific recollection
21  of what and how much each party had to
22  drink, one year after the event, at The
23  Artful Dodger, you certainly were aware of
24  those facts on February 27, 2011, while at
25  Huntington Hospital?
```

```
 1                  Edward Bienz                 162
 2        A      Yes.
 3        Q      You certainly were aware of that
 4   fact, or those facts, on February 27th,
 5   2011, at the Second Precinct?
 6        A      Yes.
 7               MR. MITCHELL:  I'm leaving, but
 8        I will be back.
 9        Q      You were aware of those facts on
10   April 29, 2011, at Willard Miller's office
11   when being interviewed by the Suffolk County
12   DA's, correct?
13        A      Yes.
14        Q      Now, on February 27, 2011, while
15   at the Huntington Hospital, did you ever
16   tell any member of the Nassau County Police
17   Department or Suffolk County Police
18   Department that you had three beers at the
19   Black Forest Brew Haus?
20               MR. SCHROEDER:  Objection.
21        A      I don't know.
22        Q      On February 27, 2011, while at
23   Huntington Hospital, did you ever tell any
24   member of the Nassau County or Suffolk
25   County Police Department that Anthony
```

```
 1                    Edward Bienz              163

 2    DiLeonardo had at least two vodka drinks at

 3    the Black Forest Brew Haus?

 4                 MR. SCHROEDER:  Objection.

 5         A       I don't know.

 6         Q       On February 27th, 2011, while at

 7    the Huntington Hospital, did you ever tell

 8    any member of the Nassau County or Suffolk

 9    County Police Department that your wife had

10    a martini and Sophie Cornea had a vodka

11    drink at the Black Forest Brew Haus in

12    Farmingdale?

13                 MR. SCHROEDER:  Objection.

14         A       I don't know.

15         Q       Did you ever, sir, intentionally

16    omit those facts --

17         A       No.

18         Q       Let me please finish the

19    sentence.

20                 -- meaning, the amount and what

21    each person in your party consumed at the

22    Black Forest Brew Haus, from your account

23    too the Nassau County or Suffolk County

24    police investigators?

25                 MR. SCHROEDER:  Objection.
```

Edward Bienz                                    164

1

2          MR. CLARKE:  Objection.

3          You can answer.

4      A      No.

5      Q      On February 27, 2011, while at

6   the Huntington Hospital, did you ever tell

7   any member of the Nassau County or Suffolk

8   County Police Department that you had one

9   beer while at the Blue Honu in Huntington?

10     A      I don't know.

11     Q      On February 27, 2011, while at

12  Huntington Hospital, did you ever tell any

13  member of the Police Department of -- Nassau

14  County Police Department or Suffolk County

15  Police Department, that Anthony DiLeonardo

16  had one vodka drink?

17     A      I don't know.

18     Q      On February 27, 2011, while at

19  Huntington Hospital, did you ever tell any

20  member of the Nassau County or Suffolk

21  County Police Department that Jillian Bienz

22  or Sophie Cornea had at least one drink?

23     A      I don't know.

24     Q      Sir, did you ever intentionally

25  omit how much you or any member in your

```
 1                    Edward Bienz                    165

 2     party had to drink while at the Blue Honu in

 3     Huntington Village to police investigators?

 4          A     No.

 5          Q     On February 27th, 2011, while at

 6     Huntington Hospital, did you ever tell any

 7     member of the Nassau County or Suffolk

 8     County Police Department that you had two

 9     beers while at The Tavern?

10          A     I don't know.

11          Q     On February 27, 2011, while at

12     Huntington Hospital, did you ever tell any

13     member of the Nassau County or Suffolk

14     County Police Department that Anthony

15     DiLeonardo had two vodkas at The Tavern?

16          A     I don't know.

17          Q     On February 27th, 2011, while at

18     Huntington Hospital, did you ever tell any

19     member of the Nassau County or Suffolk

20     County Police Department that Jillian Bienz

21     and Sophie Cornea had one drink each, while

22     at The Tavern?

23          A     I don't know.

24          Q     Sir, did you ever intentionally

25     omit the amount and type of alcohol you or
```

```
 1                    Edward Bienz                166
 2   any member of your party consumed, from
 3   police investigators --
 4       A      No.
 5       Q      -- while at the Tavern?
 6       A      No.
 7              MR. SCHROEDER:  Objection to
 8       form.
 9       Q      On February 27th, 2011, while at
10   Huntington Hospital, did you ever tell any
11   member of the Nassau County or Suffolk
12   County Police Department that you had two
13   beers The Artful Dodger?
14       A      I don't know.
15       Q      On February 27th, 2011, while at
16   Huntington Hospital, did you ever tell any
17   member of the Nassau County or Suffolk
18   County Police Department that you had two
19   vodka drinks at The Artful Dodger?
20       A      I don't know.
21       Q      On February 27, 2011, while at
22   Huntington Hospital, did you ever tell any
23   member of the Nassau County or Suffolk
24   County Police Department that your wife and
25   Sophie Cornea had one drink each, while The
```

