Edward Bienz                    206

1

2      Q      I would like to just review with

3  you, paragraph four of your statement to the

4  Internal Affairs bureau -- Unit.

5             "We discussed doing something

6  else."

7             MR. CLARKE:  You're reading from

8       the document?

9             MR. GRANDINETTE:  Yes.

10     Q      "We discussed are doing

11 something else.  We all decided to call it a

12 night and head home about 1:00 a.m.  Anthony

13 was unfamiliar with the area I told him to

14 follow me down to Route 110, and I would get

15 him to Jericho Turnpike.  I was driving my

16 car, and Anthony was driving Sophie's car."

17             Was that an accurate statement,

18 what happened about 1 o'clock?

19     A      Yes.

20     Q      Now, keeping in mind,

21 Plaintiff's 58, and your acknowledgement

22 that you had a eight beers between 8:00 and

23 1:00 a.m., when you left The Artful Dodger,

24 were you intoxicated?

25     A      No.

```
1                    Edward Bienz                207
2        Q        When you left The Artful Dodger,
3   were you impaired?
4        A        No.
5        Q        Keeping in mind that you
6   observed Anthony drink at least seven vodkas
7   between 8:00 and 12:00, when Anthony left,
8   was he intoxicated?
9        A        No.
10                MR. SCHROEDER:   Objection.
11       Q        Was Anthony DiLeonardo impaired?
12       A        No.
13       Q        How about Sophie Cornea?
14       A        No.
15       Q        And your wife?
16       A        No.
17       Q        Do you believe that your wife
18  was impaired, based upon her consumption of
19  alcohol?
20       A        No.
21       Q        How about Sophie Cornea?
22       A        No.
23       Q        Now, after leaving The Artful
24  Dodger, you indicated that you got in your
25  car, correct?
```

<pre>
 1              Edward Bienz                    208
 2      A       Yes.
 3      Q       So, you made the conscious
 4  decision to drive after drinking?
 5              MR. CLARKE:   Objection.
 6              You can answer.
 7      Q       You made a decision to drive
 8  your car after drinking, right?
 9      A       Yes.
10      Q       Now, and you also said you
11  observed Anthony drive his car, correct?
12      A       Yes.
13      Q       After drinking the eight beers
14  between 8:00 and 1:00 a.m., was your ability
15  to operate your motor vehicle impaired to
16  any degree --
17      A       No.
18      Q       -- when you operated it between
19  The Artful Dodger and 422 Oakwood Road?
20              MR. CLARKE:   Objection.  Asked
21      and answered.
22              You can answer it again.
23      A       No.
24      Q       Was your physical coordination
25  impaired to any degree when you left The
</pre>

```
 1                   Edward Bienz                   209
 2    Artful Dodger?
 3                  MR. CLARKE:   Objection.
 4                  You can answer.
 5       A      No.
 6       Q      As a result of your consuming
 7    those eight beers, was your cognitive
 8    process impaired to any degree?
 9       A      No.
10       Q      Meaning by cognitive process,
11    was your thought process impaired at all?
12       A      No.
13       Q      Your perception?
14       A      No.
15       Q      Your memory?
16       A      No.
17       Q      Your awareness?
18       A      No.
19       Q      Your judgment?
20       A      No.
21       Q      Your reaction time?
22       A      No.
23       Q      You're analytical abilities?
24       A      No.
25       Q      Your motor skills?
```

```
 1              Edward Bienz              210
 2        A       No.
 3        Q       Do you know, having observed
 4   Anthony DiLeonardo drink those seven vodkas
 5   that night, and having worked with him for
 6   six to eight months, as a result of
 7   consuming those seven vodkas, was his
 8   ability to operate his motor vehicle
 9   impaired to any degree?
10        A       No.
11        Q       Was his physical coordination
12   impaired at all?
13        A       No.
14        Q       Was any of his cognitive process
15   impaired at all?
16        A       No.
17        Q       His ability to think?
18        A       No.
19        Q       Perceive events?
20        A       No.
21        Q       His memory?
22        A       No.
23        Q       His awareness?
24        A       No.
25        Q       Was any of his analytical
```

```
 1              Edward Bienz                    211
 2    abilities impaired at all?
 3         A      No.
 4         Q      After drinking those eight
 5    drinks, and getting behind the wheel of the
