```
 1                    Edward Bienz                    259

 2     view.

 3               Can you see the area of the

 4     sidewalk and the fence?

 5          A     Yes.

 6          Q     What you're saying is that --

 7          A     I can't pinpoint her exact

 8     location.

 9          Q     No, I know you can't.

10               It's somewhere in between the

11     front of Anthony DiLeonardo's car and the

12     rear of your car, correct, in between those

13     two bumpers?

14          A     Yes.

15          Q     All right.

16               It's on the eastbound side of

17     the road, correct?

18          A     Yes.

19          Q     Could you just be kind enough to

20     put a circle there?

21               MR. CLARKE:  Is that area even

22          in this photograph?

23          Q     To the best of your ability --

24               MR. CLARKE:  It's not in the

25          photograph.
```

```
1                    Edward Bienz                 260
2          Q        To the best of your ability, can
3    you circle it?
4                   If you're saying it's impossible
5    to do, then just tell me that.
6          A        I'm not really comfortable
7    circling it.
8          Q        I didn't ask you if you're
9    comfortable.
10                  Are you telling me you can't
11   accurately circle the area depicting the
12   general location of your wife?
13         A        General location?
14         Q        Yes?
15         A        Obviously, the other side of the
16   vehicles.
17         Q        Thank you so much.
18                  Now, you said she started to
19   back-pedal, right?
20         A        Yes.
21         Q        How much time from the time she
22   got out of the car, walked forward, until
23   she start to back-pedal?
24         A        Short.
25         Q        What does short mean?
```

Edward Bienz                          261

2    A        Quick.  You know, one fluid

3    motion, however long it takes to take a few

4    steps forward and a few steps back.

5        Q        I wasn't there.  I don't know

6    how long it was.

7                  Can you give me the best

8    estimate possible?

9        A        Seconds.

10       Q        Five seconds, ten seconds?

11       A        Less.

12       Q        So less than what, 10, or no?

13       A        Less than five.

14       Q        Were you watching her that

15   entire five seconds?

16       A        Yes.

17       Q        Other than seeing Anthony

18   DiLeonardo get out of his car, you didn't

19   see him do anything else at that point?

20       A        No.

21       Q        During that next five seconds,

22   when your wife had walked forward and

23   started coming back, did you hear anything?

24       A        No.

25       Q        Did you see anything or any

```
1                        Edward Bienz                    262

2    activity between the two men that got out of

3    the car?

4           A      Yes.

5                  MR. SCHROEDER:  One second.  At

6           the --

7           Q      Your wife starts coming back to

8    the car, correct?

9           A      Yes.

10          Q      She's back-pedaling.

11          A      Yes.

12          Q      How far does she back-pedal?

13                 Does she reenter the car?

14          A      No.

15          Q      Where does she back-pedal to?

16          A      Near the rear of the passenger

17   side, the quarter panel, that area.

18          Q      Your rear quarter panel?

19          A      There in that vicinity.

20          Q      Prior to reaching the rear

21   passenger door?

22                 Prior to reaching your rear

23   passenger door?

24          A      No.

25          Q      Okay.  Was she outside your rear
```

```
 1                    Edward Bienz                    263

 2   passenger door?

 3        A       When?

 4        Q       When she back -- pedaled?

 5        A       No.

 6        Q       So tell me where she

 7   back-pedaled to?

 8                MR. CLARKE:  He just told you,

 9        the rear quarter panel.

10        Q       Did she stop?

11        A       Yes.

12        Q       Was she positioned between your

13   rear bumper and your rear door, rear

14   passenger door?

15        A       In that vicinity.

16        Q       Your car is an Acura TL, four

17   doors, right?

18        A       Yes.

19        Q       So you know what I'm talking

20   about when I say, before rear passenger

21   door.

22                She was before the handle of the

23   rear passenger door, but behind your rear

24   bumper?

25        A       Somewhere in a that vicinity.
```

```
 1              Edward Bienz                    264
 2        Q       Was she on the road or the
 3   sidewalk?
 4        A       On the east side.
 5        Q       Were you watching her
 6   continuously when she back-pedaled and got
 7   in that position?
 8        A       No.
 9        Q       You know, or did she say
10   something, as to why she started coming back
11   to your car if her intent was, as you
12   expressed it, to go speak to Anthony and
13   Sophie to turn around?
14        A       No.
15        Q       How much time did it take for
16   her to back-pedal?
17              MR. CLARKE:  It's asked and
18         answered.
19              MR. GRANDINETTE:  I asked how
20         long it took her to walk forward.
21              MR. CLARKE:  He said it was a
22         fluid motion, there and back.
23              MR. GRANDINETTE:  Maybe I
24         misunderstood.
25        Q       Was it five seconds, there and
```

```
1                    Edward Bienz              265
2   back?
3         A       Few seconds.
4         Q       Did you hear anything in that
5   five seconds?
6         A       No.
7         Q       Did you see anything in that
8   five seconds, other than observing her walk
9   there and back?
10        A       No.
11        Q       So you hadn't heard anything
12  said at this particular time by any person?
13        A       No.
14        Q       Do you say anything to your
15  wife?
16        A       No.
17                The door was closed.
18        Q       What happens next?
19        A       I had noticed, when I was
20  looking at the two guys, that it seemed like
21  they were having a heated exchange, which I
22  could only tell by body language.
23        Q       When you said, sir, that you
24  could tell by the two guys that they were
25  having a heated exchange, I'm assuming then
```

```
 1                    Edward Bienz                266
 2    that that would be only after you directed
 3    your attention from looking over shoulder at
 4    your wife, back to your mirrors, or did you
 5    turn around further and look through the
 6    windshield at DiLeonardo and this other man?
 7         A     I don't recall.  There was that
 8    dynamic, the whole situation.  I don't know
 9    exactly how I see observed it, which angle,
10    but I remember seeing it.
11         Q     All right.  You don't recall if
12    you turned all the way around?
13         A     I don't know if it was through
14    the rear window or the mirror.
15         Q     Okay.  So could you explain to
16    me in your own words, what you observed that
17    led you to the conclusion that there was a
18    heated exchange between these two
19    individuals?
20         A     Just the way they were standing.
21         Q     So, describe for me, then, how
22    Anthony DiLeonardo was standing?
23              MR. CLARKE:  I'm going to object
24         to not to interrupt the answer.  He
25         was still speaking when you asked your
```

```
 1              Edward Bienz                267
 2      next question.
 3              MR. GRANDINETTE:  Would you read
 4      back the penultimate question, and let
 5      him finish his answer.
 6      Q       Did you finish your answer?
 7              MR. CLARKE:  He was in the
 8      middle of a word.
 9      Q       Did you finish answering the
10  last question?
11      A       Okay.
12      Q       Are you done with your answer?
13      A       It was by the way they were
14  standing, and the hand gestures.
15      Q       So let's talk about each
16  individual first.
17              How was Anthony DiLeonardo
18  standing?
19      A       I don't remember specifically
20  his exact stature, the way he was standing.
21              I remember them both leaning in
22  towards each other, and then they kind of
23  had both their hands moving, kind of like
24  Italians, when they talk.
25      Q       I want to talk about one guy at
```

```
 1                    Edward Bienz                268
 2    a time.  Let's talk about one guy at a time.
 3                   Anthony DiLeonardo, from the
 4    time that you saw --
 5                   Did he move his position at all,
 6    from the time you first saw him get out of
 7    the car to the second time, five seconds
 8    later, that you saw him?
 9         A       I don't remember exactly.
10         Q       His body language -- he was
11    facing the smaller compact car?
12         A       Yes.
13         Q       Did you hear any word spoken, or
14    any sound coming out of his mouth?
15         A       No.
16         Q       Could you hear words
17    communicated, but you couldn't hear what was
18    being communicated?
19         A       I couldn't hear what they were
20    saying.
21         Q       I understand.
22                 Let me try to clarify.
23                 My question to you:  Did you
24    hear them speaking, but were unable to make
25    out what they were saying, or did you not
```

```
1                    Edward Bienz                  269

2    hear anything?

3         A      I didn't hear anything.

4         Q      You didn't hear a peep out of

5    either man?

6         A      No.

7         Q      You could only visually observe

8    Anthony DiLeonardo looking in the direction

9    of this other individual, he was using his

10   hands, gesturing at the other individual?

11        A      Both parties.

12        Q      I'm just talking about

13   DiLeonardo right now, okay?

14        A      Okay.

15        Q      How was Anthony DiLeonardo

16   gesturing with his hands?

17        A      I remember his hands moving and

18   him leaning towards the other vehicle.

19        Q      When you say leaning, was he on

20   the door?  Where was he?

21        A      He was he in between the cars.

22   He was like he was leaning forward.

23        Q      Was his driver's door in between

24   himself and the other vehicle, or did he

25   walk around his driver's door at this point?
```

