```
 1                  Edward Bienz                  316
 2        Q        You don't recall?
 3        A        I don't remember if there was an
 4    obstruction or not.
 5        Q        Could you see him with a clear
 6    and un obstructed view?
 7        A        I don't know if there was an
 8    obstruction.
 9        Q        Well, an obstruction -- if
10    you're looking through two sheets of glass,
11    I don't know that there's an obstruction.
12                 Could you see him without any
13    obstruction blocking you?
14        A        I could see him running.
15        Q        So you saw his back?
16        A        Yes.
17        Q        By the way, up to this point in
18    time, Sophie Cornea; where is she?
19        A        I don't know.
20        Q        Did you ever see her out of the
21    car?
22        A        Not until after.
23        Q        So, at least until the shots are
24    fired, your recollection, Sophie is still in
25    the car?
```

```
 1                    Edward Bienz                    317

 2         A       I don't know where she is.

 3         Q       When you left Huntington, she

 4    was in the, I'm assuming, front passenger

 5    seat?

 6         A       I don't know at what point she

 7    exited the vehicle.

 8         Q       You didn't see her outside when

 9    you were speaking to your wife, did you?

10         A       No.

11         Q       Where did you see Anthony

12    running to?

13         A       To the driver's door.

14         Q       The driver's door of what?

15         A       Of the compact car.

16         Q       The white compact car is where,

17    in relation to Anthony's car?

18                 MR. CLARKE:  At what point?  At

19         the point he's running towards it?

20                 MR. GRANDINETTE:  Yeah.

21         A       The vehicle traveled 15 to 20

22    feet closer.

23         Q       How many car lengths behind the

24    white car is this white compact car?

25                 MR. SCHROEDER:  At what point?
```

```
1                    Edward Bienz              318

2        Objection.

3                MR. GRANDINETTE:  At the time

4        Anthony's running toward it.

5        A        Approximately two car lengths.

6        Q        Can I ask you, for purposes of

7    this question -- you came to learn that this

8    white compact was a cab, right?

9        A        Yes.

10       Q        Is it all right if I refer to it

11   as the cab, from here on in?

12       A        Yes.

13       Q        So we understand each other.

14                How long did it take for you to

15   run the two car lengths to the cab?

16       A        With quick.  A few seconds.

17       Q        Once again, I apologize.

18                Is it two seconds?

19                MR. MITCHELL:  He said two

20       seconds.

21

22                MR. CLARKE:  I thought he said

23       two.

24                Did you not hear him trying to

25       clarify?
```

```
1                    Edward Bienz                   319
2                    MR. GRANDINETTE:  I believe his
3          two seconds was an estimate.
4                    MR. MITCHELL:  Okay.
5                    Then you said three.
6                    MR. GRANDINETTE:  I said two or
7          three.
8                    MR. MITCHELL:  I thought his
9          answer was two.  It was pretty clear.
10         Q       So, two seconds?
11         A       Approximately, for me to run.
12         Q       He runs over to the car quickly.
13                  What portion of the car do you
14         see him run to?
15         A       Driver's door.
16         Q       When he gets to the driver's
17         door, what, if anything, do you observe?
18         A       He ended up in a physical
19         altercation with the operator of the car.
20         Q       Could you please describe for me
21         the physical altercation that you observed?
22         A       He ended up getting the door
23         open.  At some point he had broken the
24         window and they were wrestling.
25                  Interior of the car, Anthony was
```

1                       Edward Bienz                    320

2       kind of reaching in the car, the operator

3       was trying to push him out.  They were

4       fighting with an open door over the handgun.

5            Q      When he reached the car, did the

6       altercation occur immediately?

7            A      Yes.

8            Q      Did Anthony break the window

9       first or did the door open first?

10           A      I don't know.

11           Q      Prior to Anthony wrestling with

12      the individual, did he say anything?

13           A      Not that I recall.

14           Q      Do you recall him saying that

15      you're under arrest, or words to that

16      effect?

17           A      At some point during the

18      altercation, he did say, you're under

19      arrest.

20           Q      You don't remember exactly when?

21           A      No.

22           Q      Let me just read to you from

23      paragraph nine of your statement to IAB.

24                  It says, ▌ ██ --and I'm going

25      to start it -- I think it's the second



1               Edward Bienz          321

2   sentence -- I saw Anthony DiLeonardo -- are

3   you with me?

4       A     Yes.

5       Q

Edward Bienz                                    322



            Okay.  Now, with that in mind,
does that refresh your recollection of
Anthony ran up to the car and immediately
broke the windshield of the driver's side of
-- I'm sorry.

Edward Bienz                     323

████████ ██ ██ ████ ████ █████ ██ ██
████ ███ ██ ██ ████ ████ ████
████ ."

      Does that refresh your
recollection of whether or not he shattered
the window prior to opening the door?

    A    Yes.

    Q    Up to that point in time, did
you, sir, observe any conduct committed by
this other individual that would have
warranted an arrest?

        MR. MITCHELL:  Objection to the
   form.

        MR. SCHROEDER:  Objection to the
   form.

        MR. CLARKE:  Objection to form.

    A    Can you repeat the question.

    Q    Sure.

        Did you observe any conduct that
would have warranted an arrest?

    A    No.

        MR. SCHROEDER:  Objection.

    Q    So there was nothing that you
saw, nothing that you heard, that would

```
 1                    Edward Bienz              324
 2   warrant an arrest of the driver of that car,
 3   correct?
 4            MR. SCHROEDER:  At what point?
 5            MR. GRANDINETTE:  The point
 6        where he smashed the window and
 7        said --
 8            MR. SCHROEDER:  I know that.
 9            Objection.
10   A      No.
11   Q      Now, you said that after he
12   smashed the window, you saw the gun in his
13   hand.
14            Is that the first time you saw
15   the gun in Anthony's hand?
16   A      Yes.
17   Q      And when you saw the gun in his
18   hand, you also indicated in your statement
19   that you thought that the gun was loaded,
20   right, still had ammunition in it?
21   A      Yes.
22   Q      Did you know what kind of gun it
23   was, whether it was a 38, a 9-millimeter,
24   what it was?
25   A      No.
```

Edward Bienz                                    325

1

2      Q        Now a nine can hold an awful lot

3   of rounds, right?

4               MR. MITCHELL:    Objection to

5        form.

6      Q        Based upon your experience, how

7   many round can a 9-millimeter hold?

8      A        Depends.

9      Q        Give me an estimate.

10              There's different size clips go

11  into a 9?

12     A        Magazine, yes.

13     Q        Give me an average.

14     A        15 to 16.

15     Q        Obviously, if it's a

16  9-millimeter, we have a potential for having

17  what, 12, 13 more rounds of live ammunition

18  in that gun, right?

19     A        Yes.

20     Q        If it's a 38, how many rounds

21  does a 38 hold?

22     A        It could be five or six.

23     Q        So it could be potentially two,

24  three more rounds, right?

25     A        Yes.

Edward Bienz                          326

2      Q      What you said here was that you

3  were concerned that Anthony's gun may be

4  loaded, he is wrestling with this individual

5  in the car, right?

6             His right-hand is in the car

7  with the gun, and grabbing with the same

8  hand, the torso of this individual, right?

9      A      Yes.

10     Q      How far were you away from him

11  at the time that you made this observation?

12     A      I don't know.

13             Near the rear of my vehicle.

14     Q      How long until, you know, you

15  saw him run over to the car, until the point

16  in time that you made this observation?

17             If is it took him two seconds to

18  get to the car, how much time went by before

19  he smashes the window, opens the door, and

20  his hand is in the car, wrestling with the

21  driver?

22     A      Two seconds, three seconds.

23     Q      How long until you then move, as

24  described in this statement, towards the

25  car?

```
 1                    Edward Bienz                 327

 2        A       It took a few seconds.  I had to

 3   figure out what was going on.

 4        Q       What is a few seconds?

 5        A       Five, six seconds, maybe seven.

 6        Q       Did you reach a conclusion in

 7   your mind at that point, prior to heading

 8   over to the car, what you perceived was

 9   going on?

10        A       Yes.

11        Q       What was that?

12        A       The two guys were involved in a

13   physical alteration.  I believed that the

14   gun was still live, or loaded with

15   ammunition.

16        Q       Did that then present a danger

17   to yourself or others?

18        A       Yes.

19        Q       Did you know point at that point

20   in time that there was another individual in

21   the passenger seat?

22        A       No.

23        Q       Up to this point in time, has

24   anybody else said anything, other than

25   Anthony DiLeonardo said, you're under
```

Edward Bienz                    328

1

2   arrest?

3          A      Not that I heard.

4          Q      How many times did he say it?

5          A      I don't know.

6          Q      There's nothing in the statement

7   that says Anthony DiLeonardo said Nassau

8   County Police, you're under arrest, right;

9   it just says, you're under arrest?

10         A      That's all I heard.

11         Q      You never heard Anthony

12  DiLeonardo identify himself as a police

13  officer, up to this point in time, right?

14                MR. MITCHELL:  Objection to the

15         form.

16         A      I didn't hear.

17         Q      Now, I'm assuming that you were

18  gravely concerned about the health and

19  well-being of your wife, right?

20                MR. SCHROEDER:  Objection to

21         form.

