coded [1] - 133:18
cognitive [5] - 54:23, 188:15, 209:7, 209:10, 210:14
Cognitive [1] - 103:24
cognizant [2] - 137:4, 146:6
collar [1] - 80:14
colleague [1] - 344:9
College [1] - 92:3
color [1] - 133:18
color-coded [1] - 133:18
colored [1] - 244:14
combination [1] - 112:4
comfortable [2] - 260:6, 260:9
coming [9] - 87:20, 110:12, 117:7, 117:13, 255:23, 261:23, 262:7, 264:10, 268:14
Commack [16] - 6:13, 11:5, 11:6, 11:25, 12:4, 12:13, 12:14, 12:24, 13:3, 13:6, 86:10, 141:24, 141:25, 213:14, 213:15, 213:17
COMMANDING [1] - 1:14
Commanding [1] - 3:13
commented [3] - 215:25, 217:20, 238:6
commercial [1] - 230:17
committed [2] - 96:22, 323:10
common [1] - 50:22
communicate [9] - 44:15, 45:4, 46:9, 177:21, 243:6, 243:17, 289:18, 290:22, 292:13
communicated [6] - 44:10, 45:17, 172:3, 177:12, 268:17, 268:18
communicating [2] - 177:13, 293:3
communication [1] - 243:23
communications [5] - 43:20, 45:2, 46:3, 89:9, 89:11
compact [16] - 246:2, 246:5, 247:9, 249:5,
252:8, 268:11, 276:25, 279:23, 280:2, 281:18, 283:3, 283:23, 317:15, 317:16, 317:24, 318:8
company [1] - 205:5
comparing [1] - 149:5
compass [1] - 294:11
Complaint [2] - 7:24, 346:19
complaint [1] - 8:13
complete [2] - 85:11, 345:12
completed [1] - 94:17
completing [1] - 40:25
complexity [1] - 341:23
compliance [2] - 131:19, 134:2
complicated [2] - 341:8, 343:4
compound [4] - 16:13, 53:21, 124:10, 140:24
computer [3] - 80:15, 80:20, 80:24
conceal [1] - 178:15
concede [3] - 49:11, 189:16, 229:4
conceded [1] - 228:21
concept [3] - 106:23, 243:23
concerned [4] - 89:2, 326:3, 328:18, 328:24
concerning [3] - 127:7, 128:8, 129:19
conclusion [4] - 145:20, 266:17, 301:21, 327:6
condition [3] - 54:13, 54:18, 111:23
Conduct [1] - 346:21
conduct [9] - 6:25, 98:12, 98:21, 99:10, 112:8, 119:14, 211:9, 323:10, 323:20
conducting [1] - 132:7
Conference [1] - 174:19
confident [1] - 275:12
confidential [1] - 6:18
confidentiality [1] - 6:16
confines [1] - 309:2
confrontation [7] - 216:8, 220:15, 220:20, 239:8,
239:10, 239:19, 240:14
confuse [1] - 191:10
confused [8] - 52:22, 52:24, 53:4, 201:18, 250:20, 304:25, 305:3, 343:19
cONGDON [1] - 4:3
congestion [1] - 145:7
conscious [1] - 208:3
consciously [1] - 211:16
consequence [1] - 54:19
consistent [5] - 103:9, 148:17, 149:2, 152:4, 337:24
consists [1] - 106:9
constitutes [2] - 54:3, 134:10
consume [4] - 66:6, 101:11, 144:18, 171:22
consumed [21] - 43:5, 43:24, 55:5, 58:8, 58:17, 102:6, 102:22, 139:11, 144:15, 146:5, 148:14, 149:20, 149:24, 150:6, 150:11, 163:21, 166:2, 170:25, 180:21, 181:4, 181:16
consuming [9] - 43:6, 46:16, 46:23, 47:9, 48:3, 139:16, 142:13, 209:6, 210:7
consumption [13] - 51:11, 52:19, 56:16, 58:11, 79:5, 97:9, 142:17, 142:24, 147:22, 157:18, 187:12, 188:7, 207:18
contact [3] - 141:12, 216:3, 322:10
contained [1] - 8:21
content [6] - 51:17, 52:17, 57:21, 58:2, 113:15, 238:10
context [3] - 30:24, 32:23, 35:7
continue [8] - 31:25, 35:9, 36:17, 153:23, 154:21, 250:13, 288:17, 343:6
CONTINUED [1] - 1:22
Continued [1] - 4:2
continuing [1] - 24:21
continuously [1] - 264:6
control [1] - 231:10
Controlled [1] - 100:16
controlled [2] - 101:9, 102:20
controls [2] - 231:10, 231:24
conversation [18] - 87:19, 88:12, 117:6, 123:3, 123:10, 123:18, 123:21, 218:3, 236:2, 237:21, 238:15, 238:17, 240:7, 292:18, 292:25, 293:7, 293:15, 293:18
conversations [13] - 89:16, 122:11, 123:24, 124:4, 124:24, 125:5, 125:9, 125:13, 125:17, 125:21, 125:25, 126:5, 237:15
conversely [1] - 22:19
convey [1] - 46:4
conveyed [2] - 44:19, 45:8
conveying [1] - 45:2
convicted [3] - 75:7, 75:21, 77:10
conviction [1] - 79:23
cooperative [1] - 342:3
coordination [5] - 54:24, 102:25, 188:24, 208:24, 210:11
cop [1] - 184:15
copy [3] - 148:3, 148:5, 199:15
cordial [1] - 34:19
Cornea [18] - 89:5, 90:15, 91:13, 91:16, 136:14, 140:9, 150:10, 152:25, 160:23, 163:10, 164:22, 165:21, 166:25, 168:5, 207:13, 207:21, 238:7, 316:18
Cornea's [2] - 157:17, 157:22
corner [8] - 20:22, 20:24, 21:2, 21:10, 21:14, 233:3, 236:3, 285:18
correct [75] - 8:9, 13:6, 15:7, 20:9, 20:17, 20:24, 22:11, 30:5, 54:25, 71:2, 78:8, 86:25, 89:3, 98:6, 103:10, 103:13, 103:18, 103:20, 106:17, 108:22, 110:17, 114:24, 119:22, 120:9, 123:15, 129:15, 129:20, 130:2, 130:14, 130:23, 132:2, 134:7, 134:13, 134:19, 137:5, 146:9, 146:14, 146:25, 155:15, 155:19, 156:21, 162:12, 174:4, 179:18, 180:22, 181:23, 188:19, 188:22, 188:25, 189:4, 199:20, 207:25, 208:11, 212:20, 212:25, 213:22, 215:23, 219:24, 220:22, 227:16, 227:19, 232:14, 234:17, 235:7, 239:17, 259:12, 259:17, 262:8, 305:15, 324:3, 329:15, 337:17, 340:10, 345:12, 345:14
correctly [1] - 301:25
Correspondence [1] - 346:24
counsel [2] - 76:18, 257:15
COUNSEL [1] - 288:4
count [2] - 115:8, 344:6
Country [3] - 1:24, 3:4, 4:9
COUNTY [7] - 1:9, 1:12, 1:13, 3:7, 345:5, 348:5
county [1] - 3:8
County [95] - 3:8, 3:12, 25:5, 27:20, 35:13, 36:22, 42:11, 69:11, 70:9, 75:13, 76:20, 80:24, 81:3, 86:20, 93:10, 93:14, 93:23, 94:2, 94:9, 94:21, 95:3, 95:14, 96:3, 96:19, 97:7, 97:13, 97:21, 99:20,

105:6, 108:6, 116:12, 116:14, 123:25, 124:5, 125:2, 125:6, 125:10, 125:14, 125:18, 125:22, 126:2, 129:18, 129:24, 143:2, 155:19, 162:11, 162:16, 162:17, 162:24, 162:25, 163:8, 163:9, 163:23, 164:7, 164:8, 164:14, 164:20, 164:21, 165:7, 165:8, 165:13, 165:14, 165:19, 165:20, 166:11, 166:12, 166:17, 166:18, 166:23, 166:24, 167:6, 167:13, 167:21, 168:4, 168:15, 168:16, 168:21, 168:22, 168:23, 169:15, 175:14, 176:11, 179:15, 211:8, 328:8, 346:20, 346:23
**couple** [8] - 114:19, 117:22, 117:23, 120:13, 120:22, 194:12, 335:8, 338:15
**course** [29] - 9:5, 9:20, 15:5, 15:13, 38:7, 38:15, 39:6, 39:20, 40:10, 41:5, 41:10, 43:21, 44:7, 45:17, 46:2, 62:16, 85:9, 85:22, 102:18, 104:16, 115:12, 116:4, 116:24, 119:6, 188:14, 193:20, 220:7, 251:7, 277:6
**court** [3] - 6:25, 41:3, 79:13
**COURT** [1] - 1:2
**Court** [5] - 1:24, 5:20, 75:13, 76:20, 79:14
**courtroom** [1] - 119:19
**cousin** [5] - 26:3, 65:20, 193:20, 194:10, 194:16
**cousin's** [1] - 194:12
**cover** [2] - 292:24, 329:5

**covered** [2] - 299:21, 299:22
**created** [1] - 78:18
**crimes** [3] - 127:14, 182:11, 182:17
**criminal** [4] - 100:4, 134:13, 134:18, 135:3
**criminally** [2] - 135:15, 135:20
**cross** [1] - 222:15
**crouched** [3] - 312:7, 314:24, 315:2
**crowded** [4] - 145:4, 145:17, 145:24, 153:15
**crunch** [1] - 301:12
**crunched** [2] - 300:19, 301:10
**CTU** [1] - 116:9
**curb** [1] - 294:15
**current** [1] - 25:14
**Customs** [1] - 24:22
**cut** [1] - 218:22

**D**

**DA** [3] - 75:16, 77:5, 79:17
**DA's** [4] - 28:8, 126:2, 155:19, 162:12
**dad's** [1] - 26:15
**daily** [1] - 43:25
**damaged** [1] - 337:11
**danger** [1] - 327:16
**dangerous** [2] - 330:10, 330:20
**Dangerous** [1] - 330:18
**Daniel** [2] - 3:13, 35:10
**DANIEL** [1] - 1:14
**date** [14] - 8:6, 15:21, 33:7, 34:4, 35:15, 44:13, 69:15, 70:25, 87:3, 87:4, 87:16, 94:11, 122:9
**dated** [2] - 129:12, 335:17
**dates** [1] - 7:8
**dating** [3] - 90:21, 90:25, 91:6
**days** [2] - 40:6, 193:17
**De** [1] - 36:19
**deadly** [1] - 94:24
**death** [3] - 95:18, 96:7, 187:23
**debate** [1] - 50:21
**December** [4] - 1:19, 93:9, 345:11, 348:22

**DeCicco** [1] - 130:10
**DECICCO** [1] - 130:11
**decided** [6] - 145:4, 145:25, 194:20, 197:21, 206:11, 242:5
**decision** [5] - 113:21, 189:18, 199:2, 208:4, 208:7
**decisions** [1] - 189:10
**defendant** [4] - 73:14, 73:18, 73:19, 82:9
**Defendant** [3] - 2:4, 4:4, 4:8
**DEFENDANT'S** [1] - 347:5
**Defendants** [3] - 1:16, 3:7, 3:12
**defendants** [2] - 73:16, 73:25
**defense** [7] - 80:5, 95:5, 95:17, 96:5, 183:24, 184:25, 300:24
**defer** [1] - 343:12
**defined** [2] - 51:6, 58:20
**definition** [9] - 50:9, 50:12, 50:23, 51:15, 51:16, 55:11, 57:8, 58:16, 313:18
**degree** [12] - 85:11, 85:16, 92:19, 93:21, 135:9, 139:19, 140:17, 142:18, 208:16, 208:25, 209:8, 210:9
**DELAMERE** [1] - 3:16
**delay** [1] - 250:6
**delineate** [1] - 331:24
**demand** [1] - 81:2
**DEMARTINIS** [1] - 1:14
**Demartinis** [1] - 3:14
**department** [5] - 16:2, 36:3, 124:21, 137:18, 344:16
**DEPARTMENT** [2] - 1:10, 1:13
**Department** [58] - 3:8, 3:13, 25:6, 33:20, 35:13, 36:23, 42:11, 81:3, 86:20, 93:11, 93:15, 93:24, 94:2, 94:21, 95:3, 95:14, 97:7, 97:13, 97:21, 99:20, 99:24, 105:7, 116:15, 124:2, 124:6, 125:2, 125:6, 125:10, 125:14,

125:18, 125:22, 143:3, 162:17, 162:18, 162:25, 163:9, 164:8, 164:13, 164:14, 164:15, 164:21, 165:8, 165:14, 165:20, 166:12, 166:18, 166:24, 167:7, 167:13, 167:21, 168:5, 168:16, 168:22, 168:23, 169:16, 176:11, 346:20, 346:23
**departmental** [2] - 82:25, 98:11
**Departments** [1] - 27:20
**dependent** [1] - 86:15
**depicting** [1] - 260:11
**depiction** [1] - 248:18
**deposed** [1] - 51:3
**deposition** [12] - 5:7, 5:15, 7:2, 9:6, 87:20, 88:11, 107:6, 153:11, 288:15, 345:10, 348:11, 348:13
**Deputy** [2] - 4:4, 33:18
**DEPUTY** [1] - 1:13
**deputy** [1] - 25:11
**describe** [18] - 26:7, 26:18, 29:4, 34:15, 51:20, 59:5, 61:4, 145:2, 230:9, 230:11, 232:23, 244:6, 266:21, 299:23, 312:19, 315:3, 319:20, 332:10
**described** [10] - 55:10, 60:16, 66:25, 276:21, 290:2, 295:22, 300:14, 326:24, 331:7, 336:11
**description** [2] - 108:20, 272:7
**design** [3] - 141:20, 177:21, 178:6
**designate** [1] - 160:19
**designated** [4] - 6:16, 63:12, 63:25, 160:20
**designed** [1] - 101:15
**detail** [1] - 115:16
**Detective** [3] - 36:18, 130:6, 130:10
**Detective/Sgt** [1] - 3:14

**DETECTIVE/SGT** [2] - 1:11, 1:14
**Detectives** [1] - 170:24
**DETECTIVES** [1] - 1:10
**detectives** [2] - 172:15, 172:18
**determination** [3] - 115:25, 116:25, 187:15
**determine** [3] - 103:7, 110:7, 271:18
**developed** [1] - 82:23
**device** [4] - 112:24, 120:4, 231:9, 231:10
**difference** [2] - 38:21, 101:20
**different** [9] - 29:21, 39:11, 50:12, 64:15, 66:12, 66:15, 74:13, 86:2, 325:10
**differently** [2] - 64:8, 64:14
**difficult** [1] - 342:2
**DiLeonardo** [118] - 4:8, 37:8, 37:10, 37:14, 37:19, 39:3, 39:7, 39:10, 40:11, 41:7, 41:18, 42:14, 42:17, 43:21, 43:24, 44:19, 46:8, 46:13, 46:20, 68:20, 68:23, 73:20, 81:10, 82:7, 83:8, 89:25, 90:18, 119:5, 142:13, 143:10, 146:13, 150:23, 155:23, 158:13, 162:2, 164:15, 165:15, 167:15, 168:24, 171:6, 171:9, 171:22, 173:14, 174:8, 174:12, 175:10, 176:2, 177:8, 178:7, 178:15, 178:21, 181:4, 181:15, 182:2, 189:16, 190:11, 191:25, 194:5, 198:4, 207:11, 210:4, 212:4, 212:24, 213:3, 223:6, 223:18, 225:11, 226:9, 226:15, 226:20, 227:12, 232:8, 232:11, 233:23, 234:21, 235:3, 237:20,

238:6, 242:9, 245:15, 245:16, 246:6, 248:5, 261:18, 266:6, 266:22, 267:17, 268:3, 269:8, 269:13, 269:15, 272:16, 298:19, 302:4, 302:10, 302:25, 310:4, 310:16, 321:2, 321:5, 322:23, 327:25, 328:7, 328:12, 329:20, 330:3, 332:11, 332:17, 332:22, 333:3, 334:3, 334:8, 335:17, 336:20, 337:14, 337:24, 338:18, 339:7
DILEONARDO [2] - 1:15, 2:4
DiLeonardo's [16] - 132:12, 224:21, 225:22, 227:2, 236:11, 239:24, 240:15, 241:11, 259:11, 270:4, 270:18, 290:14, 294:20, 305:11, 307:9, 340:17
dine [1] - 15:14
dinner [30] - 43:4, 43:16, 57:12, 58:24, 59:3, 59:22, 60:19, 61:2, 61:12, 61:13, 61:18, 62:7, 62:12, 62:14, 62:21, 63:7, 63:13, 63:19, 66:8, 136:11, 193:23, 194:10, 194:21, 196:16, 196:17, 197:14, 197:16, 197:17, 212:16
Direct [1] - 179:7
direct [4] - 32:22, 157:11, 190:4, 193:3
directed [2] - 134:6, 266:2
directing [2] - 122:7, 287:11
direction [11] - 22:9, 104:13, 217:25, 222:12, 234:14, 269:8, 294:10, 294:11, 299:13, 314:21, 331:5
directions [4] - 103:25, 104:2, 104:4, 104:9

