246:14, 251:8, 251:18, 252:18, 254:4, 255:18, 257:20, 257:23, 259:3, 261:19, 261:25, 265:7, 266:9, 274:2, 274:3, 275:8, 275:9, 276:4, 280:4, 294:8, 295:15, 295:23, 296:14, 298:12, 301:13, 301:18, 304:15, 304:20, 305:10, 305:11, 305:14, 305:19, 312:10, 314:17, 315:13, 316:5, 316:12, 316:14, 316:20, 317:8, 317:11, 319:14, 332:21, 339:15, 341:25
**seeing** [4] - 261:17, 266:10, 287:4, 340:16
**self** [1] - 99:8
**self-report** [1] - 99:8
**send** [1] - 213:8
**sense** [5] - 18:22, 49:18, 58:15, 58:16, 217:12
**senses** [1] - 303:2
**sentence** [5] - 133:3, 137:8, 157:25, 163:19, 321:2
**sentences** [2] - 136:18, 158:2
**separate** [1] - 57:2
**separately** [3] - 174:15, 174:17, 313:14
**September** [1] - 13:20
**sequence** [3] - 284:14, 285:8, 286:8
**Sergeant** [6] - 32:2, 32:3, 34:11, 34:16, 36:18, 130:10
**series** [6] - 114:20, 120:15, 121:9, 152:9, 157:25, 168:9
**serious** [4] - 95:10, 95:18, 96:6, 187:22
**serve** [1] - 64:22
**served** [1] - 138:14
**sessions** [1] - 101:15
**set** [5] - 63:12, 99:14, 184:22, 348:11, 348:21
**setting** [1] - 64:9
**settled** [1] - 198:2

**seven** [27] - 39:18, 39:19, 39:24, 39:25, 40:6, 98:13, 121:7, 158:18, 171:23, 173:14, 174:8, 181:4, 181:16, 182:3, 189:8, 189:18, 189:22, 192:15, 207:6, 210:4, 210:7, 212:5, 285:14, 327:5, 329:8, 341:9
**seven-page** [1] - 98:13
**SGT** [2] - 1:11, 1:13
**Sgt** [1] - 3:13
**shall** [2] - 5:12, 54:10
**share** [6] - 41:9, 41:16, 42:13, 42:18, 43:9, 91:10
**Sharpie** [1] - 258:15
**shatter** [2] - 321:8, 323:3
**shattered** [2] - 323:6, 337:10
**sheets** [1] - 316:10
**shield** [9] - 311:7, 311:11, 322:15, 322:17, 336:5, 336:24, 337:2, 337:6, 339:8
**shifting** [2] - 74:14, 122:15
**shine** [1] - 16:2
**shoe** [1] - 16:2
**shoot** [3] - 183:17, 184:17, 213:7
**shooter** [3] - 185:8, 186:16, 187:16
**shooter's** [2] - 183:22, 188:7
**shooting** [18] - 168:18, 168:25, 170:15, 170:20, 171:3, 171:24, 173:12, 174:14, 179:4, 179:18, 180:22, 181:5, 181:18, 182:3, 183:24, 184:4, 192:16, 240:21
**shopping** [1] - 84:16
**short** [7] - 83:13, 204:4, 225:13, 260:24, 260:25, 284:11, 285:24
**shortly** [2] - 150:20, 244:19
**shot** [13] - 122:10, 190:11, 191:25,

293:25, 294:5, 301:22, 303:12, 303:13, 303:16, 311:6, 313:22, 342:9
**shots** [12] - 276:6, 292:21, 292:23, 293:2, 293:8, 295:9, 295:12, 310:3, 311:16, 311:22, 316:23, 337:11
**shoulder** [10] - 216:5, 225:9, 233:4, 254:10, 254:11, 266:3, 294:18, 294:19, 294:21, 300:11
**shoving** [1] - 332:19
**show** [5] - 7:22, 98:9, 106:25, 129:2, 129:4
**shut** [3] - 252:2, 252:8, 254:23
**sick** [1] - 57:13
**Side** [1] - 247:6
**side** [46] - 20:23, 184:6, 200:5, 215:4, 222:7, 222:21, 222:22, 225:6, 232:21, 233:4, 233:5, 233:15, 243:15, 243:16, 245:8, 251:24, 253:21, 254:8, 255:8, 256:12, 257:16, 257:19, 258:17, 258:24, 259:16, 260:15, 262:17, 264:4, 270:4, 270:5, 282:20, 289:4, 290:10, 290:13, 290:21, 291:4, 296:3, 300:7, 300:9, 321:6, 322:3, 322:21, 322:24, 322:25, 337:5, 337:15
**sidewalk** [4] - 253:18, 259:4, 264:3, 294:15
**sign** [3] - 231:15, 231:17, 233:3
**signal** [2] - 109:6, 228:3
**Signed** [1] - 345:22
**signed** [3] - 5:16, 5:19, 133:13
**significance** [1] - 132:23
**significant** [2] - 58:2, 86:21
**significantly** [1] -

