

COPY

1

2  UNITED STATES DISTRICT COURT.
   EASTERN DISTRICT OF NEW YORK

3  ---------------------------------------------X

4  THOMAS M. MOROUGHAN,

5                        Plaintiff,

6          -against-

7  THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
   POLICE DEPARTMENT, SUFFOLK DETECTIVES

8  RONALD TAVARES, CHARLES LESER, EUGENE
   GEISSINGER, NICHOLAS FAVATTA, and ALFRED

9  CICCOTTO, DETECTIVE/SGT. WILLIAM J. LAMB,
   SGT. JACK SMITHERS, SUFFOLK POLICE

10 OFFICERS WILLIAM MEANEY, ENID NIEVES,
   CHANNON ROCCHIO and JESUS FAYA and SUFFOLK

11 JOHN DOES 1-10, THE COUNTY OF NASSAU, NASSAU
   COUNTY POLICE DEPARTMENT, SGT. TIMOTHY

12 MARINACI, DEPUTY CHIEF OF PATROL JOHN HUNTER,
   INSPECTOR EDMUND HORACE, COMMANDING OFFICER

13 DANIEL FLANAGAN, DETECTIVE/SGT. JOHN
   DEMARTINIS, NASSAU POLICE OFFICERS ANTHONY

14 DILEONARDO, EDWARD BIENZ and JOHN DOES 11-20,

15                      Defendants.

16 --------------------------------------------X

17

18

19                       333 Earle Ovington Boulevard
                         Uniondale, New York

20
                         January 20 & 21, 2015
21                       9:50 a.m.

22

23

24          EXAMINATION BEFORE TRIAL of

25    THOMAS MOROUGHAN, the Plaintiff herein,



2

1

2          taken by Defendants pursuant to Court

3          Order, held at the above mentioned time

4          and place, before Rich Moffett, a Notary

5          Public of the State of New York.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23                  Rich Moffett Court Reporting, Inc.
                    114 Old Country Road, Suite 630
24                     Mineola, New York   11501
                          516-280-4664
25

```
                                                                    3
 1
 2
 3        A P P E A R A N C E S:
 4        LAW OFFICE OF ANTHONY GRANDINETTE
 5        Attorney for Plaintiff
 6             114 Old Country Road
 7             Mineola, New York 11501
 8        BY:   ANTHONY GRANDINETTE, ESQ.
 9             MERIL FISCH, ESQ.
10
11        SUFFOLK COUNTY DEPARTMENT OF LAW
12        Attorneys for Defendants
13             100 Veterans Memorial Highway
14             Hauppauge, New York 11788
15        BY:   BRIAN MITCHELL, ESQ.
16
17        LEAHEY & JOHNSON, P.C.
18        Attorneys for Defendant
19        COUNTY OF NASSAU
20             120 Wall Street
21             New York, New York  10005
22        BY:   CHRISTOPHER D. CLARKE, ESQ.
23             ROBERT SCIBETTI, ESQ.
24
25        (CONTINUED)
```

4

1

2

3    CONGDON, FLAHERTY, O'CALLAGNAN, REID,

4    DONLON, TRAVIS & FISCHLINGER

5    Attorneys for Defendant,

6    DEPUTY CHIEF OF PATROL JOHN HUNTER

7         The Omni

8         333 Earle Ovington Boulevard

9         Uniondale, New York 11553

10   BY:   FRANK SCHROEDER, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2        F E D E R A L     S T I P U L A T I O N S

3

4

5

6        IT IS HEREBY STIPULATED AND AGREED

7    by and between the counsel for the respective

8    parties hereto, that the filing, sealing, and

9    certification of the within deposition shall

10   be and the same are hereby waived;

11

12       IT IS FURTHER STIPULATED AND AGREED

13   that all objections, except as to the form

14   of the question, shall be reserved to the

15   times of the trial.

16

17       IT IS FURTHER STIPULATED AND AGREED

18   that the within deposition may be signed

19   before any Notary Public with the same force

20   and effect as if signed and sworn to before

21   this court.

22

23

24

25

6

```
 1                  Thomas M. Moroughan
 2                  THOMAS M. MOROUGHAN, called as a
 3          witness, having been duly sworn by a
 4          Notary Public, was examined and
 5          testified as follows:
 6                  *           *           *
 7   EXAMINATION BY
 8   MR. MITCHELL:
 9          Q       Please state your full name for
10   the record.
11          A       Thomas M. Moroughan.
12          Q       What is your address?
13          A       ████████  ████████  ████████
14   ████████  ████████.
15          Q       Good morning, Mr. Moroughan.
16          A       Good morning.
17          Q       My name is Brian Mitchell.  I'm
18   an Assistant County Attorney in Suffolk
19   County.
20                  Today I am going to you ask you
21   some questions about an Amended Complaint,
22   basically a lawsuit that you have filed
23   against members of the Suffolk County Police
24   Department as well as some members of the
25   Nassau County Police Department and also
```

7

1          Thomas M. Moroughan

2   against essentially the County itself, Suffolk

3   County itself.

4          Okay?

5     A      Okay.

6     Q      We've met before, correct?

7     A      Yes.

8     Q      Do you recall the time we met

9   when I did what was called a 50H examination?

10    A      Yes.

11    Q      And you recall it was similar to

12  this, perhaps not in such a nice room --

13    A      (Laughing.)

14    Q      -- but it was where I asked you

15  some questions and you gave me some answers

16  under oath?

17    A      Yes.

18    Q      And that was in relation to

19  something called a Notice of Claim.  You may

20  not know that.  But do you recall that?

21    A      Yes.

22    Q      What I am going to do today is to

23  move things along I may just ask you about

24  some things from the date of that examination

25  up until today.

8

1              Thomas M. Moroughan

2      A       Okay.

3      Q       Because I covered some things

4  before that date at the 50H.

