56

1          Thomas M. Moroughan

2     over -- put your hazards on and pulled over,

3     did the car remain in gear; in other words,

4     was it in drive?

5          A     Yes, sir.

6          Q     Did you stop the car at all?

7          A     No.

8          Q     Did you turn if off?

9          A     No.

10         Q     Can you tell me about how long

11    you remained there at that point where you

12    pulled over?

13              MR. GRANDINETTE:   Objection to

14         form.

15         Q     About how long time-wise did you

16    stay there at the point where you pulled over?

17              MR. GRANDINETTE:   Objection to

18         form.  I don't believe he -- ^ CHECK

19         Q     Did there come a time you left

20    that point?

21         A     (No response.)

22         Q     When you pulled over, you put

23    your hazards on and you pulled over to the

24    side of the road --

25         A     Yes.

57

                    Thomas M. Moroughan

1

2       Q       -- did you slow down, stop the

3   car --

4       A       I slowed down.

5       Q       -- or continue rolling along?

6       A       I just slowed down.  I didn't

7   stop the car.

8       Q       The car was still moving along?

9       A       Yes.

10      Q       Do you know what rate of speed it

11  was moving along?

12      A       Slower than I was originally

13  driving.  I don't know exactly.

14      Q       And then you say the white car

15  went around you?

16      A       Yes.

17      Q       When the white car went around

18  you were you able to estimate what the white

19  car's rate of speed was?

20      A       Faster than me.

21      Q       Did there come a time that the

22  white car actually drove away in a manner that

23  it started getting further and farther away

24  from you?

25      A       Yes.

58

Thomas M. Moroughan

1  Q      Did there come a time where you

2  lost sight of the white car, at that point?

3

4  A      Yes -- sorry.  Can you rephrase

5  the question?

6  Q      Sure.

7      You mentioned you pulled over and

8  the white car went around you.  You said it

9  was travelling at a rate of speed that it

10  started getting farther away from you?

11  A      Yes.

12  Q      Let me ask you:  Right there, at

13  that point in time, had you lost sight of the

14  blue car?  Could you see the blue car anymore?

15  A      I could still see it.

16  Q      When the white car went around

17  you, could you still see the white car?

18  A      Yes.

19  Q      Was there a period of time where

20  you could no longer see the white car or the

21  blue car from where you were, after you had

22  pulled over with the hazards on?

23  A      I still kind of don't understand

24  the question.  There were multiple turns.

25  Q      That's okay.

59

1          Thomas M. Moroughan

2               You said you pulled over -- put

3     your hazards on, pulled over while the white

4     car went past you.

5               So at this point now the blue car

6     and the white car were in front of you?

7          A     Yes.

8          Q     You said the white car was

9     accelerating in a way that it started getting

10    further away from you as time went on, right?

11         A     Yes.

12         Q     What did you do at that point in

13    relation to your car?  What did you do?

14         A     I came up to the traffic light at

15    West Hills Road and Lockwood and West 19th

16    Street.

17         Q     Okay.  Let me just stop you.

18              Between the time that you pulled

19    your car over with the hazards until the time

20    you got to that point, could you still see the

21    white car?

22         A     Yes.

23         Q     Could you still see the blue car?

24         A     Yes.

25         Q     And what was the position of the

60

1      Thomas M. Moroughan

2    white car and blue car?  Was one behind the

3    other, do you know?

4          A      Yes.

5          Q      When you got to the traffic light

6    as you describe, can you tell me where the

7    white car and blue car were at all, if you

8    could see them at all?

9          A      They were about halfway up West

10   19th Street.

11         Q      Is that the same street you were

12   on?

13         A      Can I describe it?

14         Q      Sure.  Go ahead.

15         A      The intersection at West Hills

16   Road, it continues to the left, whereas West

17   19th Street is straight ahead of you at the

18   traffic light.

19               West Hills Road turns into West

20   19th on the other side of the traffic light.

21   But if you make a left, you're still on West

22   Hills Road.

23         Q      So if I use the phrase, if I'm on

24   West Hills Road at the traffic light and I

25   stay to the right, I'll wind up getting onto

61

1                     Thomas M. Moroughan

2    West 19th Street?

3         A      Yes.  That is why I could still

4    see the vehicles.

5         Q      So they were travelling on West

6    19th Street?

7         A      Yes.

8         Q      When you were at the light, were

9    they stopped at the light with you or were

10   they already travelling on the other side of

11   the light had the light turned green?

12        A      They were already travelling.

13        Q      So you were waiting for a period

14   of time at the light while they were

15   travelling down West 19th?

16        A      Few seconds.

17        Q      Nonetheless, you were waiting at

18   the light?

19        A      Yes.

20        Q      Was it a red light?

21        A      Yes.

22        Q      You didn't go through the red

23   light?

24        A      No.

25        Q      Did there come a time the light

62

Thomas M. Moroughan

1   turned green?

2

3       A       Yes.

4       Q       What did you do when the light

5   turned green?

6       A       I continued driving on West 19th

7   Street.

8               When I was waiting at the red

9   light, that's when the dispatcher notified me

10  that my fare was cancelled and I was

11  heading -- I was going to head down towards

12  Huntington Village because you get a lot of

13  flags down there.  It is a popular place with

14  all bars.

15      Q       Fair to say you figured that

16  might be a place you would get a fare?

17      A       Yes.

18      Q       Either be dispatched there or

19  someone might just flag you?

