111

Thomas M. Moroughan

|   |   |   |
|---|---|---|
| 1 |   | Thomas M. Moroughan |
| 2 |   | MR. CLARKE:  Objection. |
| 3 | A | No. |
| 4 | Q | Did he say anything like, I'm a |
| 5 | cop? |
| 6 |   | MR. CLARKE:  Objection. |
| 7 | A | No. |
| 8 | Q | Was there ever a time during that |
| 9 | period of time when you were there at the |
| 10 | scene that the person from the white car told |
| 11 | you he was a cop? |
| 12 |   | MR. CLARKE:  Objection. |
| 13 | A | No. |
| 14 | Q | Was there ever a time when you |
| 15 | were there at the scene that you weren't sure |
| 16 | if these were people were cops or not? |
| 17 |   | MR. CLARKE:  Objection. |
| 18 | A | As I was driving away -- |
| 19 | Q | Right? |
| 20 | A | -- I'm remember hearing something |
| 21 | to the effect of:  Stop, cop, stop, stop. |
| 22 |   | And I remember thinking to |
| 23 | myself, you know, there's no way that he is a |
| 24 | cop. |
| 25 |   | So, no, I mean, I don't -- you |

112

Thomas M. Moroughan

1  know, there wasn't a time where I didn't -- I

2  mean, I guess there was a time that I didn't

3  think -- that he said he was a cop or

4  something as I was driving away.^ PLEASE CHK

5  WITH AUDIO

6  But besides that, no, he never

7  said -- he never said anything about being a

8  cop.

9

10  Q      So when he broke the window, he

11  definitely didn't say anything to you at all?

12  A      No.

13  Q      Was Ms. Mondo in the car at that

14  point?

15  A      Yes.

16  Q      Was Ms. Mondo -- I know you

17  can't -- you don't know what is in her head --

18  but she was in the passenger seat?

19  A      Yes.

20  Q      If someone was at your driver's

21  window, said something, was Ms. Mondo close

22  enough that she would hear it?

23  MR. CLARKE:   Objection.

24  A      Yeah.

25  Q      And you mentioned that he struck

113

Thomas M. Moroughan

1    you with a gun?

2         A       Yes.

3         Q       Can you describe for me what the

4    gun looked like?

5         A       Now I know it to be a revolver.

6         Q       But at the time -- at the time

7    were you able to observe what type of gun it

8    was?

9         A       No.

10        Q       Was there a time before you saw

11   the muzzle flash from the gun that Ms. Mondo

12   said anything about the guy in the white

13   Infiniti having a gun?

14        A       No.

15        Q       So if I'm correct, when you were

16   driving to the hospital at that point in time,

17   throughout these events the person in the

18   white car never said to you anything to the

19   effect of you're going to jail or I'm a cop or

20   anything like that?

21                MR. GRANDINETTE:   Objection.

22   BY MR. MITCHELL:

23        Q       Other than the comment as you

24   were driving away?

114

Thomas M. Moroughan

1

2    A       No.

3            MR. GRANDINETTE:  Other than the

4    comment about:  Stop, cop.

5            MR. MITCHELL:  When he is driving

6    away.

7            MR. CLARKE:  Which he was not

8    sure about.^ CHECK

9            MR. GRANDINETTE:  His testimony

10   speaks for itself.

11           MR. CLARKE:  Right.

12 BY MR. MITCHELL:

13   Q       Did there come a time that you

14 got to -- Huntington Hospital?

15   A       Yes.

16   Q       Did there come a time you got to

17 Huntington Hospital?

18   A       Yes.

19   Q       Tell me what happened when you

20 got to Huntington Hospital?

21   A       I pulled up, put the car in park

22 and I jumped out.  I pulled up into the

23 ambulance parking.  I ran -- I was running

24 towards the ambulance entrance, which is

25 different than the main emergency room

115

Thomas M. Moroughan

1    entrance.

2

3        Q        Okay.

4        A        The security guard goes:  You

5    can't go in this way.

6                 And I remember screaming at him,

7    I've been shot, I've been shot.

8                 And they let me in through that

9    way.

10       Q        Tell me what happened when you

11   went in.

12       A        First went in, they put me in

13   wheelchair.  The security guard was yelling

14   that we had somebody with gunshots.

15                And that's when I started  to

16   receive treatment.

17       Q        Can you tell me where it was that

18   they brought you at that point?

19       A        In the beginning I was right in

20   the hallway.

21       Q        When you say you started to

22   receive treatment, did you receive treatment

23   while you were there in the hallway?

24       A        They cut my shirt off to see

25   where I was bleeding from and where I was

116

Thomas M. Moroughan

1   shot.  And I would say around the same time,

2   that's when a uniformed officer came walking

3   in.

4        Q     And when you say "uniformed

5   officer," do you know from what police force

6   he was?

7        A     Suffolk County.

8        Q     And what led you to believe he

9   was from Suffolk County Police Department?

10       A     That it was -- maybe it's -- I

11  knew him from a previous experience.  I knew

12  who it was.

13       Q     Was this -- ultimately did you

14  learn this officer's name to be Meaney?

15       A     Yes.

16       Q     When you say a previous

17  experience, what was the previous experience

18  that you had with Officer Meaney?

19       A     He had written me a traffic

20  violation.

21       Q     And when Officer Meaney arrived

22  there was there any other police officers

23  there that you were aware of, at the time that

24  Officer Meaney arrived?

117

Thomas M. Moroughan

1

2    A        Not that I was aware of, no.

3    Q        Can you tell me, when you were

4    there in the hallway as you described, you

5    were mentioning some treatment; that they took

6    your shirt off.

7    A        Yes.  They cut my shirt.

8    Q        And what, if any, treatment did

9    they give you there in the hallway, if you

10   know?

11   A        Don't recall.  I think they were

12   trying to see where I was shot.

13   Q        Okay.

14           Did there come a time that you

15   learned how many times you were shot?  At any

16   time.  Do you know how many times you were

17   shot?

