166

1                    Thomas M. Moroughan

2    when you came back into the room to when the

3    homicide detectives from Suffolk arrived,

4    what, if anything, happened during that period

5    of time?

6         A     I believe I was given more pain

7    meds.  I remember I was starting to nod off

8    here and there.  Like I said, throughout the

9    night I was screaming for Ms. Lewis.

10              So, I want to say, you know, some

11   more medical treatment, more medicine,

12   screaming for Ms. Lewis.

13        Q     Okay.

14              Up until this point now, you

15   described there came a time where the Suffolk

16   County homicide detectives came into the room?

17        A     Yes.

18        Q     You mentioned earlier that there

19   was another patient in the room.  Had that

20   patient been brought in yet?

21        A     (No response.)

22        Q     In other words, when the Suffolk

23   County homicide detectives arrived, had the

24   patient that you described earlier been

25   brought in the room yet?

167

Thomas M. Moroughan

1

2          MR. GRANDINETTE:  Don't guess.

3     A          I don't know.

4     Q          When the Suffolk County homicide

5     detectives came in the room, how many of them

6     were there?

7     A          Two.

8     Q          Do you recall, were they men or

9     women?

10    A          Men.

11    Q          Can you describe for me what they

12    looked like?

13    A          There was one, he was taller.

14    About six foot.

15    Q          Okay.

16    A          He had like black hair with like

17    gray.

18    Q          Okay.

19    A          Caucasian.  Probably around 50.

20    Somewhere around 50.

21               There was a shorter guy, he had

22    short hair.  Looked like lighter color.  Not a

23    hundred percent sure.

24               He was probably my height-ish.

25    Q          Okay.

168

Thomas M. Moroughan

1
2  A        Which is 5-8.

3          That's it.

4  Q        Okay.  The second guy, was he --

5  you said he was a white guy?

6  A        Yes.

7  Q        Did they speak to you?

8  A        Yes.

9  Q        When they came in the room to

10  speak to you was there anybody else in the

11  room other than those two persons that were

12  from the Suffolk County homicide squad?

13  A        Not that I recall.

14  Q        Can you tell me, what did they

15  say to you?

16  A        They told me that they were from

17  Suffolk County homicide.  And I asked them, I

18  said:  Why homicide; I'm not dead, am I?

19  Q        Okay.

20  A        Literally, I was -- I was so out

21  of it from that.

22          So I was like -- they said:  No.

23  All shootings get investigated by homicide.

24          I said okay.

25          And they said, you know:  Can we

```
                                         169
1                    Thomas M. Moroughan
2      ask you what happened.
3                    I was exhausted.  I was like:
4      Can you guys just leave me alone.  Can we do
5      this later.  I want my -- can you guys get it
6      from the guys who took the statement before.
7           Q      What, if anything, did they say?
8           A      They said:  No, we need to hear
9      it from you.  We have other witnesses.  We
10     know that you were trying to leave and that
11     you got shot.  You're the victim.
12                    Basically the same exact thing as
13     the other guys said.
14          Q      Let me stop you.
15                    When you say "the other guys,"
16     you mean the Nassau detectives?
17          A      Yes.
18          Q      Now, you're saying to me that the
19     Suffolk County homicide detectives, when they
20     were saying things to you about, we know that
21     you're the victim, we know that you are the
22     guy who got shot, that they were saying the
23     same things that the Nassau detectives said to
24     you?
25                    MR. CLARKE:  I'm going to object
```

170

Thomas M. Moroughan

1    to the form of the question to the

2    extent that he believed they were Nassau

3    detectives.  He can't identify any of

4    them by name.

5    BY MR. MITCHELL:

6         Q     Do you understand my question?

7         A     Not the same exact thing.

8               But I'm talking about to get me

9    to be able to talk to them.  I didn't want to

10   talk.  I wanted to be left alone.  I wanted to

11   just be able to rest.  I wanted to be able to

12   see my girlfriend, who I asked for throughout

13   the whole night and they wouldn't even tell me

14   if she was alive or dead or if she got shot.

15        Q     Did they speak to you and did you

16   speak to them?

17        A     Eventually.

18        Q     After you said to them can you --

19   can't you just talk to the other two guys --

20   is that what you said?

21        A     Yes.

22        Q     -- what did they say to you?

23        A     They said no, we need to hear it

24   from you.  We just need a quick statement.

1          Thomas M. Moroughan

2              And I was -- I was just -- I was

3     like:  Well, I want my lawyer.  I'm tired.

