259

Thomas M. Moroughan

1   put in a demand, Tony.  I ask for

2   digital copies of those photos in their

3   digital form.  Keeping sure to secure

4   all metadata that would be part of the

5   digital file.  In other words, a

6   printout of the photograph will not

7   satisfy our request.  We ask for the

8   digital file itself; whether it be on a

9   memory stick, USB stick, or a disk, a

10  DVD, that's sufficient to provide, if we

11  have the access to the metadata as part

12  of that digital file.

13                    ---

14            (Request for Production)

15                    ---

16          MR. GRANDINETTE:  Okay.

17          MR. MITCHELL:  Those photographs

18  were taken by your camera, correct?

19  Which is a digital camera?

20          THE WITNESS:  Everything.

21          MR. GRANDINETTE:  Did you take

22  those photographs or did somebody else?

23          THE WITNESS:  The two at the

24  hospital, of the taxi from the hospital

260

1                    Thomas M. Moroughan

2          scene, was taken by someone else.

3                    MR. GRANDINETTE:   Okay.

4    BY MR. SCHROEDER:

5          Q     And by -- on your phone, or did

6    he send them to you?

7          A     I believe they were sent to me.

8          Q     You have them saved now on your

9    phone?

10         A     Yes.  Saved on my memory card.

11                MR. MITCHELL:  And the ones of

12               the wound you took yourself with your

13               camera?

14                THE WITNESS:  Yes.

15   BY MR. SCHROEDER:

16         Q     The ones of the cab after it was

17   released to your boss from impound, did you

18   take those?

19         A     Yes.  On my phone.  It was a

20   different phone back then, but...

21         Q     Tell me your date of birth.

22         A     ████84.

23         Q     Have you ever been married?

24         A     No.

25         Q     Do you have any biological

261

Thomas M. Moroughan

1   children?

2           A       Yes.

3           Q       How many?

4           A       Three.

5           Q       What are their names and ages?

6           A       ███████ ^ chk splg.  She's 10.

7           Q       Where does she live?

8           A       In Florida.

9           Q       What is her mother's name?

10          A       Jessica.

11          Q       Last name?

12          A       C███████ ^ check.

13                  ██████.  She's 5.  Her mother's

14  name is Shawna ██████.

15          Q       S-H-A-W-N-A?

16          A       Yes.

17          Q       ████████  ██████████████

18          A       Yes.

19          Q       Where does she live?

20          A       Tennessee.

21                  And then ██████.  She's -- he is

22  21 months.

23          Q       Did you say ████████?  That's a

24  girl?

262

1                    Thomas M. Moroughan

2         A        ████.   A boy.  He is

3    21 months.  And that's with Kristie Mondo.

4         Q        What's ████ s date of birth?

5         A        ███/13.

6         Q        Have you ever previously been

7    convicted of a crime?

8         A        Yes.

9         Q        How many times?

10        A        Twice.

11        Q        What were you convicted of?

12        A        I was convicted of attempted

13   criminal contempt.  I violated an order of

14   protection.

15        Q        What state was that?

16        A        New York.

17        Q        Who had an order of protection

18   against you?

19        A        Jessica Cushing ^ .

20        Q        Here in New York?

21        A        No.  The order of protection was

22   actually in Manatee County, Florida.

23        Q        That's where it was issued?

24        A        Yes.

25        Q        Were you and Jessica Cushing ^

263

Thomas M. Moroughan

1   living down there in Florida?

2

3       A       Yes.

4       Q       Why did Jessica Cushing ^  get an

5   order of protection against you?

6       A       Me and her had broken up and I

7   was really upset.  And I left -- I left her

8   a few voice mails, just trying to beg her to

9   give me a another chance.  She'd asked me not

10  to call her anymore.  And I still did.  So she

11  went and got a restraining order for

12  harassment.

13      Q       Did you ever make any threats on

14  any of those phone calls?

15      A       No.

16      Q       There was an order of protection

17  issued?

18      A       Yes.

19      Q       How did you violate the order?

20      A       Me and her got back together.  We

21  moved back up to New York.  We were living on

22  Vets Highway.  I don't remember what town it

23  was.  It might have been Holbrook.  And we got

24  into an argument.  Police were called.  And

25  they found out about the order of protection

264

1              Thomas M. Moroughan

2     from Florida and I was arrested.

3          Q     You wound up pleading guilty?

4          A     Yes.

5          Q     Was that in Suffolk County?

6          A     Yes.

7          Q     Do you remember what year that

8     was?

9          A     I want to say '06.  '06.

10         Q     Do you still speak with Jessica

11    Cushing ^ ?

12         A     No.

13         Q     When was the last time you spoke

14    with her?

15         A     I personally speaking to her?

16         Q     Yes.

17         A     Years ago.

18         Q     How about it ██████ ^ ; do you

19    see ██████ ^ ?

20         A     I haven't seen her since she

21    was 3.

22         Q     How about ██████ and Shawna

23    Atkins?  Is Shawna living in Tennessee now?

24         A     Yes.

25         Q     Did you live in Tennessee with

265

Thomas M. Moroughan

1
2    her?

3          A      I lived in Tennessee, yes.

4          Q      With her?

5          A      No, we didn't live together.

6          Q      Is Miss Atkins from New York or

7    Tennessee?

8          A      Tennessee.

9          Q      Did you meet down there?

10         A      Yes.

11         Q      When was the last time you spoke

12   with Shawna Atkins?

13         A      A few months ago.

14         Q      How about ██████; do you still

15   see ██████?

16         A      No.

17         Q      When was the last time you saw

18   ██████?

19         A      Never.

20         Q      Why were you talking to Shawna

21   Atkins?

22         A      I think I asked -- I think I was

23   asking how ██████ was doing.

