515

1              Thomas M. Moroughan

2              MR. GRANDINETTE:  Submit a demand

3         and we will take it under advisement.

4    BY MR. CLARKE:

5         Q        What is your Medicaid number?

6         A        I don't even know.

7         Q        When did you begin receiving

8    Medicaid?

9              MR. GRANDINETTE:  I'll object to

10        the relevance with respect to anything

11        prior to this incident.

12             If you want to ask him --

13             MR. CLARKE:  You can make an

14        objection, but it doesn't permit you to

15        not permit him to answer the question.

16             MR. GRANDINETTE:  That's true.

17        But please note my exception with

18        respect to any questions preceding

19        2/27/11 pertaining to his medical care

20        unless it is related to this or his

21        Medicaid.

22             MR. SCHROEDER:  I join in the

23        demand made by Mr. Clarke.

24    BY MR. CLARKE:

25        Q        So when did you begin receiving

516

```
 1                    Thomas M. Moroughan

 2     benefits through Medicaid?

 3          A        January or February of '14.

 4          Q        Have you, since February of

 5     2011, applied for Social Security Disability?

 6          A        No.

 7          Q        Do you intend to?

 8                   MR. GRANDINETTE:   Objection.

 9          A        No.

10          Q        At present are you aware as to

11     whether or not Medicaid has a lien against any

12     recovery in this case?

13          A        Not that I am aware of.

14          Q        Have you had any out-of-pocket

15     expenses for any of the medical care,

16     including the psychiatric care, that you've

17     required for the care received regarding the

18     injuries you have received in this case?

19          A        Yes.

20          Q        What are your out-of-pocket

21     expenses?  If you can give me a number.  I'll

22     accept an estimate if that's the best you can

23     do.

24          A        A few hundred dollars maybe.

25          Q        So summarizing your testimony,
```

517

Thomas M. Moroughan

1    you were at the Huntington emergency room on

2    February 27th.  Since then you last saw

3    Dr. Martin in March of 2011, you last saw Dr.

4    German in April of 2011, you last saw Dr.

5    Gluck in June or July of 2011, and you last

6    treated with a vascular surgeon in June or

7    July of 2011, for the injuries claimed in this

8    case?

9        A       Dr. German I believe was in 2012.

10              MR. GRANDINETTE:  Objection to

11       form.  He also testified that he saw

12       other providers as recently as June of

13       2014.

14              MR. CLARKE:  The question wasn't

15       about his providers.

16              MR. GRANDINETTE:  I'm objecting

17       to form.

18   BY MR. CLARKE:

19       Q       I'll break it down.

20              You haven't treated with

21   Dr. Martin for injuries in this case since

22   March of 2011, correct?

23       A       Correct.

24       Q       You have not treated with

518

Thomas M. Moroughan

1   Dr. German for injuries claimed in this case

2   

3   you're now saying since April of 2012?

4      A  Regarding this case, sorry.

5        No, June of 2011.

6      Q  Dr. Gluck you last treated with

7   for injuries in this case in June or July

8   of 2011, right?

9      A  Correct.

10     Q  And the vascular surgeon, same

11  time frame, last seen in June or July of 2011?

12     A  Correct.

13     Q  And you didn't start with the

14  Pederson group until July of 2014, right?

15     A  Correct.

16     Q  So between July of 2011 and

17  July of 2014 you sought no medical care or

18  psychiatric care of any kind for any injuries

19  claimed in this case, right?

20       MR. GRANDINETTE:  I'll object to

21     the form.  I believe he said June or

22     July.

23      But subject to that exception,

24     answer.

25     A  Correct.

519

Thomas M. Moroughan

1

2   Q      So there was a three-year period

3   of time where you didn't need treatment for

4   anything you claim in this case --

5             MR. GRANDINETTE:  Objection.

6   Q      -- right?

7             MR. GRANDINETTE:  Objection to

8   the form of the question.

9             You can answer.

10  A      Correct.

11  Q      Okay.  When -- strike that.

12             You were -- strike that.

13             After the injuries -- strike

14  that.

15             As a result of the injuries that

16  you sustained in February of 2011,

17  specifically the 27th, were you out of work

18  for any period of time?

19  A      Yes.

20  Q      How long?

21  A      I believe it was like two months.

22  Q      Were you cleared by a physician

23  to return to work?

24  A      I don't recall.

25  Q      Yesterday we talked about

520

Thomas M. Moroughan

1   certifications you need to get your hack

2   license through Huntington, which requires,

3   among other things, a medical affidavit.

4            Do you recall that testimony?

5   A       Yes.

6   Q       You said that you do it typically

7   in May.

8            Do you recall that?

9   A       Yes.

10  Q       So in May of 2011 did you provide

11  Town of Huntington with the necessary

12  information, including the doctor's affidavit,

13  to get your hack license, or keep your hack

14  license intact?

15  A       Yes.

16  Q       That included a statement that

17  you were physically fit to drive a cab?

18  A       Yes.

19  Q       When you went back to work about

20  two months after the accident, did you

21  perceive or feel there was any physical

22  impediment that would put the public at risk

23  were they to get into your cab as a passenger?

24           MR. GRANDINETTE:  Objection to

521

Thomas M. Moroughan

1      form.

2            You can answer.

3   A      Physical?

4   Q      Any impediment that would put the
5   public at risk if they were to get into a car
6   you were driving?

7   A      No, I don't believe that there
8   was a -- that would put the public in danger.

9            I had my own fears from driving
10  because I was afraid of getting pulled over or
11  something like that, and I was afraid of the
12  police.  But I had bills that needed to be
13  paid, so I went back to work.

14            MR. MITCHELL:  Note my objection.
15            I move the latter portion of his answer
16            be stricken as not responsive.

17                     ---

18               (Motion to Strike)

19                     ---^

20  BY MR. CLARKE:

21  Q      Was there some emotional handicap
22  that you are suffering from that put the
23  public at risk for them getting into your car
24  back in May or April of 2011?

522

1        Thomas M. Moroughan

2            MR. GRANDINETTE:   Objection to

3        the form of the question.

