573
Thomas M. Moroughan

1   determination, from the odor of the alcohol,

2   determination, from the odor of the alcohol,

3   that he was not sober?

4        A       I made the determination that he

5   was not sober by the way he was driving and

6   the aggressiveness of his driving and the

7   aggressiveness of his behavior.

8                And then he confirmed my

9   determination when I smelled nothing but booze

10  on him when he was beating the piss out of me.

11       Q       When you say aggressive driving,

12  have you ever seen aggressive drivers who were

13  not intoxicated?

14       A       Yes.

15       Q       Okay.   Have you ever driven

16  aggressively?

17       A       Yes.

18       Q       Were you intoxicated?

19       A       No.

20       Q       Have you ever spoken with anybody

21  who witnessed the events that occurred at

22  Oakwood and Tippin, other than Ms. Mondo?

23       A       No.

24       Q       During your struggle with Officer

25  DiLeonardo in -- while you were still sitting

574

                    Thomas M. Moroughan

1

2    inside your car, Officer DiLeonardo never

3    fired any shots inside the car during that

4    struggle, correct?

5         A       While he was inside the car is

6    what you're saying?

7         Q       Right.

8         A       No.

9         Q       That's correct?

10        A       Correct.

11        Q       On February 27th, 2011, during

12   that entire day, you were not even aware of

13   the existence of the Deadly Force Response

14   Team; is that fair to say?

15        A       Correct.

16        Q       The tattoos that you got done to

17   your arm and your chest, how much did they

18   cost?

19        A       I don't remember.

20        Q       Did you pay for them?

21        A       I believe so.

22        Q       Do you have any recollection, was

23   it -- I have no idea what a tattoo costs.  Was

24   it $20?  Was it $300?  I don't know.

25        A       They're small.  I don't want to

575

Thomas M. Moroughan

1    guess.  Approximately I would say somewhere

2    around a hundred dollars, approximately.

3         Q      A hundred dollars each?

4         A      For the two.

5         Q      Did you pay cash?

6         A      I don't recall.

7         Q      On February 27, 2011 is it fair

8    to say you were treated and released from

9    Huntington Hospital?

10              MR. GRANDINETTE:  Objection;

11        asked and answered.

12              MR. SCHROEDER:  Not by me.

13        A      Yes.

14        Q      You mentioned that -- are you

15   aware of any physical disability that you have

16   now as a result of the two gunshot wounds that

17   you have?

18        A      Just I have a little trouble

19   squeezing.

20        Q      When you say "a little trouble

21   squeezing," tell me about that?

22        A      I can crush this bottle with this

23   hand.  And I can squeeze it but not crush it

24   with this hand.  So I don't have the same

575

Thomas M. Moroughan

1    guess.  Approximately I would say somewhere

2    around a hundred dollars, approximately.

3         Q      A hundred dollars each?

4         A      For the two.

5         Q      Did you pay cash?

6         A      I don't recall.

7         Q      On February 27, 2011 is it fair

8    to say you were treated and released from

9    Huntington Hospital?

10              MR. GRANDINETTE:  Objection;

11        asked and answered.

12              MR. SCHROEDER:  Not by me.

13        A      Yes.

14        Q      You mentioned that -- are you

15   aware of any physical disability that you have

16   now as a result of the two gunshot wounds that

17   you have?

18        A      Just I have a little trouble

19   squeezing.

20        Q      When you say "a little trouble

21   squeezing," tell me about that?

22        A      I can crush this bottle with this

23   hand.  And I can squeeze it but not crush it

24   with this hand.  So I don't have the same

```
                                                    576
 1                    Thomas M. Moroughan

 2      power.

 3            Q       You're right-handed?

 4            A       Yes.

 5            Q       Okay.  Is there anything --

 6                    MR. GRANDINETTE:  I'm sorry.

 7                    For the record, the witness

 8            picked up the plastic Gatorade bottle,

 9            squeezed it with his right hand and with

10            his left hand.

11                    I apologize.

12                    MR. SCHROEDER:  That's quite all

13            right.

14                    What was my last question?

15                          ---

16                    (Record read.)

17                          ---

18      BY MR. SCHROEDER:

19            Q       Is there anything that you

20      physically can't do now that you could do

21      before this incident?

22            A       No.  Not that I'm aware of.

23            Q       You're not claiming any type of

24      physical disability as a result of this

25      incident; is that fair to say?
```

577
1                    Thomas M. Moroughan

2          A     Yes.

3          Q     You mentioned that you now have

4     Medicaid?

5          A     Yes.

6          Q     You mentioned maybe a couple of

7     hundred dollars out-of-pocket expenses with

8     respect to the treatment here, correct?

9          A     Yes.

10         Q     You don't have any other

11    outstanding bills; is that right?  With

12    respect to -- with respect to any injuries

13    you're claiming here.

14         A     Outstanding bills, yes.

15         Q     What outstanding bills do you

16    have?

17         A     Some of the doctors from the

18    emergency room, I have bills from them.  That

19    is on my credit.

20         Q     Do you have any idea how much you

21    owe?

22         A     A few thousand.

23         Q     A few thousand.  Do you know how

24    many?

25         A     No.  It could be anywhere from

578

Thomas M. Moroughan

1    $10,000, $20,000.  I am not sure.

2    

3         Q     When you say a few, could it be

4    as few as $2,000?

5         A     No.  I believe it was more than

6    that.

7         Q     What's your recollection of how

8    much you think you owe?

9         A     10,000-20,000.

10        MR. GRANDINETTE:  Don't guess.

11        Q     Is that a guess or you know?

12        A     I believe it was between --

13   somewhere between that.  I don't want to give

14   a number.

15        Q     Do you have any bills at home?

16        A     I might.

17        Q     When was the last time you

18   received a bill from Huntington Hospital?

19        A     A while ago.

20        Q     So nobody has been calling you to

21   pay the bills; is that fair to say?

22        A     Yes.

23        MR. GRANDINETTE:  If you leave a

24        spot in the record we'll provide any

25        outstanding bills.

579

Thomas M. Moroughan

1
2    TO BE FURNISHED: _____
3    _____
4    BY MR. SCHROEDER:
5        Q      You mentioned yesterday, you were
6    talking about you being diagnosed as bipolar.
7    You were being asked how it manifested itself
8    and you said you had some behavioral issues.
9                Can you tell me what the
10   behavioral issues were?
11               MR. GRANDINETTE:  I'm going to
12          renew my objections that I put on the
13          record yesterday regarding the
14          preservation of physician/patient
15          privilege.
16               I am going to allow you to
17          continue subject to that objection.
18   BY MR. SCHROEDER:
19       Q      Okay.  Would you tell me what
20   kind of behavioral issues you had?
21       A      I was 13.
22       Q      I don't know what that means.
23       A      I was 13.  I was taken away from
24   my family.  I tried to run away.
25       Q      So runaway --

580

1          Thomas M. Moroughan

2          MR. SCHROEDER:  I'm going to move

3      to strike the portions unresponsive.

4                    ---

5                (Motion to Strike)

6                    ---^

7  BY MR. SCHROEDER:

8      Q      I'm just asking you what your

9  behavioral issues were.

10             Runaway would be one of them?

11     A      Yes.  Runaway would be one of

12  them.

13     Q      Did you get into fights?

14     A      Yes.

15     Q      You had some anger issues over

16  what was going on?

17     A      No.

18     Q      So you weren't angry at all about

19  your situation in life?

20     A      Well, since I'm not allowed to

21  discuss my situation in life on the record --

22             MR. GRANDINETTE:  No --

23             MR. CLARKE:  You're allowed to.

24             MR. GRANDINETTE:  We're going to

25      take two minutes, please.

581

Thomas M. Moroughan

1    MR. SCHROEDER:  I have to have

2    him answer the question.

3        MR. GRANDINETTE:  I think he did.

4        MR. MITCHELL:  No.

5        MR. GRANDINETTE:  You can -- what

6    I want you to do is take a deep breath.

7        Read the question back, please.

8            ---

9        (Record read.)

10           ---

11       MR. GRANDINETTE:  I object to the

12   form of the question.  I think it's been

13   asked and answered.  There's no time

14   reference on it.

15       Are you referring to the time he

16   was 13 and in the home?

17       MR. SCHROEDER:  No.

18   BY MR. SCHROEDER:

19   Q    I'm referring to, were you ever

20   angry at your situation?

21       MR. GRANDINETTE:  In what time

22   frame?

23       MR. SCHROEDER:  During his time

24   when he was describing that he had

581

Thomas M. Moroughan

1
2        MR. SCHROEDER:  I have to have
3    him answer the question.
4        MR. GRANDINETTE:  I think he did.
5        MR. MITCHELL:  No.
6        MR. GRANDINETTE:  You can -- what
7    I want you to do is take a deep breath.
8        Read the question back, please.
9            ---
10       (Record read.)
11           ---
12       MR. GRANDINETTE:  I object to the
13   form of the question.  I think it's been
14   asked and answered.  There's no time
15   reference on it.
16       Are you referring to the time he
17   was 13 and in the home?
18       MR. SCHROEDER:  No.
19   BY MR. SCHROEDER:
20   Q    I'm referring to, were you ever
21   angry at your situation?
22       MR. GRANDINETTE:  In what time
23   frame?
24       MR. SCHROEDER:  During his time
25   when he was describing that he had

582

1        Thomas M. Moroughan

2        behavioral issues.

3            MR. GRANDINETTE:  Can we take a

4        recess and then you can ask him whatever

5        you need to ask him?

6            MR. SCHROEDER:  Yes.

7                    ---

8            (A recess was taken.)

9                    ---

10           MR. SCHROEDER:  Okay.  Back on

11       the record.

12  BY MR. SCHROEDER:

13       Q    You've had a break,

14  Mr. Moroughan?

15       A    Yes.

16       Q    Is it fair to say when you left

17  here just now you were angry?

18           MR. GRANDINETTE:  Objection.

19       A    I was upset.

20       Q    And yesterday we agreed, you said

21  that upset is angry; fair to say?

22           MR. GRANDINETTE:  Objection.

23           You can answer.

24       A    Yes.

25       Q    When you walked out of here and

583
Thomas M. Moroughan

1
2  walked down the hall you cursed out loud in
3  the lobby; is that correct?
4            MR. GRANDINETTE:  Objection.
5       A    Yes.
6       Q    You used a derivative of the term
7  "fuck"?
8            MR. GRANDINETTE:  Objection.
9       Q    Or "fucking"?
10      A    Yes.
11      Q    In any of your treatment with
12  counselors, psychologists or psychiatrists,
13  prior to your current treatment, have you ever
14  been told that you had anger issues?
15           MR. GRANDINETTE:  Objection
16        with respect to the psychiatrist
17        privilege.
18             Subject to that, you can answer.
19      A    Not that I can remember.
20      Q    We were talking about behavioral
21  issues just before the break, and you had
22  mentioned that you had gotten into some
23  fights; is that right?
24      A    Yes.
25      Q    And did you ever have any -- what

```
                                            584
 1                    Thomas M. Moroughan
 2     other type of behavioral issues did you have?
 3                  MR. GRANDINETTE:  Objection.  I'd
 4          just ask, if you could, to please put a
 5          time frame.
 6                  Are we talking about his stay at
 7          Saint Mary's when he was 13, in between
 8          that time frame?
 9     BY MR. SCHROEDER:
10          Q       You were at Saint Mary's for how
11     long?
12          A       Almost four years.
13          Q       Almost four years?
14          A       Yes.
15          Q       And where were you after that?
16          A       Group home.
17          Q       What was the name of the group
18     home?
19          A       Lakeview House.
20          Q       How long were you at Lakeview
21     House?
22          A       Just over a year.
23          Q       Did you have any behavioral
24     issues at Lakeview House?
25          A       No.
```

585

Thomas M. Moroughan

1

2      Q       While you were at Lakeview

3  House -- I don't mean while you were -- during

4  that year that you were living there, were you

5  ever arrested?

