382:5, 428:10, 431:9, 510:20, 522:22, 529:21
**conditions** [2] - 506:24, 512:24
**condolences** [1] - 476:17
**conduct** [4] - 48:23, 89:5, 89:23, 460:6
**conducted** [3] - 302:21, 316:12, 465:3
**conducting** [1] - 369:19
**confessions** [1] - 269:7
**confirmed** [1] - 573:8
**conflict** [1] - 144:12
**confront** [1] - 462:15
**confrontation** [2] - 457:12, 589:22
**confronted** [2] - 154:6, 450:6
**confronting** [1] - 369:10
**confused** [14] - 131:8, 542:15, 542:16, 542:24, 542:25, 543:20, 543:21, 544:3, 544:12, 544:13, 544:17, 544:18, 544:20
**confusing** [3] - 384:7, 544:11
**CONGDON** [1] - 4:3
**connection** [2] - 252:8, 252:24
**conscious** [1] - 455:21
**consciousness** [6] - 541:20, 541:23, 542:2, 542:4, 546:3, 546:22
**consent** [3] - 499:14, 499:16, 499:24
**consider** [5] - 70:14, 71:2, 71:17, 83:9, 344:24
**considered** [2] - 48:2, 391:3
**consistent** [4] - 13:17, 196:24, 217:7, 232:2
**consistently** [1] - 11:2
**conspiracy** [1] - 318:3
**conspired** [5] - 316:9, 316:22, 316:23, 317:9, 317:10
**consult** [2] - 378:2, 499:11
**consultation** [1] - 511:20
**consulted** [1] - 369:23
**contact** [12] - 87:12, 93:10, 237:23, 270:25, 277:12, 278:4, 278:5, 326:8, 326:16, 332:6, 547:6, 547:20
**contacted** [1] - 106:10
**contempt** [1] - 262:13
**content** [4] - 132:23, 132:25, 225:11, 595:24
**contention** [2] - 214:13, 215:16
**contextually** [1] - 202:7
**continuation** [1] - 501:3
**continue** [17] - 16:12, 27:15, 30:22, 54:19, 57:5, 63:2, 91:23, 96:20, 369:21, 402:6, 402:11, 402:12, 418:20, 499:18, 552:21, 579:17, 585:13
**continued** [19] - 3:25, 46:5, 49:9, 49:10, 49:19, 49:21, 62:6, 63:14, 63:17, 63:23, 72:25, 205:7, 205:9, 205:10, 205:12, 356:23, 366:15, 462:20, 570:13
**continues** [1] - 60:16
**continuing** [7] - 63:10, 98:25, 156:19, 180:25, 181:4, 207:7, 369:18
**continuously** [2] - 347:2, 374:12
**contract** [1] - 426:13
**contractions** [1] - 468:25
**contractors** [1] - 413:22
**controlled** [1] - 379:12
**Convent** [1] - 374:16
**conversation** [22] - 131:14, 143:23, 144:17, 147:20, 147:24, 172:21, 173:2, 219:25, 224:15, 225:9, 236:18, 246:4, 246:13, 246:22, 248:14, 249:6, 278:14, 278:16, 279:12, 284:5, 442:13, 484:10
**conversationally** [1] - 82:12
**conversations** [5] - 231:15, 238:7, 281:15, 399:12, 595:23
**convicted** [5] - 31:6, 262:7, 262:11, 262:12, 304:9
**conviction** [1] - 299:7
**convictions** [1] - 299:4
**convince** [1] - 138:18
**cool** [2] - 287:15, 290:10
**cooperate** [5] - 242:15, 242:25, 243:9, 244:4, 245:3
**cooperating** [1] - 244:13
**cop** [32] - 111:5, 111:11, 111:21, 111:24, 112:4, 112:9, 113:20, 114:4, 172:7, 172:8, 172:15, 211:11, 211:14, 211:21, 212:7, 229:10, 247:14, 249:15, 324:11, 328:24, 329:4, 329:5, 362:24, 363:2, 363:5, 363:15, 393:9, 442:25, 486:25, 522:11, 587:22, 588:11
**cop's** [1] - 249:17
**copies** [5] - 258:24, 259:3, 280:3, 413:24, 598:18
**coping** [1] - 557:9
**cops** [4] - 111:16, 393:14, 586:22, 587:16
**Copy** [1] - 599:22
**copy** [11] - 177:20, 186:13, 199:25, 200:7, 200:19, 227:23, 319:5, 331:5, 339:4, 514:7, 528:12
**corner** [9] - 44:9, 47:15, 63:24, 66:14, 66:16, 66:20, 67:5, 67:13, 91:20
**Cornetta** [3] - 420:15, 420:18, 420:21
**correct** [242] - 7:6, 26:11, 26:12, 36:13, 48:11, 54:5, 55:23, 64:20, 65:21, 66:3, 68:10, 70:7, 73:17, 73:25, 76:12, 77:9, 78:16, 82:6, 86:7, 96:8, 103:18, 107:8, 107:15, 108:24, 113:16, 121:7, 123:2, 139:9, 140:20, 145:14, 147:11, 157:12, 157:13, 174:17, 174:20, 175:18, 179:6, 184:16, 188:8, 188:11, 190:4, 191:6, 191:9, 192:16, 193:8, 193:19, 195:25, 199:2, 201:14, 202:21, 204:6, 205:5, 206:14, 206:24, 209:17, 209:21, 209:25, 210:12, 210:17, 210:19, 212:3, 212:14, 212:23, 214:24, 215:11, 216:16, 218:10, 223:5, 223:18, 227:8, 228:8, 229:24, 230:11, 230:23, 231:4, 231:11, 231:23, 232:25, 233:6, 233:20, 234:2, 234:22, 235:13, 236:19, 248:19, 248:20, 259:19, 275:8, 276:5, 277:17, 277:18, 290:19, 290:20, 300:5, 305:21, 305:25, 316:17, 316:21, 321:18, 321:21, 322:10, 322:13, 322:18, 326:4, 327:21, 328:7, 328:10, 334:19, 334:22, 335:6, 335:24, 346:20, 352:22, 353:4, 354:18, 355:7, 355:8, 355:21, 359:5, 359:24, 359:25, 363:20, 366:10, 366:13, 366:17, 368:9, 374:8, 398:12, 410:21, 411:25, 412:6, 416:6, 416:13, 416:18, 416:19, 417:3, 421:5, 427:12, 428:2, 429:18, 430:3, 438:7, 445:22, 445:24, 446:4, 449:24, 449:25, 450:3, 450:4, 450:7, 451:14, 451:16, 451:17, 452:2, 452:10, 452:12, 452:13, 452:15, 452:16, 452:18, 452:20, 452:21, 452:24, 453:3, 453:25, 454:2, 454:9, 454:10, 455:11, 455:14, 457:10, 457:11, 457:15, 459:4, 459:5, 459:12, 460:7, 460:22, 462:22, 463:2, 464:24, 470:8, 471:4, 480:13, 480:14, 482:12, 482:17, 483:20, 485:15, 489:24, 489:25, 490:6, 493:11, 496:6, 496:12, 496:23, 496:24, 497:3, 497:4, 497:6, 497:21, 497:23, 498:2, 507:19, 511:17, 511:23, 517:23, 517:24, 518:9, 518:12, 518:15, 518:25, 519:10, 523:24, 531:11, 538:12, 538:13, 538:17, 540:2, 553:19, 556:7, 569:13, 571:3, 571:4, 571:20, 571:21, 572:2, 572:5, 572:6, 572:11, 572:14, 574:4, 574:9, 574:10, 574:15, 577:8, 583:3, 588:20, 592:8, 593:2, 597:12, 597:14
**corrected** [5] - 43:6, 195:6, 211:6, 415:14, 555:9
**correction** [5] - 194:20, 195:4, 195:12, 196:12, 196:14

corrections [6] - 197:17, 216:23, 216:24, 217:7, 325:22, 600:5
correctly [4] - 130:13, 457:19, 487:4, 487:14
correlate [1] - 460:6
cost [2] - 433:2, 574:18
costs [1] - 574:23
couch [1] - 390:18
Counsel [2] - 255:9, 499:22
counsel [9] - 5:7, 27:10, 388:13, 388:17, 389:9, 405:5, 484:23, 499:12, 514:6
counseling [2] - 399:4, 556:2
counselor [2] - 399:13, 503:20
counselors [1] - 583:12
counties [1] - 250:13
Country [2] - 2:23, 3:6
County [102] - 6:18, 6:19, 6:23, 6:25, 7:2, 7:3, 27:13, 31:19, 31:21, 35:3, 35:11, 35:13, 35:24, 97:2, 116:8, 116:10, 132:13, 136:10, 136:19, 136:22, 155:6, 162:13, 163:3, 164:5, 164:10, 165:4, 166:16, 166:23, 167:4, 168:12, 168:17, 169:19, 172:18, 172:20, 173:3, 173:7, 177:9, 179:12, 184:25, 188:2, 188:24, 218:14, 220:13, 225:10, 227:13, 228:3, 237:24, 247:9, 247:13, 249:15, 252:13, 262:22, 264:5, 271:2, 271:6, 271:24, 290:25, 291:9, 291:21, 292:18, 292:21, 300:22, 319:5, 329:16, 329:18, 330:12, 330:13, 334:18, 365:3, 368:13, 368:14, 394:5, 405:5, 426:25, 427:16, 449:18, 452:6, 481:17, 483:5, 484:19, 487:10, 487:14, 489:3, 489:7, 489:12, 489:23, 490:3, 528:17, 528:23, 538:16, 539:25, 544:25, 547:11, 547:22, 548:3, 548:12, 548:13, 548:15, 548:20, 549:4, 549:14
COUNTY [10] - 1:7, 1:11, 1:11, 3:11, 3:19, 597:5, 600:15, 600:24, 601:5
county [2] - 300:21, 554:14
couple [9] - 214:18, 218:24, 222:6, 331:12, 416:25, 436:14, 461:25, 487:2, 577:6
course [6] - 200:23, 268:25, 281:21, 312:14, 402:8, 476:22
courses [1] - 384:18
court [10] - 5:21, 24:15, 181:12, 182:9, 242:8, 243:19, 251:13, 375:8, 489:11, 549:22
Court [6] - 2:2, 2:23, 242:12, 242:14, 243:20, 375:19
COURT [1] - 1:2
courteous [7] - 561:13, 561:17, 561:21, 562:14, 562:22, 562:25, 590:23
courthouse [3] - 490:20, 553:21, 554:19
cousin [3] - 475:25, 476:7, 476:8
cover [6] - 99:4, 108:4, 276:4, 287:10, 299:25, 316:10
covered [1] - 8:3
covering [1] - 276:14
crazy [5] - 88:13, 88:16, 89:4, 89:10, 89:16
credit [2] - 434:20, 577:19
crime [3] - 175:9, 175:23, 262:7
crimes [1] - 267:24
criminal [11] - 232:23, 241:6, 242:4, 262:13, 292:13, 318:8, 331:20, 549:19, 549:20, 551:3, 553:10
criticism [1] - 485:5
Crooked [1] - 439:7
crouched [1] - 108:4
Crown [1] - 17:21
crush [2] - 575:23, 575:24
crying [2] - 156:7, 330:3
cunt [2] - 76:2, 76:14
curb [8] - 45:14, 45:16, 45:17, 46:3, 46:20, 47:11, 47:17, 569:19
cured [1] - 387:15
curious [2] - 431:25, 479:21
current [2] - 531:13, 583:13
curse [6] - 69:19, 202:21, 203:2, 352:18, 352:19, 462:15
cursed [8] - 68:5, 68:9, 82:5, 82:16, 154:8, 202:23, 353:17, 583:2
curses [3] - 352:8, 352:11, 352:16
cursing [2] - 322:17
Cushing [6] - 261:13, 262:19, 262:25, 263:4, 264:11, 282:21
custody [1] - 379:15
custom [3] - 473:22, 474:17, 474:19
cut [19] - 45:12, 47:20, 47:21, 115:24, 117:7, 153:24, 199:17, 200:2, 200:8, 205:9, 214:6, 218:5, 344:12, 344:21, 345:5, 345:14, 345:25, 460:9, 594:9
cutting [5] - 344:25, 345:7, 460:17, 461:4, 593:8
cylinder [3] - 312:12, 312:13, 312:15
cylinders [1] - 312:14


## D


D-E-R-I-S-E [1] - 247:22
DA [1] - 244:17
DA's [3] - 291:21, 292:18, 292:21
daily [1] - 382:23
danger [1] - 521:9
dangerous [2] - 14:7, 460:20
DANIEL [1] - 1:13
dark [2] - 102:4, 134:16
darkened [1] - 285:25
darker [2] - 286:19, 289:19
dash [3] - 99:4, 327:7, 327:14
date [24] - 7:24, 8:4, 8:12, 11:19, 26:10, 33:11, 177:7, 185:3, 185:10, 219:2, 255:25, 256:2, 257:21, 260:21, 262:4, 282:14, 339:9, 339:20, 402:22, 419:19, 529:2, 549:18, 555:14
dated [1] - 537:21
day's [1] - 501:3
day-to-day [1] - 379:19
daylight [2] - 541:12, 541:17
days [15] - 25:18, 39:18, 96:18, 222:7, 228:19, 255:18, 409:14, 409:19, 464:6, 465:9, 470:25, 475:3, 547:9, 549:4, 549:6
daze [1] - 102:21
dead [2] - 168:18, 170:15
deadly [9] - 485:5, 485:10, 486:5, 486:6, 487:6, 487:7, 487:10, 487:11
Deadly [1] - 574:13
deal [6] - 250:18, 489:21, 557:2, 557:4, 587:25
dealing [1] - 557:5
dealings [2] - 552:20, 559:16
dealt [1] - 41:5
December [6] - 15:18, 281:25, 282:7, 282:8, 295:12, 295:13
decide [1] - 182:10
decided [9] - 327:20, 328:5, 328:9, 355:9, 366:9, 457:14, 458:3, 458:20, 480:4
deciding [1] - 378:3
decision [1] - 377:8
declare [4] - 293:23, 294:3, 294:6, 294:12
declared [2] - 294:19, 294:25
decorated [2] - 496:16, 496:19
deduce [1] - 488:4
deep [1] - 581:7
DEER [1] - 247:21
defect [2] - 381:23, 449:2
defendant [2] - 232:23, 317:20
Defendant [7] - 3:18, 4:5, 35:3, 180:16, 181:18, 184:16, 215:8
Defendant's [2] - 483:5, 483:6
defendants [1] - 499:13
Defendants [3] - 1:15, 2:2, 3:12
DEFENDANTS' [3] - 600:15, 600:21, 600:24
defendants' [1] - 279:20
Defendants' [19] - 31:19, 35:11, 35:12, 176:24, 177:6, 177:9, 177:15, 227:13, 227:19, 228:4, 273:16, 273:19, 273:22, 273:25, 274:4, 274:7, 274:10, 313:16, 528:17
defensive [2] - 72:16, 72:17
deference [1] - 499:7
deficits [1] - 525:22
definitely [3] - 112:11, 189:11, 277:10
definition [1] - 510:6
degree [1] - 383:17
deli [1] - 385:24
Deli [1] - 93:8

