three-page [3] - 213:20, 228:7, 489:21
three-year [1] - 519:2
throughout [14] - 13:17, 42:3, 107:19, 113:18, 128:25, 156:8, 156:15, 158:22, 162:12, 163:8, 163:15, 166:8, 170:13, 309:10
Thursday [3] - 409:17, 470:13, 470:17
Thursdays [1] - 409:18
ticket [12] - 435:9, 436:13, 436:14, 436:18, 436:23, 559:5, 559:7, 561:24, 563:7, 563:10, 563:15, 587:11
ticketed [1] - 558:17
tickets [2] - 434:9, 436:3
tie [1] - 118:13
time-wise [3] - 56:15, 66:10, 123:6
timeframe [4] - 323:20, 411:6, 411:8, 412:13
timeline [1] - 164:24
timelines [1] - 98:8
timing [1] - 331:22
TIMOTHY [1] - 1:11
tip [2] - 297:21, 434:21
Tippin [19] - 66:20, 66:23, 67:6, 67:9, 67:10, 67:11, 91:20, 91:24, 199:16, 201:9, 201:11, 201:13, 201:18, 350:7, 350:10, 350:13, 544:19, 573:22
tips [5] - 297:8, 297:10, 297:11, 432:17, 432:19
tired [7] - 131:7, 171:3, 369:13, 370:2, 542:15, 542:23, 542:25
tires [3] - 45:16, 105:15, 105:17
TMM [4] - 180:6, 182:19, 183:11, 186:11
TO [5] - 34:19, 448:4, 503:11, 579:2, 600:4

to.. [2] - 37:8, 533:11
today [49] - 6:20, 7:22, 7:25, 9:23, 10:6, 10:9, 19:9, 22:23, 23:20, 23:25, 27:9, 27:18, 32:5, 33:4, 34:12, 45:21, 68:8, 98:3, 120:9, 128:17, 157:9, 209:18, 227:19, 232:3, 232:16, 237:14, 252:16, 253:22, 254:17, 268:18, 271:6, 335:13, 335:17, 370:21, 394:25, 398:14, 399:16, 407:21, 416:17, 421:7, 438:8, 441:11, 499:9, 501:23, 502:10, 502:15, 514:3, 514:21, 532:8
today's [4] - 177:3, 177:6, 416:9, 468:15
together [9] - 97:22, 263:20, 265:5, 318:24, 331:24, 464:8, 475:12, 475:19, 480:5
tom [1] - 492:11
tomorrow [4] - 369:18, 369:21, 499:17, 499:21
tonight [2] - 389:18, 409:8
Tony [13] - 33:17, 34:7, 118:16, 119:18, 245:10, 245:13, 245:15, 245:18, 259:2, 269:6, 269:15, 269:16, 303:9
took [25] - 25:17, 117:5, 133:21, 135:8, 146:22, 169:6, 174:14, 253:8, 255:17, 255:18, 255:20, 256:25, 258:6, 260:12, 371:4, 382:14, 393:4, 421:22, 453:15, 497:9, 503:16, 507:5, 507:7, 523:15, 532:6
top [9] - 177:24, 179:2, 179:13, 203:19, 214:10, 286:17, 297:7, 327:24, 430:10

