UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS M. MOROUGHAN,

                       Plaintiff,

    -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, SUFFOLK DETECTIVES RONALD TAVARES, CHARLES LESER, EUGENE GEISSINGER, NICHOLAS FAVATTA and ALFRED CICCOTTO, DETECTIVE/SGT. WILLIAM J. LAMB, SGT. JACK SMITHERS, SUFFOLK POLICE OFFICERS WILLIAM MEANEY, and JESUS FAYA and SUFFOLK JOHN DOES 1-10, THE COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, SGT. TIMOTHY MARINACI, DEPUTY CHIEF OF PATROL JOHN HUNTER, INSPECTOR EDMUND HORACE, COMMANDING OFFICER DANIEL FLANAGAN, DETECTIVE/SGT. JOHN DEMARTINIS, NASSAU POLICE OFFICERS ANTHONY D. DILEONARDO, EDWARD BIENZ and JOHN DOES 11-20,

                       Defendants.

CV 12-512 (JFB)(AKT)

# EXHIBIT E

## SUBMITTED IN HARD COPY ONLY

**CD marked "CC #11-095045" containing a true and complete copy of the recordings of the 2nd Precinct 911 calls made on February 27, 2011, at approximately 1:15A.M., including the 911 call made by Co-Defendant Anthony DiLeonardo (Track 3).**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS M. MOROUGHAN,<br><br>                     Plaintiff,<br><br>-against-<br><br>THE COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, SUFFOLK DETECTIVES RONALD TAVARES, CHARLES LESER, EUGENE GEISSINGER, NICHOLAS FAVATTA and ALFRED CICCOTTO, DETECTIVE/SGT. WILLIAM J. LAMB, SGT. JACK SMITHERS, SUFFOLK POLICE OFFICERS WILLIAM MEANEY, and JESUS FAYA and SUFFOLK JOHN DOES 1-10, THE COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, SGT. TIMOTHY MARINACI, DEPUTY CHIEF OF PATROL JOHN HUNTER, INSPECTOR EDMUND HORACE, COMMANDING OFFICER DANIEL FLANAGAN, DETECTIVE/SGT. JOHN DEMARTINIS, NASSAU POLICE OFFICERS ANTHONY D. DILEONARDO, EDWARD BIENZ and JOHN DOES 11-20,<br><br>                     Defendants. | CV 12-512 (JFB)(AKT) |

<u>ATTORNEY'S CERTIFICATION OF SERVICE BY MAIL</u>

      Joanne Filiberti, being an attorney duly admitted to practice law in the Courts of the State of New York and in the United States District Court, Eastern District of New York, certifies as follows:

      1.     The undersigned is over twenty-one years of age, is not a party to the proceedings herein, and is a member of the law firm of Leahey & Johnson, P.C.

      2.     That on July 27, 2018, the undersigned served the within 911 Call CD – Exhibit E upon:

      Anthony Grandinette, Esq.
      The Law Offices of Anthony Grandinette, Esq.
      114 Old Country Road, Suite 420
      Mineola, New York 11501

      Brian Mitchell, Esq.
      Suffolk County Department of Law
      100 Veterans Memorial Highway

      Hauppauge, New York 11788

      Francis X. Schroeder, Esq.
      Congdon Flaherty O'Callaghan Reid Donlon Travis & Fishlinger
      333 Earl Ovington Boulevard, Suite 502
      Uniondale, New York 11553

      Amy Marion, Esq.
      Barket Marion Epstein & Kearon
      666 Old Country Road, Suite 700
      Garden City, New York 11530

via first class mail by depositing true copies of the same securely enclosed in post-paid wrappers at the Post Office regularly maintained by the United States Government at 1 Hanover Street, New York, New York, directed to the above at the addresses designated by them for the purpose upon the preceding papers.

                                                *Joanne Filiberti*
                                        Joanne Filiberti
                                        LEAHEY & JOHNSON, P.C.
                                        *Attorneys for Defendants*
                                        COUNTY OF NASSAU, NASSAU
                                        COUNTY POLICE DEPARTMENT,
                                        NASSAU COUNTY ATTORNEY
                                        CARNELL FOSKEY, NASSAU COUNTY
                                        DETECTIVE JOHN O'CONNOR, DENISE
                                        VEDDER, and BETH McKENZIE
                                        120 Wall Street, Suite 2200
                                        New York, New York 10005
                                        Phone: (212) 269-7308
                                        Fax: (212) 422-4751
                                        Email: jfiliberti@leaheyandjohnson.com