```
 1                    Edward Bienz                167

 2   Artful Dodger?

 3              MR. SCHROEDER:  Objection.

 4        A       I don't know.

 5        Q       Did you tell any member of the

 6   Nassau County or Suffolk County Police

 7   Department, while at the Huntington

 8   Hospital, that you drank alcohol?

 9              MR. SCHROEDER:  Objection.

10              MR. CLARKE:  Objection.

11        A       I don't know.

12        Q       Did you tell any member of the

13   Nassau or Suffolk County Police Department,

14   while at Huntington Hospital, that Anthony

15   DiLeonardo had drunk alcohol?

16              MR. SCHROEDER:  Objection.

17              MR. CLARKE:  Objection.

18        A       I don't know.

19        Q       While at Huntington Hospital,

20   did you ever tell any member of the Nassau

21   County or Suffolk County Police Department

22   that your wife had drunk alcohol?

23              MR. SCHROEDER:  Objection.

24              MR. CLARKE:  Objection,

25         relevance.
```

```
 1                    Edward Bienz                168

 2        A        I don't know.

 3        Q        Did you tell any member of the

 4  Nassau County or Suffolk County Police

 5  Department that Sophie Cornea drank alcohol?

 6        A        I don't know.

 7                 MR. SCHROEDER:  Objection.

 8        Q        Now I'm going to ask you the

 9  same series of questions with respect to the

10  Second Precinct.

11        A        Okay.

12        Q        On February 27th, from the time

13  that you left the hospital to the time that

14  you left the Second Precinct, did you ever

15  tell any member of the Nassau County or

16  Suffolk County Police Department that you

17  had the three beers at the Brew Haus prior

18  to the shooting?

19        A        I don't know.

20        Q        Did you ever tell any member of

21  the Suffolk County -- same time frame --

22  Suffolk County Police Department or the

23  Nassau County Police Department that Anthony

24  DiLeonardo had at least two vodka drinks at

25  the Blue Honu prior to the shooting --
```

```
 1              Edward Bienz                    169

 2      A       No.

 3      Q       Withdrawn.

 4              -- on February 27th?

 5              MR. CLARKE:  You made a gesture.

 6              You want to talk to me?

 7              THE WITNESS:  Yes.

 8              MR. CLARKE:  I want to speak to

 9      my client for one second.

10      Q       Mr. Bienz, let's look at

11      Plaintiff's 58.

12              Between your transport from the

13      hospital until the time you left the Second

14      Precinct, did you ever tell any member of

15      the Nassau County or Suffolk County Police

16      Department the amount and the type of

17      alcohol that you drank at the Blue Honu,

18      Black Forest Brew Haus, The Tavern and The

19      Artful Dodger?

20              MR. SCHROEDER:  Objection.

21              MR. CLARKE:  Objection.

22      A       I don't know.

23      Q       When you were interviewed by

24      Tavares and Lesser, at the Second Precinct,

25      did you ever tell Tavares or Lesser that you
```

1                     Edward Bienz                    170

2    had two vodka drinks -- I'm sorry, three

3    beers -- while at the Black Forest Brew Haus

4    in Farmingdale?

5                     MR. SCHROEDER:  Objection.

6         A       I don't know.

7         Q       When you were interviewed by

8    Tavares and Lesser at the Second Precinct,

9    did you ever tell them that you had one beer

10   while at the Blue Honu in Huntington?

11        A       No.

12        Q       While being interviewed by

13   Tavares and Lesser, did you ever tell them

14   that you had two beers in Huntington prior

15   to the shooting?

16        A       I don't know.

17        Q       When interviewed by Tavares and

18   Lesser, did you ever tell either one of them

19   that you had two beers at the Artful Dodger

20   in Huntington prior to the shooting?

21        A       I don't know.

22        Q       So would it be fair to say that

23   you don't know whether or not you told

24   Detectives Tavares and Lesser that you

25   consumed eight beers between roughly 8:00

```
 1                    Edward Bienz                    171

 2    and 1:00 a.m., immediately prior to the

 3    shooting?

 4         A      I don't know.

 5         Q      With respect to Anthony

 6    DiLeonardo, when you were being interviewed

 7    by Tavares and Lesser at the Second

 8    Precinct, did you ever tell them that

 9    Anthony DiLeonardo had two vodkas while at

10    the Black Forest Brew Haus?

11         A      I don't know.

12         Q      Did you ever tell them that he

13    had one vodka while at the Blue Honu?

14         A      I don't know.

15         Q      Did you ever them that he had

16    two vodkas at The Tavern?

17         A      I don't know.

18         Q      Did you ever tell them that he

19    had two vodkas while The Artful Dodger?

20         A      I don't know.

21         Q      Did you ever tell either one of

22    them that you saw Anthony DiLeonardo consume

23    seven vodka-based drinks between 8:00 and

24    1:00 a.m., prior to the shooting?