 6    car at 1:00 a.m., and driving, did you
 7    believe that you were violating any of the
 8    Nassau County rules and regulations
 9    regarding officer conduct?
10         A      No.
11         Q      Did you believe you were
12    violating any Vehicle & Traffic Law?
13         A      No.
14         Q      This wasn't a situation where
15    you believed you were violating rules and
16    consciously disregarded that, and did it
17    anyway?
18         A      No.
19         Q      Did you believe, when you got
20    behind the wheel of the car at 1 o'clock,
21    after leaving The Artful Dodger, that you
22    were exercising poor judgment by driving
23    your automobile?
24              MR. CLARKE:  Objection.
25              (Mr. Mitchell just came in.)
```

```
1                    Edward Bienz                212

2        A      No.

3        Q      Did you believe that Anthony

4   DiLeonardo was using poor judgment after

5   drinking seven vodkas and getting behind the

6   wheel of Sophie's car at 1:00 a.m.?

7               MR. CLARKE:   Objection.

8        A      No.

9        Q      Now, according to the hospital

10  records in this case, on February 27th,

11  2011, your body weight was recorded as 190

12  pounds; is that accurate?

13       A      Yes.

14       Q      Were you 6-foot 2?

15       A      Yes.

16       Q      You said that you had dinner and

17  appetizers between 8:00 and 10:00?

18       A      Yes.

19       Q      With nothing to eat after that,

20  correct?

21       A      Yes.

22       Q      So after you leave The Artful

23  Dodger, I understand that you planned to

24  bring Anthony DiLeonardo back to the Jericho

25  Turnpike, correct?
```

```
 1                    Edward Bienz                213
 2         A       Yes.
 3         Q       Anthony DiLeonardo was from
 4  Massapequa?
 5         A       Yes.
 6         Q       So he wasn't familiar with the
 7  area.  Your plan was to shoot down 110, take
 8  him to Jericho, and send him on his way?
 9         A       Yes.
10         Q       Then what was your plan from
11  there, to make a left and head towards King
12  Park, or turn around?
13                 MR. CLARKE:  Objection.
14         ███████.
15         Q       ████████, I'm sorry.
16         A       Head down Jericho.
17         Q       To your home in ████████?
18         A       Yes.
19         Q       You agree that it's just a
20  straight, approximately four-mile drive,
21  straight down Route 110 north, to get to
22  Jericho Turnpike, correct?
23         A       *No.
24         Q       What happened on your way to
25  Jericho Turnpike?
```

```
                        Edward Bienz              214
 1

 2                 MR. SCHROEDER:   Objection to

 3         form.

 4                 MR. GRANDINETTE:   I'll withdraw

 5         the question.

 6         Q       You leave The Artful Dodger with

 7   your wife?

 8         A       Yes.

 9         Q       And Anthony leaves with Sophie?

10         A       Yes.

11         Q       You park next to each other,

12   from when you arrived?

13         A       In the vicinity of each other.

14         Q       You get in your car, he's going

15   to follow you?

16         A       Yes.

17         Q       What happens next?

18         A       Proceed southbound on New York

19   Avenue.

20                 When you start getting into

21   the -- south of the railroad track, the road

22   divides a few times.  That's why either one

23   section, you got to bear right; one section,

24   you bear left, to take New York Avenue,

25   which becomes 110 at Jericho Turnpike.
```

```
1                    Edward Bienz                215
2              During -- while driving the car,
3    instead of bearing left, I beared right,
4    which put me on a side street in Huntington.
5         Q      Let me just read you paragraph
6    number four, okay --
7         A      Yes.
8         Q      -- starting from where we left
9    off.
10            "█ ███  ██████  ████  ██████
11   █████  ██████  ████████  ████  █ ███  ██  ███
12   ███  ██  ████████  ████  █ ███ █  ████
13   █████  ████ █ █████  ██████  ██████  ██████
14   █████  ██████████  ████  █████." "
15            Is that the road that you're
16   talking about, that you inadvertently merged
17   onto --
18            MR. SCHROEDER:  Objection.
19        A      Yes.
20        Q      "█ ████  █████  ████████████  ████
21   ██████ █ ███  ████████  ██████  ████████
22   ███████  ██████  ██████  ██████  ██████," "
23   correct?
24        A      Yes.
25        Q      ████████  █████████  ████ █ █ ████
```