1                    Edward Bienz                    270

2          A       I don't recall.

3          Q       Can you tell me the approximate

4    distance between DiLeonardo's driver's side

5    door and this other car's passenger side?

6                    MR. SCHROEDER:  At which point?

7                    MR. GRANDINETTE:  After the car

8          pulled up.

9          Q       How many feet apart were the

10   cars?

11                   MR. SCHROEDER:  So before the

12         car moved?

13         A       I don't know.

14                 They were close.

15         Q       A foot, two feet?

16         A       Not if he could get his door

17   open.

18         Q       Was Anthony DiLeonardo's door

19   you all the way open?

20         A       It had to be enough for him to

21   get out.

22         Q       Was his door all the way open,

23   do you recall?

24         A       All the way, I don't know.

25         Q       Now you said you saw his hands,

```
                        Edward Bienz                    271
 1
 2   right?
 3        A       Yes.
 4        Q       His hands were gesturing, right?
 5        A       Yes.
 6        Q       You saw both of his hands?
 7        A       Yes.
 8        Q       And you saw him with a clear and
 9   unobstructed view?
10        A       From the best I could, from
11   inside my vehicle.
12        Q       Was there anything in his hands,
13   when you saw him?
14        A       No.
15        Q       Now, let's talk about the other
16   individual.  You saw him.
17                When you look at him now, the
18   second time, can you determine if he is a
19   male or female?
20        A       Well, he was bigger, so you'd
21   assume he was a male.
22        Q       I don't want you to assume
23   anything, other than what you know.
24                I withdraw that.
25                Did you make an assumption that
```

```
 1                    Edward Bienz                   272

 2      he was a male?

 3            A       Yes.

 4            Q       What did you make that

 5      assumption on?

 6            A       Because of his size.

 7            Q       Give me a description of his

 8      size?

 9            A       Stocky, male white.

10            Q       Male white.

11                    How tall?

12            A       Average height.  Five-ten,

13      five-11.

14            Q       How much did he weigh?

15            A       225.

16            Q       How big was Anthony DiLeonardo?

17            A       Five-9, 167.

18            Q       So the other man was, based upon

19      your perception, larger?

20            A       Yes.

21            Q       Where was this man standing?

22            A       Outside his driver's door.

23            Q       Looking over the hood of his

24      car?

25            A       Over the car.
```

Edward Bienz                          273

Q        What was he doing with his hands?

A        The same thing, gesturing an at the other driver.

Q        What was he doing?

A        Pointing, waving them.

Q        Okay.  So waving his hands, pointing.

Did you have a clear and obstructed view of this other individual's hands?

A        Yes.

Q        At that point in time, is it fair to say --

MR. SCHROEDER:  I'm just going to object.  I'm sorry.