22         A      In what -- say it again.

23         Q      It would be fair to say that you

24  would be gravely concerned about your wife,

25  under these circumstances?

Edward Bienz                          329

 1    

 2   A      Yes.

 3   Q      Did you, prior to running over

 4   to the car, ever instruct your wife to do

 5   anything:  Take cover, get in the car, get

 6   down, don't move; anything?

 7   A      No.

 8   Q      After the seven seconds or so it

 9   took you to assess the situation in your

10   mind, what do you do?

11   A      I started running over to the

12   car.

13   Q      Your intended purpose as you run

14   over to the car, as I understand it, was to

15   secure that weapon, correct?

16   A      To secure is that weapon and

17   stop whatever is going on between the two of

18   them.

19   Q      It wasn't to go over and assist

20   Anthony DiLeonardo in effectuating an

21   arrest, was it?

22          MR. CLARKE:  Objection.

23   A      I didn't know what was going on.

24   Q      So then would it be fair to say,

25   as you ran over there at that point in time,

```
 1                 Edward Bienz                    330
 2    you didn't go over there to help effectuate
 3    an arrest by Anthony DiLeonardo?
 4               MR. MITCHELL:   Object to the
 5          form.
 6          A     No.
 7          Q     You were going over there to
 8    stop these two men who were engaged in a
 9    physical encounter which you perceived to be
10    extremely dangerous, given the gun?
11          A     Yes.
12          Q     The situation in your mind, now
13    after your assessment, the situation is out
14    of hand, right?
15               MR. SCHROEDER:   Objection.
16               MR. CLARKE:   Objection.
17          Q     Fair to say?
18          A     Dangerous, would be the way I
19    would characterize it.
20          Q     Extremely dangerous?
21          A     Yes.
22          Q     So you head over there with the
23    intent --
24               By the way, let me ask you this.
25               You run over, and before you can
```

```
                          Edward Bienz                    331
 1
 2    do anything, the cab starts going backwards?
 3         A     Yes.
 4         Q     As the cab now is retreating
 5    further backwards in a southerly direction
 6    down Oakwood Road, a portion of that car, as
 7    you described here, clips your body?
 8         A     Yes.
 9              MR. SCHROEDER:  When you can
10         take a break, I got to respond to
11         something.
12              Judge Tomlinson, I don't know
13         how to do it.
14              MR. GRANDINETTE:  Give me a
15         minute.
16         Q     Can you tell me, sir, which
17    portion of that car clipped what portion of
18    your body?
19         A     Front driver's quarter panel, in
20    the center of the vehicle.
21         Q     The front -- is it before --
22    between the tire and the front bumper, or
23    the tire and the front door, if you know?
24              Can you delineate that?
25         A     Closer to the front of it.
```

```
1                    Edward Bienz                332

2          Q       Closer to the front bumper of

3    the vehicle?

4          A       Yes.

5          Q       When you're running towards the

6    car, you're glued on that gun, and what's

7    going on -- the changes?

8          A       Yes.

9          Q       I think at one point you

10   describe the driver of the tax, as trying to

11   push DiLeonardo out of the car, right?

12         A       Yes.

13         Q       So at least during the entire

14   observation you had of these two

15   individuals, you never saw the taxicab

16   driver ever hit or strike Anthony

17   DiLeonardo, right?

18         A       It was a physical altercation.

19   They were like pushing and shoving on each

20   other.

21         Q       Did you ever see him throw a

22   punch at Anthony DiLeonardo?

23         A       No.

24         Q       You saw him trying to get him

25   out of the car, right?
```

```
 1                    Edward Bienz                    333
 2         A      Yes.
 3         Q      Anthony DiLeonardo was the guy
 4    that broke the window and was trying to get
 5    in the car?
 6         A      Yes.
 7         Q      When you're running up to this
 8    car, watching the gun and the exchange, is
 9    it fair to say that the driver of the car
10    was looking at Anthony, trying to get him
11    out of his car?
12              MR. SCHROEDER:  Objection.
13         A      Yes.
14         Q      He wasn't looking at you, was
15    he?
16         A      No.
17         Q      When he backed up and went to
18    get away, do you have any idea that he even
19    knew that you were anywhere near his car?
20              MR. CLARKE:  Objection.
21         A      I don't know if he knew I was
22    there.
23         Q      Would it be fair to say, based
24    upon your observations, that you were
25    inadvertently, as a result of the motorist
```

```
 1                    Edward Bienz                 334
 2   moving his car in an attempt to get away
 3   from Anthony DiLeonardo?
 4              MR. MITCHELL:  Objection.
 5        A     I don't know.
 6        Q     Was it your perception, when
 7   that cab went backwards, it was trying to
 8   retreat from Anthony DiLeonardo?
 9              MR. MITCHELL:  Objection.
10              MR. CLARKE:  Objection.
11        A     I don't know.  I don't know what
12   his intention was.
13        Q     The car didn't move forward to
14   hit you, did it?
15        A     It was a sweeping, reversing
16   motion.
17        Q     It went backwards, right?
18        A     Yes.
19        Q     He didn't steer his car
20   strategically into you, did he?
21              MR. CLARKE:  Objection.  Calls
22        for speculation of what his intent
23        was.
24        Q     Sir, did he steer that cab into
25   your body?
```

```
 1                    Edward Bienz                335
 2              MR. MITCHELL:  Object to the
 3         form.
 4         A      I don't know.
 5              MR. CLARKE:  Let's take a break.
 6              MR. GRANDINETTE:  Can I finish
 7         this line of questioning?  I have a
 8         couple more minutes.
 9              If not, it's okay.  If you want
10         to break, here we can.
11              MR. CLARKE:  Let's take a break.
12              I've got five hours, on the
13         nose.
14                    (Brief recess)
15         Q      Sir, I'm going to read to you
16    from Anthony to the -- the Internal Affairs
17    Unit statement of Anthony DiLeonardo dated
18    March 17, 2012, okay, in relation to the
19    fact that we just discussed.
20              MR. SCHROEDER:  I missed the
21         beginning.  You're going to --
22              MR. GRANDINETTE:  I'm going to
23         read it from it.
24              Plaintiff'S 50, paragraph number
25         38.
```

Edward Bienz                                    336

2    "███████ ████████ ██████████ ████████

3    ███████████ ████████ ██████ ████ ████ ████

4    ████ ██ ███ ████████ ██ ████████████

5    ██████████ ████ ██████ ███████████ ██████

6    ████ ██████ █████ ████████ ████████ ███

7    ████████ ."

8              So, according to you, the

9    distance where these cars came to rest

10   is about right, right?  I think you

11   described as being 15 to 20 feet?

12             He said 20-25 feet.

13             MR. SCHROEDER:  Objection.

14             MR. CLARKE:  Objection to the

15   form of the question.

16             You can answer, over objection.

17   A         Restate the question.

18   Q         Sure.

19             At least as to the distance that

20   the vehicle was from Mr. DiLeonardo, when it

21   was stopped 20 to 25 feet away, it's close

22   to what you estimated, right?

23   A         Yes.

24   Q         The part about the shield, I

25   know that you said you never saw that

```
                        Edward Bienz                    337
```

1            shield, right?

2                A    Yes.

3                Q    Next paragraph, 39, "█  ████

4  ████████  ████  ██████  ████  ██  ██

5  ██████  ████████  ████  █  ██████  ████

6  ██████  ██████  ██████     Don't move.

7  ██████  ████████.'

8  ░ ████████  ██████  █████

9  ██████  █  ██████  ██  ██████  █

10  ██████  ████  ██████  ████  ██████  █████

11  ██████.  ."

12           So, according to your account,

13  you never saw or heard Anthony DiLeonardo

14  standing at the side of the car, stating,

15  "████████  ████  ██████  ████  ██████  ████,"

16  correct?

17           MR. MITCHELL:  I object to the

18       form.

19           MR. CLARKE:  Object to the form,

20       to the extent that part of that, he

21       acknowledged already.

22           Q    That statement, given by Anthony

23  DiLeonardo to IAU, is not consistent with

24  your observations, right?

```
 1              Edward Bienz              338
 2              MR. SCHROEDER:  Objection.
 3              MR. MITCHELL:  Objection.
 4              MR. CLARKE:  Over objection,
 5         you can answer.
 6         A     I heard him saying, "You are
 7    under arrest."
 8         Q     After he broke the window.
 9              You said he ran than up to the
10    car, two seconds, smashed the window, opened
11    the door and was saying, "You're under
12    arrest"?
13              MR. SCHROEDER:  Objection.
14         A     Say again.
15         Q     Do you recall, just a couple of
16    minutes ago, I asked you that --
17              You, in other words, heard
18    Anthony DiLeonardo say -- identify himself
19    as a police officer, and stated that -- to
20    Thomas Moroughan that he was under arrest,
21    prior to breaking the window?
22              MR. SCHROEDER:  Is that wasn't
23         the question.
24              MR. CLARKE:  Objection to the
25         form.  You're misstating his
```

```
 1                  Edward Bienz                  339

 2       testimony.

 3            Q      Do you recall that?

 4            A      An hour ago, or what happened at

 5       the roadside?

 6            Q      In his statement of Paragraph

 7       39, when Anthony DiLeonardo stated that he

 8       pulled his shield out, drew his gun, stated,

 9       "███████ █████ █████ ██████ █████ ██████,"

10       that never happened, according to your

11       knowledge, right?

12                  MR. MITCHELL:  Objection.

13                  MR. CLARKE:  Objection to the

14       form of the question.

15            A      I didn't see that.

16            Q      Next, I was --

17                  MR. CLARKE:  What are you

18       referencing?

19                  MR. GRANDINETTE:' Paragraph 40.

20                  MR. CLARKE:  Not before

21       anybody --

22                  MR. GRANDINETTE:  Plaintiff's

23       50.  I'm reading.  Period.  Paragraph

24       40.

25                  "█ ███ ██████ █ █████ ████
```

Edward Bienz                          340

2  ██████ ██████ ██ ████ █████ ██ ██ █████

3  ████████ █████  █ ████ ████ █████ █████

4  ███████ ██ ██ ████████ ██████."