DIRECTIONS [1] - 346:7
directly [4] - 22:10, 46:15, 281:6, 290:22
disagree [1] - 50:13
discharge [4] - 95:4, 96:4, 184:22, 303:24
discharged [5] - 299:8, 299:10, 311:18, 311:19, 312:3
discharges [1] - 182:13
discharging [3] - 96:20, 182:14, 183:5
disciplined [1] - 92:14
disclose [1] - 127:9
discovery [1] - 342:15
discuss [5] - 8:19, 41:16, 58:25, 90:7, 277:13
discussed [8] - 8:17, 45:20, 130:20, 197:25, 206:5, 206:10, 238:11, 335:19
discussion [1] - 88:20
discussions [1] - 157:10
Disler [1] - 130:6
dismissed [2] - 131:10, 131:24
disregarded [1] - 211:16
distance [14] - 197:4, 247:11, 247:25, 248:10, 248:12, 256:10, 270:4, 278:3, 281:10, 307:24, 307:25, 308:2, 336:9, 336:19
distances [3] - 308:10, 308:14, 308:17
distinguish [1] - 101:20
distinguished [1] - 56:25
distinguishing [1] - 56:19
District [1] - 79:14
DISTRICT [3] - 1:2, 1:3, 3:7
divides [1] - 214:22
docket [1] - 1:7
document [3] - 98:14, 105:3, 206:8
DOCUMENT [1] - 346:11
Dodger [32] - 18:20,

19:16, 19:19, 158:5, 158:6, 158:14, 159:2, 159:16, 159:23, 160:25, 161:18, 161:23, 166:13, 166:19, 167:2, 169:19, 170:19, 171:19, 198:11, 203:25, 204:3, 204:17, 204:21, 206:23, 207:2, 207:24, 208:19, 209:2, 211:21, 212:23, 214:6, 221:14
DOES [2] - 1:12, 1:15
done [8] - 30:12, 58:7, 118:14, 118:24, 122:5, 134:2, 267:12, 344:3
DONLON [1] - 4:3
door [48] - 236:22, 242:16, 243:5, 243:6, 243:15, 243:16, 244:4, 251:24, 252:2, 252:3, 252:8, 252:10, 252:12, 252:14, 254:21, 254:23, 262:21, 262:23, 263:2, 263:13, 263:14, 263:21, 263:23, 265:17, 269:20, 269:23, 269:25, 270:5, 270:16, 270:18, 270:22, 272:22, 285:15, 290:4, 317:13, 317:14, 319:15, 319:17, 319:22, 320:4, 320:9, 321:12, 323:7, 326:19, 331:23, 337:5, 338:11
doors [3] - 251:21, 263:17, 278:17
dot [1] - 195:16
doubled [1] - 194:4
down [31] - 57:14, 84:8, 105:14, 124:18, 141:2, 200:11, 200:14, 200:21, 201:2, 201:15, 202:4, 202:24, 206:14, 213:7, 213:16, 213:21, 217:3, 222:10, 224:5, 299:21, 299:22,

300:19, 300:20, 300:22, 301:12, 310:2, 314:22, 314:25, 315:2, 329:6, 331:6
drank [26] - 44:10, 57:5, 59:6, 59:19, 60:15, 61:2, 63:3, 63:14, 63:21, 63:22, 64:4, 102:16, 103:2, 110:22, 136:20, 137:3, 156:24, 157:8, 167:8, 168:5, 169:17, 179:4, 180:7, 181:18, 205:10, 205:18
drawn [2] - 274:25, 337:6
drew [2] - 145:20, 339:8
drink [76] - 47:2, 57:7, 57:12, 57:14, 58:5, 59:10, 59:15, 59:19, 59:24, 60:3, 60:23, 61:3, 63:9, 63:14, 64:8, 64:13, 65:7, 103:4, 110:17, 110:19, 117:14, 117:17, 136:15, 143:16, 143:22, 143:25, 144:7, 144:12, 144:18, 144:19, 145:16, 147:3, 147:6, 147:16, 148:14, 150:10, 150:11, 151:19, 152:15, 152:20, 154:23, 155:3, 155:8, 156:20, 156:24, 157:18, 157:22, 158:8, 159:15, 159:20, 160:3, 160:24, 161:7, 161:11, 161:16, 161:22, 163:11, 164:16, 164:22, 165:2, 165:21, 166:25, 177:15, 177:18, 178:9, 179:16, 179:17, 180:16, 180:19, 195:5, 207:6, 210:4, 220:11
drinking [38] - 23:20, 42:14, 42:18, 43:11, 45:5, 45:9, 45:19, 46:11, 47:19, 49:15, 54:15, 54:19, 54:23, 55:16, 57:22, 59:6,

60:16, 60:18, 61:4, 91:17, 100:16, 101:9, 102:20, 112:2, 112:3, 114:10, 114:15, 115:14, 120:21, 140:15, 182:14, 183:4, 186:8, 208:4, 208:8, 208:13, 211:4, 212:5
drinks [32] - 61:9, 61:11, 120:13, 120:22, 121:21, 136:13, 137:9, 138:2, 143:17, 144:15, 145:9, 146:14, 146:21, 146:22, 147:10, 148:13, 150:5, 154:23, 155:25, 156:9, 158:7, 158:14, 158:18, 158:20, 163:2, 166:19, 168:24, 170:2, 171:23, 189:7, 192:15, 211:5
Drive [15] - 109:8, 122:12, 122:20, 215:21, 217:9, 217:14, 220:25, 221:15, 223:11, 223:12, 224:15, 224:19, 225:7, 225:8, 232:24
drive [12] - 62:22, 62:24, 63:2, 77:19, 77:23, 140:16, 199:2, 202:4, 208:4, 208:7, 208:11, 213:20
driven [5] - 21:19, 21:25, 22:20, 160:10
driver [22] - 63:13, 63:25, 78:11, 112:15, 160:20, 216:9, 220:21, 243:14, 245:14, 273:5, 277:17, 282:5, 283:3, 321:13, 321:16, 321:22, 322:9, 324:2, 326:21, 332:10, 332:16, 333:9
driver's [33] - 21:19, 222:21, 222:22, 242:16, 243:6, 243:16, 244:4, 251:24, 252:17, 269:23, 269:25,

270:4, 272:22, 282:20, 289:4, 290:10, 290:13, 290:21, 291:6, 296:3, 317:13, 317:14, 319:15, 319:16, 321:6, 321:7, 321:17, 322:3, 322:21, 322:24, 322:25, 331:19, 337:5
**drives** [1] - 199:2
**driveway** [2] - 309:11, 309:13
**driving** [29] - 23:3, 78:23, 111:12, 117:2, 140:9, 140:10, 142:14, 142:25, 195:6, 206:15, 206:16, 211:6, 211:22, 215:2, 215:10, 215:11, 217:24, 218:17, 219:2, 219:10, 220:9, 222:10, 223:22, 224:10, 230:7, 232:8, 239:3, 247:19, 283:5
**drop** [1] - 191:15
**drove** [9] - 23:15, 63:14, 140:8, 140:11, 141:8, 141:11, 197:11, 231:16, 232:2
**drunk** [13] - 43:8, 44:21, 46:5, 48:18, 55:22, 58:13, 66:17, 66:21, 66:22, 66:25, 167:15, 167:22, 178:17
**duck** [2] - 300:20, 300:22
**ducked** [1] - 310:2
**due** [3] - 194:16, 305:4, 342:5
**duly** [2] - 6:3, 348:12
**during** [37] - 9:5, 15:12, 38:7, 38:15, 39:6, 39:14, 40:10, 41:5, 41:10, 44:7, 45:17, 46:2, 46:5, 60:8, 70:11, 71:25, 82:15, 88:19, 102:18, 106:14, 119:5, 126:5, 174:11, 175:5, 177:7, 178:22, 183:8, 193:19, 215:2, 249:7, 249:9,

261:21, 276:18, 281:14, 303:3, 320:17, 332:13
**duties** [3] - 41:6, 97:10, 105:6
**duty** [5] - 97:15, 98:5, 98:23, 99:7
**DWAI** [2] - 69:16, 71:15
**DWI** [34] - 53:12, 53:15, 68:19, 69:16, 70:12, 70:15, 71:2, 71:14, 71:15, 71:18, 74:4, 76:10, 78:10, 78:21, 80:14, 81:11, 82:6, 99:14, 99:17, 99:18, 99:23, 99:25, 100:9, 104:6, 105:8, 107:16, 108:3, 108:17, 110:4, 117:3, 118:15, 118:25, 119:15, 341:20
**DWIs** [7] - 68:24, 72:5, 72:24, 73:10, 73:13, 74:17, 119:10
**dynamic** [2] - 266:8, 286:9

E

**ear** [1] - 278:25
**Earle** [2] - 1:18, 4:5
**ears** [1] - 303:8
**easier** [1] - 133:20
**east** [7] - 222:19, 233:4, 256:12, 257:16, 264:4, 294:12, 299:17
**eastbound** [7] - 222:15, 222:23, 223:3, 225:6, 233:15, 258:17, 259:16
**EASTERN** [1] - 1:3
**eat** [4] - 205:10, 205:19, 205:24, 212:19
**economic** [1] - 86:18
**Ed** [6] - 26:10, 26:11, 27:2, 27:22, 151:5, 158:23
**ed** [1] - 190:20
**Edmund** [1] - 3:13
**EDMUND** [1] - 1:14
**education** [4] - 85:10, 85:16, 91:20, 91:22
**EDWARD** [6] - 1:15, 6:2, 345:8, 345:19, 346:4, 348:10

**Edward** [3] - 3:14, 6:11, 25:3
**effect** [9] - 5:18, 43:5, 98:18, 112:9, 253:7, 277:15, 279:2, 310:10, 320:16
**effected** [1] - 106:19
**effects** [1] - 101:12
**effectuate** [1] - 330:2
**effectuating** [1] - 329:20
**eight** [23] - 38:16, 38:19, 38:25, 39:14, 39:20, 43:22, 44:7, 45:18, 82:7, 82:21, 121:15, 121:21, 170:25, 173:13, 174:3, 174:13, 180:21, 206:22, 208:13, 209:7, 210:6, 211:4, 341:9
**either** [18] - 20:8, 23:25, 45:15, 73:10, 112:8, 156:7, 156:17, 170:18, 171:21, 176:6, 183:24, 214:22, 238:6, 246:10, 246:18, 269:5, 276:19, 283:8
**elapsed** [1] - 276:23
**elect** [1] - 234:4
**element** [1] - 78:18
**elementary** [2] - 10:15
**eminent** [1] - 187:22
**employed** [3] - 25:4, 84:24, 86:5
**employee** [2] - 34:18, 36:22
**employment** [3] - 86:19, 91:20, 132:17
**encounter** [6] - 239:16, 239:19, 239:25, 241:3, 246:16, 330:9
**end** [2] - 217:6, 293:14
**ended** [3] - 319:18, 319:22, 322:7
**enforcement** [16] - 23:25, 26:4, 40:13, 53:13, 78:21, 99:14, 99:19, 99:25, 100:3, 119:2, 119:10, 128:16, 184:24, 185:7, 185:13, 186:14
**enforces** [1] - 184:15
**engage** [1] - 40:12
**engaged** [6] - 118:25, 218:3, 221:2,

226:10, 239:25, 330:8
**engaging** [1] - 114:19
**engine** [1] - 298:5
**enjoy** [1] - 205:4
**enjoyed** [1] - 196:15
**enter** [1] - 222:23
**entered** [3] - 94:12, 227:14, 237:17
**entering** [1] - 94:8
**entire** [4] - 15:4, 15:24, 261:15, 332:13
**entirely** [3] - 179:8, 181:20, 185:20
**environment** [1] - 32:24
**EPSTEIN** [1] - 4:7
**escape** [1] - 184:5
**ESQ** [6] - 3:5, 3:5, 3:10, 3:16, 4:6, 4:10
**ESQS** [1] - 4:7
**EST** [1] - 200:23
**establish** [1] - 105:15
**established** [2] - 173:17, 190:6
**establishment** [2] - 65:3, 202:8
**estimate** [33] - 48:17, 56:14, 58:12, 68:8, 69:20, 87:12, 177:5, 200:8, 200:11, 200:17, 201:6, 201:8, 201:12, 202:18, 202:21, 203:17, 219:13, 225:15, 237:12, 244:20, 247:25, 261:8, 284:4, 286:17, 287:8, 287:19, 306:15, 307:8, 307:13, 308:4, 309:17, 319:3, 325:9
**estimated** [3] - 72:7, 200:20, 336:22
**estimates** [1] - 200:14
**estimating** [2] - 201:13, 201:24
**et** [1] - 3:8
**EUGENE** [1] - 1:10
**evening** [7] - 193:20, 194:10, 218:4, 231:17, 238:2, 311:12, 322:16
**evenly** [1] - 298:24
**event** [15] - 59:7, 59:13, 60:9, 61:19, 62:7, 65:6, 88:8, 122:19, 127:21,

143:20, 155:8, 161:22, 175:15, 178:18
**events** [20] - 7:2, 7:8, 11:14, 15:14, 83:3, 87:5, 88:21, 89:12, 122:21, 126:6, 128:8, 129:19, 161:17, 175:18, 175:25, 176:6, 210:19, 247:3, 284:14, 286:8
**eventually** [2] - 217:13, 336:2
**evidence** [1] - 105:15
**evolved** [1] - 50:16
**exact** [6] - 8:12, 149:10, 259:7, 267:20, 296:23, 306:22
**exactly** [9] - 143:20, 242:24, 255:21, 255:22, 256:21, 266:9, 268:9, 306:8, 320:20
**exaggerated** [1] - 126:24
**EXAMINATION** [2] - 6:7, 346:3
**Examination** [1] - 2:3
**examined** [1] - 6:4
**example** [11] - 41:20, 42:8, 64:25, 87:18, 89:13, 89:18, 102:6, 103:2, 107:5, 108:23, 116:17
**exceed** [2] - 228:11, 229:6
**exceeded** [5] - 228:18, 228:22, 229:11, 229:24, 230:3
**except** [1] - 5:10
**exception** [5] - 16:18, 95:5, 96:5, 149:9, 150:15
**exceptions** [2] - 183:19, 183:21
**excess** [2] - 57:13, 57:22
**excessively** [1] - 91:17
**exchange** [18] - 246:15, 249:19, 265:21, 265:25, 266:18, 275:2, 275:10, 276:15, 277:6, 278:4, 278:24, 282:18, 282:19, 297:7, 297:23, 303:3, 333:8

exchanged [2] - 277:21, 277:23
excuse [2] - 139:9, 226:21
exercising [1] - 211:22
Exhibit [8] - 7:20, 7:23, 8:22, 98:7, 129:8, 237:10, 241:19, 308:22
exhibit [1] - 237:11
EXHIBITS [1] - 346:17
existed [1] - 18:10
existence [1] - 18:16
existing [1] - 109:9
exit [9] - 112:18, 202:6, 202:14, 236:22, 245:17, 281:14, 282:10, 283:4, 292:12
exited [10] - 249:8, 249:11, 253:4, 253:15, 281:7, 281:12, 295:20, 296:2, 298:11, 317:7
exiting [6] - 246:5, 246:11, 246:19, 246:24, 281:17, 281:24
exits [4] - 236:20, 246:6, 251:17, 251:19
expected [1] - 118:10
experience [10] - 111:11, 119:22, 120:9, 127:19, 127:24, 135:10, 182:11, 182:23, 183:2, 325:6
experienced [1] - 191:3
experiments [3] - 100:16, 101:10, 102:20
expert [5] - 182:17, 182:24, 184:10, 184:11, 184:14
explain [4] - 60:17, 134:25, 234:5, 266:15
explained [4] - 59:2, 201:25, 286:20, 286:22
explaining [1] - 250:11
explanation [1] - 33:4
expressed [2] - 30:2, 264:12
extent [2] - 33:9, 337:21

extra [2] - 284:25, 285:2
extremely [2] - 50:10, 330:10
Extremely [1] - 330:20
eyes [8] - 54:13, 54:14, 102:9, 103:13, 111:18, 224:9, 225:23, 303:7