188:6
**signs** [2] - 105:3, 105:15
**silly** [2] - 179:23, 180:2
**silver** [1] - 244:14
**silver-colored** [1] - 244:14
**similar** [2] - 116:12, 116:22
**simple** [2] - 104:13, 343:17
**simpler** [1] - 239:11
**simply** [2] - 135:21, 234:6
**simultaneously** [5] - 196:8, 281:16, 283:8, 293:14, 321:18
**sit** [15] - 7:10, 12:19, 14:12, 27:18, 56:13, 160:2, 172:2, 173:10, 178:20, 190:10, 191:24, 198:22, 226:14, 227:9, 288:13
**sitting** [1] - 274:10
**situation** [9] - 59:21, 61:8, 112:7, 122:4, 211:14, 266:8, 329:9, 330:12, 330:13
**six** [12] - 38:15, 38:18, 38:25, 39:15, 39:18, 43:22, 62:15, 82:7, 94:15, 210:6, 325:22, 327:5
**Six** [1] - 39:19
**six-2** [1] - 315:7
**six-month** [1] - 82:7
**size** [7] - 113:4, 113:9, 159:12, 233:4, 272:6, 272:8, 325:10
**ski** [1] - 21:3
**skill** [1] - 103:8
**skills** [1] - 209:25
**slice** [1] - 16:3
**slow** [2] - 124:17, 250:15
**slurred** [2] - 102:8, 103:15
**small** [12] - 218:4, 237:23, 237:25, 238:12, 240:10, 244:14, 246:2, 246:5, 251:9, 252:7, 279:23, 280:2
**smaller** [1] - 268:11
**smashed** [3] - 324:6, 324:12, 338:10

**smashes** [1] - 326:19
**smashing** [2] - 321:7, 322:25
**Smith** [1] - 84:17
**SMITHERS** [1] - 1:11
**Smithtown** [1] - 66:3
**Snow** [1] - 21:3
**sober** [2] - 109:17, 160:15
**sobriety** [14] - 100:19, 102:21, 104:7, 104:17, 112:15, 113:23, 113:24, 114:8, 114:11, 114:20, 120:16, 120:25, 121:10, 121:23
**social** [4] - 57:23, 59:23, 60:18, 61:4
**socialize** [5] - 14:24, 33:25, 35:21, 82:24, 205:4
**socialized** [2] - 83:7, 84:8
**socializing** [4] - 15:20, 16:15, 16:16, 145:19
**socially** [4] - 60:17, 64:4, 64:9, 66:12
**someone** [4] - 102:3, 102:6, 102:15, 108:24
**sometime** [4] - 13:2, 139:10, 194:15, 281:14
**Sometimes** [1] - 218:20
**sometimes** [2] - 59:2, 62:24
**somewhere** [7] - 256:8, 259:10, 263:25, 290:24, 291:5, 291:6, 306:17
**son** [1] - 27:10
**soon** [1] - 244:9
**Sophie** [24] - 89:5, 90:14, 91:13, 91:16, 136:14, 140:8, 144:12, 150:10, 152:25, 157:17, 160:23, 161:10, 163:10, 164:22, 165:21, 166:25, 168:5, 207:13, 207:21, 214:9, 238:7, 264:13, 316:18, 316:24
**Sophie's** [7] - 140:10, 141:11, 206:16, 212:6, 215:11, 241:16, 253:17