5              Okay?

6      A       Yes.

7      Q       And -- but I may still go back

8  and talk about some things we did talk about

9  then.

10             Okay?

11     A       Okay.

12     Q       The date of the 50H examination,

13 you may not remember it.  But if I say

14 July 28th of 2011, does that refresh your

15 recollection about when it happened, when we

16 did the examination?

17     A       I know it was in July.

18     Q       Okay.

19             I'm just going to real quickly go

20 over some ground rules that I did at that

21 time, but just for your benefit.

22             The first is that all your

23 answers have to be verbal.  Okay?

24     A       Yes.

25     Q       The other is that if I ask you a

9

Thomas M. Moroughan

1

2    question and you don't understand it, please

3    let me know.  I'll rephrase it.

4              Okay?

5    A       Okay.

6    Q       If I ask you a question and you

7    answer the question, I'm going to presume that

8    you understood it.

9              Okay?

10   A       Yes.

11   Q       If you need to take a break for

12   any reason, I certainly don't object, other

13   lawyers in the room may have a difference in

14   opinion, but as far as I'm concerned, if you

15   need to take a break, just let me know;

16   however, all I ask is that if there's a

17   question pending, meaning I've asked you a

18   question, that you answer the question and

19   then we take the break.

20             Okay?

21   A       Okay.

22   Q       Mr. Moroughan, your address you

23   gave today was ████    ████████████; am I right?

24   A       Yes.

25   Q       Is that -- is that the place

10

1          Thomas M. Moroughan

2     you've been living since July 20th of 2011?

3          A     Yes.

4          Q     Okay.  So you've been living at

5     that same place since that day, up until

6     today?

7          A     Yes.

8          Q     In between July 28th, 2011 and

9     today did you live anywhere else?

10         A     No.

11         Q     At the time of the 50H

12    examination in July of 2011 you were working

13    for a cab company; am I right?

14         A     Yes.

15         Q     But it was not the Dobro Taxi

16    Company?

17         A     No.

18         Q     It was a different taxi company?

19         A     Yes.

20         Q     What was the name of that taxi

21    company?

22         A     Orange & White Taxi.

23         Q     Are you still working for them?

24         A     Yes.

25         Q     Have you been working for Orange

11

1                     Thomas M. Moroughan

2     & White Taxi consistently since July of 2011?

3          A     No.

4          Q     Did you work for anybody else in

5     between that time?

6          A     Yes.

7          Q     Who did you work for in between?

8          A     I worked for Klis Brothers,

9     K-L-I-S, Brothers.  They are located in East

10    Northport, New York, on Jericho Turnpike.  I

11    don't remember the exact number.  I was

12    driving a tow truck for them.

13         Q     Okay.  And if you can tell me,

14    from July 2011 you were working for Orange &

15    White?

16         A     Yes.

17         Q     How long after that did you stop

18    working for Orange & White?

19         A     Don't remember the date.  It was

20    sometime in 2012.

21         Q     Okay.  So is it fair to say you

22    worked at Orange & White through the end --

23    through 2011 into 2012 sometime?

24         A     Yes.

25         Q     Then did you go and work for Kris

12

1          Thomas M. Moroughan

2    right away?  Did I say that right, "Kris"?

3          A        K-L, Klis.

4          Q        Did you go and work for them

5    right away after leaving Orange & White?

6          A        Yes.

7          Q        There was one thing I meant to

8    mention.  It is just human nature.  Please let

9    me finish my question before you answer.

10   That's for this gentleman's benefit.  I will

11   endeavor to allow you to finish your answer

12   before I ask you another question.  Okay?

13         A        Okay.

14         Q        Can you tell me why it was you

15   left Orange & White to then go and work at

16   Klis?

17         A        I wanted to do something

18   different that was more financially

19   beneficial, as well as driving -- driving a

20   cab was old.

21         Q        Okay.

22         A        For lack of a better word.

23         Q        You weren't -- when you left

24   Orange & White it wasn't under any adverse

25   circumstances?

13

Thomas M. Moroughan

2    A    No.

3    Q    You weren't fired?

4    A    No.

5    Q    Okay.

6         How long did you work at the tow

7    truck company?

8    A    I would say about six months.

9    Q    Okay.  Was it steady work?

10   A    Yes.

11   Q    40 hours a week, a little more?

12   A    A little bit more.

13   Q    Just in general, a round number,

14   about how much did you make a week?

15   A    I think around 550.

16   Q    Was that -- did that number

17   remain pretty consistent throughout the time

18   that you worked there at the tow truck

19   company?

20   A    Yes.

21   Q    There came a time that you

22   stopped working for the tow truck company?

23   A    Yes.

24   Q    Can you tell me why it was you

25   stopped working for the tow truck company?

14

Thomas M. Moroughan

2       A       I had an SUV come really, really

3   close to my tow truck when I was hooking up on

4   the LIE.  It scared me.  I realized that it

5   wasn't worth the pay that I was making.

6       Q       So the job itself you thought was

7   dangerous?

8       A       Yes.

9       Q       And how long had you been working

10  at the tow truck company in total from when

11  you started until when that event occurred?

12      A       About six months.

13      Q       Now, you mentioned that the car

14  driving by you scared you.  Did you relate

15  that to your superior at the tow truck

16  company?

17      A       I might have.

18      Q       In other words --

19      A       I just put in my two weeks' and I

20  finished out so I didn't leave on bad terms.

21      Q       And after that you go back to

22  Orange -- is it Orange & White Taxi?

23      A       Yes.  Yes.

24      Q       And about when was that, that you

25  went back to Orange & White Taxi?

15

Thomas M. Moroughan

1

2      A      The end of the summer of the same

3    year.  2012.  So probably like August.