20      A       Yes.

21      Q       To do that you started going down

22  West 19th Street?

23      A       Yes.

24      Q       Before you got the dispatch

25  cancelling the other fare was your intention

63

```
 1              Thomas M. Moroughan
 2   to continue down West 19th Street?
 3        A      Just to the house.  The house
 4   that I was dispatched to was 131 West 19th
 5   Street.
 6        Q      So you would have still -- if the
 7   light turned green you still would have gone
 8   down that street?
 9        A      Yes.
10        Q      As opposed to continuing on West
11   Hills?
12        A      Yes.
13        Q      After the light turned and you
14   got dispatched, you continued down West 19th
15   Street?
16        A      Yes.
17        Q      When you continued down West 19th
18   Street, could you still see the white and blue
19   vehicles?
20        A      Yes.
21        Q      Tell me what happened at that
22   point.
23        A      I continued down West 19th Street
24   going west until I hit the corner of Oakwood
25   Road and West 19th Street.
```

64

Thomas M. Moroughan

1

2      Q        Which direction does Oakwood run;

3      east/west, north/south?

4      A        North/south.

5      Q        What happened when you got to

6      that intersection?

7      A        I waited for the traffic light.

8      When the traffic light turned green I made a

9      right-hand turn to go northbound on Oakwood

10     Road.

11     Q        When you got to the intersection

12     of Oakwood Road as you described, were you

13     able to observe the white car and the blue

14     car?

15     A        Not until I made the turn.

16     Q        So is it fair to say as you

17     approached the intersection of West 19th and

18     Oakwood Road those cars were not in your

19     sight?

20     A        Correct.

21     Q        When you turned onto Oakwood did

22     you make a right, you said?

23     A        Yes.

24     Q        Then you were able to observe

25     them again?

65

Thomas M. Moroughan

1

2    A    Yes.

3    Q    Prior to approaching the Oakwood

4 Road intersection, were you -- did you observe

5 the white car and blue car make a right turn

6 onto Oakwood Road?

7    A    Yes.

8    Q    And when you observed them make

9 the right turn, what was the distance, if you

10 can, between your car and their car, those two

11 cars, when it made the right turn?

12    A    I'm not exactly sure.  I want to

13 say --

14         MR. GRANDINETTE:  Don't guess.

15 BY MR. MITCHELL:

16    Q    Yeah, don't guess.  If you don't

17 know, that's fine.

18    A    I don't know.

19    Q    There came a time you made a

20 right turn onto Oakwood Road when the light

21 turned green, correct?

22    A    Yes.

23    Q    When you made the right onto

24 Oakwood Road when the light turned green, you

25 mentioned to me that at some point you saw the

66

Thomas M. Moroughan

1  white car and the blue car after you made the

2  right turn, correct?

3  

4          A        Yes.

5          Q        In relation to when you made the

6  right turn, when did you first see those two

7  cars?

8          A        Right there.

9          Q        When you say "right there" do you

10  mean in time-wise:  In other words, you made

11  the right turn and right after you made the

12  right turn you observed the cars, or "right

13  there" as in they were physically close to the

14  corner of Oakwood Road?

15          A        Both.

16          Q        In relation to the corner of

17  Oakwood Road and West 19th Street, where were

18  those vehicles?

19          A        They were actually on the next

20  corner, which is Oakwood Road and Tippin

21  Drive.

22          Q        What is the distance between West

23  19th and Tippin Drive, if you go down Oakwood?

24          A        Maybe 500 feet.

25          Q        And when you observed those cars

67

Thomas M. Moroughan

1   at the location you just said, can you tell me

2   what the position of those cars was?

3        A      They were on the shoulder.  The

4   blue Acura was in front on the corner of

5   Tippin, and the white Infiniti was directly

6   behind the blue Acura.

7        Q      Were the cars actually on Oakwood

8   Road or were they on Tippin -- is it Tippin

9   Drive, Tippin Street?

10       A      Tippin Drive.

11              They were on Oakwood Road.

12       Q      They were right at the corner, as

13   you have mentioned?

14       A      Yes.

15       Q      And when you observed those cars

16   what did you do at that time?

17       A      I pulled up to the white

18   Infiniti, I rolled down my window, he rolled

19   down his window, and I said something to the

20   effect of:  Where did you guys learn how to

21   drive, you guys are going to kill somebody.

22       Q      Okay.

23       A      Where did you get your license

24   from.

68

Thomas M. Moroughan

1

2      Q      Just that day when you gave the

3   statement you said:  You're going to fucking

4   kill somebody?

5             Do you agree you cursed at that

6   time?

7      A      Yes.

8      Q      Sitting here today you have a

9   recollection of having cursed at that time,

10  correct?

11     A      Yes.

12     Q      Now, when you rolled down the

13  window -- right -- did you bring your car --

14  did you slow your car down to come to a stop?

15     A      Yes.

16     Q      The white car and the blue car at

17  that point, they were actually stopped?

18     A      Yes.

19     Q      Do you know if they were running;

20  meaning, do you know if the engines were

21  running in those cars?

22     A      I'm not sure.  I would imagine

23  so.

24     Q      But you don't know?

25     A      I don't want to guess.

69

1                    Thomas M. Moroughan

2          Q       And when you rolled down your

3     window, was that an automatic window thing?

4          A       Yes.

5          Q       In other words, do you know if

6     Ms. Mondo rolled down the window?

7          A       No, I did.

8          Q       From the time that you made the

9     right onto Oakwood Road to the time where you

10    got to where the vehicles were, did you say

11    anything at all to Ms. Mondo about those

12    vehicles?

13         A       Don't believe so.

14                 I know that I did say something

15    after the white car originally passed me.

16         Q       What did you say then?

17         A       Look, there goes another drunk on

18    the road, or something to that effect.

19         Q       Okay.  Did you curse at that

20    time?

21         A       I don't believe so.

22         Q       When you say another drunk on the

23    road, what led you believe they were drunk?

24         A       The way they were driving.

25                 I mean, being a cab driver, I was

70

Thomas M. Moroughan

1  doing it for a few years, you know, you kind

2  of seek driving habits.