18   A        I was shot twice.

19   Q        Where on your body were you shot?

20   A        I was shot in the right -- right

21   side of my chest.  I was shot in my left

22   forearm.

23   Q        Can you just point to me, when

24   you say the right side of you chest, just

25   point to me where it is?

118

Thomas M. Moroughan

1

2    A        Right here (indicating).

3            MR. MITCHELL:  Let the record

4    reflect the witness is pointing to

5    essentially what I would say is the,

6    from north to south, an area that is

7    just about even with his -- his armpit.

8    From looking at his chest from north to

9    south.

10           From east to west looking at his

11   chest, he is wearing a necktie and I am

12   going to say an area that is about an

13   inch to the right of the neck tie.  The

14   necktie is centered on his body and it's

15   about three inches wide.

16           Is that a fair description, Tony?

17           MR. GRANDINETTE:  I would say

18   that is fair.

19   BY MR. MITCHELL:

20   Q        And then you mentioned that you

21   were shot in your --

22   A        Left forearm.

23   Q        -- left forearm.

24           Can you point that out to me?

25   A        Right here (indicating).

119

Thomas M. Moroughan

1        Q        Okay.

2                 Do you still have a mark on your

3    arm that could indicate where you were shot?

4        A        Yes.

5        Q        Do you mind unbuttoning your

6    sleeve so we can take a look at it?

7        A        (Complies.)^

8                 MR. MITCHELL:  Okay.  And I

9                 notice that there is a -- let the record

10               reflect it appears to be a circular --

11               when I say "circular," it almost looks

12               like a perfectly round circle -- area,

13               and it appears to be -- the skin has no

14               hair in the area where the circle is.

15                        Then running towards, from the

16               circular location -- which I'm going to

17               say is about, I don't know, Tony, about

18               halfway up his forearm?

19                        MR. GRANDINETTE:  It's close.  It

20               is closer to his wrist than his elbow.

21                        MR. MITCHELL:  A little closer to

22               his wrist.

23                        And then running from the circle

24               down towards his wrist it appears to be

119

Thomas M. Moroughan

1    Q        Okay.

2             Do you still have a mark on your

3    arm that could indicate where you were shot?

4    A        Yes.

5    Q        Do you mind unbuttoning your

6    sleeve so we can take a look at it?

7    A        (Complies.)^

8             MR. MITCHELL:  Okay.  And I

9             notice that there is a -- let the record

10            reflect it appears to be a circular --

11            when I say "circular," it almost looks

12            like a perfectly round circle -- area,

13            and it appears to be -- the skin has no

14            hair in the area where the circle is.

15                    Then running towards, from the

16            circular location -- which I'm going to

17            say is about, I don't know, Tony, about

18            halfway up his forearm?

19                    MR. GRANDINETTE:  It's close.  It

20            is closer to his wrist than his elbow.

21                    MR. MITCHELL:  A little closer to

22            his wrist.

23                    And then running from the circle

24            down towards his wrist it appears to be

```
                                                        120
 1                    Thomas M. Moroughan

 2          some red coloring that I would describe

 3          as emulating blood.

 4     BY MR. MITCHELL:

 5          Q      Is that blood, Mr. Moroughan?

 6          A      Yes.

 7          Q      Is it real blood?

 8          A      No.

 9          Q      You weren't bleeding today, is

10     what I am saying.

11          A      No.

12          Q      Is that some form of tattoo?

13          A      Yes.

14          Q      You have a tattoo emulating blood

15     running from the point where originally you

16     had been shot on the 27th of February, 2011?

17          A      Yes, sir.

18          Q      When did you get the tattoo?

19          A      Same year.

20          Q      Do you know around when?

21          A      I want to say the end of the

22     summer.

23          Q      Summer 2011?

24          A      Yes, sir.

25          Q      You can button your shirt up
```

121

Thomas M. Moroughan

1    again.

2            You mentioned that you were there

3    at the hospital, that you were receiving

4    treatment and you were out in the hallway.

5            You said you saw Officer Meaney;

6    is that correct?

7    A       Yes.

8    Q       Did you speak to him at all?

9    A       Yes.

10   Q       At that point?

11   A       Yes.

12   Q       What did you say to him?

13   A       He asked me if I was with the

14   taxi.  I said yes.

15   Q       Okay.

16   A       He asked me if I was okay.  I

17   remember saying:  No, I'm going to die.

18   Q       Okay.

19   A       I was really afraid that I was

20   actually going to die.  Most people don't live

21   through being shot.

22           MR. CLARKE:  Objection.  Move to

23       strike.

24           MR. SCHROEDER:  I move to strike

122

1                    Thomas M. Moroughan

2         that, too.

3                    ---

4              (Motion to Strike)^

5                    ---

6    BY MR. MITCHELL:

7         Q      What, if anything, did you say to

8    him?  Not what you were thinking.  Tell me

9    what you said to him.

10        A      I said I was going to die.

11        Q      What, if anything, did he say to

12   you?

13        A      He told me to calm down, and he

14   asked me what happened.

15             I said in a brief description

16   what happened.  I told him that I got into an

17   argument on the road and this fucking psycho

18   just jumped out of his car and started

19   shooting at me for no reason and that he came

20   up to -- you know, he came up and broke my

21   window and started hitting me in my face and

22   that I managed to drive away and drove myself

23   here.

24        Q      Okay.  You related that to

25   Officer Meaney while you were there in the

123

Thomas M. Moroughan

1    hallway, correct?

2    A       Yes.

3    Q       About how long after the event,

4    after the event at Oakwood, was that,

5    time-wise?  Do you know when you were there in

6    the hospital talking to Officer Meaney?

7    A       I want to say it was around 1:30,

8    give or take a few minutes.

9    Q       Okay.

10   About how long did it take you to

11   get from the scene at Oakwood to the hospital?

12   A       Few minutes.

13   Q       Can you tell me -- when you say a

14   "few minutes," five minutes, 10 minutes?