4              I wanted to be left alone.

5              The faster we get this done, the

6     faster we can get these guys.  You want to see

7     them get arrested, right.

8              I was like, yes -- and I was like

9     no, I want to be left alone.

10              And they were like:  Fine, then

11     we're going to have to let these guys go.

12              And then I was like:  Okay, fine.

13              Then I told them my story.

14     Q      Let me stop you a second.

15              You said that they said to you,

16     okay, then we are going to have to let these

17     guys go, meaning if you didn't speak to them

18     they said we're going to have to let these

19     guys go?

20     A      Yes.

21     Q      Earlier when the Nassau -- the

22     guys that you think were Nassau detectives,

23     when they were in the room did they say

24     something like that to you as well:  If you

25     don't speak to us we're going to have to let

172

1                  Thomas M. Moroughan

2    these guys go?

3         A      No.  They were just telling me

4    that I was the victim and they needed to know

5    what was going on.

6              I remember asking them a few

7    times, you know:  Was this guy a cop.  I

8    remember hearing something about a cop.

9              And they were like:  We don't

10   know the details yet.  We're trying to get

11   everything in place to figure out what's going

12   on.

13        Q      Okay.  For clarification, the

14   person that you are speaking about now that

15   said we don't know if he is a cop, we need to

16   figure out what is going on, was that the

17   Nassau guys earlier or are we talking about

18   the Suffolk County guys?

19        A      The guys I believed to be Nassau.

20        Q      Moving back to the Suffolk County

21   guys, after you had that conversation, what

22   happened then?

23              MR. GRANDINETTE:  Objection to

24        form.

25        Q      In other words, after the

173

1          Thomas M. Moroughan

2    conversation you described to me from the

3    Suffolk County homicide guys saying you're the

4    victim and --

5          A      I eventually gave in --

6          Q      Tell me, when you say you gave

7    in, at that point had those Suffolk County

8    homicide guys, had they physically touched you

9    at all?

10              MR. CLARKE:  Note my objection

11         again as to identifying these guys.

12              He is guessing as to where any of

13         these guys are from.

14              MR. GRANDINETTE:  Objection.  I

15         don't know that that's accurate.

16              MR. CLARKE:  He wants us to

17         believe he was in a drug-induced haze,

18         he doesn't really know anything.

19              Does he know it or not know it?

20              MR. GRANDINETTE:  You're going to

21         get an opportunity to question my

22         client.

23              MR. CLARKE:  But if we're going

24         to ask questions, base it upon what he

25         said --

174

1              Thomas M. Moroughan

2                    MR. GRANDINETTE:  His testimony

3        speaks for itself.

4                         ---

5            (Question unanswered by witness.)

6                         ---^

7                    MR. GRANDINETTE:  Do you mind if

8        we take two seconds?

9                    MR. MITCHELL:  Yes.

10                        ---

11           (A recess was taken.)

12                        ---

13   BY MR. MITCHELL:

14           Q      Mr. Moroughan, before we took the

15   short break I was talking to you about Suffolk

16   homicide detectives in the room and they were

17   speaking to you, correct?

18           A      Yes.

19           Q      There came a time where you spoke

20   to them and, if I am correct, it was your

21   belief that you were speaking to them so

22   that -- so that they could get information for

23   the purpose of arresting these other two guys,

24   right?

25           A      Yes.

175

Thomas M. Moroughan

1

2    Q      And in other words, you believed

3    at that point that you were the victim, right?

4    A      Yes.

5           MR. GRANDINETTE:  Objection to

6           the form.

7    Q      I'm using the phrase.  In other

8    words, you believed that you were the person

9    who had been the victim of a crime and they

10   were speaking to you so that they could gather

11   information for charging the other people.

12          MR. GRANDINETTE:  Objection to

13          the form.

14   A      Yes.

15   Q      That's what you thought, right?

16   A      That's right.

17   Q      And when you spoke with them, you

18   spoke with them with that in mind, correct?

19   A      Yes, sir.

20   Q      When you spoke with them because

21   you had in mind that you were speaking to them

22   for the purpose of them getting information in

23   relation to you being a victim of a crime, you

24   told them things that you thought were

25   important, right?

176

Thomas M. Moroughan

1

2     A      I told them what happened.

3     Q      And when you told them what

4 happened you told them the similar things that

5 you said you told to the other guys, the other

6 Nassau detectives, right?

7     A      Yes.

8     Q      When you were speaking to them

9 were either of those persons writing anything

10 down?

11     A      Yes.

12     Q      Okay.

13            And did there come a time when

14 they asked you to give a written statement?