24         Q      Did you ever have any domestic

25   issues with Shawna Atkins?

266

<pre>
 1                    Thomas M. Moroughan

 2         A       No.

 3         Q       I just want to talk to you a

 4  little bit about your relationship with Risco

 5  Lewis.

 6         A       Okay.

 7         Q       When was the last time you spoke

 8  with Ms. Lewis?

 9         A       Last week.

10         Q       When was the last time you saw

11  Ms. Lewis?

12         A       November, I believe.  Roughly

13  November.

14         Q       You didn't see her during the

15  Christmas holiday or anything?

16         A       No.

17         Q       What did you speak about last

18  week with Ms. Lewis?

19         A       When I was going to be able to

20  bring Dominic over.

21         Q       Did you speak about anything

22  else?

23         A       Not that I can recall.

24                 How you doing.

25         Q       When was the last time you spoke
</pre>

267

1              Thomas M. Moroughan

2     with Ms. Lewis about this matter, this case?

3              MR. GRANDINETTE:  Objection to

4          form.  Presumes a fact not in evidence.

5              But answer.

6          A      That I personally?  I couldn't

7     even tell you.  Years.  She doesn't like to

8     talk about it at all.

9          Q      You've been to Risco's house?

10         A      Yes.

11         Q      When was the last time you were

12    there?

13         A      Maybe August, September.

14         Q      And the last time Ms. Lewis was

15    at your house?

16         A      I don't even know.  I don't know

17    if she's ever been to my house.

18         Q      You don't recall her ever being

19    at your house?

20         A      No.

21         Q      Now, earlier you had mentioned

22    that -- well, as a result of this incident on

23    February 27, 2011 you were charged with

24    certain crimes?

25         A      Yes.

268

1                    Thomas M. Moroughan

2         Q      And what were you charged with?

3         A      Reckless endangerment and

4    Assault 2.

5         Q      And your attorney on that matter?

6         A      William Petrillo.

7         Q      And how was it that you came to

8    have William Petrillo as your attorney?

9         A      Recommendation from -- I believe

10   actually Risco called him.

11        Q      And when did he become your

12   attorney?

13        A      February 27, 2011.

14        Q      And for this civil matter your

15   attorney is Mr. Grandinette?

16        A      Yes.

17        Q      He has been present with you at

18   any 50H's or your deposition here today?

19        A      Yes.

20        Q      Who referred you to

21   Mr. Grandinette?

22        A      Actually I was looking online,

23   and -- for civil rights lawyers.  And three

24   names popped up that were very common:

25   Mr. Grandinette of course, Fred Brewington,

269

1              Thomas M. Moroughan

2     and Bruce Barket.

3              Those were the three that I was

4     looking at.

5              Bruce Barket didn't have a lot in

6     the civil rights part of it.  And Tony had a

7     lot with like false confessions and stuff like

8     that that I saw.

9              And -- I mean, I did ask Bill,

10    you know, what he thought of the three lawyers

11    that, you know -- the last three that I was

12    thinking of, and he said that they were all

13    really good and that either one of them would

14    do a really good job.

15             So I met with Tony and I ended up

16    choosing Tony.

17        Q       Did Ms. Lewis make any

18    recommendation as to who you should have as

19    your lawyer?

20        A       Civil rights?  No.

21        Q       But your original -- the original

22    way that you came to Mr. Grandinette was just

23    going on the internet?

24        A       Yes.  It was research.

25        Q       Did you ask Ms. Lewis who she

270
1          Thomas M. Moroughan

2     might recommend before going on the internet?

3          A     No.

4          Q     Did you ask Mr. Petrillo who he

5     might recommend, before going on the internet?

6          A     No.  He just told me, you know,

7     research, you know, Long Island lawyers.

8     Civil rights.

9          Q     Have you read any newspaper

10    accounts with respect to this incident?

11         A     Yeah.

12         Q     And in what papers?

13         A     Newsday mainly.  Actually, I

14    think that's the only one.

15         Q     Have you seen pictures of

16    yourself in Newsday?

17         A     Yes.

18         Q     Have you seen pictures of other

19    people related to this case in Newsday?

20         A     Yes.

21         Q     About how many articles have you

22    read in Newsday related to the case?

23         A     Probably around ten.

24         Q     You mentioned some people that

25    you had contact with at Huntington Hospital.

271
1              Thomas M. Moroughan

2     You mentioned some Suffolk County detectives?

3          A     Yes.

4          Q     You indicated that the written

5     statement that we've discussed as Suffolk

6     County Exhibit C today you met with two

7     Suffolk detectives?

8          A     Yes.

9          Q     Did you come to learn their

10    names?

11         A     Yes.

12         Q     What were their names?

13         A     Detective Tavares and Detective

14    Leser.

15         Q     And the person that you've

16    testified as shooting you, did you learn his

17    identity?

18         A     Yes.

19         Q     What is his name?

20         A     Former Police Officer Anthony

21    DiLeonardo.

22         Q     When you say "former Police

23    Officer," you received information that he is

24    no longer a police officer in Nassau County?

25         A     From what the newspaper

272

1                       Thomas M. Moroughan

2    said, yes.

3         Q       What did you read about that?

4         A       Just that he was fired.

5         Q       As a result of this incident?

6         A       I'm imagining that it would be a

7    result of this incident.  But --

8         Q       I don't want you to imagine.

9                 Did you read anything in the

10   article that indicated that he was fired for

11   something other than this incident?

12        A       No, not other than this incident,

13   no.

14        Q       And the other -- the person who

15   you say exited the blue Acura, did you learn

16   his identity?