4            You can answer.

5        A        Nothing that put the public at

6    risk, no.

7        Q        You didn't say to the passengers

8    when they got into your cab back in April of

9    2011, just so you know, I may flip out, I've

10   got mental problems about driving a cab, just

11   so you know, if I see a cop car I may just

12   freak out?

13           You didn't tell them that, did

14   you?

15           MR. GRANDINETTE:   Objection to

16       the form.

17   BY MR. CLARKE:

18       Q        Did you tell them that?

19       A        No.

20       Q        Do you recall talking to doctors

21   when you were in the emergency room on

22   February 27th about your physical condition

23   and to give them a general idea of what

24   happened?

25       A        Yes.

523

1          Thomas M. Moroughan

2          Q        Do you recall telling them that

3     you had been shot?

4          A        Yes.

5          Q        Do you recall telling them that

6     you had had a verbal altercation with the man

7     who shot you?

8          A        Yes.

9          Q        And that word, "verbal

10    altercation," was that a word you used, or

11    something similar to that?

12         A        I had -- don't remember.  It

13    might have been something similar.

14         Q        You talked yesterday about

15    leaving the scene where this shooting took

16    place and driving yourself to the emergency

17    room.

18                   Do you recall that testimony?

19         A        Yes.

20         Q        You had a -- had been shot in the

21    left arm or the right arm?

22         A        Left arm.

23         Q        Now, the gear shift was to the

24    right of where you were sitting, correct?

25         A        Yes.

524

1          Thomas M. Moroughan

2          Q       So you used your right hand to

3    change from drive to park -- drive to reverse

4    and so forth?

5          A       Yes.

6          Q       And park was a button you would

7    press?

8          A       Yes.

9          Q       And you would press that button

10   with your right hand or your left hand, if you

11   wanted to put the car in park?

12               MR. GRANDINETTE:   Objection.

13         A       Right hand.

14         Q       And while you were driving and

15   manipulating the gear shifter with your right

16   hand, were you steering with your left?

17               MR. GRANDINETTE:   Objection.

18         A       No.

19         Q       How were you steering the car?

20         A       Once I put it in drive, it stays

21   in drive.  So I could steer with my right

22   hand.  Because it's not a stick shift.

23         Q       Okay.  So you were able to drive

24   the car essentially with your right hand on

25   your way to the hospital?

525

```
 1              Thomas M. Moroughan
 2    A      Yes.
 3    Q      Did you put your left hand up on
 4  the wheel at any time?
 5    A      I may have.  I don't quite
 6  remember.
 7    Q      Do you play a musical instrument?
 8    A      No.
 9    Q      As a result of -- strike that.
10           Since February 2011 until the
11  time that you stopped treating with
12  Drs. Martin, German and Gluck were you ever
13  referred for any physical therapy for your
14  left arm and hand?
15    A      No.
16    Q      Did you ask for physical therapy
17  for your left arm or hand?
18    A      No.
19    Q      There's a notation March 14th
20  of 2011 in Dr. Martin's medical record
21  indicating that, with respect to your left
22  hand, that you had no sensory deficits.
23           Would you agree with that?
24           MR. GRANDINETTE:  Objection.
25           If you understand the question.
```

526

```
 1                    Thomas M. Moroughan
 2        A        What do you mean by --
 3        Q        I'll ask it more directly.
 4                 Presently do you have any
 5   difficulty with your left hand in terms of
 6   feeling, touching, sensation; hot/cold, that
 7   sort of thing?
 8        A        No.
 9        Q        And back in March of 2011,
10   similarly you had no problem with your sense
11   of touch with your left hand, right?
12        A        No.
13        Q        No problem?
14        A        Not with touch.  I have a problem
15   with squeezing.
16        Q        Has anyone treated you for that?
17        A        No.
18        Q        Have you told any doctors about
19   that?
20        A        I might have.
21        Q        Not might have.  Do you recall
22   telling any doctors -- do you recall
23   specifically telling any doctors you have
24   difficulty with the grip of your left hand?
25                 MR. GRANDINETTE:  Objection to
```

527

Thomas M. Moroughan

1    the question as argumentative.

2

3         MR. CLARKE:  I'll rephrase the

4         question.

5    BY MR. CLARKE:

6         Q     Mr. Moroughan, I'm going to ask

7    you --

8              MR. GRANDINETTE:  Hold on.  No,

9         no.

10             MR. MITCHELL:  I withdrew the

11        question.  I don't need speaking

12        objections.  If the question is

13        withdrawn, the objection --

14             MR. GRANDINETTE:  We're going

15        back to the other question.  Okay?

16             MR. CLARKE:  It's been answered

17        already, right?

18             MR. GRANDINETTE:  His answer was,

19        as I heard it, "I might have."

20             Right?

21             MR. CLARKE:  So I am following up

22        on that.

23    BY MR. CLARKE:

24        Q     Mr. Moroughan, I'm not asking

25    you -- so we are clear, same as yesterday --

528

1              Thomas M. Moroughan

2    possibilities, speculation, dreams, guesses.

3              I'm asking you what you know.

4    Okay?

5         A    Okay.

6         Q    Do you have a recollection

7    specifically of informing any doctor you have

8    difficulty with gripping with your left hand?

9              MR. GRANDINETTE:   Objection.

10        A    I don't recall.

11             MR. CLARKE:   Forgive me, I don't

12        have a copy of this.   I didn't go back

13        to my office yesterday.

14             I'm going to ask you to mark that

15        one page.

16                  ---

17        (County of Nassau Defendants'

18        Exhibit A, DESCRIPTION, was marked for

19        identification)

20                  ---

21   BY MR. CLARKE:

22        Q    Okay.   Mr. Moroughan, do you see

23   the note that has been marked as Nassau County

24   Exhibit A?

25        A    Yes.

529

1                    Thomas M. Moroughan

2        Q        Okay.   What is the date of

3    Dr. German's note?

4        A        6/23/11.

5        Q        Have you ever seen that before?

6        A        Yes.

7        Q        Okay.   And when did you last see

8    it?