6      A       No.

7      Q       Mr. Moroughan, you seem upset.

8  Would you like to take a few minutes?  Because

9  there's no problem.  Why don't we take a few

10 minutes.  Why don't we take fifteen minutes

11 and relax.  Okay?  Take a break.

12             MR. GRANDINETTE:  Are you ready

13         to continue?

14             THE WITNESS:  Yes.

15 BY MR. SCHROEDER:

16     Q       When you were at Saint Mary's,

17 during those years were you ever arrested by

18 the police?

19     A       No.

20     Q       You indicated that the therapist

21 you're seeing now, Ms. Freed -- has she ever

22 given you any kind of diagnosis?

23     A       No.

24     Q       And you mentioned a psychiatrist.

25 Tell me the psychiatrist's name?

586

1                     Thomas M. Moroughan

2          A      Dr. Mitra.

3          Q      Has he given you any kind of

4    diagnosis?

5                 MR. GRANDINETTE:  Objection;

6          privileged.

7                 Subject to that exception.

8                 THE WITNESS:  I can answer?

9                 MR. GRANDINETTE:  Yes, you can

10         answer.

11         A      Yes.

12         Q      What diagnosis?

13         A      PTSD.

14         Q      What does that stand for?

15         A      Posttraumatic stress disorder.

16         Q      Did the doctor tell you why he

17   believes you have that?

18         A      Yes.

19         Q      Why does he believe you have

20   that?

21         A      My anxiety.  The nightmares.  My

22   fear of cops.  The fact that I am -- the

23   hypervigilance.

24         Q      Have you had any negative

25   experience with the police since this

587

                    Thomas M. Moroughan

1

2      shooting?  Have you had any interactions with

3      police officers that were negative?

4                  MR. GRANDINETTE:   Personal

5          interaction?

6                  MR. SCHROEDER:  Yes.

7          A       What do you mean by "negative,"

8      I'm sorry?

9          Q       Well, for instance, you indicated

10     that you had that -- you were stopped by a

11     police officer who didn't give you a ticket

12     for the failure to yield.

13                 What other interactions have you

14     had with police officers since February 27,

15     2011?

16         A       I've had the cops at my house a

17     few times.

18                 When my fiancee's grandfather

19     passed away in the house there, it was a

20     negative experience.

21                 Most of the time I try to avoid

22     it whatsoever.  If I see a cop car parked

23     outside a gas station, I will go to the next

24     one.  I just -- I don't want to necessarily

25     have to deal with the police.

588

Thomas M. Moroughan

1

2    Q      In your job as a cab driver when

3    you're around the streets of Huntington have

4    you had any negative experiences with police

5    officers?

6    A      No.

7    Q      How does your posttraumatic

8    stress disorder manifest itself?  What

9    happens?

10   A      You know, sometimes I'm driving,

11   I see a cop car behind me, it makes me really

12   nervous, so my anxiety kicks in.

13   Q      You're still able to drive?

14   A      Yes.

15   Q      Nothing that makes it unsafe for

16   you to drive at that point?  When you say

17   "anxiety," it doesn't affect your ability to

18   operate the car safely?

19   A      No.

20   Q      That's correct?

21   A      Yes.

22   Q      How else does it manifest itself?

23   A      The hypervigilance.

24   Q      Tell me what you mean by that?

25   A      If I hear a noise -- I have a

589

Thomas M. Moroughan

1   really hard time sleeping.  If I hear a noise

2   in the middle of the night, I have to go check

3   it out.  I have to make sure that it's not

4   somebody breaking into my house.  I have to

5   make sure that it's not somebody in my

6   driveway.

7        Q     You had an incident, you said,

8   where the police had to come to your house.

9             Was it somebody in your backyard,

10  did you say?

11       A     Yes.

12       Q     Did you call the police?

13       A     No.  Kristie's aunt called the

14  police.

15       Q     You were home?

16       A     Yes.

17       Q     Did you see somebody in the

18  backyard?

19       A     Yes.

20       Q     Did you have any kind of

21  confrontation with that person?

22       A     No.

23       Q     Who was in the backyard?  A male,

24  a female?

```
                                                      590
 1                      Thomas M. Moroughan

 2          A        It was a male.

 3          Q        What was he doing?

 4          A        He was stealing lawn chairs.  He

 5   was there -- he came back a few times.

 6          Q        Was it like the middle of the

 7   night, the day?

 8          A        Middle of the night.

 9          Q        You saw him?

10          A        Yes.

11          Q        And were you glad that the aunt

12   called the police?  Was that appropriate, did

13   you feel?

14          A        That she called the police?

15          Q        Yes.

16          A        Yes.

17          Q        Did the police come and

18   investigate?

19          A        Yes.

20          Q        Did you have any interaction with

21   the police officers?

22          A        Yes.

23          Q        Were they courteous to you?

24          A        Yes.

25          Q        You didn't have any problems with
```

591

Thomas M. Moroughan

1    the police then, during that interchange?

2

3         A        No.   I knew the officer who came.

4         Q        Only one officer came?

5         A        Two.   They were partners.

6         Q        You didn't have any problems with

7    either of those officers during that exchange?

8         A        No.

9         Q        Did the police officers come more

10   than once to the house?

11        A        No.

12                 MR. GRANDINETTE:   Thank you for

13            answering my questions.

14                 MR. CLARKE:   Three very short

15            questions.

16   FURTHER EXAMINATION

17   BY MR. CLARKE:   ^

18        Q        Mr. Moroughan, I meant to ask you

19   this before.

20                 Regarding your Godmother, Risco,

21   the woman you were calling out for and saying

22   was your lawyer, in your life has she ever

23   represented you in any capacity as a lawyer?

24        A        No.

25        Q        Did you, as a result of the

592

Thomas M. Moroughan

1    events of February 27th, ever file a Workers'

2    Compensation claim through Dobro?

3

4         A      No.

5         Q      You talked yesterday about the

6    handheld push-to-talk device that you used to

7    communicate with your dispatch?

8         A      Correct.

9         Q      Was that itself a cell phone or

10   did you have -- was that separate from a cell

11   phone?

12        A      It was a cell phone.

13        Q      With that feature on it?

14        A      Yes.

15        Q      Fair to say that if you wanted to

16   make a phone call you could have made a phone

17   call with that same device?

18        A      I'm not sure if it was set up for

19   calling.  I know that it had buttons.  It was

20   set up to --

21        Q      Regardless of what that machine

22   could do, did you have a cell phone with you

23   on February 27th, 2011?

24        A      Yes.

25        Q      And your girlfriend did as well,

593

1                      Thomas M. Moroughan

2       correct?

3              A       Yes.

4              Q       There were two cell phones in the

5       car, right?

6              A       Yes.

7              Q       So you said yesterday that when

8       you saw these cars go by you and cutting you

9       off, you were concerned for not only your

10      safety but that of the other motorists on the

11      road, right?

12             A       Yes.

13             Q       Did either you or your girlfriend

14      using your cell phones call the police and

15      alert them to some reckless drivers on that

16      road?

17             A       No.

18             Q       And when you pulled over -- you

19      saw them stopped on the side of the road and

20      you pulled over to talk to them, did you ask

21      if they were okay?

22             A       No.

23             Q       Did you ask if they needed help?

24             A       No.

25             Q       Did you ask if they were lost?

```
                                             594
 1                   Thomas M. Moroughan

 2        A       No.

 3                 MR. GRANDINETTE:  Off the record,

 4           that's nine questions.

 5                 MR. CLARKE:   Three subjects.

 6   BY MR. CLARKE:

 7        Q       Did you ever tell the owner of

 8   Dobro, the fellow named Dennis, that when

 9   these cars cut you off you got really angry?

10        A       No.

11        Q       Back in 2011 how long had you

12   known Kristie?

13        A       A little over four years.

14        Q       In your opinion, regarding your

15   relationship, did you feel she knew you pretty

16   well?

17        A       Yes.

18        Q       At that point in your life did

19   anyone know you better than her?

20                 MR. GRANDINETTE:  Just 2011 or

21           2014?

22                 MR. CLARKE:   2011.

23        A       Risco would probably be the only

24   one.

25        Q       Risco would be the only person
```

595

Thomas M. Moroughan

1      that knew you better than Kristie?

2

3          A       Risco and Pastor Joe.

4          Q       Did you and Kristie at that time

5      back in 2011 have the kind of relationship

6      where you'd kind of finish each other's

7      sentences and kind of knew --

8                  MR. GRANDINETTE:  Objection;

9          form.

10         A       What do you mean by "finish"?

11         Q       I will rephrase the question.

12                 Did you feel that she understood

13     you?

14         A       Yes.

15                 MR. CLARKE:  Thank you.

16                 MR. GRANDINETTE:  Thank you.

17                 MR. MITCHELL:  I have one

18         question.

19                 MR. GRANDINETTE:  Okay.

20     FURTHER EXAMINATION

21     BY MR. MITCHELL:  ^ Note page

22         Q       Between yesterday and this -- up

23     to this point, did you have any conversations

24     with Kristie Mondo about the content of your

25     testimony yesterday?

```
                                                    596
 1                    Thomas M. Moroughan
 2        A      No.
 3        Q      Did you speak to her at all about
 4   your deposition yesterday?
 5               MR. GRANDINETTE:  That's two
 6        questions.
 7               MR. MITCHELL:  That's a lawyer
 8        thing, you know that.
 9        A      Yes.
10        Q      Briefly, what did you say to her
11   and what did she say to you about the
12   deposition yesterday?
13        A      That it was long as hell.  The
14   exact words probably.
15        Q      Anything else?
16        A      No.
17               MR. MITCHELL:  Thank you.
18               MR. GRANDINETTE:  Okay.
19               (Time Noted:  12:00 p.m.)
20
21
22
23
24
25
```

597

1          Thomas M. Moroughan

2          A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK      )
                            :ss
5    COUNTY OF              )

6

7

8          I, THOMAS MOROUGHAN, hereby certify

9    that I have read the transcript of my

10   testimony taken under oath in my deposition of

11   January 20 & 21, 2015; that the transcript is

12   a true, complete and correct record of my

13   testimony, and that the answers on the record

14   as given by me are true and correct.