**delighted** [2] - 401:9, 402:20
**dells** [1] - 473:8
**delving** [1] - 292:10
**demand** [15] - 27:2, 28:9, 254:6, 259:2, 400:15, 400:16, 406:15, 415:19, 424:19, 448:3, 514:12, 514:20, 514:22, 515:2, 515:23
**demanded** [1] - 400:13
**demanding** [1] - 514:24
**demands** [2] - 28:4, 28:5
**DEMARTINIS** [1] - 1:13
**demeanor** [1] - 81:24
**denied** [1] - 550:23
**Dennis** [1] - 594:8
**DEPARTMENT** [3] - 1:7, 1:11, 3:11
**Department** [11] - 6:24, 6:25, 116:10, 132:14, 237:25, 427:2, 427:16, 489:3, 489:7, 489:13, 548:16
**department** [3] - 379:18, 414:9, 487:16
**departmental** [1] - 318:8
**depicted** [4] - 274:25, 278:18, 279:12, 290:17
**depiction** [2] - 314:25, 315:2
**deploy** [1] - 429:4
**deposes** [1] - 185:15
**deposition** [28] - 5:9, 5:18, 27:15, 34:9, 35:3, 35:8, 35:10, 254:17, 254:20, 268:18, 307:6, 369:19, 416:9, 418:6, 420:2, 468:15, 499:15, 499:18, 499:20, 500:5, 501:16, 551:23, 553:2, 596:4, 596:12, 597:10, 601:11, 601:13
**depositions** [1] - 551:10
**depressed** [1] - 397:3
**depression** [2] - 380:8, 380:11
**deputy** [1] - 316:13
**Deputy** [5] - 251:2, 273:5, 273:9, 316:4, 316:14
**DEPUTY** [2] - 1:12, 4:6
**DERISE** [1] - 247:20
**derivative** [3] - 323:6, 353:7, 583:6
**derivatives** [1] - 348:24
**describe** [20] - 47:14, 60:6, 60:13, 92:4, 101:21, 102:2, 107:18, 113:4, 120:2, 127:19, 130:15, 134:13, 160:8, 167:11, 208:25, 286:22, 288:25, 312:8, 458:8, 564:20
**described** [37] - 48:20, 51:16, 54:9, 64:12, 80:19, 81:8, 84:20, 88:8, 97:8, 101:10, 103:14, 107:11, 107:20, 108:16, 108:21, 110:19, 117:4, 128:6, 145:14, 150:10, 166:15, 166:24, 173:2, 286:12, 304:7, 307:23, 312:7, 344:16, 352:7, 455:18, 460:11, 460:17, 537:9, 543:13, 548:3, 549:3, 565:8
**describing** [3] - 314:5, 450:18, 581:25
**description** [2] - 118:16, 122:15
**DESCRIPTION** [2] - 313:17, 528:18
**deserve** [1] - 563:15
**designated** [1] - 124:9
**desk** [1] - 547:21
**detail** [7] - 237:13, 283:8, 283:19, 283:22, 283:24, 288:13, 453:13
**detailed** [2] - 232:11, 232:15
**details** [1] - 172:10
**detective** [13] - 144:19, 196:2, 207:14, 224:19, 271:13, 329:13, 329:19, 334:2, 334:6, 347:3, 347:7, 547:8, 549:4
**Detective** [2] - 213:20, 271:13
**DETECTIVE/SGT** [2] - 1:9, 1:13
**detectives** [120] - 136:8, 136:10, 136:19, 136:22, 145:17, 146:4, 147:10, 147:20, 147:24, 148:9, 149:16, 149:25, 150:9, 151:3, 152:9, 152:11, 154:18, 155:6, 157:24, 162:14, 164:5, 164:11, 165:4, 166:3, 166:16, 166:23, 167:5, 169:16, 169:19, 169:23, 170:4, 171:22, 174:16, 176:6, 178:2, 178:10, 188:24, 190:16, 194:19, 195:11, 198:8, 201:16, 208:10, 209:12, 213:6, 218:14, 220:12, 220:18, 220:19, 221:8, 221:9, 224:20, 225:11, 229:18, 229:21, 229:23, 230:2, 230:7, 230:15, 231:3, 232:17, 233:20, 271:2, 271:7, 277:21, 278:10, 278:12, 330:12, 330:13, 332:6, 332:10, 335:4, 337:22, 338:2, 338:4, 339:11, 339:14, 343:9, 344:7, 344:9, 344:11, 347:25, 348:11, 349:7, 349:10, 350:2, 350:12, 350:20, 351:5, 351:7, 351:15, 353:15, 353:19, 353:25, 354:11, 356:25, 357:6, 357:8, 357:18, 358:5, 358:20, 360:5, 360:13, 360:25, 361:13, 361:24, 362:20, 363:4, 363:14, 363:16, 363:24, 364:13, 365:20, 367:3, 488:14, 490:4, 492:5, 492:22, 493:4, 544:25
**Detectives** [3] - 230:5, 334:17, 363:11
**DETECTIVES** [1] - 1:7
**detectives'** [1] - 333:21
**determination** [8] - 571:6, 572:8, 572:14, 572:16, 572:19, 573:2, 573:4, 573:9
**determined** [2] - 233:15, 570:6
**determining** [1] - 71:3
**device** [5] - 430:23, 444:5, 444:16, 592:6, 592:17
**devices** [1] - 430:18
**dexterity** [1] - 530:15
**diabetes** [4] - 19:21, 19:23, 370:23, 505:21
**diabetic** [1] - 19:19
**diagnosed** [14] - 377:23, 380:11, 380:13, 381:23, 387:22, 389:24, 390:23, 397:4, 397:7, 401:25, 404:19, 448:24, 449:10, 579:6
**diagnoses** [1] - 396:20
**diagnosis** [6] - 390:5, 396:7, 401:23, 585:22, 586:4, 586:12
**dialing** [1] - 445:19
**die** [4] - 121:18, 121:21, 122:10, 131:11
**dies** [1] - 309:23
**diet** [3] - 76:2, 534:11, 534:17
**difference** [6] - 9:13, 33:21, 200:14, 310:7, 492:18, 556:16
**differences** [1] - 552:5
**different** [45] - 10:18, 12:18, 35:20, 85:13, 92:23, 97:4, 114:25, 134:10, 158:9, 159:8, 164:21, 231:10, 231:11, 238:8, 250:13, 260:20, 274:17, 275:13, 276:17, 295:24, 312:11, 314:6, 314:7, 314:25, 315:6, 319:17, 345:3, 404:17, 408:8, 412:12, 412:17, 412:23, 413:3, 417:2, 419:23, 425:6, 429:4, 447:6, 464:16, 466:20, 468:20, 505:18, 509:10, 532:2, 557:9
**difficulty** [4] - 526:5, 526:24, 528:8, 530:25
**Digital** [1] - 598:18
**digital** [6] - 259:3, 259:4, 259:6, 259:9, 259:13, 259:20
**Dilaudid** [2] - 468:4, 469:8
**DILEONARDO** [1] - 1:14
**Dileonardo** [43] - 241:23, 271:21, 273:2, 275:9, 275:10, 317:11, 318:2, 318:10, 322:17, 322:22, 323:5, 325:5, 326:9, 326:14, 327:10, 327:21, 329:6, 332:22, 353:8, 354:21, 359:5, 359:23, 360:19, 360:21, 361:11, 361:19, 362:7, 363:16, 364:8, 366:8, 450:7, 450:11, 450:24, 452:8, 452:9, 454:12, 457:13, 459:11, 547:3, 571:2, 572:12, 573:25, 574:2
**DiLeonardo's** [5] - 316:10, 322:6, 365:5, 453:22, 454:24
**dinner** [2] - 465:20, 478:12
**direct** [3] - 36:7, 72:3, 210:5
**directed** [1] - 302:19
**directing** [4] - 302:6, 303:6, 414:16, 599:7
**Direction** [5] - 30:7,

301:10, 303:18, 304:2, 398:22
**direction** [11] - 46:6, 46:13, 46:17, 51:20, 64:2, 106:3, 146:11, 206:19, 358:13, 569:16, 570:13
**DIRECTIONS** [1] - 598:9
**directly** [7] - 67:6, 204:3, 204:22, 354:6, 526:3, 536:2, 541:16
**Disability** [1] - 516:5
**disability** [2] - 575:16, 576:24
**disagree** [2] - 324:14, 400:7
**discharge** [6] - 223:2, 223:4, 223:11, 223:14, 234:9
**discharged** [6] - 236:4, 374:5, 380:17, 448:15, 449:13, 493:9
**disclosed** [2] - 27:9, 27:18
**discourteous** [2] - 561:18, 562:11
**discrepancy** [3] - 434:7, 434:9, 435:25
**discuss** [3] - 246:9, 401:6, 580:21
**discussed** [7] - 271:5, 281:13, 283:22, 284:13, 369:5, 392:14, 421:7
**discussion** [3] - 77:20, 150:21, 484:17
**discussions** [2] - 459:14, 500:3
**disease** [4] - 381:23, 387:16, 449:2, 449:10
**disfiguring** [1] - 495:14
**disk** [1] - 259:10
**dismissed** [4] - 242:6, 242:9, 243:14, 243:17
**disorder** [6] - 378:9, 387:22, 389:25, 390:10, 586:15, 588:8
**disorders** [2] - 400:2, 404:19
**Dispatch** [1] - 446:16
**dispatch** [8] - 16:8, 62:24, 106:11, 426:15, 434:5, 445:9, 445:21, 592:7
**dispatched** [8] - 43:21, 43:24, 44:6, 62:18, 63:4, 63:14, 298:3, 440:17
**dispatcher** [11] - 15:17, 62:9, 408:18, 432:23, 433:4, 433:9, 435:8, 440:17, 441:20, 441:24, 446:21
**dispatching** [1] - 16:9
**distance** [8] - 49:15, 49:25, 65:9, 66:22, 142:6, 443:18, 455:2, 458:8
**distinguish** [1] - 283:21
**distinguishing** [1] - 542:4
**distress** [1] - 401:19
**DISTRICT** [2] - 1:2, 1:2
**District** [7] - 242:24, 243:8, 244:3, 244:11, 244:24, 290:25, 291:9
**DMV** [1] - 421:23
**Dobro** [40] - 10:15, 18:16, 18:23, 19:6, 36:21, 37:18, 39:13, 39:17, 92:17, 92:21, 92:24, 93:4, 96:16, 96:23, 187:5, 187:7, 295:10, 295:11, 295:17, 295:25, 296:8, 298:4, 305:7, 339:25, 432:5, 432:9, 433:13, 434:11, 435:16, 436:5, 437:10, 445:23, 446:10, 447:2, 466:17, 470:2, 471:6, 592:3, 594:8, 600:8
**doctor** [13] - 149:3, 398:15, 402:7, 404:2, 412:11, 412:14, 502:10, 504:21, 506:14, 509:19, 528:7, 531:14, 586:16
**doctor's** [6] - 381:19, 412:3, 413:11, 416:21, 422:4, 520:13
**Doctor's** [1] - 600:25
**Doctors** [2] - 229:23, 230:2
**doctors** [19] - 126:6, 126:12, 126:15, 126:16, 149:17, 150:25, 151:10, 151:13, 372:22, 412:12, 412:17, 502:18, 512:13, 513:8, 522:20, 526:18, 526:22, 526:23, 577:17
**doctors'** [1] - 413:25
**DOCUMENT** [1] - 598:14
**document** [29] - 31:13, 32:8, 177:17, 179:3, 181:5, 184:23, 186:25, 188:2, 192:19, 195:3, 214:11, 215:19, 216:3, 217:20, 223:17, 228:7, 228:12, 228:18, 230:20, 231:2, 231:6, 231:19, 232:7, 418:11, 418:13, 419:2, 489:22, 549:15, 553:6
**documentation** [4] - 298:23, 447:16, 447:21, 466:10
**documents** [1] - 252:7
**DOES** [2] - 1:11, 1:14
**dog** [2] - 457:6, 464:11
**dollars** [4] - 516:24, 575:3, 575:4, 577:7
**domestic** [1] - 265:24
**Dominic** [6] - 261:22, 261:24, 262:2, 266:20, 395:19, 479:15, 479:22, 480:7
**Dominic's** [1] - 262:4
**done** [26] - 35:23, 47:9, 171:5, 195:9, 240:17, 249:11, 287:7, 302:4, 308:22, 384:17, 389:17, 412:7, 413:20, 415:11, 435:22, 436:4, 485:19, 487:2, 498:9, 498:19, 499:8, 510:2, 510:4, 531:10, 532:10, 574:16
**DONLON** [1] - 4:4
**donut** [1] - 427:4
**Donuts** [1] - 239:8
**door** [41] - 39:25, 40:2, 79:10, 80:6, 80:7, 80:11, 81:20, 87:3, 87:19, 90:12, 102:23, 103:13, 103:16, 103:17, 104:6, 104:12, 104:22, 106:3, 106:21, 106:25, 107:4, 160:14, 211:15, 212:9, 212:13, 363:19, 364:11, 393:10, 455:4, 455:20, 455:22, 455:25, 546:15, 546:19, 565:5, 565:11, 565:17, 566:5, 566:18
**doors** [2] - 160:13, 321:7
**doorsill** [1] - 280:23
**dorms** [3] - 383:12, 384:25, 385:4
**dosage** [4] - 371:13, 376:8, 382:15, 387:5
**dosages** [1] - 376:9
**dose** [2] - 371:4, 371:6
**dots** [1] - 286:16
**double** [1] - 253:18
**double-check** [1] - 253:18
**down** [120] - 45:14, 45:19, 46:3, 46:20, 47:12, 50:24, 52:8, 55:15, 55:18, 57:2, 57:4, 57:6, 61:15, 62:11, 62:13, 62:21, 63:2, 63:8, 63:14, 63:17, 63:23, 66:23, 67:19, 67:20, 68:12, 68:14, 69:2, 69:6, 70:10, 70:12, 70:24, 71:15, 71:18, 72:11, 73:20, 73:22, 74:8, 77:3, 77:8, 78:8, 78:9, 78:11, 78:13, 81:14, 83:21, 83:22, 91:16, 92:7, 92:8, 94:19, 99:3, 101:11, 101:25, 102:11, 107:3, 108:4, 109:17, 119:25, 122:13, 131:23, 146:14, 146:15, 146:19, 150:3, 153:14, 155:3, 156:23, 156:24, 160:13, 164:23, 176:10, 178:4, 185:2, 186:24, 186:25, 200:4, 201:20, 202:2, 202:12, 211:16, 212:11, 212:14, 214:12, 217:19, 218:3, 219:2, 238:4, 251:14, 263:2, 265:9, 285:17, 286:12, 286:24, 298:14, 326:11, 331:9, 350:17, 360:16, 364:5, 364:10, 425:24, 433:10, 433:23, 436:20, 437:23, 454:8, 454:11, 459:19, 517:20, 540:17, 540:19, 560:7, 569:16, 571:13, 571:15, 571:18, 571:20, 572:4, 583:2
**downs** [1] - 391:14
**downstairs** [1] - 475:17
**Dr** [71] - 22:18, 23:3, 23:9, 23:10, 23:12, 23:13, 129:10, 129:13, 129:21, 130:6, 130:8, 130:9, 130:16, 130:18, 131:14, 222:7, 222:13, 255:19, 371:17, 371:18, 396:14, 397:8, 398:5, 403:7, 403:16, 403:17, 403:19, 403:24, 405:25, 417:17, 420:8, 420:9, 420:12, 420:15, 420:18, 420:21, 502:21, 502:23, 503:2, 504:6, 504:8, 504:15, 505:10, 506:2, 506:8, 506:17, 507:6, 507:8, 507:11, 507:17, 507:21, 507:22, 508:17, 509:3, 517:4, 517:5, 517:10, 517:22, 518:2, 518:6, 525:20, 529:3, 529:15, 529:22, 530:8, 531:10, 586:2, 600:25
**dr** [1] - 504:2
**drama** [1] - 276:12