total [3] - 14:10, 295:22, 434:18
totally [1] - 369:8
touch [3] - 313:9, 526:11, 526:14
touched [4] - 173:8, 355:7, 450:11, 452:17
touching [1] - 526:6
tough [1] - 370:11
tour [2] - 37:5, 37:6
tow [29] - 11:12, 13:6, 13:18, 13:22, 13:25, 14:3, 14:10, 14:15, 15:5, 421:9, 421:15, 421:23, 422:14, 423:4, 423:13, 423:17, 425:3, 425:16, 425:18, 426:2, 426:4, 426:20, 428:19, 429:17, 429:23, 429:24, 430:2, 430:14, 431:7
toward [4] - 357:4, 357:9, 357:13, 358:2
towards [22] - 62:11, 87:15, 98:25, 99:17, 107:23, 114:24, 119:16, 119:25, 125:10, 127:14, 127:16, 127:18, 160:14, 205:20, 205:25, 206:9, 286:12, 366:8, 366:15, 571:9, 571:16, 571:25
towed [1] - 426:6
towing [2] - 421:16, 421:19
town [7] - 263:22, 312:23, 313:9, 393:24, 422:10, 446:12, 479:12
Town [23] - 17:22, 37:12, 409:23, 410:17, 410:24, 412:2, 413:12, 413:16, 413:17, 414:13, 414:16, 421:25, 422:13, 422:23, 423:4, 423:18, 520:12, 529:10, 529:12, 529:16, 530:6, 531:4, 599:7
Toyota [17] - 18:21, 37:4, 296:4, 304:25, 305:4, 305:15, 305:20, 306:14, 306:25, 307:11, 310:18, 312:6, 312:17, 315:3, 328:3, 356:14, 356:19
track [3] - 200:4, 295:15, 466:18
traditional [1] - 430:20
traffic [15] - 41:2, 41:5, 59:14, 60:5, 60:18, 60:20, 60:24, 64:7, 64:8, 116:20, 190:13, 343:7, 343:14, 457:7, 457:9
train [17] - 298:11, 298:12, 407:25, 427:9, 439:25, 440:6, 440:11, 440:13, 440:14, 440:16, 462:21, 463:11, 471:16, 536:22, 537:2, 539:22
trained [2] - 429:13, 430:17
transcript [14] - 31:14, 34:11, 34:15, 98:11, 98:14, 98:16, 319:5, 386:7, 424:22, 448:2, 503:7, 503:8, 597:9, 597:11
transcripts [1] - 352:10
transmission [1] - 95:10
trauma [17] - 123:25, 131:17, 132:7, 133:7, 134:8, 139:10, 141:19, 158:16, 158:24, 160:11, 163:23, 565:8, 565:13, 565:24, 566:20, 567:10, 568:4
Trauma [18] - 123:25, 124:3, 124:5, 124:9, 128:7, 128:12, 139:2, 141:9, 159:9, 159:12, 159:18, 159:25, 160:4, 162:4, 162:7, 164:6, 164:9, 568:2
travel [4] - 456:22, 569:22, 570:13, 570:23
traveled [1] - 51:25
traveling [2] - 51:19, 196:15
travelling [10] - 46:17, 50:9, 50:17, 58:9,

61:5, 61:10, 61:12, 61:15, 193:18, 197:2
TRAVIS [1] - 4:4
treat [9] - 129:21, 378:9, 380:7, 382:5, 420:12, 487:16, 508:12, 509:15, 512:23
treated [10] - 129:14, 150:6, 150:25, 151:10, 517:7, 517:21, 517:25, 518:6, 526:16, 575:9
treating [8] - 126:6, 396:16, 396:17, 404:12, 497:2, 508:7, 509:12, 525:11
treatment [43] - 19:20, 20:5, 20:6, 21:11, 21:20, 21:25, 26:15, 26:18, 26:24, 27:6, 115:16, 115:22, 117:5, 117:8, 121:5, 129:9, 151:23, 158:2, 158:4, 166:11, 398:9, 405:10, 405:15, 419:21, 502:11, 506:9, 506:17, 506:22, 507:18, 513:7, 513:19, 519:3, 556:5, 556:9, 556:13, 556:15, 556:20, 556:23, 577:8, 583:11, 583:13, 600:12
treatment-wise [1] - 151:23
treats [1] - 380:5
tree [1] - 282:10
trial [3] - 5:15, 369:9, 369:25
TRIAL [1] - 1:24
tried [11] - 104:17, 246:18, 247:4, 307:19, 307:21, 337:19, 370:2, 392:20, 479:6, 534:14, 579:24
trip [19] - 295:18, 295:20, 296:25, 298:16, 298:24, 432:2, 432:4, 432:11, 433:11, 433:13, 433:24, 434:5, 434:12, 436:20, 437:3, 437:16, 437:19, 466:11, 466:16