25         A      I don't know.
```

Edward Bienz                    172

2       Q     So as you sit here today, you

3   don't know if you ever communicated those

4   facts to the men that you perceived to be

5   the lead investigators in the case?

6               MR. SCHROEDER:  Objection.

7               MR. CLARKE:  Misleading

8      question.

9       A     Repeat the question.

10      Q     Did you have an understanding

11  that Tavares and Lesser were the lead

12  investigators in the case?

13      A     No.

14      Q     Did you know Tavares and Lesser

15  were homicide detectives?

16      A     No.

17      Q     Did you know that they were

18  detectives investigating the incident on

19  Oakwood Road that you were involved with?

20      A     Yes.

21      Q     So you knew that they were

22  investigators?

23      A     (No response.)

24      Q     They were questioning you and

25  questioning Anthony about what happened,

```
 1                    Edward Bienz                173
 2    right?
 3         A      Yes.
 4         Q      Earlier we talked about you
 5    having a working knowledge of what
 6    investigators -- what facts may be relevant
 7    to investigators when they're assessing a
 8    case, right?
 9         A      Yes.
10         Q      As you sit here today, you don't
11    know whether you imparted the fact to Lesser
12    or Tavares that prior to the shooting,
13    between 8:00 and 1:00, you had eight beers
14    and DiLeonardo had seven vodkas?
15              MR. CLARKE:  Objection to the
16         form of the question.
17              You haven't established that
18         they asked him.
19              MR. GRANDINETTE:  It doesn't
20         matter, if they didn't ask him or if
21         they asked him.
22              MR. CLARKE:   I know that.
23         That's the problem.
24         Q      Fair to say, based upon your
25    testimony that you don't have a recollection
```

<pre>
 1              Edward Bienz                174

 2    of whether or not you imparted the fact that

 3    you had eight beers between 8:00 and 1:00 to

 4    Lesser or to Tavares, correct?

 5         A     I don't recall.

 6         Q     You don't recall whether or not

 7    you imparted the fact that Anthony

 8    DiLeonardo had at least seven vodkas between

 9    8:00 and 1:00 to Lesser and Tavares, right?

10         A     I don't recall.

11         Q     Did you, during that same

12    interview, ever hear Anthony DiLeonardo

13    impart the fact that you had eight beers

14    prior to the shooting?

15         A     I was interviewed separately.

16         Q     So, then, in other words, if you

17    were interviewed separately, where was

18    Anthony when he was interviewed?

19         A     Conference room.

20         Q     You weren't there when he was

21    interviewed?

22         A     No.

23         Q     How long was he interviewed?

24         A     I don't know.

25         Q     You never talked to him about
</pre>

1                       Edward Bienz                    175

2       his interview?

3              A       No.

4              Q       So then you would have no idea

5       what he imparted during the interview?

6              A       No.

7              Q       Did he ever tell you later?

8              A       No.

9              Q       Now, so you never heard Anthony

10      DiLeonardo asked one question by any

11      investigator?

12             A       No.

13             Q       When you say no, that means you

14      didn't hear any Suffolk County investigator

15      ask Anthony any questions about the event?

16             A       Not specifically, no.

17             Q       You know he was questioned about

18      the underlying events, but you weren't

19      there?

20             A       Yes.

21             Q       Is that true with respect to how

22      your interview happened?

23             A       Yes.

24             Q       So you were interviewed about

25      the events by Tavares and Lesser, but

```
1                    Edward Bienz                    176

2    Mr. DiLeonardo wasn't present?

3         A      I don't know if it was both of

4    them.

5         Q      Okay.  When you were interviewed

6    about the underlying events, it was either

7    by Tavares or Lesser?

8         A      I don't know.

9         Q      At any rate, were you

10   interviewed by a member of the Suffolk

11   County Police Department?

12        A      Yes.

13        Q      When they interviewed you -- I'm

14   talking about an interview pertaining to the

15   substantive facts that transpired on Oakwood

16   Road; so we're on the same page?

17        A      Yes.

18        Q      When that interview took place,

19   where was it?

20        A      In an office.

21        Q      At the Second Precinct?

22        A      Yes.

23        Q      How long was it?

24        A      I don't remember.

25        Q      About a half hour?
```

Edward Bienz                    177

1

2      A      I'd have to guess.

3             I don't know.

4      Q      I don't want you to guess, but

5   you can't give me any estimate?

6      A      Less than an hour.

7      Q      So during that less than an

8   hour, Anthony DiLeonardo wasn't present;

9   that's what you're telling me?

10     A      Yes.

11     Q      So, you could have

12  communicated -- you don't recall

13  communicating to whoever it was that

14  interviewed you, the amount that you had to

15  drink?

16     A      No.

17     Q      Or the amount that Anthony had

18  to drink?

19     A      No.

20     Q      Now was that intentional, by

21  design, that you didn't communicate those --

22            MR. CLARKE:  Objection to the

23        form of the question.

24            He said he doesn't remember.

25        The question is highly improper.