Edward Bienz

1

2 ███ ██ ████

3 █ ██ ██ ███ ███

4 ████ ██ ██ ██ ██ █ ██ ███

5 ██ ██ ███ ██ ██ ██

6 ████ █ ██ ██ ██ ███

7 ██ ██ ███ █ █ █

8 ████ ██ ██ ███ ██

9 ████ ██ ███ ██ █ ███

10 ██ ██ ███ ██ ██ ██

11 ██ ██ █ ██ ██ ███ ██ ███

12 █ ██ ████ ."

13          Do you remember making that

14 statement to the Internal Affairs Unit?

15      A     Yes.

16      Q     After you made the turn onto

17 West Hills Road, how long until you realized

18 that you took the wrong turn?

19      A     Took me a little bit of time.

20      Q     Approximately how long until you

21 realized you were with no longer on Route

22 110?

23      A     Ten seconds.

24      Q     And then ten seconds onto West

25 Hills Road, did you stop and turn around?

```
 1                    Edward Bienz                217
 2        A      No.
 3        Q      So you proceeded down West Hills
 4   Road, which turns you into West 19th Street?
 5        A      Yes.
 6        Q      And when you got to the end of
 7   West 19th Street, according too this, you
 8   made another wrong turn, heading northbound
 9   on Oakwood Drive, back towards Huntington,
10   right?
11        A      Yes.
12        Q      So in that sense, you got lost,
13   and you eventually made a right-hand turn
14   onto Oakwood Drive, lending back to
15   Huntington --
16               MR. CLARKE:   Objection.
17        Q      And away from Jericho Turnpike?
18        A      Yes.
19        Q      It says that at some point, my
20   wife commented that I was going the wrong
21   way, right?
22        A      Yes.
23        Q      So when did your wife tell you
24   that you were driving in the wrong
25   direction?
```

```
 1                    Edward Bienz                    218
 2        A       I don't remember.
 3                We were engaged in conversation
 4    about the evening, just small talk.
 5                And at point, I made the wrong
 6    turn.  I realize it, then I took her -- she
 7    realized it.
 8                And then when I got to Oakwood,
 9    I made a right, going north, instead of
10    which would make a left, which would have
11    took you southbound, to Jericho.
12        Q       Would it be fair to say, this is
13    the first time in your life that you have
14    gotten lost going from Huntington Village to
15    Jericho Turnpike?
16        A       No.
17        Q       You had gotten lost driving
18    between Huntington Village and Jericho
19    Turnpike in the past?
20        A       Sometimes you just miss the
21    split, and the road splits; I take the wrong
22    one.  You can cut back over.
23        Q       I appreciate that.
24                My question to you is, would it
25    be fair to say that this is the first time
```

```
1                    Edward Bienz                    219
2    you have gotten lost driving between
3    Huntington Village and Jericho Turnpike?
4              MR. CLARKE:  Yes.  He just told
5         you.
6              MR. SCHROEDER:  Objection.
7    A    No.
8    Q    So how many times prior to
9    February 27, 2011, had you gotten lost
10   driving between Huntington Village and
11   Jericho Turnpike?
12   A    I don't know.
13   Q    Can you give me an estimate?
14   Did you get lost on one prior occasion, two
15   prior occasions, ten?
16   A    Once o twice.
17   Q    Can you tell me when, in
18   relation to February 27, those times were?
19   A    Previous.
20   Q    When previous?
21   A    I don't know.
22        It's not really lost, per se.
23   It's just you make a wrong left, you are
24   like, ah, you have correct it.  You know the
25   area.
```

```
1                  Edward Bienz                    220
2              It's not like lost, you don't
3    know.  It's like you make a wrong turn.
4    You're in the middle of changing the radio
5    station, or you're thinking about something
6    you had to do.  You have to readjust your
7    course.
8         Q      On the prior occasions of which
9    you made a wrong turn driving from
10   Huntington Village to Jericho Turnpike, did
11   you have anything no drink?
12        A      No.
13        Q      Now, you indicated in here -- in
14   your statement, that you didn't recall being
15   in any kind of confrontation with another
16   car?
17             MR. CLARKE:  Objection.
18        Misstates the statement.
19        Q      Where it says, at no time was I
20   in a confrontation or road rage type
21   incident with any other car or driver,
22   correct --
23        A      Yes.
24        Q      -- between leaving the parking
25   lot and your arrival on Oakwood Drive that
```

```
 1                    Edward Bienz                221
 2   night, do you recall being engaged with
 3   another motor vehicle in any type of
 4   incident at all?
 5        A     I was involved with no other
 6   motor vehicle.
 7        Q     So, would be fair to say that
 8   you never flashed your high beams at any
 9   other motor vehicle, between those two
10   points?
11        A     No.
12        Q     That you never observed a white
13   Prius taxi between the time that you left
14   The Artful Dodger and the time that you
15   arrived at Oakwood Road and Tippin Drive?
16        A     I didn't see a taxi.
17        Q     Never saw a white taxi?
18        A     No.
19        Q     No car ever flashed their high
20   beams at you, after you turned onto West
21   Hills Road?
22        A     No.
23        Q     Did you ever tailgate another
24   motor vehicle after you got on West Hills
25   Road --
```

```
1                    Edward Bienz                    222
2          A      No.
3          Q      -- prior to stopping at Oakwood
4    Road and Tippin?
5          A      No.
6          Q      Did you ever pass a motor
7    vehicle on the left-hand side, while you
8    were on West Hills Road or 19th street?
9          A      No.
10         Q      When you were driving down West
11   Hills Road, which became West 19th Street,
12   what direction of travel was that road?
13         A      West.
14         Q      Okay.  When you were traveling
15   west, did you ever cross into the eastbound
16   traffic lane?
17         A      No.
18         Q      Buy the way, West Hills Road is
19   a two-lane Road, one west, one east?
20         A      Yes.
21         Q      Did your driver's side ever --
22   your tires from your driver's side, ever
23   enter the eastbound traffic lane of West
24   Hills Road?
25         A      No.
```

Edward Bienz                                    223

1

2          Q        When you got onto West 19th

3     Street, did you ever go into the eastbound

4     traffic lanes of West 19th Street?

5          A        No.

6          Q        Now, Anthony DiLeonardo was

7     following you?

8          A        Yes.

9          Q        Did you observe him following

10    you from Huntington Village to the point in

11    time that you stopped at Oakwood Drive Road

12    and Tippin Drive?

13         A        Not the whole time.

14         Q        Did you see him following you

15    onto West Hills Road?

16         A        No.

17         Q        When was the first time that you

18    realized Anthony DiLeonardo was behind you,

19    after turning onto West Hills Road, if at

20    all?

21         A        I knew he was behind me, but I

22    wasn't watching.  I'm driving my car, so I'm

23    not watching in the rear-view mirror, what

24    he is doing.

25         Q        Is it your testimony, then, that

```
 1                    Edward Bienz                    224
 2   you didn't physically look to observe if he
 3   was behind you, but you presumed that he was
 4   behind you, after you turned onto West Hills
 5   Road, and you were traveling westbound down
 6   West 19th Street?
 7        A     Yes.
 8        Q     So you never observed his car
 9   with your eyes, through your mirrors, or by
10   turning around, while you were driving
11   westbound on West Hills Road or West 19th
12   Street that night?
13        A     No.  Not that I recall, no.
14        Q     How about when you made a
15   right-hand turn onto Oakwood Drive, nor did
16   you observe his vehicle behind your vehicle?
17        A     Yes.
18        Q     When was the first time, after
19   turning onto Oakwood Drive, heading
20   northbound, that you physically observed
21   Anthony DiLeonardo's car?
22        A     When he pulled up behind me.
23        Q     When was that?  After you
24   stopped?
25        A     It was after I stopped my car.
```

Edward Bienz                    225

1

2       Q        According to your statement, you

3   made the right-hand turn, I believe you

4   indicated your wife said something about you

5   going the wrong way.  You pull over on, I

6   guess it's the eastbound side of Oakwood

7   Drive, facing northbound at the intersection

8   of Tippin Drive, right?

9       A        Pulled over into the shoulder.

10      Q        Then after you pulled over, how

11  long after that until Mr. DiLeonardo pulls

12  up behind you?