You're saying a clear and unobstructed view.

You have a guy looking through his car.

Is he still in his car?

MR. GRANDINETTE:  Yes.

Q        You're in your car?

A        Yes.

```
 1                      Edward Bienz                  274
 2              From what I could see, the view
 3      that I could see.
 4          Q       You saw his hands?
 5          A       Yes.
 6              MR. CLARKE:  He doesn't know
 7          anything without you telling him.
 8              He won't assume anything,
 9          without you telling him.
10                  You're sitting in your car.
11              You have to tell him what your
12          point of view is, what your clear and
13          unobstructed view is.
14              You have to answer him, if you
15          did or you didn't.
16              Because he's going to assume
17          nothing at all, that you don't tell
18          him.
19          Q       Mr. Bienz, you already told me
20      you're not sure if you watched through your
21      mirrors or you turned all the way around,
22      right?
23          A       Yes.
24          Q       You did say that you -- now that
25      your attention is drawn to these men,
```

```
 1                    Edward Bienz                275

 2    there's an angry exchange between them, and

 3    they're using their hands, pointing and

 4    gesturing to each other as if they're in an

 5    oral or verbal altercation, right?

 6                    MR. SCHROEDER:   Objection.

 7        A       Yes.

 8        Q       You see your wife back-pedal,

 9    and then you look, and you see that

10    exchange, right?

11        A       Yes.

12        Q       You're confident at this point

13    in time, neither man has a weapon in their

14    hand, right?

15        A       Yes.

16        Q       As a police officer, and based

17    upon your training, that's important to

18    know, right, whether or not anybody has a

19    weapon?

20        A       Yes.

21        Q       At this point, you're not aware

22    that anybody possess a weapon, right?

23        A       Yes.

24        Q       Did you know Anthony was

25    carrying that night?
```

1                    Edward Bienz                    276

2          A        No.

3          Q        Did he ever tell you, did you

4    ever see his ankle holster?

5          A        Yes.

6          Q        You learned only after shots

7    were fired, later on, that Anthony had a

8    gun, right?

9          A        Yes.

10         Q        We'll get into that.

11                  So, how long do you make these

12   observations of these two men?

13         A        Few seconds.

14         Q        How long is this -- what you

15   perceive to be an oral exchange between the

16   two men?  How long does that go on?

17         A        Ten seconds.

18         Q        During that ten seconds, does

19   either man move their location, or do

20   anything other than what you've already

21   described?

22         A        No.

23         Q        After that ten seconds elapsed

24   sir, what happens next?