5          Now based upon your observation,

6  that's inaccurate statement?

7          MR. MITCHELL:   I object to the

8  form.

9          MR. CLARKE:   Object.

10  Q      Correct?

11  A      No.

12  Q      No, meaning it's not an accurate

13  statement?

14          MR. SCHROEDER:   Objection.

15          THE WITNESS:   I never testified

16  to seeing any injuries.

17  Q      This is Anthony DiLeonardo's

18  statement to the Internal Affairs Unit.

19          MR. CLARKE:   Hold on a second.

20          MR. GRANDINETTE:   At Paragraph

21  40.

22          MR. CLARKE:   Stop.

23          He is thinking your question is

24  about his statement.

25          This is where it's too late in

```
 1                    Edward Bienz                341

 2        the day, we're too tired.

 3              I'm going to call a night.  Time

 4        to call it a night.

 5              MR. GRANDINETTE:  I'm going to

 6        move on.

 7              MR. CLARKE:  Your questions are

 8        complicated when you're wide awake.

 9        Candidly, seven or eight hours of you

10        will kill anybody.

11              We got to call it a night.

12              MR. GRANDINETTE:  I would like

13        to at least finish this area of

14        questioning.

15              MR. CLARKE:  I'm sure.

16              That could take you four hours.

17              MR. GRANDINETTE:  Chris, it

18        won't take me four hours.

19              MR. CLARKE:  Mr. Grandinette,

20        you did four hours on the DWI stop.

21        It could take you a long time.

22              It could take a lot longer,

23        given the complexity of the questions

24        and the stamina of my client.

25              MR. GRANDINETTE:  I don't see
```

```
 1                    Edward Bienz                      342

 2       how difficult the question is, and I'm

 3       trying to be cooperative.

 4              MR. CLARKE:  They're inside out.

 5              MR. GRANDINETTE:  With all due

 6       respect, I don't think there's

 7       anything inside out about asking about

 8       whether or not the statement by the

 9       man shot, he was --

10              MR. MITCHELL:  It's actually

11       totally and purely irrelevant.

12              MR. GRANDINETTE:  It's

13       permitted, it's admitted.

14              MR. MITCHELL:  I don't know how

15       it leads to further discovery.

16              Quite frankly, his opinion of

17       what --

18              MR. GRANDINETTE:  Really.

19              Off the record.

20              MR. CLARKE:  We have five

21       minutes.

22              MR. GRANDINETTE:  Note my

23       objection to breaking at this time.

24       There's nothing I can do about it.

25              I thought we had an agreement
```

```
 1                    Edward Bienz                    343
 2       that we were going --
 3              MR. CLARKE:  We did.  Obviously
 4       the questions are getting complicated,
 5       the witness is tired.
 6              Can you continue tonight?
 7              THE WITNESS:  No.
 8              MR. GRANDINETTE:  Gentleman,
 9       call the judge to ask her to move
10       forward, based upon mutual respect
11       that we have for each other.
12              I will defer to Mr. Bienz.
13              MR. MITCHELL:  I want to mention
14       that -- great.
15              I want to mention for the record
16       that I agree with Mr. Clarke that my
17       simple observations of his client,
18       just me looking at him, was that he
19       indeed was confused about your last
20       question.
21              My perception of Mr. Clarke's
22       client was that he thought you were
23       reading from his own statement.
24              I agree with Mr. Clarke.
25              MR. GRANDINETTE:  Okay.
```

```
 1              Edward Bienz              344
 2          Let me ask him now.
 3          MR. CLARKE:  We're done.
 4          MR. GRANDINETTE:  May I state --
 5          MR. CLARKE:  Those five minutes
 6   don't count.
 7          Let's keep it at five hours
 8   straight.
 9          My colleague, Mr. Mitchell, is
10   going to write a status report to
11   Judge Tomlinson, let her know that
12   we're going to reconvene on Monday,
13   the 7th, here.
14          Mr. Grandinette will let us know
15   starting time, and I'll speak to the
16   department to get you freed up for
17   that.
18          MR. SCHROEDER:  Off the record.
19          (Time noted:  5:40 p.m.)
20
21
22                        .
23
24
25
```

1                          Edward Bienz                    345

2                    A C K N O W L E D G E M E N T

3

4       STATE OF NEW YORK   )
                            :ss
5       COUNTY OF           )

6

7

8              I, EDWARD BIENZ, hereby certify

9       that I have read the transcript of my

10      testimony taken under oath in my deposition

11      of December 2, 2015; that the transcript is

12      a true, complete and correct record of my

13      testimony, and that the answers on the

14      record as given by me are true and correct.