F

F-A-R-R [1] - 75:3
fabricated [1] - 126:21
face [1] - 314:20
facing [8] - 225:7, 225:21, 268:11, 291:13, 292:16, 292:17, 301:16, 305:15
fact [20] - 46:10, 53:25, 55:11, 107:15, 128:7, 143:24, 147:9, 162:4, 173:11, 174:2, 174:7, 174:13, 181:3, 181:14, 182:5, 182:12, 185:14, 311:9, 311:16, 335:19
facts [27] - 7:7, 126:10, 126:13, 126:21, 126:24, 127:3, 127:7, 127:10, 137:4, 146:7, 155:10, 155:14, 161:24, 162:4, 162:9, 163:16, 172:4, 173:6, 176:15, 178:16, 186:9, 187:13, 190:23, 191:14, 282:13, 283:10, 297:18
factual [2] - 183:10, 186:9
fail [2] - 127:9, 228:3
failed [2] - 7:13, 116:2
failure [1] - 109:6
fair [39] - 22:7, 67:12, 86:11, 96:17, 122:8, 122:18, 124:23, 126:4, 128:3, 136:16, 136:24, 143:18, 146:5, 154:24, 161:14, 170:22, 173:24, 204:25, 205:9, 218:12, 218:25,

221:7, 226:14, 238:9, 240:12, 256:9, 273:15, 292:15, 297:4, 299:9, 309:13, 310:18, 311:5, 311:12, 328:23, 329:24, 330:17, 333:9, 333:23
falling [1] - 57:14
familiar [16] - 14:19, 15:9, 18:5, 19:15, 20:11, 22:5, 54:2, 84:5, 84:12, 94:20, 98:20, 107:16, 116:11, 198:5, 198:13, 213:6
family [7] - 10:23, 10:25, 26:16, 27:2, 60:21, 86:15, 86:22
family's [1] - 132:20
far [15] - 179:11, 189:17, 192:13, 198:7, 203:6, 204:2, 247:11, 247:19, 248:4, 248:14, 248:18, 255:11, 262:12, 296:10, 326:10
Farmingdale [13] - 92:3, 92:4, 92:16, 136:9, 141:13, 142:15, 142:25, 148:16, 163:12, 170:4, 195:22, 197:2, 199:23
Farr [6] - 74:25, 75:25, 77:12, 78:6, 78:14, 78:25
farr [1] - 80:6
Farr's [1] - 75:4
fast [3] - 230:6, 286:9, 293:12
father [1] - 24:8
father's [1] - 24:9
FAVATTA [1] - 1:11
favor [2] - 199:14, 304:12
favorite [2] - 42:4, 64:17
FAYA [1] - 1:12
fear [1] - 187:22
February [109] - 7:3, 11:21, 14:10, 14:16, 14:20, 15:19, 16:24, 18:6, 18:10, 19:4, 19:14, 23:4, 31:23, 32:13, 33:7, 33:22, 34:9, 35:18, 35:21, 36:12, 36:25, 37:15,

37:18, 38:17, 38:20, 39:2, 43:23, 44:8, 44:14, 44:18, 46:8, 46:17, 46:22, 46:25, 47:8, 47:18, 48:4, 49:12, 55:4, 55:20, 55:23, 67:2, 72:8, 73:12, 74:18, 76:2, 81:5, 83:6, 84:19, 84:23, 84:25, 85:7, 86:4, 86:12, 86:25, 87:6, 87:15, 88:25, 89:6, 90:23, 96:13, 97:4, 97:18, 98:21, 120:8, 120:12, 122:8, 122:20, 124:24, 127:24, 128:17, 129:19, 129:20, 136:8, 136:20, 137:5, 139:9, 146:7, 155:10, 155:14, 157:6, 161:24, 162:4, 162:14, 162:22, 163:6, 164:5, 164:11, 164:18, 165:5, 165:11, 165:17, 166:9, 166:15, 166:21, 168:12, 169:4, 180:20, 189:23, 192:3, 192:14, 193:4, 212:10, 219:9, 219:18, 241:22, 248:19, 278:23
federal [1] - 24:23
FEDERAL [1] - 5:2
feet [13] - 255:14, 270:9, 270:15, 310:13, 310:14, 310:17, 310:24, 317:22, 336:3, 336:11, 336:12, 336:21
female [4] - 76:23, 247:9, 271:19, 322:12
fence [1] - 259:4
fender [1] - 248:2
Ferguson [2] - 90:4, 90:7
Ferrara [1] - 13:18
few [28] - 16:25, 19:11, 19:12, 21:21, 21:22, 22:16, 22:17, 26:16, 57:10, 57:24, 69:25, 110:24, 193:17, 196:11, 197:25, 214:22, 225:16,

235:13, 244:21, 245:20, 245:21, 255:14, 261:3, 261:4, 276:13, 318:16, 327:2, 327:4
Few [1] - 265:3
field [14] - 93:21, 100:14, 100:19, 102:21, 104:7, 104:17, 113:23, 113:24, 114:8, 114:11, 114:20, 120:15, 121:10, 121:23
fifteen [1] - 22:2
fighting [1] - 320:4
figure [2] - 88:5, 327:3
filed [1] - 120:25
filing [1] - 5:6
fill [2] - 80:18, 105:7
filled [2] - 105:23, 106:16
financial [1] - 86:21
fine [6] - 121:21, 179:25, 200:24, 248:8, 284:22, 285:16
Fine [1] - 285:12
finger [1] - 115:8
Finger [2] - 103:20, 115:6
Finger-to-Nose [1] - 115:6
finish [14] - 52:2, 143:17, 144:12, 144:21, 145:9, 147:4, 151:24, 152:20, 163:18, 267:5, 267:6, 267:9, 335:6, 341:13
firearm [8] - 95:4, 96:4, 96:20, 182:13, 182:14, 183:5, 184:23, 299:8
fired [9] - 276:7, 294:2, 299:11, 303:4, 310:4, 311:13, 311:22, 311:23, 316:24
firing [1] - 95:16
First [4] - 11:19, 11:20, 12:8, 12:23
first [36] - 12:3, 12:7, 25:18, 26:25, 31:10, 38:4, 53:9, 73:4, 83:6, 91:21, 94:6, 111:13, 114:8, 122:25, 131:13, 152:6, 201:20, 218:13, 218:25,

359

223:17, 224:18, 233:25, 245:19, 267:16, 268:6, 293:25, 294:4, 298:18, 303:12, 303:15, 311:6, 313:22, 320:9, 321:10, 324:14
FISCH [1] - 3:5
FISHLINGER [1] - 4:3
fist [2] - 300:10, 300:11
five [26] - 14:17, 52:10, 61:10, 62:15, 68:13, 72:2, 147:20, 190:11, 190:19, 190:24, 245:22, 261:10, 261:13, 261:15, 261:21, 264:25, 265:5, 265:8, 268:7, 272:12, 325:22, 327:5, 335:12, 342:20, 344:5, 344:7
five-11 [2] - 272:13, 280:9
five-9 [1] - 272:17
five-ten [1] - 272:12
FLAHERTY [1] - 4:3
FLANAGAN [1] - 1:14
Flanagan [2] - 3:14, 35:10
flashed [5] - 216:10, 221:8, 221:19, 232:17, 238:25
flashing [1] - 216:11
Florida [1] - 26:23
fluid [2] - 261:2, 264:22
focusing [1] - 301:5
follow [6] - 104:8, 104:14, 117:18, 140:21, 206:14, 214:15
followed [1] - 129:22
following [10] - 140:9, 141:16, 141:18, 215:12, 223:7, 223:9, 223:14, 225:24, 227:3, 297:6
follows [1] - 6:5
foot [1] - 270:15
football [6] - 42:5, 57:11, 59:4, 60:20, 64:5, 65:7
FOR [2] - 346:18, 347:5
force [5] - 5:18, 69:14, 70:9, 94:24, 96:13
Forest [21] - 136:9,

136:21, 139:17, 142:14, 146:23, 148:15, 150:12, 160:7, 161:11, 162:19, 163:3, 163:11, 163:22, 169:18, 170:3, 171:10, 193:23, 196:25, 197:13, 199:9, 202:16
form [97] - 5:11, 11:8, 15:3, 15:23, 17:17, 18:13, 20:19, 21:6, 23:6, 28:7, 31:7, 31:15, 33:9, 35:5, 36:14, 38:23, 39:22, 40:4, 41:13, 47:12, 47:22, 48:15, 48:22, 49:5, 49:22, 59:9, 61:6, 63:17, 64:11, 66:19, 67:6, 68:2, 70:22, 96:10, 101:18, 106:12, 106:13, 107:7, 107:17, 107:18, 107:23, 108:3, 109:13, 109:21, 116:19, 117:5, 118:18, 121:13, 121:25, 123:13, 138:3, 139:14, 139:24, 139:25, 142:20, 147:12, 149:4, 149:13, 152:2, 159:22, 161:4, 166:8, 173:16, 177:23, 181:9, 181:20, 182:16, 188:2, 189:12, 198:18, 205:22, 214:3, 226:23, 278:8, 281:4, 281:20, 284:2, 284:6, 299:7, 305:17, 307:5, 309:19, 311:4, 323:14, 323:16, 323:17, 325:5, 328:15, 328:21, 330:5, 335:3, 336:15, 337:19, 337:20, 338:25, 339:14, 340:8
formed [1] - 189:21
formerly [3] - 24:2, 24:6, 24:7
formers [1] - 24:21
forth [5] - 9:14, 250:20, 278:5, 278:25, 348:12

forward [13] - 122:10, 127:25, 128:19, 131:22, 153:12, 260:22, 261:4, 261:22, 264:20, 269:22, 301:15, 334:13, 343:10
foundation [1] - 123:14
four [35] - 17:8, 19:13, 61:10, 71:10, 71:12, 74:22, 74:24, 75:23, 79:9, 81:20, 81:24, 92:18, 117:24, 136:17, 138:7, 146:17, 206:3, 213:20, 215:6, 263:16, 296:11, 296:19, 302:19, 304:18, 305:22, 306:11, 307:8, 307:10, 309:6, 309:22, 309:23, 313:25, 341:16, 341:18, 341:20
four-mile [1] - 213:20
four-year [1] - 92:18
fourth [3] - 16:5, 80:9, 80:12
frame [8] - 15:3, 15:25, 63:8, 75:25, 84:22, 156:16, 168:21, 200:9
FRANCIS [1] - 4:6
Frank [1] - 130:10
frankly [2] - 50:8, 342:16
freed [1] - 344:16
fresh [1] - 308:6
Friday [1] - 42:21
friends [6] - 15:15, 39:8, 41:6, 65:7, 193:22, 194:12
front [22] - 75:14, 192:2, 193:6, 233:17, 242:21, 248:2, 255:16, 255:25, 256:3, 256:6, 256:11, 259:11, 290:12, 290:14, 309:12, 317:4, 331:19, 331:21, 331:22, 331:23, 331:25, 332:2
frustrated [4] - 288:3, 288:5, 288:9, 288:11
frustration [1] - 286:24
fuck [3] - 278:14,

278:25
full [4] - 6:9, 86:5, 94:6, 233:4
full-size [1] - 233:4
full-time [2] - 86:5, 94:6
function [2] - 57:23, 60:21
functions [3] - 26:17, 59:23, 83:3
FURNISHED [1] - 346:14
FURTHER [2] - 5:9, 5:14
future [1] - 132:20

G

game [4] - 57:11, 59:4, 64:5, 66:17
games [1] - 60:20
gap [1] - 293:6
Garden [1] - 4:9
gas [1] - 20:22
gears [1] - 122:15
GEISSINGER [1] - 1:10
general [7] - 256:4, 258:16, 260:12, 260:13, 289:15, 290:6, 290:17
generally [2] - 61:3, 66:6
gentleman [2] - 246:18, 343:8
gesture [1] - 169:5
gestures [1] - 267:14
gesturing [5] - 269:10, 269:16, 271:4, 273:4, 275:4
Giants [1] - 65:12
girl [3] - 84:17, 91:7, 91:11
girlfriend [8] - 42:3, 91:3, 193:24, 194:11, 194:13, 194:14, 247:15, 340:3
girls [3] - 147:9, 147:15, 154:23
given [17] - 58:10, 70:18, 99:16, 99:19, 136:25, 146:3, 155:6, 161:20, 277:25, 287:13, 297:18, 311:15, 330:10, 337:23, 341:23, 345:14, 348:14
glass [7] - 138:15,

138:16, 138:18, 138:19, 138:23, 144:5, 316:10
glasses [3] - 138:21, 138:24, 139:4
glassy [3] - 54:12, 54:14, 111:18
glossed [1] - 98:17
glued [1] - 332:6
goal [1] - 291:10
God [1] - 144:22
government [1] - 233:13
GPS [1] - 195:18
grab [1] - 301:6
grabbing [1] - 326:7
grade [1] - 16:5
graduate [1] - 85:25
graduated [6] - 91:24, 92:21, 93:7, 93:9, 93:19, 95:23
graduation [1] - 93:15
GRANDINETTE [127] - 3:3, 3:5, 6:8, 11:11, 15:5, 16:6, 16:9, 16:17, 18:23, 19:21, 29:6, 29:12, 29:18, 29:24, 30:8, 50:13, 50:18, 50:24, 51:24, 52:6, 52:10, 53:6, 56:21, 56:24, 73:5, 74:10, 74:16, 76:18, 83:14, 107:2, 129:6, 139:21, 148:4, 148:7, 148:10, 148:21, 149:25, 153:7, 157:13, 173:19, 179:22, 179:25, 181:11, 182:20, 184:13, 184:19, 185:12, 185:17, 185:22, 186:4, 186:19, 186:22, 187:2, 187:5, 187:8, 190:8, 190:22, 191:2, 191:5, 191:12, 191:18, 192:23, 193:9, 193:13, 200:15, 205:16, 206:9, 214:4, 231:14, 231:21, 237:5, 237:9, 241:20, 247:22, 248:22, 250:25, 251:6, 257:8, 257:24, 258:4, 258:8, 258:13, 264:19, 264:23, 267:3, 270:7,

273:23, 279:17, 283:20, 284:20, 285:3, 285:7, 285:12, 285:16, 287:12, 287:15, 287:24, 288:8, 288:14, 304:23, 305:4, 306:3, 309:5, 309:16, 317:20, 318:3, 319:2, 319:6, 324:5, 331:14, 335:6, 335:22, 339:19, 339:22, 340:20, 341:5, 341:12, 341:17, 341:25, 342:5, 342:12, 342:18, 342:22, 343:8, 343:25, 344:4, 346:4
**Grandinette** [8] - 6:22, 30:11, 153:6, 179:24, 185:15, 341:19, 344:14, 347:3
**Grandinette's** [1] - 193:12
**granting** [1] - 321:17
**grass** [2] - 253:22, 254:18
**gravely** [2] - 328:18, 328:24
**great** [2] - 132:22, 343:14
**greater** [1] - 115:16
**green** [1] - 136:5
**Greg** [1] - 80:7
**grew** [1] - 15:6
**ground** [2] - 9:8, 254:19
**group** [1] - 146:4
**growing** [2] - 26:24, 26:25
**guess** [10] - 45:12, 45:13, 45:14, 57:6, 67:9, 177:2, 177:4, 191:16, 225:6, 286:17
**guessing** [3] - 87:13, 245:23, 286:10
**guide** [1] - 106:9
**guidepost** [1] - 248:6
**gun** [24] - 183:17, 276:8, 299:10, 299:11, 303:4, 311:22, 311:24, 321:11, 321:14, 321:20, 324:12, 324:15, 324:17, 324:19, 324:22, 325:18, 326:3,

326:7, 327:14, 330:10, 332:6, 333:8, 337:6, 339:8
**gunfire** [6] - 299:5, 299:10, 299:14, 299:20, 300:24, 314:7
**gunshot** [1] - 298:18
**gunshots** [3] - 298:3, 298:6, 298:9
**guy** [7] - 60:11, 70:3, 267:25, 268:2, 273:20, 315:8, 333:3
**Guys** [1] - 285:3
**guys** [6] - 65:13, 140:22, 265:20, 265:24, 278:13, 327:12

## H

**habits** [1] - 59:7
**haircut** [1] - 16:3
**half** [11] - 153:16, 153:21, 176:25, 199:20, 200:25, 201:4, 201:5, 203:4, 204:4, 204:8, 254:6
**hand** [24] - 108:8, 217:13, 222:7, 224:15, 225:3, 225:18, 227:6, 237:11, 267:14, 275:14, 321:8, 321:11, 321:15, 321:16, 321:19, 323:2, 324:13, 324:15, 324:18, 326:6, 326:8, 326:20, 330:14, 348:21
**handgun** [1] - 320:4
**handle** [1] - 263:22
**hands** [13] - 267:23, 269:10, 269:16, 269:17, 270:25, 271:4, 271:6, 271:12, 273:3, 273:8, 273:12, 274:4, 275:3
**hang** [1] - 194:6
**hanging** [1] - 66:7
**hard** [1] - 306:7
**Hauppauge** [1] - 3:9
**Haus** [39] - 21:3, 136:9, 136:21, 138:22, 139:18, 139:22, 140:12, 140:23, 141:7, 141:10, 142:2,