**sorry** [11] - 12:12, 19:21, 87:10, 95:25, 133:21, 170:2, 181:24, 213:15, 273:17, 315:17, 322:22
**sort** [6] - 233:13, 246:15, 294:14, 300:24, 302:11, 314:24
**sound** [3] - 268:14, 312:17, 312:18
**sounded** [1] - 313:10
**sounds** [2] - 312:20, 313:11
**south** [4] - 214:21, 295:2, 295:4, 299:17
**southbound** [5] - 214:18, 218:11, 233:2, 305:15, 322:8
**southerly** [2] - 314:20, 331:5
**southwest** [1] - 21:14
**space** [1] - 307:23
**speaking** [10] - 191:7, 244:10, 244:11, 266:25, 268:24, 285:4, 285:5, 294:9, 296:24, 317:9
**specific** [19] - 20:5, 73:19, 99:13, 106:6, 106:13, 106:22, 136:18, 136:25, 143:19, 144:10, 146:3, 154:25, 155:6, 161:15, 161:20, 254:14, 286:17, 286:21, 289:11
**specifically** [5] - 8:14, 117:11, 175:16, 267:19, 296:22
**specifics** [1] - 238:16
**speculate** [4] - 278:19, 279:16, 279:18, 288:24
**speculated** [1] - 67:8
**speculation** [4] - 71:21, 137:15, 188:9, 334:22
**Speculative** [1] - 278:8
**speech** [3] - 102:8, 103:15, 111:21
**speed** [17] - 228:12, 228:14, 228:18, 228:22, 228:23, 229:6, 229:7, 229:8, 229:11, 229:16, 229:19, 229:21, 229:25, 230:4, 280:20, 308:13, 308:16
**speeds** [1] - 308:10
**spell** [5] - 65:24, 75:2, 76:13, 76:14, 79:11
**spelled** [1] - 13:15
**spend** [2] - 40:17, 40:20
**spent** [1] - 204:20
**spilling** [1] - 145:5
**split** [2] - 158:11, 218:21
**splits** [2] - 26:22, 218:21
**spoken** [6] - 87:5, 88:14, 152:7, 246:12, 268:13, 277:19
**spontaneous** [2] - 197:15, 198:25
**spot** [1] - 307:7
**spring** [1] - 12:5
**squad** [1] - 32:22
**square** [1] - 113:9
**ss** [2] - 345:4, 348:4
**St** [5] - 3:15, 85:8, 85:16, 85:24, 85:25
**stamina** [1] - 341:24
**stand** [3] - 9:15, 104:19, 115:2
**standard** [5] - 98:11, 100:19, 104:7, 104:17, 112:15
**Standards** [1] - 346:21
**standards** [2] - 98:21, 99:9
**standing** [17] - 144:25, 245:17, 251:20, 251:23, 252:10, 252:12, 258:22, 266:20, 266:22, 267:14, 267:18, 267:20, 272:21, 294:23, 294:24, 295:3, 337:15
**Staples** [1] - 21:14
**start** [24] - 24:7, 25:20, 58:5, 85:24, 93:13, 93:18, 93:23, 94:8, 124:12, 124:22, 133:17, 133:21, 140:5, 148:12, 153:13, 186:5, 214:20, 237:7, 240:24, 254:2, 260:23, 302:2, 302:15, 320:25
**started** [17] - 69:14, 70:19, 70:24, 86:3, 94:3, 253:14, 255:3, 255:4, 255:22, 260:18, 261:23, 264:10, 277:3, 281:22, 296:24, 302:12, 329:11
**starting** [5] - 91:22, 122:25, 155:23, 215:8, 344:15
**starts** [2] - 262:7, 331:2
**stat** [1] - 70:3
**State** [5] - 2:6, 92:3, 119:19, 345:24, 348:8
**state** [9] - 6:9, 58:21, 74:11, 183:22, 185:24, 186:15, 187:16, 191:18, 344:4
**STATE** [2] - 345:4, 348:3
**statement** [48] - 129:3, 129:12, 129:14, 129:17, 129:22, 131:2, 131:9, 131:15, 132:25, 133:24, 134:9, 134:11, 134:16, 147:21, 148:18, 149:2, 152:5, 152:10, 190:17, 190:23, 196:16, 196:20, 197:10, 198:14, 199:18, 203:4, 203:15, 205:2, 206:3, 206:17, 216:14, 220:14, 220:18, 225:2, 239:6, 320:23, 324:18, 326:24, 328:6, 335:17, 337:23, 339:6, 340:6, 340:13, 340:18, 340:24, 342:8, 343:23
**STATES** [1] - 1:2
**stating** [2] - 337:7, 337:15
**station** [2] - 20:23, 220:5
**stats** [1] - 70:2
**stature** [1] - 267:20
**status** [1] - 344:10
**statutory** [1] - 50:8
**stayed** [4] - 158:4, 158:9, 199:19, 203:3
**Steak** [1] - 85:5
**steer** [2] - 334:19, 334:24
**step** [2] - 113:22, 184:6
**steps** [2] - 261:4
**Steven** [1] - 79:10
**still** [14] - 149:5, 203:11, 266:25, 273:22, 279:24, 289:25, 293:22, 314:2, 314:24, 316:24, 321:20, 324:20, 327:14, 337:10
**STIPULATED** [3] - 5:3, 5:9, 5:14
**STIPULATIONS** [1] - 5:2
**stocky** [1] - 272:9
**stood** [1] - 289:23
**stop** [29] - 107:8, 108:19, 109:14, 109:18, 109:24, 112:10, 216:25, 231:15, 231:17, 233:3, 233:25, 234:4, 253:5, 263:10, 284:16, 285:20, 288:5, 288:14, 288:16, 296:13, 296:14, 310:8, 310:19, 310:23, 311:10, 329:17, 330:8, 340:22, 341:20
**stopped** [11] - 223:11, 224:24, 224:25, 231:22, 235:19, 244:17, 287:3, 297:2, 314:6, 336:2, 336:21
**stopping** [5] - 222:3, 231:20, 295:17, 296:23, 313:12
**stops** [3] - 234:23, 236:18, 244:13
**stopwatch** [1] - 286:12
**store** [1] - 16:2
**stories** [12] - 41:9, 42:14, 42:19, 43:3, 43:6, 43:10, 44:9, 45:3, 45:4, 45:7, 45:17, 46:5
**story** [3] - 44:15, 44:19, 46:9
**straight** [4] - 213:20, 213:21, 250:21, 344:8
**strategically** [1] - 334:20
**straw** [3] - 112:22, 113:13
**street** [8] - 105:23, 105:25, 153:24, 203:5, 204:10, 215:4, 222:8, 230:15
**Street** [12] - 215:14, 217:4, 217:7, 222:11, 223:3, 223:4, 224:6, 224:12, 227:16, 230:11, 230:21, 231:4
**strike** [1] - 332:16
**struck** [1] - 192:8
**student** [2] - 85:4, 86:9
**studies** [2] - 58:7, 85:22
**study** [2] - 85:9, 100:11
**stumbling** [1] - 57:14
**subconsciously** [1] - 234:12
**subject** [2] - 132:16, 340:4
**subjects** [1] - 103:6
**subscribed** [1] - 345:22
**subsequent** [5] - 88:8, 112:8, 112:11, 134:12, 135:3
**subsequently** [4] - 100:25, 131:2, 202:6, 245:16
**substantive** [1] - 176:15
**Suffolk** [40] - 3:8, 25:5, 27:20, 86:3, 116:12, 116:14, 124:5, 124:25, 125:5, 125:13, 126:2, 155:19, 162:11, 162:17, 162:24, 163:8, 163:23, 164:7, 164:14, 164:20, 165:7, 165:13, 165:19, 166:11, 166:17, 166:23, 167:6, 167:13, 167:21, 168:4, 168:16, 168:21, 168:22, 169:15, 175:14, 176:10, 179:2, 179:15, 181:16
**SUFFOLK** [6] - 1:9, 1:10, 1:11, 1:12, 3:7
**suggest** [1] - 115:21