4      Q      Okay.  Did you kind of go from

5    one to the other, from the tow truck company

6    to Orange & White?

7      A      Yes.

8      Q      Called the boss at Orange & White

9    and said:  Can I come back?

10     A      Yes.

11     Q      And you've been working there

12   since then?

13     A      No.

14     Q      Tell me about how that worked --

15     A      I left there beginning of last

16   year, of 2014.  I went to Islandwide Taxi as a

17   mechanic and dispatcher.  And I left there at

18   the end of -- end of December of this past

19   year.

20     Q      And can you tell me the reason

21   why you went from Orange & White to

22   Islandwide?  Tell me about when you left one

23   and went to the other; what was the reason for

24   that?

25     A      I was interested in auto

16

1                    Thomas M. Moroughan

2     mechanics and they were willing to give me a

3     shot.

4          Q       Okay.  Can you tell me why you

5     left Islandwide and went back with Orange &

6     White?

7          A       They -- Islandwide asked me to

8     dispatch instead.  And I agreed.  I was

9     dispatching maybe two weeks and I didn't -- I

10    hated being stuck in an office for 12 hours.

11         Q       Okay.  So in other words, you

12    didn't -- they didn't allow you to continue to

13    do the mechanic work?

14         A       Yes.

15         Q       And then you left Islandwide and

16    went back to Orange & White?

17         A       And that is where I currently am.

18         Q       And currently with Orange &

19    White, around how many hours a week do you

20    work?

21         A       Somewhere around 50.

22         Q       Again, can you give me a general

23    idea how much you make in a week?

24         A       That's -- varies.

25         Q       It varies?

17

1        Thomas M. Moroughan

2        A        Very much so.

3        Q        Can you give me what the low end

4    would be and what your high end would be?

5        A        I would say my low end is

6    probably about $400 and my high end is

7    probably somewhere around 650, 700.

8        Q        Is there any type of pay

9    structure?  Do you get paid by the hour?  Does

10   it have to do with the fare?  What's that all

11   about?

12       A        It has to do with the fare.

13       Q        Can you explain that?

14       A        50/50 split of all the fares.

15   Plus I pay sales tax for leasing the vehicle

16   at 13.75 percent, I believe.  And I also pay

17   for the gas.

18       Q        Okay.  And is there any

19   particular type of vehicle that you drive now

20   with Orange & White?

21       A        It's either a Crown Victoria or a

22   Lincoln Town Car.

23       Q        When you worked -- at the time of

24   the claim -- just for clarification -- if I'm

25   right, at the time of the claim -- the event

18

1              Thomas M. Moroughan

2    of the claim was February 27, 2011?

3         A         Yes.

4         Q         And I just want to clarify that

5    some of the things happened right after

6    midnight or in the early hours after midnight

7    as part your claim, right?

8         A         Yes.

9         Q         Was that the 26th into the

10   27th --

11        A         Yes.

12        Q         -- or the 27th into the 28th?

13        A         Sorry.

14                  It was the 26th into the 27th.

15        Q         And at the time of the claim you

16   were working for Dobro Taxi, right?

17        A         Yes.

18        Q         You were driving a Prius; is that

19   right?

20        A         Yes.

21        Q         Toyota Prius; is that right?

22        A         Yes.

23        Q         After leaving Dobro Taxi, with

24   any of the other taxi companies that you have

25   mentioned have you ever driven a Prius with

19

Thomas M. Moroughan

1    those companies?

2    A        No.

3    Q        Is it fair to say that the last

4    time that you drove a Prius as a taxi driver

5    was with Dobro?

6    A        Yes.

7    Q        Other than as a taxi driver,

8    between the time of the claim and today have

9    you driven a Prius at all?

10   A        No.

11   Q        Mr. Moroughan, since July of

12   2011, your 50H examination, have you been

13   under the care of any physician at all?

14   A        Yes.

15   Q        What kind of physician have you

16   been under the care of?

17   A        Primary care physician.  I'm a

18   diabetic.

19   Q        Other than treatment for your

20   diabetes have you received any medical care

21   from any medical professional for things other

22   than your diabetes?

23   A        Do you mean like medical or do

24   you mean mental?

20

1            Thomas M. Moroughan

2      Q      No, physically/medically.

3      A      No, I don't believe so.

4      Q      Since July of 2011 have you

5  received any type of medical treatment,

6  physical medical treatment for any of the

7  injuries that you suffered on -- on

8  February 27th of 2011?

9      A      Not as of yet.

10     Q      What do you mean by "not as of

11 yet"?

12     A      I have an appointment for an ENT

13 on February 11th to have my nose looked at.

14     Q      Okay.

15            What led you to set up that

16 appointment?

17     A      I've had a lot of sinus

18 infections.  And my fiancée keeps complaining

19 about my snoring.

20     Q      When was it that she first

21 started complaining about your snoring?

22     A      Probably a while ago.

23     Q      Do you know if it was after July

24 of 2011, the last time I spoke to you?

25     A      Probably.

21

Thomas M. Moroughan

1    
2    Q    Or was it before then?

3    A    I think she might have mentioned
4    that I snore more probably before that.

5    Q    Okay.

6    Before February 27, 2011 did you
7    have any trouble with sinus infections or
8    trouble breathing, anything like that?

9    A    Nothing out of the normal.

10   Q    Did you ever receive medical
11   treatment for something like that, sinus
12   infection or trouble breathing, from a medical
13   professional, before February 27th, 2011?

14   A    Regular head colds.  I might have
15   been on antibiotics for colds or something,
16   but it wasn't as common.

17   Q    Okay.

18   Now, since July of 2011, last
19   time we spoke, have you received any
20   treatment from any type of mental health
21   professional:  Psychiatrist, psychologist,
22   social worker, anything like that?

23   A    Yes.

24   Q    And when after July of 2011 did
25   you first start seeking treatment from a

1                    Thomas M. Moroughan

2      mental health professional?