3      Q     Okay.  Other than the driving of

4  the vehicles, you didn't have -- at that point

5  you didn't get a chance to observe these

6  people, correct?

7      A     No.

8      Q     If someone was driving a vehicle

9  and purposely slowed their vehicle down to

10 impede the ability of a vehicle behind them,

11 in other words, slow down on purpose because

12 someone is behind them, would that be

13 something you might consider to be a factor of

14 someone driving drunk?

15         MR. GRANDINETTE:  Objection to

16     form.

17         You can answer.

18     Q     You follow my question?

19     A     No, I don't.

20     Q     In other words, if I'm in a

21 vehicle and there's a vehicle behind me, and

22 the person who is driving that car, the one in

23 front, purposely slows down to, and I'll use

24 the word, annoy the guy behind you, would that

71

Thomas M. Moroughan

1   be something you might consider to be a factor

2   in determining if someone was driving drunk or

3   not?

4   

5                   MR. GRANDINETTE:  Objection to

6           form.

7       A       No.

8       Q       It would just be someone who

9   might be pissed off?

10                  MR. GRANDINETTE:  Objection to

11          form.  It is a hypothetical.

12                  You can answer.

13      A       No.

14      Q       Okay.  So if someone was

15  purposely slowing the vehicle down just for

16  the purpose of annoying the person behind

17  them, you wouldn't consider that something --

18  the person who is slowing down on purpose

19  might be angry or annoyed at the guy behind

20  him?

21                  MR. GRANDINETTE:  Brian, I'm

22          going to object to the form, in light of

23          the fact that you're asking him a

24          hypothetical and to interpret the mental

25          impression of the hypothetical driver.

72

1             Thomas M. Moroughan

2             MR. MITCHELL:  That's fine.

3        Direct him to answer or not.  I don't

4        care.

5             MR. GRANDINETTE:  Subject to that

6        objection.

7        Q      Okay.

8             MR. CLARKE:  What is the answer?

9        A      Oh, I have to answer.  Okay.

10            No.  I mean, I might say if --

11   you know, somebody might slow down if they

12   were worried or scared that the person behind

13   them is going to hit them or you don't know

14   exactly what's going on, if someone comes

15   flying up behind you, sometimes you would take

16   the -- defensive driving.

17        Q      What if it wasn't defensive?

18   What if you did it on purpose to annoy the guy

19   behind you?

20

21            MR. GRANDINETTE:  Same thing,

22        objection to form.

23            Are you asking him specifically

24        about this night or is this the

25        continued hypothetical?

73

1                    Thomas M. Moroughan

2                    MR. MITCHELL:  In the concept of

3          if you saw -- if you were aware that

4          someone drove that way, would it lead

5          you to believe that that person may be

6          upset with the guy behind him.

7                    MR. GRANDINETTE:  Again I'll

8          object to the form.  I'll object to the

9          hypothetical.

10                   Don't guess.

11   BY MR. MITCHELL:

12         Q      If you know.

13         A      I don't know.

14         Q      Okay.

15                   Now, when you say that you

16   approached the white car and blue car, they

17   were stopped, correct?

18         A      Yes.

19         Q      And then you actually slowed your

20   vehicle down to a stop?

21         A      Yes.

22         Q      And rolled down your window?

23         A      Yes.

24         Q      And that's when you made the

25   statement to the person, correct?

74

Thomas M. Moroughan

1      A      Yes.

2      Q      Up until that point had either

3      the person in the blue car or the white car --

4      up until that point had either of those

5      persons ever said anything to you?

6      A      No.

7      Q      And after you rolled down the

8      window and said those comments, what, if

9      anything, happened at that point in relation

10     to the people in the other car?  What did they

11     do?

12     A      The guy driving the white

13     Infiniti, he yelled back at me:  Learn how to

14     drive a taxi, fatty.^ check

15     Q      Okay.

16     A      And that was what he said back,

17     in retaliation.

18     Q      Did he say anything else to you,

19     at that point?

20     A      Not at that point.

21     Q      And when he said that to you, did

22     you say anything back to him?

23     A      Not that I can recall.  I

24     remember Ms. Mondo saying something to the

75

1                    Thomas M. Moroughan

2     effect of:  What are we, 18.

3          Q      Did she say that -- what are we,

4     18 -- did she say that to you in particular?

5          A      No.

6          Q      What do you believe she meant

7     when she said:  What are we, 18?

8                    MR. GRANDINETTE:  Objection;

9              calls for her state of mind.

10                   MR. MITCHELL:  I'm asking him,

11             what did he think.

12         A      I thought maybe she meant it

13    like a thing of, you know, we were kind of

14    taking -- being -- taking everything a

15    little -- it was going overboard.

16         Q      Did you take it to mean that she

17    thought you were acting childish?

18                   MR. GRANDINETTE:  Objection to

19             form.

20         A      No.^ chk

21         Q      Okay.

22                   After the person in the car said

23    that to you, what did you do at that point?

24         A      Nothing.  He responded to her

25    saying -- saying to me:  Teach your fat ass,

76

Thomas M. Moroughan

1   cunt girlfriend to learn how to use a diet.

2   Q      Okay.

3          So that was in response to her

4   saying --

5          ^ SPEAKER:  I am sorry, can you

6          just read that back?^ check, I don't

7          know who asked for readback

8                    ---

9                    (Record read.)

10                   ---

11         ^ SPEAKER:  If I am correct, and

12         pardon me, but did you use the word --

13         did he say "teach your fat ass, cunt

14         girlfriend"?

15         THE WITNESS:  I believe so.

16  BY MR. MITCHELL:

17  Q      I just want to clarify that.

18         So in other words, he used that

19  vulgarity during that phrase?