15   A       Maybe five minutes.

16   Q       Then from the time that you got

17   there until the time you spoke to Officer

18   Meaney about how much time went by?

19   A       Three minutes maybe.

20   Q       And what happened after you --

21   what happened to you after you spoke to

22   Officer Meaney; where did you go, if anywhere?

23   A       They ended up putting me into a

24   trauma room, which now I know to be Trauma

                                                          124
1                      Thomas M. Moroughan

2       Room 2.

3              Q       How do you know that to be Trauma

4       Room 2?  Have you gone back there?  What's the

5       source of you knowing it to be Trauma Room 2?

6              A       I've been back to the hospital

7       since then, yes.

8              Q       And if you know, on the night of

9       February 27th was it designated as Trauma

10      Room 2?

11             A       I believe so.

12             Q       And you were placed into that

13      room?

14             A       Yes.

15             Q       And were you in a bed?

16             A       A stretcher, yes.

17             Q       Was there anybody else in the

18      room that you were aware of that was a

19      patient, other than yourself?

20             A       No.

21                     I believe they brought in someone

22      later, but not at that particular time, no.

23             Q       When you say later on -- I'm

24      going to jump ahead -- you were there at the

25      hospital from the time you got there until

125

                    Thomas M. Moroughan

1
2      about 8 in the morning?

3              A       Yes, I believe so.

4              Q       In that window, when do you mean

5      later on that they brought someone else in

6      there?

7              A       I don't know.

8              Q       You don't know if it was closer

9      to when you first got there or when you left?

10             A       I believe it was more towards

11     closer to when I left.  I can't be a hundred

12     percent sure.

13             Q       The person that they brought in

14     there, do you remember what that person looked

15     like?

16             A       No.

17             Q       Do you know why they were brought

18     in?

19             A       No.

20             Q       But it was a patient?

21             A       I believe so, yes.

22             Q       Did the patient speak to you at

23     all?

24             A       No.

25             Q       Did you speak to them?

126

1                    Thomas M. Moroughan

2          A      No.

3          Q      If you know, were you able to

4     observe any visible injury on that person?

5          A      No.

6          Q      Were doctors treating that

7     patient when you were in there?

8          A      It is a hospital, so I would

9     imagine.

10                MR. GRANDINETTE:  Don't guess.

11     BY MR. MITCHELL:

12         Q      Were there any doctors near that

13     person, when you were in the room and that

14     person was brought in, the patient was brought

15     in the room, were doctors near that person,

16     were doctors doing anything in relation to

17     that person?

18         A      I don't know.  I wasn't paying

19     attention.

20                MR. SCHROEDER:  I'm sorry.

21         Before your next question.

22                I know you testified about this.

23         What time was that?  About what stage

24         was this?

25                MR. GRANDINETTE:  I don't --

127

1          Thomas M. Moroughan

2          MR. MITCHELL:  That the patient

3     was brought in?

4          I will ask him again.

5     BY MR. MITCHELL:

6          Q     Do you have any idea when the

7     patient was brought in the room?

8          MR. GRANDINETTE:  Objection.

9          Just object to the form that he said he

10         believes there was a patient that was

11         brought in.

12         Subject to that objection, go

13         ahead.

14         A     I want to say more towards the

15    end.

16         Q     "The end" being more towards

17    8 o'clock?

18         A     More towards 8:00 a.m., yes.

19         Q     Can you describe for me what this

20    patient looked like?

21         MR. GRANDINETTE:  Objection;

22         asked and answered.

23         A     I don't remember.

24         Q     Do you know if it was a man or a

25    woman?

128

1          Thomas M. Moroughan

2          MR. GRANDINETTE:   Objection;

3     asked and answered.

4          A      No.

5          Q      Did there come a time when you

6     were there in that room, the one you described

7     as Trauma Room 2, that anybody came in the

8     room, other than medical personnel?

9          A      Yes.

10         Q      Let me ask you this -- I should

11    ask this:

12               When you were in Trauma Room 2,

13    after -- were there times when medical

14    personnel came in?

15         A      Yes.

16         Q      And do you recall, sitting here

17    today, any of the names of the medical

18    personnel?

19         A      No.

20         Q      Did they introduce themselves to

21    you at all, the medical personnel?

22         A      Probably.

23         Q      Do you have a recollection of

24    about how many medical personnel engaged with

25    you throughout that period of time you were

129

Thomas M. Moroughan

1    there?

2    A        No idea.

3    Q        Do you have a recollection if

4    they were men or women?

5    A        It was both.

6    Q        Did you have any particular

7    medical person that worked on you, gave you

8    treatment, that you recall?

9    A        Dr. Martin.

10            But that is also because I did

11   followups with him.

12   Q        You recall Dr. Martin having

13   treated you that -- I'll call it early

14   morning, on February 27th?

15            MR. GRANDINETTE:   Objection to

16        form.

17            You can answer.

18   A        Yes.

19   Q        About how many times did

20   Dr. Martin engage you and treat you when you

21   were there on February 27th, if you know?

22   A        I believe he was in only just the

23   one time.

24   Q        And again, using that time window

130

Thomas M. Moroughan

1    when you first got there -- which you think

2    was about when, 1:30?

3    A       Yes.

4    Q       -- until 8 o'clock, do you

5    remember when it was that Dr. Martin came in?

6    A       I want to say about halfway.

7    Q       About halfway, when Dr. Martin

8    came in, can you tell me what Dr. Martin did?

9    A       Checked -- he was checking the

10   bullet wounds.  He was called in.  I believe

11   he was a vascular surgeon, if I remember

12   correctly.  He was checking the -- the one on

13   my chest.

14   Q       And can you describe to me what

15   Dr. Martin looked like?

16   A       Caucasian male.  Maybe 40s.

17   Q       Did Dr. Martin ask you at all

18   about how you had suffered the wounds?

19   A       No.

20   Q       Okay.  Did he ask you anything?

21   Did he speak to you at all?

22   A       Yes.  He asked me how I was

23   feeling.