15     A      Not that I can recall.  I

16 remember the shorter guy was writing.  The

17 taller guy was the one who was asking

18 questions.  The tall guy I believe left.  I

19 remember the short guy staying there and

20 writing.  Then they both came back to my

21 bedside with a written statement.

22     Q      Okay.  And what I'm going to do

23 is I'm going to show you what's been marked --

24 this is Defendants' Exhibit C, like cat.  All

25 right.  Let me show that to you.  You can hang

177

1          Thomas M. Moroughan

2     on to that one.

3              MR. CLARKE:  For today's purposes

4          this is exhibit --

5              MR. MITCHELL:  It's Exhibit -- it

6          is Suffolk Defendants' C.  With today's

7          date, 1/20.

8                    ---

9              (County of Suffolk Defendants'

10         Exhibit C, PDCS Advisement of Rights,

11         was marked for identification)

12                   ---

13    BY MR. MITCHELL:

14         Q     Mr. Moroughan, take a look at

15    what's been marked as Suffolk Defendants' C

16    like cat?

17              Do you see that document I have

18    there?

19         A     Yes.

20         Q     Is that a xerox copy of the

21    statement, the written statement that you

22    signed on February 27, 2011?

23         A     Yes, I believe so.

24         Q     Take a look at the top.

25              Let me ask you something.

178

Thomas M. Moroughan

1    Before the detectives -- you

2    mentioned to me that the fellow, the shorter

3    guy, was writing things down, right?

4    A    Yes.

5    Q    And then they asked you to sign

6    the statement; is that right?

7    A    Yes.

8    Q    Before they asked you to do that,

9    did the detectives ever speak to you about

10   whether you wanted a lawyer or not?

11   A    No.  Because -- no.

12   MR. GRANDINETTE:  Finish your

13   answer.

14   A    I was screaming for -- who I

15   wanted as my lawyer the whole night.  So there

16   was no reason to ask me if I wanted one.  I

17   was automatically putting it out there that I

18   wanted one.

19   Q    When you say "screaming for my

20   lawyer" again you were talking about

21   Ms. Lewis?

22   A    Yes.

23   Q    Now, I want you to take a look at

24   what's been marked as Exhibit C.

179

1       Thomas M. Moroughan

2              You see at the top of the

3    document -- by the way, up until this point

4    you have understood everything I've said to

5    you, right?  In other words, you don't have

6    any problem understanding English, correct?

7         A     Yes.

8         Q     You can write read and write

9    English well?

10        A     Yes.

11        Q     Take a look at what's been marked

12   as Suffolk County Exhibit C.

13             You see at the top there where it

14   says:  "███████████████    ██████   ██████

15   ████████████████"?  You see that?

16        A     Yes.

17        Q     Could you read for me what it

18   says immediately below that?

19        A     "███████████."

20        Q     Do you see where it says Number

21   1?

22        A     Yes.

23        Q     What does it say there?

24        A     "███████████  ████████  ███████

25   ██████."

The following passages are redacted pursuant to Stipulation and Order, dated March 13, 2018 (DE 255).

See Nassau IAU Report, Ex. H to Plaintiff's 2d Am. Complaint, at Bate #108-110.

```
                                                      180
 1                    Thomas M. Moroughan
 2         Q      What appears next to that?
 3         A      My initials.
 4         Q      And did you write those in there?
 5         A      Yes.
 6         Q      And it's "I███"?
 7         A      Yes.
 8         Q      And what's -- is your middle
 9  initial M?
10         A      Yes.
11         Q      What is your middle name?
12         A      Michael.
13         Q      Immediately below your initials,
14  do you see in parentheses it says something
15  there?
16         A      "████████   ████████."
17         Q      And you in fact put those
18  initials there on February 27, 2011?
19         A      Yes.
20         Q      And you see Number 2?
21         A      Yes.
22         Q      All right.  What does it say
23  there?
24                MR. GRANDINETTE:  Objection.
25         I'll have a continuing objection.  But
```

1           Thomas M. Moroughan

2           so as not to interrupt with your --

3           excuse me -- so as not to interrupt you,

4           Mr. Mitchell, I'll have a continuing

5           objection.  The document speaks for

6           itself.

7                   Please answer Mr. Mitchell's

8           question.  Read that.

9    BY MR. MITCHELL:

10          Q     Can you read it?

11          A     "████████  ████████ █

12  ████████████  ████████. "

13          Q     Right.

14                And again what appears after

15   that?

16          A     My initials.

17          Q     And, again, below the initials in

18   parentheses it says ████████"?