17        A       Yes.

18        Q       Who did you learn him to be?

19        A       Police Officer Edward Bienz

20   ["Bynz"], Bienz ["Beenz"].  I don't know how

21   to pronounce the last name.^ chk me please

22        Q       Have you seen photos of him in

23   that newspaper?

24        A       Yes.

25        Q       Have you seen photos of

273

1                          Thomas M. Moroughan

2     Mr. DiLeonardo?

3          A      Yes.

4          Q      There came a time that you

5     brought a lawsuit against Deputy Chief of

6     Patrol John Hunter?

7          A      Yes.

8          Q      Fair to say that you've never met

9     Deputy Chief of Patrol John Hunter?

10         A      Not that I can recall, no.

11         Q      You've seen a picture of him in

12    the newspaper, right?

13         A      I don't remember, no.  I don't

14    think so.

15                        ---

16              (Defendants' JH Exhibit A,

17         photograph, was marked for

18         identification)

19              (Defendants' JH Exhibit B,

20         photograph, was marked for

21         identification)

22              (Defendants' JH Exhibit C,

23         photograph, was marked for

24         identification)

25              (Defendants' JH Exhibit D,

274

1                   Thomas M. Moroughan

2        photograph, was marked for

3        identification)

4                   (Defendants' JH Exhibit E,

5        photograph, was marked for

6        identification)

7                   (Defendants' JH Exhibit F,

8        photograph, was marked for

9        identification)

10                  (Defendants' JH Exhibit G,

11       photograph, was marked for

12       identification)

13                          ---

14   BY MR. SCHROEDER:

15       Q       You had a -- have you seen some

16   photographs in this case of some of the

17   different people who you've sued?

18       A       Just the people, whoever was like

19   in the paper.

20       Q       Other than seeing them in the

21   newspaper, have you seen pictures?

22       A       No.

23       Q       Take a look at what has been

24   marked as A.  Just tell me if you recognize

25   the person depicted in A.

275

Thomas M. Moroughan

1      MR. GRANDINETTE:  Just for the

2      record, the -- there is a piece of

3      cardboard across the bottom of the

4      photograph.  I am assuming that is

5      right now just to hide the identify of

6      the person in the photo?

7          MR. SCHROEDER:  That's correct.

8  A      Anthony DiLeonardo.

9  Q      Is that the way Mr. DiLeonardo

10 appeared on February 27th, 2011?

11 A      No.

12 Q      How did look different on that

13 day?

14 A      His hair was a little longer.

15     MR. GRANDINETTE:  Can I just look

16     at A for one second, please.

17     MR. SCHROEDER:  Sure.

18     Can I keep moving?

19     MR. MITCHELL:  Sure.  ^ Who said

20     this?

21 BY MR. SCHROEDER:

22 Q      This is B.  Tell me if you

23 recognize that person.

24     MR. GRANDINETTE:  So I don't

276

1          Thomas M. Moroughan

2          interrupt you each time, I'm going to

3          assume that the piece of cardboard will

4          be there to cover the name plate?

5          MR. SCHROEDER:  Correct.  That is

6          the only purpose.

7     A     Edward Bienz.

8     Q     Have you seen pictures of him in

9     the newspaper?

10    A     Yes.  That's actually the picture

11    I saw of him in the newspaper.

12    Q     Just so there's no drama here,

13    you now are seeing A and B with nothing

14    covering the photos, right?

15    A     Yes.

16    Q     How about with respect to Edward

17    Bienz; does he look -- does he look different

18    than he looked --

19    A     He looks just about the same.

20    Q     As February 27th, 2011?

21    A     Yes, sir.

22    Q     Take a look at C.  Do you

23    recognize that person?

24    A     No.

25    Q     You don't recognize -- have you

277

1                    Thomas M. Moroughan

2    ever seen a picture of this person in the

3    newspaper?

4          A       I believe so, yes.

5          Q       This is D.  Do you recognize that

6    person?

7          A       Yes.

8          Q       Who do you recognize that to be?

9          A       Don't remember the name.  I've

10   definitely seen him in the newspapers.

11         Q       Fair to say you did not have any

12   personal contact with this person on

13   February 27, 2011?

14         A       Me personally, no.

15         Q       You did not -- you did not meet

16   that person on February 27th, 2011, is that

17   correct?

18         A       Correct.

19         Q       When you say "me personally" --

20         A       He kind of looks like the guy who

21   was talking to the Suffolk detectives outside

22   my room.

23         Q       You're not certain?

24         A       Not certain.

25         Q       This is E.  Do you recognize that

278

Thomas M. Moroughan

1    person?

2         A      No.

3         Q      Did you have any contact with --

4    personal contact with that person?

5         A      No.

6         Q      You indicated that, with respect

7    to D, you said you are not certain if this is

8    the person you saw with -- talking to Suffolk

9    detectives outside your room.

10               Whoever it was that you saw

11   talking to the detectives outside the room, is

12   it fair to say you didn't hear the

13   conversation?

14        A      Yes, I didn't hear the

15   conversation.

16        Q      This is F.  Do you recognize the

17   person depicted in this photo?

18        A      He looks familiar.  I couldn't

19   tell you.

20        Q      Do you have any recollection of

21   meeting that person on February 27, 2011?

22        A      No.

23        Q      Do you know the person's name?

24        A      No.

279

Thomas M. Moroughan

1  Q       This is G. Again, I'm using the

2  cardboard at this point on the photograph.

3         Do you recognize that person?

4  A       Yes.

5  Q       How do you recognize that person?

6  A       He was the -- he was the Nassau

7  guy with the -- I want to say he was the

8  Nassau guy in uniform that I saw speaking to

9  Meaney.

10 Q       Did you have any personal

11 conversation with the person depicted in this

12 photo?

13 A       No.

14 Q       Did you hear what this person was

15 talking to Officer Meaney about?