9        A        Probably when I handed it to the

10   Town of Huntington.

11       Q        Is this the statement provided to

12   the Town of Huntington so you can maintain

13   your hack license?

14       A        Yes.

15       Q        What did Dr. German report to the

16   Town of Huntington in June of 2011 regarding

17   your physical fitness?

18                MR. GRANDINETTE:   Objection to

19            form.

20       A        That I was in good physical

21   condition to drive a cab, taxi.

22       Q        Did you go to see Dr. German in

23   June of 2011 and ask him to prepare that

24   report for you?

25       A        Yes.

530

1                    Thomas M. Moroughan

2          Q        Did you tell him why you needed

3     it?

4          A        Yes.

5          Q        What did you tell him?

6          A        I need it for the Town of

7     Huntington so I could drive a taxi.

8          Q        Did Dr. German examine you?

9          A        Yes.

10         Q        In examining you did he -- do you

11    recall him testing the grip strength of both

12    your hands?

13         A        No.

14         Q        Did he ask you questions about

15    your dexterity.

16         A        My what?

17         Q        Did he ask you questions about

18    your ability to use both hands?

19         A        No.

20         Q        Did you report any complaints to

21    him?

22         A        No.

23         Q        When you asked him for that

24    report, did you tell him that you have

25    difficulty gripping with your left hand?

531

                            Thomas M. Moroughan

1

2        A       No.

3        Q       And then he provided a report

4   telling the Town of Huntington you're in good

5   physical shape to drive a cab, right?

6                MR. GRANDINETTE:  Objection to

7           the form.

8        A       Yes.

9        Q       Now, you said -- and I'm almost

10  done -- that you've not been a patient of Dr.

11  German's since 2012; is that correct?

12       A       Yes.

13       Q       So who is you current primary

14  care doctor?

15       A       I don't have one currently.

16       Q       So when you've needed these

17  reports on an annual basis, physician's

18  affidavit to maintain your hack license, where

19  have you gone?

20                MR. GRANDINETTE:  Objection to

21           the form.  I don't know that he ever

22           said it was an affidavit.

23                But subject to that objection, go

24           ahead.

25       A       Medicenter, as I said yesterday.

532

1              Thomas M. Moroughan

2        Q       It's a different person every

3    time?

4        A       Most times, yes.

5               MR. CLARKE:  I promised you I

6        would be quick.  I took 20 minutes.

7        Thank you, Mr. Moroughan, for answering

8        my questions yesterday and today.

9               Subject to any followups that I

10        may require, I'm done questioning this

11        witness.

12    FURTHER EXAMINATION

13    BY MR. SCHROEDER:

14        Q       Mr. Moroughan, I'm going to

15    follow up on a few things.  Okay?

16        A       Yes.

17               MR. GRANDINETTE:  Can you give me

18        a second?

19               MR. SCHROEDER:  Sure.

20                    ---

21                    (Pause.)

22                    ---

23    BY MR. SCHROEDER:

24        Q       Just following up.

25               Mr. Moroughan, you said that you

533

1              Thomas M. Moroughan

2    are 5-8?  Your height.  You are 5-foot-8, did

3    you say?

4          A      5-foot-8½.

5          Q      How much do you weigh?

6              MR. GRANDINETTE:  You know,

7              Frank, I'm sorry to do this.  I'm going

8              to get interrupted in two minutes.  Do

9              you mind if I take three minutes and

10             then you can start, so I don't have

11             to...

12             MR. SCHROEDER:  Not at all.

13   BY MR. SCHROEDER:

14         Q      Just answer that question, just

15   because it's on the record.  What do you

16   weigh?

17         A      Between 170 and 180.  We'll go

18   with 170 to be on the light side.

19                  ---

20             (A recess was taken.)

21                  ---

22             MR. SCHROEDER:  Okay, folks, back

23         on the record.

24   BY MR. SCHROEDER:

25         Q      You had a chance to take the

534

1                        Thomas M. Moroughan

2       break that you needed?  You're good?

3             A       Yes.

4             Q       So you said that you weigh

5       170-180?

6             A       Yes.

7             Q       On February 27, 2011 what did you

8       weigh?

9             A       Don't quite remember.  I was

10      probably -- I was around 200.

11            Q       Have you been on any kind of diet

12      since the incident?

13            A       Yes.

14            Q       You tried to lose some weight?

15            A       Yes.

16            Q       Are you on any kind of program,

17      any official diet, or are you just watching

18      what you are eating?

19            A       Just watching what I'm eating.

20            Q       You think you lost around

21      anywhere between 20 and 30 pounds; is that

22      about right?

23            A       Yes.

24            Q       You were trying to lose the

25      weight?

535

Thomas M. Moroughan

1        A      Yes.

2        Q      Smoking; how long have you been smoking?

3        A      Since I was 18.

4        Q      How much do you smoke?  About a pack a day?

5        A      Yes.

6        Q      Sometimes more?

7        A      I would say around there.

8        Q      What kind of cigarettes do you smoke?

9        MR. GRANDINETTE:  Objection.

10      A      L&M non-filter reds.

11      Q      How long have you been smoking those?

12      MR. GRANDINETTE:  Objection.

13      You can answer.

14      A      Six months.

15      Q      What did you smoke before that?

16      A      Newport.

17      MR. GRANDINETTE:  Objection.

18      Q      Say again?

19      MR. GRANDINETTE:  Give me 30 seconds, if I have an objection, then

536

Thomas M. Moroughan

1   respond directly to the question.   Okay?

2                Objection.

3   BY MR. SCHROEDER:

4        Q      What kind of cigarettes did you

5   smoke on February 27th, 2011?

6        A      Newport 100s.

7        Q      In the -- when you left the

8   hospital to meet with Risco Lewis outside the

9   emergency room, you had a cigarette?

10               MR. GRANDINETTE:   Objection to

11               form.

12       A      Yes.

13       Q      What kind of cigarette did you

14  smoke?