15

16

17          _____

18          THOMAS M. MOROUGHAN

19

20

21   Signed and subscribed to before
     me, this            day
22   of                  , 2015.

23   _____
     Notary Public, State of New York

24

25

```
                                                      598
1

2      -------------------I N D E X-------------------

3      WITNESS                  EXAMINATION BY         PAGE

4      THOMAS MOROUGHAN     MR. MITCHELL           6

5                          MR. SCHROEDER           250

6                          MR. CLARKE              368

7                          MR. SCHROEDER           532

8

9      DIRECTIONS:    Not to answer by Mr. Grandinette

10                    PAGES 30, 301, 304, 398.

11     MOTIONS:       None

12     RULINGS:       None

13

14     ---------------DOCUMENT REQUEST---------------

15                    HIPPA release for Pederson-Krag

16                    records.

17

18                    Digital copies of photos on cell

19                    phone.

20

21                    Authorization for release of

22                    Plaintiff's Records of residency at

23                    St. Mary's.

24

25                    Authorization for Plaintiff's SUNY
```

599

1

2      Farmingdale records.

3

4      HIPPA authorization for all

5      Pederson-Krag records.

6

7      Authorization directing Town of

8      Huntington to release Plaintiff's

9      hack license file/records.

10

11     Authorization for Medicenter

12     records.

13

14     Authorization for Plaintiff's

15     employment records at Orange &

16     White.

17

18     Authorization for Plaintiff's

19     employment records at Klis

20     Brothers.

21

22     Copy of Medicaid card.

23

24     Authorizations for Plaintiff's

25     Medicaid records, claims history

600

1

2         and billing history.

3

4    ---------INFORMATION TO BE FURNISHED--------

5         Any corrections to Notice of Claim.

6

7         Name and last known address of

8         owner of Dobro Taxi.

9

10        Name of vascular surgeon

11

12        Amount of outstanding treatment bills.

13

14    -------------------EXHIBITS-------------------

15    COUNTY OF SUFFOLK DEFENDANTS' FOR I.D.    PAGE

16    A    Notice of Claim    31

17    B    Time log    227

18    C    PDCS Advisement of Rights    177

19    D    Amended Complaint

20

21    DEFENDANTS' JH EXHIBIT    PAGE

22    A-G    Photos    273

23

24    NASSAU COUNTY DEFENDANTS' FOR ID

25    A    Doctor's note of Dr. German, 6/23/11

601

```
 1
 2                    C E R T I F I C A T E
 3      STATE OF NEW YORK     )
 4                            ) ss.:
 5      COUNTY OF NASSAU      )
 6
 7                    I, RICH MOFFETT, a Notary Public
 8            within and for the State of New York, do
 9            hereby certify:
10                    That THOMAS M. MOROUGHAN, the
11            witness whose deposition is hereinbefore
12            set forth, was duly sworn by me and that
13            such deposition is a true record of the
14            testimony given by such witness.
15                    I further certify that I am not
16            related to any of the parties to this
17            action by blood or marriage; and that I am
18            in no way interested in the outcome of
19            this matter.
20                    IN WITNESS WHEREOF, I have
21            hereunto set my hand this 21st day of
22            January, 2015.
23
24            ---------------------------------
25                    RICH MOFFETT
```

602

## $

**$10,000** [1] - 578:2
**$125** [1] - 434:19
**$160** [1] - 300:18
**$2,000** [1] - 578:4
**$20** [1] - 574:24
**$20,000** [1] - 578:2
**$251** [1] - 434:18
**$300** [1] - 574:24
**$400** [1] - 17:6

## '

**'06** [5] - 264:9, 411:2, 411:5, 412:8
**'07** [3] - 411:2, 411:5, 412:8
**'08** [1] - 300:20
**'09** [2] - 300:20
**'11** [1] - 219:5
**'12** [1] - 424:4
**'13** [2] - 291:16, 424:5
**'14** [1] - 516:3
**'why** [3] - 202:9, 351:3, 351:13

## /

**/-FPLT** [1] - 478:10
**/ROB** [1] - 368:7
**/SKA** [1] - 368:7
**/SR-PBT** [1] - 478:9
**/TPHOEU** [1] - 368:6

## 0

**0** [1] - 308:15
**0700** [1] - 219:8

## 1

**1** [13] - 42:15, 43:11, 179:21, 182:24, 214:11, 217:17, 217:25, 218:2, 228:21, 440:10, 443:20, 446:15
**1-10** [1] - 1:11
**1/20** [1] - 177:7
**10** [5] - 123:15, 261:7, 395:7, 494:5, 567:24
**10,000-20,000** [1] - 578:9
**10/6/2014** [1] - 257:17
**100** [5] - 3:13, 513:24, 536:16, 536:18, 543:5
**10005** [1] - 3:21
**100s** [1] - 536:7

**1099s** [1] - 424:10
**10:10** [1] - 501:5
**11** [1] - 468:22
**11-20** [1] - 1:14
**110** [1] - 45:7
**114** [2] - 2:23, 3:6
**11501** [2] - 2:24, 3:7
**11553** [1] - 4:9
**11746** [1] - 6:14
**11788** [1] - 3:14
**11th** [1] - 20:13
**12** [10] - 16:10, 391:4, 392:24, 465:7, 471:7, 472:11, 473:3, 494:4, 565:23, 567:22
**120** [1] - 3:20
**124** [1] - 509:8
**125** [2] - 434:22, 435:20
**12:00** [1] - 596:19
**12:50-something** [1] - 440:11
**13** [5] - 373:23, 579:21, 579:23, 581:17, 584:7
**13.75** [1] - 17:16
**131** [5] - 63:4, 440:4, 440:17, 440:22, 466:4
**13th** [1] - 375:25
**14** [3] - 372:4, 372:7, 551:9
**143** [4] - 6:13, 39:8, 186:18, 186:22
**14th** [1] - 525:19
**15** [4] - 372:4, 372:7, 482:8, 539:4
**17** [3] - 185:16, 374:7, 374:9
**170** [2] - 533:17, 533:18
**170-180** [1] - 534:5
**175** [1] - 434:24
**177** [1] - 600:18
**17th** [3] - 185:20, 186:2, 380:18
**18** [9] - 75:2, 75:4, 75:7, 76:23, 377:2, 378:3, 383:7, 383:8, 535:5
**180** [1] - 533:17
**183** [1] - 422:22
**19** [5] - 311:22, 383:5, 384:22, 390:5, 435:7
**1984** [3] - 185:12, 185:16, 186:15
**19th** [31] - 6:13, 9:23, 39:8, 59:15, 60:10, 60:17, 60:20, 61:2,

61:6, 61:15, 62:6, 62:22, 63:2, 63:4, 63:14, 63:17, 63:23, 63:25, 64:17, 66:17, 66:23, 106:4, 186:18, 186:22, 199:8, 199:10, 349:23, 440:4, 440:18, 440:22, 466:4
**1:00** [4] - 190:19, 191:5, 344:5, 344:14
**1:10** [6] - 41:24, 42:2, 42:11, 187:3, 188:10, 339:24
**1:15** [3] - 187:3, 188:10, 339:24
**1:25** [2] - 229:2, 231:22
**1:30** [4] - 123:8, 130:3, 229:10, 465:12
**1:45** [2] - 249:18, 249:21

## 2

**2** [31] - 124:2, 124:4, 124:5, 124:10, 128:7, 128:12, 139:2, 141:9, 141:16, 159:9, 159:12, 159:19, 159:25, 160:4, 162:4, 162:7, 164:6, 164:9, 180:20, 183:21, 207:7, 214:4, 214:6, 214:7, 215:14, 268:4, 465:21, 566:6, 566:20, 567:10, 568:2
**2/27/11** [1] - 515:19
**20** [6] - 1:20, 311:2, 311:20, 532:6, 534:21, 597:11
**200** [1] - 534:10
**2005** [1] - 293:19
**2006** [1] - 536:24
**2010** [6] - 37:4, 293:12, 294:6, 310:20, 314:2, 315:3
**2011** [134] - 8:14, 10:2, 10:8, 10:12, 11:2, 11:14, 11:23, 18:2, 19:13, 20:4, 20:8, 20:24, 21:6, 21:13, 21:18, 21:24, 26:9, 28:17, 28:20, 28:21, 29:14, 31:3, 31:5, 31:7, 36:9, 36:16,

39:17, 120:16, 120:23, 155:13, 177:22, 180:18, 187:2, 227:10, 237:23, 242:17, 243:2, 243:23, 244:14, 245:21, 253:13, 257:8, 257:11, 267:23, 268:13, 275:11, 276:20, 277:13, 277:16, 278:22, 281:25, 287:8, 290:24, 291:8, 293:7, 293:20, 295:14, 295:24, 296:22, 298:22, 305:2, 305:6, 305:10, 305:15, 306:24, 307:23, 308:24, 311:24, 314:3, 315:4, 329:9, 339:24, 416:5, 416:24, 417:10, 417:16, 417:19, 419:8, 428:9, 449:15, 469:24, 475:12, 476:9, 476:19, 478:18, 482:7, 498:25, 504:21, 505:4, 505:11, 505:16, 506:13, 506:23, 506:25, 507:14, 507:19, 508:11, 509:3, 509:14, 511:23, 516:5, 517:4, 517:5, 517:6, 517:8, 517:23, 518:5, 518:8, 518:11, 518:16, 519:16, 520:11, 521:25, 522:9, 525:10, 525:20, 526:9, 529:16, 529:23, 534:7, 536:6, 538:15, 539:11, 541:6, 542:11, 547:4, 574:11, 575:8, 587:15, 592:23, 594:11, 594:20, 594:22, 595:5
**2012** [9] - 11:20, 11:23, 15:3, 294:12, 479:17, 506:7, 517:10, 518:3, 531:11
**2013** [4] - 293:16, 293:17, 294:17, 294:20

**2014** [9] - 15:16, 22:9, 291:13, 411:16, 512:6, 517:14, 518:14, 518:17, 594:21
**2015** [5] - 1:20, 22:5, 597:11, 597:22, 601:22
**20s** [5] - 102:4, 202:6, 202:8, 351:3, 351:8
**20th** [7] - 10:2, 282:6, 295:12, 295:13, 295:23, 304:25, 306:24
**21** [5] - 1:20, 261:23, 262:3, 305:2, 597:11
**21st** [3] - 295:13, 295:14, 601:21
**227** [1] - 600:17
**23** [2] - 185:12, 186:15
**23rd** [1] - 186:3
**24** [2] - 486:16, 497:6
**25** [2] - 371:15, 376:10
**250** [2] - 434:24, 598:5
**251** [1] - 434:19
**26** [3] - 27:24, 28:8, 311:25
**26th** [8] - 18:9, 18:14, 36:16, 37:14, 37:18, 296:22, 298:22, 478:18
**27** [34] - 18:2, 21:6, 39:17, 155:13, 177:22, 180:18, 187:2, 219:5, 227:10, 237:23, 243:2, 243:23, 253:12, 257:8, 257:11, 267:23, 268:13, 277:13, 278:22, 291:8, 295:24, 308:24, 311:23, 329:9, 339:24, 416:5, 433:14, 449:15, 534:7, 538:15, 539:11, 542:11, 575:8, 587:14
**273** [1] - 600:22
**27th** [41] - 18:10, 18:12, 18:14, 20:8, 21:13, 36:8, 36:13, 120:16, 124:9, 129:15, 129:22, 242:17, 244:14, 275:11, 276:20, 277:16, 291:6, 296:22, 298:22, 305:6, 305:10, 305:15, 306:24,