**drawing** [1] - 495:14
**drawn** [5] - 382:19, 407:2, 407:7, 407:9, 466:24
**dreams** [1] - 528:2
**dressed** [1] - 221:18
**dressing** [3] - 149:10, 149:13, 152:3
**dressings** [1] - 158:7
**drew** [1] - 44:24
**drive** [68] - 17:19, 46:6, 56:4, 67:22, 74:15, 77:13, 78:24, 82:19, 91:12, 91:15, 91:16, 92:4, 93:14, 93:17, 96:15, 96:23, 97:7, 99:5, 99:10, 99:16, 99:23, 100:8, 101:5, 103:11, 122:22, 154:14, 199:9, 202:10, 202:14, 206:16, 213:14, 295:25, 328:24, 351:4, 351:14, 358:8, 358:10, 358:12, 359:9, 366:18, 410:24, 412:5, 412:9, 421:23, 422:13, 425:12, 427:13, 428:5, 428:11, 428:15, 458:22, 462:20, 465:6, 472:24, 520:18, 524:3, 524:20, 524:21, 524:23, 529:21, 530:7, 531:5, 546:2, 558:6, 588:13, 588:16
**Drive** [9] - 22:15, 66:21, 66:23, 67:10, 67:11, 201:6, 201:11, 201:13, 350:7
**driven** [12] - 18:25, 19:10, 305:9, 305:14, 312:2, 312:4, 312:9, 312:13, 459:2, 538:15, 541:15, 573:15
**driver** [26] - 19:5, 19:8, 69:25, 71:25, 83:10, 284:3, 295:17, 342:6, 351:17, 351:20, 354:17, 408:10, 421:8, 422:2, 425:11, 426:19, 428:6, 446:9, 454:15, 456:12, 460:4, 464:24, 472:6, 472:15, 538:22, 588:2
**driver's** [21] - 78:13, 79:10, 80:7, 80:21, 85:17, 85:25, 101:17, 103:15, 103:17, 106:24, 107:4, 112:20, 207:22, 208:2, 311:18, 360:11, 360:17, 360:22, 421:22, 458:18
**drivers** [8] - 85:16, 408:13, 409:24, 414:11, 421:13, 435:7, 573:12, 593:15
**driveway** [1] - 589:7
**driving** [92] - 11:12, 12:19, 14:14, 18:18, 36:23, 37:3, 41:6, 46:5, 49:9, 49:10, 49:19, 49:21, 55:4, 55:7, 57:13, 62:6, 69:24, 70:3, 70:4, 70:9, 70:15, 70:23, 71:3, 72:16, 74:13, 83:7, 92:9, 92:17, 92:20, 96:20, 97:4, 107:7, 111:18, 112:5, 113:17, 113:25, 114:5, 153:23, 153:24, 154:6, 187:3, 187:4, 187:7, 192:5, 192:19, 193:14, 197:14, 202:18, 212:6, 238:5, 296:17, 296:19, 296:21, 307:10, 307:22, 314:3, 324:17, 339:25, 340:8, 347:6, 347:10, 347:13, 347:16, 347:19, 347:20, 358:25, 409:8, 442:19, 442:20, 442:22, 459:6, 459:16, 460:18, 465:4, 465:13, 521:7, 521:10, 522:10, 523:16, 524:14, 540:4, 540:9, 558:3, 558:5, 558:11, 558:23, 568:14, 573:5, 573:6, 573:11, 588:10
**drooling** [1] - 390:18
**drop** [4] - 295:21, 433:15, 439:20, 465:24
**drop-off** [2] - 295:21, 433:15
**dropped** [2] - 438:2, 465:20
**dropping** [3] - 438:9, 438:12, 439:17
**drove** [35] - 19:5, 57:22, 73:4, 110:5, 122:22, 154:15, 199:7, 206:9, 207:10, 211:15, 211:21, 211:22, 213:9, 213:11, 297:21, 304:24, 305:4, 308:25, 315:4, 349:22, 358:2, 358:11, 360:3, 362:24, 363:18, 365:9, 365:13, 366:25, 367:7, 367:8, 367:10, 453:15, 461:16, 489:8, 540:19
**drowsy** [1] - 371:11
**Drs** [1] - 525:12
**drug** [4] - 173:17, 371:11, 382:9, 411:24
**drug-induced** [1] - 173:17
**drunk** [9] - 69:17, 69:22, 69:23, 70:15, 71:3, 459:24, 460:13, 461:25, 462:16
**DTS** [1] - 229:20
**ducked** [1] - 101:10
**due** [3] - 108:3, 551:11, 552:2
**duly** [5] - 6:3, 185:14, 250:5, 501:8, 601:12
**Dunkin** [1] - 239:8
**during** [34] - 76:20, 109:11, 109:12, 111:8, 165:25, 166:4, 188:15, 189:5, 220:16, 254:17, 266:14, 306:22, 323:4, 329:2, 354:16, 378:18, 390:8, 431:6, 469:24, 476:22, 510:17, 546:2, 549:19, 549:20, 551:3, 553:10, 573:24, 574:3, 574:11, 581:24, 585:3, 585:17, 591:2, 591:7
**duties** [2] - 426:3, 428:6
**duty** [2] - 409:12, 412:24
**DVD** [1] - 259:11

**E**

**eagle** [1] - 288:6
**ear** [1] - 445:14
**Earle** [2] - 1:19, 4:8
**early** [5] - 18:6, 129:14, 479:6, 479:7, 479:9
**earnings** [1] - 424:17
**easiest** [1] - 327:12
**easily** [1] - 399:11
**East** [4] - 11:9, 309:6, 438:6, 438:9
**east** [1] - 118:10
**east/west** [1] - 64:3
**EASTERN** [1] - 1:2
**eat** [4] - 474:7, 478:8, 478:11
**eating** [2] - 534:18, 534:19
**EBT** [1] - 250:12
**Eco** [2] - 315:9, 315:15
**Econo** [5] - 309:18, 310:22, 311:6, 312:6, 312:18
**econo** [1] - 310:19
**EDMUND** [1] - 1:12
**education** [3] - 383:24, 384:3, 384:5
**Edward** [3] - 272:19, 276:7, 276:16
**EDWARD** [1] - 1:14
**effect** [11] - 5:20, 23:23, 67:21, 69:18, 75:2, 88:20, 89:4, 111:21, 113:20, 337:5, 456:7
**effects** [1] - 349:16
**effort** [1] - 135:12
**eight** [13] - 39:18, 40:7, 40:10, 40:11, 42:8, 42:9, 42:17, 42:24, 43:11, 96:17, 312:14, 441:4, 470:25
**eight-cylinders** [1] - 312:14
**either** [30] - 17:21, 23:5, 25:5, 39:18, 62:18, 74:3, 74:5, 134:20, 144:18, 149:25, 176:9, 200:23, 231:15, 269:13, 298:10, 310:14, 312:15, 375:8, 405:25, 406:9, 411:2, 456:21, 506:11, 506:13, 511:19, 536:19, 547:2, 554:19, 591:7, 593:13
**elbow** [1] - 119:21
**electric** [13] - 306:14, 306:17, 306:18, 307:2, 308:10, 308:14, 308:16, 309:20, 309:22, 310:15, 311:2, 312:7, 429:7
**Elmont** [1] - 381:2
**emergencies** [1] - 409:4
**emergency** [25] - 114:25, 160:14, 321:6, 416:25, 449:14, 467:9, 480:16, 483:20, 493:10, 502:9, 502:17, 502:19, 504:5, 517:2, 522:21, 523:16, 536:10, 563:21, 564:17, 564:23, 565:11, 565:18, 566:8, 566:15, 577:18
**emotional** [2] - 401:19, 521:22
**employed** [2] - 385:21, 407:21
**employers** [1] - 422:25
**employment** [3] - 424:16, 599:15, 599:19
**emulating** [2] - 120:3, 120:14
**encounter** [4] - 44:3, 47:19, 83:12, 133:8
**encountered** [2] - 44:6, 240:11
**end** [19] - 11:22, 15:2, 15:18, 17:3, 17:4, 17:5, 17:6, 120:21, 127:15, 127:16, 197:11, 200:9, 202:10, 213:9, 250:18, 283:15,

366:25, 434:3
**endangerment** [1] - 268:3
**endeavor** [1] - 12:11
**ended** [4] - 123:24, 269:15, 381:3, 393:18
**endorsement** [4] - 421:17, 421:19, 421:21, 421:24
**enforcement** [12] - 131:19, 136:4, 136:6, 136:12, 136:17, 139:23, 144:24, 151:2, 157:11, 162:7, 316:9, 482:14
**engage** [5] - 129:21, 307:14, 307:17, 308:20, 309:2
**engaged** [5] - 105:16, 128:24, 282:11, 282:17, 282:20
**engaging** [1] - 132:20
**engine** [21] - 94:25, 95:15, 95:23, 95:25, 105:11, 105:16, 205:21, 206:3, 306:20, 307:13, 308:8, 308:20, 309:2, 309:20, 309:22, 310:14, 356:14, 356:21, 357:5, 357:17, 357:21
**engines** [1] - 68:20
**English** [2] - 179:6, 179:9
**ENID** [1] - 1:10
**enormous** [2] - 430:9, 435:24
**ENT** [9] - 20:12, 416:11, 416:17, 417:16, 420:8, 420:11, 420:15, 420:18, 420:21
**entered** [1] - 281:7
**entering** [1] - 280:17
**entertain** [1] - 211:24
**entire** [6] - 378:18, 378:21, 378:24, 379:3, 483:8, 574:12
**entity** [2] - 484:18, 484:20
**entrance** [4] - 114:24, 115:2, 563:23, 564:12
**entry** [1] - 280:16
**equal** [1] - 85:24
**ER** [1] - 567:18
**especially** [2] - 83:12, 435:6
**ESQ** [6] - 3:8, 3:9, 3:15, 3:22, 3:23, 4:10
**essentially** [6] - 7:2, 82:18, 85:14, 91:19, 118:5, 524:24
**establish** [1] - 466:19
**established** [1] - 474:19
**esteemed** [1] - 367:18
**estimate** [13] - 49:15, 49:25, 50:7, 51:22, 52:4, 57:18, 137:21, 150:11, 333:10, 376:17, 454:21, 516:22, 539:7
**estimates** [1] - 237:19
**et** [3] - 250:13, 424:14, 424:17
**ethics** [1] - 487:15
**EUGENE** [1] - 1:8
**evening** [15] - 36:8, 36:10, 40:12, 40:23, 188:15, 368:4, 368:18, 371:10, 461:12, 461:13, 464:23, 471:3, 477:18, 483:16, 483:18
**event** [10] - 14:11, 17:25, 30:13, 43:15, 123:4, 123:5, 416:5, 438:8, 485:11, 489:16
**events** [9] - 36:12, 113:18, 227:7, 242:16, 243:2, 484:20, 506:24, 573:21, 592:2
**eventually** [6] - 41:21, 146:3, 170:18, 173:5, 226:8, 387:6
**evidence** [2] - 195:15, 267:4
**exact** [10] - 11:11, 88:18, 169:12, 170:8, 338:25, 349:15, 393:12, 393:16, 396:11, 596:14
**exactly** [17] - 44:10, 57:13, 65:12, 72:14, 163:21, 200:25, 250:19, 322:21, 325:13, 325:14, 349:13, 351:20, 351:21, 352:5, 445:17, 454:25,
459:20
**EXAMINATION** [9] - 1:24, 6:7, 250:21, 368:2, 501:12, 532:12, 591:16, 595:20, 598:3
**examination** [8] - 7:9, 7:24, 8:12, 8:16, 10:12, 19:13, 98:12, 319:10
**examine** [2] - 530:8, 552:11
**examined** [3] - 6:4, 250:6, 501:9
**examining** [1] - 530:10
**example** [3] - 195:22, 408:17, 550:24
**except** [1] - 5:13
**exception** [4] - 251:18, 515:17, 518:23, 586:7
**exchange** [3] - 323:4, 323:24, 591:7
**exchanged** [4] - 154:8, 253:16, 254:2, 254:6
**excuse** [10] - 54:8, 181:3, 183:20, 187:4, 205:8, 246:18, 484:25, 493:14, 504:23, 570:9
**exhausted** [2] - 169:3, 336:19
**Exhibit** [34] - 31:20, 32:20, 176:24, 177:5, 177:10, 178:25, 179:12, 187:25, 218:25, 227:14, 231:20, 233:9, 240:20, 240:23, 241:5, 252:21, 271:6, 273:16, 273:19, 273:22, 273:25, 274:4, 274:7, 274:10, 290:16, 313:16, 331:2, 331:3, 483:6, 489:22, 528:18, 528:24, 549:14
**exhibit** [2] - 177:4, 279:18
**EXHIBIT** [1] - 600:21
**exhibits** [1] - 35:10
**EXHIBITS** [1] - 600:14
**existence** [1] - 574:13
**exit** [1] - 160:14
**exited** [1] - 272:15
**exits** [3] - 307:6, 418:6, 551:23
**expect** [1] - 247:5
**expected** [1] - 298:15
**expenses** [4] - 432:16, 516:15, 516:21, 577:7
**experience** [16] - 41:9, 116:12, 116:18, 235:18, 284:17, 312:21, 388:2, 390:9, 393:2, 395:6, 406:23, 428:21, 469:18, 586:25, 587:20
**experienced** [2] - 388:10, 390:8
**experiences** [1] - 588:4
**expert** [1] - 301:24
**explain** [4] - 17:13, 393:3, 404:16, 443:10
**explained** [3] - 163:9, 183:6, 432:13
**explaining** [1] - 419:9
**explanation** [1] - 135:25
**explanatory** [1] - 486:5
**Express** [3] - 187:5, 187:7, 340:2
**express** [1] - 156:22
**expression** [1] - 421:20
**expressions** [1] - 53:2
**extend** [2] - 499:14, 500:5
**extended** [1] - 501:16
**extending** [1] - 369:6
**extent** [3] - 170:3, 383:23, 384:2
**eyeglasses** [1] - 335:14
**eyes** [5] - 24:24, 336:11, 336:25, 337:14, 338:11


**F**


**F'bomb** [1] - 323:8
**F'word** [1] - 323:8
**F-R-E-E-D** [1] - 504:13
**face** [18] - 101:19, 102:15, 102:17, 106:2, 122:21, 154:14, 160:21, 160:23, 207:24, 208:5, 208:7, 208:11, 325:6,
327:6, 327:14, 361:8, 361:11, 557:10
**facial** [1] - 138:5
**facilities** [3] - 396:18, 404:17, 407:13
**facility** [15] - 372:14, 372:23, 373:2, 373:23, 373:25, 374:2, 374:6, 374:15, 374:21, 375:3, 380:10, 392:21, 398:9, 403:5, 512:13
**facing** [1] - 565:4
**fact** [51] - 44:25, 71:23, 83:8, 88:22, 108:3, 180:17, 184:10, 186:21, 187:6, 187:14, 188:25, 191:4, 191:5, 192:14, 193:16, 195:14, 196:15, 196:25, 197:23, 198:11, 199:9, 201:5, 201:23, 202:12, 203:21, 204:5, 205:4, 206:3, 207:25, 208:6, 208:19, 209:23, 213:14, 217:7, 232:21, 267:4, 316:11, 317:19, 317:21, 318:3, 318:4, 337:21, 338:17, 486:3, 487:6, 487:13, 544:6, 550:23, 555:7, 566:23, 586:22
**factor** [2] - 70:14, 71:2
**facts** [4] - 331:22, 340:19, 555:14
**failed** [2] - 391:20, 561:23
**failure** [4] - 450:18, 558:20, 561:7, 587:12
**fair** [70] - 11:21, 19:4, 30:11, 30:17, 30:19, 34:17, 35:24, 43:13, 62:15, 64:16, 85:12, 85:18, 87:14, 103:15, 106:24, 118:16, 118:18, 140:21, 148:7, 196:4, 212:7, 230:13, 230:25, 232:6, 237:12,