643

**trips** [1] - 436:6
**trouble** [10] - 21:7, 21:8, 21:12, 92:12, 133:14, 213:2, 366:2, 366:4, 575:19, 575:21
**troubled** [1] - 400:19
**troubling** [1] - 400:9
**truck** [27] - 11:12, 13:7, 13:18, 13:22, 13:25, 14:3, 14:10, 14:15, 15:5, 421:9, 421:15, 421:23, 422:14, 423:4, 423:14, 423:17, 425:4, 425:16, 425:18, 426:2, 426:20, 428:19, 429:17, 429:23, 430:10, 430:14, 431:7
**trucks** [1] - 430:7
**true** [14] - 33:13, 190:6, 198:15, 198:23, 213:21, 339:8, 342:21, 515:16, 555:8, 555:11, 555:13, 597:12, 597:14, 601:13
**Trujillo** [1] - 248:4
**TRUJILLO** [1] - 248:4
**trust** [8] - 292:19, 557:7, 560:3, 560:10, 560:12, 560:14, 560:15, 561:10
**trusted** [2] - 337:21, 338:17
**try** [16] - 55:11, 135:13, 155:16, 331:21, 337:20, 352:18, 357:24, 417:20, 475:5, 475:7, 491:23, 501:17, 502:7, 552:13, 552:18, 587:21
**trying** [37] - 101:16, 102:23, 103:14, 103:22, 104:23, 105:15, 108:4, 117:12, 138:18, 146:5, 146:20, 169:10, 172:10, 208:22, 208:24, 230:17, 263:8, 283:18, 346:9, 346:12, 346:14, 352:19, 352:24,
437:6, 445:8, 446:17, 462:3, 479:22, 487:13, 503:3, 534:24, 551:25, 553:24, 556:14, 557:2, 557:4
**Tuesday** [2] - 470:19, 471:16
**turn** [35] - 44:13, 44:18, 46:13, 47:18, 47:23, 48:4, 48:5, 48:7, 48:10, 48:13, 49:20, 52:3, 56:8, 64:9, 64:15, 65:5, 65:9, 65:11, 65:20, 66:3, 66:6, 66:11, 66:12, 91:14, 93:14, 97:9, 99:12, 161:7, 254:14, 254:19, 367:17, 459:10, 463:14
**turned** [17] - 24:22, 48:19, 50:19, 61:11, 62:2, 62:5, 63:7, 63:13, 64:8, 64:21, 65:21, 65:24, 87:15, 91:13, 93:17, 99:16, 309:11
**turning** [1] - 246:15
**Turnpike** [3] - 11:10, 412:22, 413:7
**turns** [2] - 58:24, 60:19
**TV** [3] - 390:18, 471:18, 547:9
**twice** [7] - 23:18, 26:7, 117:18, 262:10, 370:25, 508:16, 511:19
**twilight** [1] - 510:20
**two** [92] - 14:19, 16:9, 25:18, 39:25, 40:15, 65:10, 66:6, 85:13, 88:7, 88:22, 88:23, 88:24, 91:9, 97:21, 99:18, 99:23, 100:2, 101:2, 101:3, 136:8, 136:18, 147:10, 151:3, 152:11, 153:15, 155:5, 160:12, 162:13, 164:21, 167:7, 168:11, 170:20, 174:8, 174:23, 185:2, 199:14, 201:4, 220:12, 226:21, 231:10, 245:13, 255:18, 259:24, 271:6, 286:11, 291:17,
296:2, 318:7, 318:24, 320:6, 320:7, 320:11, 320:22, 321:3, 321:23, 321:24, 322:9, 332:10, 332:16, 350:6, 350:9, 355:4, 383:22, 416:10, 427:20, 430:12, 435:25, 454:23, 456:22, 457:22, 458:20, 459:15, 460:9, 461:23, 465:3, 468:22, 497:17, 498:6, 509:20, 519:21, 520:21, 533:8, 539:9, 543:2, 575:5, 575:17, 580:25, 591:5, 593:4, 596:5
**two-and-a-half** [1] - 291:17
**two-on-one** [1] - 355:4
**two-thirds** [1] - 185:2
**type** [32] - 17:8, 17:19, 20:5, 21:20, 23:6, 26:10, 26:14, 26:17, 26:18, 37:20, 113:8, 135:8, 155:15, 156:23, 158:4, 222:3, 293:4, 299:20, 305:14, 318:8, 335:14, 401:20, 430:14, 436:24, 482:20, 482:24, 556:5, 571:5, 572:7, 572:13, 576:23, 584:2
**types** [1] - 430:7
**typically** [2] - 472:4, 520:7
**typo** [1] - 33:9