```
 1                    Edward Bienz                  178

 2         Please rephrase it.

 3                    He is not answering that

 4         question.

 5         Q      Prior to going into the

 6    interview, did you by design with Anthony

 7    DiLeonardo ever agree not to tell the

 8    investigators where you were or how much you

 9    had to drink?

10                    MR. CLARKE:  Over objection, you

11         can answer.

12         A      No.

13         Q      So then there was no

14    understanding, according to you, between

15    yourself and Mr. DiLeonardo to conceal the

16    facts from the investigators about where you

17    had been and what you had drunk, prior to

18    the event?

19         A      No.

20         Q      As you sit here today, do you

21    know what Anthony DiLeonardo told the

22    investigators during his interview?

23         A      No.

24         Q      So it's possible then that both

25    you and Anthony were interviewed, and that
```

```
 1                    Edward Bienz              179
 2    both of you did not tell the Suffolk
 3    investigators what and the amount that you
 4    drank prior to the shooting?
 5               MR. CLARKE:   Objection.
 6               MR. SCHROEDER:   Objection.
 7               MR. CLARKE:   Direct him not to
 8          answer that question.   It's entirely
 9          inappropriate and improper.
10          Q      Based upon what you're telling
11    me so far, you don't know what Anthony said?
12          A      I do not know what he said.
13          Q      So if you don't know what
14    Anthony said, it's possible that he never
15    told the Suffolk County investigators what
16    and how much he had to drink, or what and
17    how much you had to drink, prior to the
18    shooting, correct?
19               MR. CLARKE:   Not Cervantes.
20          Anything is possible.   He wasn't
21          present.
22               MR. GRANDINETTE:   I understand.
23               MR. CLARKE:   Silly question,
24          Mr. Grandinette.
25               MR. GRANDINETTE:   Fine.
```

```
 1                    Edward Bienz                180
 2          Q       Silly as it is, can you answer
 3   it?
 4          A       I don't know what he said.
 5          Q       It's possible that he didn't
 6   tell the investigators what and how much he
 7   drank, right?
 8                  MR. SCHROEDER:  Objection.
 9                  MR. CLARKE:  Over objection, you
10      can answer.
11          A       It's possible.
12          Q       So it's also possible that he
13   didn't tell investigate what and how much
14   you had --
15          A       It's possible.
16          Q       -- to drink?
17                  Because you don't recall whether
18   he told investigators what and how much you
19   had to drink, it's possible that they didn't
20   know, on February 27, 2011, after your
21   interview, that you consumed eight beers
22   prior to the shooting, correct?
23                  MR. CLARKE:  Objection.
24                  You can answer.
25          A       Possible.
```

```
 1                    Edward Bienz                    181
 2        Q        It's also possible, based upon
 3   the fact that you don't recall whether you
 4   told them Anthony DiLeonardo consumed seven
 5   vodkas prior to the shooting, that he did,
 6   right?
 7                 MR. SCHROEDER:  Objection.
 8                 MR. CLARKE:  Objection to the
 9        form of the question.
10                 Please read it back.
11                 MR. GRANDINETTE:  I'll rephrase
12        it.
13        Q        It's also possible, based upon
14   the fact that you don't remember telling
15   investigators that Anthony DiLeonardo
16   consumed seven vodkas, that Suffolk
17   investigators were never aware that he
18   drank, prior to the shooting?
19                 MR. CLARKE:  Objection to the
20        form of the question.  It's entirely
21        improper.
22                 Please ask another question.
23        Q        Correct?
24        A        Restate again.  I'm sorry.
25        Q        If you don't recall telling
```

```
 1                 Edward Bienz              182
 2  investigators that Anthony DiLeonardo had
 3  the seven vodkas prior to shooting Thomas
 4  Moroughan, it's possible they didn't know
 5  that fact, right?
 6        A     It's possible.
 7              MR. CLARKE:  Objection.
 8              You can answer.
 9        A     It's possible.
10        Q     Now you, as a police officer
11  with experience investigating crimes, is it
12  a relevant fact to know whether or not
13  somebody who discharges a firearm had been
14  drinking prior to discharging that firearm?
15              MR. CLARKE:  Objection to the
16        form of the question.  He's not here
17        as an expert in investigating crimes.
18              He is not going to answer this
19        question.
20              MR. GRANDINETTE:  I'll ask the
21        question again.  You can you have your
22        objection.
23              But based upon his experience,
24        I'm not asking him as an expert.
25        Q     I'm asking you, based upon your
```