13      A        Very short amount of time.

14      Q        If you could give me an

15  estimate?

16      A        Few seconds.

17      Q        So, is it your testimony, then,

18  from making the right-hand turn onto West

19  Hills Road until the point in time that you

20  pulled over at the intersection of Oakwood

21  and Tippin, facing northbound, you didn't

22  physically observe DiLeonardo's car with

23  your own eyes or through your mirror,

24  following you?

25      A        To the best of my memory, yes.

<pre>
 1                   Edward Bienz                 226
 2        Q       So, the best of your memory,
 3   yes, meaning you didn't physically observe
 4   his car behind you, you just assumed he was
 5   behind you?
 6        A       Yes.
 7        Q       If you didn't look in your
 8   rear-view mirror, then you weren't able to
 9   observe whether or not Anthony DiLeonardo
10   was engaged in any activity with any other
11   motorist behind you?
12        A       Yes.
13        Q       You certainly -- would it be
14   fair to say, as you sit here today, you
15   didn't observe Anthony DiLeonardo involved
16   in any kind of road rage incident with
17   another vehicle?
18        A       I didn't observe anything.
19        Q       When you left the bar in
20   Huntington, was Anthony DiLeonardo right
21   behind you -- or the parking lot, excuse me?
22                MR. SCHROEDER:  Objection to
23        form.
24        A       Yes.
25        Q       To your knowledge, did any car
</pre>

```
                        Edward Bienz                    227
```

1       Edward Bienz     227

2  ever get in between you and Mr. DiLeonardo's

3  car while he was following you?

4      A     No.

5      Q     So, it was your understanding is

6  that when you made the right-hand turn onto

7  West Hills Road, he was right behind you?

8      A     Yes.

9      Q     As you sit here today, you're

10  saying to us, you don't believe -- or you

11  never observed any car get in between you

12  and Mr. DiLeonardo?

13      A     I didn't make any observations.

14      Q     After you entered West Hills

15  Road, you never passed a car on West Hills

16  Road or West 19th Street, correct?

17      A     No.

18          MR. CLARKE:  No, you didn't, or

19        no, that's not correct?

20          THE WITNESS:  No, I didn't pass

21        any cars.

22      Q     When you left the parking lot in

23  Huntington Village, to the time you pulled

24  over at Oakwood and Tippin, did you violate

25  any Vehicle & Traffic Laws?

```
1                    Edward Bienz                    228

2         A       No.

3         Q       Did you ever fail to signal?

4         A       No.

5         Q       Did you ever tailgate another

6    motorist?

7         A       No.

8         Q       Did you ever pass another

9    motorist in a non-passing zone?

10        A       No.

11        Q       Did you ever exceed the posted

12   speed limits?

13        A       No.

14        Q       What's the posted speed limit on

15   Route 110?

16        A       I don't know.

17        Q       How do you know you never

18   exceeded the speed limit?

19        A       Because I was operating my car

20   in a reasonable and prudent manner.

21        Q       Would you have conceded that you

22   can't say that you never exceeded the speed

23   limited, if you don't know what the speed

24   limit is?

25                MR. CLARKE:  He's answered your
```

Edward Bienz                           229

1    question.

2         Q      I'm asking you a question.

3              It would you concede that you

4    can't affirmatively tell me you didn't

5    exceed the speed limit, if you don't know

6    what the speed limit is?

7         A      I don't know what the speed

8    limit is.

9         Q      So would that mean you can't

10   tell me if you exceeded the speed limit, if

11   you don't know what it is?

12        A      I can't tell you.

13        Q      When you turned onto West Hills

14   Road, sir, do you know if there's a change

15   in the speed limit?

16        A      No.

17        Q      There's not a change in the

18   speed limit?

19        A      I don't know.

20        Q      So you don't know what the speed

21   limit is on West Hills Road?

22        A      No.

23        Q      Do you know if you exceeded the

24   speed the limit on West Hills Road?

```
 1                    Edward Bienz                    230

 2         A       No.

 3         Q       Do you believe you exceeded the

 4    speed limit on West Hills Road?

 5         A       No.

 6         Q       Can you tell me how fast you

 7    were have driving on West Hills Road?

 8         A       No.

 9         Q       Describe for me how you said you

10    merged from West Hills Road onto West 19th

11    Street.  Describe the topography of that

12    merge?

13                    MR. SCHROEDER:  Objection.

14         A       To the best of my recollection,

15    it's not only a merge, it's a street name

16    change, when it kind of goes from a little

17    bit of a minor commercial area to

18    residential.

19         Q       So, then West Hills Road runs

20    west, and after a certain point in time, it

21    turns into West 19th Street?

22         A       Yes.

23         Q       So you didn't have to turn off

24    onto another road?

25         A       No.
```

```
1                    Edward Bienz                    231
2         Q       Is there an intersecting road at
3    which point the name changes from West Hills
4    to 19th Street?
5         A       There might be.
6         Q       Do you know the name of that
7    road?
8         A       No.
9         Q       Is there a device, traffic
10   control device, that controls that
11   intersection?
12               MR. CLARKE:   Where the name
13         changes?
14               MR. GRANDINETTE:   Yes.
15        A       Stop sign.
16        Q       Do you know if you ever drove
17   through that stop sign on the evening in
18   question?
19               MR. CLARKE:   You mean, without
20         stopping?
21               MR. GRANDINETTE:   Right.
22        A       I would have stopped.
23        Q       Do you know if there's a light
24   that controls that intersection?
25        A       No.
```

Edward Bienz                          232

1

2      Q      Do you recall if you drove

3  through that light?