25         A        I notice that the compact car,

```
 1                    Edward Bienz                277
 2     the operator must have gotten back in, and
 3     started backing up.
 4          Q      Okay.
 5                 Now, when you observed this
 6     exchange, over the course of this ten
 7     seconds, did you take any action,
 8     individually?
 9          A      No.
10          Q      Did you say anything, or do
11     anything?
12          A      No.
13          Q      Discuss anything to your wife,
14     honey, get back in the car immediately, or
15     words to that effect?
16          A      No.
17          Q      From the time that the driver
18     got out of the cab and got back into the
19     car, did you hear one word spoken?
20          A      No.
21          Q      He did you hear words exchanged,
22     but were unable to make out what was
23     exchanged?
24          A      No.
25          Q      Do you believe, given the
```

```
 1                    Edward Bienz                278
 2   location of your car, that you were in a
 3   distance close enough that you would have
 4   heard an angry exchange between two men, if
 5   they were screaming back and forth at each
 6   other?
 7              MR. CLARKE:  Objection to the
 8         form of the question.  Speculative.
 9         A    I don't know.
10              MR. SCHROEDER:  Objection.
11         Q    How old were you that day?
12         A    26.
13         Q    So if the guys were screaming at
14   each other, fuck you, fuck you, would you
15   have been close enough to hear that?
16              MR. CLARKE:  Objection.
17              His doors were closed.
18              I'm not going to let him
19         speculate.
20              He's not answering that
21         question.
22         Q    If somebody represented to you
23   that on February 27th, 2011, that there was
24   a heated verbal exchange, men yelling back
25   and forth at each ear, fuck you, I'm going
```

```
 1                    Edward Bienz                  279
 2      to kill you, or words to that effect,
 3      yelling, circumstantially, based upon your
 4      location, would you tell me, I don't think
 5      that's possible, because I was so close, I
 6      would have heard it?
 7                    MR. CLARKE:  Objection.
 8                    You can answer it.
 9                    MR. SCHROEDER:  Objection.
10      A        I didn't hear anything.
11      Q        No, I know that.
12               I'm asking you now, I'm asking
13      you -- you understand my point?
14                    You're an investigator, right?
15                    MR. CLARKE:  Objection.  You're
16          asking him to speculate.
17                    MR. GRANDINETTE:  I'm not asking
18          him to speculate.
19      Q        So, at any rate, you didn't hear
20      one peep out of one person?
21      A        No.
22      Q        So the cab gets in, and he backs
23      up -- you observe -- the small compact car,
24      you still don't know it's a cab yet, no?
25                    Only thing you know, it's a
```

```
                        Edward Bienz                    280
 1
 2   small compact white car?
 3        A       Yes.
 4        Q       Do you see any other occupant in
 5   the car?
 6        A       No.
 7                So is it your understanding at
 8        that point, there's only one male,
 9        five-11, two something, 220 pounds,
10        right?
11                MR. SCHROEDER:  Objection.
12        A       Yes.
13        Q       Their car begins to back up.
14                Anything unusual about the
15   manner in which he backed up?
16        A       No.
17        Q       Any noise, screeching the
18   wheels?
19        A       Not that I recall.
20        Q       High speed retreating, anything
21   unusual?
22        A       No.
23        Q       Just backs up?
24        A       Yes.
25        Q       How do you observe the car backs
```

```
 1                    Edward Bienz                    281

 2  up?

 3                    MR. SCHROEDER:  Objection to

 4        form.

 5        Q       Again, through your mirrors are

 6  you looking directly?

 7        A       Well, I had exited my car.

 8                As I was walking towards the

 9  back, I noticed the car had moved backward,

10  traveled a distance backwards.

11        Q       So when was it that the car

12  began to go backwards, after you exited your

13  car?

14        A       Sometime during my exit, or

15  previous to.

16        Q       So simultaneously with your

17  exiting your car, you saw the cab -- this

18  white compact car begin to back up?

19                MR. SCHROEDER:  Objection to

20        form.

21        A       No, I notices it had traveled --

22  started to move backward.

23        Q       So the car was moving as you

24  were exiting?

25        A       Yes.
```

```
 1                    Edward Bienz                282

 2        Q       Now, I just want to get into

 3   time again for a second.

 4                There's this ten-second angry

 5   change, cab driver gets in the car.  Begins

 6   to go backwards.

 7        A       Right.

 8        Q       After the ten seconds and the

 9   cabbie gets in the car, how much time goes

10   by until you begin to exit and you observe

11   the car going backward?

12                MR. CLARKE:  Objection.

13        Misstates the facts testified.

14                Please rephrase the question.

15        Q       You can answer.

16        A       Can you repeat?

17        Q       Sure.  You said for us that this

18   exchange lasted ten seconds.  After the

19   exchange, the cabbie gets back in the car,

20   right, driver's side?

21        A       Yes.

22        Q       You get out of your car, and the

23   cab's going backward?

24        A       Yes.

25        Q       How much time went by between
```

```
 1                    Edward Bienz                283
 2    the time that the cab -- the person -- the
 3    driver went to get back into the compact
 4    car, and you exit your car and observe the
 5    car driving backward?
 6              MR. SCHROEDER:  Objection.
 7              MR. CLARKE:  I'm objecting.  He
 8         said it was either simultaneously or
 9         immediately thereafter.
10              You're changing the facts of the
11         question, so it's an improper
12         question.
13    Q      How much time?
14              MR. CLARKE:  You're not
15    answering that.
16              You have misstated his
17    testimony.
18              You don't like it, for whatever
19         reason, but it's his testimony.
20              MR. GRANDINETTE:  Please, Chris.
21    Q      Sir, how much time went by from
22    the time that the operator of the white
23    compact car got back into his car to the
24    time you got out of the car?
25              MR. SCHROEDER:  Objection to
```

```
 1                    Edward Bienz                      284

 2       form.

 3       A       I don't know.

 4       Q       Give me an estimate.

 5               MR. SCHROEDER:  Objection to

 6       form.

 7               MR. CLARKE:  I'm going to object

 8       as well.

 9       A       Seconds.

10       Q       Two seconds?

11       A       In that -- short amount of time.

12   Very quickly.

13       Q       So, I just want to go over the

14   sequence of events again.  Right.

15               Anthony pulls up behind your

16   car, relatively quickly after you stop?

17               MR. SCHROEDER:  I have to

18       object.  Asked and answered.

19               MR. CLARKE:  Asked and answered.

20               MR. GRANDINETTE:  It's okay.

21               You can make your objections.

22       That's fine.

23               MR. SCHROEDER:  I have.

24               MR. CLARKE:  If we're going to

25       talk about extra time.  We're not
```

```
 1                    Edward Bienz                    285

 2     going to have extra time.

 3            MR. GRANDINETTE:  Guys, no

 4     speaking objections.

 5            MR. CLARKE:  It's not a speaking

 6     objection.

 7            MR. GRANDINETTE:  I'm going

 8     through the time sequence to make sure

 9     he has it right.

10            MR. CLARKE:  You've gone over

11     it.

12            MR. GRANDINETTE:  Fine.  We've

13     got to do it again.

14            MR. CLARKE:  Seven hours, we're

15     walking out the door.

16            MR. GRANDINETTE:  That's fine.

17     We'll address that.

18     Q      You're at the corner of Tippin

19     and Oakwood.  Anthony pulls up a matter of

20     ten seconds after you stop, right?

21            MR. SCHROEDER:  Objection.

22     A      Less.

23     Q      Okay.  Less than ten seconds.

24     A      I said it was a short amount of

25     time -- pretty quickly thereafter.
```

Edward Bienz                                    286

1

2          Q        Within ten seconds after that,

3     Anthony's out of his car -- this other

4     person is out of his car, right?

5                    MR. SCHROEDER:   Objection.

6                    MR. CLARKE:   Objection.

7                    Misstatement of prior testimony.

8          A        The whole sequence of events is

9     fast; it's dynamic -- I'm really -- I'm

10    guessing with the time.   You're asking me to

11    put a time on something that I wasn't

12    running a stopwatch on.

13                   I'm trying to answer your

14    question here.   But, I'm not really

15    understanding what you're asking me.   And it

16    seems like you're -- when I tell you a

17    specific time is a guess or an estimate,

18    then you're using it as that's the amount of

19    time it took.

20                   I already explained to you

21    before that it's not that specific amount of

22    time.   I explained it to you.

23         Q        Sir, I appreciate your

24    frustration, okay.   I'm going to ask you to

25    do the best you can.

Edward Bienz                    287

1                   From the time that Anthony

2       stopped behind you to the time that you're

3       out of your car, seeing the cab go

4       backwards, total amount of time, how much

5       time goes by?

6                   MR. CLARKE:  He's already

7                   provided an estimate to that question.

8                   MR. SCHROEDER:  Objection.

9                   MR. CLARKE:  I'm objecting,

10                  directing him not to answer.

11                  MR. GRANDINETTE:  No, he hasn't.

12                  MR. CLARKE:  He's already given

13                  you an answer.