15

16

17

18             _____

19                     EDWARD BIENZ

20

21

22      Signed and subscribed to before
        me, this              day
23      of                    , 2015.

24      _____
        Notary Public, State of New York
25

```
                                                      346

 1

 2   ------------------I N D E X--------------------

 3   WITNESS              EXAMINATION BY        PAGE

 4   EDWARD BIENZ       MR. GRANDINETTE      6

 5

 6

 7   DIRECTIONS:  None

 8   RULINGS:  None

 9   MOTIONS:  None

10

11   --------------DOCUMENT REQUEST---------------

12   None

13

14   ---------INFORMATION TO BE FURNISHED--------

15   None

16

17   ------------------EXHIBITS--------------------

18   PLAINTIFF'S FOR I.D.                    PAGE

19   120   Second Amended Complaint          7

20   121   Nassau County Police Department   98

21         Standards of Conduct

22   122   Photo                             241

23   45A   Nassau County Police Department   129

24         Internal Correspondence, 3/13/12

25   123   Photo                             304
```

```
1                                                    347

2      124    Photo                                  308

3      58A    Mr. Grandinette time chart (2 pages)

4

5      DEFENDANT'S FOR I.D.                          PAGE

6      None

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

348

C E R T I F I C A T E

STATE OF NEW YORK    )

                     ) ss.:

COUNTY OF NASSAU    )

          I, RICH MOFFETT, a Notary Public

within and for the State of New York,

do hereby certify:

          That EDWARD BIENZ, the witness

whose deposition is hereinbefore set

forth, was duly sworn by me and that

such deposition is a true record of

the testimony given by such witness.

          I further certify that I am not

related to any of the parties to this

action by blood or marriage; and that I

am in no way interested in the outcome

of this matter.

          IN WITNESS WHEREOF, I have

hereunto set my hand this 2nd day of

December, 2015.

-------------------------------------

        RICH MOFFETT

349

**'**

**'06** [1] - 92:8
**'07** [1] - 93:11
**'Police** [1] - 337:7

**0**

**0100** [1] - 204:24
**06** [4] - 51:17, 57:8, 113:21
**08** [1] - 57:9

**1**

**1** [3] - 133:22, 206:18, 211:20
**1-10** [1] - 1:12
**10** [11] - 66:24, 88:18, 88:19, 201:4, 201:9, 201:15, 201:20, 201:23, 202:2, 202:17, 261:12
**100** [3] - 3:9, 254:25, 257:11
**10005** [1] - 3:15
**10:00** [10] - 140:7, 148:24, 149:18, 150:16, 150:17, 196:21, 199:12, 199:16, 201:14, 212:17
**10:20** [1] - 1:20
**10:30** [4] - 150:25, 151:6, 151:19, 202:23
**11** [1] - 151:20
**11-20** [1] - 1:15
**110** [12] - 20:13, 22:2, 22:5, 22:8, 22:14, 22:20, 206:14, 213:7, 213:21, 214:25, 216:22, 228:15
**114** [2] - 1:24, 3:4
**11501** [2] - 1:25, 3:4
**11530** [1] - 4:9
**11553** [1] - 4:5
**11788** [1] - 3:9
**11:00** [4] - 150:25, 151:6, 155:25, 157:18
**12** [2] - 40:6, 325:17
**12-CV-0512** [1] - 1:7
**12-hour** [1] - 41:10
**12-ounce** [3] - 138:24, 154:16, 159:12
**12-ounces** [1] - 139:5
**120** [8] - 3:15, 7:21, 7:23, 8:6, 8:22,

**28**:24, 143:4, 346:19
**121** [3] - 98:8, 98:10, 346:20
**122** [11] - 11:19, 11:20, 12:8, 241:6, 241:9, 241:19, 247:23, 248:23, 255:18, 290:3, 346:22
**123** [5] - 304:9, 304:13, 305:6, 305:7, 346:25
**124** [4] - 308:19, 308:22, 308:24, 347:2
**129** [1] - 346:23
**12:00** [5] - 155:25, 157:19, 159:2, 160:24, 207:7
**12th** [1] - 130:6
**13** [5] - 129:12, 137:3, 143:20, 155:2, 325:17
**15** [12] - 21:23, 22:18, 22:25, 88:18, 88:19, 199:23, 202:3, 288:25, 310:17, 317:21, 325:14, 336:11
**15-20** [1] - 197:3
**1558** [1] - 237:10
**16** [2] - 83:19, 325:14
**167** [1] - 272:17
**17** [1] - 335:18
**190** [1] - 212:11
**19th** [13] - 215:14, 217:4, 217:7, 222:8, 222:11, 223:2, 223:4, 224:6, 224:11, 227:16, 230:10, 230:21, 231:4
**1:00** [12] - 159:2, 160:24, 171:2, 171:24, 173:13, 174:3, 174:9, 206:12, 206:23, 208:14, 211:6, 212:6
**1:45** [1] - 192:21

**2**

**2** [5] - 1:19, 113:22, 212:14, 345:11, 347:3
**2/27** [1] - 73:6
**2/27/11** [2] - 73:4, 73:5
**20** [12] - 23:2, 23:14, 82:3, 87:13, 87:14, 88:6, 157:5, 288:25, 317:21, 336:3,

**336**:11, 336:21
**20-25** [1] - 336:12
**20-minute** [1] - 202:4
**2001** [1] - 14:20
**2003** [2] - 91:25, 92:6
**2006** [4] - 25:8, 92:6, 93:7, 93:20
**2007** [4] - 94:5, 94:16, 95:22, 96:2
**2008** [1] - 12:5
**2008-2009** [1] - 12:24
**2009** [3] - 12:5, 25:21, 76:6
**2010** [5] - 13:20, 76:6, 76:8, 83:24, 85:7
**2011** [103] - 7:4, 11:21, 14:10, 14:16, 14:21, 15:19, 16:24, 18:6, 18:10, 19:4, 19:14, 23:4, 31:23, 32:13, 33:7, 33:23, 34:9, 35:18, 35:22, 36:12, 36:25, 37:13, 37:15, 37:18, 38:17, 38:20, 39:2, 44:8, 44:14, 44:18, 46:9, 46:17, 46:22, 46:25, 47:8, 47:18, 48:4, 49:12, 55:4, 55:20, 55:23, 62:4, 67:2, 72:8, 73:12, 74:19, 76:2, 76:6, 81:6, 83:6, 84:19, 84:23, 84:25, 86:4, 86:12, 86:25, 87:15, 88:25, 89:6, 96:13, 97:4, 97:18, 98:21, 113:3, 120:8, 120:12, 122:8, 122:22, 124:24, 127:24, 128:17, 131:25, 135:18, 136:8, 136:21, 137:5, 146:7, 155:10, 155:14, 155:17, 161:24, 162:5, 162:10, 162:14, 162:22, 163:6, 164:5, 164:11, 164:18, 165:5, 165:11, 165:17, 166:9, 166:15, 166:21, 180:20, 192:14, 193:5, 212:11, 219:9, 241:23, 248:23, 278:23
**2012** [3] - 129:12, 155:2, 335:18
**2013** [1] - 13:2
**2015** [5] - 1:19,

**248**:19, 345:11, 345:23, 348:22
**220** [1] - 280:9
**2220** [1] - 3:15
**225** [1] - 272:15
**2250** [1] - 203:23
**2330** [2] - 203:23, 204:24
**241** [1] - 346:22
**25** [9] - 15:25, 17:20, 18:2, 18:3, 20:6, 154:4, 336:3, 336:21
**26** [31] - 11:21, 14:10, 14:16, 14:20, 15:19, 16:24, 18:6, 18:10, 19:4, 19:14, 23:4, 37:15, 44:8, 44:18, 46:17, 46:22, 46:25, 47:18, 48:4, 49:12, 55:4, 55:20, 72:8, 73:12, 76:2, 83:6, 120:8, 120:12, 122:22, 193:4, 278:12
**26th** [20] - 7:3, 37:13, 37:18, 43:23, 44:14, 46:8, 47:8, 67:2, 74:18, 81:5, 84:19, 87:6, 89:6, 90:23, 128:9, 129:19, 136:8, 136:20, 139:10, 193:15
**27** [29] - 31:23, 32:13, 33:7, 34:9, 35:18, 35:21, 36:12, 36:25, 38:17, 38:20, 39:2, 86:4, 86:12, 86:25, 96:13, 122:8, 128:17, 161:24, 162:14, 162:22, 164:5, 164:11, 164:18, 165:11, 166:21, 180:20, 219:9, 219:18, 248:19
**27th** [35] - 7:3, 33:22, 84:23, 87:6, 87:15, 88:25, 97:4, 97:18, 98:21, 122:20, 122:22, 124:24, 127:24, 128:9, 129:20, 137:5, 139:9, 146:7, 155:10, 155:14, 157:6, 162:4, 163:6, 165:5, 165:17, 166:9, 166:15, 168:12, 169:4, 189:23, 192:3, 192:14, 212:10,

**241**:22, 278:23
**29** [2] - 155:17, 162:10
**2:53** [1] - 192:24
**2nd** [1] - 348:21

**3**

**3** [2] - 133:19, 136:4
**3-page** [1] - 129:14
**3/13/12** [1] - 346:24
**30** [5] - 6:13, 23:2, 23:14, 50:17, 141:25
**304** [1] - 346:25
**308** [1] - 347:2
**333** [2] - 1:18, 4:5
**36** [4] - 139:11, 139:17, 140:15, 142:24
**38** [5] - 192:2, 324:23, 325:20, 325:21, 335:25
**39** [2] - 337:4, 339:7
**3rd** [1] - 94:13

**4**

**40** [3] - 339:19, 339:24, 340:21
**422** [1] - 208:19
**45** [5] - 129:3, 129:5, 129:10, 129:11, 131:6
**45A** [3] - 129:8, 133:16, 346:23

**5**

**5** [2] - 98:12, 98:16
**5-10** [1] - 302:8
**50** [3] - 17:13, 335:24, 339:23
**516-280-4664** [1] - 1:25
**52** [1] - 62:6
**58** [10] - 148:7, 148:11, 155:22, 158:13, 169:11, 193:5, 193:8, 193:9, 196:19, 206:21
**58A** [1] - 347:3
**5:40** [1] - 344:19

**6**

**6** [2] - 38:14, 346:4
**6-foot** [1] - 212:14
**630** [1] - 1:24
**666** [1] - 4:9

350