142:6, 142:8, 142:14, 146:23, 148:15, 149:7, 149:24, 150:6, 150:12, 160:7, 161:12, 162:19, 163:3, 163:11, 163:22, 168:17, 169:18, 170:3, 171:10, 193:24, 195:7, 196:25, 197:13, 199:3, 199:5, 199:10, 202:17, 205:13
**Haven** [1] - 84:17
**Hayrick** [7] - 6:13, 11:12, 12:13, 12:16, 13:3, 13:5, 141:25
**head** [7] - 9:16, 206:12, 213:11, 213:16, 300:20, 300:22, 330:22
**heading** [4] - 217:8, 224:19, 234:13, 327:7
**health** [2] - 7:11, 328:18
**hear** [43] - 8:17, 174:12, 175:14, 246:11, 249:18, 261:23, 265:4, 268:13, 268:16, 268:17, 268:19, 268:24, 269:2, 269:3, 269:4, 277:19, 277:21, 278:15, 279:10, 279:19, 292:5, 292:21, 292:22, 293:2, 298:2, 298:5, 298:8, 298:10, 298:13, 299:13, 299:19, 310:4, 310:9, 312:11, 312:12, 312:14, 312:18, 313:15, 314:7, 314:15, 318:24, 328:16
**heard** [25] - 175:9, 265:11, 278:4, 279:6, 295:9, 298:18, 298:21, 298:24, 310:7, 310:20, 310:24, 311:10, 311:17, 311:21, 312:16, 313:23, 322:12, 323:25, 328:3, 328:10, 328:11, 337:14, 338:6,

338:17
**hearing** [7] - 75:18, 77:3, 82:12, 293:8, 298:6, 298:9, 312:3
**hearings** [1] - 79:21
**heated** [4] - 265:21, 265:25, 266:18, 278:24
**height** [1] - 272:12
**Heineken** [2] - 60:13, 154:14
**hell** [2] - 23:8, 299:4
**help** [2] - 106:3, 330:2
**helping** [1] - 321:25
**HEREBY** [1] - 5:3
**hereby** [2] - 345:8, 348:9
**herein** [1] - 5:5
**hereinbefore** [1] - 348:11
**hereunto** [1] - 348:21
**hidden** [1] - 336:6
**High** [1] - 83:25
**high** [8] - 10:15, 83:20, 84:4, 91:22, 221:8, 221:19, 232:17, 280:20
**highest** [1] - 71:18
**highlighted** [6] - 136:5, 140:5, 143:13, 153:14, 157:25, 158:2
**highly** [1] - 177:25
**Highway** [1] - 3:9
**Hills** [30] - 215:13, 216:17, 216:25, 217:3, 221:21, 221:24, 222:8, 222:11, 222:18, 222:24, 223:15, 223:19, 224:4, 224:11, 225:19, 227:7, 227:14, 227:15, 229:14, 229:22, 229:25, 230:4, 230:7, 230:10, 230:19, 231:3, 232:9, 232:13, 232:23, 235:18
**himself** [4] - 95:17, 269:24, 328:12, 338:18
**hired** [2] - 93:10, 93:25
**histories** [1] - 41:17
**hit** [4] - 202:13, 322:5, 332:16, 334:14
**hold** [5] - 190:22, 325:2, 325:7,

325:21, 340:19
**holding** [1] - 108:11
**holster** [1] - 276:4
**home** [11] - 6:18, 13:5, 20:2, 20:9, 59:20, 141:22, 160:10, 206:12, 213:17, 233:18
**homemaker** [1] - 86:8
**homicide** [1] - 172:15
**honest** [1] - 130:22
**honey** [3] - 253:3, 253:6, 277:14
**honking** [1] - 239:2
**HONU** [1] - 143:14
**Honu** [32] - 18:7, 18:10, 143:14, 143:22, 145:8, 146:5, 146:12, 146:19, 146:24, 147:7, 150:22, 151:2, 151:6, 153:18, 154:18, 164:9, 165:2, 168:25, 169:17, 170:10, 171:13, 197:2, 197:8, 197:12, 199:3, 199:6, 199:19, 200:7, 200:10, 200:18, 202:19, 203:6
**hood** [2] - 252:11, 272:23
**HORACE** [1] - 1:14
**Horace** [1] - 3:13
**Horizontal** [1] - 103:17
**horn** [1] - 239:2
**horrible** [1] - 144:23
**hospital** [14] - 10:21, 123:22, 124:2, 124:6, 124:8, 124:9, 124:14, 124:20, 125:4, 125:8, 146:8, 168:13, 169:13, 212:9
**Hospital** [17] - 155:11, 161:25, 162:15, 162:23, 163:7, 164:6, 164:12, 164:19, 165:6, 165:12, 165:18, 166:10, 166:16, 166:22, 167:8, 167:14, 167:19
**hot** [1] - 153:15
**hour** [19] - 83:11, 153:16, 153:21, 158:5, 158:10,

176:25, 177:6, 177:8, 199:20, 201:2, 201:4, 201:5, 203:4, 203:16, 203:19, 203:25, 204:19, 204:20, 339:4
**hours** [14] - 39:25, 40:2, 40:5, 40:6, 40:8, 203:18, 285:14, 335:12, 341:9, 341:16, 341:18, 341:20, 344:7
**House** [1] - 85:5
**house** [5] - 12:15, 21:3, 136:12, 138:12, 309:11
**house-brewed** [2] - 136:12, 138:12
**household** [1] - 86:13
**hundred** [9] - 17:11, 49:2, 49:10, 72:25, 73:10, 73:13, 74:3, 74:17, 107:15
**hundreds** [3] - 48:24, 118:15, 118:25
**HUNTER** [1] - 1:13
**Hunter** [3] - 4:4, 33:18, 33:19
**Huntington** [70] - 14:20, 14:24, 15:10, 15:14, 15:18, 16:23, 17:23, 18:11, 19:5, 19:23, 20:7, 20:13, 20:16, 22:10, 22:14, 22:20, 23:16, 84:9, 140:8, 140:12, 140:23, 141:7, 141:10, 141:14, 142:9, 142:15, 142:25, 154:5, 155:4, 155:10, 156:2, 161:18, 161:25, 162:15, 162:23, 163:7, 164:6, 164:9, 164:12, 164:19, 165:3, 165:6, 165:12, 165:18, 166:10, 166:16, 166:22, 167:7, 167:14, 167:19, 170:10, 170:14, 170:20, 197:22, 198:5, 198:23, 199:24, 215:4, 217:9, 217:15, 218:14, 218:18, 219:3, 219:10,

220:10, 223:10, 226:20, 227:23, 237:18, 317:3
**hypothetical** [1] - 189:14

I

**I.D** [2] - 346:18, 347:5
**IAB** [1] - 320:23
**IAU** [8] - 129:2, 129:12, 130:25, 134:7, 158:24, 239:15, 239:18, 337:24
**idea** [10] - 76:3, 82:16, 106:23, 175:4, 197:7, 197:18, 299:11, 311:13, 311:22, 333:18
**ideas** [1] - 197:25
**identification** [6] - 7:21, 98:8, 129:9, 241:7, 304:10, 308:20
**identify** [4] - 20:5, 306:20, 328:12, 338:18
**identifying** [1] - 103:8
**idle** [1] - 235:20
**ignition** [1] - 111:5
**II** [1] - 55:23
**illegally** [1] - 109:3
**illness** [1] - 194:17
**immediately** [9] - 38:17, 171:2, 277:14, 283:9, 293:3, 313:8, 320:6, 322:20, 336:4
**impact** [2] - 86:21, 132:17
**impacting** [1] - 188:6
**impaired** [26] - 51:10, 54:13, 54:18, 56:15, 56:23, 57:7, 79:4, 111:21, 111:23, 117:3, 119:15, 139:19, 140:16, 140:20, 142:17, 207:3, 207:11, 207:18, 208:15, 208:25, 209:8, 209:11, 210:9, 210:12, 210:15, 211:2
**impairment** [21] - 49:16, 49:17, 50:7, 50:9, 51:21, 52:18, 53:19, 54:3, 55:6, 55:10, 55:23, 57:5,

57:25, 58:14, 58:15, 58:16, 58:20, 101:22, 101:24, 103:9, 120:7
**impairs** [1] - 58:9
**impart** [1] - 174:13
**imparted** [4] - 173:11, 174:2, 174:7, 175:5
**important** [6] - 105:2, 128:5, 128:6, 132:16, 189:9, 275:17
**imports** [1] - 21:11
**impossible** [1] - 260:4
**improper** [10] - 30:6, 177:25, 179:9, 181:21, 185:20, 186:24, 189:13, 189:14, 191:17, 283:11
**imprudent** [1] - 109:9
**IN** [1] - 348:20
**inaccurate** [2] - 153:4, 340:6
**inadvertently** [2] - 215:16, 333:25
**inappropriate** [1] - 179:9
**Inc** [1] - 1:24
**incident** [10] - 28:13, 87:4, 122:16, 172:18, 216:9, 220:21, 221:4, 226:16, 232:18, 239:8
**include** [6] - 91:15, 94:23, 100:11, 103:12, 114:23, 114:25
**includes** [1] - 243:23
**including** [3] - 46:17, 55:11, 87:16
**indeed** [1] - 343:19
**indicated** [10] - 55:19, 140:14, 158:13, 203:3, 207:24, 220:13, 225:4, 232:7, 239:6, 324:18
**indicates** [1] - 158:24
**indicating** [1] - 199:17
**indication** [2] - 111:25, 239:16
**individual** [17] - 54:25, 106:4, 111:3, 121:7, 246:10, 249:4, 267:16, 269:9, 269:10, 271:16, 289:14, 292:8, 320:12, 323:11, 326:4, 326:8, 327:20

**individual's** [1] - 273:11
**individually** [2] - 69:13, 277:8
**individuals** [5] - 77:14, 249:20, 252:20, 266:19, 332:15
**inebriation** [1] - 57:23
**infatuated** [1] - 91:11
**Infiniti** [6] - 241:17, 251:25, 255:16, 309:22, 309:24, 315:10
**information** [4] - 41:24, 91:12, 91:16, 107:7
**INFORMATION** [1] - 346:14
**informative** [1] - 126:18
**ingestion** [2] - 54:4, 188:15
**inherent** [1] - 127:18
**initial** [1] - 135:6
**initialed** [1] - 133:10
**inject** [1] - 239:13
**injuries** [2] - 340:4, 340:16
**injury** [4] - 95:10, 95:18, 96:7, 187:23
**inquire** [1] - 115:13
**inside** [5] - 196:3, 271:11, 321:18, 342:4, 342:7
**insisted** [1] - 258:3
**Inspector** [2] - 3:13, 24:23
**inspector** [1] - 25:11
**INSPECTOR** [1] - 1:14
**instance** [1] - 111:13
**instead** [2] - 215:3, 218:9
**instinct** [1] - 301:11
**instinctive** [1] - 301:9
**instruct** [1] - 329:4
**intelligent** [1] - 91:12
**intended** [1] - 329:13
**intent** [5] - 128:15, 191:10, 264:11, 330:23, 334:22
**intention** [2] - 321:25, 334:12
**intentional** [1] - 177:20
**intentionally** [4] - 126:20, 163:15, 164:24, 165:24
**intentions** [2] - 243:18, 243:20

**inter** [1] - 129:12
**interested** [1] - 348:18
**interfering** [1] - 288:15
**interior** [1] - 319:25
**internal** [2] - 299:25, 300:5
**Internal** [10] - 129:18, 129:24, 130:5, 132:6, 148:18, 206:4, 216:14, 335:16, 340:18, 346:24
**interrupt** [2] - 250:24, 266:24
**intersecting** [1] - 231:2
**intersection** [15] - 20:12, 20:15, 20:22, 21:15, 21:20, 21:25, 22:9, 22:15, 22:21, 22:22, 225:7, 225:20, 231:11, 231:24, 232:24
**interview** [14] - 28:16, 129:23, 130:5, 131:25, 132:5, 174:12, 175:2, 175:5, 175:22, 176:14, 176:18, 178:6, 178:22, 180:21
**interviewed** [18] - 155:18, 162:11, 169:23, 170:7, 170:12, 170:17, 171:6, 174:15, 174:17, 174:18, 174:21, 174:23, 175:24, 176:5, 176:10, 176:13, 177:14, 178:25
**intoxicated** [25] - 44:16, 46:11, 46:15, 46:22, 47:9, 47:19, 48:2, 48:19, 49:11, 55:17, 56:23, 57:3, 57:8, 66:22, 67:14, 67:17, 67:20, 68:6, 68:16, 79:4, 97:8, 101:21, 102:3, 206:24, 207:8
**intoxication** [12] - 44:11, 47:3, 53:19, 56:20, 57:21, 103:10, 105:3, 106:5, 115:21, 119:15, 119:20, 120:8
**intoxilizer** [1] - 120:4

investigate [1] - 180:13
investigated [3] - 127:14, 135:15, 135:20
investigating [3] - 172:18, 182:11, 182:17
investigation [8] - 112:8, 112:12, 114:12, 114:15, 118:9, 128:6, 132:7, 132:9
investigations [1] - 118:16
investigatively [1] - 117:19
investigator [9] - 28:8, 127:13, 127:20, 128:5, 128:7, 175:11, 175:14, 183:2, 279:14
investigators [20] - 128:16, 163:24, 165:3, 166:3, 172:5, 172:12, 172:22, 173:6, 173:7, 178:8, 178:16, 178:22, 179:3, 179:15, 180:6, 180:18, 181:15, 181:17, 182:2, 187:15
involuntary [1] - 132:5
involved [16] - 27:21, 28:4, 43:10, 45:5, 45:8, 72:11, 72:24, 73:3, 73:19, 74:18, 100:8, 112:16, 172:19, 221:5, 226:15, 327:12
involves [1] - 183:15
involving [2] - 46:10, 240:21
irrelevant [1] - 342:11
IS [3] - 5:3, 5:9, 5:14
Island [1] - 10:20
issue [2] - 160:13, 186:9
issues [3] - 34:25, 35:2, 91:17
IT [3] - 5:3, 5:9, 5:14
Italians [1] - 267:24
item [1] - 91:4
itself [2] - 122:16, 306:18

**J**

JACK [1] - 1:11
James [1] - 74:25
January [4] - 37:13, 93:11, 94:5, 94:13
Jericho [21] - 20:12, 21:25, 22:15, 22:22, 23:15, 198:12, 206:15, 212:24, 213:8, 213:16, 213:22, 213:25, 214:25, 215:22, 217:17, 218:11, 218:15, 218:18, 219:3, 219:11, 220:10
JESUS [1] - 1:12
Jewish [1] - 10:20
Jillian [11] - 13:14, 13:24, 14:3, 83:17, 150:4, 151:9, 151:17, 156:20, 159:15, 164:21, 165:20
JILLIAN [1] - 13:15
Joanne [1] - 130:6
job [2] - 93:20, 127:16
jobs [1] - 92:24
Joe [5] - 65:17, 65:22, 66:2, 67:4, 68:15
John [4] - 3:14, 4:4, 33:18, 36:18
JOHN [4] - 1:12, 1:13, 1:14, 1:15
JOHNSON [1] - 3:11
joint [1] - 81:10
Joseph's [4] - 85:8, 85:16, 85:24, 85:25
Judge [3] - 75:14, 331:12, 344:11
judge [3] - 76:21, 79:15, 343:9
judgment [4] - 192:13, 209:19, 211:22, 212:4
judgments [1] - 188:21
July [3] - 94:18, 95:22, 96:2
jump [1] - 190:20
jumped [1] - 250:8
June [2] - 94:16, 131:25
junior [1] - 84:4
jury [1] - 50:25
justification [1] - 184:25
justified [2] - 183:23, 187:23

**K**

KEARON [1] - 4:7

keep [4] - 70:2, 194:21, 250:20, 344:7
keeping [1] - 206:20
Keeping [1] - 207:5
keys [1] - 111:4
kill [3] - 279:2, 340:2, 341:10
Kimberly [1] - 27:15
kind [22] - 37:3, 117:20, 154:11, 220:15, 226:16, 230:16, 232:18, 239:25, 250:19, 252:11, 257:4, 257:15, 259:19, 267:22, 267:23, 300:15, 301:9, 301:14, 312:24, 315:2, 320:2, 324:22
King [1] - 213:11
Kings [17] - 10:13, 10:14, 10:18, 10:22, 10:23, 11:2, 11:18, 11:19, 11:21, 12:9, 14:18, 15:6, 66:5, 83:25, 91:24, 93:6, 141:23
knocked [1] - 145:25
knowing [4] - 128:4, 132:5, 187:11, 252:25
knowledge [13] - 27:18, 46:14, 46:21, 49:25, 50:2, 58:10, 84:13, 127:18, 127:23, 128:4, 173:5, 226:25, 339:11
knows [3] - 29:11, 30:14, 88:10