suggested [1] - 239:23
suggests [1] - 246:15
Suite [3] - 1:24, 3:15, 4:9
summer [2] - 76:7, 76:8
SUNY [3] - 92:4, 92:15, 195:22
superior [3] - 36:11, 131:20, 134:3
supervisor [9] - 32:5, 32:8, 32:13, 32:18, 32:19, 32:23, 33:2, 33:3, 34:17
supervisors [1] - 32:15
supporting [1] - 107:5
supposed [5] - 7:14, 105:20, 111:2, 117:17, 117:23
surprised [1] - 87:25
suspect [1] - 96:21
sweeping [1] - 334:15
sweethearts [1] - 83:21
swing [1] - 236:15
sworn [4] - 5:16, 5:19, 6:3, 348:12
system [4] - 63:24, 80:16, 80:20, 80:24

T

T-R-I-N-G-A-L-I [1] - 65:25
tab [1] - 158:10
tailgate [2] - 221:23, 228:5
tall [2] - 272:11, 315:6
tap [2] - 138:12, 154:8
tastes [1] - 144:23
taught [2] - 115:19, 117:11
TAVARES [1] - 1:10
Tavares [18] - 31:12, 31:13, 31:18, 31:22, 169:24, 169:25, 170:8, 170:13, 170:17, 170:24, 171:7, 172:11, 172:14, 173:12, 174:4, 174:9, 175:25, 176:7
Tavern [22] - 18:18, 19:6, 153:25, 154:2, 155:4, 155:9, 156:2, 156:13, 156:21, 156:25, 157:19, 165:9, 165:15, 165:22, 166:5, 169:18, 171:16, 203:7, 203:11, 203:16, 203:19, 204:2
tax [1] - 332:10
taxi [3] - 221:13, 221:16, 221:17
taxicab [1] - 332:15
teach [1] - 101:15
team [2] - 42:5, 65:11
technically [2] - 32:19, 94:18
technology [1] - 92:11
Technology [1] - 92:13
ten [36] - 21:23, 22:18, 22:25, 49:4, 49:8, 49:12, 55:19, 56:8, 57:2, 67:3, 67:7, 67:23, 67:25, 68:11, 83:12, 216:23, 216:24, 219:15, 244:22, 245:22, 245:23, 261:10, 272:12, 276:17, 276:18, 276:23, 277:6, 282:4, 282:8, 282:18, 285:20, 285:23, 286:2, 295:22, 310:17, 310:24
ten-second [1] - 282:4
term [5] - 49:25, 50:3, 50:4, 51:6, 51:10
test [21] - 58:23, 93:12, 100:23, 103:6, 103:8, 103:20, 103:22, 104:3, 104:7, 112:13, 112:15, 112:17, 113:23, 113:25, 114:8, 114:11, 114:24, 115:2, 115:4, 115:6, 116:5
testified [8] - 6:5, 77:13, 78:25, 104:5, 119:17, 183:16, 282:13, 340:15
testify [5] - 75:4, 75:18, 76:25, 77:13, 79:19
testifying [1] - 9:15
testimony [15] - 146:16, 151:22, 173:25, 223:25, 225:17, 251:23, 283:17, 283:19, 286:7, 301:24, 306:5, 339:2, 345:10, 345:13, 348:14
testing [3] - 106:19, 116:8, 116:22
tests [12] - 100:20, 102:21, 104:11, 104:17, 104:23, 114:20, 115:20, 119:14, 120:16, 120:25, 121:10, 121:23
text [1] - 134:22
THE [12] - 1:9, 1:12, 25:19, 56:22, 72:20, 73:8, 98:17, 169:7, 201:17, 227:20, 340:15, 343:7
theirs [1] - 249:11
themselves [1] - 183:24
thereafter [4] - 197:24, 283:9, 285:25, 293:21
therefore [2] - 132:15, 133:2
thereof [1] - 134:11
they've [2] - 110:19, 114:9
thinking [3] - 80:11, 220:5, 340:23
Third [9] - 32:6, 33:6, 37:22, 37:25, 38:2, 69:11, 99:18, 100:2, 101:5
third [8] - 79:9, 88:22, 95:6, 95:17, 96:6, 137:8, 183:25, 294:5
thirty [1] - 14:14
Thomas [6] - 6:23, 27:21, 131:10, 182:3, 192:8, 338:20
THOMAS [1] - 1:5
three [63] - 11:13, 12:17, 12:18, 12:20, 12:25, 14:8, 17:6, 19:13, 29:20, 48:13, 61:9, 61:15, 61:19, 62:8, 62:12, 65:10, 71:8, 74:13, 80:5, 80:12, 81:16, 90:9, 117:24, 136:11, 138:2, 138:6, 141:4, 146:13, 146:14, 146:18, 149:20, 162:18, 168:17, 170:2, 205:3, 205:16, 205:24, 292:21, 292:23, 293:2, 293:8, 295:9, 295:12, 296:11, 296:19, 298:3, 298:9, 302:19, 304:8, 304:17, 305:22, 306:11, 309:6, 309:21, 309:23, 311:16, 311:21, 312:4, 313:25, 319:5, 319:7, 325:24, 326:22
throw [1] - 332:21
thump [3] - 312:25, 313:2, 313:4
thumping [3] - 312:23, 312:24, 313:23
time's [1] - 149:14
TIMOTHY [1] - 1:13
Timothy [3] - 3:13, 32:2, 32:3
Tippin [9] - 221:15, 222:4, 223:12, 225:8, 225:21, 227:24, 232:24, 236:3, 285:18
tire [2] - 331:22, 331:23
tired [2] - 341:2, 343:5
tires [8] - 222:22, 312:15, 312:16, 313:11, 313:13, 313:15, 314:8
TL [1] - 263:16
TO [1] - 346:14
today [20] - 6:24, 7:10, 7:18, 8:8, 9:20, 11:4, 12:19, 14:13, 27:19, 56:13, 157:7, 160:2, 172:2, 173:10, 178:20, 190:10, 191:24, 198:22, 226:14, 227:9
today's [5] - 8:6, 69:15, 70:25, 87:4, 87:16
together [15] - 33:6, 33:10, 38:8, 38:11, 38:18, 39:13, 39:17, 39:19, 40:11, 40:17, 40:21, 43:7, 45:22, 82:23, 119:6
Tomlinson [2] - 331:12, 344:11
tonight [1] - 343:6
tons [1] - 58:7
took [12] - 98:18, 176:18, 196:24, 216:18, 216:19, 218:6, 218:11, 264:20, 286:19, 326:17, 327:2, 329:9
top [4] - 148:12, 254:6, 315:13, 315:14
topography [1] - 230:11
torso [2] - 321:17, 326:8
total [5] - 70:10, 158:18, 158:20, 287:5, 304:6
totally [1] - 342:11
tour [1] - 39:12
tours [3] - 39:16, 39:19, 41:10
toward [4] - 300:12, 300:17, 302:12, 318:4
towards [18] - 213:11, 217:9, 253:12, 253:17, 255:12, 267:22, 269:18, 281:8, 290:16, 294:14, 294:15, 302:16, 314:17, 315:19, 317:19, 321:24, 326:24, 332:5
town [1] - 11:10
track [1] - 214:21
Traffic [6] - 51:15, 108:21, 112:5, 211:12, 227:25, 232:11
traffic [8] - 112:10, 202:12, 222:16, 222:23, 223:4, 231:9, 232:25, 322:8
train [1] - 188:12
trained [11] - 106:10, 110:2, 110:6, 110:7, 110:11, 112:5, 113:11, 118:7, 308:9, 308:13, 308:16
training [18] - 49:19, 53:12, 53:24, 94:19, 99:12, 99:14, 100:9, 100:14, 101:15, 102:19, 105:2, 105:20, 110:4, 111:11, 119:9, 119:21, 120:9, 275:17
trainings [1] - 102:19
transcribed [1] - 9:16
transcript [2] - 345:9, 345:11
transpired [7] - 7:3, 7:8, 122:19, 122:22,