3            A       I want to say about six or seven

4      months ago.

5            Q       Here we are in January of 2015.

6      Sometime --

7            A       Uh-huh.

8            Q       -- maybe in spring or summer of

9      2014?

10           A       Yes.

11           Q       Do you know the name of the

12     person you went to go see?

13           A       Yes.  It's actually through a

14     group, Pederson-Krag.  Located at 55 Horizon

15     Drive in Huntington.  P-E-D-E-R-S-O-N.

16                   And I see a therapist there named

17     Sylvia Freed and a psychiatrist there,

18     Dr. Mitra.

19           Q       Do you know how to spell that?

20           A       M-I-T-R-A, I believe.

21           Q       How many -- if you could give me

22     an idea, since you first started going, up

23     until today, how often you go to see those

24     persons?

25           A       The therapist, Ms. Freed, I see

23

1          Thomas M. Moroughan

2     her on a weekly basis.

3               And Dr. Mitra, I see him

4     sometimes monthly.  Sometimes bimonthly.

5          Q     Do either of those persons

6     prescribe you any type of medication?

7          A     Yes.

8          Q     Can you tell me which one?

9          A     Dr. Mitra.

10         Q     Is Dr. Mitra a man or a woman?

11         A     Man.

12         Q     Does Dr. Mitra -- what kind of

13    medication does Dr. Mitra prescribe to you?

14         A     Right now I'm on Zoloft and

15    Clonazepam, I believe the name of it is.

16         Q     Is that something that you take

17    every day?

18         A     The Zoloft I take twice a day.

19    The Clonazepam is as needed for anxiety.

20         Q     Can you tell me, today did you

21    take Zoloft?

22         A     This morning, yes.

23         Q     Does that have any effect on your

24    ability to understand what I'm saying to you

25    today?

24

1                         Thomas M. Moroughan

2          A       No.

3          Q       You can think clearly?

4          A       Yes.

5          Q       You've understood the questions I

6     asked you up until now?

7          A       Yes.

8          Q       You're familiar with where we

9     are?

10         A       Yes.

11         Q       Your lawyer's office?

12         A       Yes.

13         Q       You are aware of the -- that

14    certain persons here are lawyers and we have a

15    person who is a court reporter?

16         A       Yes.

17         Q       Okay.

18                 The Clonazepam -- is that how you

19    say it?

20         A       Yes.

21                 MR. MITCHELL:   Let the record

22         reflect that the witness turned and

23         looked at his lawyer and rolled his

24         eyes.  I don't know what about, but it

25         is just something I do as a lawyer.

25

1          Thomas M. Moroughan

2          MR. GRANDINETTE:  I didn't notice

3     that, but I'll take your word on it.

4          MR. MITCHELL:  I don't know what

5     it means either, I just always do that.

6  BY MR. MITCHELL:

7          Q     The Clonazepam -- is that how you

8  say it?

9          A     Yes.

10          Q     When I said looked at his lawyer,

11  not Mr. Grandinette, his assistant, Ms. --

12          MS. FISCH:  Fisch.

13          MR. MITCHELL:  Fisch, thank you.

14          Q     Clonazepam?

15          A     Yes.

16          Q     Can you tell me the last time you

17  took that one?

18          A     Maybe two or three days ago.

19          Q     Was that first prescribed, the

20  Clonazepam, when you first started going to

21  Pederson-Krag?

22          A     Yes.

23          Q     When was the first time that was

24  prescribed to you?

25          A     Last week.

26

1                    Thomas M. Moroughan

2          Q          That's to take on an as-needed

3    basis?

4          A          Yes.

5          Q          And since you had it prescribed,

6    how many times have you taken it?

7          A          Twice.

8          Q          And Mr. Moroughan, prior to July

9    of 2011, when we last met, you'd agree with me

10   prior to that date you had not seen any type

11   of mental health professional, correct?

12         A          Correct.

13         Q          Pederson-Krag, is that a place

14   that some people go for some type of addiction

15   treatment, if you know?

16         A          It does both, yes.

17         Q          Are you there for any type of

18   treatment for any type of addiction?

19         A          No.

20              MR. MITCHELL:  Mr. Grandinette,

21         I'll will follow this up with a letter,

22         but we would just ask for HIPPA release

23         forms so that we could get the records

24         from his treatment from Pederson-Krag.

25              MR. GRANDINETTE:  Sure.  I'm sure

27

1          Thomas M. Moroughan

2     you'll be sending me a demand

3     afterwards.

4          MR. MITCHELL:  I don't know.

5          MR. CLARKE:  Respectfully, if the

6     treatment he is receiving there is in

7     any way related to any claims in this

8     case, those should have been voluntarily

9     disclosed before today.

10         I don't know if counsel didn't

11    know about it.  But this is the first

12    time I am hearing of it.  I have read

13    the file that the County Attorney had.

14         I'm reserving my rights to

15    continue this deposition once I get

16    those records and have an opportunity to

17    review them.  Your office should have

18    disclosed this before today.

19         MR. SCHROEDER:  I join in that

20    application.

21              ---

22       (Request for Production)

23              ---

24         MR. CLARKE:  Rule 26 is pretty

25    clear on that.

28

1          Thomas M. Moroughan

2               MR. GRANDINETTE:  I don't want to

3          waste time on this.

4               Whatever your demands were, your

5          demands were.  Whatever you want, simply

6          ask me for it and obviously we will take

7          it from there.

8               MR. CLARKE:  Rule 26 doesn't

9          require a demand.

10              MR. GRANDINETTE:  I understand

11         what you have stated on the record.  I

12         don't want to interrupt.

13              MR. CLARKE:  Thank you.

14              MR. GRANDINETTE:  Take it under

15         advisement.