20  A      Yes.

21  Q      And when he said that, this was

22  after Ms. Mondo said:  What are we, 18?

23         Right?

24  A      Yes.

77

1                    Thomas M. Moroughan

2        Q        And at the time when you were

3    there and you rolled down your window, right,

4    can you tell me what gear your car was in?

5                    Actually, let me withdraw that.

6                    Was it an automatic?

7        A        Yes.

8        Q        And when you rolled down your

9    window, your car had stopped moving, correct?

10       A        Yes.

11       Q        Can you tell me what gear it was

12   in?

13       A        I believe it was in drive.

14       Q        And did you have your foot on the

15   gas or foot on the brake?

16       A        Foot on the brake.

17                   MR. CLARKE:  Can I ask you a

18           question?

19                         ---

20           (Discussion off the record.)

21                         ---

22   BY MR. MITCHELL:

23       Q        Just for clarification of the

24   record, Mr. Moroughan, at the time when you

25   stopped you said you observed the blue car and

78

1                        Thomas M. Moroughan

2      the white car stopped.  Were they to the right

3      of the road?

4              A       Yes.

5              Q       When you stopped were you to the

6      left of the white car?

7              A       Yes.

8              Q       When you rolled down your window

9      were you rolling down the passenger window?

10             A       Yes.

11             Q       By the way, when you rolled down

12     the window, the passenger window, did you roll

13     down your driver's window as well?

14             A       No.

15             Q       You were mentioning to me that

16     the car was an automatic, correct?

17             A       Yes.

18             Q       And this Prius car, are there

19     times when you can come up to a light and not

20     have your foot on the brake or on the gas and

21     it will sit there and not move?

22             A       Not that I am aware of.

23             Q       Now, you mentioned to me that the

24     car was in drive when you stopped by the white

25     car?

79

Thomas M. Moroughan

1    A    Yes.

2    Q    And you believe you had your foot

4    on the brake?

5    A    Yes.

6    Q    Tell me what happened then.

7    A    I obviously got upset with, you

8    know, him insulting my girlfriend.  I put the

9    car in park.  I put my left -- I opened up my

10   driver's door, I put my left leg out.  I stood

11   up so I could kind of see over my windshield.

12   I asked him:  What the hell is your problem.

13   Q    Okay.  Did you say anything else?

14   A    Me?

15   Q    Yes.

16   A    No.

17   Q    When you say you put the car in

18   park, can you tell me how you did that?

19   A    There is a button and you just

20   press it, and it says a "P" on it.  It's on

21   the left-hand side of the gear shifter.

22   Q    When you push park, does the car

23   still run?

24   A    Yes.

25   Q    But when you push park and the

80

Thomas M. Moroughan

1

2      car is running, if you take your foot off the

3      gas and your foot off the brake, the car

4      should stay where it is, right?

5            A      Yes.

6            Q      When you opened the door -- it

7      was your driver's door?

8            A      Yes.

9            Q      All right.

10                  Did the car move at all when you

11     opened your door?

12           A      No.

13           Q      After you said these words to the

14     person -- was it the person in the white car

15     you were saying these words to?

16           A      Yes.

17           Q      Can you tell me, where was the

18     person in the white car when you got out of

19     your car as you described and yelled over to

20     that person?

21           A      He was in the driver's seat.

22           Q      Was there anybody else that you

23     had -- that you noticed in his car at that

24     time?

25           A      There was a female in the

81

Thomas M. Moroughan

1    passenger seat.

2

3          Q       In relation to the blue car, did

4    you notice anybody from the blue car at all at

5    that point?

6          A       No.

7          Q       After you yelled out over your

8    car as you described -- what was it you said

9    to them?

10          A       What the hell is your problem.

11          Q       And you'd agree with me at this

12    point in time, when you said to him what the

13    hell is your problem, that this was after you

14    had stopped your car and rolled down your

15    window and spoken to that person?

16          A       Yes.

17          Q       Now, tell me what happened when

18    you said what the hell is your problem.   What

19    happened then?

20          A       He opened up his door.   He jumped

21    out of the car.   I mean, he just -- really

22    loud, like he was just like:   I'll show you

23    what my fucking problem is.

24                  Like, just by his demeanor, you

25    know, you were able to just tell he was, for

```
                                                                    82
 1                         Thomas M. Moroughan

 2     lack of a better word, very angry.

 3            Q       And up until that point when he

 4     said that, when you first said something to

 5     him through your window you cursed as well,

 6     correct?

 7            A       Yes.

 8            Q       Did you raise your voice when you

 9     said that to him?

10            A       I don't believe so.  I don't

11     recall.

12            Q       Did you say it conversationally?

13            A       No.

14            Q       You spoke louder than normal?

15            A       Yes.

16            Q       You cursed, right?

17            A       Yes.

18            Q       And you essentially said to him

19     something about where did you learn to drive?

20            A       Yes.

21            Q       Based upon that, do you think he

22     was angry?  Do you think that led him to

23     become angry?

24                    MR. GRANDINETTE:  Objection to

25            form.  Calls for state of mind.
```

83

Thomas M. Moroughan

1

2      A      I don't know what he was

3  thinking.

4      Q      When you said the words to him

5  were you angry?

6      A      I was upset.  I was worried that

7  the way he was driving he was literally going

8  to hurt somebody.  I was lucky with the fact

9  that -- I consider myself very cautious and a

10  very good driver -- that I was able to

11  maneuver myself and get away from --

12  especially from the initial encounter with the

13  blue Acura.  Some people he would have hit.

14          MR. SCHROEDER:  Move to strike

15      portions unresponsive.