24   Q       Did you respond?

131
Thomas M. Moroughan

1

2      A      Yes.

3      Q      And when you responded what did

4  you say?

5      A      That I was hurt.

6      Q      Did you say anything else to him?

7      A      I was hurt.  I was tired.

8  Confused.

9      Q      Did he say anything else to you?

10      A      I remember asking him if I was

11  going to die.  He said that it looks like I'll

12  be okay.

13      Q      And do you remember anything else

14  about the conversation with Dr. Martin?

15      A      No.

16      Q      After you were brought into the

17  trauma room, other than medical personnel was

18  there ever a time when any person that you

19  believed to be law enforcement or police

20  officers came into the room?

21      A      Yes.  Officer Meaney came back

22  with another officer.  I don't know his name.

23      Q      If I could just slow you down.

24              When you say Officer Meaney, that

25  was the fellow that you first saw when you

132
1                          Thomas M. Moroughan

2       came in the hospital?

3              A       Yes.

4              Q       If you know, was he in uniform?

5              A       Yes.

6              Q       When you say he came back, you

7       mean to that trauma room?

8              A       Yes.

9              Q       When you say he came with another

10      officer, was the other officer in uniform?

11             A       Yes.

12             Q       If you know, was the other

13      officer from the Suffolk County Police

14      Department?

15             A       I believe so, yes.

16             Q       And when Officer Meaney came back

17      with the other officer, what happened at that

18      point?

19             A       The other officer -- both of them

20      started engaging in questions with me.   I

21      don't remember who said what question.

22             Q       Okay.

23                     Do you remember the content of

24      the question?

25             A       The content of the question was

133

Thomas M. Moroughan

1    that they had a report that I was involved in

2    a gunfight.  They wanted to know -- that they

3    said they found a gun in my car, they wanted

4    to know if it was my gun.

5              Because -- I forgot to say this.

6    Previous to when I went into the trauma room

7    and I originally had the encounter with

8    Meaney, he had asked me if I had a gun.

9         Q    Okay.

10        A    I told him no.

11             He goes:  Are you sure.  If

12   somebody gets hurt, we found out you had a

13   gun, you're going to be in a lot of trouble.

14             I said:  All right.  I don't own

15   a gun.  I've never had a gun.

16             And then when they came back in,

17   that's when -- that's when they said they had

18   found a gun in my car, they wanted to know if

19   there was an additional gun.  They wanted to

20   know which route I took to get there.

21        Q    To get to the hospital?

22        A    To get to the hospital.

23        Q    Uh-huh.

24        A    It was mainly the other officer

134

Thomas M. Moroughan

1    who was asking me.

2

3         Q        Okay.

4                  And when you mentioned that

5    earlier, that Meaney asked if you had a gun,

6    that was in the hallway?

7         A        Yes.

8         Q        Now you're in the trauma room?

9         A        Yes.

10        Q        Meaney is there with a different

11   police officer?

12        A        Yes.

13        Q        Can you describe what the other

14   police officer Looked like?

15        A        A little bit taller than Meaney.

16   He had dark hair.  I think he might have had a

17   mustache.  I'm not a hundred percent sure.

18        Q        Do you remember, was he a white

19   guy, black guy, Hispanic guy?

20        A        Either white or Hispanic.

21        Q        You said taller than Meaney.  How

22   tall is Meaney?

23        A        Meaney is probably about 5-10,

24   5-11.

25        Q        This officer you believe --

135

Thomas M. Moroughan

A        Maybe 6 foot, 6-1.

Q        This officer you believe to have been taller than Meaney?

A        Yes.

Q        Okay.  And that officer talked to you about, as you just mentioned, whether you had a gun, the route you took, that type of thing?

A        Yes.

Q        Was it your belief at that point that they were asking questions in an effort to try and locate a gun, if there was another one out there?

A        Yes.

Q        And did there come a time that those officers -- that the officer that was with Meaney left?

A        Yes.

Q        Other than what you've told me about what that officer said to you, did the officer speak to you about anything else?

A        I believe that he had asked me what happened.  I gave him the same explanation that I gave to Meaney.

136

Thomas M. Moroughan

1

2     Q      Okay.

3            And did there come a time that

4     any other law enforcement persons came in

5     after that officer left?  Did there come a

6     time that any other law enforcement persons

7     came in?

8     A      Yes.  I had two detectives come

9     in.  They actually -- they identified

10    themselves as Nassau County detectives.  They

11    asked me what happened.  And -- but before

12    that -- before another law enforcement people

13    came in, I already had somebody come in to see

14    me on a personal level.

15    Q      I didn't ask you that.  We might

16    get to that.

17           Sticking with the law enforcement

18    people right now, you said two persons came in

19    that were Nassau County detectives?

20    A      Yes.

21    Q      What led you to believe that they

22    were Nassau County detectives?

23    A      That was how they identified

24    themselves.

25    Q      Did they tell you their names?

137

Thomas M. Moroughan

1

2     A     Not that I can remember.  I'm

3     pretty sure they did.

4     Q     Did they show you any badge or

5     anything?

6     A     No.

7     Q     Were they in plainclothes?

8     A     They were in suits.

9     Q     And do you recall what they

10    looked like?

11    A     There was a guy who was -- tall

12    guy, there was a short -- not -- I don't want

13    to say short.  Maybe my height.  Maybe a

14    little shorter.

15    Q     How tall are you?

16    A     5-8.

17    Q     You said one of them was your

18    height, maybe a little shorter?

19    A     Yes.  The other guy was taller.

20    Q     When you say "taller," again, can

21    you estimate how tall he was?

22    A     I want to say somewhere around 6

23    foot maybe.

24    Q     They were both men?

25    A     Yes.

138

Thomas M. Moroughan

1

2     Q      Do you recall if they were white

3  guys, black guys?