19          A     Yes.

20          Q     And then do you see where it

21   says 3?

22          A     Yes.

23          Q     Can you read what that says?

24          A     "████████ ████████ █

25  ████ ██ ████████████ █

182

Thomas M. Moroughan

██████████████████████████."

Q        Did you initial after that?

A        Yes.

Q        And then could you just read Number 4?

A        "██████████████████  ████████

████████  █████  █ ████████████████████

████████████████████████████  ██

████████████████████████████████  █

█████████████████████

████████████████  ██████████████

██████."

Q        Okay.  Are there initials after that?

A        Yes.

Q        And did you write that?

A        Yes.

Q        "████," that is your writing?

A        Yes.

Q        You see below that, it -- now it says "█████  ████████" in bold letters?

A        Yes.

Q        Okay.  And then it has Number 1, right?

183

Thomas M. Moroughan

1

2     A       Yes.

3     Q       Okay.  And then tell me -- could

4   you read for me what it says?

5     A       "███ ████████████ ████████████

███   ████████ █ ██████ ████████ █████████ "

7     Q       Okay.  And then below it it says

8   "█████," am I right?

9     A       Yes.

10    Q       Did you write something there?

11    A       Yes.  It says "█████ ██████ "

12    Q       Did you write the word "Yes"?

13    A       Yes.

14    Q       That's your handwriting?

15    A       Yes.

16    Q       And then again the initials are

17  yours?

18    A       Yes.

19    Q       And then the second part --

20  excuse me.

21            Then it says Number 2, am I

22  right?

23    A       Yes.

24    Q       And it says -- what does it say

25  there?

184

Thomas M. Moroughan

1

2    A    "███████  ███████  ███████  ██

3    ████████  ██  ████████  ████"

4    Q    And again it says "█████,"

5    right?

6    A    Yes.

7    Q    And then the word "████" appears

8    and your initials?

9    A    Yes.

10   Q    And did you in fact write the

11   word "████"?

12   A    Yes.

13   Q    And you also wrote your initials?

14   A    Yes.

15   Q    And then the next -- it says

16   "████████  ████████," correct?

17   A    Yes.

18   Q    Is that your signature there?

19   A    Yes.

20   Q    Did you write that?

21   A    Yes.

22   Q    Okay.  I want you to take a look

23   at the body of the document.

24        Do you see where it says "State

25   of New York, County of Suffolk," if you go

185

1                    Thomas M. Moroughan

2     down about two-thirds down?

3                    MR. GRANDINETTE:  Under the date

4          and the police officer's signature?

5                    MR. MITCHELL:  Yes.

6     BY MR. MITCHELL:

7          Q      Do you see where it says, "I,

8     Thomas Moroughan"?

9          A      Yes.

10         Q      Mr. Moroughan, what is your date

11    of birth?

12         A      ███████, 1984.

13         Q      And you see where it says,

14    "██████████████," it says, "██████████

15    █████ ██████ ███ █████ ██ █████   ██████

16    █████," and then it says "██████ █, ██████"?

17                You see that?

18         A      Yes.

19         Q      Then there's a line struck

20    through "██████  ██████"?

21         A      Yes.

22         Q      Do you know what Ms. Mondo's

23    birthday is?

24         A      ██████  █████.

25         Q      And you notice it says

186

Thomas M. Moroughan

1    "▉▉▉ ▉▉," there's a line struck through

2    that, and then above it it says "▉▉▉▉▉,"

3    and then it's got initials?

4              You see that?

5         A    Yes.

6         Q    And do you see the one with the

7    circle around it?

8         A    Yes.

9         Q    Are those your initials?  Is that

10   "▉▉"?

11        A    It's really hard to tell on this

12   copy.  It looks like it.

13        Q    Again, you agree with me you were

14   born on ▉▉▉ ▉▉, 1984?

15        A    Yes.

16        Q    And as we go further it says:  "▉

17   ▉▉▉ ▉▉▉ ▉▉▉▉ ▉▉▉▉

18   ▉▉▉"?  You see that?

19        A    Yes.

20        Q    At the time did you in fact live

21   at ▉▉▉ ▉▉▉▉ ▉▉▉▉▉?

22        A    Yes.

23        Q    Now, as we go down -- I'm going

24   to go down through the document.

187

Thomas M. Moroughan

1

2     It says: "███████████ ████

3  ████ ████ █████ █ ███ █

4  ████ █ █████ ████ ████ ████

5  ████ ████ ██ █████████. "

6         And at that time were you in fact

7  driving a white Prius taxi for Dobro Express?