16 A       No.

17         MR. CLARKE: What exhibit is

18         that?

19         MR. GRANDINETTE: G. Defendants'

20         JH G.

21         MR. CLARKE: You don't know that

22         person's name, in the photograph?

23         THE WITNESS: No.

24         MR. GRANDINETTE: At an

280

1                    Thomas M. Moroughan

2          appropriate time I'd just like to get

3          copies of those, front and back.

4                    MR. SCHROEDER:  No problem.

5     BY MR. SCHROEDER:

6          Q      You had mentioned you saw some

7     photos out at the scene of the shooting.

8                    Where did those photos come from?

9          A      I believe they were from the

10    forensic report.

11         Q      Do you remember how many photos

12    there were?

13         A      No.  A few.  Five, six maybe.

14         Q      Can you give me an idea what you

15    recall seeing in those photos?

16         A      The entry points of the bullets

17    entering the windshield, the angle.

18                    The gun that was on the floor of

19    the back seat.

20         Q      Of the cab?

21         A      Yes.

22                    Blood -- the blood on the

23    doorsill.

24         Q      Have you ever seen any pictures

25    of the inside of the cab -- of the Prius cab?

281

Thomas M. Moroughan

1

2      A       What do you mean?  Like where on

3  the inside?

4      Q       Anywhere.  Did you see any photos

5  of the interior of the cab?

6      A       Yeah, I saw where the bullet

7  entered the backseat.

8      Q       Yes.

9      A       Blood on the steering wheel.

10  Blood on the -- and then I saw pictures of the

11  glass on the ground at the scene.

12      Q       I want to talk to you about the

13  people you've discussed this matter with.

14              I don't want to talk to you at

15  all about any conversations you've had with

16  your attorneys.

17      A       Okay.

18      Q       Okay.

19              Who do you recall speaking about

20  this case with?

21      A       Well, my fiancée of course,

22  Kristie Mondo.

23      Q       When did she become your fiancée?

24      A       Around Christmas of that year.

25  December of 2011.

282

Thomas M. Moroughan

1

2    Q        When you say -- women are

3  sensitive about these things.

4            When you say around then, do you

5  remember the day you proposed to your fiancée?

6    A        I want to say around the 20th --

7    Q        Of December?

8    A        -- of December.

9            Because I did it in front of the

10 tree in the city.

11   Q        So you've been engaged for a

12 little over three years now?

13   A        Yes.

14   Q        Have you set a date for the

15 wedding?

16   A        No.

17   Q        Have you ever been engaged

18 before?

19   A        Yes.  Once.

20   Q        Who were you engaged to?

21   A        Jessica Cushing.

22   Q        Okay.

23            So you mentioned Kristie Mondo.

24            Who else?

25   A        What do you mean?

283

Thomas M. Moroughan

1    Q       Who else have you spoken to about

2

3    this case?

4    A       Sylvia Freed, my therapist.

5    Q       Right.

6            Risco Lewis?

7    A       Yeah, we've spoken.  But never

8    really in detail about anything.  But yeah,

9    I've spoken to her about it.

10   Q       Okay.

11   A       I mean -- let me ask a question.

12   Is it okay if I ask a question about this

13   question?

14   Q       First tell me -- you can ask a

15   question at the end.

16           First tell me who you remember

17   speaking to about this case.

18   A       That's what I'm trying to say.

19   Speaking at all?  Or in detail?  Or just

20   saying, you know, this --

21   Q       Why don't you distinguish for me,

22   who have you discussed the case in detail

23   with?

24   A       In detail, with just those

25   people.  I really don't like to talk about it.

284

Thomas M. Moroughan

1       I mean, I've had people:  You're

2    the cab driver that was on the news?  Yes.

3            You know?  But it's never been a

4    conversation of this is what happened or

5    anything else.  I have no interest in talking

6    about it.  It bothers me.  Point blank.  It's

7    a thing of, if I didn't have to -- if I didn't

8    have to talk about it here, I wouldn't even

9    want to.

10       Q       Do you have any friends?

11       A       Yes.

12       Q       Have you ever discussed it with

13    any of your friends?

14       A       No.

15       Q       You never told any of your

16    friends what happened, harrowing experience?

17       A       No.

18       Q       Could you show us that tattoo on

19    your arm again, please?

20       A       Sure.

21                       ---

22            (The Witness complies.)^

23                       ---

24    BY MR. SCHROEDER:

285

1                    Thomas M. Moroughan

2          Q        I was far away before.  I didn't

3    know I was looking at a tattoo.  I just want

4    to talk a little about it now.

5                    Tell me -- point to the wound

6    itself.

7          A        Right there (indicating).

8          Q        Okay.  In the middle of that

9    circle?

10         A        Yes.

11                  MR. GRANDINETTE:  Just for the

12              record, the witness is using his middle

13              finger to point to a circle on his left

14              forearm.

15   BY MR. SCHROEDER:

16         Q        And from that circle is there red

17   coming down?

18         A        Yes.

19         Q        Now tell me, what is tattoo and

20   what is wound?

21         A        The coloring is tattoo.

22         Q        What coloring is tattoo?

23         A        Red.

24         Q        Now, there is sort of some

25   darkened color around the circle.  Is some of

286

Thomas M. Moroughan

1   that the tattoo?

2   A       Yes.

3   Q       So the wound itself is the same

4   color as the rest of your skin?

5   A       It is a little bit lighter.

6   Q       Is there less hair in that spot

7   than the rest of your forearm?

8   A       Yes.

9   Q       There are some -- there are like

10  two red lines coming from the bottom of the --

11  what you described as the wound down towards

12  your hand.  One is longer than the other.