15       A      A Newport 100.

16       Q      They were your cigarettes?

17       A      I'm not 100 percent sure.   It was

18  either mine or Kristie's.

19       Q      Your relationship with Kristie

20  Mondo, where did you meet Kristie?

21       A      Babylon train station.

22       Q      Okay.   Around when?

23       A      The fall of 2006.

24       Q      Were you living at the Babylon

537

Thomas M. Moroughan

1    train station?

3         A       Yes.

4         Q       You were homeless at the time?

5         A       Yes.

6         Q       Did Kristie take you in and let

7    you live at her place?

8         A       Yes.

9         Q       You described your relationship

10   with her as on and off?

11        A       It was in the beginning, yes.

12        Q       What does that mean, "on and

13   off"?

14                MR. GRANDINETTE:   Objection.

15                You can answer.

16        A       I moved to Tennessee.  We broke

17   up for a little while.  We had a few breakups.

18        Q       Had you ever lived in Tennessee

19   before meeting Ms. Mondo?

20        A       No.

21        Q       So you had dated Kristie Mondo

22   before you moved to Tennessee?

23        A       Yes.

24        Q       Then you broke up with her?

25        A       Yes.

538

1               Thomas M. Moroughan

2        Q        Then you moved to Tennessee?

3        A        Yes.

4        Q        Did you meet a girl in Tennessee?

5        A        Yes.

6        Q        Did you get her pregnant?

7        A        Yes.

8        Q        Did you have a child?

9        A        Yes.

10       Q        You never met that child?

11       A        No.

12       Q        That's correct?

13       A        Correct.

14       Q        After leaving Huntington Hospital

15 on February 27, 2011, you were driven to the

16 Second Precinct in Suffolk County?

17       A        Correct.

18       Q        Where is that?

19       A        It's on Park Avenue in

20 Huntington.

21       Q        You're familiar with the streets

22 in Huntington from being a cab driver?

23       A        Yes, sir.

24       Q        About how far from the hospital

25 is the Second Precinct?

539

1          Thomas M. Moroughan

2      A       I don't want to guess.

3      Q       Not a guess.  Can you give -- I

4  don't know if it's 15 miles or a

5  mile-and-a-half.  I have no idea.

6              Just give me what your best

7  estimate is, as somebody familiar with the

8  streets?

9      A       Approximately two to three miles.

10  Maybe more.

11      Q       On February 27, 2011 about how

12  long did it take to get from the hospital to

13  the precinct?

14      A       I don't remember at all.

15      Q       How did you get there?  How did

16  you get from the hospital to the Second

17  Precinct?

18              MR. GRANDINETTE:  Objection;

19          asked and answered.

20              But you can answer.

21  BY MR. SCHROEDER:

22      Q       I mean, car, bicycle, train?

23  How?

24      A       Patrol car.

25      Q       Suffolk County Police car?

540

Thomas M. Moroughan

1

2    A       Correct.

3    Q       Was there a uniformed police

4    officer driving the car?

5    A       Yes.

6    Q       Do you remember who it was?

7    A       No.

8    Q       How about, was there any other

9    uniformed officer driving in the car?

10   A       Yes.

11   Q       Tell me what happened -- can you

12   just give me an idea how you get there?  You

13   know, is there a main road that goes from the

14   hospital to the precinct?

15   A       The hospital is on Park Avenue

16   and the precinct is on Park Avenue.  So

17   straight down Park Avenue.

18   Q       That's what happened that day,

19   they just drove straight down Park Avenue?

20           MR. GRANDINETTE:  Objection.  I

21       believe the witness said he doesn't

22       recall, but he can answer.

23   A       I don't know.

24   Q       Were you awake in the car?

25   A       Possibly.

541

Thomas M. Moroughan

1

2      Q      You don't remember whether you

3   were awake?

4      A      No.

5      Q      You remember having the

6   cigarette, right, on February 27th, 2011 after

7   -- with Risco Lewis?

8      A      Yes.

9      Q      What time was that,

10  approximately?

11     A      8 o'clock.

12     Q      It was daylight?

13     A      Yes.

14     Q      From then, about how long after

15  that were you driven to the precinct?

16     A      Directly after that.

17     Q      Okay.  It was still daylight?

18     A      Yes.

19     Q      When you were with Risco Lewis

20  did you ever lose consciousness while you were

21  with her outside having the cigarette?

22     A      You mean like pass-out

23  consciousness?

24     Q      Yes.

25     A      No.

542

1          Thomas M. Moroughan

2          Q       What other kind of consciousness

3   are you aware of?  You said "pass-out

4   consciousness."  What are you distinguishing

5   it from?

6                   MR. GRANDINETTE:  Object to the

7          form.

8          A       I just mean like I was completely

9   out of it.

10          Q       When did you become completely

11   out of it on February 27, 2011?

12          A       I don't remember.

13          Q       What does that mean, "completely

14   out of it"?

15          A       I was tired.  I was confused.

16          Q       What were you confused about?

17                   MR. GRANDINETTE:  My only

18          objection is you have to let him finish

19          the answer.

20                   MR. SCHROEDER:  No problem.

21   BY MR. SCHROEDER:

22          Q       Tell me what you mean by

23   "completely out of it."  You said tired,

24   confused.  What else were you?

25          A       I was tired.  I was confused.

543

1                     Thomas M. Moroughan

2     You know, I had two gunshot wounds so I was

3     hurt.  I had a pounding migraine.  So, I mean,

4     I was -- when I say out of it I mean like -- I

5     wasn't 100 percent coherent, is the best I can

6     say.  I was out of it.

7          Q      Could you speak?

8          A      I believe so, yes.

9          Q      When you say you believe so, do

10    you remember speaking to people?

11         A      Yes.

12         Q      In this state, what you've

13    described as "completely out of it," you were

14    still able to speak?

15         A      Yes.

16         Q      You were able to hear?

17         A      Yes.

18         Q      You were able to see?

19         A      Yes.

20         Q      When you said you were confused,

21    what were you confused about?

22                MR. GRANDINETTE:  Object to the

23         form.