603

307:23, 314:3,
315:4, 333:9,
416:24, 417:10,
466:25, 481:16,
517:3, 519:17,
522:22, 536:6,
541:6, 547:4, 569:3,
574:11, 592:2,
592:23
**28th** [3] - 8:14, 10:8,
18:12
**29th** [1] - 185:24
**2:00** [1] - 229:13
**2:30** [5] - 150:13,
229:18, 331:9,
331:14, 332:7
**2:40** [1] - 229:23

## 3

**3** [8] - 150:14, 181:21,
207:8, 264:21,
464:22, 465:21,
475:10, 567:22
**3/2/2011** [2] - 255:25,
256:4
**30** [4] - 142:7, 534:21,
535:24, 598:10
**300** [1] - 34:22
**301** [1] - 598:10
**304** [1] - 598:10
**31** [1] - 600:16
**333** [2] - 1:19, 4:8
**368** [1] - 598:6
**398** [1] - 598:10
**3:00** [1] - 477:5
**3:30** [4] - 141:17,
230:2, 332:12,
475:10

## 4

**4** [1] - 182:6
**4/18/13** [1] - 262:5
**40** [7] - 13:11, 142:7,
308:14, 308:15,
309:14, 309:21
**40-miles-per-hour** [1]
- 309:8
**40s** [1] - 130:17
**45** [3] - 155:25, 309:7,
425:5
**48** [1] - 476:20
**4:00** [2] - 230:5,
330:16

## 5

**5** [3] - 261:14, 368:18,
464:22

**5-10** [1] - 134:23
**5-11** [1] - 134:24
**5-8** [3] - 137:16, 168:2,
533:2
**5-foot-8** [1] - 533:2
**5-foot-8½** [1] - 533:4
**50** [4] - 16:21, 167:19,
167:20, 408:4
**50/50** [2] - 17:14,
432:14
**500** [1] - 66:24
**50H** [20] - 7:9, 8:4,
8:12, 10:11, 19:13,
31:14, 32:5, 98:6,
98:8, 98:10, 98:12,
98:14, 98:16,
302:25, 303:3,
319:4, 319:10,
319:14, 352:25,
409:22
**50H's** [1] - 268:18
**516-280-4664** [1] -
2:24
**525** [1] - 374:16
**532** [1] - 598:7
**55** [1] - 22:14
**550** [1] - 13:15
**5th** [2] - 52:12

## 6

**6** [19] - 37:25, 40:3,
40:9, 42:23, 135:2,
137:22, 340:8,
342:22, 369:14,
471:3, 472:13,
473:4, 476:10,
477:18, 478:25,
479:4, 505:11, 598:4
**6-1** [1] - 135:2
**6/23/11** [2] - 529:4,
600:25
**6/24/2011** [1] - 258:4
**630** [1] - 2:23
**650** [1] - 17:7
**6:00** [24] - 36:19, 37:8,
37:9, 40:12, 42:10,
42:20, 43:9, 187:10,
187:15, 188:3,
188:4, 188:7,
188:15, 189:2,
340:8, 408:11,
408:24, 471:3
**6:30** [1] - 479:13
**6th** [1] - 52:12

## 7

**7** [8] - 230:15, 230:20,
231:7, 290:24,

464:22, 475:9,
476:10, 493:10
**7/23/84** [1] - 260:22
**700** [1] - 17:7
**77** [1] - 385:8
**7:00** [1] - 230:7
**7:15** [1] - 500:9
**7:30** [1] - 477:4
**7th** [2] - 52:12, 291:5

## 8

**8** [24] - 38:21, 38:22,
40:3, 40:9, 42:11,
43:10, 125:2,
127:17, 130:5,
221:2, 221:6, 231:7,
231:22, 233:10,
342:22, 433:5,
433:7, 433:8, 433:9,
449:14, 477:5,
493:14, 493:16,
541:11
**8:00** [8] - 40:12, 42:10,
42:14, 42:20, 42:24,
43:10, 127:18,
230:22
**8:15** [2] - 333:17,
333:19
**8:30** [1] - 510:24

## 9

**9** [2] - 464:22, 567:23
**90** [3] - 499:15, 500:6,
501:18
**911** [13] - 106:8,
106:13, 213:10,
213:17, 367:2,
367:9, 441:15,
441:19, 441:25,
442:5, 442:13,
443:4, 568:22
**9:50** [1] - 1:21

## A

**a.m** [19] - 1:21, 37:9,
127:18, 187:3,
187:10, 187:15,
188:4, 188:7,
188:15, 189:2,
190:19, 191:5,
330:16, 339:24,
340:9, 344:5,
344:14, 408:11,
501:5
**AAA** [4] - 426:10,
426:11, 426:13,
426:15

**abilities** [2] - 352:2,
469:21
**ability** [9] - 23:24,
70:11, 161:10,
317:5, 458:22,
530:18, 544:2,
550:4, 588:17
**able** [44] - 49:11,
49:21, 49:24, 57:18,
64:13, 64:24, 81:25,
83:10, 87:7, 88:6,
106:2, 113:8, 126:3,
142:3, 161:21,
170:10, 170:12,
236:21, 236:22,
236:24, 237:3,
266:19, 311:16,
318:7, 320:8,
320:10, 327:14,
328:6, 335:17,
335:24, 336:5,
336:14, 421:23,
430:8, 455:3,
524:23, 543:14,
543:16, 543:18,
558:6, 558:7, 567:5,
588:13
**abused** [2] - 559:19,
559:23
**Academy** [1] - 385:8
**academy** [1] - 486:19
**accelerate** [3] - 95:2,
95:4, 308:8
**accelerating** [1] - 59:9
**accept** [2] - 292:6,
516:22
**access** [1] - 259:12
**accident** [7] - 92:16,
92:20, 92:25, 93:4,
296:7, 439:10,
520:21
**accidents** [2] -
425:21, 426:12
**acclimated** [1] -
471:22
**accommodate** [1] -
251:17
**accompanied** [1] -
407:17
**according** [1] - 233:9
**accounts** [1] - 270:10
**accurate** [9] - 33:13,
173:15, 314:24,
315:2, 325:23,
325:24, 332:3,
347:23, 435:12
**accurately** [1] -
199:21
**acting** [1] - 75:17
**action** [1] - 601:17

**actions** [1] - 316:10
**actively** [1] - 497:12
**actual** [2] - 34:3,
440:11
**Acura** [20] - 44:16,
44:20, 45:10, 67:5,
67:7, 83:13, 190:19,
191:5, 272:15,
324:17, 344:5,
344:12, 344:17,
344:23, 345:5,
346:8, 461:4,
461:18, 569:3, 570:7
**ADA** [4] - 144:11,
481:18, 482:6, 482:9
**added** [1] - 392:7
**addict** [1] - 393:6
**addiction** [3] - 26:14,
26:18, 394:20
**addition** [2] - 401:17,
421:8
**additional** [5] - 50:19,
133:20, 250:14,
499:15, 500:6
**address** [10] - 6:12,
9:22, 250:20,
339:10, 339:15,
374:14, 385:6,
447:17, 555:15,
600:7
**adjacent** [1] - 464:19
**administered** [2] -
381:9, 467:18
**administers** [1] -
414:11
**admission** [1] - 386:6
**admitted** [5] - 373:4,
373:12, 373:13,
383:14, 510:8
**adorn** [1] - 496:4
**adorned** [2] - 496:10,
496:15
**adversarial** [1] -
398:14
**adverse** [1] - 12:24
**advertisement** [1] -
415:13
**advised** [2] - 335:4,
564:8
**advisement** [7] -
28:15, 386:16,
406:20, 414:23,
514:20, 514:23,
515:3
**Advisement** [2] -
177:10, 600:18
**affect** [3] - 469:17,
469:23, 588:17
**affected** [2] - 336:15,
336:16

**affidavit** [7] - 412:4, 413:11, 422:4, 520:4, 520:13, 531:18, 531:22
**affidavits** [2] - 413:25, 424:13
**affiliated** [2] - 381:2, 420:21
**afford** [1] - 182:7
**afraid** [5] - 121:20, 521:11, 521:12, 558:12, 558:13
**afternoon** [2] - 477:6, 477:21
**afterwards** [1] - 27:3
**AG** [1] - 600:22
**age** [9] - 372:3, 372:6, 373:21, 374:5, 375:21, 378:3, 383:4, 390:6, 391:8
**agency** [2] - 381:8, 381:10
**ages** [1] - 261:6
**aggravated** [1] - 466:7
**aggressive** [5] - 450:6, 460:18, 460:25, 573:11, 573:12
**aggressively** [1] - 573:16
**aggressiveness** [2] - 573:6, 573:7
**ago** [16] - 20:22, 22:4, 25:18, 264:17, 265:13, 291:11, 304:7, 391:21, 397:11, 402:2, 403:13, 468:13, 512:4, 556:6, 556:10, 578:19
**agree** [25] - 26:9, 36:11, 68:5, 81:11, 95:14, 99:22, 100:21, 186:14, 192:23, 202:25, 203:21, 212:12, 214:23, 217:6, 228:22, 231:18, 231:25, 233:8, 233:18, 291:23, 316:16, 458:19, 460:15, 479:18, 525:23
**AGREED** [3] - 5:6, 5:12, 5:17
**agreed** [3] - 16:8, 218:9, 582:20
**agrees** [1] - 500:4
**ahead** [12] - 60:14, 60:17, 124:24,

127:13, 317:18, 441:10, 501:23, 531:24, 543:24, 565:14, 565:23, 570:9
**AID** [2] - 385:25
**aid** [1] - 386:10
**ailment** [1] - 449:11
**ailments** [2] - 380:14, 505:18
**alcohol** [12] - 317:22, 317:24, 450:20, 451:5, 451:11, 451:20, 451:21, 451:23, 452:3, 572:21, 572:23, 573:2
**Alejandro** [1] - 248:4
**alert** [1] - 593:15
**ALFRED** [1] - 1:8
**aliases** [1] - 410:6
**alive** [3] - 170:15, 476:12, 476:15
**alleges** [1] - 401:18
**alleging** [1] - 288:16
**allow** [6] - 12:11, 16:12, 402:5, 402:6, 402:15, 579:16
**allowed** [12] - 139:10, 143:17, 302:24, 303:4, 320:9, 408:12, 408:14, 483:17, 544:8, 544:9, 580:20, 580:23
**almost** [16] - 119:12, 240:17, 240:18, 287:21, 317:23, 374:9, 383:6, 416:8, 443:15, 448:17, 482:11, 531:9, 584:12, 584:13
**alone** [5] - 169:4, 170:11, 171:4, 171:9, 395:23
**altercation** [2] - 523:6, 523:10
**ambulance** [4] - 114:23, 114:24, 442:21, 563:23
**Amended** [9] - 6:21, 33:18, 33:24, 34:12, 316:25, 325:19, 401:17, 401:24, 600:19
**Amendment** [8] - 29:25, 30:8, 30:15, 301:11, 301:24, 303:15, 303:19, 304:3