273:8, 277:11, 278:13, 289:4, 289:12, 290:21, 314:24, 318:21, 322:20, 325:16, 336:5, 351:21, 352:8, 356:6, 366:11, 366:20, 382:12, 384:23, 396:8, 398:15, 413:18, 416:23, 426:18, 427:7, 428:17, 429:6, 451:13, 453:21, 454:5, 455:8, 456:13, 460:8, 495:16, 502:20, 506:25, 508:6, 548:24, 572:10, 574:14, 575:8, 576:25, 578:21, 582:16, 582:21, 592:15
**fairly** [3] - 332:2, 342:22, 485:3
**fall** [5] - 479:17, 536:24, 571:13, 571:15, 572:4
**fallen** [1] - 104:5
**false** [2] - 269:7, 572:15
**familiar** [12] - 24:8, 28:25, 95:3, 95:18, 95:24, 140:11, 278:19, 313:23, 422:22, 427:17, 538:21, 539:7
**Family** [4] - 372:8, 372:12, 375:5, 375:19
**family** [6] - 391:5, 391:8, 439:11, 480:4, 512:19, 579:24
**family's** [1] - 475:16
**far** [20] - 9:14, 35:23, 51:24, 52:2, 52:6, 52:8, 55:7, 91:8, 103:10, 160:11, 200:8, 285:2, 407:10, 421:2, 449:20, 456:11, 458:3, 482:6, 507:16, 538:24
**fare** [24] - 17:10, 17:12, 38:5, 43:22, 43:24, 43:25, 44:6, 62:10, 62:16, 62:25, 295:22, 297:5, 298:4, 298:5, 432:24, 433:2, 433:8, 433:10, 436:15, 437:24, 440:4, 462:25, 466:3
**fares** [24] - 17:14, 37:19, 40:4, 40:10, 40:11, 40:18, 42:3, 42:6, 42:10, 42:16, 42:19, 42:25, 43:7, 43:10, 43:11, 43:17, 295:16, 298:9, 298:21, 432:14, 433:14, 436:6, 463:5, 466:20
**Farmingdale** [12] - 383:12, 383:13, 383:18, 383:21, 383:25, 384:15, 384:18, 384:21, 384:24, 386:5, 386:19, 599:2
**fast** [3] - 100:24, 148:24, 478:15
**faster** [4] - 50:10, 57:20, 171:5, 171:6
**fat** [2] - 75:25, 76:14
**fateful** [1] - 448:11
**father** [2] - 394:21, 394:24
**fatty** [1] - 74:15
**FAVATTA** [1] - 1:8
**FAYA** [1] - 1:10
**fear** [3] - 240:3, 240:13, 586:22
**fears** [1] - 521:10
**feature** [1] - 592:13
**February** [93] - 18:2, 20:8, 20:13, 21:6, 21:13, 36:8, 36:13, 36:16, 39:17, 120:16, 124:9, 129:15, 129:22, 155:13, 177:22, 180:18, 187:2, 219:5, 227:10, 237:23, 242:17, 243:2, 243:23, 244:14, 253:12, 257:8, 257:11, 267:23, 268:13, 275:11, 276:20, 277:13, 277:16, 278:22, 290:24, 291:5, 291:6, 291:8, 291:13, 295:13, 295:14, 295:23, 295:24, 296:22, 298:22, 304:25, 305:6, 305:10, 305:15, 306:24, 307:23, 308:24, 311:23, 314:3, 315:4, 329:9, 333:9, 339:24, 416:5, 416:24, 428:8, 433:14, 449:15, 466:25, 469:24, 475:12, 478:18, 481:16, 482:7, 504:21, 505:11, 505:16, 506:25, 507:19, 516:3, 516:4, 517:3, 519:16, 522:22, 525:10, 534:7, 536:6, 538:15, 539:11, 541:6, 542:11, 547:4, 569:3, 574:11, 575:8, 587:14, 592:2, 592:23
**federal** [1] - 292:24
**feet** [5] - 66:24, 104:14, 107:24, 142:7, 455:3
**fell** [2] - 104:10, 106:23
**fellow** [7] - 110:17, 110:23, 131:25, 178:3, 447:8, 448:7, 594:8
**felt** [10] - 53:4, 53:24, 54:11, 88:21, 206:22, 207:9, 327:11, 358:17, 360:2, 428:16
**FEMALE** [2] - 254:19, 256:12
**female** [3] - 80:25, 88:9, 589:25
**femur** [1] - 468:23
**few** [49] - 40:15, 61:16, 70:2, 107:23, 123:9, 123:13, 123:15, 140:8, 157:4, 158:7, 158:9, 158:11, 162:9, 165:15, 165:17, 172:6, 228:19, 238:23, 256:7, 263:8, 265:13, 280:13, 309:9, 374:4, 391:21, 455:3, 457:17, 468:25, 479:7, 479:8, 484:3, 484:4, 484:6, 491:10, 516:24, 532:15, 537:17, 547:9, 549:4, 549:6, 562:3, 577:22, 577:23, 578:3, 578:4, 585:8, 585:9, 587:17, 590:5
**fiancee's** [1] - 587:18
**fiancée** [5] - 20:18, 38:8, 281:21, 281:23, 282:5
**fiancée's** [1] - 369:19
**Fidelis** [3] - 513:11, 513:13, 513:14
**fifteen** [1] - 585:10
**Fifth** [11] - 29:25, 30:8, 30:14, 30:23, 301:11, 301:16, 301:24, 303:15, 303:19, 303:24, 304:3
**fight** [2] - 399:16, 402:21
**fighting** [2] - 102:25, 103:5
**fights** [2] - 580:13, 583:23
**figure** [2] - 172:11, 172:16
**figured** [2] - 62:15, 287:20
**file** [11] - 27:13, 259:6, 259:9, 259:13, 293:9, 293:11, 294:2, 411:22, 414:18, 424:16, 592:2
**file/records** [1] - 599:9
**filed** [11] - 6:22, 32:16, 32:21, 32:25, 33:2, 33:25, 242:5, 252:12, 293:14, 293:18, 423:8
**filing** [1] - 5:8
**fill** [1] - 34:15
**filled** [3] - 398:10, 404:21, 404:25
**filter** [1] - 535:14
**finally** [2] - 256:9, 491:17
**financial** [1] - 386:10
**financially** [1] - 12:18
**fine** [11] - 30:10, 35:21, 65:17, 72:2, 171:10, 171:12, 200:5, 290:3, 402:22, 454:21, 502:2
**finger** [4] - 53:6, 146:16, 146:23, 285:13
**fingerprinted** [2] - 410:18, 411:19
**fingerprints** [3] - 411:21, 415:4, 422:3
**finish** [19] - 12:9, 12:11, 178:13, 204:16, 251:12, 303:8, 317:15, 317:18, 320:15, 368:24, 434:15, 474:2, 501:18, 542:18, 550:7, 550:15, 551:12, 595:6, 595:10
**finished** [1] - 14:20
**fire** [4] - 98:25, 206:21, 358:16, 459:11
**fired** [8] - 13:3, 207:9, 272:4, 272:10, 359:23, 360:2, 441:12, 574:3
**firing** [5] - 101:14, 359:5, 359:8, 359:14, 359:17
**firm** [2] - 368:6, 487:15
**First** [1] - 229:10
**first** [93] - 8:22, 20:20, 21:25, 22:22, 25:19, 25:20, 25:23, 27:11, 38:13, 43:14, 43:20, 44:6, 44:12, 44:17, 44:19, 51:23, 66:6, 82:4, 104:6, 115:12, 125:9, 130:2, 131:25, 150:10, 164:23, 218:19, 251:7, 251:19, 252:2, 253:5, 255:20, 283:14, 283:16, 295:11, 300:11, 304:24, 314:25, 332:5, 333:7, 337:4, 337:13, 337:15, 341:20, 354:16, 371:19, 371:21, 373:5, 375:21, 375:24, 376:5, 376:25, 377:11, 377:22, 390:15, 391:5, 397:10, 397:21, 398:8, 410:23, 412:8, 412:14, 414:25, 415:16, 416:9, 416:15, 418:20, 427:17, 427:18, 431:20, 455:6, 468:25, 478:13, 478:22, 483:25, 508:20, 549:12,

549:14, 550:25, 553:5, 553:18, 554:25, 555:10, 556:4, 556:19, 564:11, 566:3, 566:14, 567:4, 567:11, 567:18, 569:3, 570:25
**first-name** [2] - 427:17, 427:18
**firstly** [1] - 251:23
**FISCH** [2] - 3:9, 25:12
**Fisch** [2] - 25:12, 25:13
**FISCHLINGER** [1] - 4:4
**fit** [1] - 520:18
**fitness** [3] - 412:5, 428:23, 529:17
**Fitzgerald** [2] - 329:24, 547:12
**five** [8] - 50:7, 105:24, 123:15, 123:16, 280:13, 367:20, 400:25, 401:10
**five-minute** [1] - 400:25
**flag** [2] - 62:19, 298:14
**flags** [1] - 62:13
**FLAHERTY** [1] - 4:3
**FLANAGAN** [1] - 1:13
**flash** [25] - 41:19, 49:4, 54:5, 93:21, 97:13, 97:15, 97:16, 98:17, 98:23, 99:20, 99:21, 99:24, 100:3, 100:5, 100:18, 100:20, 100:22, 101:7, 101:10, 113:12, 192:15, 207:2, 255:23, 345:10, 460:25
**flashed** [17] - 48:24, 48:25, 49:7, 54:10, 154:2, 190:20, 191:8, 191:13, 192:10, 193:15, 344:6, 345:13, 346:6, 346:17, 346:21, 460:22, 461:17
**flashes** [1] - 256:3
**flashing** [6] - 50:21, 51:11, 53:21, 460:10, 461:10, 570:2
**flashlight** [1] - 462:8
**flatbed** [2] - 431:2, 431:3
**flip** [1] - 522:9
**floor** [4] - 280:18, 308:20, 386:2
**Florida** [5] - 261:9, 262:22, 263:2, 264:2, 439:12
**fluctuated** [1] - 382:17
**fluke** [2] - 342:11, 433:22
**flukes** [2] - 342:9, 433:23
**flying** [2] - 72:15, 153:25
**foggy** [1] - 234:18
**folks** [4] - 425:23, 447:4, 449:9, 533:22
**follow** [12] - 26:21, 48:8, 70:19, 107:2, 148:12, 198:24, 222:6, 388:23, 417:5, 424:18, 499:19, 532:15
**follow-up** [1] - 388:23
**followed** [6] - 197:20, 198:14, 198:23, 199:23, 348:6, 348:16
**following** [7] - 461:19, 466:7, 493:23, 501:2, 527:21, 532:24, 550:21
**follows** [3] - 6:5, 250:7, 501:10
**followup** [1] - 419:21
**followups** [2] - 129:12, 532:9
**food** [1] - 478:15
**foot** [42] - 77:14, 77:15, 77:16, 78:20, 79:3, 80:2, 80:3, 90:15, 90:18, 93:24, 94:7, 94:11, 94:14, 94:15, 94:18, 95:4, 96:10, 99:18, 99:23, 100:2, 100:10, 100:13, 100:14, 100:16, 100:22, 100:25, 101:2, 101:3, 105:7, 135:2, 137:23, 167:14, 206:6, 306:9, 306:12, 356:7, 356:10, 356:13, 356:18, 455:10, 455:11, 563:25
**FOR** [2] - 600:15, 600:24
**force** [8] - 5:19, 116:6, 485:5, 485:10, 486:5, 486:6, 487:6, 487:11
**Force** [1] - 574:13
**forearm** [8] - 117:22, 118:22, 118:23, 119:19, 285:14, 286:8, 428:2, 498:23
**forensic** [1] - 280:10
**forensics** [2] - 365:3, 365:4
**forget** [5] - 310:24, 381:7, 387:5, 440:11, 508:5
**forgive** [5] - 428:20, 430:6, 431:19, 508:17, 528:11
**forgot** [1] - 133:6
**form** [91] - 5:13, 50:3, 56:14, 56:18, 70:17, 71:6, 71:11, 71:22, 72:22, 73:8, 75:19, 82:25, 86:5, 89:9, 94:3, 94:23, 98:19, 99:14, 120:12, 127:9, 129:17, 151:13, 164:14, 164:20, 170:2, 172:24, 175:6, 175:13, 191:15, 191:20, 194:23, 195:14, 196:17, 215:21, 222:16, 234:12, 234:24, 235:15, 243:12, 245:8, 259:4, 267:4, 292:4, 293:25, 316:25, 319:21, 327:23, 337:9, 341:24, 351:23, 352:14, 382:2, 387:12, 387:18, 387:25, 388:5, 388:7, 426:22, 437:15, 442:7, 450:9, 456:9, 458:24, 466:14, 474:19, 479:25, 480:23, 495:19, 496:8, 496:14, 496:18, 513:2, 517:12, 517:18, 518:21, 519:8, 521:2, 522:3, 522:16, 529:19, 531:7, 531:21, 536:12, 542:7, 543:23, 549:25, 554:17, 559:21, 566:23, 581:13, 595:9
**formal** [3] - 383:24, 384:2, 384:5
**former** [2] - 271:20, 271:22
**forms** [4] - 26:23, 396:22, 398:10, 404:21
**forth** [5] - 202:24, 203:22, 353:18, 524:4, 601:12
**forward** [24] - 30:22, 94:16, 99:11, 99:17, 206:9, 206:16, 206:18, 212:17, 212:25, 358:2, 358:10, 358:13, 358:14, 359:2, 359:11, 359:12, 365:18, 370:8, 400:8, 458:22, 459:2, 459:6, 459:10
**foster** [3] - 372:17, 373:14, 393:19
**four** [15] - 39:25, 40:2, 206:22, 312:12, 312:13, 312:15, 358:16, 373:3, 374:10, 374:12, 392:11, 413:3, 584:12, 584:13, 594:13
**four-cylinder** [3] - 312:12, 312:13, 312:15
**four-door** [2] - 39:25, 40:2
**frame** [8] - 211:8, 337:17, 390:8, 428:21, 518:11, 581:23, 584:5, 584:8
**FRANK** [1] - 4:10
**Frank** [5] - 250:25, 292:14, 301:15, 533:7, 562:2
**fraud** [3] - 28:23, 303:22
**freak** [1] - 522:12
**Fred** [1] - 268:25
**free** [4] - 102:25, 103:6, 235:23, 303:9
**Freed** [14] - 22:17, 22:25, 283:4, 398:3, 398:4, 403:11, 405:25, 503:24, 504:7, 504:12, 511:25, 512:2, 512:3, 585:21
**freed** [2] - 403:17, 403:24
**frequency** [2] - 382:9, 382:22
**frequently** [1] - 426:20
**freshman** [1] - 383:15
**Friday** [3] - 470:10, 470:14, 472:10
**friend** [1] - 257:4
**friends** [3] - 284:11, 284:14, 284:17
**front** [28] - 45:12, 52:10, 59:6, 67:5, 70:24, 85:6, 85:8, 85:22, 204:3, 204:22, 242:20, 280:3, 282:9, 335:20, 339:4, 346:22, 346:23, 354:6, 418:9, 430:12, 454:8, 456:17, 457:6, 458:16, 459:3, 565:12, 565:19, 566:19
**fuck** [4] - 323:6, 348:24, 353:6, 583:7
**fucked** [1] - 323:7
**fucking** [13] - 68:3, 81:23, 86:19, 104:12, 122:17, 202:10, 202:19, 203:20, 323:6, 351:4, 351:14, 583:9
**fulfill** [1] - 428:5
**full** [7] - 6:9, 200:19, 237:4, 375:2, 447:16, 471:7, 472:10
**funds** [1] - 299:24
**FURNISHED** [5] - 34:19, 448:4, 503:11, 579:2, 600:4
**FURTHER** [5] - 5:12, 5:17, 532:12, 591:16, 595:20


## G


**G-E-R-M-A-N** [1] - 502:25
**game** [1] - 463:9
**gang** [1] - 495:9
**gap** [1] - 471:14
**garden** [1] - 401:19
**gas** [55] - 17:17, 77:15, 78:20, 80:3, 90:15, 90:19, 90:24, 94:7, 94:11, 94:16, 94:19, 94:20, 95:5, 95:14, 95:23, 96:11, 100:11, 100:23, 100:25, 103:24, 103:25, 105:7, 206:6, 297:13,