**U**

**U-turn** [7] - 91:14, 93:14, 97:9, 99:12, 459:10, 463:14
**ultimately** [3] - 116:14, 300:7, 367:13
**unable** [2] - 336:25, 337:14
**unanswered** [1] - 174:5
**unbuttoning** [1] - 119:6
**unconscious** [1] -
510:17
**under** [48] - 7:16, 12:24, 19:14, 19:17, 28:14, 185:3, 209:11, 209:14, 209:24, 226:2, 329:7, 329:10, 329:19, 330:4, 330:9, 332:20, 332:23, 333:2, 333:8, 334:5, 362:19, 369:4, 380:18, 386:16, 386:19, 406:20, 414:22, 415:13, 420:17, 448:20, 449:23, 452:23, 474:17, 488:24, 489:4, 490:7, 491:18, 491:25, 492:6, 492:18, 493:5, 493:19, 499:25, 514:20, 514:22, 515:3, 547:17, 597:10
**underneath** [2] - 99:4, 327:6
**understood** [10] - 9:8, 24:5, 161:23, 179:4, 222:10, 223:4, 223:10, 234:10, 419:6, 595:12
**uniform** [12] - 132:4, 132:10, 162:16, 162:22, 162:23, 163:2, 163:6, 226:23, 279:9, 452:12, 547:24, 548:4
**uniformed** [7] - 116:3, 116:5, 162:10, 163:10, 163:13, 540:3, 540:9
**uniforms** [1] - 162:17
**Uniondale** [2] - 1:19, 4:9
**unique** [2] - 409:10, 473:24
**uniquely** [1] - 469:13
**unit** [4] - 226:12, 226:14, 226:17, 226:20
**UNITED** [1] - 1:2
**universe** [1] - 504:9
**University** [1] - 386:4
**unknown** [1] - 447:7
**unless** [4] - 473:24, 515:20, 550:20, 561:2
**unpleasant** [1] - 496:2
**unrelated** [1] - 506:24
**unresponsive** [3] - 83:15, 297:16, 580:3
**unrestricted** [2] - 405:14, 414:25
**unsafe** [3] - 428:11, 431:9, 588:15
**unusual** [2] - 473:18, 473:25
**unwelcome** [1] - 495:15
**up** [175] - 7:25, 10:5, 14:3, 20:15, 22:22, 24:6, 26:21, 37:19, 38:24, 39:2, 39:12, 40:4, 40:13, 40:16, 40:18, 42:2, 42:3, 42:7, 42:24, 43:5, 45:14, 45:15, 45:17, 46:2, 46:19, 47:11, 50:20, 55:10, 59:14, 60:9, 60:25, 67:18, 72:15, 74:3, 74:5, 78:19, 79:9, 79:11, 81:20, 82:3, 85:19, 86:9, 86:10, 86:12, 88:24, 95:24, 101:15, 101:16, 103:4, 104:6, 105:21, 105:23, 105:24, 107:10, 108:10, 108:14, 114:21, 114:22, 119:19, 120:25, 122:20, 123:24, 146:15, 153:25, 154:12, 158:23, 158:24, 166:14, 179:3, 188:13, 191:24, 192:10, 192:15, 204:25, 205:5, 207:22, 207:25, 210:12, 211:8, 212:5, 222:6, 234:21, 253:25, 256:21, 258:3, 263:6, 263:21, 264:3, 268:24, 269:15, 286:17, 287:11, 298:5, 302:5, 303:4, 308:13, 311:2, 316:10, 321:8, 323:7, 327:5, 327:25, 328:5, 328:18, 328:23, 355:6, 356:2, 358:7, 359:19, 360:10, 360:17, 360:21, 365:6, 366:14,

369:20, 380:19, 381:3, 388:23, 393:18, 408:18, 409:4, 414:5, 415:2, 417:5, 424:18, 425:12, 428:9, 429:3, 430:8, 430:25, 432:16, 439:17, 439:25, 440:4, 440:17, 448:15, 449:8, 453:19, 455:3, 457:22, 457:25, 458:20, 458:21, 459:16, 461:22, 465:19, 472:5, 472:15, 474:2, 477:22, 478:19, 478:22, 478:25, 480:16, 489:23, 492:21, 495:25, 502:10, 512:22, 525:3, 527:21, 532:15, 532:24, 537:17, 537:24, 550:9, 554:4, 557:19, 569:18, 576:8, 592:18, 592:20, 595:22
**update** [1] - 411:9
**updated** [1] - 414:3
**ups** [1] - 391:14
**upset** [24] - 73:6, 79:7, 83:6, 83:24, 84:5, 191:12, 191:17, 191:23, 198:7, 198:9, 198:11, 198:12, 198:19, 198:22, 199:5, 263:7, 347:15, 348:19, 348:20, 348:21, 349:12, 582:19, 582:21, 585:7
**upstairs** [2] - 475:18, 475:21
**urine** [1] - 466:24
**USB** [1] - 259:10
**useless** [1] - 343:19
**utilized** [1] - 382:5