```
 1                    Edward Bienz                    183
 2    experience as an investigator and a police
 3    officer, is it relevant to know whether or
 4    not somebody had been drinking prior to
 5    discharging a firearm?
 6              MR. CLARKE:  Over objection, you
 7         can answer.
 8         A      During certain circumstances,
 9    yes.
10         Q      Would this factual scenario be
11    one of those circumstances?
12              MR. CLARKE:  Over objection, you
13         can answer.
14         A      Yes.
15         Q      This case involves, right -- you
16    testified earlier you're not allowed to
17    shoot a gun into a moving motor vehicle
18    pursuant to the rules and regulations,
19    absent certain exceptions, right?
20         A      Yes.
21         Q      One of the exceptions requires
22    an analysis of the shooter's state of mind,
23    right, whether they were justified in
24    shooting in defense of either themselves or
25    is a third person, right?
```

```
 1              Edward Bienz                184
 2      A      Yes.
 3      Q      You know, as a police officer
 4  that, you know, prior to shooting that
 5  weapon, if there's an alternative escape,
 6  like if you can step to the side and get out
 7  of the way of an oncoming motorist, you have
 8  to do that, prior to pulling the trigger?
 9          MR. CLARKE:  Objection.  He's
10      not an expert on this.
11          You're asking him an expert
12      question.
13          MR. GRANDINETTE:  I'm not asking
14      him an expert question.
15          And he is a cop.  He enforces
16      the law.
17          MR. CLARKE:  He didn't shoot
18      anybody.
19          MR. GRANDINETTE:  It doesn't
20      matter.  I'm not saying he did.
21      Q      Sir, wouldn't it be true that in
22  this set of circumstances, the discharge of
23  a firearm into it a moving car, requires an
24  analysis, from a law enforcement
25  perspective, of the justification defense,
```

```
 1              Edward Bienz              185
 2    right.
 3              MR. CLARKE:  Over objection, you
 4         can answer.
 5         A    Can you rephrase.
 6         Q    Yeah.  Part of the analysis,
 7    from a law enforcement perspective, is the
 8    circumstances under which the shooter pulled
 9    the trigger, right?
10              MR. CLARKE:  Objection.
11              For who?  Whose analysis?
12              MR. GRANDINETTE:  Law
13         enforcement analysis.  The people
14         analyzing this fact pattern.
15              MR. CLARKE:  Mr. Grandinette, he
16         wasn't one of those people.
17              MR. GRANDINETTE:  I don't care,
18         Chris.
19              MR. CLARKE:  I do.
20              It's an entirely improper
21         question.
22              MR. GRANDINETTE:  You think it
23         is, I don't.
24              So state your objection, and
25         please let me get through it.
```

Edward Bienz                    186

1

2          MR. CLARKE:  I've stated my

3     objection.

4          MR. GRANDINETTE:  Okay.  So I'm

5     going to start again.

6     Q     Okay.  We talked about you

7     thought that alcohol and whether or not

8     somebody was drinking alcohol, was a

9     relevant factual issue to the facts in this

10    case, right?

11    A     Yes.

12         MR. CLARKE:  Asked and answered.

13    Q     One of the reasons for that is

14    because from a law enforcement perspective,

15    you have to analyze the state of mind of the

16    shooter at the time he pulled the trigger?

17         MR. CLARKE:  Who has to analyze

18    it?

19         MR. GRANDINETTE:  Is that an

20    objection?

21         MR. CLARKE:  Yes.

22         MR. GRANDINETTE:  Chris, I've

23    been over this.

24         MR. CLARKE:  It's an improper

25    question.

```
 1              Edward Bienz                187
 2              MR. GRANDINETTE:  Then make your
 3      objection.
 4              MR. CLARKE:  I am.
 5              MR. GRANDINETTE:  So make your
 6      objection.
 7              MR. CLARKE:  Whose analysis?
 8              MR. GRANDINETTE:  He'll tell me
 9      if he needs clarification, okay?
10      Q       Sir, getting black to my
11      question, knowing that alcohol or the
12      consumption of alcohol would play a role in
13      the analysis of the facts in this case, one
14      of the reasons for that is that the police
15      investigators have to make a determination
16      of the state of the mind of the shooter at
17      the time he pulls a trigger, right?
18              MR. CLARKE:  Over objection, you
19      can answer.
20      A       Yes.
21      Q       Whether or not his belief that
22      he is in eminent fear of serious physical
23      injury or death is justified and reasonable,
24      right?
25              MR. CLARKE:  Objection to the
```

```
 1                  Edward Bienz              188
 2        form of the question.
 3                  You can answer.
 4        A     Yes.
 5        Q     That certainly could be
 6   impacting significantly, based upon the
 7   shooter's can consumption of alcohol, right?
 8                  MR. CLARKE:  Objection,
 9        speculation.  Relevance.
10                  You can answer, over objection.
11        A     Could be.
12        Q     Didn't you train, and haven't
13   you made personal observations over the
14   course of your career, of how alcohol
15   ingestion affects once's cognitive ability?
16                  MR. CLARKE:  Objection, asked
17        and answered.
18        A     Yes.
19        Q     The perception, correct?
20        A     Yes.
21        Q     Their ability to make judgments,
22   correct?
23        A     Yes.
24        Q     Their physical coordination,
25   correct?
```

```
 1                    Edward Bienz                189

 2        A        Yes.

 3        Q        Rational thought process,

 4   correct?