4             MR. CLARKE:  He doesn't know if

5         there's a light there.

6      A      It wasn't there.

7      Q      You indicated to me that you did

8  not observe Anthony DiLeonardo driving after

9  you turned onto West Hills Road; you

10  couldn't say whether or not Anthony

11  DiLeonardo violated any Vehicle & Traffic

12  Law from the time that you turned onto West

13  Hills Road to the time that he pulled over

14  behind you, correct?

15     A      I don't know what he did.

16     Q      Likewise, you don't know if he

17  flashed his high beams at anybody or had any

18  kind of road rage incident?

19     A      I don't know.

20     Q      Now, there comes a point in time

21  where you pulled over on the side of the

22  road.

23            Describe West Hills Road for me

24  at the intersection of Tippin Drive?

25     A      Two lanes of traffic;

```
 1                    Edward Bienz                233
 2   northbound, southbound.  Relatively wide.
 3   Has a stop sign at the corner, and a
 4   full-size shoulder on the east side.
 5        Q     What was on the westbound side
 6   of the road?
 7              Is there a landmark there?  Do
 8   you recall if there's a school there?
 9        A     Yeah.  I don't know the name of
10   it.
11        Q     But there's a big school
12   property there?
13        A     Some sort of a government
14   property.
15        Q     And then on the eastbound side?
16        A     It's residential.
17        Q     Was your vehicle parked in front
18   of a home, residential home?
19        A     Yes.
20        Q     Now, can you tell me what the
21   purpose was of you pulling over?
22        A     I was waiting for -- I was
23   assuming that Anthony DiLeonardo was going
24   to pull up next to me.
25        Q     Why did you stop, in the first
```

```
1                    Edward Bienz                    234

2    operation?

3         A       Because we had to turn around.

4         Q       Did you elect to stop to speak

5    to him and explain to him that you needed to

6    turn around, rather than simply turning

7    around?

8         A       Yes.

9         Q       Why did you do that?

10        A       It's what I chose to do.

11        Q       So was just something you did

12   subconsciously, you were going to pull over,

13   tell him you were heading in the wrong

14   direction, turn around?

15        A       Yes.

16        Q       Then, he pulls up behind you,

17   correct?

18        A       Yes.

19        Q       Now, there comes a point -- what

20   happens next, after he pulled up behind you?

21        A       DiLeonardo pulls up behind me --

22        Q       Yes?

23        A       -- and stops.

24                Then another vehicle pulls up

25   next to his.
```

```
 1                    Edward Bienz                    235

 2           Q        Before the other vehicle pulls

 3   up next to his, when Anthony DiLeonardo

 4   pulls up behind you, right?

 5           A        Yes.

 6           Q        You said you had a purpose,

 7   correct?

 8           A        Yes.

 9           Q        Your purpose was what?

10           A        To tell him to turn around.

11           Q        So after he pulls up behind you,

12   what do you do next.

13           A        Sat in my car for a few seconds.

14           Q        Then what?

15           A        The another car pulled up next

16   to his.

17           Q        Between the time that you were

18   on West Hills Road, up to the time that you

19   stopped at Oakwood, you said you were having

20   some idle chitchat with your wife, right?

21           A        Yes.

22           Q        Do you recall what that was?

23           A        No.

24           Q        When she told you, you're going

25   the wrong way, and you pulled over, did you
```

```
 1                    Edward Bienz                    236
 2    have any other further conversation with
 3    her, at the corner of Oakwood and Tippin?
 4         A     No.
 5         Q     Did you ask her to, you know,
 6    get out of the car and go tell Anthony,
 7    we're going the wrong way?  Did she ever say
 8    anything to you?
 9         A     No.
10         Q     Prior to leaving that night --
11    I'm assuming you had Anthony DiLeonardo's
12    cell phone number?
13         A     Yes.
14         Q     Did you ever pick up your cell
15    phone and call him and say, swing it around,
16    we're going the wrong way?
17         A     No.
18         Q     So, after he stops behind you,
19    does there come a point in time that your
20    wife exits the car?
21         A     Yes.
22         Q     Does your wife exit the door car
23    prior to this other motor vehicle arriving
24    at the scene?
25         A     Around the same time.
```

```
 1                    Edward Bienz                237
 2          Q       So, why don't you tell me, in
 3     your own words, what your recollection is of
 4     what happens next?
 5                    MR. GRANDINETTE:   I'll withdraw
 6            the question.
 7          A       Well, I'm going to start a
 8     little before that.
 9                    MR. GRANDINETTE:   We marked
10            Plaintiff's Exhibit 1558 A as an
11            exhibit that you hand wrote on your
12            estimate of the times, okay, for the
13            record.
14          Q       Now, Officer Bienz, I just want
15     to go over one more time, your conversations
16     with your wife.
17                    From the time that you entered
18     the car in Huntington Village to the time
19     that you now pulled over and Anthony
20     DiLeonardo pulled up behind you, what, if
21     any, conversation did you have with your
22     wife?
23          A       Just small talk.
24          Q       Do you have any recollection of
25     what that small talk was about?
```

```
 1              Edward Bienz                  238

 2         A        Probably about the evening.  If

 3    she liked who she had met, the people.

 4    Nothing --

 5         Q        Do you recall whether or not she

 6    commented on either Anthony DiLeonardo or

 7    Sophie Cornea?

 8         A        No.

 9         Q        So, would it be fair to say that

10    you don't have a recollection of the content

11    of what you discussed, other than it was

12    small talk?

13         A        No.  I don't recall.

14         Q        No, meaning you don't recall the

15    conversation?

16         A        I don't remember the specifics

17    of the conversation.

18         Q        Do you recall your wife ever

19    mentioning anything about another car?

20         A        No.

21         Q        Did your wife ever mention

22    anything about a white Prius?

23         A        No.

24         Q        Did your wife ever mention

25    anything about bright lights being flashed
```

1            Edward Bienz                    239

2    or, you know, honking the horn at your car,

3    or the manner in which you were driving,

4    anything like that?