14                  MR. GRANDINETTE:  No, he hasn't.

15                  Chris, please, enough.

16                  I've asked him to do --

17                  MR. CLARKE:  You said to me many

18                  times, if he can estimate, tell me.

19                  He just told you very candidly,

20                  he can't tell you a time.  Then you

21                  say, what's the time?  I can't tell

22                  you the time.

23                  MR. GRANDINETTE:  Is that your

24                  objection?

Edward Bienz                     288

1

2        MR. CLARKE:  I know you're

3    frustrated.

4        PLAINTIFF'S COUNSEL:  Please

5    stop.  I'm not frustrated.

6        MR. CLARKE:  I'm paraphrasing

7    you.

8        MR. GRANDINETTE:  I'm not

9    frustrated.

10        MR. CLARKE:  You know you're

11    frustrated.  Mr. Bienz, how much time?

12    I can't tell you.

13    Q    Mr. Bienz, as you sit here --

14        MR. GRANDINETTE:  Please stop

15    interfering my with deposition.

16    Please, stop.

17        MR. CLARKE:  Continue.

18    Q    Sir, from the time that the cab

19    pulled up to the time that the cab is

20    backing up, after you get out of your car,

21    how much time, approximately, went by?

22        MR. CLARKE:  Over objection, you

23    can answer.

24    A    If I had to speculate amount of

25    time, probably 15 to 20 seconds.

Edward Bienz                    289

1

2        Q       Now, after you get out of your

3   car, what happens next?

4        A       I walk to my rear driver's side

5   of the car.

6        Q       Why did you get out of your car?

7        A       Because I had seen my wife

8   back-pedaled.  I saw something was going on

9   behind me.

10       Q       So you got out of your car for

11  what specific purpose?

12       A       To find out what was going on.

13       Q       Between Anthony and this other

14  individual?

15       A       Just in general, what was going

16  on.

17       Q       When you got out of your car,

18  did you have a plan to communicate with

19  somebody, to find out what was going on?

20       A       No.

21       Q       What did you do after you got

22  out of the car?

23       A       I went and stood in the vicinity

24  of my wife.

25       Q       Was your wife still in the same

```
 1                    Edward Bienz                    290
 2     location that you described earlier, in
 3     Plaintiff's 122, between your rear bumper
 4     and your rear passenger door?
 5          A     Near or about.
 6          Q     So she was in that general area?
 7          A     Yes.
 8          Q     So how did you get to her?
 9     Where did you walk?
10          A     Along the driver's side of the
11     car.
12          Q     You walked from the front of
13     your driver's side to the rear, in between
14     Mr. DiLeonardo's front bumper and your rear
15     bumper?
16          A     No, just towards the rear of my
17     car.  It was in the general vicinity of the
18     rear -- the trunk area.
19          Q     Okay.  So tell me, where in the
20     rear vicinity did you go?  Did you go to the
21     rear driver's side, or did you walk over to
22     your wife to communicate directly with your
23     wife?
24          A     No.  I was somewhere near the
25     rear bumper.
```

```
 1                    Edward Bienz                    291
 2              She was in about the area.
 3        Q         Then you were on the rear bumper
 4    of the passenger side of your car?
 5        A         No.  The rear bumper, somewhere
 6    between the driver's -- somewhere at the
 7    rear of the car.
 8        Q         The rear of your car?
 9        A         Yes.
10        Q         But your goal was to speak to
11    your wife, right?
12        A         I walked over to her.
13        Q         Were you facing your wife?
14        A         Yes.
15        Q         And you were looking at your
16    wife after you walked over to her, right?
17        A         Yes.
18        Q         Did you utter any words to your
19    wife?
20        A         Yes.
21        Q         What did you say to your wife?
22        A         I asked her what was are going
23    on.
24        Q         Okay.
25                  What happened next?
```

Edward Bienz                                    292

1

2          A       She told me she didn't know,

3     that they were yelling.

4          Q       And they were yelling, did you

5     perceive that -- I know you didn't hear

6     anything.

7                  Did you perceive that to be

8     Anthony and this other individual who got

9     back in the car?

10         A       Yes.

11         Q       And how long did it take for you

12    to exit your car, walk between the two cars

13    and communicate this with your wife?

14         A       Two seconds.

15         Q       Now, would it be fair to say

16    that your wife was facing you, and you were

17    facing her, when you were having that

18    conversation?

19         A       Yes.

20         Q       What happened next?

21         A       I hear three shots.

22         Q       What do you do after you hear

23    these three shots?

24         A       I cover.

25         Q       In relation to your conversation

Edward Bienz                                    293

1
2    with your wife, did you hear the three shots
3    immediately after communicating with her,
4    your wife?
5         A      I don't remember.
6         Q      Was there any gap in time
7    between your conversation with your wife and
8    hearing the three shots?
9         A      It was quick.
10        Q      By quick, sir, how much time is
11   quick?  Two seconds, a second?
12        A      I don't know.  It was fast.
13        Q      Is it your understanding that it
14   happened almost simultaneously with the end
15   of that brief conversation between you and
16   your wife?
17                MR. SCHROEDER:  Objection.
18        A      It was after the conversation.
19        Q      How long after?
20        A      I don't know.
21               Very quickly thereafter.
22        Q      Were you still looking at your
23   wife --
24        A      Yes.
25        Q      -- when the first shot was

```
1                    Edward Bienz                294
2     fired?
3          A       Yes.
4          Q       How much time between the first
5     shot and the third shot?
6          A       There were -- they were right
7     after each other.
8          Q       Now, when you walked over to see
9     your wife, and you were speaking to your
10    wife, what direction were you looking,
11    compass direction?
12         A       East.
13         Q       You were, you said, going
14    towards your wife, so you were sort of
15    towards the curb or the sidewalk area of
16    Oakwood Road?
17         A       Restate that.
18         Q       Your right shoulder, right, or
19    your right shoulder or right back area, was
20    Anthony DiLeonardo's car behind your right
21    shoulder and back?
22         A       Are you talking where I was
23    standing?
24         Q       Where you're standing, and where
25    you're looking.
```

```
 1                    Edward Bienz                    295
 2         A        His car would be to the south of
 3    where I'm standing.
 4         Q        South?
 5         A        Yes.
 6         Q        Behind you?
 7         A        It's behind.
 8         Q        You weren't looking behind you
 9    at the time you heard these three shots?
10         A        No.
11         Q        You didn't have a view of
12    Oakwood Road at the time the three shots
13    went off?
14         A        No.
15         Q        Last time you were able to see
16    Oakwood Road is after you turned in between
17    the cars, stopping the talk to your wife?
18         A        When I was talking to my wife.
19         Q        So in between the time you
20    exited the car and the time you got to where
21    your wife was, a matter of what you have
22    described as, I think, under ten seconds,
23    again, did you see anything with respect to
24    the cab?
25         A        Repeat the question.
```