**7**

7 [1] - 346:19
700 [1] - 4:9
7th [1] - 344:13

**8**

8 [5] - 38:14, 194:25, 195:15, 195:16, 196:12
8/7/2009 [1] - 98:19
84 [1] - 40:8
8:00 [21] - 136:10, 139:10, 148:14, 148:20, 148:21, 149:18, 150:17, 170:25, 171:23, 173:13, 174:3, 174:9, 195:13, 195:14, 199:10, 199:11, 199:16, 206:22, 207:7, 208:14, 212:17

**9**

9 [1] - 325:11
9-millimeter [3] - 324:23, 325:7, 325:16
98 [1] - 346:20
9:30 [12] - 139:10, 140:7, 148:15, 148:20, 148:22, 148:24, 150:16, 196:21, 199:10, 201:4, 202:2, 202:17
9:50 [1] - 202:23

**A**

A-M-A-R-R-O-S-A [1] - 79:12
a.m [9] - 1:20, 160:24, 171:2, 171:24, 206:12, 206:23, 208:14, 211:6, 212:6
abilities [2] - 209:23, 211:2
ability [15] - 7:17, 72:6, 103:24, 103:25, 104:8, 139:18, 140:16, 142:16, 188:15, 188:21, 208:14, 210:8, 210:17, 259:23, 260:2
able [5] - 78:13, 145:2, 226:8, 295:15,

305:19
ABS [4] - 312:17, 312:18, 312:20, 313:9
absent [3] - 95:5, 95:17, 183:19
absolutely [1] - 310:7
academic [1] - 92:15
academy [7] - 36:6, 36:12, 53:10, 94:4, 99:13, 100:9, 308:17
Academy [1] - 94:9
accept [1] - 131:23
access [1] - 80:23
accident [2] - 78:2, 78:4
According [1] - 197:10
according [14] - 160:23, 178:14, 198:13, 199:8, 199:18, 203:15, 203:24, 212:9, 217:7, 225:2, 314:4, 336:8, 337:13, 339:10
account [2] - 163:22, 337:13
accumulated [1] - 192:25
accuracy [1] - 147:25
accurate [10] - 130:23, 149:11, 149:22, 150:7, 150:13, 151:3, 151:7, 151:15, 152:19, 156:10, 156:14, 156:18, 156:21, 159:3, 206:17, 212:12, 248:18, 256:24, 340:12
accurately [3] - 158:15, 158:19, 260:11
acknowledged [1] - 337:22
acknowledgement [1] - 206:21
act [2] - 97:22, 97:25
action [3] - 7:25, 277:7, 348:17
activity [3] - 40:13, 226:10, 262:2
actual [1] - 88:7
Acura [2] - 241:15, 263:16
addition [1] - 7:6
additional [1] - 7:6
address [8] - 6:12, 6:18, 11:4, 11:9,

11:11, 11:17, 12:23, 285:17
addresses [1] - 12:20
adjacent [6] - 242:16, 242:22, 242:25, 243:5, 243:11, 244:4
adjoining [3] - 39:4, 39:11, 39:15
administer [2] - 5:17, 119:14
administration [1] - 100:19
administrative [3] - 131:15, 133:25, 134:17
administrator [1] - 115:20
admissible [2] - 134:24, 135:9
admissions [2] - 77:16, 78:17
admits [2] - 112:2, 114:14
admitted [4] - 120:13, 120:21, 121:7, 342:13
advance [1] - 255:11
adversely [1] - 7:17
Affairs [9] - 129:18, 129:24, 130:5, 132:6, 148:18, 206:4, 216:14, 335:16, 340:18
affect [2] - 7:17, 54:23
affecting [1] - 58:5
affects [1] - 188:15
affirmatively [1] - 229:5
afoot [2] - 252:23, 253:2
ages [1] - 14:7
ago [6] - 11:13, 12:17, 12:18, 12:25, 338:16, 339:4
agree [7] - 153:5, 178:7, 189:6, 192:12, 213:19, 343:16, 343:24
AGREED [3] - 5:4, 5:10, 5:15
agreement [1] - 342:25
ahead [1] - 52:9
Ahern [1] - 75:17
al [1] - 3:8
alcohol [78] - 43:5, 43:7, 43:10, 43:24, 45:9, 45:19, 46:16, 46:23, 47:2, 47:10, 47:20, 48:3, 48:19,

49:15, 51:11, 51:17, 52:17, 52:19, 54:5, 54:15, 54:19, 55:5, 55:16, 55:22, 56:16, 57:20, 58:2, 58:8, 58:11, 58:13, 79:5, 91:17, 97:9, 101:11, 102:7, 102:16, 102:22, 103:2, 110:8, 110:16, 111:16, 112:23, 113:15, 120:14, 120:22, 121:8, 139:19, 140:15, 142:18, 142:24, 147:10, 147:17, 147:23, 151:9, 151:23, 152:22, 156:24, 157:8, 157:22, 159:20, 160:3, 161:7, 161:11, 165:25, 167:8, 167:15, 167:22, 168:5, 169:17, 186:7, 186:8, 187:11, 187:12, 188:7, 188:14, 193:10, 207:19 -
Alcohol [1] - 58:4
alcohol-based [7] - 147:10, 156:24, 157:22, 159:20, 160:3, 161:7, 161:11
alcoholic [1] - 195:6
ALFRED [1] - 1:11
allegations [2] - 8:13, 8:20
allow [1] - 306:14
allowed [1] - 183:16
almost [4] - 137:3, 143:19, 293:14, 301:15
alone [1] - 88:4
alphabet [2] - 103:22, 115:10
alteration [1] - 327:13
altercation [6] - 275:5, 319:19, 319:21, 320:6, 320:18, 332:18
alternative [1] - 184:5
Amarrosa [1] - 79:10
ambulance [2] - 123:8, 123:19
Amended [2] - 7:24, 346:19
ammunition [3] - 324:20, 325:17, 327:15

amount [14] - 59:6, 163:20, 165:25, 169:16, 177:14, 177:17, 179:3, 225:13, 284:11, 285:24, 286:18, 286:21, 287:5, 288:24
ample [1] - 8:19
analysis [8] - 116:25, 183:22, 184:24, 185:6, 185:11, 185:13, 187:7, 187:13
analytical [2] - 209:23, 210:25
analyze [2] - 186:15, 186:17
analyzing [1] - 185:14
AND [3] - 5:3, 5:9, 5:14
Andrew [2] - 25:15, 25:19
angle [1] - 266:9
angry [5] - 275:2, 278:4, 282:4, 297:6, 297:23
ankle [1] - 276:4
answer [97] - 8:25, 9:10, 9:13, 10:2, 10:6, 18:14, 23:7, 23:8, 26:14, 27:25, 41:14, 42:24, 43:14, 44:23, 47:5, 47:14, 47:17, 51:13, 52:21, 53:22, 54:11, 55:8, 56:2, 57:19, 59:12, 61:7, 61:23, 62:3, 62:18, 63:5, 66:20, 67:10, 73:7, 73:9, 81:18, 88:17, 89:21, 95:9, 95:20, 96:16, 96:24, 99:22, 100:6, 101:19, 102:11, 108:16, 118:19, 119:25, 120:18, 121:4, 128:12, 128:24, 135:24, 138:9, 143:6, 145:23, 147:13, 157:11, 164:3, 178:11, 179:8, 180:2, 180:10, 180:24, 182:8, 182:18, 183:7, 183:13, 185:4, 187:19, 188:3, 188:10, 190:2, 190:4, 191:23, 192:6, 192:17,

205:23, 208:6, 208:22, 209:4, 266:24, 267:5, 267:6, 267:12, 274:14, 279:8, 282:15, 286:13, 287:11, 287:14, 288:23, 303:19, 309:20, 319:9, 336:16, 338:5