**L**

ladies [1] - 145:8
LAMB [1] - 1:11
landmark [1] - 233:7
lane [11] - 11:12, 12:14, 12:16, 13:3, 13:5, 108:25, 222:16, 222:19, 222:23, 242:18, 322:8
Lane [2] - 6:13, 141:25
lanes [2] - 223:4, 232:25
language [2] - 265:22, 268:10
lapses [1] - 308:2
larger [1] - 272:19

last [19] - 24:11, 65:24, 76:13, 76:14, 267:10, 295:15, 296:17, 301:22, 303:13, 303:16, 304:16, 305:21, 305:23, 307:2, 309:12, 309:13, 310:13, 313:5, 343:19
lasted [1] - 282:18
late [2] - 12:5, 340:25
Law [5] - 51:15, 108:21, 112:5, 211:12, 232:12
law [10] - 23:25, 26:4, 40:12, 50:22, 128:15, 184:16, 184:24, 185:7, 185:12, 186:14
LAW [1] - 3:3
lawful [1] - 97:22
Laws [1] - 227:25
laws [1] - 58:20
lawyer [2] - 134:25, 191:3
lay [1] - 123:14
lead [4] - 82:16, 140:22, 172:5, 172:11
leads [1] - 342:15
LEAHEY [1] - 3:11
leaning [4] - 267:21, 269:18, 269:19, 269:22
learn [6] - 100:18, 100:22, 100:25, 102:14, 104:25, 318:7
learned [4] - 41:20, 54:22, 104:16, 276:6
least [32] - 18:2, 48:7, 56:5, 69:2, 70:12, 70:15, 71:2, 71:12, 81:12, 81:13, 135:10, 136:12, 137:8, 137:11, 137:19, 137:23, 138:5, 142:13, 146:14, 146:22, 146:23, 149:8, 161:10, 163:2, 164:22, 168:24, 174:8, 207:6, 316:23, 332:13, 336:19, 341:13
leave [6] - 145:4, 146:2, 212:22, 214:6, 252:3, 254:21
leaves [1] - 214:9

leaving [12] - 108:25, 125:20, 125:24, 153:17, 162:7, 207:23, 211:21, 220:24, 236:10, 297:6, 297:14, 297:17
led [1] - 266:17
left [37] - 12:8, 139:11, 139:21, 140:7, 142:5, 142:8, 148:23, 149:10, 151:13, 153:16, 153:21, 168:13, 168:14, 169:13, 196:20, 198:10, 201:3, 201:22, 202:16, 206:23, 207:2, 207:7, 208:25, 213:11, 214:24, 215:3, 215:8, 218:10, 219:23, 221:13, 222:7, 226:19, 227:22, 297:11, 317:3, 321:19
left-hand [1] - 222:7
leg [2] - 104:19, 115:2
legal [5] - 49:18, 50:20, 51:14, 57:8, 58:16
lending [1] - 217:14
length [1] - 248:16
lengths [14] - 296:12, 296:20, 302:20, 304:18, 305:22, 306:11, 307:9, 307:11, 309:6, 309:22, 309:24, 317:23, 318:5, 318:15
LESER [1] - 1:10
Less [3] - 177:6, 204:4, 261:11
less [5] - 177:7, 261:12, 261:13, 285:22, 285:23
Lesser [14] - 169:24, 169:25, 170:8, 170:13, 170:18, 170:24, 171:7, 172:11, 172:14, 173:11, 174:4, 174:9, 175:25, 176:7
license [1] - 21:19
lied [1] - 126:9
life [4] - 15:4, 41:25, 133:19, 218:13
lifetime [6] - 12:21, 15:13, 21:24, 44:20,

364

50:17, 55:4
light [3] - 231:23, 232:3, 232:5
lights [4] - 202:13, 216:10, 216:11, 238:25
likewise [1] - 232:16
limit [12] - 228:14, 228:18, 228:24, 229:6, 229:7, 229:9, 229:11, 229:16, 229:19, 229:22, 229:25, 230:4
limited [1] - 228:23
limits [1] - 228:12
line [1] - 335:7
list [1] - 111:9
listen [2] - 108:15, 121:20
Listen [1] - 198:21
literally [1] - 145:2
live [4] - 26:21, 27:3, 325:17, 327:14
lived [1] - 11:2
living [3] - 11:20, 11:23, 85:3
loaded [4] - 321:21, 324:19, 326:4, 327:14
located [1] - 336:4
location [16] - 149:21, 150:6, 156:2, 156:4, 241:21, 259:8, 260:12, 260:13, 276:19, 278:2, 279:4, 290:2, 304:16, 304:21, 306:8, 306:22
lock [3] - 312:12, 312:13, 312:21
lockup [1] - 313:9
look [29] - 8:3, 28:23, 93:20, 98:15, 105:14, 105:21, 106:10, 108:5, 111:10, 115:20, 119:12, 129:10, 133:16, 137:19, 138:22, 147:22, 148:11, 149:19, 155:22, 169:10, 224:2, 226:7, 241:8, 266:5, 271:17, 275:9, 304:14, 305:2, 315:9
looking [27] - 107:12, 107:19, 107:21, 136:3, 160:22, 196:19, 196:20, 254:7, 265:20,

266:3, 269:8, 272:23, 273:20, 281:6, 291:15, 293:22, 294:10, 294:25, 295:8, 315:14, 315:15, 315:23, 316:10, 333:10, 333:14, 343:18
Looking [1] - 157:17
loose [1] - 299:4
loss [1] - 102:25
lost [17] - 19:24, 20:2, 20:7, 23:4, 23:12, 23:19, 142:2, 142:6, 142:9, 217:12, 218:14, 218:17, 219:2, 219:9, 219:14, 219:22, 220:2
love [1] - 91:11
loved [1] - 89:2
lunch [1] - 192:22
Lunch [1] - 193:2

M

machine [1] - 112:22
Magazine [1] - 325:12
Magic [1] - 258:9
magical [1] - 191:17
maiden [1] - 13:17
maintaining [1] - 159:18
major [1] - 92:10
Male [2] - 76:23, 272:10
male [7] - 247:9, 251:10, 271:19, 271:21, 272:2, 272:9, 280:8
Mall [1] - 84:13
mall [2] - 20:17, 84:15
man [8] - 135:18, 266:6, 269:5, 272:18, 272:21, 275:13, 276:19, 342:9
managed [1] - 321:11
Management [1] - 92:11
management [1] - 92:12
Manhattan [1] - 24:14
manner [6] - 97:22, 98:2, 109:9, 228:20, 239:3, 280:15
March [4] - 129:12, 130:7, 155:2, 335:18
Marinaci [5] - 3:13,

32:2, 32:4, 34:12, 34:16
MARINACI [1] - 1:13
MARION [1] - 4:7
mark [1] - 129:6
marked [13] - 7:21, 7:23, 98:8, 98:10, 129:5, 129:9, 148:2, 237:9, 241:7, 241:9, 304:10, 304:13, 308:20
marker [1] - 258:9
Marker [1] - 258:10
marriage [2] - 83:18, 348:17
married [4] - 13:11, 13:19, 41:21, 83:23
marrying [1] - 14:3
Martinez [1] - 36:19
martini [6] - 136:14, 147:2, 147:8, 150:5, 160:6, 163:10
Massapequa [1] - 213:4
material [1] - 106:9
materials [1] - 100:12
matter [12] - 87:22, 107:20, 108:13, 132:16, 132:22, 143:24, 173:20, 184:20, 190:9, 285:19, 295:21, 348:19
matters [1] - 41:17
mean [23] - 11:9, 17:2, 23:11, 43:15, 50:4, 50:6, 58:6, 60:18, 88:12, 117:23, 134:23, 151:11, 200:25, 201:16, 229:10, 231:19, 248:9, 252:13, 256:2, 260:25, 299:24, 308:3, 312:14
MEANEY [1] - 1:12
meaning [6] - 67:16, 163:20, 209:10, 226:3, 238:14, 340:12
means [3] - 137:12, 175:13, 311:21
meant [1] - 147:17
mechanical [1] - 308:12
medication [2] - 7:14, 7:16
meet [6] - 33:25, 37:21, 65:7, 65:13, 194:23, 196:8

meeting [2] - 130:25, 197:12
member [26] - 33:20, 35:12, 36:2, 42:10, 162:16, 162:24, 163:8, 164:7, 164:13, 164:20, 164:25, 165:7, 165:13, 165:19, 166:2, 166:11, 166:17, 166:23, 167:5, 167:12, 167:20, 168:3, 168:15, 168:20, 169:14, 176:10
members [10] - 23:25, 27:19, 123:25, 124:5, 125:5, 125:9, 125:13, 125:17, 125:21, 126:2
Memorial [1] - 3:9
memory [5] - 203:12, 209:15, 210:21, 225:25, 226:2
men [9] - 172:4, 216:11, 262:2, 274:25, 276:12, 276:16, 278:4, 278:24, 330:8
mental [2] - 54:24, 101:12
mentally [1] - 189:9
mention [5] - 157:7, 238:21, 238:24, 343:13, 343:15
mentioned [1] - 108:3
mentioning [1] - 238:19
merge [2] - 230:12, 230:15
merged [3] - 215:13, 215:16, 230:10
met [5] - 44:14, 46:8, 90:14, 136:9, 238:3
method [1] - 81:4
Michael [1] - 90:4
middle [2] - 220:4, 267:8
might [8] - 21:12, 33:13, 45:7, 50:11, 81:14, 85:4, 123:2, 231:5
Mike [1] - 258:8
mile [4] - 203:8, 204:5, 204:8, 213:20
Miller [4] - 89:13, 89:18, 130:2, 130:16
Miller's [1] - 162:10
mind [12] - 49:23, 148:25, 183:22,

186:15, 187:16, 206:20, 207:5, 242:7, 322:18, 327:7, 329:10, 330:12
Mineola [4] - 1:25, 3:4, 75:13, 76:20
minor [1] - 230:17
minute [4] - 155:22, 314:3, 331:15
minutes [9] - 52:11, 83:12, 196:11, 197:3, 199:23, 335:8, 338:16, 342:21, 344:5
Miranda [1] - 135:8
MIREL [1] - 3:5
mirror [4] - 223:23, 225:23, 226:8, 266:14
mirrors [10] - 224:9, 245:2, 245:6, 245:7, 247:4, 247:5, 252:20, 266:4, 274:21, 281:5
mislead [2] - 127:6, 191:10
misleading [1] - 172:7
miss [1] - 218:20
missed [1] - 335:20
misstated [1] - 283:16
Misstatement [1] - 286:7
misstates [2] - 220:18, 282:13
misstating [1] - 338:25
misunderstood [1] - 264:24
mitchell [1] - 211:25
MITCHELL [42] - 3:10, 22:4, 28:6, 47:11, 47:21, 48:21, 49:21, 51:4, 55:9, 76:17, 79:6, 116:18, 118:13, 123:5, 124:7, 124:17, 128:13, 128:21, 135:22, 139:23, 142:19, 162:7, 309:15, 310:15, 311:3, 318:19, 319:4, 319:8, 323:13, 325:4, 328:14, 330:4, 334:4, 334:9, 335:2, 337:18, 338:3, 339:12, 340:7, 342:10, 342:14, 343:13

365

Mitchell [1] - 344:9
mixed [8] - 136:13, 136:14, 137:9, 150:11, 150:24, 152:15, 154:22, 158:7
MOFFETT [2] - 348:7, 348:24
Moffett [2] - 1:24, 2:6
mom [1] - 86:9
Monday [1] - 344:12
month [7] - 28:12, 39:23, 39:25, 40:2, 40:5, 40:8, 82:7
monthly [1] - 44:5
months [15] - 38:14, 38:16, 38:19, 38:25, 39:14, 39:15, 39:20, 43:22, 44:8, 45:18, 82:21, 94:15, 137:3, 143:20, 210:6
morning [4] - 6:19, 6:20, 122:20, 128:17
MOROUGHAN [1] - 1:5
Moroughan [7] - 6:23, 27:22, 122:10, 131:10, 182:4, 192:8, 338:20
Moroughan's [1] - 131:24
motion [3] - 261:3, 264:22, 334:16
MOTIONS [1] - 346:9
motor [19] - 54:13, 54:18, 78:7, 78:15, 105:16, 111:23, 139:18, 140:16, 142:16, 183:17, 208:15, 209:25, 210:8, 221:3, 221:6, 221:9, 221:24, 222:6, 236:23
motorist [20] - 54:3, 78:7, 109:14, 109:17, 109:25, 110:2, 111:12, 112:2, 113:6, 115:13, 117:7, 184:7, 226:11, 228:6, 228:9, 245:25, 246:4, 298:21, 333:25
motorist's [1] - 104:7
mouth [1] - 268:14
move [18] - 10:18, 11:6, 12:3, 53:8, 191:6, 191:13, 252:9, 268:5, 276:19, 281:22,

326:23, 329:6, 334:13, 337:7, 337:16, 339:9, 341:6, 343:9
moved [6] - 12:8, 12:23, 13:3, 248:10, 270:12, 281:9
movies [2] - 16:3, 16:5
moving [18] - 12:13, 95:4, 95:16, 96:4, 96:20, 122:10, 127:24, 128:18, 131:22, 153:12, 157:24, 183:17, 184:23, 267:23, 269:17, 281:23, 296:18, 334:2
MR [575] - 6:8, 6:15, 8:23, 8:24, 11:7, 11:11, 15:2, 15:5, 15:22, 16:6, 16:8, 16:9, 16:13, 16:17, 17:16, 18:12, 18:21, 18:23, 19:20, 19:21, 20:18, 21:5, 22:4, 23:5, 23:21, 23:22, 25:17, 26:13, 27:24, 28:6, 29:5, 29:6, 29:10, 29:12, 29:16, 29:18, 29:20, 29:24, 30:5, 30:8, 30:11, 31:7, 31:8, 31:14, 33:8, 34:8, 35:4, 36:13, 37:16, 38:22, 39:21, 40:3, 40:15, 41:12, 42:16, 42:23, 43:12, 43:13, 44:22, 47:4, 47:11, 47:13, 47:21, 48:14, 48:20, 48:21, 49:5, 49:20, 49:21, 50:13, 50:16, 50:18, 50:22, 50:24, 51:2, 51:4, 51:12, 51:22, 51:24, 52:3, 52:6, 52:8, 52:10, 52:14, 52:20, 52:23, 53:6, 53:20, 54:9, 55:7, 55:9, 55:24, 56:9, 56:11, 56:17, 56:21, 56:24, 57:16, 59:8, 59:11, 60:25, 61:5, 61:22, 62:2, 62:17, 63:4, 63:16, 64:10, 66:18, 67:5, 68:2, 68:10, 70:21, 71:20, 72:17, 73:2, 73:5, 73:6, 74:6, 74:10, 74:11, 74:16, 76:17, 76:18, 79:6, 79:7, 81:8, 81:17, 81:21, 81:25, 82:4,

83:10, 83:14, 87:22, 88:16, 89:20, 91:5, 95:7, 95:8, 95:19, 96:8, 96:9, 96:15, 96:23, 97:2, 98:13, 99:21, 100:5, 101:17, 102:10, 106:11, 107:2, 107:4, 107:22, 108:11, 112:25, 116:18, 118:13, 118:17, 119:23, 119:24, 120:17, 121:2, 121:3, 121:11, 121:12, 121:16, 121:17, 121:24, 122:2, 123:5, 123:6, 123:12, 124:7, 124:10, 124:17, 124:21, 128:10, 128:13, 128:20, 128:21, 128:22, 129:6, 135:12, 135:22, 135:23, 135:24, 136:22, 137:14, 138:3, 138:8, 139:13, 139:20, 139:21, 139:23, 139:25, 140:2, 140:18, 140:19, 140:24, 141:4, 141:24, 142:19, 142:21, 143:5, 145:21, 146:15, 147:11, 148:2, 148:4, 148:6, 148:7, 148:8, 148:10, 148:19, 148:21, 149:3, 149:12, 149:23, 149:25, 150:2, 150:15, 151:25, 153:3, 153:7, 157:9, 157:13, 159:21, 161:3, 162:7, 162:20, 163:4, 163:13, 163:25, 164:2, 166:7, 167:3, 167:9, 167:10, 167:16, 167:17, 167:23, 167:24, 168:7, 169:5, 169:8, 169:20, 169:21, 170:5, 172:6, 172:7, 173:15, 173:19, 173:22, 177:22, 178:10, 179:5, 179:6, 179:7, 179:19, 179:22, 179:23, 179:25,