126:7, 128:9, 176:15
transpiring [1] - 7:18
transport [1] - 169:12
travel [3] - 108:25,
  222:12, 242:17
traveled [4] - 281:10,
  281:21, 296:9,
  317:21
traveling [3] - 215:21,
  222:14, 224:5
TRAVIS [1] - 4:3
trial [11] - 5:13, 74:3,
  74:5, 74:19, 75:5,
  75:12, 76:11, 77:3,
  79:21, 82:13, 191:3
Trial [1] - 2:3
trials [1] - 75:23
tried [1] - 76:19
trigger [6] - 184:8,
  185:9, 186:16,
  187:17, 189:24,
  192:15
Tringali [3] - 65:23,
  67:4, 68:15
true [6] - 160:9,
  175:21, 184:21,
  345:12, 345:14,
  348:13
trunk [1] - 290:18
truthful [3] - 126:6,
  126:17, 130:22
try [3] - 52:12, 268:22,
  308:21
trying [16] - 88:5,
  108:10, 250:16,
  250:18, 286:13,
  318:24, 320:3,
  321:12, 321:23,
  332:10, 332:24,
  333:4, 333:10,
  334:7, 340:2, 342:3
turn [30] - 104:21,
  213:12, 215:13,
  215:20, 216:6,
  216:16, 216:18,
  216:25, 217:8,
  217:13, 218:6,
  220:3, 220:9,
  224:15, 225:3,
  225:18, 227:6,
  230:23, 234:3,
  234:6, 234:14,
  235:10, 242:3,
  250:7, 250:9,
  264:13, 266:5,
  300:17, 301:9,
  314:19
Turn [1] - 114:24
turned [18] - 215:21,
  221:20, 224:4,