16    BY MR. MITCHELL:

17         Q     Mr. Moroughan, since July of 2011

18    have you been arrested at all for anything?

19         A     No.

20         Q     And since July of 2011 -- in July

21    of 2011 you mentioned to me something about a

22    bad check -- I'll use that phrase -- a check

23    fraud, some kind of fraud involving a check

24    that was pending in the State of Tennessee.

25              Are you familiar with what I'm

29

1                    Thomas M. Moroughan

2      talking about?

3           A      Yes.

4           Q      Is that still pending?

5           A      I believe so.

6           Q      Okay.  Do you know the status

7      of it?

8           A      No.

9           Q      Is there a warrant for your

10     arrest in the State of Tennessee, that you are

11     aware of?

12          A      Not that I'm aware of.  I don't

13     know if anything changed.

14          Q      You were aware in July of 2011

15     that that was pending, right?

16          A      Yes.

17          Q      That had something to do, I

18     believe you said your brother-in-law -- there

19     was somebody involved in printing out a check

20     on a computer; is that right?

21          A      Yes.

22          Q      Who was that person?

23                 MR. GRANDINETTE:  Brian, I am

24          going to, at this point, assert his

25          Fifth Amendment privilege on these

30

1        Thomas M. Moroughan

2   questions.

3        If you want to pursue it, I just

4   ask that we take a ruling and we take it

5   from there.

6                  ---

7        (Direction Not To Answer; Witness

8   invokes Fifth Amendment Right.)^

9                  ---

10        MR. MITCHELL:  That's fine.

11        If I ask him -- fair to say that

12   if I asked him individual questions

13   relating to that event, after each

14   question you would invoke the Fifth

15   Amendment?

16        MR. GRANDINETTE:  Yes.

17        MR. MITCHELL:  Is that fair to

18   say?

19        MR. GRANDINETTE:  Fair to say.

20        MR. MITCHELL:  And so with that

21   understanding, I'm going to move

22   forward, rather than continue to ask him

23   questions and have you invoke the Fifth.

24        MR. GRANDINETTE:  Thank you.

25   BY MR. MITCHELL:

31

1        Thomas M. Moroughan

2        Q       And Mr. Moroughan, other than the

3    thing in Tennessee, since July of 2011 --

4    withdraw that question.  It was poorly worded.

5                Since July of 2011 -- have you

6    been convicted of anything, since July of

7    2011, in any state?

8        A       No, sir.

9        Q       What we are going to do now,

10   Mr. Moroughan, I'm going to ask you to take

11   a look at what has been marked as Respondents'

12   A.

13               It's the same document I marked

14   as A in your 50H transcript.  It's your Notice

15   of Claim.

16               If you could take a quick look at

17   it.

18                         ---

19               (County of Suffolk Defendants'

20          Exhibit A, Notice of Claim, Moroughan

21          v. County of Suffolk, was marked for

22          identification)

23                         ---

24               MR. CLARKE:  Is this the Suffolk

25          or the Nassau?

32

1       Thomas M. Moroughan

2       MR. MITCHELL:  That's the

3  Suffolk.  I have questions for everyone.

4       This is -- the sticker on there

5  is from the 50H, but we marked it today

6  similarly as A.

7                    ---

8       (Witness reviews document.)

9                    ---

10  BY MR. MITCHELL:

11       Q      Have you had a chance to look at

12  that?

13       A      Yes.

14       Q      Is that your Notice of Claim --

15       A      Yes.

16       Q      -- that was filed in this case?

17       A      Yes.

18       Q      Bear with me one second.

19       Mr. Moroughan, take a look at

20  what's been marked as Exhibit A.  Is that the

21  Notice of Claim that was filed on your behalf

22  in this case?

23       A      Yes.

24       Q      Have you -- when the Notice of

25  Claim was filed, did you have a chance to look

33

1                     Thomas M. Moroughan

2       at it before it was filed?

3              A      Yes.

4              Q      And sitting here today looking at

5       it, is there anything in there that you think

6       is incorrect or should be changed?

7              A      No, sir.

8              Q      Is there anything in there that

9       you -- even something like a typo that you

10      think is -- you know, maybe has the wrong name

11      or the wrong date or anything like that?

12             A      Not that I noticed.

13             Q      Is it true and accurate to the

14      best of your knowledge?

15             A      Yes.

16                    MR. MITCHELL:  Now, what I'm

17             going to do, Tony, just to move things

18             along, only because the Amended

19             Complaint is of particular length -- my

20             colleagues obviously may have a

21             difference of opinion.

22      BY MR. MITCHELL:

23             Q      Mr. Moroughan, have you had a

24      chance to see the Amended Complaint in this

25      case that was filed on your behalf?

34

```
 1              Thomas M. Moroughan

 2              Did you ever look at that?

 3       A      You mean the actual lawsuit?

 4       Q      Yes.

 5       A      Yes.

 6              MR. MITCHELL:  What I'm going to

 7       do, Tony, to move things along, because

 8       it's pretty long, at some point after

 9       this deposition -- if you don't mind,

10       I'm just going to leave a blank in the

11       transcript and say if you could review

12       that Amended Complaint after today and

13       if you see things in there you believe

14       are incorrect or should be changed, to

15       put that in the transcript -- fill the

16       blank in.

17              Is that a fair way to do it?

18              MR. GRANDINETTE:  Yes.

19   TO BE FURNISHED:  _____

20       _____

21              MR. MITCHELL:  It is probably

22       about 300 paragraphs long.

23              MR. GRANDINETTE:  That would

24       be -- just for the record, could I

25       impose on you, make a suggestion that at
```

35

1          Thomas M. Moroughan

2     the conclusion we just mark your

3     deposition Defendant County of

4     Suffolk A?

5          MR. MITCHELL:  Yeah, I got a

6     D.^ check???

7          MR. SCHROEDER:  When you say the

8     deposition, did you mean the --

9          MR. GRANDINETTE:  For these

10    exhibits for this deposition,

11    Defendants' A, County of Suffolk

12    Defendants' A --

13         MR. MITCHELL:  The County of

14    Suffolk.  Yeah, if you want to call them

15    that.