16              ---

17          (Motion to Strike)^

18              ---

19  BY MR. MITCHELL:

20      Q      I am talking about when you

21  rolled down your window, when you stopped and

22  rolled down your window and said those words

23  to him, at that point were you angry?

24      A      I was upset.

25      Q      Were you angry?

84

Thomas M. Moroughan

1

2          MR. GRANDINETTE:   Objection.

3     It's argumentative.

4               If you can answer, answer.

5          A     I think upset is the same --

6     would have the same meaning.

7          Q     As angry?

8          A     Sort of.

9          Q     Okay.

10              Now, did there come a time that

11    the guy in the white car got out of his car?

12         A     As soon as I said what I said he

13    jumped out of his car and started screaming.

14         Q     Where were you at that point?

15         A     I was still like halfway in the

16    car, halfway out of my car, just looking over

17    my windshield.

18         Q     And when he got out of his car,

19    can you just tell me, if you could -- we've

20    got three cars we've described:  Your car, the

21    white car and the blue car.  Can you tell me,

22    when he got out of his car at that point, what

23    were the positions of your car, the white car

24    and the blue car, in relation to each other?

25         A     I was on the left of the

85

```
1              Thomas M. Moroughan

2   Infiniti.

3        Q     That is the white car?

4        A     The white car.  I was on the left

5   of the white car.

6              And the blue car was in front of

7   him.

8        Q     The blue car was in front of the

9   white car?

10       A     Yes.

11       Q     When you say you were on the

12   left, is it fair to say that your car -- I

13   know they are two different colors, but your

14   car was essentially parallel to the white car?

15       A     Yeah.

16       Q     Were the drivers -- you obviously

17   have a driver's window, his car had a driver's

18   window.  Fair to say that they were sort of

19   lined up?

20       A     I believe my window was just shy

21   of his window.  So I was probably a little bit

22   behind his front window.

23       Q     When you say "just shy," would

24   that mean that you were more equal with what I

25   would call the post between his driver's
```

86

| | |
|---|---|
| 1 | Thomas M. Moroughan |
| 2 | window and his rear passenger window? |
| 3 | A       Yes. |
| 4 | MR. GRANDINETTE:  I'll object to |
| 5 | the form, but... |
| 6 | Q       Now, you said that the guy in the |
| 7 | white car got out of the car, correct? |
| 8 | A       Yes. |
| 9 | Q       Okay.  At any point up until now |
| 10 | did the guy in the blue car get out at all, up |
| 11 | until this point? |
| 12 | A       Up until the point where the guy |
| 13 | in the white car got out, no. |
| 14 | Q       Did there come a time -- after |
| 15 | the guy in the white car out, what did the guy |
| 16 | in the white car do after he got out of the |
| 17 | car? |
| 18 | A       Started -- he screamed at me |
| 19 | saying:  I'll show you what my fucking problem |
| 20 | is. |
| 21 | And at that point in time is when |
| 22 | I saw the guy in the blue car get out of his |
| 23 | car as well. |
| 24 | Q       Where were you when you saw the |
| 25 | guy in the blue car get out? |

87

1                    Thomas M. Moroughan

2          A       Same place as before.  I was

3     standing -- like in between the door and the

4     cabin of the vehicle, with one leg on the

5     ground, one leg still inside the car, looking

6     over.

7          Q       And you were able to look over

8     the, in other words, roof and windshield of

9     your car?

10         A       Yes.

11         Q       So when you say you had one leg

12    out, it was in contact with the street?

13         A       Yes.

14         Q       And fair to say that your body

15    was turned in a way more towards where the

16    white car and the blue car were?

17         A       Yes.

18         Q       Did you have like one hand on the

19    door and one hand on the roof --

20         A       I don't recall.

21         Q       -- supporting yourself?  Anything

22    like that?

23         A       I don't recall.

24         Q       Tell me what happened after the

25    guy in the white car said those words.

88

Thomas M. Moroughan

1            You said you saw the guy in the

2    blue car get out?

3            A       Yes.

4            Q       At that point in time were you

5    able to observe if there was anybody else in

6    those cars other than the two men that you

7    have described?

8            A       All I saw was the female in the

9    passenger seat of the white car.

10           Q       Tell me what happened then.

11           A       My girlfriend said:  Babe, just

12   get in the car, let's go, this guy is crazy,

13   let's just go.

14           Q       Did she use those words:  This

15   guy is crazy?

16           A       Or wasted, or -- I can't recall

17   exact words.

18           Q       Okay.

19           A       To the effect of.

20                   And I kind of felt the same way

21   and the fact that there was two of them, at a

22   minimum two people, so I got in the car.  I

23   put the car in reverse, and I backed up two or

24   three car lengths.

89

Thomas M. Moroughan

2    Q        Let me just stop you, sir.

3             When she said to you, these guys

4    are crazy, or something to that effect, did

5    she say anything to you about your conduct at

6    that point?

7        A        No.

8             MR. GRANDINETTE:  I'm just going

9        to object to the form.  You said "these

10       guys are crazy."  I don't believe --

11            MR. CLARKE:   I'm going to object

12       to that as well.

13   BY MR. MITCHELL:

14       Q        When she said those words to you

15   that you paraphrased earlier about the guy

16   being crazy or something like that -- by the

17   way --

18       A        Yes.

19       Q        -- she was referring to the guy

20   in the white car?

21       A        Yes.

22       Q        Did she say anything to you at

23   that time about your conduct?

24       A        No.

25       Q        She didn't say anything like why

90

Thomas M. Moroughan

1   did you stop, why did you do this, anything

2   like that?

3

4        A      No.

5        Q      And you mentioned that you put

6   your car in reverse?

7        A      Yes.

8        Q      Okay.

9               So did you get back in the car?

10       A      Yes.

11       Q      When you got back in the car and

12   put it in reverse, did you close the door?