4     A      White guys.

5     Q      Did they have any facial hair?

6     A      Not that I can recall.

7     Q      And do you recall if they -- if

8  any of them -- what the color of their hair

9  was, on their head?

10          MR. GRANDINETTE:  Don't guess.

11     Q      If you don't know, you don't

12  know.

13     A      No.

14     Q      And what, if anything, did they

15  say to you?

16     A      They asked me if I could tell

17  them what happened.  And I kept asking for my

18  lawyer.  And they were trying to convince me

19  that I didn't need a lawyer, only suspects

20  need lawyers.  You're a victim.

21          I just kept asking:  I want my

22  lawyer.  She's right there.  I want my lawyer.

23          MR. CLARKE:  Note my objection.

24     Q      Let me just do this:

25          Did there come a time when you

139

Thomas M. Moroughan

1  were in that Trauma Room 2 that someone came

2  to visit you that was someone that Ms. Mondo

3  knew or was a relative of Ms. Mondo?

4          A       Yes.

5          Q       Is that someone -- what was that

6  person's name?

7          A       Ann Marie Mondo.

8          Q       If I'm correct, Ms. Ann Marie

9  Mondo was allowed to come into the trauma

10 room?

11         A       Yes.

12         Q       She identified herself as your

13 stepmom or something like that?

14         A       Yes.

15         Q       Around what time did Ann Marie

16 Mondo come in the room, if you know?

17         A       Not sure of the time.  It wasn't

18 long after I got there.

19         Q       Did you speak to Ann Marie Mondo?

20         A       Yes.

21         Q       When you spoke to Ann Marie Mondo

22 was there any other law enforcement persons

23 there?

24         A       I believe so.  Meaney.

140

Thomas M. Moroughan

1

2 Q Other than Officer Meaney, was

3 there anyone else there?

4 A I don't recall.

5 Q And when you spoke with Ann Marie

6 Mondo, about how long was it that you spoke to

7 her?

8 A Few minutes.  They told her that

9 she had to go.

10 Q When you spoke with her -- are

11 you familiar with a person named Risco Lewis?

12 A Yes.

13 Q Is that someone you call your

14 Godmother?

15 A Yes.

16 Q Is it -- you have that -- you

17 call her that because you have a close

18 relationship with her, although you don't have

19 a -- you're not a relative of her?

20 A Correct.

21 Q Is that a fair way to say it?

22 A Yes.

23 Q When you spoke with Ann Marie

24 Mondo did you say anything to her about

25 Ms. Lewis?

141

1                    Thomas M. Moroughan

2          A      Yes.

3          Q      What did you say to her?

4          A      I said I need you to call Risco

5      for me.   That I was shot and I wanted her

6      there.

7          Q      And did there come a time you --

8      you mentioned there came a time when Ann Marie

9      Mondo left Trauma Room 2?

10         A      Yes.

11         Q      Did there come a time when

12     Ms. Lewis arrived at the hospital?

13         A      Yes.

14         Q      Do you remember around what time

15     Ms. Lewis arrived?

16         A      I want to say somewhere between 2

17     and 3:30.

18         Q      When Ms. Lewis arrived had

19     Ms. Ann Marie Mondo left the trauma room?

20         A      Yes.

21         Q      When Ms. Lewis arrived, was there

22     a time where you actually saw her?

23         A      Yes.

24         Q      Okay.   Where was she when you saw

25     her?

142

Thomas M. Moroughan

1

2     A         She was on the other side of the

3     nurses' station.   I was able to see, from

4     where my bed was, straight across to her.

5     Q         Okay.   And do you know what the

6     distance was where she was?

7     A         30, 40 feet maybe.

8     Q         When you saw Ms. Lewis, what, if

9     anything, did you do?

10    A         I started screaming that I want

11    my lawyer.

12    Q         When you say "screaming," can you

13    tell me like were you literally screaming as

14    loud as you could?

15    A         Yes.

16    Q         As opposed to just raising your

17    voice?

18    A         I was screaming.

19    Q         You said:   I want my lawyer.

20              When you said, I want my lawyer,

21    you were referring to Ms. Lewis?

22    A         Yes.

23    Q         And before Ms. Lewis had arrived,

24    had you said anything at all to Officer Meaney

25    about Ms. Lewis?   Anything that you recall?

143

Thomas M. Moroughan

1       A       No.

2       Q       When Ms. Lewis arrived, you said

3   you were screaming:  I want my lawyer.

4               You were referring to --

5       A       I just want my lawyer.  There's

6   my lawyer.

7       Q       What happened at that point when

8   you were screaming for Ms. Louis, if you know?

9       A       I believe Meaney went out and

10  spoke to Ms. Lewis.

11      Q       Did you actually see -- could you

12  see Meaney go and speak to her?

13      A       Yes.

14      Q       Then what happened?

15      A       Then he came back and said that

16  I'm not allowed to have any visitors at the

17  hospital.  The hospital didn't want her -- he

18  had orders that I couldn't have any visitors

19  at that time.

20      Q       Okay.

21              Did Meaney say anything to you

22  about his conversation with Ms. Lewis at all?

23              MR. GRANDINETTE:  Don't guess.

24      A       No, not that I can recall.

144

Thomas M. Moroughan

1        

2      Q     Did there come a time that you

3 were aware of what Ms. Lewis said to Meaney

4 when he speak to her?

5      A     No.

6      Q     Have you ever learned what

7 Ms. Lewis said to Meaney when he spoke to her?

8      A     Yeah.

9      Q     Okay.  Okay.

10     A     I think she said that it would

11 be -- that she is an ADA from Nassau and that

12 it would be a conflict for her to be my

13 lawyer.

14        I know Meaney went out there and

15 asked her:  Are you his lawyer.

16        And she said no.

17        Further conversation about her

18 getting -- she said she had told either him or

19 a detective, I don't remember, that I can't be

20 his lawyer, but I'm calling one for him.

21 Something of that nature.

22     Q     Okay.  So you were aware --

23 you've become aware that Ms. Lewis said to law

24 enforcement persons there that she could not

25 be your lawyer?