8     A    Yes.

9     Q    It says: "I███ █████ █

10 ████ ████ █ █████ █████ ███ █████

11 █ █████████ █████████e. "

12        Do you see that?

13    A    Yes.

14    Q    Were you in fact working a

15 6:00 p.m. to 6:00 a.m. shift?

16    A    Yes.

17        MR. SCHROEDER:  Can I speak to

18    you for a second before you ask the next

19    question?

20        MR. MITCHELL:  Okay.

21             ---

22        (A recess was taken.)

23             ---

24 BY MR. MITCHELL:

25    Q    This is in Exhibit C, Suffolk

188

Thomas M. Moroughan

1    County C, the portion of the document that

2

3    says:  "█████████  ██████  █

4    ██████  ████████  ███  ███  █  █████

5    ████████████████.  "

6                Now, Mr. Moroughan, you were

7    working a 6:00 p.m. to 6:00 a.m. shift,

8    correct?

9         A     Yes.

10        Q     And at 1:10 to 1:15 Ms. Mondo was

11   in the car with you, correct?

12        A     Yes.

13        Q     By the way, up until that point

14   had you told anybody that your shift was from

15   6:00 p.m. to 6:00 a.m., during that evening,

16   from the time you got to the hospital --

17                MR. GRANDINETTE:  If you know.

18        Q     -- to this point here?

19        A     I don't know.

20        Q     You don't know meaning you don't

21   remember if you did or not?

22        A     I don't remember if I did or not.

23        Q     When you were speaking to the

24   detectives from the Suffolk County homicide

25   section, did you in fact tell them that you

189

Thomas M. Moroughan

1   work the 6:00 p.m. to 6:00 a.m. shift?

2   A        I believe so.

3   Q        Did you tell them that Ms. Mondo

4   was with you during that period of time?

5   A        Yes.

6   Q        And did you tell them that:   "█

7   ██ ████████ ███ ██ ████████ ███

8   █." And "███ ████████ ███ █

9   ████" ?

10  A        Definitely not.

11  Q        Did you tell them you had been

12  working for the company for a week?

13  A        Yes.

14  Q        So in other words, that portion

15  of that statement that says █████████

16  ████ ██ ██ ████████ ███ █

17  ██ ████████ ███ █ █████ " --

18  MR. SCHROEDER:   There's a period

19  there.

20  MR. MITCHELL:   There is a period,

21  right?

22  MR. GRANDINETTE:   "█████

23  ████████ ███ ████████." 

24  BY MR. MITCHELL:

190

Thomas M. Moroughan

1

2      Q      So you are telling me that you

3  did tell them that you had been working there

4  for a week, correct?

5      A      Yes.

6      Q      And that was true, right, you had

7  been working there for a week?

8      A      Yes.

9      Q      But you did not say to them, I

10  was having a bad day?

11      A      No.

12      Q      Next it says:  "████  ██ █ ██

13  ████████ ██ ████████████████ █████."

14             Do you see that?

15      A      Yes.

16      Q      Did you tell the detectives that?

17      A      No.

18      Q      It says:  "███████████

19  ████████ █ █████████ ████████ ██ █" --

20  looks like "███" -- "█ ███ █████████ ███████

21  ██████ ████ █ ███."

22             Do you see that?

23             MR. GRANDINETTE:  "████ █████."

24  BY MR. MITCHELL:

25      Q      Pardon me.  "████████████ ███."

```
                                                    191
1                      Thomas M. Moroughan

2                      Do you see that?

3          A      Yes.

4          Q      And in fact sometime after

5    1:00 a.m. a blue Acura had in fact passed you,

6    correct?

7          A      Yes.

8          Q      And you flashed your high beams

9    at him, correct?

10         A      Yes.

11         Q      I believe you said to me earlier

12   that you got worried or upset by that, when he

13   flashed his high beams at you?

14                MR. GRANDINETTE:  Objection to

15         the form.

16                MR. MITCHELL:  Withdrawn.

17         Q      That you got worried and upset

18   when the car went around you?

19                MR. GRANDINETTE:  Objection to

20         form.

21                You can answer.

22         A      No.  I believe earlier I said

23   that I was upset and worried when the white

24   Infiniti came up behind me.

25         Q      When the blue car went around you
```

192

1         Thomas M. Moroughan

2    didn't you make a comment to Ms. Mondo?

3         A    Yes.

4         Q    And it then further says:  "█  ████

5    ████  █████████████████████████."