13          That is both tattoo?

14  A       Yes.

15  Q       And then there are some red dots

16  up on top of the circle.  Is that also tattoo?

17  A       Yes.

18  Q       And then some of the darker color

19  around the wound is tattoo?

20  A       Yes.

21  Q       Describe for me what tattoo you

22  have your chest?

23  A       Red color lines coming down.

24  Q       Same tattoo artist did the chest

287

1      Thomas M. Moroughan

2   as the arm?

3         A      Yes.

4         Q      At the same time?

5         A      Yes.

6         Q      And when do you think you had the

7   tattoo done?

8         A      August or September of 2011.

9         Q      Why did you get the tattoos?

10        A      I want to say I did it to cover

11  up the scar.  I had people, you know, that --

12  I was at a pool party.  I had somebody ask me

13  what the scar was on my chest.  For something

14  I didn't want to talk about.  So instead

15  people are like cool tattoo, instead of what a

16  nasty scar.

17        Q      I want to --

18        A      When I looked in the mirror as

19  well, it bothered me.  It gave me a bad

20  memory, where I figured if I thought I made

21  almost like a piece of art or something out of

22  it.

23               Like, it made it so it didn't

24  bother me as much looking in the mirror or

25  looking at it.

288

Thomas M. Moroughan

1    Q       Has anybody asked you about the

2

3    tattoos?

4    A       No.

5    Q       Nobody ever said -- like in other

6    words, it's not an eagle or it doesn't say

7    "Mom."  Has anybody asked you what the tattoos

8    are for?

9    A       No.  I had somebody actually say

10   I was bleeding, but...

11   Q       What did you tell them?

12   A       I told them no, it was a tattoo.

13   I don't -- I don't go into detail.

14   Q       With your attorney's permission

15   I'd like to see the tattoo on your chest that

16   is part of the wound that you're alleging in

17   this incident.

18   MR. GRANDINETTE:  Sure.

19   MR. SCHROEDER:  Pardon me.  I

20   want to come closer to it.

21   ---

22   (The Witness complies.)^

23   ---

24   BY MR. SCHROEDER:

25   Q       Now, I'm going to describe this.

289

Thomas M. Moroughan

1     You can help me if I'm wrong.

2            But this would be above and to

3     the left of your right nipple; is that fair to

4     say?

5          A     Yes.

6          Q     Approximately three inches from

7     your right nipple?

8            And I am talking about the wound.

9          A     Yes.

10         Q     Now, the wound portion, is it

11    fair to say that that's the circular part,

12    lighter circular part that is largely

13    surrounded by red?

14         A     Yes.

15         Q     And all the red areas in and

16    around that, is that all tattoo?

17         A     Yes.

18         Q     And some of this slightly darker

19    pigment around the circle, that is also

20    tattoo?

21         A     Yes.

22         Q     Thank you.

23           MR. GRANDINETTE:  We will provide

24           you with photographs of both scars.

290

1      Thomas M. Moroughan

2           MR. SCHROEDER:  If we need better

3      photos, fine.  But that should suffice.

4      Thank you, Mr. Grandinette.

5   BY MR. SCHROEDER:

6      Q      I want to make sure I understand

7   what you were saying about the tattoos and the

8   scar.

9           Prior to getting the tattoos,

10  nobody said to you that's a cool tattoo; is

11  that right?  Like nobody mistook the scar for

12  a tattoo, do I have that right?

13     A      No, nobody mistook the scar for a

14  tattoo.

15     Q      I'm going to show you what's been

16  marked as Exhibit -- JH Exhibit D again.

17          The person depicted in that

18  photo, you have no recollection of ever

19  speaking to him, is that correct?

20     A      Correct.

21     Q      Fair to say you've never heard

22  him speak before?

23     A      Hear his voice?  No.

24     Q      After February 7, 2011, did

25  anybody from the Suffolk County District

291

1          Thomas M. Moroughan

2    Attorney's Office ask to interview you with

3    respect to this incident?

4                MR. GRANDINETTE:   I'm sorry.   Did

5          you say February 7th?

6          Q      February 27th.

7                After the incident of

8    February 27, 2011, did anybody at the Suffolk

9    County District Attorney's Office ask to

10   interview you?

11         A      Not until three years ago.

12         Q      And when do you think you

13   remember that being?  February 2014, is that

14   what you're saying?

15         A      No.  It was like, I want to

16   say September -- September of '13.  Like

17   two-and-a-half years later.

18         Q      Who requested to interview you?

19         A      I don't even know.

20         Q      You believe it was from the

21   Suffolk County DA's Office?

22         A      Yes.

23         Q      Did you agree to be interviewed

24   by them?

25         A      No.

292

Thomas M. Moroughan

1    Q     Why not?

2          MR. GRANDINETTE:  I will just

3    object to the form.  He doesn't know who

4    asked to interview him.

5          MR. SCHROEDER:  I'll accept the

6    objection, but I just don't want a

7    speaking objection.

8          MR. GRANDINETTE:  The only other

9    thing is, I think that you are delving

10   into the realm of attorney/client

11   privilege between Mr. Moroughan and his

12   criminal attorney.

13         But, if you can -- Frank, can you

14   repeat the question?  I'm sorry.

15   BY MR. SCHROEDER:

16   Q     Why didn't you speak to somebody

17   at the Suffolk County DA's Office?

18   A     I didn't trust them.

19   Q     Has anybody from the Nassau

20   County DA's Office ever requested to interview

21   you?