24                But you can go ahead.  You know,

25         there's no time on the question.  But

544

Thomas M. Moroughan

1         answer it to the best of your ability.

3     A     I was confused about why -- what was happening. Like why it was happening. But what I mean by what was happening, you know, was the fact that I was being put in a patrol car. That I was, you know -- I was not allowed to have Risco there, why I wasn't allowed to have Kristie there.

        You know, it was just a very confusing situation, a very confusing night in general. I was confused on why this person shot me for no reason. I was confused on why, you know, I was beaten the hell out of for no reason.

        So, that's what I mean by confused. I was confused about the situation.

18     Q     Were you confused at all as to what actually occurred out at Tippin and Oakwood? Are you confused about that?

21     A     No.

22     Q     You remember that very clearly?

23     A     Yes.

24     Q     When you met with the Suffolk County detectives you told them what happened,

```
                                                               545
1                      Thomas M. Moroughan

2    right?

3         A      Yes.

4         Q      Now --

5         A      I told them what happened.  They

6    didn't write what happened.

7                      MR. MITCHELL:  I object to that

8                response as not responsive to the

9                question.  Ask that it be stricken.

10                     MR. SCHROEDER:  I move to strike

11               the portion not responsive as well.

12                     MR. CLARKE:  So do I.

13                          ---

14               (Motion to Strike)^

15                          ---

16   BY MR. SCHROEDER:

17        Q      You remember smoking a cigarette

18   with Risco, right?

19        A      Yes.

20        Q      And you remember arriving at the

21   Second Precinct?

22        A      I remember being in the back of

23   the Second Precinct.

24        Q      The back of the building?

25        A      No.  In the back hallway.
```

546

1              Thomas M. Moroughan

2        Q       Okay.  When -- during the drive

3   did you lose consciousness at all?

4        A       I don't recall.

5        Q       Did you sleep at all?

6        A       I don't recall.

7        Q       When you got to the Second

8   Precinct do you -- you remember being inside

9   the building?

10       A       Yes.

11       Q       Were you put in a room?

12       A       Yes.  I was put in like an

13  interrogation room.  An interview room.

14       Q       Did the interview room have a

15  door on it?

16       A       Yes.

17       Q       Did it have a window?

18               And I don't mean a window in the

19  door.  Did it have a window in the room, to

20  the outside?

21       A       Not sure.

22       Q       Did you lose consciousness at all

23  in that room?

24       A       Not that I know of.  I am not

25  sure.

547

1               Thomas M. Moroughan

2       Q      Did you see either Officer Bienz

3  or Officer DiLeonardo at the Second Precinct

4  on February 27th, 2011?

5       A      No.

6       Q      Who did you have personal contact

7  with at the Second Precinct on that day?

8       A      A detective.  I remember seeing

9  him on TV a few days later.  He was the head

10  of homicide.

11       Q      Suffolk County?

12       A      Yes.  I believe it's Fitzgerald.

13  I believe that is the name.

14       Q      He spoke to you?

15       A      Yes.

16       Q      He was the person that told you

17  that you were under arrest?

18       A      Yes.

19       Q      Who else did you have personal

20  contact with at the Second Precinct, speak to?

21       A      There was a desk sergeant.

22       Q      Suffolk County?

23       A      Yes.

24       Q      In uniform?

25       A      Yes.

548

1          Thomas M. Moroughan

2          Q      The head of homicide that you

3    described from Suffolk County, was he in

4    uniform, or in a suit, or something else?

5          A      I believe it was a suit.

6                 MR. GRANDINETTE:  Don't guess.

7    BY MR. SCHROEDER:

8          Q      You subsequently saw him on the

9    television?

10         A      Yes.

11         Q      Did you speak to any Nassau

12   County Police personnel at the Second Precinct

13   in Suffolk County?

14         A      Not that I am aware of.

15         Q      Did you see any Nassau County

16   Police Department personnel at the Second

17   Precinct?

18         A      I don't know.  If they were in

19   suits I wouldn't have known they were Nassau

20   County or Suffolk County.

21         Q      So you saw some people in suits?

22         A      Yes.

23         Q      But you didn't speak to any of

24   them; is that fair to say?

25         A      Yes.

549

1    Thomas M. Moroughan

2        Q       You said you saw the -- this head

3    of homicide, as you have described, Suffolk

4    County detective, on the television a few days

5    later?

6        A       I believe it was a few days

7    later.

8        Q       Did he say anything about this

9    case?

10       A       I don't remember what it was

11   about.

12       Q       When is the first time that you

13   saw the written statement marked as Suffolk

14   County Exhibit C yesterday, when is the first

15   time you saw that document?

16               MR. GRANDINETTE:  If you recall.

17       Don't guess.

18       A       I don't remember the date.  But

19   it was during my criminal proceedings.

20       Q       When you say during your criminal

21   proceedings, what does that mean?  Did you see

22   it in court or somewhere else?

23       A       I believe --

24               MR. GRANDINETTE:  I'll object to

25       the form.  I think he said he didn't

550

1                    Thomas M. Moroughan

2       recall.

3            You can answer to the best of

4       your ability.

5            MR. SCHROEDER:  Okay.  Anthony, I

6       now have to ask you to not give speaking

7       objections -- let me just finish --

8       because every time you do, your client's

9       shrewd, he picks up on what you say.

10           If you say "if you recall," he

11      always answers "I don't recall."

12           If you say "I believe he said"

13      this, that's what he answers.

14           If you just say "Objection" --

15      let me finish -- no speaking objections,

16      say "Objection," your objection is

17      noted.

18           MR. GRANDINETTE:  Here's my

19      problem.  I haven't been speaking

20      objections unless you're saying a

21      question immediately following a

22      preceding question where you incorporate

23      a fact which he has denied.

24           Like for example, you say when is

25      the first time you saw this.  He says I

551

1                     Thomas M. Moroughan

2          don't recall when I saw it, but I saw it

3          at some point during the criminal

4          proceedings.

5                    MR. CLARKE:  Isn't that your

6          technique?