**amount** [3] - 250:16, 433:15, 477:15
**Amount** [1] - 600:12
**analysis** [1] - 235:22
**AND** [5] - 5:6, 5:12, 5:17
**anesthesia** [1] - 510:21
**anger** [3] - 463:3, 580:15, 583:14
**angle** [1] - 280:17
**angry** [18] - 53:10, 71:19, 82:2, 82:22, 82:23, 83:5, 83:23, 83:25, 84:7, 348:21, 348:22, 555:5, 555:6, 580:18, 581:21, 582:17, 582:21, 594:9
**Ann** [11] - 139:8, 139:9, 139:16, 139:20, 139:22, 140:5, 140:23, 141:8, 141:19, 476:11, 476:18
**annoy** [5] - 70:25, 72:18, 345:15, 345:23, 346:4
**annoyed** [4] - 71:19, 190:20, 344:6, 347:12
**annoying** [1] - 71:16
**annual** [2] - 411:11, 531:17
**Answer** [7] - 30:7, 183:8, 184:4, 301:10, 303:18, 304:2, 398:22
**answer** [88] - 9:7, 9:18, 12:9, 12:11, 50:5, 70:18, 71:12, 72:3, 72:8, 72:9, 84:4, 95:20, 98:20, 129:18, 178:14, 181:7, 182:10, 191:21, 195:16, 196:18, 198:6, 215:22, 225:5, 244:7, 251:13, 251:19, 257:12, 267:5, 302:7, 302:20, 303:6, 312:19, 317:4, 317:18, 319:25, 320:20, 337:10, 341:25, 351:24, 351:25, 376:17, 388:8, 391:24, 392:23, 398:20, 402:15, 442:9,

449:4, 451:10, 451:24, 456:10, 458:25, 467:4, 469:20, 474:21, 480:2, 486:2, 488:8, 488:11, 492:13, 494:11, 506:5, 515:15, 518:24, 519:9, 521:3, 521:16, 522:4, 527:18, 533:14, 535:18, 537:15, 539:20, 540:22, 542:19, 544:2, 550:3, 561:15, 562:5, 563:18, 581:3, 582:23, 583:18, 586:8, 586:10, 598:9
**answered** [14] - 109:22, 127:22, 128:3, 151:25, 198:5, 207:18, 217:10, 220:5, 303:4, 334:25, 527:16, 539:19, 575:12, 581:14
**answering** [4] - 370:13, 532:7, 567:3, 591:13
**answers** [6] - 7:15, 8:23, 450:17, 550:11, 550:13, 597:13
**ANTHONY** [3] - 1:13, 3:4, 3:8
**Anthony** [6] - 247:20, 253:16, 271:20, 275:9, 316:10, 317:11, 353:8, 550:5
**antibiotic** [2] - 222:6, 468:5
**antibiotics** [2] - 21:15, 158:10
**anticipating** [1] - 43:16
**antidepressant** [1] - 380:8
**anxiety** [10] - 23:19, 397:5, 557:6, 557:14, 557:24, 558:2, 586:21, 588:12, 588:17
**anxious** [2] - 558:9, 558:10
**anyway** [3] - 340:20, 398:6, 463:21
**apartment** [1] - 475:17
**apologize** [3] - 110:14, 333:4,

576:11
**appear** [2] - 325:23, 555:18
**appeared** [3] - 275:11, 315:3, 325:24
**appearing** [2] - 322:9, 322:13
**application** [5] - 27:20, 302:2, 386:6, 424:9, 424:17
**applied** [1] - 516:5
**apply** [3] - 251:6, 399:24, 413:9
**appointed** [5] - 182:8, 375:7, 375:14, 375:19, 375:22
**appointment** [4] - 20:12, 20:16, 416:10, 474:2
**appreciate** [4] - 200:25, 370:10, 447:24, 453:18
**approached** [3] - 64:17, 73:16, 238:18
**approaching** [1] - 65:3
**appropriate** [6] - 196:14, 235:20, 280:2, 301:25, 388:17, 590:12
**approve** [2] - 408:21, 408:23
**April** [6] - 506:13, 506:22, 517:5, 518:3, 521:25, 522:8
**area** [12] - 37:10, 40:21, 109:20, 110:2, 118:6, 118:12, 119:13, 119:15, 160:10, 401:8, 441:13, 497:25
**areas** [1] - 289:16
**argue** [2] - 461:25, 462:3
**argument** [5] - 122:17, 263:24, 354:16, 499:10, 561:8
**argumentative** [2] - 84:3, 527:2
**arm** [27] - 102:25, 103:6, 103:21, 119:4, 160:20, 161:7, 248:24, 255:22, 256:11, 256:17, 256:19, 256:21, 284:20, 287:2, 427:25, 494:7, 507:6, 507:7, 507:23, 508:5,

523:21, 523:22, 525:14, 525:17, 574:17
**arm's** [1] - 445:14
**armpit** [1] - 118:7
**arms** [1] - 97:22
**arraigned** [2] - 491:3, 491:4
**arrest** [28] - 29:10, 209:11, 209:14, 209:24, 226:2, 329:7, 329:10, 329:20, 330:4, 330:9, 332:20, 332:23, 333:2, 333:8, 334:5, 362:19, 449:23, 452:23, 488:24, 489:4, 490:8, 491:18, 491:25, 492:6, 492:18, 493:5, 493:19, 547:17
**arrested** [11] - 28:18, 171:7, 264:2, 304:12, 304:18, 304:22, 330:8, 452:14, 491:16, 585:5, 585:17
**arresting** [2] - 174:23, 330:7
**arrive** [1] - 440:15
**arrived** [12] - 109:17, 116:22, 116:25, 141:12, 141:15, 141:18, 141:21, 142:23, 143:3, 145:12, 166:3, 166:23
**arriving** [1] - 545:20
**art** [1] - 287:21
**article** [4] - 272:10, 486:24, 487:8, 488:5
**articles** [1] - 270:21
**artist** [2] - 286:25, 498:5
**as-is** [1] - 200:23
**as-needed** [1] - 26:2
**aside** [1] - 201:13
**ass** [2] - 75:25, 76:14
**Assault** [1] - 268:4
**assert** [2] - 29:24, 303:14
**asshole** [6] - 202:10, 202:19, 323:14, 349:2, 351:4, 353:10
**asshole'** [1] - 351:14
**Assistant** [1] - 6:18
**assistant** [1] - 25:11
**assisted** [1] - 404:22

**associated** [1] - 391:15
**assume** [2] - 276:3, 418:14
**assumed** [2] - 384:11, 389:3
**assuming** [1] - 275:5
**ate** [2] - 477:23, 477:25
**Atkins** [7] - 261:15, 261:18, 264:23, 265:6, 265:12, 265:21, 265:25
**ATKINS** [1] - 261:18
**attach** [1] - 324:4
**attached** [1] - 241:17
**attempted** [1] - 262:12
**attended** [2] - 245:18, 245:23
**attending** [2] - 375:18, 384:24
**attention** [9] - 36:8, 44:24, 108:13, 126:19, 158:12, 210:5, 346:9, 346:12, 495:15
**attesting** [1] - 412:4
**Attorney** [5] - 3:5, 6:18, 27:13, 244:11, 244:24
**attorney** [6] - 243:5, 268:5, 268:8, 268:12, 268:15, 292:13
**attorney's** [2] - 288:14, 501:15
**Attorney's** [5] - 242:24, 243:8, 244:3, 291:2, 291:9
**attorney/client** [1] - 292:11
**Attorneys** [3] - 3:12, 3:18, 4:5
**attorneys** [1] - 281:16
**attribute** [1] - 324:12
**audio** [1] - 443:3
**AUDIO** [1] - 112:6
**August** [8] - 15:3, 185:16, 185:20, 185:24, 186:2, 267:13, 287:8, 498:25
**aunt** [6] - 475:24, 476:6, 476:18, 560:14, 589:14, 589:15
**Authorization** [2] - 599:7, 599:11
**authorization** [13] - 374:19, 386:4,

405:14, 414:16, 415:6, 419:12, 419:18, 424:7, 598:21, 598:25, 599:4, 599:14, 599:18
**authorizations** [1] - 514:13
**Authorizations** [1] - 599:24
**authorized** [1] - 423:4
**Auto** [1] - 385:25
**auto** [1] - 15:25
**automatic** [4] - 69:3, 77:6, 78:16, 95:9
**automatically** [1] - 178:18
**automatics** [1] - 312:2
**automobile** [2] - 425:20, 426:12
**available** [1] - 512:23
**Avenue** [21] - 44:8, 44:14, 45:6, 46:9, 47:13, 48:3, 48:13, 192:20, 193:4, 193:11, 194:8, 194:20, 195:5, 196:23, 217:4, 538:19, 540:15, 540:16, 540:17, 540:19, 569:7
**Avenues** [2] - 52:12, 52:13
**avoid** [2] - 45:13, 587:21
**awake** [3] - 370:15, 540:24, 541:3
**aware** [43] - 24:13, 29:11, 29:12, 29:14, 39:13, 39:23, 73:3, 78:22, 116:24, 117:2, 124:18, 144:3, 144:22, 144:23, 145:3, 158:2, 216:2, 216:6, 216:14, 216:24, 217:3, 233:25, 292:23, 299:23, 301:4, 321:11, 337:14, 337:16, 419:17, 421:13, 441:15, 449:20, 456:11, 467:8, 482:6, 482:13, 516:10, 516:13, 542:3, 548:14, 574:12, 575:16, 576:22
**awful** [1] - 393:2

**B**

**babe** [1] - 88:12
**Babylon** [2] - 536:22, 536:25
**babysitter** [1] - 390:14
**backed** [11] - 88:24, 93:9, 105:21, 105:23, 105:24, 204:24, 327:18, 328:22, 358:7, 366:14, 457:25
**background** [8] - 104:9, 325:5, 398:16, 410:20, 411:20, 411:22, 415:4, 422:3
**backing** [2] - 328:18, 458:21
**backseat** [1] - 281:7
**backwards** [14] - 90:16, 104:3, 211:15, 211:16, 211:21, 211:23, 212:10, 212:13, 212:18, 213:2, 362:24, 363:18, 364:5, 365:19
**backyard** [6] - 239:18, 239:23, 240:8, 589:10, 589:19, 589:24
**bad** [16] - 14:20, 28:22, 189:10, 189:18, 189:24, 190:10, 287:19, 341:17, 342:3, 342:7, 342:10, 342:17, 397:17, 423:21, 439:10, 495:25
**badge** [1] - 137:4
**bailed** [2] - 493:22, 494:3
**bandage** [1] - 255:21
**bar** [6] - 438:9, 438:13, 438:18, 439:17, 439:19, 439:21
**Barket** [2] - 269:2, 269:5
**bars** [1] - 62:14
**bartender** [1] - 438:24
**bartender's** [1] - 438:15
**base** [1] - 173:24
**based** [8] - 82:21, 210:19, 231:6, 241:19, 312:20, 369:6, 486:10,