306:17, 307:3, 307:13, 307:18, 308:7, 308:19, 309:11, 309:13, 309:19, 309:22, 309:23, 310:9, 310:14, 311:3, 311:6, 311:7, 311:11, 313:11, 313:12, 328:10, 342:13, 355:17, 355:20, 356:4, 356:7, 356:11, 356:14, 356:19, 356:21, 587:23

**gasoline** [5] - 306:20, 307:13, 308:8, 308:20, 309:2

**gather** [1] - 175:10

**Gatorade** [1] - 576:8

**gauge** [3] - 310:4, 310:9, 310:13

**gear** [6] - 56:3, 77:4, 77:11, 79:21, 523:23, 524:15

**gears** [1] - 306:11

**GEISSINGER** [1] - 1:8

**general** [6] - 13:13, 16:22, 150:12, 411:7, 522:23, 544:12

**generally** [1] - 250:11

**gentleman** [1] - 324:17

**gentleman's** [1] - 12:10

**gentlemen** [1] - 249:10

**German** [18] - 502:23, 502:25, 504:6, 505:10, 506:2, 506:8, 506:15, 506:17, 507:11, 507:17, 517:5, 517:10, 518:2, 525:12, 529:15, 529:22, 530:8, 600:25

**German's** [2] - 529:3, 531:11

**gesture** [2] - 146:14, 156:22

**gestures** [1] - 156:21

**girl** [3] - 248:11, 261:25, 538:4

**girlfriend** [34] - 38:8, 76:2, 76:15, 79:8, 88:12, 104:5, 104:20, 170:13, 187:11, 188:5, 203:6, 203:15, 213:10, 213:17, 217:18, 217:21, 340:14, 342:16, 342:20, 367:2, 367:9, 441:15, 441:24, 454:15, 454:19, 457:22, 459:14, 459:23, 463:25, 465:24, 475:11, 475:22, 592:25, 593:13

**girlfriend's** [3] - 217:12, 442:13, 454:7

**girls** [6] - 320:7, 320:22, 320:25, 321:3, 321:23, 322:9

**given** [15] - 161:16, 161:19, 166:6, 221:24, 250:12, 337:7, 369:11, 379:15, 400:10, 467:22, 500:2, 585:22, 586:3, 597:14, 601:14

**glad** [2] - 347:9, 590:11

**glass** [1] - 281:11

**glasses** [2] - 335:15, 335:18

**Gluck** [10] - 503:2, 504:6, 507:7, 507:11, 507:21, 508:17, 509:3, 517:6, 518:6, 525:12

**Gluck's** [1] - 507:22

**Godmother** [2] - 140:14, 591:20

**Gold** [1] - 447:10

**Goldberg** [2] - 258:16, 258:20

**Goldstein** [3] - 258:16, 258:18, 258:19

**goods** [1] - 299:21

**government** [1] - 413:12

**grab** [1] - 474:8

**grand** [1] - 293:5

**grandfather** [4] - 475:24, 476:6, 476:14, 587:18

**Grandinette** [10] - 25:11, 26:20, 200:15, 268:15, 268:21, 268:25, 269:22, 290:4, 370:10, 598:9

**GRANDINETTE** [382] - 3:4, 3:8, 25:2, 26:25, 28:2, 28:10, 28:14, 29:23, 30:16, 30:19, 30:24, 34:18, 34:23, 35:9, 35:16, 35:25, 36:4, 49:17, 50:2, 56:13, 56:17, 65:14, 70:16, 71:5, 71:10, 71:21, 72:5, 72:21, 73:7, 75:8, 75:18, 82:24, 84:2, 86:4, 89:8, 94:2, 94:22, 95:16, 95:19, 96:7, 96:13, 97:19, 98:18, 99:13, 100:12, 105:12, 109:21, 113:22, 114:3, 114:9, 118:17, 119:20, 126:10, 126:25, 127:8, 127:21, 128:2, 129:16, 138:10, 143:24, 145:2, 147:4, 150:17, 151:12, 151:24, 152:16, 157:16, 163:11, 164:12, 164:19, 165:14, 165:19, 167:2, 172:23, 173:14, 173:20, 174:2, 174:7, 175:5, 175:12, 178:13, 180:24, 185:3, 188:17, 189:23, 190:23, 191:14, 191:19, 194:2, 194:22, 195:7, 195:13, 196:16, 197:9, 198:4, 199:19, 201:2, 205:15, 207:17, 209:4, 209:22, 210:21, 211:2, 211:5, 212:22, 215:5, 215:9, 215:20, 217:9, 217:24, 218:4, 218:16, 225:2, 225:5, 227:24, 234:3, 234:11, 234:23, 235:14, 235:21, 236:10, 236:13, 237:10, 237:16, 237:18, 241:21, 242:18, 243:11, 243:25, 244:6, 244:15, 245:7, 247:21, 249:12, 250:19, 253:17, 254:3, 254:13, 254:22, 259:17, 259:22, 260:3, 267:3, 275:2, 275:16, 275:25, 279:20, 279:25, 285:11, 288:18, 289:24, 291:4, 292:3, 292:9, 293:24, 301:13, 301:21, 302:6, 302:13, 302:16, 302:19, 303:2, 316:24, 317:17, 319:20, 320:14, 323:19, 324:3, 324:6, 324:14, 327:22, 330:19, 331:3, 333:3, 337:8, 338:13, 341:23, 351:22, 352:13, 356:16, 367:19, 370:3, 370:7, 371:9, 373:9, 376:15, 376:23, 381:25, 384:4, 386:15, 387:11, 387:17, 387:24, 388:4, 388:9, 388:19, 389:2, 389:9, 389:12, 389:15, 389:21, 390:11, 391:25, 398:18, 399:2, 399:8, 399:11, 399:21, 400:7, 400:12, 400:24, 401:5, 401:12, 401:16, 402:17, 406:19, 414:22, 415:12, 416:12, 416:14, 417:12, 417:25, 418:8, 418:13, 419:6, 419:13, 419:16, 419:22, 420:4, 426:21, 437:5, 437:14, 442:6, 444:25, 449:3, 450:8, 453:4, 456:8, 456:23, 458:11, 458:23, 463:22, 464:2, 466:13, 466:21, 467:3, 469:4, 469:11, 469:15, 469:19, 472:8, 473:10, 473:13, 474:5, 474:18, 476:25, 477:7, 478:6, 479:16, 479:24, 480:8, 480:22, 480:25, 483:4, 484:2, 485:12, 485:20, 485:25, 486:11, 486:23, 488:9, 489:14, 489:17, 492:2, 492:8, 492:15, 493:12, 493:15, 494:9, 494:14, 494:18, 494:25, 495:18, 496:7, 496:13, 496:17, 497:7, 499:24, 506:4, 512:25, 513:23, 514:19, 515:2, 515:9, 515:16, 516:8, 517:11, 517:17, 518:20, 519:5, 519:7, 520:25, 522:2, 522:15, 524:12, 524:17, 525:24, 526:25, 527:8, 527:14, 527:18, 528:9, 529:18, 531:6, 531:20, 532:17, 533:6, 535:13, 535:17, 535:22, 535:24, 536:11, 537:14, 539:18, 540:20, 542:6, 542:17, 543:22, 548:6, 549:16, 549:24, 550:18, 551:11, 551:14, 551:19, 551:25, 552:7, 552:17, 552:24, 553:8, 553:22, 554:16, 555:12, 559:20, 560:25, 561:14, 561:25, 562:9, 562:16, 563:17, 566:22, 570:8, 575:11, 576:6, 578:10, 578:23, 579:11, 580:22, 580:24, 581:4, 581:6, 581:12, 581:22, 582:3, 582:18, 582:22, 583:4, 583:8, 583:15, 584:3, 585:12, 586:5, 586:9, 587:4, 591:12, 594:3, 594:20, 595:8, 595:16, 595:19, 596:5, 596:18

**grandmother** [1] - 394:11

**grandmother's** [6] - 393:8, 393:10, 393:15, 393:23, 393:25, 394:3
**gray** [1] - 167:17
**great** [2] - 453:13, 489:21
**Greco** [1] - 476:7
**green** [7] - 61:11, 62:2, 62:5, 63:7, 64:8, 65:21, 65:24
**grip** [2] - 526:24, 530:11
**gripping** [2] - 528:8, 530:25
**groom** [1] - 245:19
**groomer** [1] - 464:11
**ground** [13] - 8:20, 87:5, 106:22, 106:23, 107:3, 281:11, 326:12, 326:14, 326:20, 326:23, 327:2, 327:5, 571:19
**group** [10] - 22:14, 373:15, 381:3, 381:5, 395:23, 412:16, 412:19, 518:14, 584:16, 584:17
**Group** [7] - 412:20, 415:7, 415:17, 415:22, 415:24, 416:2, 420:22
**guard** [4] - 115:4, 115:13, 564:4, 564:21
**guardian** [5] - 375:7, 375:12, 375:15, 375:19, 375:21
**guess** [33] - 65:14, 65:16, 68:25, 73:10, 112:3, 126:10, 138:10, 143:24, 151:17, 165:19, 167:2, 202:6, 218:16, 328:4, 376:12, 376:15, 417:12, 425:7, 448:18, 469:4, 470:5, 473:6, 473:10, 476:25, 511:13, 539:2, 539:3, 548:6, 549:17, 556:24, 575:2, 578:10, 578:11
**guesses** [1] - 528:2
**guessing** [4] - 173:12, 473:11, 473:14, 477:24
**guided** [1] - 379:12
**guilt** [1] - 302:3
**guilty** [5] - 264:3, 299:12, 304:10, 304:11, 304:16
**gun** [37] - 97:17, 98:16, 101:14, 101:20, 102:16, 113:2, 113:5, 113:8, 113:12, 113:14, 133:4, 133:5, 133:9, 133:14, 133:16, 133:19, 133:20, 134:5, 135:8, 135:13, 207:2, 207:23, 208:11, 210:7, 212:16, 212:19, 280:18, 359:8, 359:15, 359:23, 360:11, 360:22, 364:17, 364:20, 365:5, 365:16
**gunfight** [1] - 133:3
**gunned** [1] - 105:4
**gunshot** [4] - 153:15, 427:25, 543:2, 575:17
**gunshots** [1] - 115:14
**guy** [105] - 70:25, 71:19, 72:18, 73:6, 74:13, 84:11, 86:6, 86:10, 86:12, 86:15, 86:22, 86:25, 87:25, 88:2, 88:13, 88:16, 89:15, 89:19, 93:19, 97:12, 101:17, 101:22, 102:3, 106:19, 107:11, 107:14, 107:19, 107:24, 108:14, 108:16, 109:18, 113:13, 134:19, 137:11, 137:12, 137:19, 154:7, 154:9, 154:12, 167:21, 168:4, 168:5, 169:22, 172:7, 176:16, 176:17, 176:18, 176:19, 178:4, 192:5, 202:5, 202:8, 202:13, 202:25, 203:25, 204:2, 204:8, 204:12, 204:13, 204:17, 204:20, 204:21, 205:7, 205:12, 205:13, 205:19, 205:24, 206:9, 206:21, 207:21, 207:25, 208:15, 208:19, 211:16, 212:10, 212:14, 239:17, 277:20, 279:8, 279:9, 347:6, 351:2, 351:8, 353:24, 354:5, 356:24, 357:3, 357:9, 357:12, 358:3, 358:15, 360:10, 360:16, 361:17, 362:5, 364:5, 370:11, 435:10, 442:24, 462:15, 479:11
**guys** [40] - 35:19, 67:21, 67:22, 89:3, 89:10, 138:3, 138:4, 145:18, 151:7, 162:21, 165:12, 169:4, 169:5, 169:6, 169:13, 169:15, 170:20, 171:6, 171:11, 171:17, 171:19, 171:22, 172:2, 172:17, 172:18, 172:19, 172:21, 173:3, 173:8, 173:11, 173:13, 174:23, 176:5, 458:21, 460:12, 461:25, 463:20, 466:7, 503:24


## H


**habits** [1] - 70:3
**hack** [10] - 414:8, 414:18, 422:2, 423:12, 520:2, 520:14, 529:13, 531:18, 599:9
**hailing** [1] - 425:13
**hair** [9] - 102:5, 119:15, 134:16, 138:5, 138:8, 167:16, 167:22, 275:15, 286:7
**half** [8] - 155:25, 221:14, 221:15, 291:17, 431:13, 458:13, 471:15, 539:5
**half-hour** [3] - 155:25, 221:14, 221:15
**half-second** [1] - 431:13
**halfway** [8] - 60:9, 84:15, 84:16, 119:19, 130:7, 130:8, 217:19, 218:3
**hall** [1] - 583:2
**Hall** [2] - 413:12, 413:16
**hallway** [8] - 115:20, 115:23, 117:4, 117:9, 121:5, 123:2, 134:6, 545:25
**hand** [43] - 44:13, 47:17, 47:18, 48:10, 48:12, 54:24, 64:9, 79:21, 87:18, 87:19, 93:20, 97:17, 103:21, 146:13, 146:15, 156:21, 286:13, 314:11, 444:5, 507:23, 508:4, 524:2, 524:10, 524:13, 524:16, 524:22, 524:24, 525:3, 525:14, 525:17, 525:22, 526:5, 526:11, 526:24, 528:8, 530:25, 564:9, 575:24, 575:25, 576:9, 576:10, 601:21
**hand-held** [1] - 444:5
**handcuffed** [6] - 158:25, 224:7, 227:4, 450:13, 488:15, 488:17
**handcuffs** [6] - 226:13, 450:3, 488:21, 492:25, 493:4, 493:20
**handed** [6] - 222:15, 427:22, 427:24, 529:9, 554:21, 576:3
**handheld** [1] - 592:6
**handicap** [1] - 521:22
**handing** [1] - 222:18
**handle** [1] - 556:25
**hands** [4] - 97:14, 97:22, 530:12, 530:18
**handwriting** [2] - 183:14, 228:15
**hang** [2] - 176:25, 464:7
**hanging** [2] - 342:16, 342:19
**happy** [3] - 251:9, 254:7, 495:21
**harassed** [1] - 558:13
**harassment** [1] - 263:12
**hard** [11] - 47:14, 50:6, 52:13, 186:12, 312:19, 312:25, 369:15, 444:13, 499:8, 557:8, 589:2
**hard-wired** [1] - 444:13
**harrowing** [1] - 284:17
**hated** [1] - 16:10
**Hauppauge** [1] - 3:14
**hazards** [12] - 50:23, 52:7, 53:24, 54:12, 55:16, 55:21, 56:2, 56:23, 58:22, 59:3, 59:19, 315:21
**haze** [1] - 173:17
**head** [16] - 21:14, 62:11, 99:3, 112:17, 138:9, 230:18, 234:17, 329:14, 329:22, 329:23, 331:11, 463:10, 463:12, 547:9, 548:2, 549:2
**heading** [6] - 43:21, 43:24, 44:5, 62:11, 439:21, 463:16
**headquarters** [1] - 435:16
**healed** [2] - 496:22, 497:3
**health** [11] - 21:20, 22:2, 26:11, 380:20, 380:23, 386:20, 396:17, 399:25, 403:6, 448:21, 448:25
**healthcare** [1] - 513:4
**Healthcare** [1] - 513:14
**healthy** [2] - 370:15, 373:8
**hear** [29] - 53:12, 101:15, 104:8, 112:22, 169:8, 170:24, 209:6, 278:13, 278:15, 279:15, 290:23, 310:6, 323:16, 323:23, 324:7, 324:16, 324:20, 325:3, 368:11, 439:13, 442:4, 442:12, 442:16, 442:17, 543:16, 564:10, 588:25, 589:2
**heard** [16] - 101:14, 105:14, 212:6,