## V

**vague** [1] - 424:20
**vampires** [1] - 478:9
**van** [1] - 443:11
**varied** [1] - 464:21
**varies** [3] - 16:24, 16:25, 478:14
**variety** [1] - 401:20
**various** [3] - 392:10, 404:17, 464:16
**vascular** [14] - 130:12, 503:4, 503:6, 503:14, 504:7, 504:18, 507:5, 507:12, 509:5, 509:6, 509:13, 517:7, 518:10, 600:10
**vascular-something** [1] - 504:18
**vehicle** [39] - 17:15, 17:19, 43:14, 44:11, 55:4, 55:7, 55:8, 70:9, 70:10, 70:11, 70:22, 71:15, 73:20, 87:4, 92:16, 92:20, 92:25, 93:3, 154:7, 227:2, 305:10, 306:3, 429:3, 429:24, 429:25, 430:2, 430:5, 430:8, 445:10, 445:24, 446:3, 453:20, 453:22, 457:5, 457:8, 457:9, 458:10, 472:21
**vehicle's** [1] - 430:11
**vehicles** [15] - 44:7, 44:11, 61:4, 63:19, 66:18, 69:10, 69:12, 70:5, 295:24, 426:5, 431:10, 454:23, 456:16, 458:9, 461:23
**verb** [1] - 485:16
**verbal** [3] - 8:23, 523:6, 523:9
**verbally** [1] - 559:23
**Verizon** [1] - 443:13
**Veterans** [1] - 3:13
**Vets** [1] - 263:22
**vicinity** [1] - 497:16
**victim** [14] - 138:20, 148:23, 153:15, 169:11, 169:21, 172:4, 173:4, 175:3, 175:9, 175:23, 219:22, 232:25, 233:6, 337:23
**Victoria** [1] - 17:21
**videotape** [1] - 406:9
**view** [2] - 325:18, 390:9
**viewing** [1] - 255:9
**Village** [5] - 62:12, 414:10, 463:12, 463:13, 471:17
**violate** [1] - 263:19
**violated** [1] - 262:13
**violation** [2] - 116:21, 299:5
**virtue** [1] - 419:11
**visible** [1] - 126:4
**vision** [4] - 336:15, 336:16, 336:20, 469:17
**visit** [1] - 139:3
**visitors** [3] - 143:17, 143:19, 145:23
**visits** [1] - 509:18
**voice** [7] - 82:8, 142:17, 157:20, 263:8, 290:23, 325:11, 445:9
**voluntarily** [1] - 27:8
**vulgarity** [1] - 76:20