 5        A        Yes.

 6        Q        Would you agree with me that

 7   somebody who didn't have any drinks, as

 8   opposed to seven vodkas, would be in a

 9   better position mentally to make important

10   decisions?

11             MR. CLARKE:  Objection to the

12        form of the question.

13                 It's an improper question.

14                 It's an improper hypothetical.

15        Q        Let me ask you this.  Would you

16   concede that Anthony DiLeonardo would have

17   been in a far better position to make a

18   decision had he not have had the seven

19   vodkas --

20             MR. CLARKE:  Objection to the

21        formed of the question.

22        Q        -- than if he had the seven

23   vodkas, on February 27th, before pulling

24   that trigger?

25             MR. SCHROEDER:  Objection.
```

```
1                    Edward Bienz              190

2              You can answer.

3              MR. CLARKE:  Actually, I'm going

4        to direct him not to answer that

5        question.

6              You haven't established that he

7        saw him do it.

8              MR. GRANDINETTE:  It doesn't

9        matter.

10       Q     As you sit here today, you know

11   Anthony DiLeonardo shot five rounds at the

12   vehicle?

13             MR. SCHROEDER:  Objection.

14       A     As of now?

15       Q     Yes.

16       A     Yes.

17       Q     It's in your statement.  You've

18   told a lot of people.

19             MR. CLARKE:  Not five rounds.

20             Ed, if you're beginning to jump

21       around and be vague --

22             MR. GRANDINETTE:  I got to hold

23       you to the facts, to the statement.

24             MR. CLARKE:  He never said five

25       rounds.
```

```
 1            Edward Bienz                    191
 2            MR. GRANDINETTE:  You're an
 3   experienced trial lawyer.
 4            MR. CLARKE:  As are you.
 5            MR. GRANDINETTE:  Just make your
 6   objection.  Let me move on.
 7            You can't have speaking
 8   objections.
 9            MR. CLARKE:  You have such a
10   willful intent to mislead and confuse
11   the question.
12            MR. GRANDINETTE:  Please make
13   your objection and let me move on.
14            MR. CLARKE:  You pick facts and
15   drop them into assumptions, you take a
16   guess and make it real.
17            It's magical, But it's improper.
18            MR. GRANDINETTE:  Just state
19   your objection.
20            MR. CLARKE:  Rephrase the
21   question.
22            As currently phrased, he is not
23   going to answer it.
24       Q    Sir, as you sit here today,
25   you're aware that Anthony DiLeonardo shot
```

```
 1                    Edward Bienz                    192
 2    his 38 into the front windshield of the cab
 3    on February 27th, right?
 4              MR. SCHROEDER:  Objection.
 5              MR. CLARKE:  Over objection, you
 6         can answer.
 7         A     Yes.
 8         Q     He struck Thomas Moroughan,
 9    right?
10         A     Yes.
11         Q     My point to you is, would you
12    agree with me that he would have been in a
13    far better position to make a judgment on
14    February 27th, 2011, when he pulled the
15    trigger, had he not had those seven drinks
16    prior to shooting?
17              MR. CLARKE:  You can answer,
18         over objection.
19              MR. SCHROEDER:  Objection.
20         A     Yes.
21              MR. CLARKE:  It's 1:45.
22              Take a lunch break?
23              MR. GRANDINETTE:  Sure.
24              MR. CLARKE:  I got 2:53,
25         accumulated time.
```

```
 1                    Edward Bienz              193

 2                 (Lunch recess)

 3        Q      Mr. Bienz, I'm going to direct

 4    your attention, please, back to February 26,

 5    2011; and I'd ask to have Plaintiff's 58 in

 6    front of you when we go through some of my

 7    questioning.

 8               MR. SCHROEDER:  What's 58.

 9               MR. GRANDINETTE:  58 is the

10        alcohol chart.

11               MR. CLARKE:  That

12    Mr. Grandinette's office prepared.

13               MR. GRANDINETTE:  Okay.

14        Q      Now, can you tell me when you

15    made plans to go out on the 26th, what the

16    background was with that?

17        A      We made the plans a few days

18    previous.