5         A     No.

6         Q     In your statement you indicated

7    that you had no recollection of any

8    confrontation or road rage incident.

9              MR. CLARKE:  Doesn't say

10             confrontation.  It's much clearer than

11             that, simpler than that.

12        Q     You say, at no time was I --

13             MR. CLARKE:  Before you inject

14             his recollection --

15        Q     At no time, you said, to IAU,

16   did you have any indication of an encounter

17   with a car, correct?

18        A     I said to IAU, said that I had

19   no confrontation or encounter with any other

20   vehicle.

21        Q     Good.

22             Now, I just want to make sure

23   nothing your wife said suggested that she

24   observed Anthony DiLeonardo's car behind

25   you, engaged in any kind of encounter,

```
1                    Edward Bienz                 240

2    right?

3         A       Okay.

4                 Can you rephrase the question.

5         Q       Sure.

6                 You just told us about your

7    conversation with your wife.

8         A       Yes.

9         Q       That although you don't recall,

10   it was small talk.

11                My question to you:  Would it be

12   fair to say that your wife never brought up

13   observations that she made regarding a

14   confrontation another car and Anthony

15   DiLeonardo's car?

16        A       She didn't say anything about

17   another vehicle.

18        Q       Now, what I'd like to do now is

19   talk to you about what happened after you

20   pulled over and Anthony pulled over,

21   involving this white cab and the shooting,

22   okay?

23        A       (No response)

24        Q       We start out with the

25   proposition that neither your wife nor you,
```

```
 1                    Edward Bienz                    241

 2      after you pulled over, had any reason to

 3      believe that there was any type of encounter

 4      with another vehicle?

 5           A     Yes.

 6                 (Whereupon, Plaintiff's 122 for

 7                 identification was so marked.)

 8           Q     Now, I ask you to take a look

 9      at what has been marked as Plaintiff's 122.

10      I ask you whether or not you recognize your

11      car and Anthony DiLeonardo's car in that

12      photograph?

13           A     Yes.

14           Q     Your car is which car?

15           A     The blue Acura.

16           Q     Anthony's car, or Sophie's, is

17      the white Infiniti, parked behind it?

18           A     Yes.

19                 MR. CLARKE:  Exhibit 122, right?

20                 MR. GRANDINETTE:  Yes.

21           Q     Is that the location of your car

22      where you pulled over on February 27th,

23      2011?

24           A     Yes.

25           Q     All right.
```

Edward Bienz                              242

So you pulled over now.  You're
going to tell Anthony you got to turn
around.

You said you decided not to give
him a call on your cell phone, right?

A        The thought didn't come to mind.

Q        What happens next, after you
pull over and Anthony DiLeonardo pulls up
behind you?

A        Another vehicle pulls up next to
Anthony's vehicle.

Q        And when you say it pulls up
next to Anthony's vehicle, can you tell me
where it pulled up next to his vehicle?

A        Adjacent to the driver's door.

Q        Was it in the northbound travel
lane?

A        Yes.

Q        Could you tell me, utilizing,
let's say, the front bumper of this vehicle,
where it pulled up adjacent to Anthony's
car?

A        Exactly, I don't really know,
but they were next to each other, adjacent

```
 1                 Edward Bienz                    243

 2    too each other.

 3         Q      So, do you know if the car that

 4    pulled up, did he position his car so that

 5    his passenger door was adjacent to Anthony's

 6    driver's door, as if to communicate?

 7         A      I don't know if that was his --

 8    why he pulled up like that.

 9         Q      Did you see that?  Did you

10    observe that this car that pulled up was

11    adjacent to Anthony's car?

12         A      Yes.

13         Q      Did it appear to you that he had

14    positioned -- this driver positioned his

15    passenger side door next to Anthony's

16    driver's side door so that the two could

17    communicate?

18         A      I don't know what his intentions

19    were.

20         Q      Not what his intentions were; is

21    that what you observed?

22              MR. CLARKE:  Your question

23         includes the concept of communication,

24         but it's asking about position.

25         You're asking about two things at
```

Edward Bienz                    244

1    once.

3         Q       Position.   Was his passenger
4    door adjacent to Anthony's driver's door?

5         A       Yes.

6         Q       And can you describe this car
7    that pulled up?

8                 MR. SCHROEDER:   At what point?

9         Q       As soon as it pulled up?

10        A       Are you speaking now, or are you
11   speaking --

12        Q       At the time the car pulls up,
13   stops next to Anthony's car.

14        A       Small white or silver-colored
15   cab.

16        Q       Okay.

17                How long after Anthony stopped
18   behind you until this cab pulse up?

19        A       Shortly after.

20        Q       Give me an estimate?

21        A       Few seconds.

22        Q       Under ten seconds?

23        A       Yes.

24        Q       How do you make this observation
25   that this car pulled up?

Edward Bienz                                    245

1

2          A        The mirrors in my car.

3          Q        Were both you and your wife in

4    your car at the time this car pulls up?

5          A        Yes.

6          Q        When you say mirrors, which

7    mirrors?

8          A        Side and rear.

9          Q        Did you notice anything else

10   about the other car at the time?

11         A        No.

12         Q        What is the next thing that

13   happens?