Edward Bienz                          296

2       Q       From the time that you exited

3   the driver's side and went to go talk to

4   your wife, did you ever have an opportunity

5   to observe the cab?

6       A       Yes.

7       Q       What did you observe with

8   respect to the cab?

9       A       It had traveled backwards.

10      Q       Do you know how far?

11      A       Approximately three or four car

12  lengths.

13      Q       Did it stop?  Did you actually

14  see it stop, prior to going to speak to your

15  wife?

16      A       No.

17      Q       The last thing you know, the cab

18  was moving backwards?

19      A       Went back about three to four

20  car lengths.

21      Q       Okay.

22      A       I don't specifically remember it

23  exact stopping.

24          I started speaking to my wife.

25      Q       You don't even know if the cab

```
 1                    Edward Bienz                    297

 2    stopped?

 3         A      No.

 4         Q      Would it be fair to say that at

 5    the time, your perception was, this car was

 6    leaving the scene, following an angry

 7    exchange?

 8                 MR. CLARKE:   Objection.

 9         A      I don't know what the car was

10    doing.

11                 I presumed it left.

12         Q      That's what I'm asking you.

13                 Your perception was, the cab was

14    leaving?

15         A      I didn't know it was a cab, at

16    the time.

17         Q      But the car was leaving.   That

18    was your perception, given the facts that

19    you observed?

20         A      Yes.

21         Q      Now, you're talking to your

22    wife.  She says she didn't know what

23    happened, just an angry exchange.  They were

24    yelling at each other, right?

25         A      Yes.
```

```
 1              Edward Bienz                    298
 2       Q       Next thing you know, you hear
 3   three gunshots?
 4       A       Yes.
 5       Q       Did you hear a car engine
 6   revving, prior to hearing the gunshots?
 7       A       No.
 8       Q       Did you hear anything unusual
 9   prior to hearing those three gunshots?
10       A       I didn't hear anything.
11       Q       From the time you exited your
12   car to the time you walked over to see your
13   wife and speak to her, he did you ever hear
14   Anthony utter one word?
15       A       No.
16       Q       So from the time that you got to
17   the scene and parked, to the time that you
18   heard the first gunshot, you never heard
19   Anthony DiLeonardo say a word?
20       A       No.
21       Q       You never heard the motorist,
22   whoever it was, in that car, say a word?
23       A       No.
24       Q       Evenly person you heard speak
25   was your wife, and she said something
```

```
 1                    Edward Bienz                    299

 2     about --

 3          A       Yes.

 4          Q       Then all hell broke loose, with

 5     the gunfire?

 6                  MR. SCHROEDER:   Objection to

 7          form.

 8          A       The firearm was discharged.

 9          Q       Would it be fair to say, at the

10     time the gunfire -- the gun was discharged,

11     you had no idea who fired the gun?

12          A       No.

13          Q       Could you hear the direction in

14     which the gunfire came from?

15          A       No.

16          Q       Did you know if it was north,

17     south, east, west of you?

18          A       No.

19          Q       What do you do when you hear the

20     gunfire?

21          A       I covered down on my body.

22          Q       When you say you covered down on

23     your body, could you please describe for me

24     how -- what you mean by that?

25          A       I put my arm over my internal
```

```
1                    Edward Bienz                    300

2     organs for a second.

3              It scared me.

4         Q        Understandably.

5              What part of your internal

6     organs?

7         A        My right side.  I clenched my

8     arm in.

9         Q        When you say your right side,

10    for the record, you put your arm in a fist,

11    you bent your fist up to your shoulder area,

12    and then you turned it in toward your chest,

13    right?

14        A        I described, I turned my arm

15    into my chest, and kind of turned away.

16        Q        When you turned away, did you

17    turn north, toward the rear of your car?

18        A        Yes.

19        Q        When you say you crunched down,

20    did you duck your head down?

21        A        Yes.

22        Q        Did you duck your head down

23    between the cars, to use the cars as some

24    sort of defense from the gunfire?

25        A        No.
```

```
 1              Edward Bienz                    301
 2        Q      Were you -- obviously you were
 3   scared for your wife, right?
 4        A      Yes.
 5        Q      Were you focusing on your wife?
 6   Did you want to get your wife, grab your
 7   wife, protect her?
 8        A      When they went off, it was more
 9   instinctive to turn away and kind of
10   crunched up.
11        Q      So as natural instinct, you bent
12   down to crunch up.
13              Could you see your wife?
14        A      No.  I turned away.  I kind of
15   turned almost all the way forward.
16        Q      Facing the rear of your car?
17        A      Yes.
18        Q      So you certainly couldn't see
19   what was going on behind you --
20        A      No.
21        Q      -- through the conclusion of the
22   very last shot, right?
23        A      No.
24        Q      If I understand your testimony
25   then correctly, sir, from the time you got
```

```
 1              Edward Bienz              302

 2    out of your car and you walked over to start

 3    to speak to your wife, you never saw Anthony

 4    DiLeonardo doing anything again, right?

 5              MR. SCHROEDER:  Objection.

 6         A    When?

 7         Q    From the time you got out of

 8    your car, the 5-10 seconds you walked over

 9    to speak to your wife, you never saw Anthony

10    DiLeonardo doing anything?

11         A    At some point he had sort of

12    started walking toward the rear of his car.

13    I didn't pay much attention to it.

14         Q    When you were walking back to go

15    in between the cars, you saw Anthony start

16    walking towards the rear of his car?

17         A    Yes.

18         Q    At the same time you observed

19    the cab backing up three or four car

20    lengths?

21         A    Yes.

22         Q    But other than that, that's all

23    you saw?

24         A    Yes.

25         Q    You saw Anthony DiLeonardo do
```