**answered** [19] - 44:22, 51:22, 52:4, 54:10, 55:25, 56:12, 57:16, 72:18, 145:22, 186:12, 188:17, 208:21, 228:25, 251:12, 251:14, 264:18, 284:18, 284:19, 303:17

**answering** [7] - 53:3, 178:3, 250:14, 251:4, 267:9, 278:20, 283:15

**answers** [3] - 51:5, 250:24, 345:13

**Anthony** [192] - 4:8, 6:21, 37:7, 37:14, 37:19, 39:2, 39:7, 39:10, 40:11, 41:7, 42:13, 42:17, 43:21, 43:24, 44:19, 45:2, 45:3, 45:4, 46:4, 46:8, 46:13, 46:20, 68:20, 68:23, 73:20, 81:9, 82:21, 83:7, 89:25, 90:18, 119:4, 132:12, 135:18, 136:12, 137:8, 137:11, 140:8, 140:10, 141:9, 141:16, 141:18, 142:12, 143:15, 144:7, 146:13, 146:21, 148:12, 149:7, 150:23, 154:22, 155:18, 155:23, 158:6, 158:13, 158:21, 162:25, 164:15, 165:14, 167:14, 168:23, 171:5, 171:9, 171:22, 172:25, 174:7, 174:12, 174:18, 175:9, 175:15, 177:8, 177:17, 178:6, 178:21, 178:25, 179:11, 179:14, 181:4, 181:15, 182:2, 189:16, 190:11,

191:25, 194:5, 194:13, 194:22, 194:24, 196:4, 198:3, 198:23, 199:2, 206:12, 206:16, 207:6, 207:7, 207:11, 208:11, 210:4, 212:3, 212:24, 213:3, 214:9, 215:10, 216:4, 216:6, 223:6, 223:18, 224:21, 226:9, 226:15, 226:20, 232:8, 232:10, 233:23, 235:3, 236:6, 236:11, 237:19, 238:6, 239:24, 240:14, 240:20, 241:11, 242:3, 242:9, 244:17, 245:16, 246:22, 247:18, 249:5, 249:24, 250:4, 251:17, 251:18, 251:23, 259:11, 261:17, 264:12, 266:22, 267:17, 268:3, 269:8, 269:15, 270:18, 272:16, 275:24, 276:7, 285:19, 287:2, 289:13, 292:8, 294:20, 298:14, 298:19, 302:3, 302:9, 302:15, 302:25, 310:16, 311:7, 311:10, 314:17, 315:19, 317:11, 319:25, 320:8, 320:11, 321:2, 321:5, 321:18, 321:23, 321:25, 322:14, 322:20, 322:23, 327:25, 328:7, 328:11, 329:20, 330:3, 332:16, 332:22, 333:3, 333:10, 334:3, 334:8, 335:16, 335:17, 337:14, 337:23, 338:18, 339:7, 340:17

**anthony** [2] - 284:15, 321:14

**ANTHONY** [4] - 1:15, 2:4, 3:3, 3:5

**Anthony's** [21] -

241:16, 242:12, 242:14, 242:22, 243:5, 243:11, 243:15, 244:4, 244:13, 247:13, 253:14, 255:4, 255:8, 255:12, 256:12, 286:3, 317:17, 318:4, 321:11, 324:15, 326:3

**anyway** [4] - 63:15, 211:17, 247:18, 258:3

**apart** [2] - 270:9, 310:14

**apologize** [1] - 318:17

**appear** [2] - 243:13, 248:17

**appeared** [3] - 321:15, 321:22, 337:11

**appetizers** [3] - 136:11, 196:17, 212:17

**apply** [1] - 152:24

**appreciate** [5] - 16:7, 49:23, 218:23, 250:11, 286:23

**approach** [1] - 109:25

**approached** [1] - 337:5

**approximate** [6] - 72:13, 75:24, 201:21, 202:15, 270:3, 307:7

**April** [3] - 135:17, 155:17, 162:10

**area** [27] - 15:10, 84:5, 99:17, 195:21, 198:6, 198:13, 202:5, 206:13, 213:7, 219:25, 230:17, 256:8, 256:19, 258:7, 258:16, 259:3, 259:21, 260:11, 262:17, 290:6, 290:18, 291:2, 294:15, 294:19, 300:11, 304:8, 341:13

**Argumentative** [2] - 307:17, 308:5

**argumentative** [1] - 308:7

**arm** [4] - 299:25, 300:8, 300:10, 300:14

**arrest** [37] - 68:19, 70:12, 71:2, 73:20,

76:3, 76:10, 78:23, 80:13, 80:23, 81:11, 105:18, 105:19, 106:14, 106:18, 112:9, 117:2, 117:9, 119:15, 320:15, 320:19, 321:10, 323:4, 323:12, 323:21, 324:2, 328:2, 328:8, 328:9, 329:21, 330:3, 337:8, 337:16, 338:7, 338:12, 338:20, 339:9, 339:25

**arrested** [4] - 53:25, 69:5, 73:25, 75:25

**arrestees** [1] - 40:23

**arresting** [7] - 72:9, 72:15, 72:21, 73:11, 75:9, 75:11, 106:5

**Arresting** [2] - 72:10, 72:23

**arrests** [18] - 40:21, 53:16, 53:18, 53:23, 68:19, 68:22, 69:15, 70:15, 70:19, 70:23, 71:18, 74:3, 81:5, 82:6, 82:12, 82:15, 99:17, 107:16

**Arrests** [1] - 71:14

**arrival** [1] - 220:25

**arrive** [1] - 202:9

**arrived** [6] - 78:5, 197:8, 202:25, 204:18, 214:12, 221:15

**arriving** [1] - 236:23

**Artful** [32] - 18:20, 19:15, 19:19, 158:5, 158:6, 158:14, 159:2, 159:16, 159:23, 160:24, 161:18, 161:23, 166:13, 166:19, 167:2, 169:19, 170:19, 171:19, 198:11, 203:25, 204:3, 204:16, 204:21, 206:23, 207:2, 207:23, 208:19, 209:2, 211:21, 212:22, 214:6, 221:14

**Arthur** [1] - 24:10

**Article** [2] - 98:12, 98:16

**articulate** [4] - 56:14, 108:19, 145:11, 147:7

**artist** [1] - 308:12

**ascertain** [1] - 78:11

**aside** [1] - 99:14

**assess** [1] - 329:9

**assessing** [2] - 104:6, 173:7

**assessment** [1] - 330:13

**assigned** [17] - 32:5, 32:14, 32:15, 32:17, 32:24, 32:25, 33:11, 33:13, 33:15, 36:16, 37:22, 38:2, 38:18, 39:4, 39:9, 39:10, 39:15

**assignment** [6] - 37:24, 38:16, 39:7, 40:2, 40:11, 99:18

**assist** [2] - 128:15, 329:19

**assisting** [7] - 72:10, 72:15, 72:22, 72:23, 73:11, 75:10, 82:17

**associate** [1] - 313:8

**associated** [1] - 102:8

**associates** [1] - 92:7

**assume** [6] - 10:7, 50:4, 271:21, 271:22, 274:8, 274:16

**assumed** [1] - 226:4

**assuming** [10] - 37:25, 64:21, 119:18, 149:11, 233:23, 236:11, 249:24, 265:25, 317:4, 328:17

**assumption** [2] - 271:25, 272:5

**assumptions** [1] - 191:15

**ate** [1] - 205:12

**atmosphere** [2] - 145:7, 145:19

**attached** [1] - 58:2

**attempt** [2] - 253:5, 334:2

**attempting** [2] - 321:15, 339:25

**attention** [7] - 108:8, 122:7, 193:4, 266:3, 274:25, 302:13, 310:22

**attest** [1] - 161:9

**attorney** [8] - 6:22, 8:9, 8:18, 28:19, 89:14, 89:19, 129:25, 133:8

**Attorney** [1] - 3:3

**ATTORNEY** [1] - 3:7

**attorneys** [2] - 5:4, 80:5
**Attorneys** [4] - 3:7, 3:12, 4:4, 4:8
**authorized** [1] - 5:17
**auto** [1] - 78:4
**automobile** [1] - 211:23
**Avenue** [10] - 11:19, 11:21, 12:4, 12:8, 12:12, 12:23, 27:2, 200:5, 214:19, 214:24
**average** [2] - 272:12, 325:13
**awaiting** [1] - 93:25
**awake** [1] - 341:8
**aware** [16] - 19:5, 20:21, 86:24, 97:3, 97:17, 155:9, 155:13, 161:23, 162:3, 162:9, 181:17, 191:25, 198:7, 215:11, 275:21, 322:11
**awareness** [2] - 209:17, 210:23
**awful** [1] - 325:2

**B**

**BA** [1] - 93:8
**Bachelor** [1] - 92:9
**back-pedal** [9] - 253:11, 255:5, 256:16, 260:19, 260:23, 262:12, 262:15, 264:16, 275:8
**back-pedaled** [3] - 263:7, 264:6, 289:8
**back-pedaling** [2] - 255:13, 262:10
**backed** [6] - 280:15, 305:22, 306:13, 306:17, 322:5, 333:17
**background** [3] - 91:20, 91:22, 193:16
**backing** [5] - 277:3, 288:20, 302:19, 304:17, 309:5
**backs** [3] - 279:22, 280:23, 280:25
**backward** [5] - 281:9, 281:22, 282:11, 282:23, 283:5
**backwards** [12] - 254:3, 254:5, 281:10, 281:12,

282:6, 287:5, 296:9, 296:18, 331:2, 331:5, 334:7, 334:17
**bad** [1] - 315:17
**balance** [1] - 115:4
**bar** [5] - 19:6, 19:15, 146:19, 154:2, 226:19
**bar/restaurant** [1] - 18:6
**BARKET** [2] - 4:7, 4:10
**Barley** [6] - 11:25, 12:4, 12:12, 12:24, 13:8
**bars** [3] - 14:25, 15:15, 16:14
**baseball** [2] - 70:4, 70:6
**based** [41] - 43:20, 47:17, 49:18, 53:24, 53:25, 67:8, 71:17, 107:14, 111:10, 119:20, 120:8, 127:19, 135:10, 142:12, 142:23, 145:18, 147:10, 156:24, 157:22, 159:20, 160:3, 161:7, 161:11, 171:23, 173:24, 174:10, 181:2, 181:13, 182:23, 182:25, 188:6, 205:2, 207:18, 272:18, 275:16, 279:3, 311:9, 325:6, 333:23, 340:5, 343:10
**basis** [4] - 43:25, 44:3, 44:5, 86:6
**BE** [1] - 346:14
**beams** [3] - 221:8, 221:20, 232:17
**bear** [2] - 214:23, 214:24
**beared** [1] - 215:3
**bearing** [1] - 215:3
**became** [3] - 46:10, 215:14, 222:11
**become** [3] - 39:8, 41:6, 86:5
**becomes** [1] - 214:25
**becoming** [2] - 42:10, 102:3
**beer** [28] - 58:18, 58:24, 59:3, 59:4, 60:2, 60:4, 60:11, 60:13, 64:22, 66:7, 66:14, 117:19,

138:12, 138:19, 138:21, 138:24, 139:12, 139:17, 143:15, 144:2, 146:17, 149:24, 151:6, 154:11, 154:19, 164:9, 170:9