180:8, 180:9, 180:23, 181:7, 181:8, 181:11, 181:19, 182:7, 182:15, 182:20, 183:6, 183:12, 184:9, 184:13, 184:17, 184:19, 185:3, 185:10, 185:12, 185:15, 185:17, 185:19, 185:22, 186:2, 186:4, 186:12, 186:17, 186:19, 186:21, 186:22, 186:24, 187:2, 187:4, 187:5, 187:7, 187:8, 187:18, 187:25, 188:8, 188:16, 189:11, 189:20, 189:25, 190:3, 190:8, 190:13, 190:19, 190:22, 190:24, 191:2, 191:4, 191:5, 191:9, 191:12, 191:14, 191:18, 191:20, 192:4, 192:5, 192:17, 192:19, 192:21, 192:23, 192:24, 193:8, 193:9, 193:11, 193:13, 198:17, 200:13, 200:15, 200:19, 201:12, 205:12, 205:16, 205:20, 205:21, 206:7, 206:9, 207:10, 208:5, 208:20, 209:3, 211:24, 212:7, 213:13, 214:2, 214:4, 215:18, 217:16, 219:4, 219:6, 220:17, 226:22, 227:18, 228:25, 230:13, 231:12, 231:14, 231:19, 231:21, 232:4, 237:5, 237:9, 239:9, 239:13, 241:19, 241:20, 243:22, 244:8, 247:20, 247:22, 247:24, 248:7, 248:20, 248:22, 250:16, 250:23, 250:25, 251:4, 251:6, 251:7, 251:11, 251:13, 256:20, 257:6,

257:8, 257:21, 257:24, 258:2, 258:4, 258:8, 258:11, 258:13, 258:19, 259:21, 259:24, 262:5, 263:8, 264:17, 264:19, 264:21, 264:23, 266:23, 267:3, 267:7, 270:6, 270:7, 270:11, 273:16, 273:23, 274:6, 275:6, 278:7, 278:10, 278:16, 279:7, 279:9, 279:15, 279:17, 280:11, 281:3, 281:19, 282:12, 283:6, 283:7, 283:14, 283:20, 283:25, 284:5, 284:7, 284:17, 284:19, 284:20, 284:23, 284:24, 285:3, 285:5, 285:7, 285:10, 285:12, 285:14, 285:16, 285:21, 286:5, 286:6, 287:7, 287:9, 287:10, 287:12, 287:13, 287:15, 287:18, 287:24, 288:2, 288:6, 288:8, 288:10, 288:14, 288:17, 288:22, 293:17, 297:8, 299:6, 302:5, 303:17, 304:19, 304:23, 305:2, 305:4, 305:16, 305:23, 306:3, 306:23, 307:4, 307:10, 307:17, 308:5, 308:11, 309:4, 309:5, 309:15, 309:16, 309:18, 310:15, 311:3, 314:5, 314:12, 317:18, 317:20, 317:25, 318:3, 318:19, 318:22, 319:2, 319:4, 319:6, 319:8, 323:13, 323:15, 323:17, 323:23, 324:4, 324:5, 324:8, 325:4, 328:14, 328:20, 329:22, 330:4, 330:15, 330:16, 331:9, 331:14, 333:12,

333:20, 334:4, 334:9, 334:10, 334:21, 335:2, 335:5, 335:6, 335:11, 335:20, 335:22, 336:13, 336:14, 337:18, 337:20, 338:2, 338:3, 338:4, 338:13, 338:22, 338:24, 339:12, 339:13, 339:17, 339:19, 339:20, 339:22, 340:7, 340:9, 340:14, 340:19, 340:20, 340:22, 341:5, 341:7, 341:12, 341:15, 341:17, 341:19, 341:25, 342:4, 342:5, 342:10, 342:12, 342:14, 342:18, 342:20, 342:22, 343:3, 343:8, 343:13, 343:25, 344:3, 344:4, 344:5, 344:18, 346:4
mug [1] - 138:16
multiple [1] - 72:18
must [1] - 277:2
mutual [1] - 343:10

**N**

name [33] - 6:9, 6:21, 13:13, 13:17, 24:9, 24:11, 25:2, 25:18, 29:2, 29:14, 30:19, 30:23, 31:6, 31:16, 31:19, 35:11, 36:21, 65:24, 69:4, 73:14, 73:18, 73:24, 76:13, 76:14, 79:17, 80:4, 82:8, 110:24, 230:15, 231:3, 231:6, 231:12, 233:9
names [5] - 27:12, 65:16, 73:15, 73:24, 74:23
narcotics [1] - 24:15
Nassau [59] - 3:12, 3:14, 27:19, 35:12, 36:22, 42:11, 69:10, 70:9, 80:24, 81:3, 86:20, 93:10, 93:14, 93:23, 94:2, 94:9, 94:21, 95:3, 95:14, 96:2, 96:19, 97:7, 97:13, 97:21, 99:20, 105:6, 108:5,

123:25, 125:9, 125:17, 125:22, 129:18, 129:24, 143:2, 162:16, 162:24, 163:8, 163:23, 164:7, 164:13, 164:20, 165:7, 165:13, 165:19, 166:11, 166:17, 166:23, 167:6, 167:13, 167:20, 168:4, 168:15, 168:23, 169:15, 211:8, 328:7, 346:20, 346:23
NASSAU [4] - 1:12, 1:13, 1:14, 348:5
natural [1] - 301:11
nature [9] - 8:12, 14:25, 42:5, 43:8, 43:19, 60:22, 67:22, 78:3, 195:6
near [6] - 195:22, 200:5, 262:16, 290:24, 326:13, 333:19
Near [1] - 290:5
necessary [1] - 78:18
neck [1] - 336:6
need [4] - 9:3, 9:9, 9:13, 313:18
needed [2] - 216:6, 234:5
needs [1] - 187:9
never [47] - 18:15, 32:22, 44:19, 47:8, 47:18, 67:13, 67:16, 90:14, 121:6, 126:9, 126:12, 126:20, 126:24, 127:3, 128:6, 174:25, 175:9, 179:14, 181:17, 190:24, 198:4, 221:8, 221:12, 221:17, 224:8, 227:11, 227:15, 228:17, 228:22, 240:12, 256:2, 298:18, 298:21, 302:3, 302:9, 310:7, 311:6, 311:10, 314:22, 315:2, 322:9, 328:11, 332:15, 336:25, 337:14, 339:10, 340:15
New [22] - 1:18, 1:25, 2:7, 3:4, 3:9, 3:15, 4:5, 4:9, 6:14, 10:13,

12:2, 25:16, 66:3, 119:19, 136:10, 148:16, 200:5, 214:18, 214:24, 345:24, 348:8
NEW [3] - 1:3, 345:4, 348:3
newspapers [1] - 31:20
Next [1] - 298:2
NEXT [1] - 1:22
next [49] - 20:16, 37:6, 37:11, 75:23, 83:11, 112:6, 143:12, 150:4, 150:10, 150:21, 154:21, 157:24, 157:25, 214:11, 214:17, 233:24, 234:20, 234:25, 235:3, 235:12, 235:15, 237:4, 242:8, 242:11, 242:14, 242:15, 242:25, 243:15, 244:13, 245:12, 249:2, 250:2, 250:4, 251:16, 253:9, 261:21, 265:18, 267:2, 276:24, 289:3, 291:25, 292:20, 307:19, 312:10, 314:11, 314:13, 314:14, 337:4, 339:16
NHTSA [1] - 58:7
nice [1] - 43:17
NICHOLAS [1] - 1:10
night [23] - 32:19, 62:16, 88:13, 115:14, 132:10, 132:13, 139:6, 142:6, 158:21, 160:19, 193:25, 202:20, 204:6, 206:12, 210:5, 221:2, 224:12, 236:10, 275:25, 305:25, 341:3, 341:4, 341:11
nine [9] - 70:10, 70:11, 70:15, 70:16, 71:4, 71:13, 71:25, 320:23, 325:2
nobody [1] - 37:12
noise [5] - 280:17, 312:23, 312:24, 313:3, 313:17
non [2] - 147:17, 228:9

non-alcohol [1] - 147:17
non-passing [1] - 228:9
None [6] - 346:7, 346:8, 346:9, 346:12, 346:15, 347:6
normal [3] - 26:20, 34:17, 61:14
north [5] - 213:21, 218:9, 257:19, 299:16, 300:17
northbound [8] - 22:8, 215:22, 217:8, 224:20, 225:7, 225:21, 233:2, 242:17
northeast [1] - 21:2
northwest [1] - 20:23
Nose [1] - 115:6
nose [2] - 103:20, 335:13
Notary [4] - 2:6, 6:4, 345:24, 348:7
note [5] - 16:17, 23:21, 26:13, 72:17, 342:22
noted [3] - 16:10, 18:24, 344:19
nothing [10] - 91:18, 205:24, 212:19, 238:4, 239:23, 274:17, 323:24, 323:25, 328:6, 342:24
Nothing [2] - 101:25, 144:19
notice [4] - 245:9, 245:14, 276:25, 340:3
noticed [2] - 265:19, 281:9
notices [1] - 281:21
number [19] - 32:16, 48:18, 57:4, 58:12, 67:7, 67:8, 71:18, 72:14, 99:16, 133:19, 136:4, 148:6, 148:13, 150:4, 156:9, 158:20, 215:6, 236:12, 335:24
Numerous [1] - 61:24
numerous [2] - 61:25, 72:12
NYPD [2] - 25:20, 42:8
nystagmus [1] - 103:18

**O**

O'CALLAGHAN [1] - 4:3
o'clock [12] - 194:25, 195:15, 195:16, 196:12, 201:4, 201:9, 201:15, 201:21, 201:23, 202:17, 206:18, 211:20
Oakwood [25] - 122:12, 122:19, 172:19, 176:15, 208:19, 215:21, 217:9, 217:14, 218:8, 220:25, 221:15, 222:3, 223:11, 224:15, 224:19, 225:6, 225:20, 227:24, 235:19, 236:3, 285:19, 294:16, 295:12, 295:16, 331:6
oath [4] - 5:18, 79:3, 104:5, 345:10
Object [2] - 139:23, 139:25
object [22] - 28:6, 47:13, 47:21, 49:5, 49:22, 68:2, 74:7, 128:10, 128:21, 128:23, 135:22, 143:5, 266:23, 273:17, 284:7, 284:18, 330:4, 335:2, 337:18, 337:20, 340:7, 340:9
objected [1] - 30:8
objecting [2] - 283:7, 287:10
objection [268] - 8:23, 8:24, 8:25, 11:7, 15:2, 15:22, 16:7, 16:8, 16:10, 17:16, 18:12, 18:24, 19:20, 20:18, 21:5, 22:4, 23:5, 23:21, 23:22, 26:13, 27:24, 29:19, 29:22, 30:10, 31:7, 31:8, 31:14, 33:8, 35:4, 36:13, 38:22, 39:21, 40:3, 40:15, 41:12, 42:16, 42:23, 43:12, 43:13, 43:14, 47:4, 47:11, 48:20, 48:21, 49:20, 51:12, 51:25, 52:20, 53:7, 53:20, 54:9, 55:8,

56:2, 56:9, 56:18, 59:8, 59:11, 60:25, 61:22, 62:2, 62:17, 63:4, 63:16, 64:10, 66:18, 68:10, 70:21, 71:20, 72:17, 79:6, 79:7, 81:8, 81:17, 81:21, 81:25, 82:4, 88:16, 89:20, 91:5, 95:7, 95:8, 95:19, 96:8, 96:9, 96:15, 96:23, 97:2, 99:21, 100:5, 102:10, 106:11, 118:13, 118:17, 119:23, 119:24, 120:17, 121:2, 121:3, 121:11, 121:12, 121:16, 121:17, 121:24, 122:2, 123:5, 123:6, 123:12, 124:10, 128:12, 128:13, 128:20, 135:12, 135:23, 135:25, 136:22, 137:14, 138:8, 139:13, 140:2, 140:18, 140:19, 140:24, 142:19, 142:21, 143:7, 145:21, 146:15, 147:11, 148:19, 149:3, 149:12, 151:25, 152:3, 157:9, 159:21, 161:3, 162:20, 163:4, 163:13, 163:25, 164:2, 166:7, 167:3, 167:9, 167:10, 167:16, 167:17, 167:23, 167:24, 168:7, 169:20, 169:21, 170:5, 172:6, 173:15, 177:22, 178:10, 179:5, 179:6, 180:8, 180:9, 180:23, 181:7, 181:8, 181:19, 182:7, 182:15, 182:22, 183:6, 183:12, 184:9, 185:3, 185:10, 185:24, 186:3, 186:20, 187:3, 187:6, 187:18, 187:25, 188:8, 188:10, 189:11, 189:20, 189:25, 190:13, 191:6, 191:13,

191:19, 192:4, 192:5, 192:18, 192:19, 198:17, 205:20, 205:21, 207:10, 208:5, 208:20, 209:3, 211:24, 212:7, 213:13, 214:2, 215:18, 217:16, 219:6, 220:17, 226:22, 230:13, 251:11, 258:19, 275:6, 278:7, 278:10, 278:16, 279:7, 279:9, 280:11, 281:3, 281:19, 282:12, 283:6, 283:25, 284:5, 285:6, 285:21, 286:6, 287:9, 287:25, 288:22, 293:17, 297:8, 299:6, 302:5, 303:18, 305:16, 307:4, 307:18, 309:15, 309:18, 318:2, 323:17, 323:23, 324:9, 325:4, 328:20, 329:22, 330:15, 330:16, 333:12, 333:20, 334:4, 334:9, 334:10, 334:21, 336:13, 336:14, 336:16, 338:2, 338:3, 338:4, 338:13, 338:24, 339:12, 339:13, 340:14, 342:23
**Objection** [14] - 48:14, 55:7, 61:5, 67:5, 101:17, 116:18, 138:3, 188:16, 279:15, 286:5, 311:3, 323:13, 323:15, 328:14
**objections** [4] - 5:10, 191:8, 284:21, 285:4
**objects** [1] - 307:22
**observation** [8] - 98:24, 109:21, 142:12, 244:24, 326:11, 326:16, 332:14, 340:5
**observations** [10] - 77:14, 77:18, 145:18, 188:13, 227:13, 240:13, 276:12, 333:24, 337:25, 343:17

**observe** [28] - 77:22, 102:24, 223:9, 224:2, 224:16, 225:22, 226:3, 226:9, 226:15, 226:18, 232:8, 243:10, 245:18, 247:2, 252:4, 269:7, 279:23, 280:25, 282:10, 283:4, 296:5, 296:7, 314:13, 314:15, 319:17, 322:14, 323:10, 323:20
**observed** [26] - 99:3, 106:3, 106:24, 109:22, 119:4, 119:7, 119:8, 207:6, 208:11, 210:3, 221:12, 224:8, 224:20, 227:11, 239:24, 243:21, 266:9, 266:16, 277:5, 297:19, 302:18, 303:5, 303:6, 315:19, 319:21, 337:9
**observing** [2] - 78:7, 265:8
**obstructed** [2] - 273:11, 316:6
**obstruction** [5] - 316:4, 316:8, 316:9, 316:11, 316:13
**obviously** [10] - 88:10, 88:24, 131:8, 194:17, 202:3, 202:11, 260:15, 301:2, 325:15, 343:3
**occasion** [5] - 14:23, 15:12, 20:6, 62:9, 219:14
**occasional** [1] - 65:9
**occasionally** [1] - 65:8
**occasions** [8] - 18:3, 19:18, 19:22, 23:18, 154:3, 154:4, 219:15, 220:8
**occupant** [2] - 251:9, 280:4
**occur** [3] - 67:3, 102:15, 320:6
**Odd** [1] - 92:24
**odor** [5] - 110:8, 111:15, 120:14, 120:22, 121:8
**OF** [9] - 1:3, 1:9, 1:12, 1:13, 3:3, 345:4, 345:5, 348:3, 348:5
**offense** [1] - 96:22

**OFFICE** [1] - 3:3
**office** [8] - 126:2, 147:24, 148:9, 155:19, 162:10, 176:20, 193:12, 258:14
**Officer** [6] - 3:13, 3:14, 121:20, 131:20, 134:3, 237:14
**officer** [25] - 5:17, 24:17, 25:16, 36:11, 37:7, 49:19, 52:16, 53:9, 72:9, 73:11, 82:17, 95:15, 97:8, 97:10, 97:14, 98:24, 105:7, 135:11, 182:10, 183:3, 184:3, 211:9, 275:16, 328:13, 338:19
**OFFICER** [1] - 1:14
**officers** [2] - 99:4, 129:24
**OFFICERS** [2] - 1:12, 1:15
**often** [3] - 43:23, 59:10, 59:14
**old** [4] - 14:13, 14:15, 83:19, 278:11
**Old** [3] - 1:24, 3:4, 4:9
**older** [3] - 25:22, 26:15, 27:17
**omit** [3] - 163:16, 164:25, 165:25
**omitted** [3] - 126:12, 127:3, 128:7
**ON** [1] - 1:22
**once** [12] - 17:3, 48:7, 56:6, 59:16, 59:17, 60:16, 61:25, 62:4, 69:2, 219:16, 244:2, 318:17
**once's** [1] - 188:15
**oncoming** [1] - 184:7
**one** [109] - 11:25, 12:12, 14:8, 20:23, 26:9, 29:2, 30:19, 33:12, 33:14, 33:16, 36:3, 37:20, 44:19, 46:5, 47:23, 58:5, 65:15, 66:24, 67:2, 67:23, 69:22, 70:12, 71:2, 71:23, 72:2, 73:14, 77:20, 77:22, 81:10, 81:12, 81:13, 89:8, 99:3, 100:10, 104:5, 104:19, 110:6, 114:6, 115:2, 130:19, 146:17,