229:14, 232:9,
  232:12, 266:12,
  274:21, 295:16,
  300:12, 300:14,
  300:15, 300:16,
  301:14, 301:15,
  314:23, 315:18,
  322:4
turning [4] - 223:19,
  224:10, 224:19,
  234:6
Turnpike [18] - 20:12,
  22:2, 22:15, 22:22,
  23:15, 198:12,
  206:15, 212:25,
  213:22, 213:25,
  214:25, 215:22,
  217:17, 218:15,
  218:19, 219:3,
  219:11, 220:10
turns [2] - 217:4,
  230:21
twenty [2] - 14:17,
  24:18
twenty-five [1] - 14:17
twice [4] - 17:4, 30:3,
  48:10, 219:16
two [100] - 14:6, 27:8,
  59:17, 61:9, 61:11,
  61:15, 61:19, 62:8,
  62:11, 65:10, 65:15,
  69:24, 70:19, 70:23,
  71:5, 81:14, 117:24,
  136:13, 137:9,
  137:11, 137:13,
  137:19, 137:20,
  137:22, 137:23,
  138:5, 138:6,
  142:13, 144:11,
  146:21, 146:22,
  148:13, 149:8,
  153:25, 154:7,
  154:22, 155:24,
  156:12, 158:6,
  158:7, 158:14,
  158:24, 158:25,
  163:2, 165:8,
  165:15, 166:12,
  166:18, 168:24,
  170:2, 170:14,
  170:19, 171:9,
  171:16, 171:19,
  197:5, 219:14,
  221:9, 222:19,
  232:25, 243:16,
  243:25, 246:16,
  252:20, 253:10,
  258:18, 259:13,
  262:2, 265:20,
  265:24, 266:18,

270:15, 276:12,
  276:16, 278:4,
  280:9, 284:10,
  292:12, 292:14,
  293:11, 304:7,
  305:11, 316:10,
  318:5, 318:15,
  318:18, 318:19,
  318:23, 319:3,
  319:6, 319:9,
  319:10, 325:23,
  326:17, 326:22,
  327:12, 329:17,
  330:8, 332:14,
  338:10
two-lane [1] - 222:19
type [10] - 143:25,
  148:13, 150:5,
  159:8, 165:25,
  169:16, 216:8,
  220:20, 221:3, 241:3
types [1] - 104:23
typical [1] - 34:17

U

U.S [1] - 24:22
unable [2] - 268:24,
  277:22
uncle [10] - 24:25,
  26:8, 26:11, 26:21,
  26:24, 27:22, 28:5,
  28:17, 28:21, 135:19
under [27] - 58:20,
  79:3, 98:12, 104:5,
  109:9, 185:8, 204:8,
  244:22, 245:23,
  295:22, 314:2,
  314:3, 320:15,
  320:18, 321:9,
  323:3, 327:25,
  328:8, 328:9,
  328:25, 337:8,
  337:16, 338:7,
  338:11, 338:20,
  339:9, 345:10
underlying [2] -
  175:18, 176:6
Understandably [1] -
  300:4
unfamiliar [1] - 206:13
union [1] - 13:23
Uniondale [2] - 1:18,
  4:5
Unit [6] - 129:18,
  130:5, 206:4,
  216:14, 335:17,
  340:18
unit [4] - 100:23,
  101:2, 116:8, 116:22

UNITED [1] - 1:2
units [2] - 101:4,
  116:16
unknown [1] - 246:23
unlawful [1] - 97:14
unobstructed [3] -
  271:9, 273:19,
  274:13
unreasonable [1] -
  109:8
unusual [3] - 280:14,
  280:21, 298:8
up [97] - 15:6, 22:20,
  26:24, 26:25, 44:14,
  46:8, 46:16, 49:12,
  52:11, 55:4, 55:20,
  55:23, 63:12, 66:25,
  69:14, 81:4, 87:15,
  87:20, 117:18,
  194:4, 197:15,
  197:17, 224:22,
  225:12, 233:24,
  234:16, 234:20,
  234:21, 234:24,
  235:3, 235:4,
  235:11, 235:15,
  235:18, 236:14,
  237:20, 240:12,
  242:9, 242:11,
  242:13, 242:15,
  242:22, 243:4,
  243:8, 243:10,
  244:7, 244:9,
  244:12, 244:18,
  244:25, 245:4,
  245:15, 250:2,
  250:4, 270:8, 277:3,
  279:23, 280:13,
  280:15, 280:23,
  281:2, 281:18,
  284:15, 285:19,
  288:19, 288:20,
  300:11, 301:10,
  301:12, 302:19,
  303:3, 304:17,
  305:22, 306:13,
  306:17, 307:23,
  309:6, 312:12,
  312:13, 314:7,
  314:19, 316:17,
  319:18, 319:22,
  321:5, 322:5, 322:7,
  322:20, 322:23,
  323:9, 327:23,
  328:13, 333:7,
  333:17, 338:9,
  344:16
upper [1] - 321:17
utilize [1] - 100:23
utilized [1] - 113:17

utilizing [1] - 242:20
utter [2] - 291:18,
  298:14

V

vague [4] - 29:23,
  40:4, 50:10, 190:21
various [6] - 15:15,
  40:12, 115:21,
  122:11, 122:21
vehicle [54] - 78:8,
  78:15, 95:5, 95:16,
  96:5, 96:20, 105:16,
  108:20, 112:19,
  139:19, 140:17,
  142:17, 183:17,
  190:12, 208:15,
  210:8, 221:3, 221:6,
  221:9, 221:24,
  222:7, 224:16,
  226:17, 233:17,
  234:24, 235:2,
  236:23, 239:20,
  240:17, 241:4,
  242:11, 242:12,
  242:14, 242:15,
  242:21, 245:15,
  247:19, 249:8,
  251:17, 251:19,
  269:18, 269:24,
  271:11, 314:18,
  317:7, 317:21,
  321:13, 321:19,
  326:13, 331:20,
  332:3, 336:2, 336:20
Vehicle [6] - 51:15,
  108:20, 112:4,
  211:12, 227:25,
  232:11
vehicles [3] - 216:12,
  245:17, 260:16
verbal [2] - 275:5,
  278:24
versa [3] - 82:18, 89:3,
  196:11
versus [1] - 64:16
vertical [1] - 103:17
Veterans [1] - 3:9
vice [3] - 82:17, 89:3,
  196:11
vicinity [12] - 12:6,
  214:13, 256:4,
  257:3, 257:7,
  257:13, 262:19,
  263:15, 263:25,
  289:23, 290:17,
  290:20
view [12] - 223:23,
  226:8, 258:24,