16         MR. GRANDINETTE:  This way I

17    think it will be better organized.

18         MR. MITCHELL:  Whatever your

19    pleasure.  Or if you guys want to keep

20    going with different letters after me.

21         But that's fine.

22         We'll call that -- what we have

23    done so far is we have marked A, what we

24    will call Suffolk County A; fair enough?

25         MR. GRANDINETTE:  Yes.

36

1          Thomas M. Moroughan

2          MR. MITCHELL:  And as we go along

3     I will put that prefix.

4          MR. GRANDINETTE:  Off the record.

5     BY MR. MITCHELL:

6          Q     Mr. Moroughan, you know what I am

7     going to do?  I am going to direct your

8     attention to that evening of February 27th,

9     2011.

10          And I say "that evening."  We

11     mentioned earlier, we can agree, that the

12     events of the claim happened pretty much after

13     midnight on February 27th, correct?

14          A     Yes.

15          Q     Did there come a time that you

16     came to work on February 26th of 2011?

17          A     Yes.

18          Q     Around what time was that?

19          A     Around 6:00 p.m.

20          Q     At that time you were working for

21     Dobro?

22          A     Yes.

23          Q     You were driving a taxi for them?

24          A     Yes.

25          Q     Okay.

37

1          Thomas M. Moroughan

2          Can you tell me, what kind of a

3   car were you driving that night?

4          A     2010 Toyota Prius.

5          Q     What was your tour or your --

6   I'll use the word tour.

7          What was your work schedule

8   supposed to be?  6:00 p.m. to...?

9          A     6:00 a.m.

10         Q     And in what area was that -- were

11  you working for the taxi company?

12         A     Town of Huntington.

13         Q     Do you remember what night of the

14  week -- what day or night of the week the 26th

15  was?

16         A     A Saturday.

17         Q     And did there come a time when

18  you were working for Dobro on the 26th that

19  you went out with the taxi to pick up fares,

20  that type of thing?

21         A     Yes.

22         Q     Was anybody with you at that

23  time?

24         A     Originally, or...?

25         Q     When you left at 6 was anybody

38

1                           Thomas M. Moroughan

2       with you?

3              A       No.

4              Q       Did there come a time somebody

5       was with you in the taxi, other than a fare?

6              A       Yes.

7              Q       Who was that?

8              A       My then girlfriend, now fiancée,

9       Kristie Mondo.

10             Q       How do you spell Ms. Mondo's last

11      name?

12             A       M-O-N-D-O.

13             Q       And how do spell her first name?

14             A       K-R-I-S-T-I-E.

15                     MR. SCHROEDER:  Say that one more

16             time?

17                     THE WITNESS:  K-R-I-S-T-I-E.

18      BY MR. MITCHELL:

19             Q       Can you tell me when it was that

20      Ms. Mondo came to be in your car?

21             A       Around 8 p.m.

22             Q       8 did you say?

23             A       Yes.

24             Q       Did you go pick her up?  How did

25      she get in your car?

39

Thomas M. Moroughan

1

2      A       I picked her up from our house.

3      Q       You were both living at the same

4   place?

5      A       Yes.

6      Q       Where were you living at that

7   time?

8      A       ████████  ████  ████  ███████

9   ██████  ███  ███.

10     Q       Same place you live now?

11     A       Yes.

12     Q       And when you picked her up was

13  your boss at Dobro aware that she was in the

14  car?

15     A       Yes.

16     Q       How long had you been working at

17  Dobro on February 27, 2011?

18     A       Either seven or eight days.

19     Q       And had Ms. Mondo been in your

20  taxicab prior to that at any time?

21     A       Yes.

22     Q       And on the prior occasions was

23  your boss aware that she was in the taxicab?

24     A       Yes.

25     Q       Was this a two- or four-door?

40

1          Thomas M. Moroughan

2     A          Four-door.

3     Q          Between 6 and 8 when you picked

4  up Ms. Mondo, did you pick up any fares?

5     A          Yes.

6     Q          Do you know about how many?

7     A          I believe it was like eight to

8  ten.

9     Q          Oh, between 6 and 8?

10    A          Between eight and ten fares.

11    Q          Eight and ten fares between

12 6:00 p.m. and 8:00 p.m. in the evening?

13    A          Oh, before I picked her up?

14    Q          Yes.

15    A          A few.  Two, three.  Before I

16 picked her up.  Sorry.

17    Q          Do you have a recollection of

18 where you picked those fares up?

19    A          No.

20    Q          You said it was in the

21 Huntington, Huntington Station, area?

22    A          Yes.

23    Q          It was a Saturday evening?

24    A          Yes.

25    Q          And was it usually a bit of

41

1                          Thomas M. Moroughan

2       traffic at that time?

3              A       No.

4              Q       That night do you have a

5       recollection of having traffic that you dealt

6       with while you were driving the cab?

7              A       Not really.

8              Q       If you recall, did you have any

9       experience where you were stopping at red

10      lights that you thought were more than normal,

11      or no?

12             A       No.

13             Q       Do you have a recollection one

14      way or the other?

15             A       Pretty smooth night.

16             Q       Between -- let me put it this

17      way:

18                     Did there come a time where you

19      observed somebody behind you flash their

20      bright lights or something like that, that

21      eventually resulted in this claim?

22             A       Yes.

23             Q       About what time was that?

24             A       About 1:10.

25             Q       Between the time that you picked

42

1                    Thomas M. Moroughan

2    up Ms. Mondo and about 1:10 did you have --

3    did you pick up fares throughout that period

4    of time?