13       A      Yes.

14       Q      And when you put it in reverse,

15   did you put your foot on the gas to make the

16   car move backwards?

17       A      Yes.

18       Q      Prior to putting your foot on the

19   gas, did you do anything with that park

20   button?

21       A      No.  I just put the shifter in

22   reverse.

23       Q      Okay.  And you stepped right on

24   the gas?

25       A      Yes.

91

1          Thomas M. Moroughan

2     Q     And the car went in reverse?

3     A     Yes.

4     Q     And by the way, did the car make

5   any noise when it went in reverse?

6     A     No.

7     Q     When you went in reverse, can you

8   tell me about how far you went in reverse?

9     A     Two or three car lengths.

10     Q     Tell me what happened after you

11   went in reverse?

12     A     I put it in drive.  I started --

13   I turned the wheel to the left to make a

14   U-turn -- a U-turn, to get -- to leave.

15     Q     You didn't drive -- put it in

16   drive to drive forward and just go down the

17   street that you were on?

18     A     No.

19     Q     Essentially where this is, this

20   is at the corner of Oakwood and Tippin; is

21   that right?

22     A     Yes.

23     Q     Does Oakwood continue over

24   Tippin?  In other words, at the intersection

25   does Oakwood keep going straight?

92

Thomas M. Moroughan

1      A      Yes.

2      Q      And when you went to put it in

3   drive, can you describe for me how you did

4   that?

5      A      I brought the shifter over to the

6   left and then down to the right -- over to the

7   left and then down.

8      Q      Now, you'd been driving this car

9   for about a year, you said?

10     A      Yes, sir.

11     Q      Had you had any trouble with this

12  car before this?

13     A      No.

14     Q      Were you ever involved in a motor

15  vehicle accident with this car, when you were

16  driving with Dobro Taxi Company?

17     A      No.

18     Q      Did you ever report a motor

19  vehicle accident when you were driving this

20  car with the Dobro Taxi Company?

21     A      That car, no.

22     Q      Were you in a different Prius

23  with the Dobro Taxi Company within the week

24  that you got in a motor vehicle accident?

93

1                    Thomas M. Moroughan

2          A      Not that I was in the car, no.

3          Q      Was there a motor vehicle

4     accident that you reported with the Dobro Taxi

5     Company involving the Prius?

6          A      Yes.

7          Q      What was that about?

8          A      I was parked at One Stop Deli and

9     a lady backed into the car.

10         Q      Okay.  Did you contact the police

11    about that?

12         A      Yes, sir.

13         Q      Now, you mentioned that you put

14    the car into drive to make a U-turn.

15                Tell me what happened at that

16    point.

17         A      I put the car in drive.  I turned

18    the wheel to the left.  I started to move and

19    then that is when I noticed the guy from the

20    white car lift his hand and then I started

21    seeing the flash of his muzzle.

22         Q      You mentioned to me about the

23    Prius and you said to me that you had put your

24    foot on the brake to shift into reverse; is

25    that right?

94

1              Thomas M. Moroughan

2              MR. GRANDINETTE:  Objection to

3       form.

4       Q      When you went into reverse?

5       A      Yes.

6       Q      When you have been in the Prius

7       and you put your foot on the gas -- if the car

8       is in park -- let me stay that -- you put it

9       in park.  The car is running.

10             If you put -- if you put your

11      foot on the gas, will the car do anything?

12      Will it move?

13      A      No.

14      Q      You have to put your foot on the

15      brake to then shift and then put your foot on

16      the gas to make it go somewhere, right?

17      A      Yes.

18      Q      If you don't put your foot on the

19      brake and you just push down on the gas and

20      the car is in the gas mode, the car will make

21      a noise, will it not?

22             MR. GRANDINETTE:  Objection to

23      form.

24      A      Not a hundred percent sure.

25      Q      In other words, the engine would

Thomas M. Moroughan

1
2   accelerate?

3               You are familiar with how a car

4   can accelerate if you put your foot on the

5   gas, right?

6           A       Yes.

7           Q       Have you ever been in a regular

8   car -- meaning not a Prius -- right, like a

9   regular car with a normal automatic

10  transmission?

11              Can I use that phrase?

12          A       Yes.

13          Q       If you put the car in neutral and

14  step on the gas, would you agree that the

15  engine would make a noise?

16              MR. GRANDINETTE:   Objection;

17          relevance.

18          Q       Are you familiar with that?

19              MR. GRANDINETTE:   If you know the

20          answer you can answer.

21          A       Yes.

22          Q       Actually, if the car is in park

23  and you step on the gas, the engine will speed

24  up -- in other words, are you familiar with

25  RPMs in an engine?

96

1                Thomas M. Moroughan

2        A        Yes.

3        Q        The RPMs will get higher, right?

4        A        Yes.

5        Q        But the car won't go anywhere,

6    right?

7                MR. GRANDINETTE:  Objection.

8        A        Correct.

9        Q        If you are in the Prius, you

10   don't have your foot on the brake, the car is

11   in park and you step on the gas, will it make

12   a similar noise?

13                MR. GRANDINETTE:  Objection.

14       A        Not sure.

15       Q        How long did you drive the Prius

16   for when you were with the Dobro company?

17       A        Probably a week.  Seven, eight

18   days, I believe.

19       Q        Okay.  But after that did you

20   continue driving?

21       A        No.

22       Q        You didn't -- because of what

23   happened that night you didn't drive for Dobro

24   again?

25       A        I did for a while after it.  But

1              Thomas M. Moroughan

2    the Prius was in the Suffolk County impound

3    yard.

4         Q       So you were driving a different

5    car?