145

1                Thomas M. Moroughan

2                MR. GRANDINETTE:  Just for the

3        record, he became aware subsequent to

4        these --

5                MR. MITCHELL:  That's why I used

6        that phrase.

7   BY MR. MITCHELL:

8        Q       Right?  You've come to learn

9   that?

10       A       Yes.

11       Q       You mentioned that Ms. Lewis had

12  arrived, you were screaming as you said.

13  Officer Meaney went and spoke with her as

14  you've described, correct?

15       A       Yes.

16       Q       Tell me what happened after that?

17  Is that when the detectives came in?  The

18  Nassau guys?

19               MR. CLARKE:  Objection.

20       A       No.  I was screaming for her for

21  quite some time over and over again.  I didn't

22  care if Meaney said I couldn't have any

23  visitors.

24       Q       Okay.

25       A       I was screaming to her:  Help me.

146

1                    Thomas M. Moroughan

2      They hurt me.  They shot me for no reason.

3               And then eventually the Nassau --

4      what was -- the Nassau detectives came in.

5      And they started trying to -- they were trying

6      to question me.

7               Q       Okay.  At that point Ms. Lewis

8      was there?

9               A       She was in the hospital, yes.

10              Q       And did she say anything to you

11     when you were screaming in her direction?  Do

12     you know if she said anything back to you?

13              A       No.  She just used her hand

14     gesture, like telling me to calm down.  Waving

15     her hand up and down.  You know.  She was like

16     putting her finger over her mouth for me to

17     shush.

18              Q       Like a shush motion?

19              A       Just to calm down and she was

20     trying to get me to relax.

21              MR. MITCHELL:  Let the record

22              reflect that the witness took his index

23              finger and put it over his lips like in

24              a shush motion.

25     BY MR. MITCHELL:

147

                    Thomas M. Moroughan

1

2        Q       Yes?

3        A       Yes.

4                MR. GRANDINETTE:  You said a

5    swish?

6                MR. MITCHELL:  A shush.  You

7    know, a shush?

8    BY MR. MITCHELL:

9        Q       You mentioned that there came a

10   time that the two Nassau detectives came in?

11       A       Yes, correct.

12       Q       When they came in did you

13   indicate to them that you wanted to speak to

14   Ms. Lewis?

15       A       Yes.

16       Q       At that point you said Ms. Lewis

17   was your lawyer?

18       A       Yes.

19       Q       If you know, did the Nassau

20   detectives have any conversation with

21   Ms. Lewis at that point?

22       A       No.

23       Q       If you know, did the Nassau

24   detectives have any conversation with Officer

25   Meaney at that point?

```
                                                148
 1                    Thomas M. Moroughan

 2          A       No.

 3                  MR. CLARKE:  No, you don't know,

 4          or no, they didn't?

 5                  THE WITNESS:  I can't recall.

 6   BY MR. MITCHELL:

 7          Q       Is it fair to say you don't know

 8   one way or the other whether the Nassau

 9   detectives, when they were speaking to you,

10   you don't know whether they were informed that

11   Ms. Lewis said she can't be your lawyer?

12                  You follow my question?

13          A       I don't know if they were

14   informed or not.

15          Q       You mentioned that they were

16   speaking to you.  Right?  Tell me what they

17   said to you and what you said to them.

18          A       They said -- I asked -- they

19   wanted to question me.  I said I wanted my

20   lawyer.  I just want my lawyer.  There's my

21   lawyer.  Can I please have my lawyer.

22                  Lawyer -- you don't need a

23   lawyer.  You're the victim.  We just need to

24   get your statement real fast so we can get

25   everything going.
```

149

Thomas M. Moroughan

1

2        At that point in time, I believe

3    that's when the doctor -- medical personnel

4    came in.

5        Q    Okay.

6        A    Asked them if they could come

7    back.

8        Q    Okay.

9        A    They came in.  I believe they

10    did -- re-did my dressing.

11        Q    "They" being the medical --

12        A    Medical personnel.

13        They redid my dressing.  And I

14    believe at that point in time I got more pain

15    medicine.

16        Q    Did the detectives leave the room

17    when the doctors came in?

18        A    Yes.

19        Q    And did they -- did you -- before

20    they left the room did you speak to them about

21    what happened?

22        A    No.

23        Q    It didn't get to that point?

24        A    No.

25        Q    Did either of those detectives,

150

Thomas M. Moroughan

1   before they left the room, did you see them

2   writing anything down?

3           A       Before they left the room, no.

4           Q       You mentioned that the medical

5   professionals came in and treated you again?

6           A       Yes.

7           Q       Do you remember what time it was

8   when the Nassau detectives came in the room,

9   the ones you've described, for the first time?

10          A       Estimate -- there was no clock.

11          Q       Do you have a general idea?

12          A       I'd say somewhere between 2:30

13  and 3 o'clock.

14          Q       Okay.  In the morning, obviously?

15          A       Yes.

16                  MR. GRANDINETTE:  Could I

17          interrupt, Mr. Mitchell, for one second?

18                  MR. MITCHELL:  Sure.

19                          ---

20          (Discussion off the record.)

21                          ---

22  BY MR. MITCHELL:

23          Q       Did there come a time after these

24  doctors treated you that the -- that any law

151

Thomas M. Moroughan

1    enforcement person came back in the room?

2        A        Those same two detectives came

3    back.

4        Q        And about how long was it from

5    the time that they walked out, the Nassau

6    guys, to the time they came back?

7        A        I don't know.

8        Q        Do you have any idea how long you

9    were being treated by those doctors that came

10   in the room and told them to leave?

11           MR. GRANDINETTE:  Objection to

12           the form, the word "doctors," as opposed

13           to --

14       Q        The medical professionals.

15       A        I want to say that -- I don't

16   want to guess.

17       Q        Okay.

18       A        It wasn't very long.

19       Q        Okay.

20           What did the medical

21   professionals do at that point?  Do you

22   remember what they did to you, treatment-wise?