6              Do you see that?

7         A    Yes.

8         Q    Okay.

9              Then it says:  "█  █████████████

10   █████  ███████████████  ███████  ███  ██████

11   █████████."

12             Do you see that?

13        A    Yes.

14        Q    And a white car did in fact come

15   up behind you and flash his bright lights at

16   you, correct?

17        A    Yes.

18        Q    It says:  "███  ████  ████  █  ███

19   ██████" -- and you notice the document says

20   "████████████████████████"?

21             Do you see that?

22        A    Yes.

23        Q    But you'd agree with me that

24   there is a line struck through "██████" on the

25   word "██████████"?

193

Thomas M. Moroughan

2    A       Yes.

3    Q       And do you see that there's a

4    line struck through "█████████████"?

5            Do you see that?

6    A       Yes.

7    Q       Okay.  Above where the line is

8    struck through it says "█████████," correct?

9    A       Yes.

10   Q       And then above where "████████

11   █████" is struck through it says "████████

12   ████," am I right?

13   A       Yes.

14   Q       And when you were driving and the

15   person behind you flashed his brights you were

16   in fact on West Hills Road, am I right?

17   A       Yes.

18   Q       And you were travelling

19   westbound, am I correct?

20   A       Yes.

21   Q       You see where it says -- the word

22   "███████████" has the word "█████" above it?

23   A       Yes.

24   Q       And then there's some initials

25   next to it, to the left of the word "██████"?

194

1      Thomas M. Moroughan

2           MR. GRANDINETTE:  Right here.

3      A      Yes.

4      Q      If you know, are those your

5  initials?

6      A      Could be.

7      Q      And then you see where it says --

8  the word "███████████," above it says

9  "████████ ███"?

10      A      Yes.

11      Q      And then to the right there's

12  some initials?

13      A      Yes.

14      Q      Are those your initials?

15      A      Yes.

16      Q      Did you write them on the page?

17      A      Yes.

18      Q      Okay.  Did you write them on the

19  page after the detectives showed you the

20  correction from "███ ██████████" to "████

21  ████ ███"?

22           MR. GRANDINETTE:  Objection to

23      form.

24      A      I don't understand the question.

25      Q      Sure.

195

Thomas M. Moroughan

1       When you wrote those initials,

2
3   was that after you were shown the document and

4   shown that there had been a correction to

5   where it says "█████████████," that it was

6   corrected to say "████  ██████  ██████" --

7              MR. GRANDINETTE:   Objection

8        again.

9              MR. MITCHELL:   I'm not done.

10       Q        -- did you write your initials

11   there after being shown by the detectives that

12   correction?

13              MR. GRANDINETTE:   Objection to

14        form.   It presumes a fact not

15        necessarily in evidence.

16              But answer.

17       A        I had written my initials where

18   he had told me that he had made some mistakes

19   and he had asked me to initial here, here,

20   here, here, here.

21       Q        And when you put your initials,

22   you put them next to a spot -- for example,

23   where it says "████████████," you put your

24   initials next to that spot where it says

25   "██████" instead of "██████," correct?

196

Thomas M. Moroughan

1

2      A      I put them where the detective

3  told me to, yes.

4      Q      Fair enough.

5             But looking at the word

6  "████████," there's a line through that?

7      A      Yes.

8      Q      It says "████" above it?

9      A      Yes.

10     Q      That's where you initialed?

11     A      Yes.

12     Q      And by the way, the correction

13  from "████" to "████," that was an

14  appropriate correction; meaning you were in

15  fact traveling westbound?

16             MR. GRANDINETTE:  Objection to

17        the form.

18             You can answer the question.

19     A      Yes.

20     Q      Okay.

21     A      Southwest.

22     Q      And the change from "██████████

23  ████" to "██████████████," that was

24  consistent, meaning you were -- with what you

25  were doing, meaning you were in fact

197

```
1                  Thomas M. Moroughan

2    travelling on West Hills Road?

3         A      Yes.

4         Q      And that's where you put your

5    initials, am I right?

6         A      Yes.

7         Q      The next sentence says:  ████

8    ████████ " --

9                 MR. GRANDINETTE:  "██████

10   ███ "?

11                MR. MITCHELL:  Actually, the end

12        of that sentence -- to make that

13        clear -- the sentence I just read said:

14        "███ ████ ████ ▌████████████████

15        █████ █████████ ████████████████." "

16             The way I just read it was with

17        the corrections.

18   BY MR. MITCHELL:

19        Q      "███████████████████ ▌

20   ███ ██████████████████ ████████." "

21             Do you see that?

22        A      Yes.

23        Q      The white car in fact did pass

24   you, am I right?

25        A      Yes.
```

198

Thomas M. Moroughan

1

2      Q       Did you get pissed off at that

3  point?