22   A     No that I'm aware of, no.

23   Q     Has anybody from any federal

24   prosecutor's office ever requested to

293

```
 1                    Thomas M. Moroughan
 2    interview you?
 3          A       No.
 4          Q       Have you ever received any type
 5    of subpoena to testify before any grand jury?
 6          A       No.
 7          Q       What was your income in 2011?
 8          A       Couldn't even tell you.
 9          Q       Did you file a tax return?
10          A       No.
11          Q       Did you file a tax return for
12    2010?
13          A       No.
14          Q       When was the last time you filed
15    a tax return?
16          A       2013.
17          Q       Prior to 2013 when had you last
18    filed a tax return?  Had you ever?
19          A       Probably 2005.
20          Q       In 2011 were you working on the
21    books?
22          A       No.
23          Q       You did not declare any income?
24                  MR. GRANDINETTE:  Object to the
25          form.
```

294

```
1                    Thomas M. Moroughan
2                    He didn't file a return.
3          Q         Did you declare any income
4     anywhere?
5          A         No.
6          Q         And in 2010 did you declare any
7     income anywhere?
8          A         No.
9          Q         Were you working off the books
10    then?
11         A         Yes.
12         Q         How about 2012, did you declare
13    any income anywhere?
14         A         No.
15         Q         Were you working off the books?
16         A         Yes.
17         Q         2013 were you working off the
18    books?
19         A         No.  I declared.
20         Q         Where were you working in 2013?
21         A         Klis Brothers.
22         Q         How long did you work at Klis
23    Brothers?
24         A         Six months.
25         Q         Is that the income you declared?
```

295

Thomas M. Moroughan

1

2  A      Yes.

3  Q      So, did you receive a W-2 from
4  them?

5  A      Yes.

6  Q      From the taxicab companies you've
7  worked for, have you ever received a W-2 from
8  them?

9  A      No.

10  Q      When you were working for Dobro,
11  your first day of work for Dobro was when?

12  A      I believe December 20th or
13  December 21st.  I mean February 20th or
14  February 21st of 2011.

15  Q      And how would you keep track of
16  your fares when you were working as a cab
17  driver for Dobro?

18  A      Trip sheet.

19  Q      And what does -- what information
20  is put on a trip sheet?

21  A      Pickup location, drop-off
22  location, fare, and total fare.

23  Q      Okay.  Between February 20th and
24  February 27, 2011, how many different vehicles
25  did you drive for Dobro?

296

1                   Thomas M. Moroughan

2         A         Two.

3         Q         What were they?

4         A         Both a Toyota Prius.

5         Q         I kind of missed it, but earlier

6    you were testifying about some kind of

7    accident that you were in.  Was that in a

8    Dobro cab?

9         A         Yes.

10        Q         Was that in a Prius?

11        A         Yes.  But it wasn't actually --

12   that wasn't a taxi.  It was one of their cars

13   that was owned by them.  It wasn't on the road

14   yet as a taxi.  It had regular plates.  And I

15   was -- I was actually getting lunch for the

16   owner.

17        Q         So you weren't driving a cab at

18   the time?

19        A         I wasn't driving a taxi at the

20   time, no.

21        Q         The cab that you were driving on

22   February 26th and 27th of 2011, did that have

23   any kind of meter in it?

24        A         No.

25        Q         So this trip sheet, this is just

297

1                    Thomas M. Moroughan

2      a piece of paper?

3           A       Yes.

4           Q       The way you got paid was by you

5      split the fare with the company?

6           A       Yes.

7           Q       And on top of that you would get

8      tips?

9           A       Yes.

10          Q       The tips were for you; you didn't

11     have to split the tips?

12          A       No.  But I had to pay for the

13     gas.

14          Q       We will get to that.

15                  MR. SCHROEDER:  Move to strike

16          the portion that was unresponsive.

17                       ---

18                  (Motion to Strike)^

19                       ---

20     BY MR. SCHROEDER:

21          Q       The tip portion when you drove a

22     cab, that was all money for your pocket,

23     right?

24          A       Yes.

25          Q       You didn't have to split that?

298

Thomas M. Moroughan

1     A     Right.

2     Q     You would get dispatched to get a fare. Somebody would call you from Dobro to tell you go pick up a fare at such and such a location?

3     A     Yes.

4     Q     Now, when you would -- what's the other way you would get fares?

5     A     I could either get them from the train, people coming off the train at the train station --

6     Q     Okay.

7     A     -- or people who flag us down.

8     Q     And were you expected to write those onto your trip sheet?

9     A     Yes.

10     Q     That was kind of on the honor system?

11     A     Yes.

12     Q     You indicated the number of fares that you had on February 26th and 27th, 2011. Have you ever seen any documentation supporting that? Did you ever see the trip sheets from that day?

299

1              Thomas M. Moroughan

2         A      No.

3         Q      When we spoke earlier and you

4    were telling me about your convictions you

5    mentioned a violation of an order of

6    protection.  Did you say you had a second

7    conviction?

8         A      Yes.

9         Q      What was that for?

10        A      I wrote a check that didn't

11   clear.

12        Q      What did you plead guilty to?

13        A      Passing a worthless check.

14        Q      Where was that?

15        A      Tennessee.

16        Q      Were you charged with larceny,

17   petit larceny?

18        A      No.

19        Q      When you say "passing a worthless

20   check," you wrote out a check to get some type

21   of goods?

22        A      I wrote a check to a supermarket.

23        Q      And at the time you were aware

24   that you did not have sufficient funds to

25   cover the check?

300

1                       Thomas M. Moroughan

2       A       At the time it was written?

3       Q       Right.

4       A       Yes.

5       Q       That's correct?

6       A       Yes.

7       Q       Did you ultimately have to pay

8  back the supermarket?

9       A       Yes.

10              Can I say something?

11      Q       First tell me, did you have to

12  pay back the supermarket?

13      A       Yes.

14      Q       Was that part of your plea,

15  paying restitution?