7                    MR. SCHROEDER:  I think this is

8          all --

9                    MR. CLARKE:  There's been 14

10         depositions.  Isn't that your technique?

11                   MR. GRANDINETTE:  With all due

12         respect, can I finish making a record?

13                   MR. CLARKE:  Sure.

14                   MR. GRANDINETTE:  Okay.

15                   So it --

16                   MR. SCHROEDER:  Do you mind if

17         your client steps out of the room?  Or

18         would you prefer not?

19                   MR. GRANDINETTE:  No, not at all.

20                   Why don't you step out for a

21         second.

22                          ---

23         (The witness exits deposition room.)

24                          ---

25                   MR. GRANDINETTE:  I'm trying to

552

```
 1                  Thomas M. Moroughan
 2        work through this, with all due
 3        respect, with Mr. Schroeder.
 4                  When you were questioning you and
 5        I worked out our differences --
 6                  MR. CLARKE:  Sure.
 7                  MR. GRANDINETTE:  -- as
 8        professionals.
 9                  I want to do this with
10        Mr. Schroeder.  I want to respect his
11        right to examine my client.
12                  That's the only reason why I did
13        it.  I will try not to make any speaking
14        objections.  I respect what you're
15        saying.  But that's why did it.
16                  MR. SCHROEDER:  Okay.
17                  MR. GRANDINETTE:  I understand
18        what you're saying to me.  I'll try to
19        honor it.
20                  MR. SCHROEDER:  My dealings have
21        always been and continue to be nothing
22        but professional with you.  I respect
23        you as well.
24                  MR. GRANDINETTE:  Okay.
25                        ---
```

553

Thomas M. Moroughan

2   (The witness reenters deposition room.)

3                              ---

4   BY MR. SCHROEDER:

5        Q       Mr. Moroughan, when is the first

6   time you recall physically seeing the document

7   and reading it?

8                  MR. GRANDINETTE:   Objection.

9        A       I don't recall.  Like I said, it

10  was sometime during my criminal proceeding.

11       Q       Do you remember where you were

12  when you saw it?

13       A       I don't remember where I saw it.

14  I remember I was shown it.

15       Q       Who showed it to you?

16       A       Bill Petrillo.

17       Q       You were with your lawyer the

18  first time you saw it?

19       A       Yes, correct.

20       Q       Do you remember if you were in a

21  courthouse?

22                  MR. GRANDINETTE:   Objection.

23       A       Like I said, I don't recall.

24       Q       Because what -- I'm trying to

25  hone in on this.  When you say you don't

554

Thomas M. Moroughan

1   recall, that means you recall nothing.  Like

2   he might have shown it to me -- I am making

3   these things up -- he might have shown it to

4   me at the mall, he might have shown it to me

5   in California, he might have shown it to me in

6   his office.

7            When you say "I don't recall," I

8   don't know if you're saying I have no

9   recollection.

10            You now have some recollection

11  that you were with your lawyer.  Can you give

12  me anything better than that as to -- do you

13  remember what county you were in when you saw

14  it?

15            MR. GRANDINETTE:  Objection to

16       the form of the question.

17       A       It could have been -- it was

18  either at the courthouse or at his office.

19       Q       Okay.  And tell me what -- did

20  you read the statement when he handed it to

21  you?

22       A       Yes.

23       Q       And is it your testimony that's

24  the first time you read it?

555

1                    Thomas M. Moroughan

2          A       Yes.

3          Q       And what was your reaction when

4    you read it?

5          A       I got angry.

6          Q       What were you angry at?

7          A       The fact that none of it -- well,

8    the majority of it is not true.

9          Q       So you've corrected yourself.

10   First you said "none of it."

11                 Some of it is true?

12                 MR. GRANDINETTE:   Objection.

13         Q       Some of that statement is true?

14         A       The facts of my name and my date

15   of birth, my address.

16         Q       And the initials -- your initials

17   and your signature, you put your initials in

18   every spot that your initials appear on that

19   paper?

20         A       Yes, sir.

21         Q       And the signature, you put the

22   signature on every place that appears on that

23   paper, right?

24         A       Yes.

25         Q       Okay.  I want to talk to you a

556

Thomas M. Moroughan

1   little bit about your counseling and meetings

2

3   with your psychiatrist.

4                You said that the first time that

5   you started receiving any type of treatment

6   was about six months ago?

7        A      Correct.

8        Q      Okay.  And what was it that

9   prompted you to seek some kind of treatment

10  six months ago?

11       A      Ms. Mondo.

12       Q      Tell me about that.  What was it

13  about Ms. Mondo that made you seek treatment?

14       A      She was trying for a long time to

15  get me to go seek treatment.  Same thing with

16  Ms. Lewis.  They both noticed a difference in

17  me.

18       Q      Okay.  How about yourself?  When

19  is the first time that -- first of all, did

20  you resist seeking treatment?

21       A      Yes.

22       Q      Did you tell them you didn't need

23  treatment?

24       A      Yes.  I think -- I guess I think

25  that I can handle everything on my own.  I was

557

Thomas M. Moroughan

1  trying to just deal.

2       Q       And what was it that you were --

3  when you say "deal," you were trying to deal,

4  what were you dealing with?

5       A       I was having nightmares, anxiety.

6               You know, I was -- I didn't trust

7  anybody.  I was just having a hard time

8  coping.  And then I had different times where,

9  you know, my face was in the paper and stuff

10  like that.  And then I'd have people asking me

11  questions, and I didn't want to talk about it.

12       Q       Okay.

13       A       So it was, I had a lot of anxiety

14  from it.

15       Q       What did you have nightmares

16  about?

17       A       I don't recall.  I just remember,

18  you know, waking up and Kristie would be

19  telling me that I was screaming in my sleep.

20       Q       So you don't remember any of the

21  nightmares?

22       A       No.

23       Q       The anxiety, what was the anxiety

24  about?

558

1          Thomas M. Moroughan

2          A       For a while I had anxiety

3    driving.