566:12
**basic** [1] - 251:5
**basis** [12] - 23:2, 26:3, 318:22, 379:20, 396:6, 427:17, 427:18, 478:3, 486:22, 488:2, 488:7, 531:17
**bathroom** [1] - 438:13
**battery** [1] - 310:2
**batting** [1] - 431:20
**BE** [5] - 34:19, 448:4, 503:11, 579:2, 600:4
**beams** [17] - 48:24, 48:25, 49:5, 49:7, 50:21, 51:12, 154:2, 190:23, 190:25, 191:8, 191:13, 344:6, 345:10, 345:14, 346:6, 346:17, 346:22
**bear** [1] - 32:18
**beat** [1] - 330:6
**beaten** [2] - 108:10, 544:14
**beating** [4] - 108:14, 327:25, 572:22, 573:10
**became** [2] - 145:3, 337:16
**become** [5] - 82:23, 144:23, 268:11, 281:23, 542:10
**bed** [4] - 124:15, 142:4, 319:2, 336:10
**bedside** [1] - 176:21
**Beenz"]** [1] - 272:20
**beep** [2] - 346:16, 446:17
**beeping** [2] - 50:21, 154:2
**BEFORE** [1] - 1:24
**beforehand** [1] - 397:24
**beg** [1] - 263:8
**began** [4] - 404:12, 448:16, 449:8, 459:11
**begin** [1] - 333:12, 459:10, 460:4, 460:5, 508:7, 509:12, 512:2, 515:7, 515:25
**beginning** [8] - 15:15, 115:19, 252:10, 447:9, 454:18, 502:14, 537:11, 564:23
**behalf** [4] - 32:21, 33:25, 244:12, 423:7

behaving [1] - 460:11
behavior [4] - 329:5,
 391:7, 460:25, 573:7
behavioral [9] -
 392:19, 579:8,
 579:10, 579:20,
 580:9, 582:2,
 583:20, 584:2,
 584:23
behaviors [1] - 460:5
behind [35] - 41:19,
 50:20, 51:7, 51:24,
 52:17, 54:9, 54:16,
 55:6, 55:19, 60:2,
 67:7, 70:11, 70:13,
 70:22, 70:25, 71:16,
 71:19, 72:12, 72:15,
 72:19, 73:6, 85:22,
 107:24, 153:25,
 191:24, 192:10,
 192:15, 193:15,
 428:14, 430:3,
 430:11, 454:17,
 565:6, 570:2, 588:11
belief [7] - 135:11,
 174:21, 219:20,
 231:2, 480:20,
 485:10, 486:8
believes [4] - 127:10,
 320:12, 442:7,
 586:17
Bell [1] - 478:16
below [6] - 179:18,
 180:13, 181:17,
 182:21, 183:7,
 213:24
beneath [1] - 315:19
beneficial [1] - 12:19
benefit [2] - 8:21,
 12:10
benefits [1] - 516:2
beside [3] - 53:5,
 465:16, 494:7
best [27] - 33:14,
 47:16, 50:4, 50:6,
 160:9, 161:10,
 309:19, 311:7,
 312:20, 313:12,
 317:4, 327:11,
 351:25, 376:17,
 437:7, 447:17,
 454:20, 469:20,
 479:20, 501:17,
 516:22, 539:6,
 543:5, 544:2, 550:3,
 567:2
better [11] - 12:22,
 35:17, 82:2, 290:2,
 311:14, 395:14,
 395:16, 396:19,

554:13, 594:19,
 595:2
between [49] - 5:7,
 10:8, 11:5, 11:7,
 19:9, 40:3, 40:9,
 40:10, 40:11, 41:16,
 41:25, 42:10, 42:11,
 42:14, 42:19, 42:23,
 44:2, 49:15, 52:12,
 59:18, 65:10, 66:22,
 85:25, 87:3, 103:17,
 141:16, 150:13,
 164:8, 220:20,
 231:21, 292:12,
 295:23, 308:15,
 310:25, 311:4,
 322:21, 342:22,
 454:22, 455:2,
 461:17, 478:25,
 494:4, 518:16,
 533:17, 534:21,
 578:12, 578:13,
 584:7, 595:22
bicycle [1] - 539:22
Bienz [38] - 272:19,
 272:20, 276:7,
 276:17, 317:11,
 318:2, 318:13,
 320:7, 320:22,
 321:2, 321:16,
 323:16, 324:3,
 324:8, 324:19,
 324:21, 326:17,
 326:19, 326:22,
 327:5, 327:11,
 327:18, 333:5,
 354:25, 366:8,
 451:3, 452:9,
 452:17, 452:19,
 452:22, 453:5,
 457:17, 458:2,
 458:4, 458:14,
 547:2, 571:23, 572:8
BIENZ [1] - 1:14
Bienz's [1] - 322:2
big [3] - 430:9, 487:3,
 492:18
bill [2] - 553:16,
 578:18
Bill [1] - 269:9
billing [2] - 514:15,
 600:2
bills [9] - 521:13,
 577:11, 577:14,
 577:15, 577:18,
 578:15, 578:21,
 578:25, 600:12
bimonthly [1] - 23:4
biological [1] - 260:25
bipolar [12] - 377:16,

378:9, 380:12,
 380:15, 382:3,
 387:22, 389:24,
 390:24, 391:3,
 391:15, 396:7, 579:6
birth [6] - 185:11,
 260:21, 262:4,
 339:9, 339:21,
 555:15
birthday [3] - 185:23,
 376:2, 380:18
bit [13] - 13:12, 40:25,
 54:21, 54:24, 85:21,
 134:15, 214:6,
 252:6, 266:4, 286:6,
 431:22, 501:16,
 556:2
bizarre [1] - 473:25
black [3] - 134:19,
 138:3, 167:16
blank [4] - 34:10,
 34:16, 284:7, 503:7
bleed [2] - 417:2,
 417:11
bleeding [7] - 115:25,
 120:9, 158:8,
 288:10, 497:5,
 497:10, 497:12
blessings [1] - 479:19
blizzard [1] - 409:7
block [1] - 441:5
blocked [1] - 567:13
blocking [1] - 567:21
blocks [1] - 441:2
blood [24] - 120:3,
 120:5, 120:7,
 120:14, 280:22,
 281:9, 281:10,
 382:18, 407:2,
 407:7, 407:9,
 466:23, 494:16,
 494:17, 496:5,
 496:11, 496:22,
 497:12, 497:16,
 497:25, 498:5,
 509:21, 601:17
bloodstream [1] -
 467:2
blue [71] - 44:16,
 44:20, 45:10, 46:3,
 47:9, 47:25, 48:23,
 49:12, 49:16, 49:22,
 50:9, 50:17, 54:3,
 54:5, 54:7, 58:14,
 58:21, 59:5, 59:23,
 60:2, 60:7, 63:18,
 64:13, 65:5, 66:2,
 67:5, 67:7, 68:16,
 73:16, 74:4, 77:25,
 81:3, 81:4, 83:13,

84:21, 84:24, 85:6,
 85:8, 86:10, 86:22,
 86:25, 87:16, 88:3,
 107:14, 107:15,
 107:18, 107:19,
 107:22, 108:16,
 190:19, 191:5,
 191:25, 201:5,
 204:2, 204:13,
 204:21, 272:15,
 324:17, 344:5,
 344:11, 344:16,
 344:22, 345:4,
 346:7, 354:6,
 456:12, 456:16,
 457:8, 458:9, 569:3
bluetooth [2] - 444:10,
 445:2
blurry [1] - 338:11
board [1] - 487:9
body [9] - 87:14,
 117:19, 118:14,
 160:18, 161:6,
 184:23, 217:19,
 328:2, 497:24
bold [1] - 182:22
book [7] - 434:6,
 434:13, 436:5,
 436:24, 513:3,
 513:5, 513:10
booking [2] - 434:8,
 434:15
books [4] - 293:21,
 294:9, 294:15,
 294:18
booze [1] - 573:9
Boris [3] - 258:14,
 258:18, 258:19
born [5] - 185:16,
 186:15, 353:2,
 394:17, 394:18
boss [6] - 15:8, 39:13,
 39:23, 260:17,
 432:20, 432:23
bother [1] - 287:24
bothered [1] - 287:19
bothers [1] - 284:7
bottle [2] - 575:23,
 576:8
bottom [5] - 207:7,
 214:5, 214:7, 275:4,
 286:11
Boulevard [2] - 1:19,
 4:8
box [1] - 435:9
boy [1] - 262:2
boyfriend [1] - 442:18
brake [16] - 77:15,
 77:16, 78:20, 79:4,
 80:3, 93:24, 94:15,

94:19, 96:10,
 100:13, 100:14,
 100:17, 306:9,
 306:12, 308:3,
 355:23
break [21] - 9:11, 9:15,
 9:19, 101:18, 109:4,
 110:8, 174:15,
 208:2, 251:16,
 251:20, 367:17,
 368:25, 400:25,
 401:4, 514:6,
 517:20, 534:2,
 563:7, 582:13,
 583:21, 585:11
breakfast [8] - 473:8,
 474:3, 474:6, 474:8,
 474:12, 474:15,
 478:8, 478:12
breaking [1] - 589:5
breakups [1] - 537:17
breath [1] - 581:7
breathing [2] - 21:8,
 21:12
Brentwood [1] -
 395:22
Brewington [1] -
 268:25
BRIAN [1] - 3:15
Brian [5] - 6:17, 29:23,
 71:21, 199:19,
 249:12
brief [1] - 122:15
briefly [2] - 162:11,
 596:10
bright [4] - 41:20,
 192:10, 192:15,
 569:25
brights [9] - 53:21,
 54:5, 54:10, 190:21,
 193:15, 460:22,
 460:25, 461:11,
 461:20
bring [10] - 68:13,
 266:20, 308:5,
 407:25, 413:15,
 413:16, 472:14,
 472:17, 474:6, 474:9
bringing [2] - 253:24,
 453:19
brings [2] - 383:4,
 438:8
broad [1] - 319:22
broader [1] - 302:23
broke [10] - 102:6,
 102:13, 110:18,
 112:10, 122:20,
 154:13, 210:6,
 468:23, 537:16,
 537:24

607

**broken** [3] - 263:6, 416:6, 425:24
**Brook** [2] - 394:18, 416:22
**brother** [6] - 29:18, 245:12, 245:14, 391:6, 391:9, 393:8
**brother-in-law** [1] - 29:18
**Brothers** [9] - 11:8, 11:9, 294:21, 294:23, 422:7, 423:2, 424:15, 429:14, 599:20
**brought** [30] - 92:6, 115:18, 124:21, 125:5, 125:13, 125:17, 126:14, 127:3, 127:7, 127:11, 131:16, 159:18, 160:15, 162:4, 164:9, 165:11, 166:20, 166:25, 273:5, 316:4, 333:20, 393:19, 457:4, 473:3, 488:13, 495:25, 502:9, 511:4, 511:6
**Bruce** [2] - 269:2, 269:5
**BS** [1] - 482:24
**bucks** [3] - 433:7, 433:8, 433:9
**building** [3] - 509:9, 545:24, 546:9
**built** [1] - 471:13
**Bullet** [1] - 495:7
**bullet** [21] - 130:11, 246:11, 246:14, 246:15, 246:25, 248:18, 248:22, 249:3, 255:14, 281:6, 494:8, 494:21, 495:14, 496:5, 496:11, 497:17, 503:17, 507:5, 509:23, 510:2, 511:9
**bullets** [2] - 280:16, 419:21
**burger** [1] - 478:15
**bush** [1] - 457:5
**business** [9] - 342:8, 447:2, 447:5, 447:6, 447:23, 464:23, 465:2, 498:12, 498:15
**bust** [1] - 433:19
**busted** [1] - 360:22