290:21, 316:19, 325:4, 325:11, 325:16, 328:18, 328:21, 328:22, 328:24, 442:18, 443:3, 451:12, 527:19

**hearing** [7] - 27:12, 98:6, 106:16, 111:20, 172:8, 453:10, 487:24

**height** [4] - 137:13, 137:18, 167:24, 533:2

**height-ish** [1] - 167:24

**held** [2] - 2:3, 444:5

**hell** [6] - 79:12, 81:10, 81:13, 81:18, 544:14, 596:13

**hello** [1] - 163:20

**help** [8] - 145:25, 157:14, 219:10, 289:2, 316:9, 397:24, 447:22, 593:23

**HEREBY** [1] - 5:6

**hereby** [3] - 5:10, 597:8, 601:9

**herein** [1] - 1:25

**hereinbefore** [1] - 601:11

**hereto** [1] - 5:8

**hereunto** [1] - 601:21

**herself** [2] - 139:13, 464:12

**hide** [1] - 275:6

**high** [21] - 17:4, 17:6, 48:24, 48:25, 49:5, 49:7, 50:21, 51:11, 154:2, 190:23, 190:25, 191:8, 191:13, 344:6, 345:10, 345:13, 346:6, 346:17, 346:21, 382:20, 384:12

**higher** [2] - 96:3, 384:5

**highs** [1] - 391:14

**Highway** [2] - 3:13, 263:22

**highway** [3] - 311:15, 312:24, 313:7

**Hills** [34] - 44:9, 44:15, 46:11, 46:12, 46:16, 48:6, 48:8, 48:14, 48:20, 49:20, 50:16, 51:17, 51:24, 52:9, 59:15, 60:15, 60:19, 60:22, 60:24, 63:11,

193:11, 193:16, 194:9, 194:21, 195:6, 196:23, 197:2, 197:15, 217:4, 347:21, 569:8, 569:9, 569:16, 570:14

**himself** [6] - 207:10, 360:3, 362:15, 415:14, 442:20, 442:22

**hinted** [1] - 389:7

**HIPPA** [10] - 26:22, 396:22, 398:10, 404:25, 405:14, 418:21, 419:12, 419:17, 598:15, 599:4

**hired** [1] - 487:15

**Hispanic** [2] - 134:19, 134:20

**history** [6] - 404:13, 404:15, 514:14, 514:15, 599:25, 600:2

**hit** [20] - 63:24, 72:13, 83:13, 102:15, 102:18, 105:15, 106:7, 206:23, 208:4, 208:6, 208:11, 210:6, 327:10, 346:15, 358:17, 361:11, 445:20, 455:22, 568:19, 570:17

**hits** [2] - 101:19, 108:5

**hitting** [7] - 45:13, 102:24, 103:20, 122:21, 154:13, 207:23, 361:7

**Holbrook** [1] - 263:23

**hold** [4] - 164:12, 330:17, 409:24, 527:8

**holding** [3] - 256:20, 411:6, 445:13

**holds** [1] - 424:13

**hole** [1] - 249:3

**holes** [6] - 246:11, 246:14, 246:15, 246:25, 248:19, 248:22

**holiday** [2] - 266:15, 512:11

**home** [28] - 372:17, 373:15, 378:8, 378:19, 380:23, 381:3, 381:6, 381:9, 381:10, 381:22, 385:9, 393:19,

394:7, 395:23, 471:18, 472:24, 474:7, 474:9, 475:22, 510:12, 511:2, 511:6, 578:15, 581:17, 584:16, 584:18, 589:16

**homeless** [1] - 537:4

**homicide** [30] - 162:14, 164:5, 164:11, 165:4, 165:12, 166:3, 166:16, 166:23, 167:4, 168:12, 168:17, 168:18, 168:23, 169:19, 173:3, 173:8, 174:16, 188:24, 218:14, 221:9, 224:19, 225:10, 329:14, 329:18, 329:23, 334:18, 547:10, 548:2, 549:3

**Honda** [1] - 305:13

**hone** [1] - 553:25

**honestly** [3] - 100:24, 336:13, 390:12

**honked** [1] - 54:9

**honking** [1] - 51:14

**honor** [2] - 298:18, 552:19

**hook** [1] - 429:2

**hooking** [1] - 14:3

**hooks** [1] - 429:4

**HORACE** [1] - 1:12

**Horizon** [1] - 22:14

**horn** [9] - 50:21, 51:14, 54:10, 154:3, 346:13, 346:16, 346:18, 461:7

**Hospital** [17] - 106:10, 110:5, 114:14, 114:17, 114:20, 270:25, 416:25, 419:24, 444:4, 461:16, 467:9, 468:12, 489:9, 538:14, 563:21, 575:10, 578:18

**hospital** [97] - 107:8, 113:17, 121:4, 123:7, 123:12, 124:6, 124:25, 126:8, 132:2, 133:22, 133:23, 141:12, 143:18, 146:9, 160:10, 188:16, 213:10, 213:11, 213:15,

220:21, 220:24, 221:10, 221:17, 221:21, 221:23, 223:6, 223:9, 223:20, 223:22, 226:8, 229:5, 229:11, 231:4, 231:21, 232:11, 233:11, 233:15, 233:16, 233:23, 234:6, 234:7, 235:4, 235:9, 235:11, 235:12, 236:5, 236:15, 237:8, 237:15, 257:5, 259:25, 317:13, 318:5, 318:16, 320:8, 320:10, 321:4, 321:5, 321:10, 321:12, 321:16, 321:23, 331:23, 365:10, 365:13, 367:2, 367:8, 367:9, 367:10, 441:14, 442:20, 442:21, 449:14, 449:21, 450:23, 451:2, 451:6, 451:7, 451:25, 452:4, 452:5, 466:24, 469:2, 480:12, 497:2, 504:19, 505:6, 524:25, 536:9, 538:24, 539:12, 539:16, 540:14, 540:15, 568:15

**hospitalized** [1] - 468:8

**hot** [1] - 423:22

**hot/cold** [1] - 526:6

**hour** [19] - 17:9, 155:25, 165:21, 218:17, 219:17, 221:14, 221:15, 231:3, 231:7, 233:19, 250:11, 308:14, 309:14, 309:21, 311:2, 334:21, 471:15, 499:8

**hour-and-a-half** [1] - 471:15

**hours** [19] - 13:11, 16:10, 16:19, 18:6, 165:15, 165:17, 218:24, 408:4, 409:11, 425:4, 464:20, 465:7,

472:11, 473:3, 475:5, 486:16, 491:10, 497:6, 566:24

**house** [24] - 39:2, 63:3, 258:11, 267:9, 267:15, 267:17, 267:19, 385:19, 393:8, 393:14, 393:24, 393:25, 394:3, 396:2, 447:9, 473:8, 475:16, 475:19, 587:16, 587:19, 589:5, 589:9, 591:10

**House** [5] - 381:7, 584:19, 584:21, 584:24, 585:3

**houses** [3] - 441:2, 441:4, 509:9

**housing** [1] - 386:10

**human** [1] - 12:8

**hundred** [13] - 47:2, 94:24, 125:11, 134:17, 160:22, 167:23, 301:3, 374:4, 405:3, 516:24, 575:3, 575:4, 577:7

**HUNTER** [2] - 1:12, 4:6

**hunter** [1] - 484:25

**Hunter** [10] - 251:3, 273:6, 273:9, 316:5, 316:7, 316:17, 316:19, 317:8, 318:10, 484:23

**Huntington** [85] - 6:13, 22:15, 37:12, 39:8, 40:21, 43:15, 62:12, 106:10, 110:5, 114:14, 114:17, 114:20, 186:18, 186:22, 197:8, 197:15, 238:4, 270:25, 347:21, 407:22, 408:2, 409:23, 410:17, 410:25, 412:3, 412:9, 412:20, 412:22, 413:12, 414:3, 414:10, 414:12, 414:17, 415:7, 415:8, 415:16, 415:21, 415:24, 416:2, 416:25, 419:23, 420:22, 421:13, 421:25, 422:9, 422:13,

422:23, 423:5, 423:18, 435:17, 439:21, 440:16, 444:3, 461:16, 463:12, 464:18, 467:9, 468:12, 472:19, 489:8, 502:16, 502:19, 504:5, 509:8, 517:2, 520:3, 520:12, 529:10, 529:12, 529:16, 530:7, 531:4, 538:14, 538:20, 538:22, 558:21, 563:21, 575:10, 578:18, 588:3, 599:8

**hurry** [2] - 366:12, 366:23

**hurt** [7] - 83:8, 131:5, 131:7, 133:13, 146:2, 202:18, 543:3

**Hutchinson** [1] - 439:15

**hybrid** [3] - 305:9, 305:12, 306:16

**hypervigilance** [2] - 586:23, 588:23

**hypervigilant** [1] - 560:4

**hypnotized** [1] - 406:12

**hypothetical** [5] - 71:11, 71:24, 71:25, 72:25, 73:9

**I**

**I..** [1] - 426:8

**I.D** [1] - 600:15

**ID** [1] - 600:24

**idea** [31] - 16:23, 22:22, 127:6, 129:3, 150:12, 151:9, 241:24, 257:14, 257:17, 280:14, 308:21, 310:3, 327:10, 356:17, 375:23, 377:21, 396:24, 400:19, 436:7, 436:25, 439:24, 446:25, 447:7, 481:6, 482:19, 498:7, 522:23, 539:5, 540:12, 574:23, 577:20

**identification** [12] - 31:22, 177:11, 227:15, 273:18, 273:21, 273:24, 274:3, 274:6, 274:9, 274:12, 313:18, 528:19

**identified** [6] - 136:9, 136:23, 139:13, 155:8, 330:12, 362:15

**identify** [3] - 155:17, 170:4, 275:6

**identifying** [1] - 173:11

**identity** [2] - 271:17, 272:16

**ignition** [1] - 305:24

**ignored** [1] - 318:4

**Ill** [1] - 410:13

**illness** [3] - 377:24, 449:2, 449:10

**illnesses** [1] - 380:14

**illusory** [1] - 424:19

**imagine** [5] - 68:22, 126:9, 272:8, 313:3, 392:25

**imagining** [1] - 272:6

**immediately** [7] - 179:18, 180:13, 438:4, 438:5, 438:7, 499:19, 550:21

**impeachment** [1] - 337:9

**impede** [1] - 70:11

**impediment** [2] - 520:23, 521:5

**important** [1] - 175:25

**impose** [1] - 34:25

**impound** [3] - 97:2, 258:2, 260:17

**impression** [1] - 71:25

**improper** [1] - 337:9

**IN** [1] - 601:20

**Inc** [1] - 2:23

**inch** [1] - 118:13

**inches** [2] - 118:15, 289:7

**incident** [28] - 109:11, 109:12, 109:15, 238:13, 239:4, 239:9, 267:22, 270:10, 272:5, 272:7, 272:11, 272:12, 288:17, 291:3, 291:7, 319:15, 320:12, 331:17, 434:11, 446:21, 515:11, 534:12, 558:15, 559:14, 559:17, 576:21, 576:25, 589:8

**incidents** [1] - 559:24

**include** [1] - 400:17

**included** [1] - 520:17

**including** [8] - 396:16, 405:16, 413:11, 415:3, 424:9, 434:21, 516:16, 520:13

**income** [6] - 293:7, 293:23, 294:3, 294:7, 294:13, 294:25

**incorporate** [1] - 550:22

**incorrect** [2] - 33:6, 34:14

**independent** [4] - 336:24, 413:22, 423:10, 423:12

**index** [2] - 146:22, 424:21

**indicate** [3] - 119:4, 147:13, 250:15

**indicated** [16] - 42:23, 98:15, 107:6, 109:24, 203:12, 204:11, 206:15, 206:25, 209:18, 271:4, 272:10, 278:7, 298:21, 330:10, 585:20, 587:9

**indicating** [4] - 97:15, 207:17, 245:2, 525:21

**indicating)** [3] - 118:2, 118:25, 285:7

**individual** [1] - 30:12

**induced** [1] - 173:17

**infection** [1] - 21:12

**infections** [2] - 20:18, 21:7

**Infiniti** [15] - 50:20, 67:6, 67:19, 74:14, 85:2, 107:25, 113:14, 191:24, 201:22, 350:19, 453:21, 570:10, 570:11, 570:12, 570:17

**infirmary** [1] - 386:11

**infliction** [1] - 401:18

**inform** [1] - 387:15

**information** [11] - 174:22, 175:11, 175:22, 238:22, 271:23, 295:19, 436:23, 437:8, 468:8, 488:7, 520:13

**INFORMATION** [1] - 600:4

**informed** [2] - 148:10, 148:14

**informing** [1] - 528:7

**initial** [15] - 44:3, 47:19, 83:12, 180:9, 182:3, 195:19, 216:18, 216:19, 335:21, 338:9, 338:15, 338:16, 392:14, 403:15

**initialed** [1] - 196:10

**initialing** [2] - 335:22, 338:10

**initialled** [1] - 216:14

**initials** [38] - 180:3, 180:13, 180:16, 180:18, 181:16, 181:17, 182:14, 183:16, 184:8, 184:13, 186:4, 186:10, 193:24, 194:5, 194:12, 194:14, 195:2, 195:10, 195:17, 195:21, 195:24, 197:5, 214:10, 214:13, 214:15, 214:20, 215:14, 215:17, 215:25, 216:5, 216:22, 220:8, 335:10, 404:3, 555:16, 555:17, 555:18

**Initials** [1] - 181:18

**injuries** [19] - 20:7, 400:3, 416:4, 419:15, 502:12, 504:10, 505:2, 506:18, 507:18, 513:20, 516:18, 517:8, 517:22, 518:2, 518:7, 518:18, 519:13, 519:15, 577:12

**injury** [4] - 126:4, 399:23, 401:20, 506:10

**inordinate** [1] - 250:16

**inpatient** [2] - 372:23, 373:2

**inquire** [1] - 423:2

**inside** [15] - 87:5, 255:19, 280:25, 281:3, 306:3, 314:2, 321:9, 328:2, 328:15, 365:6, 462:8, 546:8, 574:2, 574:3, 574:5