## W

**W-2** [2] - 295:3, 295:7
**W-2s** [1] - 424:10
**wage** [1] - 424:10
**wait** [2] - 446:7, 561:23
**waited** [1] - 64:7
**waiting** [8] - 61:13, 61:17, 62:8, 254:12, 425:8, 440:10, 471:10, 479:11
**waived** [2] - 5:10, 400:4
**waiver** [1] - 240:24
**Waiver** [2] - 182:22, 214:17
**waking** [3] - 478:22, 478:25, 557:19
**walk** [10] - 234:22, 255:2, 320:8, 320:10, 366:15, 435:19, 458:15, 565:10, 567:18, 571:9
**walked** [12] - 107:23, 151:6, 152:18, 488:18, 565:5, 565:18, 566:3, 566:14, 567:5, 582:25, 583:2
**walkie** [1] - 443:17
**walkie-talkie** [1] - 443:17
**walking** [17] - 98:24, 116:3, 205:20, 205:25, 320:22, 320:25, 357:4, 357:9, 357:13, 366:8, 458:16, 458:17, 492:23, 560:6, 564:21, 571:16, 571:25
**Wall** [1] - 3:20
**Walt** [1] - 464:19
**wants** [1] - 173:16
**ward** [1] - 373:18
**warning** [2] - 559:11, 561:22
**warnings** [2] - 335:5, 335:7
**warrant** [8] - 29:9, 301:2, 301:4, 301:8, 301:20, 302:5, 303:13, 303:23
**waste** [1] - 28:3
**wasted** [1] - 88:17
**watch** [1] - 471:18
**watched** [1] - 390:18
**watching** [5] - 375:9, 534:17, 534:19, 560:5, 560:8
**wave** [2] - 54:25, 462:5
**waving** [1] - 146:14
**ways** [2] - 430:9, 445:16
**wear** [1] - 335:14
**wearing** [4] - 101:22, 101:23, 118:11, 335:13
**wedding** [5] - 245:18, 245:23, 246:22, 248:10, 282:15
**Wednesday** [3] - 409:17, 470:16, 470:20
**Wednesdays** [1] - 409:18
**week** [31] - 13:11, 13:14, 16:19, 16:23, 25:25, 37:14, 92:24, 96:17, 189:9, 189:13, 189:17, 190:4, 190:7, 228:19, 266:9, 266:18, 331:16, 341:12, 371:20, 371:25, 408:5, 408:8, 408:9, 409:14, 416:10, 425:4, 434:10, 436:10, 469:25, 470:23
**weekly** [1] - 23:2
**weeks** [2] - 16:9, 468:25
**weeks'** [1] - 14:19
**weigh** [4] - 533:5, 533:16, 534:4, 534:8
**weight** [2] - 534:14, 534:25
**West** [67] - 6:13, 9:23, 39:8, 44:9, 44:15, 46:10, 46:12, 46:16, 48:6, 48:8, 48:14, 48:20, 49:20, 50:16, 51:17, 51:24, 52:9, 59:15, 60:9, 60:15, 60:16, 60:19, 60:21, 60:24, 61:2, 61:5, 61:15, 62:6, 62:22, 63:2, 63:4, 63:10, 63:14, 63:17, 63:23, 63:25, 64:17, 66:17, 66:22, 106:4, 186:18, 186:22, 193:11, 193:16, 194:9, 194:20, 195:6, 196:23, 197:2, 197:15, 199:8, 199:10, 217:4, 347:21, 349:22, 438:19, 438:20, 440:4, 440:18, 440:22, 466:4, 569:8, 569:9, 569:16, 570:13
**west** [15] - 44:15, 46:7, 46:8, 63:24, 118:10, 193:22, 193:25, 195:25, 196:8, 196:13, 199:7, 199:9, 216:15, 347:19, 349:22
**westbound** [7] - 193:8, 193:19, 196:15, 197:14, 216:7, 216:25, 347:21
**western** [1] - 51:20
**whatsoever** [2] - 316:13, 587:22
**wheel** [7] - 91:13, 93:18, 99:15, 281:9, 428:15, 430:24, 525:4
**wheelchair** [1] - 115:13
**wheels** [3] - 430:12, 430:13, 430:22
**whereas** [2] - 60:16, 446:18
**WHEREOF** [1] - 601:20
**White** [28] - 10:22, 11:2, 11:15, 11:18, 11:22, 12:5, 12:15, 12:24, 14:22, 14:25, 15:6, 15:8, 15:21,

16:6, 16:16, 16:19, 17:20, 407:22, 424:8, 424:12, 432:9, 435:6, 446:2, 446:3, 446:6, 446:18, 471:13, 599:16
**white** [126] - 50:20, 51:4, 51:5, 51:8, 51:23, 54:8, 55:6, 55:11, 55:19, 55:22, 57:14, 57:17, 57:18, 57:22, 58:3, 58:8, 58:16, 58:17, 58:20, 59:3, 59:6, 59:8, 59:21, 60:2, 60:7, 63:18, 64:13, 65:5, 66:2, 67:6, 67:18, 68:16, 69:15, 73:16, 74:4, 74:13, 78:2, 78:6, 78:24, 80:14, 80:18, 84:11, 84:21, 84:23, 85:3, 85:4, 85:5, 85:9, 85:14, 86:7, 86:13, 86:15, 86:16, 87:16, 87:25, 88:10, 89:20, 93:20, 97:12, 107:12, 107:25, 109:18, 110:17, 110:24, 111:10, 113:13, 113:19, 134:18, 134:20, 138:2, 138:4, 168:5, 187:4, 187:7, 191:23, 192:9, 192:14, 197:9, 197:19, 197:23, 198:9, 198:13, 198:22, 198:25, 201:5, 201:21, 202:6, 202:8, 203:2, 204:2, 204:3, 204:8, 204:12, 204:17, 204:20, 204:22, 205:8, 205:13, 205:14, 205:20, 205:24, 206:10, 339:25, 348:5, 348:9, 348:17, 350:18, 351:3, 351:9, 353:24, 354:7, 356:24, 357:3, 357:9, 357:12, 358:4, 453:21, 456:16, 457:9, 458:10, 570:6, 570:10, 570:11, 570:12, 570:16
**Whitman** [1] - 464:19