19               I had been working during the

20    course of the evening.  And my cousin

21    Christopher, who's also one of my close

22    friends, called me and asked me if I wanted

23    to go out to dinner, to the Black Forest

24    Brew Haus, with him and his girlfriend.

25               So I was off that night, so I
```

```
 1                    Edward Bienz                  194
 2      said, yeah, I'll go.
 3                    When I got off the phone, he
 4      happened to be doubled up at that time with
 5      Anthony DiLeonardo and with the RMP car.  He
 6      said, how come we don't hang out?  I said,
 7      you want to come along?  And he is like,
 8      yeah, sure.  I'll come along with you.
 9                    So we had planned to go, on that
10      evening, to dinner with my cousin and his
11      girlfriend, and with possibly another
12      couple.  It was friends of my cousin's
13      girlfriend, Anthony, my wife, and his
14      girlfriend, about the day before.
15                    Sometime in that window, my
16      cousin called me and canceled due to
17      illness.  And obviously the other people who
18      were possibly going with them, weren't going
19      to come, because they didn't know us.
20                    So me and my wife decided to
21      keep the plans and go to dinner with
22      Anthony.
23           Q       What time did you plan to meet
24      Anthony?
25           A       8 o'clock.
```

Edward Bienz                    195

1

2    Q    You said you were off that day.

3         Do you recall which day?

4    A    No.

5    Q    Did you have anything to drink

6    of an alcoholic nature prior to driving to

7    the Brew Haus?

8    A    No.

9    Q    How about your wife?

10   A    No.

11   Q    So did you make it on time?

12   A    Yes.

13   Q    Were you there at 8:00, a little

14   after 8:00, do you recall?

15   A    No.  It was 8 o'clock.

16   Q    8 o'clock on the dot?

17   A    Yes.

18   Q    Did you GPS it?  How did you get

19   there?

20   A    I knew where it was.

21        I went to school in the area.

22   Q    So it's near SUNY Farmingdale?

23   A    Yes.

24   Q    Tell what you did when you got

25   there, briefly.

```
 1                    Edward Bienz                    196
 2        A       Parked my car.
 3                And we got out and went inside.
 4        Q       Was Anthony on time.
 5        A       Yes.
 6        Q       Was he there before you?
 7        A       I don't know.
 8        Q       Did you meet simultaneously?
 9        A       We were both there around the
10   same time, whether we waited in the car for
11   a few minutes, or vice versa.  We were both
12   there right around 8 o'clock.
13        Q       Take any time to get seated?
14        A       Not that I recall.
15        Q       I'm sure you enjoyed your
16   dinner.  You said in your statement, you had
17   dinner and appetizers?
18        A       Yes.
19        Q       Looking at Plaintiff's 58, and
20   looking at your statement, you said you left
21   about 9:30 or 10:00.
22        A       Yes.
23        Q       All right.
24                Do you know how long it took you
25   to get from the Black Forest Brew Haus in
```

```
1                    Edward Bienz                    197
2    Farmingdale to the Blue Honu?
3          A        Approximately 15-20 minutes.
4          Q        Do you know what the distance is
5    between those two places?
6          A        No.
7          Q        At any rate, any idea what time
8    you arrived at the Blue Honu?
9          A        No.
10         Q        According to your statement, you
11   remained -- before you drove to the Blue
12   Honu, did you make plans, prior to meeting
13   at the Black Forest Brew Haus, that you were
14   going to go from dinner into the Village, or
15   was this something spontaneous that came up
16   at dinner?
17         A        It came up from dinner.
18         Q        And whose idea was that, if you
19   remember?
20         A        I don't.
21         Q        So you don't know who decided to
22   go into Huntington Village?
23         A        We had -- you know, we talked
24   about doing something thereafter.  We
25   discussed a few ideas.  That's the one we
```

```
 1                    Edward Bienz                198
 2    settled on.
 3         Q      Anthony, in my understanding,
 4    was DiLeonardo had never been into
 5    Huntington Village, he wasn't familiar with
 6    the area?
 7         A      As far as I'm aware.
 8                I don't know if he had been
 9    there before.
10         Q      But you had to -- when you left
11    The Artful Dodger, you were taking him back
12    to Jericho Turnpike because he wasn't
13    familiar with the area, according to your
14    previous statement.
15                Does that refresh your
16    recollection at all?
17                MR. CLARKE:  Objection to the
18         form.
19         A      You asked me.
20         Q      All right.
21                Listen, do you have any
22    recollection, as you sit here today, whether
23    Anthony was ever out in Huntington Village?
24         A      Other than with me, no.
25         Q      So, this is a spontaneous
```

```
 1                    Edward Bienz                 199

 2   decision, you drive, Anthony drives your car

 3   from the Brew Haus to the Blue Honu?

 4          A      Say that again.

 5          Q      From the Brew Haus to the Blue

 6   Honu?

 7          A      Yes.

 8          Q      Now according to the chart, it

 9   says that you were at the Black Forest Brew

10   Haus from 8:00 to 9:30.

11                 That could have been from 8:00

12   to 10:00, you're saying?

13          A      Yes.

14          Q      I'd like you to do me a favor

15   and just write in on your copy, you know,

16   your recollection, 8:00 to 10:00.

17          A      (Indicating.)

18          Q      Now according to your statement,

19   it said that you stayed at the Blue Honu for

20   about a half hour, correct?