14         A        I notice that the driver of the

15   vehicle that pulled up, and DiLeonardo --

16   and subsequently Anthony DiLeonardo, they

17   both exit their vehicles, standing outside.

18         Q        How long until you observe the

19   first party get out of the car?

20         A        A few seconds.

21         Q        When you say a few seconds,

22   again, ten seconds, five seconds?

23         A        I'm really guessing -- under ten

24   seconds.

25         Q        This other motorist, this is a

```
1                    Edward Bienz                    246
2   small compact car?
3        A      Yes.
4        Q      How long after the motorist
5   exiting the small compact car is it until
6   Mr. DiLeonardo exits his car?
7        A      Right after.
8        Q      So, within seconds?
9        A      Yes.
10       Q      Prior to either individual
11  exiting their car, do you hear any words
12  spoken?
13       A      No.
14       Q      Do you see anything that
15  suggests there's some sort of exchange or
16  encounter between the two?
17       A      No.
18       Q      Prior to either gentleman
19  exiting the car, where was your wife?
20       A      In the car.
21       Q      So these other people get out of
22  the car, right, Anthony and this other
23  unknown person get out of the car prior to
24  your wife exiting your car?
25       A      Or about the same time.
```

Edward Bienz                         247

1

2       Q       How did you observe these

3   events?

4       A       From my mirrors.

5       Q       Which mirrors?

6       A       Side and rear.

7       Q       At this point in time, could you

8   tell if the person who got out of the

9   compact cash was male, female?

10      A       No.

11      Q       How far a distance is it between

12  your car are and -- I'm going to refer to

13  the white car was Anthony's car, but

14  understanding that it was -- it's registered

15  to his girlfriend?

16      A       I don't know who it's registered

17  to.

18      Q       Anyway, the car Anthony was

19  driving, how far behind your vehicle was it?

20              MR. SCHROEDER:  Again, you're

21          pointing to something.

22              MR. GRANDINETTE:  Plaintiff's

23          122.

24              MR. CLARKE:  You want him to

25          estimate the distance between the

```
 1                    Edward Bienz                    248
 2          front fender and the rear bumper?  Is
 3          that what you're asking him to do?
 4          Q       Approximately how far behind
 5   your car was Mr. DiLeonardo?  If you want to
 6   use a guidepost --
 7                 MR. CLARKE:  I'm asking you.
 8          Q       That's fine.
 9          A       I mean, these are the -- as long
10   as the cars were moved, the distance between
11   them.
12          Q       I'm not asking the distance in
13   the picture; I'm asking your recollection.
14                 Do you know how far his car was
15   behind yours?
16          A       About a car length.
17          Q       Does that appear to be an
18   accurate depiction of how far your cars were
19   parked back on February 27, 2015?
20                 MR. CLARKE:  What are you
21          referring to?
22                 MR. GRANDINETTE:  Plaintiff's
23          122, 2011.
24          A       Yes.
25          Q       Now, what happened?  What
```

```
1                    Edward Bienz                    249
2    happens next?
3          A       From where?
4          Q       The individual gets out of the
5    compact car.  Seconds later, Anthony gets
6    out of his car.
7          A       During that time, my wife had
8    exited our vehicle.
9          Q       During what time?
10         A       Right around the -- before they
11   had exited theirs.
12         Q       Earlier you said that your wife
13   had gotten out, right --
14         A       Yes.
15         Q       -- about the time that -- after
16   they got out?
17         A       Around about.
18         Q       Now you didn't hear any
19   exchange, oral exchange, between these
20   individuals --
21         A       No.
22         Q       -- at this point in time?
23         A       No.
24                 I was assuming that Anthony was
25   going to wave the car past him, and he was
```

Edward Bienz                    250

1
2      going to pull up next to me.

3              When we were waiting, the car

4      pulled up, and Anthony didn't pull up next

5      to me.

6              Because there was delay in

7      telling him to turn around, my wife was

8      going to -- she jumped out to tell him to

9      turn around.

10       Q       What I'm going to do, I

11     appreciate your explaining to me what

12     happened.

13             I'm going to ask you to continue

14     answering my questions.  I'm going to go

15     slow.

16             MR. CLARKE:  He's trying to

17         clarify, is what he is doing.

18       A       I'm trying to clarify.  It's

19     kind of getting -- we're going back and

20     forth.  I'm getting confused.  I got to keep

21     it straight for myself.

22       Q       We'll work on that.

23             MR. CLARKE:  Just don't

24         interrupt his answers.

25             MR. GRANDINETTE:  There's not a

Edward Bienz                    251

1
2          question posed.

3

4                  MR. CLARKE:   He was answering a
5          question.
6                  MR. GRANDINETTE:   No, he wasn't.
7                  MR. CLARKE:   Of course, he was.
8          Q       At any rate, you see the
9   occupant of the small car get out.
10                 Could you tell if it was a male?
11                 MR. SCHROEDER:   Objection.
12         Asked and answered.
13                 MR. CLARKE:   That was asked and
14         answered.
15         A       No.
16         Q       What happens next?
17         A       Anthony exits his vehicle.
18         Q       Do you see Anthony go anywhere
19   after he exits his vehicle?
20         A       No.  They're both standing
21   outside their doors.
22         Q       So, if I understand your
23   testimony, Anthony is standing outside of
24   his driver's side door of the white
25   Infiniti.

Edward Bienz                          252

2          Does he actually shut the door?

3   Does he leave the door open.  What do you

4   observe?

5          A       I don't know.

6          Q       You don't remember.

7                  How about the cab, or the small

8   compact car?  Does he shut his door, get

9   out, move?  Where does he go?