Edward Bienz                                    303

1

2       very, very little, with your own senses; is

3       that right, during that exchange, up until

4       the point the gun was fired?

5              A       Yes.  I observed what I

6       observed.

7              Q       With your own eyes and with your

8       own ears?

9              A       I visually saw what I saw

10      happen.

11             Q       How much time, approximately,

12      approximately, between the first shot and

13      the last shot?

14             A       One right after the other.

15             Q       How much time between the first

16      shot and the last?

17                     MR. CLARKE:  Asked and answered.

18             Objection.

19                     You can answer again.

20             A       They were one right after the

21      other.

22             Q       I understand that, sir.

23             A       However long it takes to

24      discharge.

25                     A second?

Edward Bienz                                  304

1
2        Q       I don't know.  That's why I'm

3   asking you.

4        A       One second.

5        Q       One second per round, or one

6   second in total?

7        A       Maybe one to two seconds for the

8   three rounds, in that area.

9                (Whereupon, Plaintiff's 123 for

10               identification was so marked.)

11       Q       If you would, could you do me a

12   favor and take a peek at what has been

13   marked as Plaintiff's 123.  I'd like you to

14   look at that picture.

15               Can you tell me if you can see

16   in that picture, the last location of the

17   cab that you saw after backing up three or

18   four car lengths?

19               MR. CLARKE:  There's a cab in

20           this photograph that I don't see.  You

21           asked for the location of the cab.

22           There's no cab in the photograph.

23               MR. GRANDINETTE:  I know there's

24           no cab in the photograph.

25               Are you confused by my question?

```
1                    Edward Bienz                    305
2               MR. CLARKE:  Take a look at --
3          I'm confused by the question.
4               MR. GRANDINETTE:  With all due
5          respect, there's a photograph,
6          Plaintiff's 123.
7          Q      Do you recognize Plaintiff's 123
8    as being a photograph of the scene?
9          A      Yes.
10         Q      You see your picture in it?  Do
11   you see DiLeonardo's car in it, the two
12   cars?
13         A      Yes.
14         Q      Do you see that photograph is
15   facing southbound, correct?
16              MR. SCHROEDER:  Objection to
17         form.
18         A      Yes.
19         Q      You're able to see, within that
20   picture, can you tell me approximately where
21   the cab was the last time you saw it, after
22   it backed up three or four car lengths?
23              MR. SCHROEDER:  Not the last
24         time you saw it.
25              You saw it for the whole night,
```

```
 1                      Edward Bienz                    306

 2          at the scene.

 3                  MR. GRANDINETTE:   Just related

 4          to my question.

 5          Q       Per your previous testimony?

 6          A       No.

 7                  It would be hard for me to put a

 8   location exactly where it was from the --

 9   from this photo.

10          Q       You did say that you saw it

11   three or four car lengths back.

12          A       Right.

13          Q       Is it because that he backed up

14   farther than the pictures allow you to give

15   an estimate?

16          A       No.

17          Q       The car was backed up somewhere

18   within the photograph itself, right?

19          A       Yes.

20          Q       So could you then identify for

21   me approximately -- it doesn't have to be

22   the exact location --

23                  MR. CLARKE:   He told you he

24          can't do it.

25          Q       -- approximately where the cab
```

```
 1                  Edward Bienz                  307

 2   was when you last saw it?

 3        A    No.

 4             MR. SCHROEDER:  Objection to

 5        form.

 6        A    I can't just put an X on the

 7   approximate spot.

 8        Q    Why can't you estimate four car

 9   lengths behind Mr. DiLeonardo's car?

10             MR. CLARKE:  He told you, four

11        car lengths.  That's what he's telling

12        you.

13        Q    Why can't you estimate visually

14   on that photograph?

15             Is there a reason you can't do

16   that?

17             MR. CLARKE:  Argumentative.

18        Objection.

19             Next question.

20        Q    What's the reason you can't do

21   that?

22        A    The closer the objects are from

23   the photo, the more space they take up, and

24   further back, the distance -- further

25   distance the photograph is taken, that
```

```
 1                    Edward Bienz                    308
 2    lapses more distance.  I just can't.
 3            Q       You mean to tell me, you can't
 4    estimate?
 5                    MR. CLARKE:  Argumentative.
 6                    Don't be fresh.  It's
 7            argumentative.  You know better than
 8            that.
 9            Q       You, sir, you're trained in
10    speeds and distances.
11                    MR. CLARKE:  I'm not a
12            mechanical artist.
13            Q       Were you trained in speed and
14    distances?
15            A       In what respect?
16            Q       Were you trained in speed and
17    distances at the academy?
18            A       Yes.
19                    (Whereupon, Plaintiff's 124 for
20            identification was so marked.)
21            Q       Let's try it using Plaintiff's
22    Exhibit 124.
23                    Do you recognize Plaintiff's
24    124?
25            A       Yes.
```

|   |   |   |
|---|---|---|
| 1 | Edward Bienz | 309 |

2      Q      Was the cab within the confines

3  of that photograph?