**beers** [40] - 57:10, 57:24, 61:15, 61:19, 62:8, 62:12, 62:15, 114:19, 121:15, 136:12, 146:13, 149:20, 153:25, 154:7, 154:8, 154:9, 154:16, 156:13, 158:6, 158:25, 159:5, 159:8, 159:12, 159:13, 162:18, 165:9, 166:13, 168:17, 170:3, 170:14, 170:19, 170:25, 173:13, 174:3, 174:13, 180:21, 206:22, 208:13, 209:7
**began** [3] - 281:12, 321:6, 322:24
**begin** [2] - 281:18, 282:10
**beginning** [3] - 190:20, 256:15, 335:21
**begins** [2] - 280:13, 282:5
**behalf** [1] - 6:22
**behavior** [4] - 97:14, 100:4, 132:10, 132:13
**behind** [44] - 111:3, 211:5, 211:20, 212:5, 223:18, 223:21, 224:3, 224:4, 224:16, 224:22, 225:12, 226:4, 226:5, 226:11, 226:21, 227:7, 232:14, 234:16, 234:20, 234:21, 235:4, 235:11, 236:18, 237:20, 239:24, 241:17, 242:10, 244:18, 247:19, 248:4, 248:15, 263:23, 284:15, 287:3, 289:9, 294:20, 295:6, 295:7, 295:8, 301:19, 307:9,

309:22, 309:24, 317:23
**belief** [2] - 140:15, 187:21
**believes** [1] - 50:7
**beneath** [1] - 336:6
**bent** [2] - 300:11, 301:11
**best** [16] - 57:18, 72:5, 159:25, 200:8, 201:7, 203:12, 225:25, 226:2, 230:14, 252:18, 259:23, 260:2, 261:7, 271:10, 286:25, 315:3
**better** [4] - 189:9, 189:17, 192:13, 308:7
**between** [85] - 5:4, 23:14, 23:15, 26:22, 63:25, 74:15, 82:7, 87:15, 88:3, 101:21, 139:10, 140:11, 148:14, 149:17, 150:25, 151:19, 155:25, 157:6, 157:18, 159:2, 160:24, 169:12, 170:25, 171:23, 173:13, 174:3, 174:8, 178:14, 197:5, 202:17, 202:23, 203:23, 204:24, 206:22, 207:7, 208:14, 208:18, 212:17, 218:18, 219:2, 219:10, 220:24, 221:9, 221:13, 227:2, 227:11, 235:17, 246:16, 247:11, 247:25, 248:10, 249:19, 252:16, 256:10, 258:17, 259:10, 259:12, 262:2, 263:12, 266:18, 269:21, 269:23, 270:4, 275:2, 276:15, 278:4, 282:25, 289:13, 290:3, 290:13, 291:6, 292:12, 293:7, 293:15, 294:4, 295:16, 295:19, 300:23, 302:15, 303:12, 303:15, 314:25, 315:11, 329:17,

331:22
**BIENZ** [6] - 1:15, 6:2, 345:8, 345:19, 346:4, 348:10
**Bienz** [30] - 3:14, 6:11, 6:19, 13:14, 16:19, 25:3, 25:15, 26:3, 27:2, 27:23, 30:18, 52:16, 53:9, 65:19, 67:4, 67:13, 151:5, 151:9, 151:17, 151:18, 164:21, 165:20, 169:10, 193:3, 237:14, 258:15, 274:19, 288:11, 288:13, 343:12
**big** [5] - 112:24, 113:5, 233:11, 272:16, 315:8
**bigger** [2] - 139:5, 271:20
**bill** [6] - 105:8, 106:14, 107:3, 108:4, 108:17, 140:6
**Bill** [1] - 107:6
**bills** [1] - 158:11
**bit** [3] - 156:17, 216:19, 230:17
**black** [1] - 187:10
**Black** [21] - 136:9, 136:21, 139:17, 142:14, 146:22, 148:15, 150:11, 160:7, 161:11, 162:19, 163:3, 163:11, 163:22, 169:18, 170:3, 171:10, 193:23, 196:25, 197:13, 199:9, 202:16
**blast** [1] - 42:22
**block** [2] - 99:13, 204:11
**blocking** [1] - 316:13
**blood** [6] - 51:17, 52:16, 57:20, 58:2, 113:15, 348:17
**bloodshot** [3] - 54:12, 102:9, 103:13
**blow** [2] - 112:21, 113:14
**blows** [1] - 113:20
**Blue** [32] - 18:7, 18:9, 143:14, 143:22, 145:7, 146:5, 146:12, 146:19, 146:24, 147:7, 150:21, 151:2, 151:6, 153:17,

154:18, 164:9, 165:2, 168:25, 169:17, 170:10, 171:13, 197:2, 197:8, 197:11, 199:3, 199:5, 199:19, 200:6, 200:10, 200:18, 202:19, 203:6
**blue** [2] - 143:13, 241:15
**Board** [1] - 38:5
**body** [9] - 212:11, 254:6, 265:22, 268:10, 299:21, 299:23, 331:7, 331:18, 334:25
**bombed** [2] - 42:22, 43:3
**book** [1] - 108:12
**born** [5] - 10:10, 10:12, 10:20, 10:25, 14:18
**borrow** [1] - 258:9
**bottle** [2] - 66:14, 144:4
**bottled** [5] - 154:8, 154:10, 154:19, 156:13, 159:5
**bottles** [1] - 64:16
**bottom** [2] - 133:10, 135:6
**Boulevard** [2] - 1:18, 4:5
**boyfriend** [1] - 91:3
**boys** [1] - 45:22
**brakes** [4] - 312:12, 312:13, 312:21, 313:10
**braking** [1] - 313:3
**breadwinner** [1] - 86:13
**Break** [1] - 83:15
**break** [11] - 9:5, 9:11, 83:13, 141:2, 192:22, 312:14, 320:8, 331:10, 335:5, 335:10, 335:11
**breaking** [2] - 338:21, 342:23
**breath** [9] - 100:23, 110:9, 111:16, 112:12, 112:23, 116:5, 120:14, 120:23, 121:9
**Breathalyzer** [1] - 116:8
**Brendon** [1] - 75:17
**brethren** [2] - 98:24,

99:4
**Brew** [38] - 136:9, 136:21, 138:22, 139:17, 139:22, 140:12, 140:23, 141:6, 141:10, 142:2, 142:5, 142:8, 142:14, 146:23, 148:15, 149:7, 149:24, 150:6, 150:12, 160:7, 161:12, 162:19, 163:3, 163:11, 163:22, 168:17, 169:18, 170:3, 171:10, 193:24, 195:7, 196:25, 197:13, 199:3, 199:5, 199:9, 202:16, 205:12
**brew** [1] - 138:11
**brewed** [2] - 136:12, 138:12
**BRIAN** [1] - 3:10
**brief** [2] - 123:3, 293:15
**Brief** [1] - 335:14
**briefly** [4] - 29:3, 83:16, 87:3, 195:25
**bright** [1] - 238:25
**bring** [3] - 103:5, 116:7, 212:24
**broke** [4] - 299:4, 322:21, 333:4, 338:8
**broken** [1] - 319:23
**brother** [2] - 25:15, 26:15
**brought** [1] - 240:12
**BRUCE** [1] - 4:10
**BS** [1] - 92:18
**Bud** [1] - 60:13
**bud** [1] - 154:14
**buddies** [4] - 60:21, 64:5, 64:18, 66:8
**Buffalo** [1] - 64:25
**bumper** [16] - 242:21, 248:2, 256:5, 256:6, 256:11, 263:13, 263:24, 290:3, 290:14, 290:15, 290:25, 291:3, 291:5, 331:22, 332:2
**bumpers** [1] - 259:13
**bumping** [1] - 145:3
**bureau** [1] - 206:4
**Bureau** [1] - 132:6
**buy** [1] - 222:18
**BY** [7] - 3:5, 3:10, 3:16, 4:6, 4:10, 6:7, 346:3

**C**

**cab** [43] - 192:2, 240:21, 244:15, 244:18, 252:7, 277:18, 279:22, 279:24, 281:17, 282:5, 283:2, 287:4, 288:18, 288:19, 295:24, 296:5, 296:8, 296:17, 296:25, 297:13, 297:15, 302:19, 304:17, 304:19, 304:21, 304:22, 304:24, 305:21, 306:25, 309:2, 309:10, 318:8, 318:11, 318:15, 321:6, 321:24, 322:4, 322:12, 322:24, 331:2, 331:4, 334:7, 334:24
**cab's** [1] - 282:23
**cabbie** [2] - 282:9, 282:19
**calculations** [1] - 314:4
**calculator** [2] - 113:4, 113:8
**calculus** [1] - 113:18
**calendar** [2] - 71:19, 72:2
**canceled** [1] - 194:16
**Candidly** [1] - 341:9
**candidly** [1] - 287:20
**cannot** [1] - 56:14
**capable** [1] - 120:6
**capacity** [2] - 32:9, 32:10
**Captain** [1] - 36:11
**caption** [6] - 1:22, 28:24, 29:3, 29:14, 30:19, 30:23
**car** [271] - 32:17, 40:18, 78:23, 109:4, 111:4, 111:12, 114:10, 120:24, 121:22, 140:10, 141:8, 141:11, 141:13, 142:15, 160:11, 160:15, 184:23, 194:5, 196:2, 196:10, 199:2, 202:7, 202:14, 203:9, 206:16, 207:25, 208:8, 208:11, 211:6, 211:20, 212:6, 214:14,

215:2, 215:10, 215:11, 215:12, 216:9, 220:16, 220:21, 221:19, 223:22, 224:8, 224:21, 224:25, 225:22, 226:4, 226:25, 227:3, 227:11, 227:15, 228:19, 235:13, 235:15, 236:6, 236:20, 236:22, 237:18, 238:19, 239:2, 239:17, 239:24, 240:14, 240:15, 241:11, 241:14, 241:16, 241:21, 242:23, 243:3, 243:4, 243:10, 243:11, 244:6, 244:12, 244:13, 244:25, 245:2, 245:4, 245:10, 245:19, 246:2, 246:5, 246:6, 246:11, 246:19, 246:20, 246:22, 246:23, 246:24, 247:12, 247:13, 247:18, 248:5, 248:14, 248:16, 249:5, 249:6, 249:25, 250:3, 251:9, 252:8, 252:16, 253:3, 253:7, 253:12, 253:14, 253:16, 253:17, 253:22, 255:4, 255:8, 255:12, 255:15, 255:25, 256:3, 256:6, 256:7, 256:11, 256:12, 259:11, 259:12, 260:22, 261:18, 262:3, 262:8, 262:13, 263:16, 264:11, 268:7, 268:11, 270:7, 270:12, 272:24, 272:25, 273:21, 273:22, 273:24, 274:10, 276:25, 277:14, 277:19, 278:2, 279:23, 280:2, 280:5, 280:13, 280:25, 281:7, 281:9, 281:11, 281:13, 281:17, 281:18, 281:23, 282:5,