146:19, 146:23, 147:2, 147:16, 149:6, 150:5, 150:10, 150:24, 151:19, 152:20, 154:23, 155:8, 156:20, 157:18, 158:8, 159:15, 160:3, 160:6, 160:23, 161:11, 161:17, 161:22, 164:8, 164:16, 164:22, 165:21, 166:25, 169:9, 170:9, 170:18, 171:13, 171:21, 175:10, 183:11, 183:21, 185:16, 186:13, 187:13, 193:21, 197:25, 204:11, 214:22, 214:23, 216:10, 218:22, 219:14, 222:19, 237:15, 258:14, 261:2, 262:5, 267:25, 268:2, 277:19, 279:20, 280:8, 298:14, 303:14, 303:20, 304:4, 304:5, 304:7, 311:17, 311:23, 332:9
**One** [3] - 12:4, 12:11, 12:24
**oOo** [1] - 5:22
**open** [10] - 203:11, 252:3, 254:21, 270:17, 270:19, 270:22, 319:23, 320:4, 320:9, 321:12
**opened** [1] - 338:10
**opening** [1] - 323:7
**opens** [1] - 326:19
**operate** [6] - 78:7, 100:22, 139:18, 142:16, 208:15, 210:8
**operated** [1] - 208:18
**operating** [4] - 78:14, 120:4, 160:14, 228:19
**operation** [3] - 78:19, 105:16, 234:2
**operator** [4] - 277:2, 283:22, 319:19, 320:2
**opinion** [4] - 79:3, 119:20, 120:7, 342:16

opportunity [5] - 8:3, 8:5, 8:19, 9:4, 296:4
opposed [5] - 66:8, 66:14, 82:17, 114:7, 189:8
opposite [1] - 21:10
oral [3] - 249:19, 275:5, 276:15
orally [1] - 9:13
orange [1] - 140:4
order [6] - 6:25, 64:16, 66:13, 131:19, 134:3, 216:5
Order [1] - 2:5
ordered [1] - 152:21
organs [2] - 300:2, 300:6
otherwise [2] - 156:18, 160:3
ounces [4] - 139:12, 139:17, 140:15, 142:24
Outback [1] - 85:5
outcome [1] - 348:18
outlined [1] - 143:3
outside [9] - 52:16, 82:24, 83:8, 245:17, 251:21, 251:23, 262:25, 272:22, 317:8
Ovington [2] - 1:18, 4:5
owe [1] - 76:12
own [8] - 13:5, 225:23, 237:3, 266:16, 303:2, 303:7, 303:8, 343:23

**P**

P-E-N-A [1] - 76:16
P.C [1] - 3:11
p.m [4] - 136:10, 140:7, 148:22, 344:19
packed [1] - 144:24
PAGE [4] - 1:22, 346:3, 346:18, 347:5
page [4] - 98:13, 133:11, 135:6, 176:16
pages [2] - 6:16, 347:3
paid [2] - 140:6, 158:10
Palumbo [3] - 28:9, 135:18, 155:18
panel [5] - 262:17, 262:18, 263:9, 322:4, 331:19
paperwork [11] - 40:25, 80:15, 80:19, 105:18, 105:19, 105:22, 106:2, 106:6, 106:8, 106:22, 117:9
Paragraph [2] - 339:6, 340:20
paragraph [12] - 131:14, 133:5, 133:18, 133:22, 136:4, 206:3, 215:5, 320:23, 335:24, 337:4, 339:19, 339:23
paraphrasing [1] - 288:6
pardon [1] - 118:21
park [2] - 200:3, 214:11
Park [18] - 10:13, 10:14, 10:19, 10:22, 10:23, 11:2, 11:18, 11:19, 11:21, 12:9, 14:19, 15:6, 66:5, 83:25, 91:24, 93:6, 141:23, 213:12
parked [5] - 196:2, 233:17, 241:17, 248:19, 298:17
parking [3] - 220:24, 226:21, 227:22
part [17] - 38:10, 65:5, 85:17, 86:10, 94:19, 99:12, 104:12, 104:25, 105:5, 110:4, 127:16, 132:9, 134:11, 185:6, 300:5, 336:24, 337:21
Part [2] - 78:10, 118:9
participate [1] - 101:10
particular [3] - 65:11, 127:21, 265:12
particularly [1] - 258:21
particulars [5] - 105:8, 106:15, 107:3, 108:4, 108:17
Particulars [1] - 107:6
parties [3] - 5:5, 269:11, 348:16
partner [3] - 38:20, 39:3, 119:10
partners [1] - 39:9
party [20] - 29:4, 43:7, 69:5, 88:22, 95:6, 95:18, 96:6, 136:20, 137:2, 143:21, 146:4, 155:3, 155:7, 160:20, 161:16, 161:21, 163:21, 165:2, 166:2, 245:19
pass [4] - 109:3, 222:6, 227:20, 228:8
passed [2] - 116:2, 227:15
passenger [19] - 243:5, 243:15, 244:3, 253:21, 254:8, 255:8, 255:9, 262:16, 262:21, 262:23, 263:2, 263:14, 263:20, 263:23, 270:5, 290:4, 291:4, 317:4, 327:21
passing [1] - 228:9
past [5] - 119:17, 218:19, 249:25, 256:5, 309:11
PATROL [1] - 1:13
Patrol [2] - 4:4, 33:18
patrol [4] - 32:15, 32:24, 40:18, 116:16
pattern [1] - 185:14
pavement [3] - 312:15, 313:16, 322:6
pay [2] - 108:7, 302:13
paying [1] - 310:21
PBA [6] - 89:13, 89:19, 89:23, 129:25, 130:2, 130:13
PBT [6] - 100:23, 101:2, 101:4, 112:17, 112:24, 116:16
PD [2] - 70:9, 96:19
pedal [9] - 253:11, 255:5, 256:16, 260:19, 260:23, 262:12, 262:15, 264:16, 275:8
pedaled [4] - 263:4, 263:7, 264:6, 289:8
pedaling [2] - 255:13, 262:10
peek [2] - 147:19, 304:12
peep [2] - 269:4, 279:20
Pena [4] - 76:12, 77:12, 77:24, 79:2
pending [1] - 9:9
penultimate [1] - 267:4
people [19] - 28:3, 43:7, 43:18, 54:2, 58:5, 101:11, 102:21, 103:2, 122:12, 122:21, 123:8, 185:13, 185:16, 190:18, 194:17, 238:3, 246:21, 312:3, 312:5
per [6] - 40:2, 40:5, 219:22, 304:5, 306:5
perceive [4] - 210:19, 276:15, 292:5, 292:7
perceived [3] - 172:4, 327:8, 330:9
percent [2] - 254:25, 257:12
perception [9] - 145:12, 188:19, 209:13, 272:19, 297:5, 297:13, 297:18, 334:6, 343:21
perform [2] - 102:21, 103:6
performing [1] - 97:9
period [5] - 82:8, 90:22, 118:2, 339:23, 340:4
permitted [1] - 342:13
person [25] - 31:2, 31:10, 58:6, 58:9, 77:10, 113:14, 116:2, 116:5, 121:22, 136:20, 137:2, 143:21, 155:3, 161:16, 163:21, 183:25, 246:23, 247:8, 265:12, 279:20, 283:2, 286:4, 298:24, 311:17, 311:23
personal [17] - 31:21, 41:9, 41:17, 41:24, 41:25, 42:14, 42:18, 43:9, 45:3, 45:4, 46:14, 46:21, 91:12, 91:15, 129:23, 188:13
personally [3] - 31:4, 35:14, 78:6
personnel [1] - 123:19
persons [1] - 322:12
perspective [4] - 86:18, 184:25, 185:7, 186:14
pertaining [2] - 7:2, 176:14
phone [5] - 23:8, 194:3, 236:12, 236:15, 242:6
phones [1] - 216:4
photo [2] - 306:9, 307:23
Photo [3] - 346:22, 346:25, 347:2
photograph [17] - 36:8, 241:12, 255:18, 256:21, 257:22, 259:22, 259:25, 304:20, 304:22, 304:24, 305:5, 305:8, 305:14, 306:18, 307:14, 307:25, 309:3
phrased [2] - 52:25, 191:22
physical [22] - 7:11, 54:15, 54:19, 54:24, 94:24, 95:10, 95:18, 96:7, 101:11, 102:7, 102:14, 102:25, 187:22, 188:24, 208:24, 210:11, 319:18, 319:21, 322:10, 327:13, 330:9, 332:18
physically [6] - 103:3, 224:2, 224:20, 225:22, 226:3, 253:24
pick [2] - 191:14, 236:14
picture [8] - 36:4, 36:5, 248:13, 258:23, 304:14, 304:16, 305:10, 305:20
pictures [1] - 306:14
Pier [1] - 21:11
pink [1] - 153:13
pinpoint [1] - 259:7
pitcher [2] - 64:23, 66:13
pitchers [3] - 64:16, 64:21, 66:13
pizza [2] - 16:3, 92:25
Pizza [1] - 93:4
place [15] - 11:25, 12:4, 12:7, 12:13, 12:24, 13:8, 63:24, 64:17, 65:2, 75:12, 144:24, 150:21, 176:18, 205:14, 337:10
places [5] - 64:18, 197:5, 205:3, 205:17, 205:25
Plaintiff [2] - 1:6, 3:3
Plaintiff's [32] - 7:20, 7:23, 8:6, 8:21,

28:24, 98:7, 98:10, 129:5, 129:8, 131:5, 143:4, 148:11, 155:21, 158:12, 169:11, 193:5, 196:19, 206:21, 237:10, 241:6, 241:9, 247:22, 248:22, 255:17, 290:3, 304:9, 304:13, 305:6, 305:7, 308:19, 308:21, 308:23
**PLAINTIFF'S** [2] - 288:4, 346:18
**plaintiff's** [2] - 335:24, 339:22
**plan** [4] - 194:23, 213:7, 213:10, 289:18
**planned** [2] - 194:9, 212:23
**plans** [4] - 193:15, 193:17, 194:21, 197:12
**play** [1] - 187:12
**player** [2] - 70:4, 70:6
**pleased** [1] - 123:14
**pleasure** [1] - 74:16
**plus** [1] - 146:19
**PO** [1] - 130:13
**point** [65] - 34:8, 36:3, 36:16, 44:11, 44:20, 47:2, 47:23, 48:19, 49:15, 52:18, 55:5, 55:22, 57:5, 57:12, 57:13, 57:21, 58:13, 58:19, 112:25, 136:17, 150:19, 192:11, 217:19, 218:5, 223:10, 225:19, 230:20, 231:3, 232:20, 234:19, 236:19, 244:8, 247:7, 249:22, 261:19, 269:25, 270:6, 273:14, 274:12, 275:12, 275:21, 279:13, 280:8, 302:11, 303:4, 309:4, 310:12, 316:17, 317:6, 317:18, 317:19, 317:25, 319:23, 320:17, 323:9, 324:4, 324:5, 326:15, 327:7, 327:19, 327:23, 328:13, 329:25,

332:9
**pointing** [4] - 247:21, 273:7, 273:9, 275:3
**points** [1] - 221:10
**police** [26] - 24:16, 25:16, 36:6, 36:11, 37:7, 49:19, 97:8, 97:10, 105:7, 118:4, 122:25, 135:11, 163:24, 165:3, 166:3, 182:10, 183:2, 184:3, 187:14, 275:16, 310:8, 310:19, 310:23, 311:10, 328:12, 338:19
**POLICE** [4] - 1:9, 1:12, 1:13, 1:15
**Police** [64] - 3:8, 3:12, 3:14, 25:5, 27:20, 33:20, 35:13, 36:22, 42:11, 81:3, 86:20, 93:10, 93:14, 93:23, 94:2, 94:9, 94:21, 95:3, 95:14, 97:7, 97:13, 97:21, 99:20, 99:23, 105:6, 116:15, 123:25, 124:5, 125:2, 125:6, 125:10, 125:14, 125:18, 125:22, 143:2, 162:16, 162:17, 162:25, 163:9, 164:8, 164:13, 164:14, 164:15, 164:21, 165:8, 165:14, 165:20, 166:12, 166:18, 166:24, 167:6, 167:13, 167:21, 168:4, 168:16, 168:22, 168:23, 169:15, 176:11, 328:8, 337:16, 339:9, 346:20, 346:23
**poor** [2] - 211:22, 212:4
**portable** [3] - 100:23, 112:12, 116:5
**portion** [5] - 253:19, 319:13, 331:6, 331:17
**posed** [1] - 251:2
**position** [12] - 25:10, 93:14, 94:6, 161:5, 189:9, 189:17, 192:13, 243:4, 243:24, 264:7, 268:5, 312:7

**Position** [1] - 244:3
**positioned** [3] - 243:14, 263:12
**positive** [1] - 113:20
**possess** [1] - 275:22
**possible** [18] - 47:7, 178:24, 179:14, 179:20, 180:5, 180:11, 180:12, 180:15, 180:19, 180:25, 181:2, 181:13, 182:4, 182:6, 182:9, 261:8, 279:5, 311:15
**Possibly** [1] - 309:7
**possibly** [11] - 17:22, 23:12, 23:19, 48:9, 48:12, 49:7, 49:8, 49:9, 49:11, 194:11, 194:18
**posted** [2] - 228:11, 228:14
**posts** [3] - 39:5, 39:11, 39:16
**potential** [1] - 325:16
**potentially** [1] - 325:23
**pounds** [2] - 212:12, 280:9
**practice** [2] - 61:15, 100:18
**prayer** [1] - 108:12
**preceding** [1] - 146:18
**Precinct** [24] - 32:6, 33:6, 33:14, 33:16, 37:23, 37:25, 69:11, 99:18, 100:2, 101:5, 125:12, 125:16, 125:21, 125:25, 146:8, 155:15, 162:5, 168:10, 168:14, 169:14, 169:24, 170:8, 171:8, 176:21
**precinct** [1] - 32:25
**predicate** [1] - 109:13
**preference** [2] - 59:25, 60:12
**prepared** [5] - 105:18, 106:14, 147:23, 148:9, 193:12
**presence** [6] - 67:3, 88:21, 89:12, 89:18, 90:8, 129:25
**Present** [1] - 4:11
**present** [5] - 130:9, 176:2, 177:8, 179:21, 327:16
**presently** [1] - 24:2
**presumed** [2] - 224:3,

297:11
**pretext** [2] - 109:18, 109:19
**pretty** [2] - 285:25, 319:9
**previous** [9] - 47:17, 76:4, 193:18, 198:14, 205:2, 219:19, 219:20, 281:15, 306:5
**previously** [2] - 129:5, 154:6
**primary** [2] - 10:15, 86:12
**priority** [3] - 99:19, 99:23, 100:3
**Prius** [3] - 221:13, 238:22, 337:6
**privileged** [1] - 157:10
**probable** [2] - 111:8, 113:18
**probation** [1] - 92:15
**problem** [5] - 10:5, 173:23, 200:13, 252:23, 252:25
**proceed** [2] - 82:12, 214:18
**proceeded** [1] - 217:3
**proceeding** [2] - 134:13, 135:3
**process** [8] - 54:24, 80:14, 80:18, 189:3, 209:8, 209:10, 209:11, 210:14
**processing** [1] - 40:23
**professional** [5] - 34:21, 35:7, 41:6, 82:22, 119:21
**program** [1] - 94:17
**prohibit** [5] - 95:3, 96:3, 96:19, 97:7, 97:13
**prohibited** [1] - 95:15
**prolonged** [1] - 313:2
**promise** [1] - 9:22
**proper** [1] - 149:16
**property** [2] - 233:12, 233:14
**proposition** [1] - 240:25
**prosecution** [1] - 134:18
**protect** [1] - 301:7
**protocols** [3] - 116:12, 116:13, 119:9
**prove** [1] - 78:18
**provided** [2] - 131:2, 287:8
**proximity** [1] - 20:20
**prudent** [1] - 228:20