259:2, 271:9, 273:11, 273:19, 274:2, 274:12, 274:13, 295:11, 316:6
**Village** [40] - 14:20, 14:24, 15:10, 15:14, 15:18, 16:23, 17:24, 18:11, 19:5, 19:23, 20:7, 22:10, 22:14, 22:20, 23:16, 84:9, 140:12, 140:23, 141:7, 141:10, 141:14, 142:9, 142:16, 154:5, 155:4, 161:18, 165:3, 197:14, 197:22, 198:5, 198:23, 199:24, 218:14, 218:18, 219:3, 219:10, 220:10, 223:10, 227:23, 237:18
**violate** [1] - 227:24
**violated** [3] - 99:8, 143:2, 232:11
**violating** [4] - 99:4, 211:7, 211:12, 211:15
**violation** [2] - 98:25, 112:4
**violations** [2] - 108:21, 109:12
**visit** [1] - 15:14
**visited** [1] - 20:7
**visual** [1] - 141:12
**visually** [3] - 269:7, 303:9, 307:13
**vodka** [24] - 136:13, 136:14, 137:9, 143:15, 144:7, 146:14, 146:21, 146:22, 147:8, 148:14, 150:11, 150:24, 154:22, 155:24, 158:7, 158:14, 163:2, 163:10, 164:16, 166:19, 168:24, 170:2, 171:13, 171:23
**vodka-based** [1] - 171:23
**vodkas** [19] - 121:8, 142:13, 149:8, 165:15, 171:9, 171:16, 171:19, 173:14, 174:8, 181:5, 181:16, 182:3, 189:8,

189:19, 189:23, 207:6, 210:4, 210:7, 212:5
**voluntarily** [2] - 131:19, 134:2
**voluntary** [1] - 54:4
**VTL** [1] - 55:12

**W**

**waited** [1] - 196:10
**waiting** [3] - 93:17, 233:22, 250:3
**waitress** [1] - 85:19
**waitressed** [1] - 85:5
**waived** [1] - 5:8
**waiver** [1] - 134:10
**walk** [17] - 104:21, 202:7, 202:14, 203:9, 204:4, 204:6, 253:11, 254:9, 255:4, 256:13, 264:20, 265:8, 269:25, 289:4, 290:9, 290:21, 292:12
**Walk** [1] - 114:24
**Walk-and-Turn** [1] - 114:24
**walked** [12] - 200:6, 203:10, 204:12, 260:22, 261:22, 290:12, 291:12, 291:16, 294:8, 298:12, 302:2, 302:8
**walking** [12] - 158:5, 253:14, 253:15, 253:20, 253:25, 254:2, 254:4, 281:8, 285:15, 302:12, 302:14, 302:16
**wall** [1] - 36:4
**Wall** [1] - 3:15
**Walt** [2] - 20:16, 84:12
**warnings** [1] - 135:8
**warrant** [2] - 114:16, 324:2
**warranted** [2] - 323:12, 323:21
**warrants** [2] - 114:12, 114:19
**watch** [7] - 60:20, 65:7, 66:17, 102:5, 103:3, 253:11, 253:24
**watched** [1] - 274:20
**watching** [13] - 57:11, 59:4, 64:5, 77:18, 101:10, 223:22, 223:23, 252:19,

254:8, 254:20, 261:14, 264:5, 333:8
**watery** [1] - 54:12
**wave** [1] - 249:25
**waving** [2] - 273:7, 273:8
**ways** [1] - 114:3
**weapon** [15] - 95:16, 184:5, 275:13, 275:19, 275:22, 311:11, 311:13, 311:18, 311:20, 312:3, 321:7, 322:2, 323:2, 329:15, 329:16
**weddings** [1] - 67:21
**week** [5] - 59:16, 60:16, 61:25, 62:4, 100:10
**weekend** [1] - 42:4
**weekly** [1] - 44:3
**weeks** [1] - 59:17
**weigh** [1] - 272:14
**weight** [1] - 212:11
**well-being** [1] - 328:19
**west** [6] - 200:4, 222:13, 222:15, 222:19, 230:20, 299:17
**West** [41] - 215:13, 215:14, 216:17, 216:24, 217:3, 217:4, 217:7, 221:20, 221:24, 222:8, 222:10, 222:11, 222:18, 222:23, 223:2, 223:4, 223:15, 223:19, 224:4, 224:6, 224:11, 225:18, 227:7, 227:14, 227:15, 227:16, 229:14, 229:22, 229:25, 230:4, 230:7, 230:10, 230:19, 230:21, 231:3, 232:9, 232:12, 232:23, 235:18
**westbound** [3] - 224:5, 224:11, 233:5
**wheel** [5] - 111:4, 211:5, 211:20, 212:6, 322:4
**wheels** [1] - 280:18
**WHEREOF** [1] - 348:20
**whiskey** [1] - 117:20
**white** [20] - 221:12,