5          A       Yes.

6          Q       Do you know about how many fares

7    you picked up?

8          A       Probably eight to ten.

9          Q       And so it was about eight to ten

10   fares between 6:00 p.m. and 8:00 p.m., and

11   then between 8 and about 1:10 in the morning,

12   similar number?

13         A       No.

14         Q       How many between 8:00 p.m. and

15   the 1 o'clock in the morning?  About how many

16   fares?

17         A       About eight to ten.

18         Q       Okay.

19                 How many fares between

20   6:00 p.m. and 8:00 p.m.?

21         A       Around three.

22         Q       When I asked you before I think

23   you indicated to me between 6 and

24   8:00 p.m. that you picked up eight to ten

25   fares.

43

1                Thomas M. Moroughan

2              Was that a misstatement or you

3   made a mistake?

4      A     I believe that I asked, oh,

5   before I picked her up?  And you said yes.

6              And then I corrected it by saying

7   like around three fares.

8      Q     Okay.

9              So from 6:00 p.m. to

10  8:00 p.m. about three fares.  From 8 p.m. to

11  about 1 o'clock about eight to ten fares?

12     A     Yes.

13     Q     And is it fair to say when you

14  first observed any vehicle that was related to

15  this event you were going back to Huntington

16  Station for the purpose of anticipating maybe

17  getting some more fares; is that right?

18     A     No.

19     Q     Why were you on the road when you

20  first saw these cars?

21     A     I was heading to a dispatched

22  fare.

23     Q     Did there come a time when you

24  were heading to the dispatched fare that you

25  learned that that fare had cancelled?

44

Thomas M. Moroughan

1

2        A        That was in between, after the

3  initial encounter with the cars in this

4  matter.

5        Q        When you were heading to the

6  dispatched fare and you first encountered

7  these vehicles, what street were you on?

8        A        I was on New York Avenue and the

9  corner -- the intersection of West Hills Road.

10        Q        Tell me exactly where your

11  vehicle was and where these other vehicles

12  were when you first observed them?

13        A        I was in the right-hand turn lane

14  on New York Avenue to go -- southbound, to

15  make a right onto West Hills Road to go west.

16                And the blue Acura, which is the

17  first car, was on my side -- was on my side

18  coming over into my turn lane.

19        Q        Okay.  Is that when you first

20  noticed the blue Acura, when it was on your

21  left?

22        A        Yes.

23        Q        And was there anything in

24  particular that drew your attention to it?

25        A        Just the fact that he was coming

45

1                    Thomas M. Moroughan

2     over very close to me.

3          Q      And when you were in the right

4     lane were you moving or were you stopped?

5          A      I was moving.

6          Q      New York Avenue, is that also

7     Route 110?

8          A      Yes.

9          Q      Tell me what happened after you

10    saw the blue Acura on your left.  What

11    happened then?

12         A      He cut over in front of me to my

13    right, and to avoid hitting him I had to -- I

14    jumped up on the curb, came back down.

15         Q      Okay.  When you say you jumped up

16    on the curb, the car physically -- the tires

17    of the car went up on the curb?

18         A      Yes.

19         Q      And came back down?

20         A      Yes.

21         Q      You recall that today?

22         A      Yes.

23         Q      Okay.

24                Because it was significant?

25         A      Yes.

46

1       Thomas M. Moroughan

2       Q       And when you jumped up on the

3   curb and came back down, what did the blue

4   car do?

5       A       He continued driving.

6       Q       In which direction did he drive?

7       A       West.

8       Q       When you say "west," was he on

9   New York Avenue?

10      A       No, he was -- he was on West

11  Hills Road.

12      Q       When he went onto West Hills

13  Road, which direction did he turn, left or

14  right?

15      A       Right.

16      Q       When he was on West Hills Road

17  which direction would he be travelling in?

18      A       Southwest.

19      Q       Now, when your car went up on the

20  curb and came back down Ms. Mondo was in the

21  car with you?

22      A       Yes.

23      Q       And did you say anything at that

24  point?

25      A       I probably said something.  Not a

47

Thomas M. Moroughan

1   hundred percent sure.

2

3        Q       When you say you probably said

4   something, do you know what the nature of what

5   you said was?

6        A       Probably something like that was

7   close, or something of that nature.

8        Q       But it was related to what the

9   blue car had done?

10       A       Yes.

11       Q       And when you went up on the curb

12   and came back down you were on New York

13   Avenue?

14       A       No.  Hard to describe.

15               The corner -- it is a -- it is a

16   soft right, best way to put it.  So there's

17   the curb right there on the right-hand side as

18   you're making the right-hand turn.  And that

19   is where initial encounter -- where he

20   originally cut me off.

21       Q       So you used the phrase cut you

22   off.  That occurred as you were making the

23   turn?

24       A       Yes.

25       Q       Did the blue car actually go from

48

Thomas M. Moroughan

1

2   what would be considered the lane on New York

3   Avenue where you would intend to go straight,

4   did he make a right turn onto -- what's the

5   street you turn on?

6        A     West Hills.

7        Q     -- did he make a right turn onto

8   West Hills from that lane?  You follow what I

9   am saying?  As opposed to getting in the

10   right-hand turn lane?

11        A     Yes, that is correct.

12        Q     Is there a specific right-hand

13   turn lane on New York Avenue to make that turn

14   onto West Hills?

15        A     Yes, sir.

16        Q     As opposed to just the shoulder

17   of the road?

18        A     Yes, sir.

19        Q     And when he turned onto New

20   York -- onto West Hills as you described,

21   other than what you said to Ms. Mondo, what,

22   if anything else, did you do in relation to

23   the conduct of the blue car?

24        A     I flashed my high beams at him.

25        Q     When you flashed your high beams

49

                      Thomas M. Moroughan

1

2     did you say anything at that point?