6         A       Yes.

7         Q       After you put the car in drive as

8    you described, it was your intention to make a

9    U-turn, you said?

10        A       Yes.

11        Q       Then you said that you saw the

12   guy from the white car -- you saw the muzzle

13   flash?  Is that what you said?

14        A       I saw him lift his hands like

15   this (indicating) and I saw the muzzle flash.

16        Q       Before you saw the muzzle flash

17   did you see that he had a gun in his hand?

18        A       No.

19             MR. GRANDINETTE:  For the

20             preceding question just let the record

21             reflect that the witness put his two

22             hands together, arms outstretched, level

23             with his nose.

24   BY MR. MITCHELL:

25        Q       Okay.

98

Thomas M. Moroughan

1      And Mr. Moroughan, before coming

2      in today did you review anything for your

3      testimony?

4      A      My notes that were used in the

5      50H hearing.

6      I've looked at some of the -- the

7      stuff from the 50H just to remember timelines

8      and stuff.

9      Q      When you say stuff from your 50H,

10     does that mean reviewing the transcript from

11     your 50H examination?

12     A      Yes.

13     Q      When reviewing the 50H transcript

14     did you see in there whether you indicated in

15     your 50H transcript whether you saw the gun

16     before the muzzle flash?

17     MR. GRANDINETTE:   Objection to

18     the form.

19     You can answer the question.

20     A      I don't quite remember.

21     Q      Now, after you saw the muzzle

22     flash, what happened at that point?

23     A      At that point I saw him walking

24     towards my car, continuing to fire.

99

                    Thomas M. Moroughan

1

2          Q        Okay.

3          A        That's when I put my head down

4    underneath the dash to take cover.

5          Q        And was the car still in drive?

6          A        Yes.

7          Q        You hadn't pushed that park

8    button, right?

9          A        No.

10         Q        So the car was in drive, you

11   intended to go forward for the purpose of

12   making a U-turn, am I right?

13               MR. GRANDINETTE:  Objection to

14          the form.

15         A        No.  I already had the wheel

16   turned before I even put it in drive, so I

17   never actually went forward.  It was towards

18   the left.  I only made it a foot or two at

19   most.

20         Q        Before you saw the muzzle flash?

21         A        Before I saw the muzzle flash.

22         Q        So you would agree with me that

23   the car was in drive and moved a foot or two

24   before you saw the muzzle flash?

25         A        To the left, yes.

100

1          Thomas M. Moroughan

2          Q      The car moved a foot or two

3    before you saw the muzzle flash?

4          A      Yes.

5          Q      After you saw the muzzle flash

6    did you push that park button?

7          A      No.

8          Q      Was the car still in drive?

9          A      Yes.

10         Q      Did you still have your foot on

11   the gas?

12                MR. GRANDINETTE:   Objection.

13         A      No.  My foot was on the brake.

14         Q      You put your foot on the brake?

15         A      Yes.

16         Q      And when you put your foot on the

17   brake, was that before or after you saw the

18   muzzle flash?

19         A      Right after I saw the muzzle

20   flash.

21         Q      So you agree with me that before

22   you saw the muzzle flash your foot was still

23   on the gas pedal?

24         A      It was so fast, I honestly don't

25   even think my foot made it to the gas pedal.

101

Thomas M. Moroughan

1    I was probably just coasting a foot or two.

2    Q    But your moved a foot or a two?

3    A    Yes.

4    Q    With the car in drive?

5    A    Yes.

6    Q    Before you saw the muzzle flash?

7    A    Yes.

8    Q    After you -- at this point you
9    described you saw the muzzle flash, you ducked
10   down.

11          What happened at that point?

12   A    When I saw -- when I saw -- when
13   I heard that the gun stopped firing, when I
14   didn't hear shots anymore, I looked up, I
15   looked over to my left, trying to get up, and
16   I see the guy who was shooting at my driver's
17   side window, and I see him break open my
18   window.  Then he hits me in the face with the
19   butt of his gun.

20   Q    Can you describe for me what, if
21   anything, that guy was wearing?

22   A    He was wearing an orange -- like
23   an orange -- something with orange and it was
24   a button-down.

102

Thomas M. Moroughan

1

2      Q      Can you describe for me what the

3      guy looked like?

4      A      Caucasian male.  Mid 20s.  Dark

5      hair.  Not long, but not short.

6      Q      And after he -- you said he broke

7      your window?

8      A      Yes.

9      Q      And at that point in time, if you

10     know, was the passenger window on your car

11     still down?

12     A      I believe so, yes.

13     Q      And after he broke your window

14     what happened?

15     A      He hit me in the face with the

16     gun.

17     Q      Where in the face did you get

18     hit?

19     A      Right in my nose.

20     Q      Then what happened?

21     A      Put me in a daze.

22            The next thing I know, he has my

23     door open and he was trying to pull me out of

24     the car.  He is hitting me, he is punching me.

25     And I'm fighting with him to get my arm free

103

Thomas M. Moroughan

to put the car in reverse.

Q       Okay.

        Up until that point where we are
right now, where you said you are fighting
with him to get your arm free to put the car
in reverse, had you ever pushed that park
button on the car?

A       No.

Q       So as far as you know the car was
still in drive?

A       Yes.

Q       Now, when he opened the door and
reached in as you described, trying to get you
out of the car, fair to say that the driver's
door -- let me put it this way:  He would have
been between you and the driver's door?

A       Correct.

Q       Tell me what happened then.

A       He was hitting me and -- you
know, with the one hand he has my arm.  I'm
trying to go for the shifter.  I manage to
get -- I managed to get it into reverse and I
stepped on the gas to get out of there.

Q       When you slammed on the gas, what

104

                    Thomas M. Moroughan

1

2       happened to the car?