23           MR. GRANDINETTE:  Objection;

24           asked and answered.

152

Thomas M. Moroughan

1

2      A       Like I said before, I believe

3  they changed my dressing.  I remember getting

4  more pain medicine.

5      Q       Okay.

6      A       Basically, that's what I remember

7  right now.  It could have been more.

8      Q       Did there come a time that those

9  Nassau detectives came back to your room?

10     A       Yes.

11     Q       Was it the same two detectives?

12     A       Yes.

13     Q       And when they came back to the

14  room were the medical professionals still

15  there?

16             MR. GRANDINETTE:  If you know.

17     A       No.  I believe that they had

18  walked out and that's when they walked back

19  in.

20     Q       When they came back in did they

21  speak to you again?

22     A       Yes.

23     Q       What did they say to you this --

24  I'm going to call it this second time they

25  came in?  What did they say to you?

153

                    Thomas M. Moroughan

1

2      A       They asked me what happened.

3              I was still very much:  I want my

4  lawyer.  I want my lawyer.

5      Q       Okay.  Let me just stop you.

6              When you were saying I want my

7  lawyer you were referring to Ms. Lewis?

8      A       Yes.

9      Q       What did they say to you, if

10  anything?

11     A       Basically saying the same spiel

12  about how I don't need a lawyer.  That the

13  lawyer -- you know, a lawyer slows things

14  down.  Only suspects need lawyers.  You're a

15  victim.  You have two gunshot wounds.  We want

16  to know what -- we want to know what happened.

17  We need to know what happened.

18     Q       Okay.

19     A       You know, I told them what

20  happened.

21     Q       And when you told them what

22  happened, what did you tell them?

23     A       I told them that I was driving --

24  I was driving and I got cut off by a car.  And

25  then another car came up flying behind me,

154

1          Thomas M. Moroughan

2    flashed his high beams and was beeping his

3    horn, and I let him go around me, and there

4    was another point in time where I saw them

5    parked on the side of the road, and I

6    confronted them on the -- on their driving,

7    the one guy in the second vehicle.  And that

8    me and him exchanged words and we cursed each

9    other out.  And that the guy jumped out of his

10   car like a psycho and started, you know -- as

11   soon as -- started shooting right through my

12   windshield.  The guy came up to my car, he

13   broke open my window and he started hitting me

14   in the face, and I managed to drive myself

15   away and I drove here.

16        Q      Okay.

17               This is what you told the

18   detectives the second time that they came in

19   the room?

20        A      Yes.

21        Q      You related that to them?

22        A      Yes.

23        Q      You have a clear recollection of

24   telling them that?

25        A      Yes.

155

Thomas M. Moroughan

1  Q      While you were telling them that

2  were they writing anything down?

4  A      I believe so, yes.

5  Q      And you think these were two

6  Nassau County detectives?

7  A      Yes.

8  Q      And you believe they identified

9  themselves but you don't remember what their

10 names were?

11 A      Yes.

12 Q      Have you ever seen those persons

13 since February 27, 2011?

14 A      No.

15 Q      Have you ever looked at any type

16 of photographs or anything like that to try

17 and identify who those persons were?

18 A      No.

19 Q      Did there come a time that they

20 left the room?

21 A      Yes.

22 Q      And about how long were they in

23 the room with you this second time speaking to

24 you?

25 A      Probably about a half-hour, 45

156

Thomas M. Moroughan

1   minutes.

2   minutes.

3        Q       After they left the room, what

4   happened to you at that point, after they left

5   the room?

6        A       Nothing for a while.  I mean, I

7   was still very much in pain, I was crying for

8   Ms. Lewis.  Throughout the night:  I just want

9   my lawyer, I want my lawyer, I want my lawyer.

10       Q       Let me stop you.

11               When you say, I want my lawyer,

12  when you used that phrase you were referring

13  to Ms. Lewis?

14       A       Yes.

15       Q       And again, throughout that period

16  of time could you still see her?  Was she

17  still there?

18       A       Yes.

19       Q       Was she continuing to do the same

20  thing; like in other words, as you mentioned

21  before, giving you hand gestures or some sort

22  of physical gesture to express to you to calm

23  down, that type of thing?

24       A       Yes.  Calm down.

25               You know, I was like:  Please

157

1               Thomas M. Moroughan

2    come in here.

3               I remember her like shrugging her

4    shoulders, like I can't, a few times.

5               MR. SCHROEDER:  Objection.

6         A    I didn't understand how my -- I

7    couldn't have my lawyer there.

8         Q    Okay.

9               Now sitting here today you've

10   come to learn that she told the law

11   enforcement persons she could not be your

12   lawyer, correct?

13        A    Correct.

14        Q    Does that help you now understand

15   why she couldn't come in the room?

16              MR. GRANDINETTE:  Objection.

17        A    Yes.

18        Q    Okay.

19              When you were there yelling for

20   her, did she ever raise her voice and yell

21   back to you?

22        A    No.

23        Q    Now, there came a time, you

24   mentioned, that the detectives left your room.

25   And at that point did you receive any further

158

1                        Thomas M. Moroughan

2      medical treatment, that you're aware of?

3            A       Yes.

4            Q       What type of medical treatment

5      did you receive?

6            A       I had X-rays, they cleaned my

7      wound a few times.  Changed the dressings.  I

8      was bleeding.  I believe I had an MRI or a CAT

9      scan.  I had a few different shots of

10     antibiotics, pain meds.

11                   There was a few times where I had

12     medical attention.

13           Q       You mentioned that they did

14     X-rays?

15           A       Yes, I believe so.

16           Q       Did they take you from the trauma

17     room to go get X-rays?

18           A       Yes.

19           Q       Do you know if Officer Meaney

20     went with you when you went to get the X-rays?

21           A       I believe so.

22           Q       And throughout the period of time

23     that we are up to now, from the time you got

24     into the trauma room up until now, were you

25     ever handcuffed?