4              MR. GRANDINETTE:  Objection;

5      asked and answered.

6              You can answer the question.

7      A       I got upset.

8      Q       Did you tell the detectives that

9  you got upset when the white car passed you?

10     A       I don't recall.

11     Q       You did in fact get upset?

12     A       I got upset, yes.

13     Q       So that statement, "███████ ███

14  ████████ ▐ ████████████ ▐ ████████

15  ███ ███," would be true?

16     A       No.

17     Q       Were you pissed off when the car

18  passed you?

19     A       I was upset.

20     Q       All right.

21             So if the statement said, the

22  white car passed me and I got upset and

23  followed their cars, that would be true?

24     A       No, I didn't follow their cars.

25     Q       So the statement says, "████████

199

Thomas M. Moroughan

1    ████████████," that part of it is correct?

2

3    A      Yes.

4    Q      And then although it says "████████

5    ██," you did get upset?

6    A      Yes.

7    Q      Then it says, "██████████ ██

8    ████ ███████████ █████████████████████."

9           Did you in fact drive west on

10   West 19th Street?

11   A      Yes.

12   Q      Then north on Oakwood Road?

13   A      Yes.

14   Q      Then it says: "██ ████████████

15   █████ ██████ ████████████████████

16   ██████" -- and I don't know if that is a

17   street, but it has an S.  It's cut off.

18          Do you see that?

19          MR. GRANDINETTE:  Brian, could I

20   just -- sorry again for interrupting.

21          I believe that you accurately

22   read into the record what we presume the

23   statement would read, like "██████████"

24   and "████████," however, I just want to

25   state for the record that my copy of

200

Thomas M. Moroughan

1  this statement is cut off.  I don't want

2  to interrupt you, but at some point we

3  will have to track down the --

4        MR. MITCHELL:  No, that's fine.

5  Let me just clarify.

6        The copy of the statement I have

7  has -- the far right is cut off at the

8  end of the sentence.

9        At this point I represented it

10  saying certain things that, the word

11  I'll use is, I don't think -- I'm going

12  to actually say this -- makes a

13  difference.

14        Mr. Grandinette, if you think

15  there is something that is of

16  significance, please let me know.

17  Obviously we've got -- I'm sure there's

18  a copy of this that will have the full

19  writing.  I'll get it.

20        But at this point I understand

21  your objection.  I'm going to proceed

22  with it as-is.  Of course he can either

23  say it doesn't say that -- but I

24  appreciate exactly what you're saying.

```
                                                    201
 1                    Thomas M. Moroughan

 2                    MR. GRANDINETTE:  Okay.

 3      BY MR. MITCHELL:

 4           Q       When you saw the two cars, the

 5      white car and the blue car, they were in fact

 6      parked on the side of Oakwood Drive, am I

 7      right?

 8           A       No.  It was Oakwood Road.

 9           Q       Oakwood Road and at Tippin

10      Street?

11           A       Tippin Drive.

12           Q       But they were parked on the side,

13      Drive or Street aside, on Oakwood and Tippin,

14      correct?

15           A       Yes.

16           Q       Did you tell the detectives that,

17      that the cars were at the side of Oakwood and

18      Tippin when they were stopped?

19           A       Probably, yes.

20           Q       You then said:  "▮ ██████████

21      ████████████████████████████   ████████████

22      ████████ ."

23                   And you did in fact do that,

24      right?

25           A       Yes.
```

```
1              Thomas M. Moroughan
2        Q     Rolled down your passenger
3   window?
4        A     Yes.
5        Q     It says:  "I████████████████
6   ████████ ███████████ ███████████" -- I guess
7   contextually that should be, "████████████ ██
8   ████ ███████ ████████████ ██ ███████████" -- and
9   then it has quotations, "████████, ██ ██████
10  ████████ ███ ███████ ███████,'" end
11  quotations.
12              You did in fact roll down the
13  window and yell to the guy, "███████, ██
14  ███████████," right?
15       A     No.  It wasn't those words.
16       Q     What did you say?
17       A     I said that they were going to
18  hurt somebody and that they were driving like
19  an asshole.  Where did you get your fucking
20  license from.
21       Q     You did curse, correct?
22       A     Yes.
23       Q     Then it says:  "█ █████████ ██
24  █ █████, ███████████ ██████."
25              You agree with me the guy in the
```