16      A       Yes.

17      Q       How much was it for?

18      A       $160.

19      Q       What year was that?

20      A       '09.  '08 or '09.

21      Q       What county was that?

22      A       McMinn.  McMinn County.

23      Q       Tennessee?

24      A       Yes.

25      Q       Did you also -- is there also a

301

Thomas M. Moroughan

1    warrant for you in Tennessee that is open now?

3    A       I'm not a hundred percent sure.

4    Q       Were you ever aware of a warrant

5    open for you in Tennessee?

6    A       Yes.

7    Q       Did you ever go and clear the

8    warrant?

9                          ---

10                 (Direction Not To Answer; Witness

11              invokes Fifth Amendment Right.)^

12                          ---

13              MR. GRANDINETTE:  I'm going to

14         object.

15              Frank, I'm going to ask him to

16         invoke the Fifth on any questions about

17         this issue.

18              MR. SCHROEDER:  Okay.

19              MR. CLARKE:  Whether he went to

20         Tennessee to clear the warrant?

21              MR. GRANDINETTE:  Yes.  Any

22         issues regarding this open matter.

23              MR. CLARKE:  I know you're the

24         expert on the Fifth Amendment, but I

25         don't know that that is an appropriate

302

Thomas M. Moroughan

1  application for that particular

2  question.  It doesn't go to his guilt.

3  It goes to whether or not he has done

4  anything to clear up the warrant.

5          MR. GRANDINETTE:  I am directing

6  him not to answer any questions

7  regarding that open issue.

8          MR. SCHROEDER:  Okay.

9          MR. CLARKE:  You're saying it's

10 an open issue.  He hasn't said it is an

11 open issue.

12         MR. GRANDINETTE:  Chris, you

13 understand my objection, sir?

14         MR. CLARKE:  I don't.

15         MR. GRANDINETTE:  Okay.

16         MR. CLARKE:  Candidly, I don't.

17         Is it an open issue or not?

18         MR. GRANDINETTE:  I've directed

19 my client not to answer this question

20 which is being conducted by

21 Mr. Schroeder and not you.

22         MR. CLARKE:  There was a broader

23 scope allowed when he was questioned

24 pursuant to 50H.

303

Thomas M. Moroughan

1
2       MR. GRANDINETTE:  There was

3       questions about this in his 50H.  Those

4       were answered.  I allowed questions up

5       to this point.  And now at this point

6       I'm directing my client not to answer.

7       MR. CLARKE:  Okay.

8       MR. SCHROEDER:  Let me finish my

9       question, Tony, and then feel free to

10      object.

11  BY MR. SCHROEDER:

12      Q       I'm asking you if you have an

13  open warrant in Tennessee.

14          Would you like to assert your

15  Fifth Amendment privilege?

16      A       Yes.

17                  ---

18          (Direction Not To Answer; Witness

19          invokes Fifth Amendment Right.)^

20                  ---

21  BY MR. SCHROEDER:

22      Q       Did you commit check fraud in

23  Tennessee, related to a warrant?

24      A       I plead the Fifth.

25                  ---

304

1              Thomas M. Moroughan

2           (Direction Not To Answer; Witness

3         invokes Fifth Amendment Right.)^

4                    ---

5    BY MR. SCHROEDER:

6         Q      With respect to what you

7    described a little while ago as writing a --

8    passing a worthless check, that you were

9    convicted of, right?

10        A      I pled guilty.

11        Q      After pleading guilty to that

12   charge were you ever arrested again in

13   Tennessee?

14        A      No.

15        Q      When you wrote the check that you

16   pled guilty for -- you wrote that check --

17   after writing the check did there come a time

18   you were arrested for passing a worthless

19   check?

20        A      Yes.

21        Q      How many times have you been

22   arrested in Tennessee?

23        A      Just that once.

24        Q      The first time you ever drove a

25   Toyota Prius was in and around February 20th

305

1                    Thomas M. Moroughan

2       or 21, 2011?

3            A     Yes, sir.

4            Q     The last time you drove a Toyota

5       Prius was when?

6            A     February 27th, 2011.

7            Q     That was the Dobro taxi?

8            A     Yes.

9            Q     Have you ever driven a hybrid

10      vehicle of any kind since February 27th, 2011?

11           A     Yes.

12           Q     What hybrid?

13           A     It was a Honda Civic.

14           Q     Have you ever driven any type of

15      Toyota Prius since February 27th, 2011?

16           A     No.

17           Q     Not limited to a cab, is what I

18      mean.

19           A     No.

20           Q     The Toyota Prius, to start that

21      car you have to have a key; is that correct?

22           A     Yes.

23           Q     The key does not have to go into

24      an ignition slot; is that right?

25           A     Correct.

306
1                    Thomas M. Moroughan
2          Q     As long as that key is, for
3     instance, inside the vehicle, that will be
4     sufficient to start the car?
5          A     Yes.
6          Q     Then you have to press a start
7     button?
8          A     Yes.
9          Q     Your foot has to be on the brake?
10         A     Yes, sir.
11         Q     To shift gears in the car your
12    foot has to be on the brake?
13         A     Yes, sir.
14         Q     The Toyota Prius has an electric
15    motor?
16         A     It is a hybrid, so it has
17    electric and gas.
18         Q     Okay.  It has an electric motor?
19         A     Yes.
20         Q     It also has a gasoline engine?
21         A     Yes.
22         Q     When you would operate -- during
23    the time period that we're talking about in
24    and around February 20th to the 27th of 2011,
25    when you operated that Toyota Prius, it

307

Thomas M. Moroughan

1   operated with both motors, both electric and

2   gas?