4          Q       What does that mean?

5          A       Just driving in a car.

6          Q       You weren't able to drive a car?

7          A       I was able to.  Because I had to.

8          Q       Okay.

9          A       But it made me anxious.

10         Q       What was it that made you anxious

11   about driving in a car?

12         A       I was afraid of getting pulled

13   over.  I was afraid of being harassed.

14         Q       Have you been pulled over since

15   the incident, by the police?

16         A       Yes.

17         Q       And were you ticketed?

18         A       No.

19         Q       What were you pulled over for?

20         A       Failure to yield.

21         Q       Okay.  Was that in Huntington?

22         A       Yes.

23         Q       Were you driving a cab?

24         A       I don't think so.  I don't

25   remember.

559

1      Thomas M. Moroughan

2      Q      Were you -- the officer pulled

3      you over and said you didn't yield?

4      A      Yes.

5      Q      And did not give you a ticket?

6      A      No.  I don't believe she gave me

7      a ticket.

8      Q      He or she?

9      A      She.

10     Q      Did she say she'd let you off

11     with a warning?

12     A      I believe so, yes.

13     Q      Any other times you've been

14     pulled over by the police since the incident?

15     A      No.

16     Q      Were you -- any dealings with any

17     police officers since this incident where you

18     ever -- did you ever have a -- were you ever

19     physically abused in any way?

20            MR. GRANDINETTE:  Objection to

21        the form.

22     A      No.

23     Q      Were you ever verbally abused by

24     any officer since this incidents?

25     A      No.

560

1          Thomas M. Moroughan

2          Q      Okay.  When you say you didn't

3    trust anyone, what does that mean?

4          A      I was hypervigilant.  I was

5    always watching people around me.  And I don't

6    mean people in my life.  I mean like walking

7    down the street, I was worried about this

8    person, I was watching what this person was

9    doing.

10         Q      Did you trust Kristie?

11         A      Yes.

12         Q      Did you trust Risco?

13         A      Yes.

14         Q      Did you trust her aunt?

15         A      Yes.  I didn't trust the police.

16              MR. MITCHELL:  I object.  I ask

17         that that be stricken.  It was not

18         responsive to a question.  There was no

19         question pending.

20                      ---

21                (Motion to Strike)

22                      ---^

23              THE WITNESS:  Actually, I believe

24         that he asked --

25              MR. GRANDINETTE:  Thomas, don't

561

                    Thomas M. Moroughan

1
2        he say another word unless there's a
3        question asked.   Okay?
4               THE WITNESS:   Uh-huh.
5   BY MR. SCHROEDER:
6        Q       When you got pulled over by the
7   police officer for failure to yield, did you
8   get into any kind of argument with her?
9        A       No.
10       Q       Did you tell her you didn't trust
11  her?
12       A       No.
13       Q       Was she courteous to you?
14              MR. GRANDINETTE:   Objection.
15       Q       You can answer.
16       A       No.
17       Q       She was not courteous.   Was she
18  discourteous?
19       A       No.
20       Q       When you say she was not
21  courteous, when she said to you I'm letting
22  you off with a warning, did you say, well,
23  wait a second, I failed to yield, I think you
24  should give me a ticket?
25              MR. GRANDINETTE:   Objection.

562
1          Thomas M. Moroughan

2          Frank, I don't know that that was -- can

3          you read back the last few lines?  Can

4          you read back the last question and

5          answer?

6                      ---

7                  (Record read.)

8                      ---

9               MR. GRANDINETTE:  That's my

10          objection.  I don't think he said that

11          she was discourteous.

12               MR. SCHROEDER:  Let's go before

13          that.

14               Did I say "Was she courteous to

15          you"; did I ask that question?

16               MR. GRANDINETTE:  I think it was

17          yes and then no.

18                      ---

19                  (Record read.)

20                      ---

21     BY MR. SCHROEDER:

22          Q     So you said she was not courteous

23     to you; did I get that right?

24          A     Yes.

25          Q     How was she not courteous to you?

563

Thomas M. Moroughan

1   A       She was neutral.  She wasn't --

2   she wasn't mean.  She wasn't overly nice.  It

3   was how a patrol stop would normally go, in my

4   opinion.

6       Q       Did you feel like she gave you a

7   break by not giving you the ticket?

8       A       Yes.

9       Q       You said Officer Meaney wrote you

10  a ticket at some point?

11      A       Yes.

12      Q       He is one of the officers you've

13  sued in this case?

14      A       Yes.

15      Q       Did you deserve the ticket he

16  wrote to you?

17              MR. GRANDINETTE:   Objection.

18      Q       You can answer.

19      A       Yes.

20      Q       I want to talk to you about the

21  emergency room at Huntington Hospital.

22              You had mentioned yesterday about

23  you came in the ambulance entrance?

24      A       Yes.

25      Q       On foot?

564

1                    Thomas M. Moroughan

2          A      Yes.

3          Q      And you said that a security

4     guard stopped you initially?

5          A      Yes.

6          Q      Said you can't come in this way?

7          A      Yes.

8          Q      And then you advised him that you

9     were -- just take your hand away because he

10    can't hear you and I can't hear you.

11               The security officer first told

12    you couldn't use that entrance but you told

13    him you were shot, right?

14         A      Yes.

15         Q      And then where did you go from

16    there?

17         A      Into the emergency room.

18         Q      Where?

19         A      I don't know.  It was --

20         Q      Describe what you recall.  When

21    you went walking past the security guard,

22    where were you?

23         A      Very beginning of the emergency

24    room.

25         Q      Okay.  Did you see a nurses'

565
1                    Thomas M. Moroughan

2        station?

3               A      Yes.

4               Q      And as you're facing the nurses'

5        station is the door that you walked through

6        behind you?

7               A      Yes.

8               Q      And the trauma room you described

9        going into, tell me where that is.   In

10       relation to that spot when you walk into the

11       emergency room with your back to the door and

12       the nurses' station is in front of you, where

13       is the trauma room you went to?