**busting** [3] - 207:23, 360:12, 361:7
**busy** [3] - 408:25, 471:9
**but..** [3] - 86:5, 260:20, 288:10
**butt** [1] - 101:20
**button** [13] - 79:19, 90:20, 99:8, 100:6, 101:25, 103:8, 120:25, 306:7, 315:20, 443:16, 445:20, 524:6, 524:9
**button-down** [1] - 101:25
**buttons** [6] - 313:14, 314:6, 314:22, 315:6, 315:19, 592:19
**BY** [149] - 3:8, 3:15, 3:22, 4:10, 6:7, 25:6, 28:16, 30:25, 32:10, 33:22, 36:5, 38:18, 49:18, 65:15, 73:11, 76:17, 77:22, 83:19, 89:13, 97:24, 110:13, 113:23, 114:12, 118:19, 120:4, 122:6, 126:11, 127:5, 145:7, 146:25, 147:8, 148:6, 150:23, 164:25, 170:6, 174:13, 177:13, 181:9, 185:6, 187:24, 189:25, 190:24, 197:18, 201:3, 207:20, 209:9, 210:2, 211:9, 212:24, 215:10, 218:6, 221:7, 225:6, 227:17, 227:25, 236:3, 237:20, 244:21, 250:21, 253:19, 254:9, 255:11, 256:23, 258:21, 260:4, 260:15, 274:14, 275:22, 280:5, 284:25, 285:15, 288:24, 290:5, 292:16, 297:20, 303:11, 303:21, 304:5, 307:8, 313:20, 316:2, 320:18, 324:15, 341:3, 344:3, 345:22, 368:2, 370:4, 370:17,

374:25, 384:6, 386:17, 389:22, 392:5, 403:4, 405:23, 406:22, 413:8, 415:20, 420:6, 425:2, 431:17, 437:18, 442:10, 445:7, 448:6, 473:15, 477:10, 483:13, 485:21, 487:23, 493:2, 501:12, 503:13, 504:14, 506:16, 508:25, 515:4, 515:24, 517:19, 521:21, 522:17, 527:5, 527:23, 528:21, 532:13, 532:23, 533:13, 533:24, 536:4, 539:21, 542:21, 545:16, 548:7, 553:4, 561:5, 562:21, 576:18, 579:4, 579:18, 580:7, 581:19, 582:12, 584:9, 585:15, 591:17, 594:6, 595:21, 598:3
**Bynz** [1] - 272:20

---

## C

**cab** [51] - 10:13, 12:20, 41:6, 69:25, 238:5, 260:16, 280:20, 280:25, 281:5, 284:3, 295:16, 296:8, 296:17, 296:21, 297:22, 305:17, 342:6, 346:19, 407:22, 409:23, 410:24, 412:5, 412:9, 414:3, 414:11, 421:8, 421:13, 422:2, 425:7, 425:11, 426:19, 428:6, 428:12, 428:15, 432:2, 432:9, 460:4, 464:24, 465:4, 472:2, 472:5, 520:18, 520:24, 522:8, 522:10, 529:21, 531:5, 538:22, 558:23, 588:2
**cabin** [1] - 87:4
**caffeinated** [1] - 474:11

**California** [1] - 554:6
**call-outs** [1] - 436:6
**calm** [5] - 122:13, 146:14, 146:19, 156:22, 156:24
**camera** [7] - 253:11, 259:19, 259:20, 260:13, 327:9, 327:15, 328:15
**cancelled** [5] - 43:25, 62:10, 462:25, 463:6, 463:10
**cancelling** [1] - 62:25
**candid** [1] - 369:8
**candidly** [1] - 302:17
**candor** [1] - 399:16
**cannot** [2] - 182:7, 503:15
**capable** [5] - 235:12, 240:2, 370:16, 389:5, 428:16
**capacity** [3] - 384:14, 385:23, 591:23
**Car** [3] - 17:22, 443:20
**car** [450] - 14:13, 37:3, 38:20, 38:25, 39:14, 44:17, 45:16, 45:17, 46:4, 46:19, 46:21, 47:9, 47:25, 48:23, 49:12, 49:16, 49:22, 50:7, 50:9, 50:10, 50:17, 50:19, 50:24, 50:25, 51:3, 51:4, 51:5, 51:7, 51:8, 51:24, 52:16, 52:20, 53:10, 53:17, 53:20, 54:3, 54:5, 54:8, 54:16, 55:6, 55:12, 55:19, 55:22, 56:3, 56:6, 57:3, 57:7, 57:8, 57:14, 57:17, 57:22, 58:3, 58:8, 58:14, 58:16, 58:17, 58:20, 58:21, 59:4, 59:5, 59:6, 59:8, 59:13, 59:19, 59:21, 59:23, 60:2, 60:7, 64:13, 64:14, 65:5, 65:10, 66:2, 68:13, 68:14, 68:16, 69:15, 70:23, 73:16, 74:4, 74:11, 75:22, 77:4, 77:9, 77:25, 78:2, 78:6, 78:16, 78:18, 78:24, 78:25, 79:9, 79:17, 79:22, 80:2, 80:3, 80:10, 80:14, 80:18, 80:19, 80:23, 81:3, 81:4, 81:8, 81:14, 81:21, 84:11,

84:13, 84:16, 84:18, 84:20, 84:21, 84:22, 84:23, 84:24, 85:3, 85:4, 85:5, 85:6, 85:8, 85:9, 85:12, 85:14, 85:17, 86:7, 86:10, 86:13, 86:15, 86:16, 86:17, 86:22, 86:23, 86:25, 87:5, 87:9, 87:16, 87:25, 88:3, 88:10, 88:13, 88:23, 88:24, 88:25, 89:20, 90:6, 90:9, 90:11, 90:16, 91:2, 91:4, 91:9, 92:9, 92:13, 92:16, 92:21, 92:22, 93:2, 93:9, 93:14, 93:17, 93:20, 94:7, 94:9, 94:11, 94:20, 95:3, 95:8, 95:9, 95:13, 95:22, 96:5, 96:10, 97:5, 97:7, 97:12, 98:25, 99:5, 99:10, 99:23, 100:2, 100:8, 101:5, 102:10, 102:24, 103:2, 103:6, 103:8, 103:10, 103:15, 104:2, 104:6, 104:14, 104:18, 105:8, 105:25, 107:12, 107:14, 107:15, 107:18, 107:19, 107:22, 107:23, 107:24, 108:17, 109:6, 109:18, 110:18, 110:24, 111:10, 112:13, 113:19, 114:21, 122:18, 133:4, 133:19, 153:24, 153:25, 154:10, 154:12, 187:11, 188:5, 188:11, 191:18, 191:25, 192:9, 192:14, 197:10, 197:19, 197:23, 198:9, 198:13, 198:17, 198:22, 199:2, 201:5, 203:2, 203:16, 203:25, 204:2, 204:4, 204:6, 204:8, 204:9, 204:12, 204:13, 204:18, 204:20, 204:21, 204:22, 204:24, 205:5, 205:8, 205:13, 205:14, 205:20, 205:24, 205:25,

206:5, 206:7,
206:11, 206:16,
206:22, 208:2,
208:20, 208:23,
208:25, 209:5,
210:12, 212:17,
212:25, 217:21,
224:4, 224:7,
224:10, 256:8,
256:9, 256:24,
256:25, 305:21,
306:4, 306:11,
307:22, 308:5,
308:25, 309:25,
310:5, 312:8,
313:10, 314:14,
322:6, 322:11,
326:8, 326:16,
327:21, 328:12,
328:15, 328:23,
340:14, 340:21,
340:22, 348:5,
348:9, 348:17,
353:24, 354:6,
354:7, 354:17,
354:21, 354:23,
354:25, 355:12,
355:15, 355:19,
356:24, 357:4,
357:9, 357:10,
357:12, 357:13,
358:4, 358:8,
358:12, 358:16,
359:9, 359:19,
362:8, 362:11,
364:11, 365:13,
365:16, 365:19,
366:8, 366:15,
366:18, 430:10,
430:21, 432:24,
444:14, 445:4,
446:7, 453:24,
454:16, 455:7,
455:10, 455:11,
455:14, 455:17,
455:22, 456:4,
456:12, 456:13,
456:16, 457:4,
457:6, 457:13,
457:14, 457:16,
457:17, 457:23,
457:24, 458:3,
458:4, 458:5, 458:6,
458:7, 458:8,
458:13, 458:14,
458:16, 458:18,
459:9, 464:5, 465:6,
465:13, 471:10,
471:14, 471:21,
472:14, 472:17,
473:3, 483:22,

483:24, 484:5,
489:8, 521:6,
521:24, 522:11,
524:11, 524:19,
524:24, 539:22,
539:24, 539:25,
540:4, 540:9,
540:24, 544:7,
558:5, 558:6,
558:11, 569:10,
569:14, 570:4,
571:3, 571:7,
571:10, 571:12,
571:16, 571:19,
571:23, 572:2,
572:9, 572:13,
574:2, 574:3, 574:5,
587:22, 588:11,
588:18, 593:5
car's [1] - 57:19
card [3] - 260:10,
513:25, 599:22
cardboard [3] - 275:4,
276:3, 279:3
cards [1] - 434:21
care [29] - 19:14,
19:17, 19:18, 19:21,
72:4, 145:22,
373:14, 375:9,
380:19, 386:19,
393:7, 400:2, 403:6,
404:23, 405:15,
407:14, 420:17,
448:20, 505:2,
506:21, 507:18,
515:19, 516:15,
516:16, 516:17,
518:17, 518:18,
531:14, 567:20
cared [2] - 380:24,
504:10
caring [2] - 381:13,
381:16
carried [1] - 390:4
cars [34] - 43:20, 44:3,
64:18, 65:11, 66:7,
66:12, 66:25, 67:3,
67:8, 67:16, 68:21,
84:20, 88:7, 197:20,
198:15, 198:23,
198:24, 199:14,
201:4, 201:17,
296:12, 312:9,
322:3, 348:7,
348:16, 350:6,
350:9, 456:22,
459:15, 460:9,
460:17, 468:22,
593:8, 594:9
case [39] - 27:8,