**INSPECTOR** [1] - 1:12

**instance** [6] - 306:3, 307:11, 307:22, 310:8, 461:14, 587:9

**instead** [5] - 16:8, 195:25, 287:14, 287:15, 458:21

**institution** [2] - 375:8, 386:9

**institutions** [2] - 392:10, 406:24

**instruct** [3] - 377:3, 387:8, 387:14

**instructing** [1] - 388:13

**instruction** [1] - 388:16

**instructions** [7] - 161:6, 161:16, 161:20, 221:24, 222:3, 222:10, 222:18

**instrument** [1] - 525:7

**insulting** [1] - 79:8

**insurance** [1] - 513:16

**intact** [1] - 520:15

**intake** [1] - 403:15

**intend** [2] - 48:3, 516:7

**intended** [1] - 99:11

**intention** [3] - 62:25, 97:8, 497:23

**intentional** [1] - 401:18

**interact** [2] - 426:6, 426:18

**interacting** [1] - 452:8

**interaction** [3] - 395:5, 587:5, 590:20

**interactions** [3] - 426:16, 587:2, 587:13

**interchange** [1] - 591:2

**interest** [1] - 284:6

**interested** [3] - 15:25, 244:12, 601:18

**interior** [1] - 281:5

**internet** [3] - 269:23, 270:2, 270:5

**internist** [1] - 505:13

**interpret** [1] - 71:24

**interrogation** [1] - 546:13

**interrupt** [7] - 28:12, 150:18, 181:2, 181:3, 200:3, 276:2, 502:8

**interrupted** [1] - 533:8

**interrupting** [1] - 199:20

interruption [1] - 420:5
interruptions [1] - 499:9
intersection [8] - 44:9, 60:15, 64:6, 64:11, 64:17, 65:4, 91:24, 462:24
interview [13] - 291:2, 291:10, 291:18, 292:5, 292:21, 293:2, 333:21, 334:7, 405:16, 488:14, 492:5, 546:13, 546:14
interviewed [8] - 291:23, 330:11, 333:24, 334:3, 334:16, 334:20, 403:16, 490:2
interviewing [1] - 363:12
intoxicated [7] - 318:5, 318:6, 321:18, 322:10, 322:13, 573:13, 573:18
introduce [1] - 128:20
investigate [6] - 450:19, 485:17, 485:24, 486:9, 488:3, 590:18
investigated [2] - 168:23, 485:6
investigates [1] - 487:7
investigating [3] - 484:20, 485:11, 485:14
investigation [9] - 242:16, 242:25, 243:10, 243:22, 244:5, 244:13, 245:4, 316:12, 485:19
invoke [3] - 30:14, 30:23, 301:16
invoked [1] - 398:25
invokes [4] - 30:8, 301:11, 303:19, 304:3
involved [8] - 29:19, 92:15, 133:2, 394:22, 395:9, 482:14, 485:14, 486:14
involving [2] - 28:23, 93:5
irrespective [1] - 442:11
IS [3] - 5:6, 5:12, 5:17
ish [1] - 167:24
Island [1] - 270:7
Islandwide [5] - 15:16, 15:22, 16:5, 16:7, 16:15
Islip [2] - 490:22, 498:11
issue [8] - 301:17, 302:8, 302:11, 302:12, 302:18, 394:20, 417:7, 432:2
issued [3] - 262:23, 263:17, 419:18
issues [19] - 265:25, 301:22, 391:7, 392:19, 395:13, 399:4, 399:5, 403:6, 506:23, 579:8, 579:10, 579:20, 580:9, 580:15, 582:2, 583:14, 583:21, 584:2, 584:24
IT [3] - 5:6, 5:12, 5:17
itself [22] - 7:2, 7:3, 14:6, 114:10, 174:3, 181:6, 231:14, 259:9, 285:6, 286:4, 319:15, 387:23, 389:6, 390:10, 390:13, 416:22, 445:11, 445:12, 579:7, 588:8, 588:22, 592:9
IV [1] - 467:19

J

JACK [1] - 1:9
Jackie [3] - 385:13, 385:17, 385:21
jail [6] - 110:25, 113:20, 491:7, 491:9, 491:12, 494:3
James [1] - 247:24
January [6] - 1:20, 22:5, 423:25, 516:3, 597:11, 601:22
Jericho [4] - 11:10, 412:21, 413:7, 415:10
Jessica [6] - 261:11, 262:19, 262:25, 263:4, 264:10, 282:21
JESUS [1] - 1:10
JH [11] - 273:16, 273:19, 273:22, 273:25, 274:4, 274:7, 274:10, 279:21, 290:16, 313:16, 600:21
job [6] - 14:6, 269:14, 409:6, 429:13, 486:13, 588:2
Joe [4] - 446:23, 448:7, 448:10, 595:3
Joe's [1] - 446:24
John [7] - 251:2, 273:6, 273:9, 316:5, 316:7, 316:17, 317:8
JOHN [5] - 1:11, 1:12, 1:13, 1:14, 4:6
Johnson [1] - 368:6
JOHNSON [1] - 3:17
join [4] - 27:19, 406:14, 415:18, 515:22
joints [1] - 478:16
joyful [1] - 479:23
judge [1] - 490:23
judgment [1] - 469:16
July [35] - 8:14, 8:17, 10:2, 10:8, 10:12, 11:2, 11:14, 19:12, 20:4, 20:23, 21:18, 21:24, 26:8, 28:17, 28:20, 29:14, 31:3, 31:5, 31:6, 185:12, 186:3, 186:15, 509:14, 511:22, 512:4, 512:5, 517:6, 517:8, 518:7, 518:11, 518:14, 518:16, 518:17, 518:22
jump [2] - 124:24, 431:22
jumped [8] - 45:14, 45:15, 46:2, 81:20, 84:13, 114:22, 122:18, 154:9
jumping [1] - 441:10
June [17] - 424:2, 507:2, 507:4, 507:14, 509:3, 509:14, 511:22, 512:4, 517:6, 517:7, 517:13, 518:5, 518:7, 518:11, 518:21, 529:16, 529:23
June/July [1] - 508:9
Junior [1] - 410:13
jury [1] - 293:5

K

K-E-M-P [1] - 385:14
K-R-I-S-T-I-E [2] - 38:14, 38:17
Kaylin [3] - 261:7, 264:18, 264:19
keep [10] - 35:19, 91:25, 275:19, 295:15, 389:17, 413:24, 414:2, 432:17, 501:18, 520:14
keeping [3] - 259:4, 465:16, 465:18
keeps [1] - 20:18
Kemp [3] - 385:13, 385:17, 385:21
kept [6] - 138:17, 138:21, 436:8, 436:9, 437:10, 468:24
key [8] - 305:21, 305:23, 306:2, 331:21, 331:22, 338:23, 340:19
kicks [1] - 588:12
Kidd [4] - 494:23, 494:24, 495:3, 495:4
kill [2] - 67:22, 68:4
killers [1] - 468:24
kind [40] - 15:4, 19:16, 23:12, 28:23, 37:2, 58:23, 70:2, 75:13, 79:11, 88:21, 104:10, 108:3, 253:2, 277:20, 296:5, 296:6, 296:23, 298:18, 305:10, 310:4, 310:17, 319:10, 431:21, 443:11, 518:18, 534:11, 534:16, 535:11, 536:5, 536:14, 542:2, 556:9, 561:8, 579:20, 585:22, 586:3, 589:21, 595:5, 595:6, 595:7
kitchen [1] - 498:13
KL [1] - 12:3
Klis [11] - 11:8, 12:3, 12:16, 294:21, 294:22, 422:7, 422:8, 422:25, 424:15, 429:14, 599:19
KLIS [1] - 11:9
knock [1] - 212:14
knocked [7] - 106:21, 211:16, 212:10, 326:11, 364:5, 364:10, 571:19
knocking [1] - 393:9
knowing [1] - 124:5
knowledge [2] - 33:14, 486:22
known [13] - 106:7, 239:3, 410:9, 427:2, 432:6, 447:17, 447:23, 482:2, 482:10, 482:11, 548:19, 594:12, 600:7
knows [2] - 433:8, 433:9
Krag [11] - 22:14, 25:21, 26:13, 26:24, 405:11, 405:16, 407:6, 407:17, 512:13, 598:15, 599:5
KREG [1] - 405:12
Kris [3] - 11:25, 12:2, 422:6
Kristie [27] - 38:9, 217:12, 217:22, 218:7, 257:4, 262:3, 281:22, 282:23, 318:19, 319:9, 319:16, 320:16, 479:15, 511:5, 536:20, 536:21, 537:6, 537:21, 544:9, 557:19, 560:10, 568:10, 568:13, 594:12, 595:2, 595:4, 595:24
Kristie's [3] - 245:12, 536:19, 589:14

L

L&M [1] - 535:14
lab [2] - 405:18, 405:19
lack [2] - 12:22, 82:2
ladies [1] - 249:9
lady [2] - 93:9, 385:13
laid [1] - 390:18
Lake [1] - 508:24
Lakeside [1] - 381:22
Lakeview [14] - 381:7, 381:22, 383:2, 383:10, 386:24, 387:4, 392:11, 398:17, 448:15, 449:7, 584:19, 584:20, 584:24, 585:2
LAMB [1] - 1:9
Lamonica [1] - 247:17
lane [14] - 44:13,

44:18, 45:4, 48:2, 48:8, 48:10, 48:13, 456:22, 457:7, 457:9, 458:15, 462:8, 569:21, 570:22
**language** [1] - 322:16
**larceny** [2] - 299:16, 299:17
**large** [2] - 444:16, 444:19
**largely** [1] - 289:13
**last** [60] - 15:15, 19:4, 20:24, 21:18, 25:16, 25:25, 26:9, 38:10, 165:11, 258:15, 261:12, 264:13, 265:11, 265:17, 266:7, 266:9, 266:10, 266:17, 266:25, 267:11, 267:14, 269:11, 272:21, 293:14, 293:17, 305:4, 369:12, 371:20, 371:25, 437:22, 437:24, 439:14, 446:24, 447:9, 447:17, 447:23, 448:8, 468:11, 501:22, 504:25, 505:5, 506:2, 506:8, 507:17, 508:12, 509:15, 511:22, 512:8, 517:3, 517:4, 517:5, 517:6, 518:6, 518:11, 529:7, 562:3, 562:4, 576:14, 578:17, 600:7
**late** [3] - 477:21, 491:13, 494:4
**latter** [1] - 521:16
**laughing** [2] - 7:13, 207:18
**laughing)** [1] - 207:15
**Lauren** [1] - 248:11
**law** [15] - 29:18, 131:19, 136:4, 136:6, 136:12, 136:17, 139:23, 144:23, 150:25, 157:10, 162:6, 181:12, 316:8, 368:5, 482:14
**LAW** [2] - 3:4, 3:11
**lawn** [1] - 590:4
**lawsuit** [4] - 6:22, 34:3, 273:5, 316:4
**lawyer** [70] - 24:23, 24:25, 25:10, 138:18, 138:19, 138:22, 142:11, 142:19, 142:20, 143:4, 143:6, 143:7, 144:13, 144:15, 144:20, 144:25, 147:17, 148:11, 148:20, 148:21, 148:22, 148:23, 153:4, 153:7, 153:12, 153:13, 156:9, 156:11, 157:7, 157:12, 171:3, 178:11, 178:16, 178:21, 181:25, 182:7, 182:8, 182:11, 182:13, 240:18, 242:11, 242:14, 243:20, 244:2, 244:23, 269:19, 331:20, 369:5, 369:22, 445:11, 480:15, 480:21, 481:5, 481:13, 481:14, 482:15, 482:20, 482:21, 553:17, 554:12, 591:22, 591:23, 596:7
**lawyer's** [2] - 24:11, 407:18
**lawyers** [9] - 9:13, 24:14, 138:20, 153:14, 243:8, 268:23, 269:10, 270:7, 512:16
**laying** [1] - 336:10
**lead** [1] - 73:4
**LEAHEY** [1] - 3:17
**Leahey** [1] - 368:6
**learn** [22] - 67:21, 74:14, 76:2, 82:19, 116:15, 145:8, 157:10, 202:9, 202:14, 240:22, 240:25, 243:7, 247:9, 271:9, 271:16, 272:15, 272:18, 351:4, 351:14, 364:24, 365:12, 468:7
**learned** [6] - 43:25, 117:15, 144:6, 322:3, 364:19, 429:20
**leasing** [1] - 17:15
**least** [6] - 165:21, 233:8, 390:5, 409:11, 455:2, 455:24
**leave** [25] - 14:20, 34:10, 91:14, 109:19, 149:16, 151:11, 169:4, 169:10, 229:24, 230:2, 230:5, 233:11, 233:16, 234:17, 235:11, 352:11, 408:12, 408:14, 447:25, 457:14, 458:3, 459:7, 503:7, 570:19, 578:23
**leaving** [12] - 12:5, 18:23, 109:25, 223:21, 309:6, 380:22, 384:18, 441:13, 458:21, 487:25, 523:15, 538:14
**led** [7] - 20:15, 54:10, 69:23, 82:22, 116:9, 136:21, 233:4
**ledger** [1] - 436:24
**ledgers** [1] - 436:2
**left** [111] - 12:15, 12:23, 15:15, 15:17, 15:22, 16:5, 16:15, 37:25, 44:21, 45:10, 46:13, 54:21, 54:23, 54:24, 56:19, 60:16, 60:21, 78:6, 79:9, 79:10, 79:21, 84:25, 85:4, 85:12, 91:13, 92:7, 92:8, 93:18, 99:18, 99:25, 101:16, 106:4, 117:21, 118:22, 118:23, 125:9, 125:11, 135:18, 136:5, 141:9, 141:19, 149:20, 150:2, 150:4, 155:20, 156:3, 156:4, 157:24, 160:4, 170:11, 171:4, 171:9, 176:18, 193:25, 206:17, 206:19, 218:24, 220:18, 220:19, 220:21, 220:24, 221:8, 221:10, 221:17, 221:23, 223:20, 231:4, 231:22, 233:22, 235:8, 235:19, 236:15, 237:9, 237:15, 263:7, 285:13, 289:4, 309:10, 315:15, 346:25, 352:7, 355:25, 358:11, 358:14, 359:2, 359:12, 383:8, 383:10, 391:17, 423:22, 427:22, 428:2, 449:6, 449:21, 523:21, 523:22, 524:10, 524:16, 525:3, 525:14, 525:17, 525:21, 526:5, 526:11, 526:24, 528:8, 530:25, 536:8, 576:10, 582:16
**left-hand** [2] - 54:24, 79:21
**left-handed** [1] - 427:22
**leg** [4] - 79:10, 87:4, 87:5, 87:11
**legal** [2] - 375:3, 375:15
**length** [4] - 33:19, 319:12, 445:15, 458:6
**lengths** [6] - 50:8, 88:25, 91:9, 105:25, 458:7, 458:8
**Leser** [4] - 271:14, 334:17, 339:17, 363:12
**LESER** [1] - 1:8
**less** [4] - 286:7, 391:4, 398:13, 454:23
**letter** [2] - 26:21, 244:22
**letters** [2] - 35:20, 182:22
**letting** [1] - 561:21
**level** [2] - 97:22, 136:14
**levels** [2] - 382:20, 407:2
**Lewis** [56] - 140:11, 140:25, 141:12, 141:15, 141:18, 141:21, 142:8, 142:21, 142:23, 142:25, 143:3, 143:11, 143:23, 144:3, 144:7, 144:23, 145:11, 146:7, 147:14, 147:16, 147:21, 148:11, 153:7, 156:8, 156:13, 166:9, 166:12, 178:22, 223:23, 224:3, 224:10, 224:14, 224:15, 224:17, 224:18, 225:7, 225:14, 236:19, 266:5, 266:8, 266:11, 266:18, 267:2, 267:14, 269:17, 269:25, 283:6, 375:14, 481:17, 536:9, 541:7, 541:19, 556:16, 566:8, 566:21, 568:2
**license** [14] - 67:24, 202:20, 311:19, 414:8, 414:18, 421:22, 422:2, 423:12, 520:3, 520:14, 520:15, 529:13, 531:18, 599:9
**LIE** [1] - 14:4
**lien** [1] - 516:11
**life** [11] - 371:22, 394:11, 394:22, 395:9, 479:20, 497:21, 560:6, 580:19, 580:21, 591:22, 594:18
**lift** [3] - 93:20, 97:14, 430:24
**light** [29] - 59:14, 60:5, 60:18, 60:20, 60:24, 61:8, 61:9, 61:11, 61:14, 61:18, 61:20, 61:23, 61:25, 62:4, 62:9, 63:7, 63:13, 64:7, 64:8, 65:20, 65:24, 71:22, 78:19, 307:12, 308:3, 308:19, 533:18, 566:23
**lighter** [3] - 167:22, 286:6, 289:13
**lights** [10] - 41:10, 41:20, 190:13, 192:11, 192:15, 307:24, 343:8, 343:17, 460:10, 570:2
**likely** [4] - 323:9, 323:10, 438:3, 473:7
**limit** [1] - 250:11
**limitations** [2] - 369:4, 431:8
**limited** [1] - 305:17
**Lincoln** [1] - 17:22
**line** [7] - 185:19,