**whole** [5] - 170:14, 178:16, 320:12, 373:22, 374:2
**wide** [1] - 118:15
**wife** [1] - 322:2
**WILLIAM** [2] - 1:9, 1:10
**William** [5] - 244:8, 244:10, 244:16, 268:6, 268:8
**willing** [1] - 16:2
**willpower** [1] - 368:24
**wind** [1] - 60:25
**window** [65] - 67:19, 67:20, 68:13, 69:3, 69:6, 73:22, 74:9, 77:3, 77:9, 78:8, 78:9, 78:12, 78:13, 81:15, 82:5, 83:21, 83:22, 85:17, 85:18, 85:20, 85:21, 85:22, 86:2, 101:18, 101:19, 102:7, 102:10, 102:13, 109:4, 109:17, 110:18, 112:10, 112:21, 122:21, 125:4, 129:25, 154:13, 201:21, 202:3, 202:13, 207:22, 207:23, 208:2, 208:10, 210:6, 328:7, 350:18, 359:21, 360:11, 360:12, 360:17, 360:22, 360:23, 361:7, 454:7, 454:8, 454:15, 454:17, 454:18, 546:17, 546:18, 546:19
**windshield** [5] - 79:11, 84:17, 87:8, 154:12, 280:17
**wired** [1] - 444:13
**wise** [4] - 56:15, 66:10, 123:6, 151:23
**wish** [1] - 184:3
**WITH** [1] - 112:6
**withdraw** [5] - 31:4, 77:5, 235:25, 242:3, 389:4
**withdrawn** [4] - 191:16, 210:22, 527:13, 571:6
**withdrew** [1] - 527:10
**WITNESS** [28] - 38:17, 76:16, 148:5, 209:8, 221:5, 244:18, 256:4, 256:7,

256:16, 256:18, 256:22, 258:19, 259:21, 259:24, 260:14, 279:24, 388:11, 413:7, 445:5, 473:11, 504:13, 508:24, 560:23, 561:4, 585:14, 586:8, 598:3, 601:20
**Witness** [9] - 30:7, 32:8, 254:24, 284:23, 288:22, 301:10, 303:18, 304:2, 418:6
**witness** [20] - 6:3, 24:22, 97:21, 118:4, 146:22, 174:5, 285:12, 384:10, 388:13, 388:24, 420:2, 499:17, 501:8, 532:11, 540:21, 551:23, 553:2, 576:7, 601:11, 601:14
**witness'** [1] - 255:9
**witnessed** [1] - 573:21
**witnesses** [2] - 169:9, 338:25
**woke** [2] - 477:22, 478:19
**woman** [5] - 23:10, 127:25, 161:3, 508:18, 591:21
**women** [4] - 129:5, 162:22, 167:9, 282:2
**wondering** [1] - 418:18
**word** [33] - 12:22, 25:3, 37:6, 70:25, 76:13, 82:2, 151:13, 183:12, 184:7, 184:11, 192:25, 193:21, 193:22, 193:25, 194:8, 196:5, 200:11, 212:7, 214:11, 214:19, 243:21, 323:5, 327:23, 348:23, 349:2, 349:4, 414:5, 436:13, 507:25, 523:9, 523:10, 561:2
**worded** [1] - 31:4
**words** [55] - 14:18, 16:11, 55:5, 56:3, 66:10, 69:5, 70:12, 70:21, 76:19, 80:13, 80:15, 83:4, 83:22, 87:8, 87:25, 88:15,

88:18, 89:14, 91:24, 94:25, 95:24, 105:2, 108:11, 154:8, 156:20, 165:17, 166:22, 172:25, 175:2, 175:8, 179:5, 189:15, 202:15, 216:4, 216:25, 220:4, 233:24, 235:10, 240:2, 241:12, 244:10, 259:6, 288:6, 337:2, 337:15, 396:6, 396:11, 404:6, 423:13, 456:18, 458:15, 459:20, 510:8, 567:9, 596:14
**worker** [3] - 21:22, 393:9, 393:23
**Workers'** [1] - 592:2
**works** [2] - 439:8, 465:9
**worn** [1] - 369:14
**worried** [8] - 53:11, 54:13, 72:12, 83:6, 191:12, 191:17, 191:23, 560:7
**worry** [1] - 50:23
**worth** [1] - 14:5
**worthless** [4] - 299:13, 299:19, 304:8, 304:18
**wound** [18] - 158:7, 255:14, 260:12, 264:3, 285:5, 285:20, 286:4, 286:12, 286:20, 288:16, 289:9, 289:11, 327:5, 365:6, 427:25, 494:8, 497:6, 506:21
**Wounds** [1] - 495:7
**wounds** [16] - 130:11, 130:19, 153:15, 253:5, 253:7, 494:21, 495:14, 496:5, 496:11, 496:21, 496:25, 497:13, 497:17, 506:21, 543:2, 575:17
**wrist** [3] - 119:21, 119:23, 119:25
**write** [15] - 179:8, 180:4, 182:17, 183:10, 183:12, 184:10, 184:20, 194:16, 194:18, 195:10, 298:15, 433:10, 436:20,