21          A      Yes.

22          Q      So you said it would take about

23   15 minutes to get from Farmingdale to

24   Huntington Village?

25          A      Approximately.
```

Edward Bienz                              200

1

2       Q        When you got there, where did

3    you park?

4       A        On a public lot on the west

5    side, near New York Avenue.

6       Q        Then you walked into the Blue

7    Honu.

8                Give me an estimate, the best

9    you can, right in there, the time frame that

10   you believe you were in the Blue Honu.

11      A        Write down an estimate?

12      Q        Yeah.

13               MR. CLARKE:  I have a problem

14          with him writing down estimates.

15               MR. GRANDINETTE:  It's okay.  I

16          want him to write it in the chart.

17          Give me an estimate as to what time

18          you were in the Blue Honu.

19               MR. CLARKE:  You want him to

20          write an estimated time?

21      Q        I want you to write down what

22   time.

23               If you want to write EST before

24   the time, that's fine.

25      A        Well, I mean, there's a half

```
 1                    Edward Bienz              201
 2   hour written down.
 3              I don't really know if we left
 4   at 9:30 or 10 o'clock.  Half hour, I could
 5   have been there a half hour earlier.
 6         Q     That's why it's an estimate.
 7              The best you can.  Give me an
 8   estimate.
 9         A     Could be 10 o'clock.
10         Q     Then you said that you were
11   there --
12              MR. CLARKE:  An estimate.
13              Now you're estimating you were
14         there at 10:00?
15              You wrote down 10 o'clock.
16              What does it mean?
17              THE WITNESS:  You know what, I'm
18         getting confused, what you want me to
19         do here.
20              First you have me write 10
21         o'clock, then put in the approximate
22         time I left.
23              Now you have me at 10 o'clock,
24         estimating when I got there.
25              I already explained that it was
```

```
 1              Edward Bienz              202
 2   around 9:30 or 10.
 3          So obviously it's about a 15 to
 4   20-minute, approximately, drive down
 5   to the area.
 6          So then subsequently you exit
 7   your car, right.  You walk into the
 8   establishment.  Now that would be the
 9   time when you arrive there.
10          If we're doing all these things,
11   obviously there's a time you're going
12   to take, depending on how many traffic
13   lights you hit, how long does it take
14   to exit your car and walk there.  It's
15   all approximate.
16          We left, the Black Forest Brew
17   Haus between 9:30 and 10 o'clock.
18          Q      Can you give me an estimate of
19   what time you were in the Blue Honu that
20   night?
21          A      An estimate?
22          Q      Yes?
23          A      Between 9:50 to 10:30.
24          Q      Could you write that down
25   please, when can you arrived.
```

```
1                    Edward Bienz                    203

2        A        (No response)

3        Q        Now, you indicated you stayed,

4   in your statement, about a half hour, you

5   went across the street.

6                 How far is it from the Blue Honu

7   to The Tavern?

8        A        Quarter mile.

9        Q        Did you walk or take your car?

10       A        Walked.

11       Q        Was The Tavern still open?

12       A        To the best of my memory, yes.

13       Q        Have you been there since?

14       A        No.

15       Q        According to your statement, you

16   were there for about an hour, in The Tavern.

17                So can you give us an estimate,

18   by writing it in there, the hours that you

19   were at The Tavern, or the hour you

20   remember?

21                Just for the record, if you can

22   tell us what you're writing.

23       A        Between 2250 to 2330.

24       Q        Then according to this, you were

25   at The Artful Dodger for another hour.
```

Edward Bienz                                204

2          How far is it from The Tavern

3    The Artful Dodger?

4          A      Short walk.  Less than half a

5    mile.

6          Q      Did you walk it that night?

7          A      Yes.

8          Q      So, under a half mile?

9          A      Yes.

10         Q      Is it on the same street?

11         A      No.  It's like one block over.

12         Q      You walked it, you didn't take

13   your cars?

14         A      Yes.

15         Q      So, could you then record the

16   time that you believe you were in The Artful

17   Dodger?

18         A      When we arrived?

19         Q      The time -- the hour that you --

20   approximately the hour that you spent The

21   Artful Dodger.

22                For the record, what time was

23   that?

24         A      Between 2330 to 0100.

25         Q      Now, would it be fair to say

```
1                    Edward Bienz                    205

2     that based upon your previous statement,

3     that when you went to these three places,

4     your purpose was to socialize and enjoy

5     yourself with your company?

6          A      Yes.

7          Q      That's what you did?

8          A      Yes.

9          Q      Would it be fair to say that you

10    drank -- you didn't have anything to eat,

11    right?

12                MR. CLARKE:  He ate at the Brew

13         Haus.

14                Which place are you talking

15         about?

16                MR. GRANDINETTE:  All three

17         places.

18         Q      You went, you drank; you didn't

19    have anything to eat.

20                MR. SCHROEDER:  Objection.

21                MR. CLARKE:  Objection to the

22         form.

23                You can answer.

24         A      Nothing to eat in the three

25    places.
```