10         A       He's standing over the door and

11  the hood, kind of.

12         Q       Standing over the door.

13                 Does that mean -- did he

14  actually go around his door?

15         A       No.

16         Q       Was he in between his car and

17  the driver's seat?

18         A       From the best I could see.

19         Q       And were you now watching those

20  two individuals through your mirrors?

21         A       Yes.

22         Q       Did you believe that there was a

23  problem afoot, at that time?

24         A       Yes.

25         Q       Knowing that there was a problem

Edward Bienz                    253

1

2    afoot at that time, did you say to your

3    wife, honey, get back in the car?

4         A       No.  She already exited.

5         Q       Did you attempt to stop her or

6    yell and say, honey, I want you to get back

7    in the car, or words to that effect?

8         A       No.

9         Q       Now, what happens next?

10        A       My wife gets closer to those two

11   cars.  I watch her back-pedal, or walk back

12   towards our car.

13        Q       So when you say your wife

14   started walking closer to Anthony's car,

15   where was she walking after she exited the

16   car?

17        A       Towards Sophie's car.

18        Q       Was she on the sidewalk?  Was

19   she on the roadway?  What portion of the --

20   what was she walking on?

21        A       She was on the passenger side of

22   the car.  So that was roadway or grass.  I

23   don't know what was there.

24        Q       Did you physically watch your

25   wife walking back?

```
1                    Edward Bienz                 254
2          A       I had seen her start walking
3     backwards.
4          Q       How did you see her walking
5     backwards?
6          A       Top half of her body.
7          Q       Then were you looking over to
8     your right, at the passenger side, watching
9     your wife walk?
10         A       Over my shoulder.
11         Q       Over your shoulder?
12         A       Yes.
13                 Through a window.
14         Q       You have a specific recollection
15    of doing that?
16         A       Yes.
17         Q       But you can't tell me whether
18    she was on the grass, or whether she was --
19         A       It was on the ground.
20         Q       When you were watching this, did
21    your wife leave the door open?
22         A       No.
23         Q       She shut the door?
24         A       I believe it was closed.
25         Q       You're not 100 percent sure?
```

```
 1                    Edward Bienz                    255

 2         A       No.

 3         Q       You said your wife started to

 4    walk to Anthony's car, and then started to

 5    back-pedal, right?

 6         A       Yes.

 7         Q       How did she get from the

 8    passenger side to Anthony's car?

 9         A       From the passenger -- can you

10    rephrase the question.

11         Q       How far did your wife advance

12    towards Anthony's car prior to her

13    back-pedaling?

14         A       She got within a few feet.

15         Q       Of his car?

16         A       Of the front of the Infiniti.

17         Q       If you would, on Plaintiff's

18    122, can you see, in this photograph,

19    approximately how close she got?

20         A       No.

21                 I really don't exactly remember

22    exactly where she was when she started the

23    coming back.

24         Q       You said she got close to the

25    front of the car.
```

```
 1                    Edward Bienz                256
 2              Does that mean she never reached
 3     the front of the car?
 4          A      She was in the general vicinity.
 5          Q      Did she get past the rear bumper
 6     of your car, but not to the front bumper of
 7     his car?
 8          A      Somewhere in that area.
 9          Q      So would it be fair to say,
10     then, that the distance between the rear
11     bumper of your car and the front bumper of
12     Anthony's car, on the east side of the road,
13     is where you saw your wife walk to --
14          A      Yes.
15          Q      -- prior to beginning to
16     back-pedal?
17          A      Yes.
18          Q      If you could, just put an X
19     there, in that area.
20              MR. CLARKE:  He can't really
21          say, from that photograph, exactly
22          where she was.
23          Q      We just went through it.
24              Is that an accurate
25     representation of approximately where your
```

```
 1                   Edward Bienz                    257
 2    wife was?
 3           A      In that vicinity.
 4           Q      If you would be kind enough to
 5    put an X there, where you saw?
 6                  MR. CLARKE:  He said it's in the
 7           vicinity.
 8                  MR. GRANDINETTE:  Chris, you
 9           know what, rather than an X, put a
10           circle.
11           Q      I get it; you can't be 100
12    percent sure.
13                  Put a circle in the vicinity,
14    okay.
15                  Counsel was kind enough to --
16    you said it was on east side of the road?
17           A      Yes.
18           Q      Could you put a circle
19    representing the north side of the road.
20                  Let me see --
21                  MR. CLARKE:  It's not a good
22           reflection, the photograph.  You can't
23           see where.  He couldn't tell where.
24                  MR. GRANDINETTE:  If he can't,
25           he'll tell me.
```

|       | Edward Bienz                          | 258 |
|-------|---------------------------------------|-----|

```
 1                  Edward Bienz                    258
 2              MR. CLARKE:  He told you he
 3         can't; you've insisted anyway.
 4              MR. GRANDINETTE:  I don't think
 5         that's what he said.
 6         Q      But if you can, could you circle
 7    that area.
 8              MR. GRANDINETTE:  Mike, could I
 9         borrow a marker?  You got a Magic
10         Marker?
11              MR. SCHROEDER:  All I got is
12         this thing.
13              MR. GRANDINETTE:  Do you have
14         one in the office?
15         Q      Mr. Bienz, using the Sharpie, if
16    you could circle the general area where your
17    wife was, on the eastbound side, in between
18    the two cars.
19              MR. CLARKE:  Objection to the
20         question.
21         A      I don't particularly know where
22    she was standing.  It's not reflected in
23    this picture, because it's not from the
24    other side.  It's not like a satellite view.
25         Q      I know it's not a satellite
```