4            MR. CLARKE:  At what point?

5            MR. GRANDINETTE:  After backing

6      up three or four car lengths.

7      A      Possibly.

8      Q      You're not sure?

9      A      Yes.

10      Q      So, the cab then could have been

11  past the driveway of this house when you

12  last saw it, or it could have been in front

13  of the driveway when you last saw it; fair

14  to say?

15            MR. MITCHELL:  Objection.

16            MR. GRANDINETTE:  Again, this is

17      an estimate.

18            MR. CLARKE:  Objection to the

19      form.

20            You can answer.

21      A      It was approximately three to

22  four car lengths behind the white Infiniti.

23      Q      So it was three or four car

24  lengths behind the white Infiniti?

25      A      Yes.

```
 1                    Edward Bienz                310

 2        Q        So you ducked down.

 3                 Are prior to the shots being

 4      fired, you didn't hear Mr. DiLeonardo say

 5      anything, right?

 6        A        No.

 7        Q        So you absolutely never heard

 8      him say, stop, police?

 9        A        I didn't hear him say anything.

10        Q        Or words to that effect?

11        A        No.

12        Q        At that point in time, how many

13      feet away from you -- the last time you saw

14      him, how many feet apart were you?

15                 MR. MITCHELL:   Saw who?

16        Q        Anthony DiLeonardo?

17        A        Ten feet, 15 feet.

18        Q        Fair to say that if he yelled

19      something, stop, police, you would have

20      heard it?

21        A        I don't know.  I wasn't paying

22      attention to him.

23        Q        Somebody yelled, stop, police,

24      ten feet away from you, would you have heard

25      it?
```

```
 1              Edward Bienz                    311
 2        A        Could have.
 3                 MR. MITCHELL:   Objection to the
 4        form.
 5        Q        You also, would it be fair to
 6   say, never saw, prior to the first shot, a
 7   shield on Anthony?
 8        A        No.
 9        Q        Based upon the fact that you
10   never heard Anthony say, stop, police, saw a
11   shield on him or knew that he had a weapon
12   that evening, it's fair to say, you had no
13   idea who had fired that weapon, right?
14        A        I didn't know who.
15        Q        Is it possible then that given
16   the fact that there were three shots that
17   you heard, that more than one person may
18   have discharged a weapon?
19        A        I don't know who discharged the
20   weapon.
21        Q        Which means, if you heard three
22   shots, and you had no idea who fired a gun,
23   that more than one person could have fired a
24   gun, right?
25        A        Could have.
```

1                   Edward Bienz                    312

2          Q      So you didn't know how many

3   people discharged a weapon, after hearing

4   the three rounds, right?

5          A      I didn't know how many people.

6          Q      How long did you remain in a

7   crouched position?

8          A      A second.

9          Q      After that second, what do you

10  see?  What happens next?  What do you see,

11  what do you hear, what do you do?

12         A      I hear brakes lock up.

13         Q      By brakes lock up, what do you

14  mean?  Do you hear a break, or do you hear

15  tires on the pavement?

16         A      I heard the tires, and like the

17  ABS sound.

18         Q      You hear the ABS sound.

19                Could you describe to me what an

20  ABS sounds like?

21         A      When the brakes, like, lock.

22         Q      Okay.

23         A      It makes like a thumping noise.

24         Q      What kind of thumping noise was

25  this?  Was this a very quick thump?  Was it

```
 1                    Edward Bienz                      313

 2    a prolonged thump?

 3          A       It was a braking noise, quick.

 4          Q       A quick thump.

 5                  How long did that last?

 6          A       A second.

 7          Q       A second.   Okay.

 8                  Did you immediately associate

 9    that with an ABS lockup?

10          A       Just sounded like brakes and

11    tires on a car.   Sounds like car tires

12    stopping.

13          Q       Let's talk about car tires

14    separately.

15                  Did you hear screeching of tires

16    on pavement?

17          A       Just a quick noise.

18          Q       I need to know your definition

19    of quick.

20                  A second?

21          A       Yes.

22          Q       How long after the first shot

23    until you heard this thumping and

24    screeching?

25          A       Three seconds, four seconds.
```

Edward Bienz                                      314

1

2       Q       So now we're still under a

3    minute, right?  Well under a minute,

4    according to your calculations of time?

5                    MR. CLARKE:  From what to what?

6       Q       From the time that you stopped

7    up to the time you hear the gunfire and

8    tires screeching.

9                    More than a second?

10      A       Yes.

11      Q       What happens next?

12                   MR. SCHROEDER:  What does he

13         observe next?

14      Q       What was next?  What did you

15   observe?  What do you hear?  What did you

16   do.

17      A       I see Anthony running towards

18   the vehicle.

19      Q       So, you get up and you turn

20   around, and you face the southerly

21   direction?

22      A       I was never down.

23              I turned.  I seen him running.

24      Q       Are you still sort of crouched

25   down in between the cars?

Edward Bienz                              315

```
1
2    A       I never crouched down.  I kind
3  of scrunched, is the best way I can describe
4  it.
5    Q       So when you scrunched --
6            How tall are you, by the way?
7    A       Six-2.
8    Q       Okay.  So you're a big guy.
9            Could you look over the
10  Infiniti, you know, his car, his white car?
11           You were in between the cars,
12  right?
13   A       Could I see over the top?
14   Q       Were you looking over the top?
15  Were you looking through the windshield?
16   A       Through the windshield.
17   Q       I'm sorry.  Bad question.
18           When you said you turned and you
19  observed Anthony running towards the car,
20  right --
21   A       Yes.
22   Q       -- what, if anything, were you
23  looking through?  Were you looking over the
24  car or through his windshield?
25   A       I don't know.
```