282:9, 282:11, 282:19, 282:22, 283:4, 283:5, 283:23, 283:24, 284:16, 286:3, 286:4, 287:4, 288:20, 289:3, 289:5, 289:6, 289:10, 289:17, 289:22, 290:11, 290:17, 291:4, 291:7, 291:8, 292:9, 292:12, 294:20, 295:2, 295:20, 296:11, 296:20, 297:5, 297:9, 297:17, 298:5, 298:12, 298:22, 300:17, 301:16, 302:2, 302:8, 302:12, 302:16, 302:19, 304:18, 305:11, 305:22, 306:11, 306:17, 307:8, 307:9, 307:11, 309:6, 309:22, 309:23, 313:11, 313:13, 315:10, 315:19, 315:24, 316:21, 316:25, 317:15, 317:16, 317:17, 317:23, 317:24, 318:5, 318:15, 319:12, 319:13, 319:19, 319:25, 320:2, 320:5, 321:12, 321:23, 322:20, 324:2, 326:5, 326:6, 326:15, 326:18, 326:20, 326:25, 327:8, 329:4, 329:5, 329:12, 329:14, 331:6, 331:17, 332:6, 332:11, 332:25, 333:5, 333:8, 333:9, 333:11, 333:19, 334:2, 334:13, 334:19, 337:15, 338:10
**car's** [1] - 270:5
**care** [1] - 185:17
**career** [3] - 108:24, 120:20, 188:14
**carrying** [1] - 275:25
**cars** [19] - 32:16, 116:16, 204:13, 227:21, 248:10,

354

248:18, 253:11, 258:18, 269:21, 270:10, 292:12, 295:17, 300:23, 302:15, 305:12, 314:25, 315:11, 336:9
**case** [37] - 11:15, 27:21, 28:4, 45:24, 52:7, 52:8, 69:8, 76:19, 77:20, 77:21, 77:25, 79:2, 80:9, 80:12, 89:12, 89:17, 90:7, 126:10, 126:13, 126:14, 126:17, 126:22, 126:25, 127:4, 127:7, 127:10, 127:11, 130:20, 157:6, 172:5, 172:12, 173:8, 183:15, 186:10, 187:13, 212:10
**cases** [3] - 74:24, 80:5, 82:11
**cash** [3] - 140:6, 158:10, 247:9
**causes** [1] - 111:9
**causing** [3] - 321:8, 322:5, 323:2
**cell** [4] - 216:4, 236:12, 236:14, 242:6
**center** [1] - 331:20
**central** [2] - 116:8, 116:22
**certain** [7] - 32:16, 32:17, 111:9, 127:19, 183:8, 183:19, 230:20
**certainly** [14] - 49:10, 78:22, 96:19, 120:6, 121:6, 145:15, 146:6, 155:9, 155:13, 161:23, 162:3, 188:5, 226:13, 301:18
**certification** [1] - 5:7
**certified** [1] - 120:3
**certify** [3] - 345:8, 348:9, 348:15
**Cervantes** [1] - 179:19
**chance** [2] - 98:15, 153:9
**change** [6] - 73:2, 73:9, 229:15, 229:18, 230:16, 282:5
**changes** [4] - 73:7, 231:3, 231:13, 332:7

**changing** [2] - 220:4, 283:10
**characteristics** [4] - 102:2, 102:7, 102:15, 103:9
**characterize** [1] - 330:19
**charge** [1] - 50:25
**charges** [2] - 131:9, 131:24
**CHARLES** [1] - 1:10
**chart** [1] - 147:23, 148:8, 149:9, 152:19, 153:3, 155:22, 157:18, 158:16, 158:23, 158:25, 159:11, 160:22, 193:10, 199:8, 200:16, 347:3
**charts** [1] - 39:12
**checklist** [1] - 105:11
**chest** [2] - 300:12, 300:15
**CHIEF** [1] - 1:13
**Chief** [3] - 4:4, 33:18, 33:19
**child** [1] - 14:9
**children** [6] - 13:21, 14:2, 14:5, 27:5, 27:7, 27:13
**Chino's** [1] - 93:4
**chitchat** [1] - 235:20
**chose** [1] - 234:10
**Chris** [15] - 26:3, 27:9, 27:10, 65:17, 65:18, 66:4, 67:3, 67:13, 68:5, 185:18, 186:22, 257:8, 283:20, 287:16, 341:17
**Chrissy** [1] - 27:14
**Christina** [1] - 27:14
**Christopher** [1] - 193:21
**CHRISTOPHER** [1] - 3:16
**Christopolis** [2] - 80:6, 80:7
**CICCOTTO** [1] - 1:11
**circle** [8] - 257:10, 257:13, 257:18, 258:6, 258:16, 259:20, 260:3, 260:11
**circling** [1] - 260:7
**circumstances** [11] - 7:7, 109:10, 112:10, 114:4, 145:13, 145:14, 183:8, 183:11, 184:22,

185:8, 328:25
**circumstantially** [1] - 279:3
**City** [2] - 4:9, 25:16
**civil** [1] - 8:13
**clarification** [1] - 187:9
**clarify** [6] - 30:13, 50:5, 250:17, 250:18, 268:22, 318:25
**CLARKE** [299] - 3:16, 6:15, 8:24, 11:7, 15:2, 15:22, 16:8, 16:13, 17:16, 18:12, 18:21, 19:20, 20:18, 21:5, 23:5, 23:21, 26:13, 27:24, 29:10, 29:16, 29:20, 30:5, 30:11, 31:7, 31:14, 33:8, 34:8, 37:16, 38:22, 40:3, 41:12, 42:23, 43:13, 44:22, 47:4, 47:13, 48:14, 48:20, 49:5, 50:16, 50:22, 51:2, 51:12, 51:22, 52:3, 52:8, 52:14, 52:20, 52:23, 53:20, 54:9, 55:7, 55:24, 56:9, 56:11, 57:16, 59:11, 60:25, 61:5, 61:22, 62:2, 62:17, 63:4, 63:16, 66:18, 67:5, 68:2, 68:10, 70:21, 71:20, 72:17, 74:6, 79:7, 81:8, 81:17, 81:21, 81:25, 82:4, 83:10, 87:22, 88:16, 89:20, 91:5, 95:8, 95:19, 96:8, 96:15, 96:23, 98:13, 99:21, 100:5, 101:17, 102:10, 106:11, 107:4, 107:22, 108:11, 112:25, 118:17, 119:24, 120:17, 121:3, 121:12, 121:16, 121:24, 123:6, 123:12, 124:10, 124:21, 128:10, 128:22, 135:12, 135:24, 137:14, 138:3, 138:8, 139:13, 139:25, 140:19, 140:24, 141:4, 141:24, 142:21, 143:5, 145:21, 146:15, 147:11,

148:8, 149:12, 149:23, 150:2, 150:15, 151:25, 153:3, 157:9, 164:2, 167:10, 167:17, 167:24, 169:5, 169:8, 169:21, 172:7, 173:15, 173:22, 177:22, 178:10, 179:5, 179:7, 179:19, 179:23, 180:9, 180:23, 181:8, 181:19, 182:7, 182:15, 183:6, 183:12, 184:9, 184:17, 185:3, 185:10, 185:15, 185:19, 186:2, 186:12, 186:17, 186:21, 186:24, 187:4, 187:7, 187:18, 187:25, 188:8, 188:16, 189:11, 189:20, 190:3, 190:19, 190:24, 191:4, 191:9, 191:14, 191:20, 192:5, 192:17, 192:21, 192:24, 193:11, 198:17, 200:13, 200:19, 201:12, 205:12, 205:21, 206:7, 208:5, 208:20, 209:3, 211:24, 212:7, 213:13, 217:16, 219:4, 220:17, 227:18, 228:25, 231:12, 231:19, 232:4, 239:9, 239:13, 241:19, 243:22, 247:24, 248:7, 248:20, 250:16, 250:23, 251:4, 251:7, 251:13, 256:20, 257:6, 257:21, 258:2, 258:19, 259:21, 259:24, 263:8, 264:17, 264:21, 266:23, 267:7, 274:6, 278:7, 278:16, 279:7, 279:15, 282:12, 283:7, 283:14, 284:7, 284:19, 284:24, 285:5, 285:10, 285:14, 286:6, 287:7,

287:10, 287:13, 287:18, 288:2, 288:6, 288:10, 288:17, 288:22, 297:8, 303:17, 304:19, 305:2, 306:23, 307:10, 307:17, 308:5, 308:11, 309:4, 309:18, 314:5, 317:18, 318:22, 323:17, 329:22, 330:16, 333:20, 334:10, 334:21, 335:5, 335:11, 336:14, 337:20, 338:4, 338:24, 339:13, 339:17, 339:20, 340:9, 340:19, 340:22, 341:7, 341:15, 341:19, 342:4, 342:20, 343:3, 344:3, 344:5
**Clarke** [8] - 8:9, 8:20, 9:4, 16:6, 29:25, 90:12, 343:16, 343:24
**Clarke's** [1] - 343:21
**Claus** [1] - 15:25
**clear** [6] - 271:8, 273:10, 273:18, 274:12, 316:5, 319:9
**clearer** [1] - 239:10
**clearly** [2] - 52:8, 160:15
**clenched** [1] - 300:7
**client** [5] - 30:2, 169:9, 341:24, 343:17, 343:22
**clipped** [1] - 331:17
**clips** [2] - 325:10, 331:7
**close** [14] - 20:20, 27:16, 113:21, 151:8, 151:10, 151:11, 193:21, 255:19, 255:24, 270:14, 278:3, 278:15, 279:5, 336:21
**closed** [3] - 254:24, 265:17, 278:17
**closer** [6] - 253:10, 253:14, 307:22, 317:22, 331:25, 332:2
**clothing** [1] - 336:7
**clues** [2] - 115:21, 115:24