**public** [1] - 200:4
**Public** [4] - 2:6, 6:4, 345:24, 348:7
**pull** [14] - 81:4, 114:10, 120:20, 120:23, 121:19, 121:21, 225:5, 233:24, 234:12, 242:9, 250:2, 250:4, 321:13, 321:15
**pulled** [38] - 108:9, 120:12, 121:6, 185:8, 186:16, 192:14, 216:4, 224:22, 225:9, 225:10, 225:20, 227:23, 232:13, 232:21, 234:20, 235:15, 235:25, 237:19, 237:20, 240:20, 241:2, 241:22, 242:2, 242:15, 242:22, 243:4, 243:8, 243:10, 244:7, 244:9, 244:25, 245:15, 250:4, 270:8, 288:19, 336:5, 339:8
**pulling** [3] - 184:8, 189:23, 233:21
**pulls** [15] - 187:17, 225:11, 234:16, 234:21, 234:24, 235:2, 235:4, 235:11, 242:9, 242:11, 242:13, 244:12, 245:4, 284:15, 285:19
**pulse** [1] - 244:18
**punch** [1] - 332:22
**Purcell** [1] - 130:14
**purchased** [1] - 12:15
**purely** [1] - 342:11
**purpose** [6] - 205:4, 233:21, 235:6, 235:9, 289:11, 329:13
**purposes** [7] - 6:17, 15:19, 131:15, 131:22, 133:25, 134:17, 318:6
**pursuant** [3] - 2:5, 6:25, 183:18
**push** [3] - 320:3, 321:23, 332:11
**pushing** [1] - 332:19
**put** [20] - 9:14, 92:14, 113:13, 120:15, 120:24, 121:9,

121:22, 201:21, 215:4, 256:18, 257:5, 257:9, 257:13, 257:18, 259:20, 286:11, 299:25, 300:10, 306:7, 307:6

### Q

qualified [2] - 119:19, 129:23
quarter [6] - 203:8, 262:17, 262:18, 263:9, 322:4, 331:19
Queens [1] - 10:12
questioned [1] - 175:17
questioning [6] - 78:14, 172:24, 172:25, 193:7, 335:7, 341:14
questions [14] - 9:20, 29:21, 53:2, 74:14, 117:12, 119:13, 141:5, 152:10, 168:9, 175:15, 250:14, 341:7, 341:23, 343:4
quick [11] - 28:23, 261:2, 293:9, 293:10, 293:11, 312:25, 313:3, 313:4, 313:17, 313:19, 318:16
quickly [5] - 284:12, 284:16, 285:25, 293:21, 319:12
quite [2] - 50:8, 342:16
quote [1] - 337:7

### R

radio [2] - 40:18, 220:4
rage [5] - 216:8, 220:20, 226:16, 232:18, 239:8
railroad [1] - 214:21
raised [5] - 10:11, 10:13, 10:21, 11:18, 14:18
ran [4] - 321:24, 322:20, 329:25, 338:9
rate [6] - 135:5, 136:3, 176:9, 197:7, 251:8, 279:19
rather [2] - 234:6,

257:9
Rational [1] - 189:3
reach [2] - 128:16, 327:6
reached [2] - 256:2, 320:5
reaching [4] - 262:20, 262:22, 320:2, 321:18
reaction [2] - 54:15, 209:21
read [15] - 8:6, 133:2, 133:22, 136:4, 136:6, 140:4, 143:12, 158:3, 181:10, 215:5, 267:3, 320:22, 335:15, 335:23, 345:9
reading [7] - 112:23, 113:15, 136:17, 153:13, 206:7, 339:23, 343:23
readjust [1] - 220:6
real [1] - 191:16
realize [1] - 218:6
realized [4] - 216:17, 216:21, 218:7, 223:18
really [14] - 20:15, 38:24, 42:25, 57:19, 201:3, 219:22, 242:24, 245:23, 255:21, 256:20, 260:6, 286:9, 286:14, 342:18
rear [40] - 223:23, 226:8, 245:8, 247:6, 248:2, 256:5, 256:10, 259:12, 262:16, 262:18, 262:20, 262:22, 262:25, 263:9, 263:13, 263:20, 263:23, 266:14, 289:4, 290:3, 290:4, 290:13, 290:14, 290:16, 290:18, 290:20, 290:21, 290:25, 291:3, 291:5, 291:7, 291:8, 300:17, 301:16, 302:12, 302:16, 326:13
rear-view [2] - 223:23, 226:8
reason [8] - 16:23, 107:8, 109:20, 145:8, 241:2, 283:19, 307:15,

307:20
reasonable [2] - 187:23, 228:20
reasons [3] - 108:19, 186:13, 187:14
reassigned [1] - 38:19
recalled [1] - 143:25
received [1] - 21:19
recess [2] - 193:2, 335:14
Reciting [1] - 115:10
recognize [17] - 29:15, 29:17, 30:22, 31:5, 31:11, 31:17, 34:7, 34:12, 35:11, 35:17, 35:24, 36:7, 36:24, 129:11, 241:10, 305:7, 308:23
recognized [2] - 30:16, 31:15
recollection [24] - 136:19, 136:25, 143:19, 144:10, 154:25, 155:7, 158:20, 161:15, 161:20, 173:25, 198:16, 198:22, 199:16, 230:14, 237:3, 237:24, 238:10, 239:7, 239:14, 248:13, 254:14, 316:24, 322:19, 323:6
reconvene [1] - 344:12
record [24] - 6:10, 30:14, 105:3, 106:3, 107:7, 109:22, 111:2, 115:24, 117:6, 133:23, 143:13, 157:16, 158:3, 203:21, 204:15, 204:22, 237:13, 300:10, 342:19, 343:15, 344:18, 345:12, 345:14, 348:13
recorded [1] - 212:11
records [1] - 212:10
red [1] - 54:12
reenter [1] - 262:13
refer [2] - 247:12, 318:10
referencing [1] - 339:18
referred [2] - 28:18, 67:24
referring [5] - 64:20, 107:24, 147:9, 152:14, 248:21

refers [1] - 153:17
reflect [1] - 158:19
reflected [3] - 131:5, 158:15, 258:22
reflection [1] - 257:22
refresh [3] - 198:15, 322:19, 323:5
regard [1] - 105:17
regarding [5] - 45:18, 49:24, 87:20, 211:9, 240:13
registered [2] - 247:14, 247:16
regs [2] - 94:20, 95:2
regular [2] - 138:18, 152:15
Regular [2] - 138:19, 138:23
regulations [14] - 95:13, 96:3, 96:12, 96:18, 97:6, 97:12, 97:18, 97:20, 98:25, 99:5, 99:9, 143:3, 183:18, 211:8
REID [1] - 4:3
related [4] - 7:7, 67:21, 306:3, 348:16
relates [1] - 55:15
relation [4] - 219:18, 292:25, 317:17, 335:18
relationship [11] - 26:8, 26:19, 29:4, 31:5, 31:22, 33:21, 34:16, 34:18, 37:4, 82:22, 82:23
relatively [2] - 233:2, 284:16
relatives [1] - 23:24
relevance [1] - 167:25
Relevance [1] - 188:9
relevant [5] - 127:10, 173:6, 182:12, 183:3, 186:9
remain [3] - 6:18, 12:11, 312:6
remained [1] - 197:11
remember [24] - 19:2, 73:14, 73:15, 138:17, 159:17, 176:24, 177:24, 181:14, 197:19, 203:20, 216:13, 218:2, 238:16, 252:6, 255:21, 266:10, 267:19, 267:21, 268:9, 269:17, 293:5, 296:22, 316:3, 320:20

remembered [1] - 73:18
render [2] - 79:2, 119:20
rendering [1] - 120:7
rent [1] - 13:9
repeat [11] - 16:21, 47:15, 63:18, 102:12, 118:20, 118:22, 120:19, 123:16, 172:9, 282:16, 323:18
Repeat [1] - 295:25
rephrase [9] - 9:24, 122:14, 178:2, 181:11, 185:5, 191:20, 240:4, 255:10, 282:14
report [3] - 98:23, 99:8, 344:10
reported [1] - 99:5
reporter [1] - 9:17
Reporting [1] - 1:24
representation [2] - 131:23, 256:25
representative [2] - 130:2, 130:14
represented [1] - 278:22
representing [1] - 257:19
reps [1] - 89:23
REQUEST [1] - 346:11
request [1] - 33:2
require [3] - 97:21, 97:25, 109:16
required [1] - 105:5
requires [3] - 109:21, 183:21, 194:23
reserved [1] - 5:12
reside [1] - 26:25
residential [3] - 230:18, 233:16, 233:18
respect [21] - 34:11, 44:25, 46:3, 50:15, 63:12, 78:6, 100:3, 106:4, 111:8, 137:7, 160:14, 161:10, 168:9, 171:5, 175:21, 295:23, 296:8, 305:5, 308:15, 342:6, 343:10
respective [1] - 5:5
respond [2] - 33:3, 331:10
responded [1] - 123:2
response [4] - 8:4, 172:23, 203:2,

240:23
**responsible** [2] - 32:20, 98:2
**rest** [1] - 336:9
**restate** [6] - 37:16, 95:11, 95:24, 181:24, 294:17, 336:17
**restaurant** [3] - 15:20, 43:17, 64:22
**restaurants** [2] - 14:25, 16:15
**result** [16] - 13:23, 46:11, 46:16, 46:23, 47:9, 47:19, 48:3, 51:11, 52:19, 54:4, 82:20, 128:17, 139:16, 209:6, 210:6, 333:25
**retire** [2] - 24:19, 25:7
**retired** [4] - 24:14, 24:25, 25:9, 25:13
**retreat** [1] - 334:8
**retreating** [3] - 96:21, 280:20, 331:4
**reversing** [1] - 334:15
**review** [1] - 206:2
**reviewed** [1] - 133:7
**revving** [1] - 298:6
**RICH** [2] - 348:7, 348:24
**Rich** [2] - 1:24, 2:5
**right-hand** [6] - 217:13, 224:15, 225:3, 225:18, 227:6, 326:6
**rights** [1] - 134:10
**RMP** [2] - 101:5, 194:5
**road** [20] - 214:21, 215:15, 216:5, 216:8, 218:21, 220:20, 222:12, 226:16, 230:24, 231:2, 231:7, 232:18, 232:22, 233:6, 239:8, 256:12, 257:16, 257:19, 259:17, 264:2
**Road** [43] - 1:24, 3:4, 4:9, 172:19, 176:16, 208:19, 215:13, 216:17, 216:25, 217:4, 221:15, 221:21, 221:25, 222:4, 222:8, 222:11, 222:18, 222:19, 222:24, 223:11, 223:15, 223:19, 224:5,

224:11, 225:19, 227:7, 227:15, 227:16, 229:15, 229:22, 229:25, 230:4, 230:7, 230:10, 230:19, 232:9, 232:13, 232:23, 235:18, 294:16, 295:12, 295:16, 331:6
**roadside** [1] - 339:5
**roadway** [2] - 253:19, 253:22
**role** [1] - 187:12
**roll** [1] - 322:6
**Romberg** [1] - 115:4
**Ronald** [4] - 31:12, 31:13, 31:17, 31:22
**RONALD** [1] - 1:10
**Ronkonkoma** [2] - 26:23, 27:4
**room** [2] - 144:25, 174:19
**roughly** [1] - 170:25
**round** [2] - 304:5, 325:7
**rounds** [9] - 190:11, 190:19, 190:25, 304:8, 312:4, 325:3, 325:17, 325:20, 325:24
**Route** [9] - 20:13, 22:2, 22:5, 22:8, 22:14, 206:14, 213:21, 216:21, 228:15
**route** [1] - 23:3
**routine** [1] - 65:5
**rule** [1] - 9:8
**rules** [19] - 94:20, 95:2, 95:13, 96:3, 96:12, 96:18, 97:6, 97:12, 97:17, 97:20, 98:11, 98:25, 99:4, 99:9, 135:9, 143:3, 183:18, 211:8, 211:15
**RULINGS** [1] - 346:8
**run** [9] - 114:11, 318:15, 319:11, 319:14, 321:5, 322:23, 326:15, 329:13, 330:25
**running** [13] - 111:5, 286:12, 314:17, 314:23, 315:19, 316:14, 317:12, 317:19, 318:4, 329:3, 329:11, 332:5, 333:7

**runs** [2] - 230:19, 319:12

**S**

**salary** [1] - 86:16
**Salvatore** [1] - 76:12
**Santa** [1] - 15:25
**Sat** [1] - 235:13
**satellite** [2] - 258:24, 258:25
**satisfied** [1] - 8:11
**saw** [53] - 34:12, 35:18, 36:25, 171:22, 190:7, 221:17, 256:13, 257:5, 268:4, 268:6, 268:8, 270:25, 271:6, 271:8, 271:13, 271:16, 274:4, 281:17, 289:8, 302:3, 302:9, 302:15, 302:23, 302:25, 303:9, 304:17, 305:21, 305:24, 305:25, 306:10, 307:2, 309:12, 309:13, 310:13, 310:15, 311:6, 311:10, 316:15, 320:24, 321:2, 321:5, 321:10, 322:23, 323:25, 324:12, 324:14, 324:17, 326:15, 332:15, 332:24, 336:25, 337:14
**scared** [2] - 300:3, 301:3
**scenario** [1] - 183:10
**scene** [12] - 78:2, 78:5, 123:2, 124:8, 124:12, 124:19, 124:25, 236:24, 297:6, 298:17, 305:8, 306:2
**schedule** [1] - 59:18
**scheduling** [1] - 87:22
**school** [11] - 10:16, 58:17, 83:20, 84:4, 85:6, 85:15, 91:23, 92:22, 195:21, 233:8, 233:11
**School** [1] - 84:2
**schools** [2] - 86:2, 86:10
**SCHROEDER** [112] - 4:6, 8:23, 23:22, 25:17, 29:5, 31:8,

35:4, 36:13, 39:21, 40:15, 42:16, 43:12, 49:20, 56:17, 59:8, 64:10, 73:2, 73:6, 74:11, 95:7, 96:9, 97:2, 119:23, 121:2, 121:11, 121:17, 122:2, 128:20, 135:23, 136:22, 139:20, 140:2, 140:18, 148:2, 148:6, 148:19, 149:3, 159:21, 161:3, 162:20, 163:4, 163:13, 163:25, 166:7, 167:3, 167:9, 167:16, 167:23, 168:7, 169:20, 170:5, 172:6, 179:6, 180:8, 181:7, 189:25, 190:13, 192:4, 192:19, 193:8, 205:20, 207:10, 214:2, 215:18, 219:6, 226:22, 230:13, 244:8, 247:20, 251:11, 258:11, 262:5, 270:6, 270:11, 273:16, 275:6, 278:10, 279:9, 280:11, 281:3, 281:19, 283:6, 283:25, 284:5, 284:17, 284:23, 285:21, 286:5, 287:9, 293:17, 299:6, 302:5, 305:16, 305:23, 307:4, 314:12, 317:25, 323:15, 323:23, 324:4, 324:8, 328:20, 330:15, 331:9, 333:12, 335:20, 336:13, 338:2, 338:13, 338:22, 340:14, 344:18
**science** [1] - 92:9
**screaming** [3] - 278:5, 278:13, 322:13
**screeching** [4] - 280:17, 313:15, 313:24, 314:8
**screen** [1] - 117:10
**scrunched** [2] - 315:3, 315:5
**se** [1] - 219:22

**sealing** [1] - 5:6
**season** [1] - 65:10
**seat** [3] - 252:17, 317:5, 327:21
**seated** [1] - 196:13
**Second** [15] - 7:24, 125:12, 125:20, 125:24, 146:8, 155:15, 162:5, 168:10, 168:14, 169:13, 169:24, 170:8, 171:7, 176:21, 346:19
**second** [22] - 125:16, 133:16, 169:9, 262:5, 268:7, 271:18, 282:3, 282:4, 293:11, 300:2, 303:25, 304:4, 304:5, 304:6, 312:8, 312:9, 313:6, 313:7, 313:20, 314:9, 320:25, 340:19
**seconds** [56] - 216:23, 216:24, 225:16, 235:13, 244:21, 244:22, 245:20, 245:21, 245:22, 245:24, 246:8, 249:5, 261:9, 261:10, 261:15, 261:21, 264:25, 265:3, 265:5, 265:8, 268:7, 276:13, 276:17, 276:18, 276:23, 277:7, 282:8, 282:18, 284:9, 284:10, 285:20, 285:23, 286:2, 288:25, 292:14, 293:11, 295:22, 302:8, 304:7, 313:25, 318:16, 318:18, 318:20, 319:3, 319:10, 326:17, 326:22, 327:2, 327:4, 327:5, 329:8, 338:10
**section** [9] - 106:19, 108:18, 133:18, 136:5, 140:5, 143:13, 153:14, 214:23
**secure** [3] - 321:25, 329:15, 329:16
**see** [51] - 26:16, 107:12, 221:16, 223:14, 243:9,