221:17, 238:22, 240:21, 241:17, 244:14, 247:13, 251:24, 272:9, 272:10, 280:2, 281:18, 283:22, 309:22, 309:24, 315:10, 317:16, 317:24, 318:8
**Whitman** [2] - 20:16, 84:13
**whole** [6] - 10:21, 223:13, 266:8, 286:8, 305:25, 322:15
**wide** [2] - 233:2, 341:8
**wider** [1] - 113:8
**wife** [124] - 45:23, 59:23, 60:19, 60:24, 61:14, 61:18, 62:21, 63:8, 63:9, 63:11, 63:20, 64:2, 66:9, 84:20, 86:5, 87:5, 88:3, 88:20, 89:3, 89:9, 89:11, 89:17, 90:6, 90:11, 136:13, 144:11, 145:15, 147:2, 150:4, 152:24, 156:20, 156:24, 159:19, 160:2, 160:10, 163:9, 166:24, 167:22, 194:13, 194:20, 195:9, 207:15, 207:17, 214:7, 215:25, 217:20, 217:23, 225:4, 235:20, 236:20, 236:22, 237:16, 237:22, 238:18, 238:21, 238:24, 239:23, 240:7, 240:12, 240:25, 245:3, 246:19, 246:24, 249:7, 249:12, 250:7, 253:3, 253:10, 253:13, 253:25, 254:9, 254:21, 255:3, 255:11, 256:13, 257:2, 258:17, 260:12, 261:22, 262:7, 265:15, 266:4, 275:8, 277:13, 289:7, 289:24, 289:25, 290:22, 290:23, 291:11, 291:13, 291:16, 291:19,

291:21, 292:13, 292:16, 293:2, 293:4, 293:7, 293:16, 293:23, 294:9, 294:10, 294:14, 295:17, 295:18, 295:21, 296:4, 296:15, 296:24, 297:22, 298:13, 298:25, 301:3, 301:5, 301:6, 301:7, 301:13, 302:3, 302:9, 317:9, 328:19, 328:24, 329:4
**wife's** [3] - 13:13, 159:11, 160:14
**Wild** [1] - 65:2
**Willard** [4] - 89:13, 129:25, 130:16, 162:10
**willful** [1] - 191:10
**WILLIAM** [2] - 1:11, 1:12
**William** [1] - 130:14
**window** [15] - 194:15, 254:13, 266:14, 319:24, 320:8, 321:7, 322:25, 323:7, 324:6, 324:12, 326:19, 333:4, 338:8, 338:10, 338:21
**windshield** [8] - 192:2, 266:6, 315:15, 315:16, 315:24, 322:21, 337:9, 337:12
**wine** [1] - 117:20
**Wings** [1] - 65:2
**withdraw** [4] - 157:13, 214:4, 237:5, 271:24
**withdrawing** [1] - 74:8
**withdrawn** [1] - 169:3
**witness** [8] - 6:3, 9:15, 78:22, 135:21, 153:10, 343:5, 348:10, 348:14
**WITNESS** [12] - 25:19, 56:22, 72:20, 73:8, 98:17, 169:7, 201:17, 227:20, 340:15, 343:7, 346:3, 348:20
**women** [3] - 143:16, 144:11, 158:7
**word** [9] - 50:6, 57:25, 152:3, 267:8, 268:13, 277:19, 298:14, 298:19,

377

298:22
**words** [15] - 144:22, 146:11, 174:16, 237:3, 246:11, 253:7, 266:16, 268:16, 277:15, 277:21, 279:2, 291:18, 310:10, 320:15, 338:17
**workforce** [1] - 83:8
**works** [1] - 86:10
**wrestling** [4] - 319:24, 320:11, 326:4, 326:20
**write** [8] - 199:15, 200:16, 200:20, 200:21, 200:23, 201:20, 202:24, 344:10
**Write** [1] - 200:11
**writing** [3] - 200:14, 203:18, 203:22
**written** [5] - 100:12, 129:17, 131:2, 147:21, 201:2
**wrote** [3] - 137:17, 201:15, 237:11

## Y

**year** [27] - 26:16, 33:12, 33:14, 33:16, 37:20, 38:7, 38:10, 59:7, 59:14, 60:8, 61:18, 62:7, 65:6, 70:12, 70:18, 70:20, 71:2, 71:16, 71:19, 72:3, 77:7, 79:25, 83:23, 92:18, 155:8, 161:17, 161:22
**years** [14] - 11:13, 12:17, 12:18, 12:25, 15:25, 21:7, 24:18, 50:17, 70:8, 70:11, 71:5, 71:13, 71:25, 83:19
**yell** [1] - 253:6
**yelled** [2] - 310:18, 310:23
**yelling** [7] - 278:24, 279:3, 292:3, 292:4, 297:24, 321:9, 323:3
**yellow** [1] - 158:2
**YORK** [3] - 1:3, 345:4, 348:3
**York** [22] - 1:18, 1:25, 2:7, 3:4, 3:9, 3:15, 4:5, 4:9, 6:14, 10:13, 12:2, 25:16, 66:3, 119:19, 136:10,

148:16, 200:5, 214:18, 214:24, 345:24, 348:8
**younger** [2] - 25:22, 25:24
**yourself** [9] - 95:6, 96:6, 99:8, 127:13, 145:5, 156:12, 178:15, 205:5, 327:17

## Z

**zone** [3] - 32:16, 32:18, 228:9
**zones** [1] - 32:15