3          A       No.

4          Q       How many times did you flash your

5     high beams?

6          A       Once.

7          Q       After you flashed your high beams

8     what did you do?

9          A       I continued driving.

10         Q       And when you continued driving,

11    can you tell me -- were you still able to

12    observe the blue car that you saw?

13         A       Yes.

14         Q       Okay.  Can you tell me what it --

15    can you estimate what the distance was between

16    the blue car and your car?

17                 MR. GRANDINETTE:  At what point?

18    BY MR. MITCHELL:

19         Q       When you continued driving, when

20    you made the turn onto West Hills and

21    continued driving, at that point were you able

22    to observe the blue car?

23         A       Yes.

24         Q       At that point were you able to

25    estimate what the distance was?

50

Thomas M. Moroughan

1

2      MR. GRANDINETTE:  I'll object to

3      the form of the question.

4            But do the best that you can with

5      the answer.

6      A      Really hard to say.  My best

7  estimate there were probably five or six car

8  lengths maybe.

9      Q      Was the blue car travelling at a

10  speed -- rate of speed faster than your car,

11  if you know?

12      A      Yes.

13      Q      Was it therefore getting further

14  and further away from you?

15      A      Yes.

16      Q      When you were on West Hills and

17  the blue car was travelling as you said, what

18  happened at that point?

19      A      An additional car, which turned

20  out to be a white Infiniti, came up behind me,

21  was flashing his high beams, beeping his horn.

22  I mean, he was tailgating to the point of that

23  it made me worry and I put on my hazards and I

24  pulled over to let that car -- I slowed down

25  and pulled to the side to let that car go

51

1                    Thomas M. Moroughan

2       past.

3            Q        When you say that the car was a

4       white car, at that point did you know it was a

5       white car?

6            A        Yes.

7            Q        When the car was behind you did

8       you know it was a white car?

9            A        Yes.

10           Q        Okay.

11                    You said it was flashing his high

12      beams?

13           A        Yes.

14           Q        Honking his horn?

15           A        Yes.

16           Q        You described to me that you made

17      a right onto West Hills Road?

18           A        Yes.

19           Q        Then you were traveling in a

20      western direction?

21           A        Southwest.

22           Q        Again, can you estimate, from the

23      time that you -- when you first saw the white

24      car behind you, about how far along West Hills

25      Road had you traveled?

52

1          Thomas M. Moroughan

2          A       Not very far.  It was probably

3    seconds after I made the turn.

4          Q       Can you estimate, if you can --

5    actually, I should take a step back.

6                  Do you know how far -- you

7    mentioned to me you put your hazards on, you

8    pulled over.  Do you know about how far down

9    West Hills Road you were when you did that?

10         A       I was in front of the lumberyard.

11   So I'd probably say it was about -- I know it

12   was between 5th and 7th Avenues -- 5th and 6th

13   Avenues.  It is really hard to say.  Maybe a

14   tenth of a mile.

15         Q       Prior to pulling over you

16   mentioned that this car, the one that was

17   behind you, you used the phrase tailgating

18   you?

19         A       Yes.

20         Q       And when the car was tailgating

21   you did you say anything to Ms. Mondo?

22         A       No.

23         Q       You didn't say anything to her at

24   all?

25         A       I don't believe so.

53

Thomas M. Moroughan

1

2      Q      Did you make any expressions, did

3  you do anything that would outwardly show

4  your -- the way you felt at the time?

5      A      Probably beside pulling over, no.

6      Q      Did you give anybody the finger

7  or anything like that?

8      A      No.

9      Q      Were you -- at the time that the

10 car was tailgating you were you angry?

11     A      No.  I was worried.

12     Q      Did you ever hear the phrase

13 pissed off?

14     A      Yes.

15     Q      Were you pissed off?

16     A      No.

17     Q      You did mention the car was

18 tailgating you, right?

19     A      Yes.

20     Q      You did mention the car was

21 flashing his brights?

22     A      Yes.

23     Q      Came so close to you that you

24 actually felt it necessary to put your hazards

25 on and pull over, right?

54

1              Thomas M. Moroughan

2         A       Yes.

3         Q       Prior to this the blue car had

4    come past you in a way that caused you to

5    flash your brights at the blue car, correct?

6         A       Yes.

7         Q       And at the time when the blue

8    car -- excuse me, when the white car was

9    behind you as you described, having honked his

10   horn, flashed his brights, led you to the

11   point where you felt you had to put your

12   hazards on, pull over, at that time you were

13   worried, but not pissed off?

14        A       Yes.

15        Q       After you pulled over as you

16   mentioned, what did the car behind you do?

17        A       He went around me.

18        Q       When you say went around you,

19   when you pulled over could he continue

20   straight or was it when you pulled over he

21   went out to the left a little bit?

22              Do you know what I am saying?

23        A       He went out to the left a little

24   bit to go around me on my left-hand side.

25        Q       Did you wave him on at all?

55

1                   Thomas M. Moroughan

2          A       No.

3          Q       Now, prior to pulling over, can

4   you tell me how you were driving your vehicle?

5   In other words, prior to pulling over with the

6   white car behind you, what, if anything, did

7   you do with your vehicle as far as driving

8   your vehicle?

9                   Did you remain the same speed as

10  normal?  Did you speed up?  Did you do

11  anything to try and get away from the white

12  car?

13         A       Probably remained at the same

14  speed.

15         Q       Did you slow down at all?

16         A       Not until I put on my hazards and

17  let him go around me.

18         Q       You didn't slow down purposely

19  to -- in relation to the white car behind you?

20         A       No.

21         Q       Now, you say you put your hazards

22  on and the white car went around you.

23  Correct?

24         A       Yes.

25         Q       Can you tell me, when you pulled