3            A       We went -- I went backwards.  I

4       didn't make it anywhere because I noticed that

5       my girlfriend had fallen -- I didn't realize

6       at first that she had opened up her car door

7       and that she was like getting out.  She was

8       screaming at him.  And I hear her yelling

9       something in the background.  And then she

10      kind of fell.

11                   So I yelled at her:  Close the

12      fucking door, close the fucking door.

13                   As soon as I see that she's --

14      both feet are back in the car, I got in.

15           Q       Okay.

16           A       In reverse.

17           Q       So she tried to get out of your

18      car?

19           A       Yes.

20           Q       Your girlfriend?

21           A       Yes.

22           Q       Was her passenger door open when

23      she was trying to get out?

24           A       Yes.

25           Q       And she got back in after you

105

1          Thomas M. Moroughan

2   said those words to her?

3          A       Yes.

4          Q       And then you said you gunned it,

5   right?

6          A       Yes.

7          Q       When you put your foot on the gas

8   the car moved back quickly?

9          A       Yes.

10          Q       Did it make a noise when it moved

11   back, like did the engine make a noise?

12                  MR. GRANDINETTE:  If you know.

13          A       No, I don't know if it made a

14   noise.  I heard like a chirp.  Probably from

15   the tires, from me trying to hit it.

16          Q       So the engine engaged in a way

17   that was strong enough to make the tires chirp

18   on the street?  With enough power, let me put

19   it that way?

20          A       Yes.

21          Q       And then you backed up?

22          A       Yes.

23          Q       What happened when you backed up?

24          A       I backed up probably five, six

25   car lengths, I want to say.  I swung the car

106

Thomas M. Moroughan

1

2   around, still in reverse, to be able to face

3   the other direction.  I closed my door.  And I

4   made a -- I made a left onto West 19th Street

5   to go back northeast.

6               At that point in time -- I had

7   already known that I was hit, that I was shot.

8   I told Ms. Mondo to call 911, tell them that,

9   you know, that I was shot, I was going to

10  Huntington Hospital.  And I contacted my

11  dispatch to tell them the same thing.

12       Q       If you know, did Ms. Mondo call

13  911?

14       A       Yes.

15       Q       Did she do so -- you know that

16  from seeing her do it, hearing her do it?

17       A       Yes.

18       Q       What, if anything, happened to

19  the guy in the orange shirt, I'll use that

20  phrase, when you reversed?

21       A       The door struck him and knocked

22  him to the ground.

23       Q       When he fell to the ground as you

24  were reversing, fair to say that your driver's

25  door would have gone over him?

107

Thomas M. Moroughan

1    Do you follow what I am saying?

2    Was he down on the ground and the

3    driver's door went over his person?

4

5    A    I am not sure.

6    Q    You indicated that you then went

7    in reverse, did this maneuver and were driving

8    to go to the hospital, correct?

9    A    Yes.

10   Q    From the time, up until where we

11   are right now, you described this guy in the

12   white car doing certain things.

13   Earlier you mentioned to me that

14   you saw the guy in the blue car get out of the

15   blue car, correct?

16   A    Yes.

17   Q    Other than him getting out of the

18   blue car, can you describe for me anything

19   that the guy in the blue car did throughout

20   what you've described for me, other than what

21   you've told me about him getting out of the

22   blue car?

23   A    He walked towards my car, a few

24   feet behind the car the guy who was in the

25   white Infiniti.  And I really didn't get much

108

Thomas M. Moroughan

1  of a look at him after the shooting happened

2  due to the fact that I was still kind of

3  crouched down and I'm trying to take cover

4  from his hits.

5          I remember him -- I want to say

6  it was him because he was the only other male

7  that I could remember being there --

8  screaming, you know, while I was getting

9  beaten up.

10      Q      Do you know what the words were

11  that he was screaming?

12      A      No.  I was paying more attention

13  to the guy that was beating me up.

14      Q      Other than what you just

15  described to me about the guy from the blue

16  car --

17      A      Yes.

18      Q      -- is there anything else that he

19  did there at the scene that you just

20  described, other than what you have told me?

21      A      No.

22      Q      He didn't punch you at all,

23  correct?

24      A      No.

109

Thomas M. Moroughan

2      Q      He didn't shoot you, right?

3      A      No.

4      Q      He didn't break your window?

5      A      No.

6      Q      He just got out of his car and
7   maybe yelled?

8      A      Yes.

9      Q      Was there ever a time where you
10  saw Ms. Mondo using her phone to text people
11  during this incident?

12     A      During this incident?

13     Q      Yes.

14     A      I mean, not -- not while the
15  incident was going on.

16     Q      Was there a time, from the time
17  that you arrived and rolled down your window
18  and yelled at the guy in the white car to the
19  time that you were reversing to leave that
20  area, that Ms. Mondo was texting on her phone?

21             MR. GRANDINETTE:  Objection;
22         asked and answered.

23     A      I don't believe so.

24     Q      Now, you indicated that you put
25  it in reverse for the purpose of leaving that

110

1                        Thomas M. Moroughan

2      area, right?

3             A       Yes.

4             Q       And where did you go?

5             A       Drove to Huntington Hospital.

6                     MR. SCHROEDER:  Is this -- are

7             you in the middle of something?  Is this

8             a good time to take a break?

9                     MR. MITCHELL:  Perfect.  Perfect.

10                            ---

11                    (A recess was taken.)

12                            ---

13      BY MR. MITCHELL:

14            Q       And, Mr. Moroughan, I apologize,

15      I just want to take you back to at the scene

16      there.

17                    When the fellow from the white

18      car came over and broke your window, right, as

19      you described, did he say anything to you?

20            A       No.

21            Q       He didn't say anything at all?

22            A       No.

23            Q       At any point did that fellow from

24      the white car say to you, you know, you're

25      going to jail, anything like that?