159

1                    Thomas M. Moroughan

2        A        Not that I remember, no.

3        Q        You mentioned that you also went

4    for a CAT scan?  Is that what you said?

5        A        Yes.

6        Q        Or an MRI?

7        A        I believe it was a CAT scan.

8        Q        Was that in a different spot than

9    Trauma Room 2?

10       A        I don't remember.

11       Q        You don't remember if they did

12   that in Trauma Room 2 or if you were taken

13   out?

14       A        No.

15       Q        But you do recall being taken to

16   get X-rays?

17       A        Yes.

18       Q        Were you brought back to Trauma

19   Room 2?

20       A        Yes.

21       Q        You mentioned Officer Meaney went

22   with you to the X-ray, to get the X-rays?

23       A        Yes.

24       Q        Then did he come back with you to

25   Trauma Room 2?

160

1          Thomas M. Moroughan

2     A       Yes.

3     Q       Were there medical professionals

4     with you when you left Trauma Room 2 to get

5     the X-rays?

6     A       Not sure.

7     Q       Okay.

8             Can you just describe, to the

9     best you can, when you went to get the X-rays,

10    was that in a separate area of the hospital?

11    How far away was it from the trauma room?

12    A       It's only like maybe two or three

13    doors down.  There was an X-ray room in the

14    emergency room, closer towards the exit door.

15    Q       Okay.  They brought you in there?

16    A       Yes.

17    Q       When you actually got the X-ray,

18    do you know what parts of your body they

19    X-rayed?

20    A       They X-rayed my chest, my arm.

21    They might have X-rayed my face.  I'm not a

22    hundred percent sure.  I know the CAT scan was

23    for my face.

24    Q       When you were getting your

25    X-rays, did the -- I'll call the person the

161

1               Thomas M. Moroughan

2       technician -- do you remember if it was a man

3       or a woman?

4               A       I believe it was a male.

5               Q       Did they give you any

6       instructions, like can you move your body this

7       way or turn your arm that way?

8               A       Yes.

9               Q       Did you comply with those?

10              A       Yes.  To the best of my ability,

11      yes.

12              Q       So that they could take the X-ray

13      in a certain position?

14              A       Yes.

15              Q       When you had the CAT scan were

16      you given any instructions about which way to

17      move, anything like that?

18              A       No.  I don't believe so.

19              Q       But when you were given the

20      instructions with the X-ray technician you

21      were able to comply?

22              A       Yes.

23              Q       You understood what the person

24      was saying to you?

25              A       Yes.

162

Thomas M. Moroughan

1   Q       Now, did there come a time -- you
2   said you had had the X-rays -- you were
3   brought back to Trauma Room 2?

4   A       Yes.

5   Q       Did there come a time that law
6   enforcement personnel came in Trauma Room 2
7   again after that?

8   A       There was a few people who came
9   in.  Spoke to Meaney.  Uniformed.  I don't
10  know what they spoke about.  Briefly.
11  Throughout the night.

12          And then I had two Suffolk County
13  homicide detectives come in.

14  Q       When you say the officers spoke
15  to Meaney, you said they were in uniform?

16  A       Yes.  Yes.  Suits and uniforms
17  both spoke to Meaney.

18  Q       But they did not speak to you?

19  A       No.

20  Q       If you know, the guys in
21  uniform -- actually, were there any women that
22  you saw, in uniform?

23  A       Not quite sure.

24  Q       The persons that you saw in

163

Thomas M. Moroughan

1    uniform, if you know, were they Nassau or

2    Suffolk County police?

3        A       I remember seeing one Nassau

4    because I noticed the lion on the sleeve.

5        Q       Nassau in uniform?

6        A       Yes.

7        Q       Throughout the -- what you have

8    explained to me, about when was it that you

9    saw the Nassau uniformed police officer?

10               MR. GRANDINETTE:  If you know.

11       A       I don't know.

12       Q       Did you see that Nassau uniformed

13   police officer speaking to Meaney, or you just

14   saw him sometime throughout the night?

15       A       I believe I saw him speaking to

16   Meaney.

17       Q       You're not sure where in the

18   sequence that you saw that?

19       A       No.  It could have been a hello.

20   I'm not sure exactly what they said.

21       Q       You mentioned that there came a

22   time that you got back in the trauma room

23   after the X-rays --

24       A       Yes.

164

1          Thomas M. Moroughan

2     Q       -- and the CAT scan --

3     A       Yes.

4     Q       -- and there came a time when

5  Suffolk County homicide detectives came into

6  the Trauma Room 2?

7     A       Yes.

8     Q       How much time went by between

9  when you were brought back to Trauma Room 2

10 after the X-rays and when the Suffolk County

11 homicide detectives were there?

12          MR. GRANDINETTE:  Hold on for one

13       second.

14          I'll object to the form.

15          Can you read that back?

16               ---

17          (Record read.)

18               ---

19          MR. GRANDINETTE:  I'm going to

20       object to the form because he went out

21       two different times:  One in X-ray, one

22       a CAT scan.  I don't know if we pinned

23       down which one happened first or any

24       timeline.

25 BY MR. MITCHELL:

165

Thomas M. Moroughan

1     Q     Let me ask you this:

2     Did there come a time when

3     Suffolk County homicide detectives came into

4     your room?

5     A     Yes.

6     Q     Was there a time before that that

7     you had been out of the room?

8     A     Yes.

9     Q     Okay.  From the time that you

10     were last out of the room and brought back to

11     the time that the homicide guys came in, how

12     much time went by?

13     MR. GRANDINETTE:  If you know.

14     A     A few hours.  I don't know.

15     Q     But when you say you don't know,

16     was it a few hours?  In other words, it was

17     more than ten minutes?

18     MR. GRANDINETTE:  Don't guess.

19     A     I'm not sure.

20     Q     Was it at least an hour, if you

21     know?

22     A     I don't know.  It could have

23     been.

24     Q     During the period of time from