203

```
 1                      Thomas M. Moroughan
 2      white car did then curse back at you, right?
 3              A       Yes.
 4              Q       And then he also then -- he also
 5      then said something after that about your
 6      girlfriend, right?
 7              A       Yes.
 8              Q       And then you said something to
 9      him, right?
10              A       Yes.
11              Q       And then he yelled -- I think you
12      even indicated he yelled loudly:  "████████
13      ████████████?"
14              A       I yelled -- after he said the
15      thing about my girlfriend I started to get out
16      of my car and I yelled at him:  "█████ ███████
17      ██████."
18                      He got out and he was screaming
19      at the top of his lungs:  "████████████████
20      ████████████████████."
21              Q       You agree with me that in fact
22      you were yelling back and forth?
23              A       Yes.
24              Q       Further it then says:  "█████ █
25      ████████████████████████████████
```

204

1          Thomas M. Moroughan

2    ███████ ███████████████ ████ ██ ██ ██ ██

3    ████ ████ ████████████ █ ██ ██ ████████

4    ██."

5              Now, you in fact did go to get

6    out of your car, correct?

7         A     Yes.

8         Q     And the guy in the white car got

9    out of his car?

10        A     Yes.

11        Q     I believe you indicated when the

12   guy in the white car got out, that's when the

13   guy in the blue car got out as well?

14        A     Yes.

15        Q     Then it says, "█ ████" -- pardon

16   me.  I'll finish that sentence.

17             It says:  "████████ ██████████

18   ██" -- I'm sorry.  Pardon me.

19             It says:  ████████ ████████

20   ██ ██████████████ ███ █ ██ ██ ██ ██ ██

21   ██ ██ ███ ██████████████ █ ███████

22   ███████ █ ███ ████ █████ ███."

23             The next sentence says:  "█ ███

24   ███ ██████ ██████ ████████████████

25   ██."^ he misread

205

1                  Thomas M. Moroughan

2                  Do you see that?

3      A     Yes.

4      Q     Okay.  And you in fact did get

5 back in your car and back up the car, correct?

6      A     Yes.

7      Q     "█ ██████████████████ ████

8 █ ████████████████ █████████████" -- excuse

9 me -- "█ ████████" -- and again that's cut

10 off.  I believe it says "████████." I may be

11 wrong:

12           "█ ███████████████ ██ ██

13 █ ███████████ █████████ ██ ██

14 █ ██████████" --

15         MR. GRANDINETTE:  I think there's

16     a period.

17         MR. MITCHELL:  Probably there is

18     a period there.

19      Q     "███ ██ █████████ ████████ █

20 █ ████████ █████████████ ██████████████

21 █ █ ██████ ██████████ ."

22            Do you see that?

23      A     Yes.

24      Q     Did the guy in the white car

25 start walking towards your car?

206

```
1                    Thomas M. Moroughan
2          A      Yes.
3          Q      Did you in fact rev your engine?
4          A      No.
5          Q      When you put your car in reverse,
6    is that when you put your foot on the gas to
7    make the car go in reverse?
8          A      Yes.
9          Q      "█ ████  ██████████████  ████
10   ██████  ███████████  ██████  ████████████
11   ███."
12                Do you see that?
13         A      Yes.
14         Q      Am I correct earlier you
15   indicated that after going in reverse you put
16   the car in drive and the car moved forward?
17         A      Moved to the left, yes.
18         Q      But it moved in a forward
19   direction to the left?
20         A      Yes.
21         Q      "█ ████████████████  ████
22   █████  ████  █████████████ ▌ ███ ▌ ███
23   ███."
24                Am I correct earlier you
25   indicated to me that it was at that point that
```

207
1                    Thomas M. Moroughan

2     you saw the muzzle flash from the gun?

3          A      Yes.

4          Q      And then you believed that you

5     had been shot?

6          A      Yes.

7          Q      Continuing on at the bottom of 2

8     to 3.

9          ██ ██ █████████████

10    ████████████████████ █ █████████ . "

11               Do you see that?

12         A      Yes.

13         Q      Did you see that to the

14    detective?

15         A      No (laughing).  ^ Check

16         Q      The next sentence --

17               MR. GRANDINETTE:  Indicating, for

18          the record, laughing as he answered the

19          question.

20    BY MR. MITCHELL:

21         Q      The next sentence says:  "█████

22    █████ █████████████ █████████████

23    ███████ ████████████████████ █

24    ██ █████ "

25               Did the guy in fact come up to