3

4          A       Yes.

5                  ---

6          (Mr. Clarke exits deposition room.)^

7                  ---

8   BY MR. SCHROEDER:

9          Q       If you were at a stop -- you'd

10  been driving around for a while, you were at a

11  stop in the Toyota Prius, for instance at a

12  red light or a stop sign, and you stepped on

13  the gas pedal, would the gasoline engine

14  engage?

15         A       I don't know.

16         Q       Do you have any recollection of

17  whether it would engage or not when you

18  stepped on the gas pedal?

19         A       I don't think I ever tried it, so

20  I have no recollection.

21         Q       When you say you never tried it,

22  when you were driving the car -- for instance,

23  on February 27th, 2011 earlier you described

24  stopping at some red lights?

25         A       Yes.

308

1                   Thomas M. Moroughan

2          Q       When you would stop at a red

3     light you would step on the brake, right?

4          A       Yes.

5          Q       Bring the car to a stop?

6          A       Yes.

7          Q       When you would step on the gas to

8     accelerate would the gasoline engine come on?

9          A       No.   Right away it was the

10    electric.

11         Q       When you say "right away," what

12    does that mean?

13         A       Up until about I believe it's

14    40 miles per hour, you run strictly electric.

15         Q       Okay.   So between 0 and 40 it was

16    solely electric?

17         A       Yes.

18         Q       How about if you were at a red

19    light and you just stepped on the gas to the

20    floor, would the gasoline engine engage?

21         A       No idea.

22         Q       You've never done that?

23         A       No.

24         Q       On February 27, 2011 did the --

25    the time period that you drove that car, did

309

1          Thomas M. Moroughan

2     the gasoline engine ever engage?

3          A     I'm sure it did.

4          Q     When would that be?

5          A     I couldn't say for sure.  When I

6     was leaving East Northport I was probably

7     doing 45, which would put me over the

8     40-miles-per-hour speed.

9               So, I mean, there was a few times

10    throughout the night where it left -- where it

11    turned on to gas.

12         Q     So the only time that -- you're

13    saying the only time that the gas motor would

14    go on is if you went over 40 miles an hour?

15         A     In the mode that I was in, yes.

16         Q     Tell me about the mode that you

17    were in?

18         A     The Econo mode.  It gives you the

19    best gas mileage because it runs on the

20    electric engine, so you're at -- I think I

21    believe it's 40, 40 miles per hour.  And then

22    it goes to gas.  Or if the electric engine

23    dies it will -- it will go to gas to recharge

24    it.

25         Q     How long would the car operate

310

Thomas M. Moroughan

1   solely on battery?

2        A        No idea.

3        Q        Well, was there any kind of gauge

4   in the car to tell you?

5        A        No.  You don't even hear a

6   difference.

7        Q        When you, for instance -- does

8   the Prius have a gas gauge?

9        A        Yes.

10       Q        Does it have a speedometer?

11       A        Yes.

12       Q        Does it have a gauge to tell you

13  whether the engine is running either gas or

14  electric?

15       A        No, not that I can recall.

16       Q        What other kind of modes are

17  there on the Toyota Prius?

18       A        Econo.

19       Q        Was that a 2010?

20       A        Yes.

21                Econo.  There's Power.

22       Q        Yes.

23       A        I believe -- I forget the other

24  one.  The other one was like in between.  It

311

Thomas M. Moroughan

1  was up to 20 miles per hour you'd be electric

2  and then anything more than that was gas.

3

4  Supposed to be basically like a middle between

5  the Power and the thing.  I would always have

6  it in Econo because I had to pay for gas, so

7  it made sense that I would use the best gas

8  mileage.

9       Q     Tell me about Power mode.  What

10  is that?

11       A     Straight gas.

12       Q     What was the purpose of Power

13  mode?

14       A     Better power.  Usually -- let's

15  say you're getting onto the highway from a

16  ramp.  You might want to be able to have more

17  power.

18       Q     When did you get your driver's

19  license?  How old were you?

20       A     20.

21       Q     How old were you --

22       A     I'm sorry.  19.

23       Q     How old were you on February 27,

24  2011?

25       A     26.

312

1                    Thomas M. Moroughan

2          Q      Okay.  You've driven automatics?

3          A      Yes.

4          Q      You've driven stick shifts?

5          A      Yes.

6          Q      The Toyota Prius, in Econo mode,

7    which you described as electric, would you

8    describe that as a quick car, a slow car,

9    compared to the other cars you've driven?

10         A      I mean, I don't think it was

11   anything different than a normal

12   four-cylinder, which it was.  That's what it

13   was, a four-cylinder.  I mean, I have driven

14   eight-cylinders, which of course they're going

15   to have more power than a four-cylinder either

16   way.

17         Q      Was the Toyota Prius quicker when

18   you put it in Power mode, than Econo mode?

19         A      It's a hard question to answer.

20         Q      Do your best, based on your

21   experience.

22         A      I've never put it on Power mode

23   around town.  I only put it on Power mode

24   basically to be on the highway, and I wouldn't

25   use -- so it's really hard to say if it was

313

Thomas M. Moroughan

1    quicker.

2            I would imagine so, that it has

3    more power.

4        Q       You're saying the only time

5    you've ever put Power mode on is if you're on

6    the highway?

7        A       Yes.

8        Q       Around town you would never touch

9    the Power mode to make the car quicker?

10       A       No.  I paid for the gas.  I want

11   the best gas mileage.

12       Q       How would you change the mode?

13       A       There is three buttons.

14                       ---

15               (Defendants' JH Exhibit H,

16           DESCRIPTION, was marked for

17           identification)

18                       ---

19   BY MR. SCHROEDER:

20       Q       Just take a look at what's been

21   marked as H, Mr. Moroughan.  Get yourself

22   familiar with it.

23       A       Okay.

24       Q       Do you recognize that as a