14              A      Ahead of me to my right.

15              Q      Is it around the nurses' station?

16              A      Yes.

17              Q      So with your back to the door

18       that you walked into to get into the emergency

19       room so the nurses' station is right in front

20       of you -- you're with me?

21              A      Yes.

22              Q      -- tell me where the -- if you're

23       looking straight ahead, that's 12 o'clock.

24       Tell me where the trauma room is that you were

25       in.

566
1          Thomas M. Moroughan

2          A       From where I was standing when I

3     first walked in?

4          Q       Right.  With your back to the

5     door and looking at the nurses' station.

6          A       2 o'clock.

7          Q       And there came a time that you

8     saw Risco Lewis in the emergency room?

9          A       Yes.

10         Q       By the nurses' station?

11         A       Yes.

12         Q       Where was she, based on what

13    we've been talking about?  Was she near where

14    you were standing when you first walked into

15    the emergency room?

16         A       No.

17         Q       Where was she in relation to that

18    spot with your back to the door, nurses'

19    station is in front of you, you're off at

20    about 2 o'clock in the trauma room.  Where is

21    Risco Lewis?

22              MR. GRANDINETTE:  I'm going to

23         object to the form in light of the fact

24         that we're talking about seven hours

25         maybe.

567

Thomas M. Moroughan

1        But do the best you can in

2    answering the question.

3        A     From where I first was standing

4    when I walked in I wouldn't be able to see

5    where Risco was standing.

6        Q     Okay.  Tell me where Risco was

7    standing from where -- from that location.  In

8    other words, standing in that same location,

9    your trauma room is off at 2 o'clock.  Where

10   was Risco standing when you first saw her?

11       A     If I was standing here I would be

12   blocked from actually seeing -- I wouldn't

13   have seen that side of the nurses' station at

14   all, from where I was standing.

15       Q     When you say if you were

16   standing, are you in this location now where I

17   told you, where you first walk in the ER?

18       A     Yes.

19       Q     I'm not -- I don't care what's

20   blocking.  I'm saying where would she be?

21   Would she be at 3 o'clock, 12 o'clock,

22   9 o'clock?

23       A     10 o'clock.

24       Q     Okay.  As -- from when you were

568

1                Thomas M. Moroughan

2    in Trauma Room 2 and you saw Risco Lewis, was

3    she on the opposite side of the nurses'

4    station from where you were in the trauma

5    room?

6          A     Yes.

7          Q     Yesterday you said something when

8    being questioned about -- by Mr. Mitchell you

9    said something about that you weren't sure if

10   Kristie was shot.

11               Do you recall that?

12         A     Yes.

13         Q     Okay.  Did Kristie ever complain

14   about being shot when you were driving to the

15   hospital?

16         A     No.

17         Q     Did you have any reason to

18   believe she was shot?  Is there anything that

19   happened or that she said that she was hit?

20         A     No.

21         Q     You had an opportunity to listen

22   to the 911 recordings in this case?

23         A     I think I might have.  I don't

24   remember.

25         Q     Okay.  You were talking about

569
1           Thomas M. Moroughan

2      when -- I just want to take you to the time on

3      February 27th when the blue Acura first goes

4      around you.

5                 Do you recall that?

6           A     Yes.

7           Q     That was at New York Avenue and

8      West Hills?

9           A     West Hills Road, yes.

10          Q     He never struck your car; is that

11     right?

12          A     No.

13          Q     That's correct?

14          A     He never struck my car.

15          Q     And then he proceeded in which

16     direction down West Hills?

17          A     Southwest.

18          Q     Did you ever see him go up on any

19     curb?

20          A     No.

21          Q     He stayed within his lane of

22     travel as he proceeded away from you?

23          A     I believe so, yes.

24          Q     And then there came a time that

25     you -- you recall there being some bright

570
1                    Thomas M. Moroughan

2       lights flashing behind you?

3            A      Yes.

4            Q      And that car passed you?

5            A      Yes.

6            Q      You determined that to be a white

7       Acura?

8                   MR. GRANDINETTE:   Objection.

9            Q      Excuse me.   Go ahead.

10           A      White Infiniti.

11           Q      White Infiniti, thank you.

12                  The white Infiniti, as that

13      continued to travel -- what direction on West

14      Hills?

15           A      Southwest.

16           Q      And did you ever see the white

17      Infiniti hit anything?

18           A      No.

19           Q      Did you ever see it leave the

20      roadway?

21           A      No.

22           Q      Did it maintain its lane of

23      travel?

24           A      Don't recall.

25           Q      When you first started yelling at

```
                                             571
 1                 Thomas M. Moroughan
 2     who you now know to be Officer DiLeonardo he
 3     was still in his car, correct?
 4          A     Correct.
 5          Q     Did you ever make any type of
 6     determination -- withdrawn.
 7                You saw him get out of his car?
 8          A     Yes.
 9          Q     You saw him walk towards your
10     car?
11          A     Yes.
12          Q     When he got out of his car did he
13     fall down or anything?
14          A     No.
15          Q     Did you ever see him fall down
16     when he was walking towards your car?
17          A     No.
18          Q     The only time you saw him down on
19     the ground was after your car had knocked him
20     down, correct?
21          A     Correct.
22          Q     You saw officer -- at some point
23     you saw Officer Bienz out of his car?
24          A     Yes.
25          Q     You saw him walking towards your
```

572
1          Thomas M. Moroughan

2     car, correct?

3          A     Yes.

4          Q     You never saw him fall down,

5     correct?

6          A     Correct.

7          Q     You never made any type of

8     determination after Officer Bienz got out of

9     his car as to whether -- as to his sobriety;

10    is that fair to say?

11         A     Correct.

12         Q     When Officer DiLeonardo got out

13    of his car, you never made any type of

14    determination as to his sobriety, correct?

15         A     False.

16         Q     You made a determination as to

17    his sobriety?

18         A     Yes.

19         Q     When did you make a determination

20    as to his sobriety?

21         A     When he smelled like alcohol when

22    he was beating the piss out of me.

23         Q     You smelled alcohol?

24         A     Yes.

25         Q     From that you made a