32:16, 32:22, 33:25,
252:8, 252:10,
252:24, 267:2,
270:19, 270:22,
274:16, 281:20,
283:3, 283:17,
283:22, 339:2,
368:15, 369:9,
369:12, 369:25,
399:7, 399:20,
400:4, 504:11,
506:10, 506:19,
513:21, 516:12,
516:18, 517:9,
517:22, 518:2,
518:4, 518:7,
518:19, 519:4,
549:9, 563:13,
568:22
cash [1] - 575:6
cashier [1] - 386:2
cat [2] - 176:24,
177:16
CAT [7] - 158:8, 159:4,
159:7, 160:22,
161:15, 164:2,
164:22
Caucasian [3] - 102:4,
130:17, 167:19
caused [1] - 54:4
cautious [1] - 83:9
CB [1] - 446:19
cell [13] - 254:24,
255:9, 443:14,
444:18, 471:12,
490:10, 592:9,
592:10, 592:12,
592:22, 593:4,
593:14, 598:18
center [3] - 394:9,
512:21, 512:22
Center [3] - 394:14,
510:5, 511:15
Centereach [1] -
258:12
centered [1] - 118:14
Central [1] - 490:22
certain [15] - 24:14,
107:12, 161:13,
200:11, 267:24,
277:23, 277:24,
278:8, 325:7, 325:9,
369:4, 460:5, 460:6,
475:4, 485:4
certainly [1] - 9:12
certificate [6] -
409:22, 410:16,
410:24, 411:5,
422:13, 422:18,
422:20, 423:14

certification [4] - 5:9,
414:3, 414:6, 415:3
certifications [1] -
520:2
certified [4] - 411:14,
411:18, 412:8, 415:2
certify [3] - 597:8,
601:9, 601:15
cetera [3] - 250:13,
424:14, 424:17
chains [1] - 429:2
chair [1] - 369:16
chairs [1] - 590:4
challenging [1] -
369:10
chance [6] - 32:11,
32:25, 33:24, 70:6,
263:9, 533:25
change [8] - 196:22,
215:18, 216:2,
216:6, 216:14,
216:17, 313:13,
524:3
changed [5] - 29:13,
33:6, 34:14, 152:3,
158:7
changing [1] - 451:24
CHANNON [1] - 1:10
Chantix [1] - 417:20
charge [2] - 226:5,
304:12
charged [5] - 241:13,
267:23, 268:2,
299:16, 491:2
charges [6] - 241:11,
241:13, 241:19,
242:5, 243:14,
243:16
charging [1] - 175:11
CHARLES [1] - 1:8
Charlie [3] - 438:25,
439:2, 439:8
Charlie's [1] - 439:14
chassis [1] - 429:3
chat [1] - 483:25
chatting [1] - 484:7
CHECK [3] - 56:18,
114:8, 402:22
check [33] - 28:22,
28:23, 29:19, 35:6,
74:15, 76:7, 207:15,
209:6, 253:18,
261:13, 299:10,
299:13, 299:20,
299:22, 299:25,
303:22, 304:8,
304:15, 304:16,
304:17, 304:19,
317:22, 384:12,
407:2, 410:20,

411:20, 411:22,
415:4, 422:3,
439:19, 589:3
checked [1] - 130:10
checking [2] - 130:10,
130:13
checkup [1] - 511:11
chest [21] - 117:21,
117:24, 118:8,
118:11, 130:14,
160:20, 249:3,
255:15, 256:5,
256:15, 286:23,
286:25, 287:13,
288:15, 494:8,
498:24, 503:17,
507:6, 509:22,
509:24, 574:17
CHIEF [2] - 1:12, 4:6
Chief [5] - 251:2,
273:5, 273:9, 316:4,
484:23
chief [1] - 329:23
child [6] - 468:21,
469:7, 479:23,
480:3, 538:8, 538:10
childhood [1] - 394:21
childish [1] - 75:17
children [3] - 261:2,
395:17, 479:19
Children [3] - 372:8,
372:12, 375:5
chirp [3] - 105:14,
105:17, 443:20
chirps [1] - 445:20
CHK [1] - 112:5
chk [3] - 75:20, 261:7,
272:21
choose [1] - 419:5
choosing [1] - 269:16
chose [1] - 496:4
chris [1] - 302:13
Christmas [2] -
266:15, 281:24
Christopher [1] -
368:5
CHRISTOPHER [1] -
3:22
chronological [1] -
228:23
CICCOTTO [1] - 1:9
cigarette [13] -
224:11, 224:14,
225:8, 236:16,
480:13, 483:19,
483:23, 483:25,
536:10, 536:14,
541:6, 541:21,
545:17
cigarettes [4] -

492:24, 535:11, 536:5, 536:17
circle [10] - 119:13, 119:15, 119:24, 186:8, 285:9, 285:13, 285:16, 285:25, 286:17, 289:20
circular [5] - 119:11, 119:12, 119:17, 289:12, 289:13
circumstance [1] - 409:11
circumstances [2] - 12:25, 500:2
city [3] - 282:10, 440:13, 440:14
Civic [1] - 305:13
civil [5] - 268:14, 268:23, 269:6, 269:20, 270:8
civilian [1] - 482:19
claim [26] - 17:24, 17:25, 18:2, 18:7, 18:15, 19:9, 36:12, 41:21, 316:6, 316:23, 317:9, 317:14, 399:7, 399:10, 399:20, 400:14, 400:18, 400:23, 402:9, 416:4, 504:10, 506:10, 506:18, 513:21, 519:4, 592:3
Claim [9] - 7:19, 31:15, 31:20, 32:14, 32:21, 32:25, 252:12, 600:5, 600:16
claimed [3] - 517:8, 518:2, 518:19
claiming [5] - 399:6, 400:3, 419:15, 576:23, 577:13
claims [3] - 27:7, 514:14, 599:25
clarification [5] - 17:24, 77:23, 172:13, 388:16, 388:23
clarify [5] - 18:4, 76:18, 200:6, 388:14, 415:14
clarity [1] - 390:23
Clarke [3] - 307:6, 368:5, 515:23
CLARKE [147] - 3:22, 27:5, 27:24, 28:8, 28:13, 31:24, 72:8, 77:17, 89:11, 111:2,

111:6, 111:12, 111:17, 112:23, 114:7, 114:11, 121:23, 138:23, 145:19, 148:3, 169:25, 173:10, 173:16, 173:23, 177:3, 241:25, 244:19, 249:18, 255:23, 256:5, 256:10, 256:14, 256:17, 256:20, 258:18, 258:25, 279:18, 279:22, 301:19, 301:23, 302:10, 302:15, 302:17, 302:23, 303:7, 324:4, 324:9, 368:3, 370:4, 370:9, 370:17, 373:10, 374:18, 374:25, 384:6, 384:9, 386:3, 386:17, 388:6, 388:12, 389:5, 389:11, 389:13, 389:19, 389:22, 392:3, 392:5, 398:24, 399:6, 399:9, 399:15, 399:22, 400:9, 400:14, 401:3, 401:9, 402:14, 402:18, 403:4, 405:13, 405:23, 406:22, 413:8, 414:15, 414:24, 415:20, 418:12, 419:4, 419:11, 420:6, 424:6, 425:2, 431:17, 437:18, 442:10, 445:7, 447:25, 448:6, 473:15, 477:9, 477:10, 483:3, 483:7, 483:13, 485:21, 487:23, 492:12, 492:19, 493:2, 499:7, 501:13, 503:13, 504:14, 506:15, 506:16, 508:25, 514:5, 514:12, 514:24, 515:4, 515:13, 515:24, 515:15, 517:19, 521:21, 522:17, 527:3, 527:5, 527:16, 527:21, 527:23, 528:11, 528:21, 532:5, 545:12, 551:5,

551:9, 551:13, 552:6, 580:23, 591:14, 591:17, 594:5, 594:6, 594:22, 595:15, 598:6
cleaned [3] - 158:6, 496:25, 497:2
cleaning [1] - 506:20
cleanup [3] - 431:21, 506:20
clear [18] - 27:25, 154:23, 197:13, 210:23, 211:2, 211:6, 232:8, 232:12, 236:7, 236:12, 237:6, 299:11, 301:7, 301:20, 302:5, 453:17, 492:21, 527:25
cleared [4] - 211:8, 387:9, 486:25, 519:22
clearly [3] - 24:3, 327:17, 544:22
Clerk's [2] - 413:17, 414:13
click [1] - 446:7
client [11] - 173:22, 302:20, 303:6, 370:13, 400:20, 401:6, 418:9, 419:18, 482:3, 551:17, 552:11
client's [6] - 401:21, 418:15, 418:17, 418:23, 419:7, 550:8
clients [1] - 481:24
clinicians [1] - 403:16
clock [3] - 150:11, 230:16, 331:10
clocking [1] - 473:5
Clonazepam [6] - 23:15, 23:19, 24:18, 25:7, 25:14, 25:20
close [13] - 14:3, 45:2, 47:7, 53:23, 66:13, 90:12, 104:11, 104:12, 112:21, 119:20, 140:17, 240:16, 440:23
closed [1] - 106:3
closer [6] - 119:21, 119:22, 125:8, 125:11, 160:14, 288:20
cloud [1] - 469:16
coasting [1] - 101:2
Code [1] - 422:23

coffee [1] - 474:10
cognizant [1] - 233:24
coherent [1] - 543:5
colds [3] - 21:14, 21:15, 505:18
colleague [3] - 367:18, 368:6, 484:23
colleagues [3] - 33:20, 368:17, 453:14
collecting [1] - 404:23
College [1] - 383:13
color [6] - 138:8, 167:22, 285:25, 286:5, 286:19, 286:24
coloring [3] - 120:2, 285:21, 285:22
colors [1] - 85:13
combination [1] - 382:8
Comia [1] - 322:5
coming [14] - 44:18, 44:25, 98:2, 258:3, 285:17, 286:11, 286:24, 298:11, 317:23, 346:23, 440:13, 440:14, 445:10, 446:15
COMMANDING [1] - 1:12
comment [3] - 113:24, 114:4, 192:2
comments [1] - 74:9
commission [1] - 316:14
Commissioner [2] - 316:15, 486:16
commit [1] - 303:22
common [2] - 21:16, 268:24
communicate [1] - 592:7
communicated [1] - 399:12
communication [1] - 402:7
communications [3] - 399:14, 399:25, 400:21
companies [4] - 18:24, 19:2, 295:6, 472:2
company [26] - 10:13, 10:18, 10:21, 13:7, 13:19, 13:22, 13:25, 14:10, 14:16, 15:5, 37:11, 96:16, 189:8, 189:13, 189:17,

297:5, 341:11, 407:22, 412:15, 413:19, 426:10, 432:10, 447:6, 464:13, 465:17, 465:18
Company [5] - 10:16, 92:17, 92:21, 92:24, 93:5
company's [1] - 258:11
compare [1] - 434:5
compared [2] - 312:9, 435:9
comparison [2] - 429:9, 471:12
Compensation [1] - 592:3
complain [1] - 568:13
complaining [3] - 20:18, 20:21, 512:24
complaint [1] - 417:10
Complaint [11] - 6:21, 33:19, 33:24, 34:12, 317:2, 325:19, 401:17, 401:18, 401:25, 600:19
complaints [2] - 484:24, 530:20
complete [5] - 338:24, 375:2, 383:17, 499:18, 597:12
completely [8] - 318:4, 343:19, 345:2, 542:8, 542:10, 542:13, 542:23, 543:13
complicated [1] - 492:20
complies [3] - 119:8, 284:23, 288:22
comply [2] - 161:9, 161:21
component [1] - 428:22
components [1] - 429:5
comprehend [1] - 236:24
computer [1] - 29:20
conceive [1] - 479:22
concept [2] - 73:2, 451:10
concern [2] - 369:8, 370:5
concerned [4] - 9:14, 421:2, 428:9, 593:9
conclusion [2] - 35:2, 235:22
condition [7] - 233:23,