186:2, 192:24, 193:4, 193:7, 196:6, 360:16
**lined** [1] - 85:19
**lines** [4] - 286:11, 286:24, 485:4, 562:3
**lion** [1] - 163:5
**lips** [1] - 146:23
**list** [3] - 229:7, 392:7, 504:4
**listed** [3] - 232:2, 317:20, 513:3
**listen** [3] - 443:6, 471:18, 568:21
**listening** [2] - 445:14, 445:17
**listing** [1] - 228:23
**lists** [1] - 231:20
**literally** [4] - 83:7, 142:13, 168:20, 390:17
**Lithium** [6] - 378:16, 378:21, 382:7, 382:14, 382:18, 407:4
**live** [23] - 10:9, 39:10, 121:21, 186:18, 186:21, 261:8, 261:20, 264:25, 265:5, 318:24, 373:18, 374:11, 383:11, 385:3, 385:12, 385:15, 385:17, 395:21, 445:20, 447:23, 475:12, 475:18, 537:7
**lived** [12] - 265:3, 373:8, 373:21, 373:24, 373:25, 374:11, 385:11, 404:18, 441:7, 475:18, 475:22, 537:18
**lives** [3] - 352:17, 395:25, 447:13
**living** [25] - 10:2, 10:4, 39:3, 39:6, 263:2, 263:21, 264:23, 372:5, 372:10, 372:17, 372:19, 380:10, 384:25, 385:20, 386:24, 387:4, 392:9, 393:21, 394:2, 394:14, 440:23, 475:19, 475:21, 536:25, 585:4
**lobby** [1] - 583:3
**locate** [1] - 135:13
**located** [3] - 11:9, 22:14, 509:7
**location** [12] - 67:2, 119:17, 223:21, 295:21, 295:22, 298:6, 419:23, 464:15, 498:19, 567:8, 567:9, 567:17
**locations** [1] - 498:6
**locked** [1] - 408:25
**Lockwood** [1] - 59:15
**log** [5] - 227:14, 408:15, 432:2, 432:3, 600:17
**look** [42] - 31:11, 31:16, 32:11, 32:19, 32:25, 34:2, 69:17, 87:7, 108:2, 119:7, 177:14, 177:24, 178:24, 179:11, 184:22, 214:4, 218:25, 228:2, 228:21, 240:20, 254:16, 274:23, 275:13, 275:16, 276:17, 276:22, 313:21, 327:7, 328:6, 328:14, 331:7, 360:15, 396:18, 434:4, 434:8, 435:20, 435:25, 436:3, 447:19, 468:11, 486:14
**looked** [20] - 20:13, 24:23, 25:10, 98:7, 101:15, 101:16, 102:3, 113:5, 125:14, 127:20, 130:16, 134:14, 137:10, 155:15, 167:12, 167:22, 241:16, 255:21, 276:18, 287:18
**looking** [19] - 33:4, 84:16, 87:5, 118:8, 118:10, 196:5, 255:13, 268:22, 269:4, 285:3, 287:24, 287:25, 330:25, 331:2, 331:15, 337:16, 418:10, 565:23, 566:5
**looks** [7] - 119:12, 131:11, 186:13, 190:20, 276:19, 277:20, 278:19
**lose** [5] - 534:14, 534:24, 541:20, 546:3, 546:22
**lost** [4] - 58:3, 58:13, 534:20, 593:25
**loud** [3] - 81:22, 142:14, 583:2
**louder** [1] - 82:14
**loudly** [1] - 203:12
**Louis** [1] - 143:9
**lousy** [1] - 455:5
**low** [2] - 17:3, 17:5
**lower** [1] - 376:9
**lows** [1] - 391:14
**lucky** [1] - 83:8
**lumberyard** [1] - 52:10
**lunch** [4] - 296:15, 478:5, 478:12, 478:14
**Luncheon** [1] - 249:21
**lungs** [1] - 203:19

**M**

**M-O-N-D-O** [1] - 38:12
**machine** [2] - 429:11, 592:21
**mad** [3] - 192:5, 347:5, 456:5
**Madison** [6] - 261:14, 264:22, 265:14, 265:15, 265:18, 265:23
**mail** [1] - 413:15
**mails** [1] - 263:8
**main** [2] - 114:25, 540:13
**Main** [4] - 435:16, 472:19, 509:8, 511:10
**maintain** [4] - 386:9, 529:12, 531:18, 570:22
**majority** [2] - 323:3, 555:8
**male** [6] - 102:4, 108:7, 130:17, 161:4, 589:24, 590:2
**mall** [1] - 554:5
**Mall** [1] - 464:19
**man** [8] - 23:10, 23:11, 127:24, 161:2, 325:4, 508:17, 508:19, 523:6
**manage** [1] - 103:22
**managed** [3] - 103:23, 122:22, 154:14
**Manatee** [1] - 262:22
**maneuver** [2] - 83:11, 107:7
**manifest** [4] - 387:23, 389:6, 588:8, 588:22
**manifestation** [1] - 402:2
**manifested** [2] - 390:10, 579:7
**manipulating** [1] - 524:15
**manner** [3] - 57:22, 460:15, 467:18
**March** [14] - 417:10, 417:15, 417:19, 419:8, 419:17, 505:4, 505:5, 506:11, 506:13, 517:4, 517:23, 525:19, 526:9
**Marie** [12] - 139:8, 139:9, 139:16, 139:20, 139:22, 140:5, 140:23, 141:8, 141:19, 476:6, 476:11, 476:18
**MARINACI** [1] - 1:12
**mark** [3] - 35:2, 119:3, 528:14
**marked** [39] - 31:11, 31:13, 31:21, 32:5, 32:20, 35:23, 176:23, 177:11, 177:15, 178:25, 179:11, 224:4, 224:7, 224:10, 226:12, 227:14, 227:19, 228:3, 231:20, 233:9, 241:5, 252:16, 252:17, 252:21, 273:17, 273:20, 273:23, 274:2, 274:5, 274:8, 274:11, 274:24, 290:16, 313:17, 313:22, 334:13, 528:18, 528:23, 549:13
**marriage** [1] - 601:17
**married** [1] - 260:23
**martin** [4] - 129:10, 129:21, 130:9, 222:7
**Martin** [12] - 129:13, 130:6, 130:8, 130:16, 130:18, 131:14, 502:21, 504:6, 507:8, 517:4, 517:22, 525:12
**Martin's** [4] - 222:13, 255:19, 504:15, 525:20
**Mary's** [16] - 372:8, 372:12, 375:5, 378:8, 378:19, 380:23, 381:4, 381:6, 392:10, 393:20, 398:17, 405:8, 584:7, 584:10, 585:16, 598:23
**matter** [11] - 44:4, 211:3, 211:4, 267:2, 268:5, 268:14, 281:13, 301:22, 318:18, 325:19, 601:19
**McMinn** [2] - 300:22
**MD** [1] - 403:20
**me/us** [1] - 184:3
**meal** [3] - 478:2, 478:13, 478:22
**mean** [69] - 19:24, 19:25, 20:10, 34:3, 35:8, 50:22, 66:10, 69:25, 72:10, 75:16, 81:21, 85:24, 98:11, 109:14, 111:25, 112:3, 125:4, 132:7, 156:6, 169:16, 218:20, 229:20, 233:13, 238:23, 239:15, 269:9, 281:2, 282:25, 283:11, 284:2, 295:13, 305:18, 308:12, 309:9, 312:10, 312:13, 317:19, 319:16, 359:6, 359:7, 401:20, 408:15, 435:5, 455:3, 457:20, 465:5, 494:5, 526:2, 537:12, 539:22, 541:22, 542:8, 542:13, 542:22, 543:3, 543:4, 544:5, 544:16, 546:18, 549:21, 558:4, 560:3, 560:6, 563:3, 585:3, 587:7, 588:24, 595:10
**MEANEY** [1] - 1:10
**Meaney** [44] - 116:15, 116:19, 116:22, 116:25, 121:6, 122:25, 123:7, 123:19, 123:23, 131:21, 131:24, 132:16, 133:9, 134:5, 134:10, 134:15, 134:21,

134:22, 134:23, 135:4, 135:18, 135:25, 139:25, 140:2, 142:24, 143:10, 143:13, 143:22, 144:3, 144:7, 144:14, 145:13, 145:22, 147:25, 158:19, 159:21, 162:10, 162:16, 162:18, 163:14, 163:17, 279:10, 279:16, 563:9

**meaning** [11] - 9:17, 68:20, 84:6, 95:8, 171:17, 188:20, 196:14, 196:24, 196:25, 234:5, 384:5

**means** [5] - 25:5, 421:20, 486:6, 554:2, 579:22

**meant** [11] - 12:7, 75:6, 75:12, 212:17, 213:2, 223:10, 254:19, 363:13, 365:19, 384:12, 591:18

**mechanic** [2] - 15:17, 16:13

**mechanics** [1] - 16:2

**mechanism** [3] - 429:5, 432:13, 443:10

**Medicaid** [12] - 513:18, 513:22, 513:25, 514:14, 515:5, 515:8, 515:21, 516:2, 516:11, 577:4, 599:22, 599:25

**medical** [53] - 19:21, 19:22, 19:24, 20:5, 20:6, 21:10, 21:12, 128:8, 128:13, 128:17, 128:21, 128:24, 129:8, 131:17, 149:3, 149:11, 149:12, 150:5, 151:15, 151:21, 152:14, 158:2, 158:4, 158:12, 160:3, 166:11, 220:15, 220:19, 221:24, 233:14, 233:23, 234:14, 234:16, 235:22, 398:11, 400:10, 400:16, 412:16, 412:18, 418:16, 418:17, 418:23, 419:8, 468:9, 468:12, 503:19, 503:20, 513:19, 515:19, 516:15, 518:17, 520:4, 525:20

**Medical** [7] - 412:20, 415:7, 415:16, 415:22, 415:24, 416:2, 420:22

**Medicare/Medicaid** [1] - 513:17

**medicated** [1] - 336:9

**medication** [15] - 23:6, 23:13, 336:19, 337:2, 382:23, 387:10, 390:13, 390:16, 397:6, 397:20, 397:23, 398:5, 405:18, 406:24, 449:8

**medications** [20] - 370:20, 378:7, 378:11, 378:18, 379:13, 379:16, 379:20, 382:4, 386:23, 387:3, 391:16, 391:19, 392:6, 392:8, 404:18, 407:5, 467:22, 469:14, 501:24, 505:24

**Medicenter** [4] - 412:21, 415:8, 531:25, 599:11

**medicine** [8] - 149:15, 152:4, 166:11, 222:5, 336:17, 397:15, 467:7, 467:8

**meds** [2] - 158:10, 166:7

**meet** [5] - 265:9, 277:15, 536:9, 536:21, 538:4

**meeting** [2] - 278:22, 537:19

**meetings** [1] - 556:2

**Mellaril** [4] - 390:16, 391:18, 392:7, 392:15

**Melville** [2] - 510:4, 511:15

**member** [1] - 495:9

**members** [7] - 6:23, 6:24, 237:24, 239:13, 489:2, 489:6, 512:19

**Memorial** [1] - 3:13

**memory** [9] - 232:6, 232:12, 237:7, 237:13, 259:10, 260:10, 287:20, 455:5, 496:2

**men** [6] - 88:7, 129:5, 137:24, 167:8, 167:10, 373:24

**mental** [19] - 19:25, 21:20, 22:2, 26:11, 71:24, 377:23, 380:14, 380:20, 380:23, 381:23, 386:20, 396:17, 399:25, 403:6, 448:21, 448:25, 449:2, 449:10, 522:10

**mention** [7] - 12:8, 53:17, 53:20, 224:18, 225:24, 249:16, 391:20

**mentioned** [56] - 2:3, 14:13, 18:25, 21:3, 28:21, 36:11, 52:7, 52:16, 54:16, 58:7, 65:25, 67:14, 78:23, 90:5, 93:13, 93:22, 107:13, 112:25, 118:20, 121:3, 134:4, 135:7, 141:8, 145:11, 147:9, 148:15, 150:5, 156:20, 157:24, 158:13, 159:3, 159:21, 163:22, 166:18, 178:3, 225:3, 249:13, 250:10, 267:21, 270:24, 271:2, 280:6, 282:23, 299:5, 391:17, 392:6, 392:18, 394:19, 396:4, 563:22, 575:15, 577:3, 577:6, 579:5, 583:22, 585:24

**mentioning** [2] - 78:15, 117:5

**MERIL** [1] - 3:9

**met** [15] - 7:6, 7:8, 26:9, 251:23, 252:2, 269:15, 271:6, 273:8, 316:17, 368:8, 395:7, 395:17, 395:19, 538:10, 544:24

**metadata** [2] - 259:5, 259:12

**meted** [1] - 379:16

**meter** [1] - 296:23

**michael** [1] - 180:12

**Michael** [1] - 247:17

**mid** [5] - 102:4, 202:6, 202:8, 351:3, 351:8

**middle** [11] - 110:7, 180:8, 180:11, 285:8, 285:12, 311:4, 314:14, 360:16, 589:3, 590:6, 590:8

**midnight** [9] - 18:6, 36:13, 370:12, 408:12, 408:15, 408:24, 494:5

**midway** [1] - 219:2

**might** [34] - 14:17, 21:3, 21:14, 62:16, 62:19, 70:14, 71:2, 71:9, 71:19, 72:10, 72:11, 134:16, 136:15, 160:21, 212:20, 263:23, 270:2, 270:5, 311:16, 389:19, 428:10, 435:8, 437:8, 511:12, 523:13, 526:20, 526:21, 527:19, 554:3, 554:4, 554:5, 554:6, 568:23, 578:16

**migraine** [1] - 543:3

**mile** [2] - 52:14, 539:5

**mile-and-a-half** [1] - 539:5

**mileage** [3] - 309:19, 311:8, 313:12

**miles** [6] - 308:14, 309:14, 309:21, 311:2, 539:4, 539:9

**milligram** [1] - 371:13

**mind** [16] - 34:9, 75:9, 82:25, 119:6, 174:7, 175:18, 175:21, 184:2, 236:7, 236:12, 253:24, 419:9, 460:12, 463:21, 533:9, 551:16

**minds** [1] - 235:17

**mine** [1] - 536:19

**Mineola** [2] - 2:24, 3:7

**minimal** [2] - 499:9, 499:10

**minimum** [1] - 88:23

**minute** [2] - 400:25, 418:4

**minutes** [30] - 123:9, 123:13, 123:15, 123:16, 123:20, 140:8, 156:2, 165:18, 331:13, 391:21, 401:11, 416:9, 416:15, 479:7, 479:9, 484:3, 484:4, 484:6, 499:15, 500:6, 501:19, 532:6, 533:8, 533:9, 580:25, 585:8, 585:10

**Miranda** [2] - 335:5, 335:7

**mirror** [4] - 287:18, 287:24, 326:25, 461:2

**misbehaving** [1] - 391:13

**misread** [1] - 204:25

**Miss** [1] - 265:6

**missed** [4] - 296:5, 391:5, 391:6

**missing** [1] - 400:6

**misstatement** [2] - 43:2, 493:13

**mistake** [1] - 43:3

**mistakes** [2] - 195:18, 216:19

**mistook** [2] - 290:11, 290:13

**misunderstood** [1] - 216:21

**MITCHELL** [121] - 3:15, 6:8, 24:21, 25:4, 25:6, 25:13, 26:20, 27:4, 28:16, 30:10, 30:17, 30:20, 30:25, 32:2, 32:10, 33:16, 33:22, 34:6, 34:21, 35:5, 35:13, 35:18, 36:2, 36:5, 38:18, 49:18, 65:15, 72:2, 73:2, 73:11, 75:10, 76:17, 77:22, 83:19, 89:13, 97:24, 110:9, 110:13, 113:23, 114:5, 114:12, 118:3, 118:19, 119:9, 119:22, 120:4, 122:6, 126:11, 127:2, 127:5, 145:5, 145:7, 146:21, 146:25, 147:6, 147:8, 148:6, 150:19, 150:23, 164:25, 170:6, 174:9, 174:13, 177:5, 177:13, 181:9, 185:5, 185:6,