545:6
**writing** [16] - 150:3, 155:3, 176:9, 176:16, 176:20, 178:4, 182:19, 200:20, 214:24, 230:10, 304:7, 304:17, 314:15, 314:18, 334:16
**written** [16] - 116:20, 176:14, 176:21, 177:21, 195:17, 213:21, 220:9, 252:16, 271:4, 300:2, 331:9, 334:13, 338:21, 421:22, 489:23, 549:13
**wrote** [22] - 184:13, 195:2, 214:11, 214:19, 227:8, 230:14, 230:25, 231:11, 232:7, 244:23, 299:10, 299:20, 299:22, 304:15, 304:16, 437:23, 459:19, 507:3, 507:4, 563:9, 563:16

### X

**X-ray** [6] - 159:22, 160:13, 160:17, 161:12, 161:20, 164:21
**X-rayed** [3] - 160:19, 160:20, 160:21
**X-rays** [13] - 158:6, 158:14, 158:17, 158:20, 159:16, 159:22, 160:5, 160:9, 160:25, 162:3, 163:24, 164:10, 256:25
**xerox** [1] - 177:20

### Y

**yard** [1] - 97:3
**year** [25] - 15:3, 15:16, 15:19, 92:10, 120:19, 264:7, 281:24, 300:19, 383:3, 392:17, 411:3, 411:7, 411:10, 412:7, 412:12, 412:14, 412:15, 412:23, 423:24, 424:3, 448:23, 519:2,

584:22, 585:4, **years** [20] - 70:2, 264:17, 267:7, 282:12, 291:11, 291:17, 373:3, 374:10, 374:12, 380:3, 390:5, 391:4, 392:24, 448:18, 482:8, 487:3, 584:12, 584:13, 585:17, 594:13
**yell** [5] - 157:20, 202:13, 328:18, 351:17, 454:12
**yelled** [20] - 74:14, 80:19, 81:7, 104:11, 109:7, 109:18, 202:5, 202:7, 202:24, 203:11, 203:12, 203:14, 203:16, 205:8, 205:13, 205:19, 351:2, 351:8, 353:18, 356:24
**yelling** [13] - 104:8, 115:13, 157:19, 203:22, 205:7, 205:12, 325:12, 325:16, 356:23, 454:14, 454:19, 455:13, 570:25
**yesterday** [18] - 519:25, 523:14, 527:25, 528:13, 531:25, 532:8, 549:14, 563:22, 568:7, 579:5, 579:13, 582:20, 592:5, 593:7, 595:22, 595:25, 596:4, 596:12
**yield** [5] - 558:20, 559:3, 561:7, 561:23, 587:12
**YORK** [3] - 1:2, 597:4, 601:3
**York** [37] - 1:19, 2:5, 2:24, 3:7, 3:14, 3:21, 4:9, 6:14, 11:10, 39:9, 44:8, 44:14, 45:6, 46:9, 47:12, 48:2, 48:13, 48:20, 184:25, 192:20, 193:4, 193:10, 194:8, 194:20, 195:5, 196:22, 217:4, 262:16, 262:20, 263:21, 265:6, 374:17, 386:5, 569:7,

597:23, 601:8
**young** [3] - 373:24, 387:20, 391:8
**younger** [1] - 375:24
**yourself** [13] - 87:21, 124:19, 226:17, 238:18, 260:12, 270:16, 313:22, 413:20, 432:23, 451:15, 523:16, 555:9, 556:18
**youth** [1] - 380:9
**youths** [1] - 373:16

## Z

**Zoloft** [17] - 23:14, 23:18, 23:21, 370:22, 370:25, 371:13, 371:22, 371:24, 372:6, 376:4, 376:22, 378:4, 378:9, 379:3, 382:6, 397:12, 397:19
**zombie** [1] - 390:17
**zone** [1] - 373:21