1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
THOMAS M. MOROUGHAN,

                              Plaintiff,

          -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, SUFFOLK DETECTIVES
RONALD TAVARES, CHARLES LESER, EUGENE
GEISSINGER, NICHOLAS FAVATTA, and ALFRED
CICCOTTO, DETECTIVE/SGT. WILLIAM J. LAMB,
SGT. JACK SMITHERS, SUFFOLK POLICE
OFFICERS WILLIAM MEANEY, ENID NIEVES,
CHANNON ROCCHIO and JESUS FAYA and SUFFOLK
JOHN DOES 1-10, THE COUNTY OF NASSAU, NASSAU
COUNTY POLICE DEPARTMENT, SGT. TIMOTHY
MARINACI, DEPUTY CHIEF OF PATROL JOHN HUNTER,
INSPECTOR EDMUND HORACE, COMMANDING OFFICER
DANIEL FLANAGAN, DETECTIVE/SGT. JOHN
DEMARTINIS, NASSAU POLICE OFFICERS ANTHONY
DILEONARDO, EDWARD BIENZ and JOHN DOES 11-20,

                              Defendants.

----------------------------------------x

                    100 Veterans Memorial Highway
                    Hauppauge, New York

                    June 27, 2014
                    12:45 p.m.


          Examination Before Trial of

Defendant, SERGEANT JACK SMITHERS,

before Maria Lazazzaro, a Notary Public of

the State of New York.

2

1

2

3

4     A P P E A R A N C E S:

5     LAW OFFICE OF ANTHONY GRANDINETTE
      Attorney for Plaintiff
6            114 Old Country Road
             Mineola, New York 11501
7     BY:   ANTHONY GRANDINETTE, ESQ.

8

9     SUFFOLK COUNTY DEPARTMENT OF LAW
      Attorneys for Defendants
             100 Veterans Memorial Highway
10           Hauppauge, New York 11788
      BY:   BRIAN MITCHELL, ESQ.
11

12    NASSAU COUNTY OFFICE OF THE COUNTY ATTORNEY
      Attorneys for Defendants
             One West Street
13           Mineola, New York 11501
      BY:   PABLO A. FERNANDEZ, ESQ.
14

15    CONGDON, FLAHERTY, O'CALLAGNAN, REID,
      DONLON, TRAVIS & FISCHLINGER
      Attorneys for Defendant
16    DEPUTY CHIEF OF PATROL JOHN HUNTER
             The Omni
17           333 Earle Ovington Boulevard
             Uniondale, New York 11553
18    BY:   PAULA PAVLIDES, ESQ.

19

20

21    ALSO PRESENT:

22        MIREL FISCH, ESQ.

23        AMANDA LEVINE

24

25

3

1

2          F E D E R A L     S T I P U L A T I O N S

3

4

5          IT IS HEREBY STIPULATED AND AGREED

6     by and between the counsel for the respective

7     parties hereto, that the filing, sealing, and

8     certification of the within deposition shall

9     be and the same are hereby waived;

10

11          IT IS FURTHER STIPULATED AND AGREED

12     that all objections, except as to the form

13     of the question, shall be reserved to the

14     times of the trial.

15

16          IT IS FURTHER STIPULATED AND AGREED

17     that the within deposition may be signed

18     before any Notary Public with the same force

19     and effect as if signed and sworn to before

20     this court.

21

22

23               *        *        *        *

24

25

4

Jack Smithers

1

2          J A C K   S M I T H E R S, called

3     as a witness, having been duly sworn by

4     a Notary Public, was examined and

5     testified as follows:

6              *              *              *

7     EXAMINATION BY

8     MR. GRANDINETTE:

9          Q     Please state your full name for

10    the record.

11         A     Sergeant Jack Smithers, 2nd

12    Precinct.

13         Q     Good afternoon, Sergeant.  Will

14    you be kind enough to start out with your

15    educational background for us commencing with

16    high school?

17         A     High school diploma out of

18    Massapequa High School.

19         Q     What year?

20         A     1981.

21         Q     Any subsequent education?

22         A     I went to the United States Naval

23    Academy in Annapolis, Maryland.  I was in my

24    second year when I left there.

25         Q     Anything after that?

5

Jack Smithers

2   A   No.

3   Q   Was there any particular reason

4   you left the academy?

5   A   Yes, I had a very serious

6   relationship and she was in a car accident,

7   was in a coma.

8   Q   Sorry to hear that.

9   A   I left to be with her.

10   Q   What year was that?

11   A   1982.

12   Q   I hope everything worked out.

13   After 1982, did you begin employment?

14   A   Yes.

15   Q   Can you briefly discuss with us

16   your employment background starting with 1982

17   for me?

18   A   1982, at that time I believe I

19   became a security supervisor for Pinkerton

20   Security out of Mineola.

21   Q   How long did you do that?

22   A   I would guess approximately maybe

23   a year or so.

24   Q   What was next?

25   A   Next my family started a video

6

Jack Smithers

1

2    store, opened up a video store and I managed

3    it.

4         Q      How long did you do that?

5         A      Did it for a year or two.  Then I

6    was supposed to get hired by the Nassau Police

7    Department so we sold the video store, but

8    Nassau then put a freeze on hiring and I wound

9    up going into Suffolk.

10        Q      When did you start with the

11   Suffolk County Police Department?

12        A      February of '85.

13        Q      After you graduated from the

14   academy, were you assigned to field training?

15        A      No.

16        Q      What happened after you --

17        A      When we graduated the academy, we

18   were one of the only classes, I believe, that

19   did not have field training because we were

20   short police officers.  We came right out and

21   right --

22        Q      Went right to work?

23        A      Right to work.

24        Q      Can you briefly go through your

25   promotional history from '85 to February 2011?

7

1                    Jack Smithers

2          A      I was a police officer in the 4th

3    Precinct and I got promoted to sergeant in

4    September of '92.

5          Q      Was that a result of taking a

6    civil service test?

7          A      Yes.

8          Q      Can you tell me where you were

9    assigned in September of '82?

10         A      '92.

11         Q      '92.

12         A      Right to the 2nd Precinct, where

13   I am now.

14         Q      Did you remain there from 1992 to

15   the current date?

16         A      Yes, never left.

17         Q      Going back five years from

18   February 27, 2011, have you ever been the

19   subject of a complaint?

20         A      Going back?

21         Q      From 2011.  So that would be

22   going back to --

23                MR. MITCHELL:  2006.

24                MR. GRANDINETTE:  Thank you.

25         Q      Since February 2006, were you

8

Jack Smithers

1

2     ever the subject of a complaint?

3          A     No.

4          Q     Ever named defendant in a suit?

5          A     Once, 30 years ago.

6          Q     On February 27, 2011 can you

7     describe your duties and responsibilities as a

8     sergeant at the 2nd Precinct?

9          A     I am still and at that time was a

10    road supervisor.

11         Q     You were a patrol supervisor as

12    opposed to a precinct supervisor?

13         A     Yes.

14         Q     Is that the way it works in

15    Suffolk, the sergeants are assigned to patrol

16    and some are assigned to --

17         A     Fair to say.

18         Q     House?

19         A     Right.  You have a desk sergeant

20    then several road sergeants, patrol sergeants.

21         Q     Your responsibility is to

22    supervisor patrol officers within the 2nd

23    Precinct?

24         A     Yes.

25         Q     Were you so engaged on

9

1          Jack Smithers

2     February 27, 2011 at about 1:20 a.m.?

3          A      Yes.

4          Q      Did there come a time that you

5     were notified by dispatch that there was a

6     Nassau County off-duty police officer who was

7     shot?

8          A      Yes.

9          Q      Where were you when you received

10    that notice?

11         A      I recall being, if not in the

12    precinct parking lot, but around the precinct.

13    I was responding from there.

14         Q      You didn't actually hear that

15    call, that was just relayed by the dispatch

16    unit, right?

17         A      Yes.

18         Q      In other words, you didn't hear

19    the 911 call yourself?

20         A      No, I heard it over the radio.

21         Q      What did you do in response to

22    that call?

23         A      Immediately notified over the air

24    that I was responding and got myself there as

25    quick as possible.

10

Jack Smithers

1
2    Q      Prior to arriving, did you
3    subsequently learn through another dispatch
4    that an officer was not, in fact, shot, but
5    there was a shooting?
6    A      Yes.
7    Q      Prior to your arrival, did you
8    receive a third dispatch learning there was a
9    weapon missing?
10   A      Yes.
11   Q      Did you have any further details
12   about the weapon?
13   A      Not at that time, no.
14   Q      Approximately what time did you
15   arrive at the scene?
16   A      I believe it was somewhere in the
17   vicinity of maybe three to five minutes,
18   something like that.
19   Q      Approximately what time did you
20   arrive there, if you recall?
21   A      I don't recall.  I guess, like I
22   said, three to five minutes from the time the
23   dispatch went out.
24   Q      If the dispatch came out about
25   1:20, you were there about 1:25 a.m.?

11

1                       Jack Smithers

2          A        Somewhere in that vicinity.

3          Q        Where did you respond to?

4          A        Responded to Oakwood Road across

5     from, I believe, the Stimson Middle School.

6          Q        What did you observe when you

7     arrived, if anything?

8          A        I observed a pretty chaotic

9     scene.  There were two civilian-type vehicles

10    on the shoulder of the road, facing northbound

11    on Oakwood Road.

12         Q        Were they on the east or west

13    side of the road?  You said they were facing

14    north.  So they were positioned on the east

15    side of the road?

16         A        East side.

17         Q        What else did you see that

18    resulted in your opinion that it was sort of a

19    chaotic scene when you arrived?

20         A        I saw a couple police officers.

21    I definitely recall seeing Officer Rocchio and

22    Officer Nieves, who was in the 203 car who

23    were assigned this call.

24         Q        Did you notice any other patrol

25    cars in the area?

12

Jack Smithers

1    A    I think I do remember seeing a

2    car blocking traffic, but I don't remember who

3    that was or what car that was.

4    Q    At any rate, when you arrived,

5    where did you position your car?

6    A    I believe I positioned my car

7    over by the elementary school on the other

8    side of the road.

9    Q    What did you do?

10   A    I immediately responded over to

11   the police officers, to the uniformed police

12   officers, Rocchio and Nieves, because as I

13   walked up, I believe, I believe Rocchio kind

14   of met me and started telling me, you know,

15   what -- filled me in on what we had.

16   Q    What did she fill you in on?

17   What did she tell you?

18   A    She said that there was an

19   incident between a cab driver and an off-duty

20   Nassau Police Officer and that the weapon had

21   been lost, possibly inside of the cab.

22   Q    How long was this conversation?

23   A    Seconds.

24   Q    After that, what, if any,

12

Jack Smithers

1    A    I think I do remember seeing a
2    car blocking traffic, but I don't remember who
3    that was or what car that was.
4
5    Q    At any rate, when you arrived,
6    where did you position your car?
7    A    I believe I positioned my car
8    over by the elementary school on the other
9    side of the road.
10   Q    What did you do?
11   A    I immediately responded over to
12   the police officers, to the uniformed police
13   officers, Rocchio and Nieves, because as I
14   walked up, I believe, I believe Rocchio kind
15   of met me and started telling me, you know,
16   what -- filled me in on what we had.
17   Q    What did she fill you in on?
18   What did she tell you?
19   A    She said that there was an
20   incident between a cab driver and an off-duty
21   Nassau Police Officer and that the weapon had
22   been lost, possibly inside of the cab.
23   Q    How long was this conversation?
24   A    Seconds.
25   Q    After that, what, if any,

13

Jack Smithers

1  direction did you give her?

2        A        I don't recall giving her any

3  direction at that point because I recall

4  DiLeonardo approaching me.

5        Q        When you say DiLeonardo, first of

6  all, did you see any civilians at the scene

7  near Rocchio and Nieves?

8        A        I did see several civilians.

9        Q        How many, do you recall?

10        A        I don't recall.

11        Q        Do you recall where they were

12  standing?

13        A        I believe a couple of them were

14  on the sidewalk on the northbound side.  And,

15  like I said, now known to me to be Officer

16  DiLeonardo was, I believe, maybe on the

17  shoulder and that is where he started to

18  approach me from.

19        Q        When you first saw these people,

20  can you give me -- do you have any independent

21  recollection of what they looked like, what

22  they were wearing, anything like that?

23        A        Nothing at all.

24        Q        Do you have any independent

14

1          Jack Smithers

2     recollection of whether they were talking,

3     conversing when you pulled up, anything like

4     that?

5          A     No.

6          Q     You said that the person you now

7     know to be Anthony DiLeonardo, he approached

8     you?

9          A     Yes.

10          Q     When he walked over towards you,

11     you were standing near Officer Rocchio?

12          A     Yes.

13          Q     Was anyone else in your immediate

14     vicinity?

15          A     Not that I recall.

16          Q     Was this the actual roadway of

17     Oakwood Road?

18          A     Yes.

19          Q     As he approached you, sir, did

20     you observe on his person any police shield?

21          A     I don't recall.

22          Q     Did you ask him whether or not he

23     had any identification?

24          A     I did not ask him for

25     identification.

15

Jack Smithers

2      Q      After he began to approach you,

3  what, if anything, happened next?

4      A      He was, from what I can recall,

5  distraught, bordering on tears.  And he said

6  to me, Sarge, can you help me.

7      Q      Were you in a uniform?

8      A      Yes.

9      Q      Describe what his emotional state

10  was?  You said that he appeared to be

11  distraught and on the verge of tears?

12      A      Yes.

13      Q      You noticed that immediately?

14      A      Very immediately.

15      Q      Physically, what did you observe?

16  Was he shaking, trembling, anything?

17      A      Don't remember shaking.  Just

18  very upset.

19      Q      What did you say in response to

20  his inquiry, Sergeant, help me?

21      A      I asked him what occurred.

22      Q      Did you have any immediate

23  concern about the possibly of someone having a

24  weapon at the scene?

25              MR. MITCHELL:  Objection to form.

16

Jack Smithers

1    You can answer.

2    Q        You arrived at the scene, you

3    knew there were shots fired.  Did you have any

4    immediate concern of securing the area,

5    looking around, making sure there were no

6    weapons, no one else around?

7    A        No.  Like I said, it was known to

8    us at least his weapon was missing.

9    Q        You didn't know where that weapon

10   was at this point?

11   A        I believe at some point -- again,

12   to the best of my recollection, I think by the

13   time I'm talking to him, I think we now know

14   that the cab is at Huntington Hospital and the

15   weapon was discovered inside the cab.

16   Q        Was that sufficient enough for

17   you to alleviate any concerns you had there

18   might have been another perp, another weapon?

19   A        At that time, yes.

20   Q        You have this discussion with

21   Anthony DiLeonardo and you said you wanted to

22   ascertain from him what happened?

23   A        Yes.

24   Q        What does he say to you?

17

Jack Smithers

1   A       He says that -- as I'm speaking

2   to him, rescue starts to show up, so I knew I

3   had to get this quickly.  But he says to me

4   that he, and who I now know to be the other

5   Nassau Officer, were in separate cars.  They

6   were out, they were lost.  Pulled out on the

7   shoulder of Oakwood and were discussing where

8   they were and where they were going when a cab

9   driver pulled up and was upset with something

10  that they apparently did, starting cursing at

11  them.  DiLeonardo said he exited his vehicle

12  and at that point the car driver backed up his

13  vehicle and drove at him, at which point he

14  discharged his weapon firing several rounds at

15  the cab.  And the vehicle struck the other

16  Nassau Officer in the knee and fled northbound

17  on Oakwood Road.

18  Q       Did he tell you anything else?

19  A       No, that is all I recall him

20  telling me.

21  Q       How long did you speak to him

22  during the course of him giving this account?

23  A       It was no more than a minute

24  because some of that was taken up where I was

18

Jack Smithers

1   questioning him as -- as he started to tell me

2   the story, I thought he had been shot

3   because -- I'm not sure if he was aware at the

4   time, but there was a large wound in his arm.

5   And I said have you been shot.  He said I

6   think I might have shot myself.

7          Q       During the course of this minute

8   exchange where he is explaining to you what

9   transpired, you notice, I think you described

10  it in the past as a gaping wound?

11         A       Yes.

12         Q       Is that the way you would

13  describe your observations that night, a

14  gapping wound?

15         A       Yes.  I later have been told that

16  I guess I'm not an EMT and gaping means

17  something different.  To me it was a large,

18  open wound where it looked like an object

19  could have been under the skin.

20         Q       Did you interrupt him during of

21  the course of his explanation after you

22  observed that wound?

23         A       I don't recall if I interrupted

24  him.

19

Jack Smithers

1

2      Q      At any rate, did you inquire

3  about how he obtained that injury?

4      A      Yes.

5      Q      Did he then tell you he believed

6  he shot himself?

7      A      Yes.

8      Q      Did you ask him how did you shoot

9  yourself?

10      A      I didn't say how did you shoot

11  yourself.  He just said I think I shot myself

12  and he -- from my recollection, I recall him

13  actually demonstrating with one arm up and one

14  arm with a gun how he might have put the hand

15  in front of him and shot himself accidentally.

16      Q      Did he physically demonstrate it

17  for you?

18      A      Yes.

19      Q      Which arm was injured, do you

20  recall?

21      A      I believe now I think -- I

22  originally believed it was his left arm, but I

23  think it's his right arm.

24      Q      At any rate, he held up one hand

25  in front of him?

20

1              Jack Smithers

2         A       He held up one hand, whichever

3    hand it was, almost to prevent the cab from

4    hitting him.  I guess it's an immediate

5    reaction.  And with the other hand, had a gun

6    and he thinks his hand or arm got in the way.

7         Q       Did he tell you that the cab was

8    driving directly at him?

9         A       I recall him saying the cab was

10   driving at him.

11        Q       Did he indicate whether or not

12   anything precipitated these events?

13             MR. MITCHELL:  Objection to form.

14        You can answer.

15        Q       Any event occurred prior to this

16   with the cab?

17        A       The only thing I know or knew at

18   that time was that while he was having a

19   conversation with Bienz, the cab driver pulled

20   up and it was not known me at that time, but

21   just that he started to curse at him and he

22   had a problem with something that had

23   occurred.

24        Q       And start to finishing, this

25   whole thing took about a minute, this

21

1                          Jack Smithers

2       conversation?

3              A       Yes.

4              Q       It was very brief?

5              A       It was quick, very quick.

6              Q       It was you, Rocchio and

7       DiLeonardo and took the span of a minute?

8              A       I don't even know if Rocchio was

9       still there for that.

10             Q       When the conversation began,

11      Rocchio was with you?

12                     MR. MITCHELL:  Objection to form.

13             You can answer.

14             A       Initially, Rocchio and I spoke.

15      But when DiLeonardo approached, like I said

16      earlier, I don't know if Rocchio stayed or

17      Rocchio then went to her other

18      responsibilities.

19             Q       But you were in the midst of a

20      conversation with Rocchio as DiLeonardo

21      approached you, then had this minute

22      conversation?

23             A       Yes.

24             Q       You are not sure, she may have

25      been there for the whole conversation?

```
                                                    22
                         Jack Smithers
 1
 2      A       Right.
 3              MR. MITCHELL:  Or may not.
 4      Objection to form.  You can answer.
 5      A       I don't recall her being there.
 6   What I do recall is rescue -- probably half of
 7   the conversation I'm having with him, the
 8   ambulance workers are tending to his wound.
 9      Q       You are not sure if Rocchio
10   walked away during this minute conversation?
11      A       Right.
12      Q       Would it be fair to say that you
13   never gave her an order to leave prior to the
14   start of the conversation to go do something?
15      A       I don't recall if I gave her an
16   order to leave.
17      Q       When this conversation began, you
18   said halfway through the conversation that
19   someone from rescue arrived?
20      A       Yes.
21      Q       When you say rescue, you are
22   referring to an EMT from the ambulance that
23   arrived?
24      A       Yes.
25      Q       You are saying that this
```

23

Jack Smithers

1   conversation happened almost within 30

2   seconds, a minute of your arrival at the scene

3   itself?

4       A       I would guess within a couple

5   minutes.  If I spoke to Officer Rocchio for a

6   minute and then -- talking about maybe a

7   couple --

8       Q       You --

9               MR. MITCHELL:  Let him finish.

10          Talking about what?

11      A       Maybe a total of a couple

12  minutes.

13      Q       You park your car, walk over,

14  speak to Rocchio on Oakwood, DiLeonardo

15  approaches, you are having this conversation,

16  then the EMT officer or technician walks up

17  and begins to treat DiLeonardo?

18      A       Yes.

19      Q       What was he doing to treat

20  DiLeonardo?

21      A       I believe, to the best of my

22  recollection, they were just wrapping his arm.

23      Q       When you say they, there was more

24  than one technician?

24

Jack Smithers

```
1
2      A      I believe there was more than one
3  rescue person.  I don't know their
4  certification.
5      Q      When they came up, did they
6  interrupt and say are you okay?  What
7  happened?  How did you sustain your injury?
8  Things of that nature?
9      A      I don't recall them asking how he
10 sustained the injury.
11     Q      Did they walk up to him already
12 with bandages in hand and immediately start to
13 wrap his arm?
14     A      I don't recall.
15     Q      Was there any conversation by EMT
16 when they first approached saying is there
17 anyone hurt here?
18     A      I don't remember them asking
19 that.  Like I said, my focus was to speak to
20 DiLeonardo at the time.  I was not sure what
21 they said.
22     Q      Based upon your account as you
23 recall it, there were witnesses to this
24 conversation or his explanation, at least half
25 of it, as to what transpired?
```

25

Jack Smithers

1      MR. MITCHELL:   Objection to form.

2

3     You can answer.

4     A  Yes.

5     Q  They would have been in the

6   immediate proximity when DiLeonardo was giving

7   his account?

8     A  Yes.

9     Q  You didn't have the opportunity,

10  did you, during that minute, to follow up with

11  DiLeonardo to any specific questions, correct?

12    A  Yes, I don't recall asking him

13  anything further.

14    Q  For example, you didn't say to

15  him or didn't inquire what happened

16  immediately prior to this that led to the

17  altercation?

18      MR. MITCHELL:   Objection to form.

19    You can answer.

20    A  I don't recall asking him that.

21    Q  Normal follow-up questions that

22  might be, you know, where were you when the

23  car first charged, right?  How far were you

24  from the car?  Could you have avoided the car?

25  When did you first draw your weapon?  Did the

                        Jack Smithers

1
2      car actually hit you?  Things of that nature,
3      right?
4                  MS. PAVLIDES:  Objection.
5                  MR. FERNANDEZ:  Objection.
6                  MR. MITCHELL:  Objection.  You
7          can answer.
8          A      Those are questions that I
9      believe --
10                 MR. MITCHELL:  Sergeant, listen
11         to the question.  He is asking what you
12         asked.
13         Q      You didn't ask any of those
14     questions?
15         A      No.
16         Q      You indicate that you had a
17     concern, at least at that moment, that there
18     was a gaping wound and you didn't -- it was in
19     the evening, right?
20         A      Yes.
21         Q      What were the lighting conditions
22     like?
23         A      I don't recall what the lighting
24     conditions were.
25         Q      At any rate, after the EMTs came

27

Jack Smithers

1   over and started to attend to Mr. DiLeonardo,

2   did you have any further conversation with him

3   or did you attend to other police duties?

4          A       At this point, I recall him going

5   in the ambulance and at that point I started

6   my other responsibilities at the scene.

7          Q       I know that you just mentioned

8   this, but I want to be sure I have it right.

9   Was he physically shaking as he was talking to

10  you?

11                 MR. MITCHELL:  Objection to form.

12         You can answer.

13         A       I don't recall him shaking.

14         Q       Did he appear to be nervous to

15  you?

16                 MR. MITCHELL:  Objection to form.

17         You can answer.

18         A       He appeared very upset to me.

19         Q       Let me just ask if you recall

20  being asked this question and giving this

21  answer back on March 9, 2012 during the

22  interview with Sergeant Lynch.

28

Jack Smithers

1

2

3

4

5

6 "

7   Q   Do you recall being asked that

8 question, giving that answer?

9   A   I don't recall.

10   Q   I understand it was a long time

11 ago, right?

12   A   Yes.

13   Q   It was a very brief conversation.

14 Does that refresh your recollection if he was

15 physically actually shaking when you were

16 speaking to him?

17   A   If that's what it says.

18   MR. MITCHELL:  Does it refresh

19   your recollection, Sergeant?  That's the

20   question.

21   THE WITNESS:  No.

22   Q   How close in proximity would you

23 say that you were to Mr. DiLeonardo during

24 this one-minute conversation?

25   A   Maybe 2, 3 feet.

29

1                   Jack Smithers

2          Q       Did you notice the odor of an

3 alcoholic beverage at all?

4          A       No.

5          Q       Did he appear to be intoxicated

6 at all?

7          A       No.

8          Q       Was there any indication

9 whatsoever that he may have consumed alcohol?

10          A       No.

11          Q       Did Officer Rocchio ever advise

12 you, hey, Sarge, heads up, I smell alcohol on

13 this guy?

14          A       Never.

15          Q       When you say after this

16 conversation you went to attend to your other

17 police duties, would that be related to

18 securing the scene?

19          A       Making sure that the scene is

20 secured by the police officers there.

21          Q       DiLeonardo is taken by these EMT

22 personnel that you saw and brought into the --

23 he is walked back towards the ambulance?

24          A       That's what I recall.

25          Q       Can you tell me where the

30

1               Jack Smithers

2  ambulance was parked?

3        A       I believe the ambulance was on

4  Oakwood Road, somewhere near the middle of the

5  road.

6        Q       Do you know where it was in

7  relation to the cars?

8        A       I believe it was just north of

9  the cars.

10       Q       Where were you standing in the

11 roadway in relation to those same two cars?

12       A       Somewhere in the vicinity of the

13 vehicles.

14       Q       Which one?

15       A       I don't recall.

16       Q       The one farthest north or

17 farthest south?

18       A       I don't recall.

19       Q       Do you know how far you were away

20 from this ambulance?

21       A       From the ambulance?

22       Q       Yes.  Feet wise.

23       A       It was a pretty good distance.

24 If I had to give you a number, maybe 20 yards.

25       Q       Did you get there before or after

31

Jack Smithers

2   the ambulance?

3           A       Not sure if they pulled up at the

4   same time or right after me, but they were

5   there pretty quickly after my arrival.

6           Q       Do you know if they were men or

7   women?

8           A       I don't recall.

9           Q       Do you recall any conversation

10  you may have had with either EMT technician?

11          A       I don't recall having any

12  conversation with the EMTs.

13          Q       How about Officer Rocchio?  Did

14  she communicate with them at all?

15          A       I didn't see her communicate with

16  them.

17          Q       After DiLeonardo was escorted

18  back to the ambulance, for lack of a better

19  word, by the EMT personnel, did you have any

20  other conversations with him ever?

21          A       No.

22          Q       You spoke to him that night for

23  under a minute and half of that was concerning

24  the injury with the EMT present?

25          A       Exactly.

1                    Jack Smithers

2       Q      Was there any other discussion

3 with him about any other issue or fact?

4       A     No.

5       Q      Did he ever mention anything to

6 you at all about going back to the car after

7 he shot the gun and trying to get the driver

8 out of the car or anything like that?

9       A      I believe he said to me that

10 after he fired his weapon he tried to get the

11 driver out.  But to tell you the truth, I'm

12 not sure if he told me that or the police

13 officer told me that.

14       Q      That information concerning what

15 happened after the shooting, you could have

16 learned from someone other than Anthony

17 DiLeonardo?

18       A      Possibly.

19       Q      He never told you that night that

20 he arrested or attempted to arrest the driver,

21 correct?

22            MR. MITCHELL:  Objection to form.

23     You can answer.

24       A      I don't recall him saying

25 arrested.

33

1          Jack Smithers

2          Q       In total then, would it be fair

3    to say you were in his presence about a

4    minute, minute and a half that night?

5          A       That's fair.

6          Q       Did you ever communicate with the

7    other male, Edward Bienz?

8          A       Never.

9          Q       Did you ever communicate with

10   either of the females -- first let me ask you

11   this:  Did you know that the two male officers

12   were in the company of others?

13         A       Yes.

14         Q       Did you have an opportunity to

15   physically observe them?

16         A       I saw them and to my recollection

17   I believe they were on the sidewalk the whole

18   time I was there.

19         Q       Two females?

20         A       Two females.

21         Q       Did you hear any of those three

22   say anything?

23         A       I don't remember hearing

24   anything.

25         Q       Can you describe for me what they

34

Jack Smithers

1  looked like?

2  
3      A      Not at all.

4      Q      Can you tell me whether or not,

5  even if you didn't hear what they said, if

6  they were talking?

7      A      I don't recall.

8      Q      Can you describe for me whether

9  or not they appeared to be upset in any way?

10     A      I don't recall.

11     Q      Did either of those three

12  individuals appear to have any physical

13  injury?

14     A      I don't recall.

15     Q      Do you know if Rocchio advised

16  you or mentioned anything about these other

17  three individuals?

18     A      Somebody brought to my attention

19  that Bienz had been struck by the vehicle and

20  might have injured his knee.

21     Q      When was that information

22  imparted to you, if you know?

23     A      I'm not sure if Rocchio told me

24  that as I pulled up or after.

25     Q      You could have learned that Bienz

35

Jack Smithers

2  may have been hit by the automobile

3  subsequently?

4       A      Yes.

5       Q      But you didn't observe anything

6  that would indicate to you, as you stood in

7  the roadway at Oakwood, that Ed Bienz was

8  injured physically?

9            MR. MITCHELL:  Objection to form.

10      You can answer.

11      A      Not to my recollection.

12      Q      Well, he wasn't complaining?  He

13  wasn't sitting on the ground?  He didn't

14  appear to be in any apparent pain or distress?

15            MR. MITCHELL:  Objection to form.

16      You can answer.  Wait for me to object.

17      You can answer the question.

18      A      I can't recall really anything

19  about Officer Bienz.

20      Q      How far would you say that you

21  were from him when you were standing in

22  Oakwood Road, in the middle of Oakwood Road?

23      A      To the best of my recollection,

24  had to be probably 15, 20 feet when he was on

25  the sidewalk.

36

Jack Smithers

1

2      Q      So it was relatively close,

3  correct?

4              MR. MITCHELL:  Objection to form.

5      You can answer.

6      A      15 to 20 feet, I guess it could

7  be semi-close.

8      Q      You didn't observe anything with

9  your own senses that would suggest to you that

10  any of those three individuals, including

11  Bienz, was in need of medical assistance,

12  correct?

13              MR. MITCHELL:  Object to form.

14      You can answer.

15              MR. FERNANDEZ:  Objection.

16      A      I don't recall anything about

17  Bienz.

18      Q      When you arrived at the scene,

19  did you report your arrival to dispatch?

20      A      I don't recall.

21      Q      Is there a code that you give?

22      A      Sometimes there is a code that

23  says your arrival.  Sometimes if it's an

24  emergency, you just don't have time to give it

25  or it's not given.

37

Jack Smithers

1

2      Q     If you did give it, it would

3   appear on a CAD report?

4      A     I believe so.

5      Q     Did you notice or did you observe

6   whether or not these other three individuals

7   were taken into the ambulance or received any

8   medical treatment?

9      A     At some point, it was relayed to

10  me that both officers were in the ambulance.

11  I don't recall what happened to the females.

12     Q     Let's talk about after this

13  conversation. What was the next police action

14  you took, if anything? You said you went to

15  secure the scene?

16     A     I went to make sure the scene was

17  secured. That's not my job. My job is to

18  make sure it happens, not to physically do it.

19  I make sure the officers are doing what they

20  are supposed to be doing.

21     Q     Fair to say you are senior

22  supervisor at the scene?

23     A     Yes.

24     Q     There's an incident now involving

25  a serious matter on a relatively busy

38

Jack Smithers

1     thoroughfare, correct?

2         A      Yes.

3         Q      One of the concerns you have is

4     for the immediate safety, not only of those

5     present, but oncoming motorists?  It's dark

6     out, there are people in the area.  You want

7     to secure that scene so no one is hurt, right?

8              MR. MITCHELL:  Objection to form.

9        You can answer.

10        A      Yes.

11        Q      The people under your command,

12    the patrol officers are responsible for

13    securing the area, controlling traffic, things

14    of that nature?

15        A      Yes.

16        Q      You, as the sergeant, have the

17    responsible to make sure they are doing their

18    job and the first matter of importance is

19    securing that scene?

20            MR. MITCHELL:  Objection to form.

21       A      Yes.

22       Q      Is if fair to say that is what

23    you addressed when you went on to secure the

24    scene, to make sure that patrol officers were

39

Jack Smithers

1   stationed at each side, north and south of the

2   incident, right?

3   A       That was one of my

4   responsibilities, yes.

5   Q       You walked the scene and set the

6   parameters of the scene?

7   A       I don't recall setting the

8   parameters of the scene.  I do recall making

9   sure that enough of it was contained within

10  the scene, that we had enough preserved.

11  Q       You didn't have a factual

12  understanding of everything that transpired,

13  right?

14  MR. MITCHELL:  Objection to form.

15  You can answer.

16  Q       In other words, you didn't know

17  the entire scope of the scene, right?

18  MR. MITCHELL:  Objection to form.

19  You can answer.

20  A       To the best of my knowledge, I

21  believe the crime scene was right basically

22  where the civilian vehicles were and in that

23  vicinity.

24  Q       Do you know that to be in the

40

Jack Smithers

1    neighborhood of 422 Oakwood?

2        A     I don't know.

3        Q     You don't recall the exact

4    address.  Fair enough.

5           Did you, as part of your

6    supervisory duties, employ the patrol officer

7    to make sure that they secured the crime

8    scene, whatever the parameters were?

9        A     Yes.

10       Q     Thereafter, would it be fair to

11    say that you remained at the crime scene for

12    the remainder of the evening?

13       A     Majority of the evening.

14       Q     There came a point in time that

15    you left?

16       A     Yes.

17       Q     What were you doing while you

18    remained at the crime scene?

19       A     One of my other responsibilities

20    was to then notify Homicide Squad to respond.

21       Q     You notified Homicide to respond

22    to the scene based on the fact this was a

23    shooting involving an off-duty police officer?

24       A     Yes.

41

Jack Smithers

1

2      Q     Was it your understanding

3    pursuant to the rules and regulations,

4    Homicide would investigate shootings involving

5    a police officer?

6      A     Yes.

7      Q     Did you make that notification?

8      A     Yes.

9      Q     When did you make that

10   notification?

11     A     I don't know the time I made it,

12   but at some point shortly after speaking to

13   the Nassau Officer.

14     Q     You make the notification at some

15   point in time.  Did you also notify Crime

16   Scene?

17     A     At some point, Crime Scene showed

18   up.  I'm not sure if I directed someone to

19   call Crime Scene or if I called Crime Scene.

20     Q     As far as the ambulance is

21   concerned, did you direct Rocchio to go back

22   to the hospital with the four individuals

23   including DiLeonardo?

24     A     I directed Rocchio to go in the

25   ambulance with the Nassau Officers, yes.

42

Jack Smithers

2      Q      Can you tell me how long the

3  ambulance remained at the scene approximately

4  until it took off?

5      A      Honestly, no idea.

6      Q      Then would it be fair to say some

7  point in time you called Crime Scene so they

8  can come down and do their things?

9      A      Yes.

10     Q      They arrive, have a truck, set up

11 lights and they do what they do, right?

12          MR. MITCHELL:  Objection to form.

13     You can answer.

14     A      They do their normal crime scene

15 workup.

16     Q      Did you assist in that in any

17 way?

18     A      No.

19     Q      Were you ever asked any questions

20 by Crime Scene?

21     A      I don't recall.

22     Q      Then you said you called Homicide

23 and some time later Homicide came down?

24          MR. MITCHELL:  Objection to form.

25     You can answer.

43

Jack Smithers

1    A       Yes.

2    Q       When was it that you left the

3    crime scene itself at Oakwood?

4    A       I believe it was somewhere in the

5    vicinity of 5:30 in the morning.

6    Q       When you left somewhere around

7    5:30, did you have a specific destination?

8    A       Yes.

9    Q       Where was that destination?

10   A       Huntington Hospital.

11   Q       That was based upon a specific

12   police purpose related to this case or another

13   case?

14   A       Another case.

15   Q       What was that other case?

16   A       I had to do a report for

17   another -- an injured employee in an unrelated

18   matter.

19   Q       One of your patrol officers was

20   hurt in an unrelated matter at an unrelated

21   destination?

22   A       Yes.

23   Q       Part of your duties as a patrol

24   sergeant would be to respond, ascertain what

43

1    Jack Smithers

2    A       Yes.

3    Q       When was it that you left the

4    crime scene itself at Oakwood?

5    A       I believe it was somewhere in the

6    vicinity of 5:30 in the morning.

7    Q       When you left somewhere around

8    5:30, did you have a specific destination?

9    A       Yes.

10   Q       Where was that destination?

11   A       Huntington Hospital.

12   Q       That was based upon a specific

13   police purpose related to this case or another

14   case?

15   A       Another case.

16   Q       What was that other case?

17   A       I had to do a report for

18   another -- an injured employee in an unrelated

19   matter.

20   Q       One of your patrol officers was

21   hurt in an unrelated matter at an unrelated

22   destination?

23   A       Yes.

24   Q       Part of your duties as a patrol

25   sergeant would be to respond, ascertain what

44

1                          Jack Smithers

2       happened and prepare a report?

3              A       Yes.

4              Q       Did you then respond to the

5       hospital?

6              A       Yes.

7              Q       Do you know if this was a serious

8       injury, was it something that concerned you?

9                      MS. PAVLIDES:  Note my objection.

10                     MR. MITCHELL:  Obviously, you

11          mean to the other officer?

12             Q       The other officer.  A couple guys

13      within your command -- someone was injured?

14             A       Yes.

15             Q       I'm sure you're concerned with

16      their health and well being?

17             A       Yes.

18             Q       You responded to the hospital for

19      that specific person to see if they were all

20      right?  Were they okay?

21             A       I believe the officer in question

22      may have suffered a back injury.

23             Q       Do you remember the nature of the

24      injury to the other officer?

25                     MS. PAVLIDES:  Note my objection.

45

Jack Smithers

2    MR. GRANDINETTE:   Withdrawn.

3    Q    Do you know the name of this

4    officer that was hurt?

5    A    Yes.

6    Q    What was his name?

7    A    Officer Matt Angelo.

8    Q    Do you recall the specifics of

9    what happened, how he sustained the injury?

10   MR. MITCHELL:   Object to the

11   form.   You can answer.

12   A    I don't recall all the specifics,

13   but the injury -- to my recollection, the

14   injury was a car accident where one of the --

15   it was two police officers in the vehicle, one

16   police officer was airlifted to Stony Brook

17   and Officer Angelo went to Huntington

18   Hospital.

19   Q    Someone was actually airlifted to

20   what hospital?

21   A    To Stony Brook Hospital.

22   Q    When did you learn that news?

23   A    Not sure when was that brought to

24   my attention.

25   Q    Obviously, this was a very

46

1                          Jack Smithers

2      serious auto collision?

3                    MR. MITCHELL:  Objection to form.

4            You can answer.

5            A      I never saw the vehicles.  Just

6      than one police officer went to Stony Brook

7      and one went to Huntington.

8            Q      Would it be fair to say, based

9      upon the medical response that someone was

10     airlifted, did you learn this was a very

11     serious medical condition?

12                   MR. MITCHELL:  To the officer you

13           mean?

14                   MR. GRANDINETTE:  Yes.

15           Q      One of your officers had a

16     serious injury, right, he was airlifted to a

17     hospital?

18                   MS. PAVLIDES:  Note my objection.

19                   MR. MITCHELL:  You can answer.

20           A      I believe that probably the

21     injuries requiring a helicopter would be

22     serious.

23           Q      When you went to Huntington

24     Hospital, did you make inquiry of the officer

25     as to if -- what was his name again?

47

Jack Smithers

MR. MITCHELL:  Which one?  The guy at Stony Brook or Huntington?

Q      The guy at Huntington Hospital, what was his name?

A      Officer Matt Angelo.

Q      Did you go to Huntington Hospital and did you go speak to him?

A      Yes.

Q      Did you learn the nature and extent of his injury?

A      Yes.

Q      Did you do your reporting responsibilities after finding out the nature and extent of his injury?

A      Yes.

Q      Did you remain with him at Huntington Hospital?

A      For a short time, yes.

Q      How long did you remain with him at Huntington Hospital, if you recall?

A      I don't recall.

Q      Can you give me any estimation of when you got there and when you left?

A      No, I would be guessing.

48

Jack Smithers

1      Q      Do you know where you did your

2

3   reporting responsibilities related to his

4   injuries?

5      A      I don't recall exactly, but my

6   normal protocol on injured employees, I would

7   start the report there because there are

8   certain things I do need as far as a doctor's

9   name and diagnosis.  Then I would normally

10   complete my report at the precinct.

11      Q      In this particular case, you

12   don't have an independent recollection if you

13   employed your normal protocol, but normally

14   what you are saying is you get information,

15   doctor's name, diagnosis, prognosis, that kind

16   of thing, right?

17      A      Yes.

18      Q      I would assume you would have to

19   wait and at least to have an opportunity for

20   him to be treated and to receive a prognosis

21   and diagnosis, right?

22            MR. MITCHELL:  Objection to form.

23   You can answer.

24      A      Yes.

25      Q      That makes perfect sense because

49

1                    Jack Smithers

2    the doctor may not immediately know what the

3    problem is.  Something happens, taken for

4    X-rays, CAT scans, perhaps, right?

5        A        Sometimes.

6        Q        On that particular evening, do

7    you recall, do you have any independent

8    recollection how long you were there with this

9    particular officer while he was being treated

10   until you had a handle on the nature and

11   extent of his injuries?

12               MR. MITCHELL:  Objection to form.

13          You can answer.

14       A        I don't recall, but I do know

15   that he was there for some time prior to my

16   arrival, so he had already begun his

17   treatment.

18       Q        Then there was some later point

19   you responded back to the precinct to prepare

20   your paperwork on him?

21       A        Yes.

22       Q        What time did you conclude that

23   paperwork, if you know?

24       A        I don't recall.

25       Q        Would it be fair to say -- after

50

Jack Smithers

2    you completed that paperwork, was your tour

3    over?

4         A      Yes.

5         Q      When you were back at the

6    precinct, is that what you focused on,

7    completing that paperwork and then your tour

8    ended?

9         A      Yes.

10        Q      Did you have any other police

11   duties while you were back at the 2nd

12   Precinct?

13        A      I don't recall doing anything

14   other than the injured employee.

15        Q      Did you have any other discussion

16   back at the 2nd Precinct with any officers,

17   Nassau County, Suffolk County, related to the

18   shooting inside on Oakwood Road?

19        A      I don't recall.

20        Q      You have no independent

21   recollection of speaking to any Suffolk County

22   Police Officers regarding the events at

23   Oakwood Road?

24        A      I don't recall back at the

25   precinct having any discussion.

51

Jack Smithers

1

2      Q      You testified about what happened

3   at the scene, your discussion with Rocchio in

4   setting up the crime scene, correct?

5      A      Yes.

6      Q      Did you have any other discussion

7   with anyone at the scene prior to going over

8   to take care of the officer who was injured at

9   Huntington Hospital?

10     A      I recall having, I guess, a brief

11  conversation with the Homicide lieutenant that

12  came to the scene.

13     Q      Who was that?

14     A      I believe it was Lieutenant

15  Pilkofski (phonetic).

16     Q      How long was your conversation

17  with him?

18     A      Same, very quick, just giving him

19  a brief synopsis of what happened.

20     Q      When you say brief, minute?

21     A      Minute or two, yes.

22     Q      That was about your role of what

23  you did up to that point in time and what you

24  knew?

25     A      Yes.

52

Jack Smithers

1   Q       Shooting, four individuals, two

2   off-duty Nassau County cops brought over to

3   Huntington Hospital for treatment?

4   A       Yes.

5   Q       Anything else?

6   A       Not to my recollection.

7   Q       Fair to say you didn't prepare

8   any reports in this case?

9   A       I don't recall preparing any

10  reports in this case.

11  Q       Were you asked to prepare any

12  supplemental reports in this case?

13  A       No.

14  Q       Did you take any notes that

15  night?

16  A       Just my memo page, no other

17  notes.

18  Q       What is in your memo page about

19  this incident?

20  A       My memo page is your normal

21  day-to-day entries of any call that you

22  respond to.

23  Q       Have you seen that memo page

24  recently?

53

Jack Smithers

1    A        I did look at it, I guess, a

2  couple weeks ago.

3            MR. GRANDINETTE:  Brian, I'm sure

4        you probably gave it to me, but I don't

5        have it.  Can you to be kind enough to

6        give it to me?

7            MR. MITCHELL:  If I have it.  I

8        can take a look.

9    Q       Do you have it?

10   A       I don't have it with me.

11           MR. MITCHELL:  I might have it

12       here.

13           (Whereupon, a short break was

14       taken.)

15           MR. GRANDINETTE:  Mark this as

16       83.

17           (Whereupon, Plaintiff's Exhibit

18       83, Sergeant Smithers' memo book, was

19       marked for identification as of this

20       date by the reporter.)

21   Q       Sergeant Smithers, can you look

22  at what has been marked as 83?

23   A       Yes.

24   Q       Do you recognize that?

54

Jack Smithers

1

2      A      Yes, memo book.

3      Q      Does this memo book reflect the

4  totality of your writings with respect to your

5  involvement in this case?

6      A      Yes.

7      Q      Would it be fair to say that you

8  prepared that on the night in question?

9      A      Yes.

10     Q      You had your memo book with you

11  that night?

12     A      Yes.

13     Q      You are trained, are you not, to

14  record events, relevant events that you were

15  involved with?

16     A      Yes.

17     Q      Looking at your memo book, can

18  you give me a more accurate time of when you

19  arrived at Huntington Hospital to attend to

20  the injured officer following his automobile

21  accident?

22     A      According to this, I left the

23  scene on Oakwood Road at 5:50 and went

24  directly to the hospital.  So I assume I

25  arrived approximately 6 a.m.

55

Jack Smithers

1
2    Q        Is there an indication of what
3    time you left the hospital?
4    A        No.
5    Q        Or arrived back at the precinct?
6    A        There is no indication, just what
7    time I finished at the precinct, which was
8    9:45.
9    Q        You said you are a sergeant
10   assigned to patrol.  When you respond back to
11   the precinct, is the patrol section and the
12   squad in two separate areas physically?
13   A        Yes.
14   Q        You didn't have occasion to see
15   DiLeonardo, Bienz or any of the contingent
16   that were at Oakwood Road at the precinct when
17   you went back?
18   A        Never saw them.
19   Q        You never saw any members of
20   Homicide Squad or any detectives?
21   A        Correct.
22   Q        You never spoke to them about any
23   issues that occurred at Oakwood Drive?
24   A        Not back at the precinct, no.
25   Q        I imagine that the first time

56

Jack Smithers

1    that you were questioned about this incident,

2    since that time, was by Sergeant Lynch on

3    March 9, 2012, right?

4         A     Yes, that was my Internal

5    Affairs.

6         Q     Between the date of incident and

7    March 9, 2012, you didn't have any

8    communication with anybody about the facts of

9    this case, correct?

10        A     When you say anybody, who are you

11   referring to?

12        Q     I mean anyone.

13        A     I spoke to --

14        Q     Not your attorney.  Not

15   Mr. Mitchell.  If you had a conversation with

16   Mr. Mitchell, please don't tell me about it.

17   Other than Mr. Mitchell, you didn't have any

18   conversation with anyone?

19        A     No.

20        Q     When you were at the hospital,

21   you said you responded to the ER, correct?

22        A     Yes.

23        Q     When you responded to the ER, can

24   you tell me where you went within the ER?

57

Jack Smithers

1        

2        A     To my recollection, I was in the

3        vicinity of the nurse's desk.  I don't know

4        where else I went.

5        Q     When you went to the nurse's

6        desk, were there other officers there from

7        Suffolk County as well as Nassau County?

8        A     I believe I saw one other Suffolk

9        Police Officer and I do remember seeing

10      numerous people that I learned to be from

11      Nassau County.  That's all.

12      Q     When you saw these people or

13      learned they were from Nassau County, did you

14      have any conversations with them?

15      A     Never.

16      Q     So you never discussed any of

17      your police activity back at Oakwood Road with

18      anyone from Nassau County ever to this day?

19      A     The only person, not at the

20      hospital, I believe someone showed up on

21      Oakwood Road from the Shooting Review Board

22      and I informed them their officers were in

23      Huntington Hospital.

24      Q     Other than that?

25      A     No.

58

1                         Jack Smithers

2          Q        Never had a discussion with any

3     other person?

4          A        Correct.

5          Q        Just told them whoever came your

6     guys are at Huntington Hospital and then they

7     responded to Huntington Hospital?

8          A        Yes.

9          Q        When you say that you were at the

10    nurse's station, how long were you at or about

11    the nurse's station from the time you arrived

12    to the time that you left?

13         A        I don't recall.

14         Q        You are familiar with

15    P.O. Meaney?  He is one of the police officers

16    under your control?

17         A        Yes.

18         Q        Did you see him there?

19         A        That's the one police officer I

20    do recall seeing.

21         Q        Where did you see him, if you

22    remember?

23         A        Somewhere in the vicinity of the

24    nurse's station.

25         Q        How about Jesus Faya?

59

```
 1                      Jack Smithers
 2         A       I don't recall seeing Jesus Faya.
 3         Q       How about Channon Rocchio?
 4         A       I don't recall seeing Channon
 5   Rocchio either.
 6         Q       Any members from Homicide?
 7         A       I don't recall.
 8         Q       Any of the members from the
 9   Nassau County Police Department that you saw,
10   how did you learn that they were Nassau County
11   PD, if you recall?
12              MS. PAVLIDES:  Note my objection
13         to form.
14         A       To my recollection, I believe
15   some were in uniform and I believe
16   Officer Meaney advised me they were Nassau
17   Police Officers.
18         Q       There was a contingent of Nassau
19   Police PBA, but you never had any
20   conversations with them of substance?
21         A       Correct.
22              MS. PAVLIDES:  Note my objection
23         to form.
24         Q       You were just sort of hanging out
25   waiting on the information that you needed
```

60

Jack Smithers

1  pertaining to your officer?

2           MR. MITCHELL:  Objection to form.

3      You can answer.

4      A      Yes.

5      Q      While you were waiting, you

6  waited at the nursing station?

7      A      I don't recall if I stayed at the

8  nurse's station the whole time.  I do recall

9  being there at some point.

10      Q      Would it refresh your

11  recollection if you recall telling Sergeant

12  Lynch you were at opposite sides of the

13  emergency room?  Let me just read this to you.

14  Page 20, lines 13 to 18.

15           Question by Lynch:  "All right.

16  so when you were at the hospital, you were in

17  a different section than they were.

18      Sergeant Smithers:  I was.  You

19  could see them, but I was completely on the

20  opposite side of the emergency room.

21      Sergeant Lynch:  Can you just

22  tell me where that was in the emergency room?

23      Sergeant Smithers:  I was to --

24  if you walk in the emergency room and go

61

Jack Smithers

1

2 ████████████████████████████████

3 ████████████████████████████████

4 ██████████████████████

5           ██████████████████████████

6 ████████████████████████████████████

7 ████████████████████████████

8           ████████████████ "

9           Is it your testimony that you

10 were on the right side of the nursing station,

11 but within the immediate vicinity of Meaney?

12           MR. MITCHELL:  Objection to form.

13           MR. FERNANDEZ:  Objection to

14      form.

15           MR. MITCHELL:  You can answer.

16      A      That's pretty much my

17 recollection, yes.

18      Q      Let's see.  I can show you a

19 diagram if that might help you.

20      A      Sure.

21      Q      Let me show you what we have been

22 using that has been marked Plaintiff's Exhibit

23 43A.  I just call this to your attention.

24 This is the entrance to the emergency room

25 where it says ambulance bay.

62

Jack Smithers

2    A    Um-hum.

3    Q    Utilizing 43A, could you tell us
4  where you believe you were in relation to the
5  nursing station after your arrival?

6    A    To the best of my recollection, I
7  recall being sort of on the right side of the
8  nurse's station, somewhere in that hallway
9  there where I saw Officer Meaney.  And as I
10 said earlier, the Nassau contingent, I
11 believe, was over at that bay area on the
12 opposite side.

13   Q    When you say a contingent, can
14 you give me an estimate of how many officers
15 or personnel that you observed?

16   A    I would be guessing.  There
17 were --

18        MR. MITCHELL:  Don't guess.

19   Q    Don't guess.

20   A    There were several people.

21   Q    When you say several, were there
22 2, 10, 15?  Were there a large number of
23 individuals from Nassau County present?

24        MR. MITCHELL:  Object to form.

25   You can answer.

63

Jack Smithers

1
2      MS. PAVLIDES:  Objection.
3      MR. FERNANDEZ:  Note my
4   objection.
5      A      Depends what you consider large,
6   but I would say there were more than ten.
7      Q      So there were over ten people
8   that you believe to be affiliated with the
9   Nassau County Police Department in one way or
10  another?
11     A      Yes.
12     Q      By that I mean they may have been
13  delegates or things of that nature?
14     A      That's fair to say.
15     Q      Of those people, did you have a
16  conversation with any of them?
17     A      Never.
18     Q      Would you be kind enough to
19  circle for me where you were approximately?
20  And I understand that -- did you stand there
21  the entire time?
22     A      I don't recall.  I honestly was
23  trying to remember today where Officer Angelo
24  was being treated and I couldn't remember.
25     MR. MITCHELL:  Just answer his

64

Jack Smithers

1    question.  He asked where you were.  Did

2    you move around?

3    Q    That was my next question.

4    A    I could have.  I don't recall.

5    Q    Do you have any idea or any

6    recollection where Officer Angelo was being

7    treated?

8    A    I don't recall.

9    Q    These facts are quite some time

10   ago, right?

11          MS. PAVLIDES:  Objection.

12   A    Right.

13   Q    Without having a written record

14   of what was said and done, it's hard to have a

15   recall of it independently?

16          MR. FERNANDEZ:  Objection.

17   A    Yes.

18   Q    You had a lot going on that

19   particular evening?

20   A    Yes.

21          MS. PAVLIDES:  Objection.

22   Q    And a lot going on between

23   February 27, 2011 and the next time that you

24   were questioned about that case on

65

                    Jack Smithers

1
2    March 9, 2012?

3              MR. MITCHELL:  Objection.  You

4         can answer.

5         A       Yes.

6         Q       When you were interviewed by

7    Sergeant Lynch, you did the best you could to

8    give a recollection of what you recall that

9    night, right?

10             MR. MITCHELL:  Objection.  You

11        can answer.

12        A       Yes.

13        Q       Would you please circle where you

14   were?

15        A       To the best of my recollection, I

16   was in somewhere on the right side of the

17   nurse's desk between the nurse's desk and the

18   treatment room.  So somewhere in this area

19   (indicating).

20        Q       If you could, make a very large

21   circle and put your initials in it.

22        A       A very large circle here

23   (indicating)?

24             MR. MITCHELL:  Make a large

25        circle around the small circle.  Let the

66

Jack Smithers

1    record reflect he made initially a small

2    circle with an X and now he put a large

3    circle around with his initials.

4    Q      Just highlight your initials and

5    highlight the X with the circle.

6    A      (Indicating).

7    Q      Could you or did you see Thomas

8    Moroughan?

9    A      I don't recall ever seeing Thomas

10   Moroughan.

11   Q      Thomas Moroughan, I'm referring

12   to the -- you came to learn that Moroughan was

13   the cab driver?

14   A      Yes.

15   Q      When you were standing outside of

16   room 2 from 5:50 on, did you ever hear

17   Moroughan say anything?

18   MR. MITCHELL:  Object to form.

19   You can answer.

20   A      I never heard him say anything.

21   Q      Did you ever observe any member

22   of the Suffolk County Homicide Bureau going

23   into Moroughan's room?

24   A      I don't recall seeing anyone in

67

Jack Smithers

1  there.

2         Q       Did you overhear any conversation

3  whatsoever by anyone inside Moroughan's room?

4         A       No.

5         Q       Do you know who Detectives

6  Tavares and Leser are?

7         A       I know who Detective Tavares is.

8  I don't know who Detective Leser is.

9         Q       Do you recall seeing Tavares

10 enter Moroughan's room?

11        A       I don't recall seeing him enter

12 his room.

13        Q       Do you recall where Moroughan

14 even was that night?

15        A       I was told by Officer Meaney he

16 was in one of those treatment rooms, but I

17 never saw him.

18        Q       And you never heard him?

19        A       Yes.

20        Q       Was Meaney always in your

21 vicinity from the time that you arrived to the

22 time that you left, when you were hanging out

23 near the nursing station?

24              MR. MITCHELL:  Objection to form.

68

Jack Smithers

1    You can answer.

2    A       I don't recall.

3    Q       Did you ever have any

4    conversation with Meaney?

5            MR. MITCHELL:  Objection to form.

6            You can answer.

7    A       Yes, I recall, not to the exact,

8    but I remember him saying that he was standing

9    by where Mr. Moroughan was.

10   Q       During the time that you were

11   present by the nursing station, did you ever

12   observe a middle-aged, attractive female on

13   the left-hand side of the nurse's station?

14           MR. MITCHELL:  Objection to form.

15           You can answer.

16   A       Which female are you referring

17   to?

18   Q       That's a very good point.  I'll

19   show you a picture.

20   A       I do recall her being in the

21   emergency room.

22   Q       Did you come to learn who she was

23   that evening?

24   A       Yes.

69

Jack Smithers

1            MR. MITCHELL:  Just to clarify

2      your question, when you say did you come

3      to learn who she was that evening, you

4      mean did he learn in that morning?  I

5      appreciate we go evening into morning.

6      Are you asking did you learn on

7      February 27th at some point who she was?

8     Q     You arrived about 5:50 a.m.?

9            MR. MITCHELL:  He said closer to

10     six.

11    Q     Closer to six.  This is all

12 approximate.  Around 6 a.m. you arrived and

13 after your arrival did you observe the woman

14 depicted in Plaintiff's Exhibit 16 near the

15 nursing station on the opposite side?

16    A     I observed her in the emergency

17 room, yes.

18    Q     You observed her in the general

19 area, you don't know exactly where?

20    A     To my recollection, I recall her

21 being somewhere over, like I said, a little

22 bit between the ambulance entrance and the

23 nurse's desk.

24    Q     At any rate, did you ever meet

70

Jack Smithers

1    her personally?

2        A     No.

3        Q     Did you ever speak to her

4    personally?

5        A     No.

6        Q     Did you ever hear her say

7    anything?

8        A     No.

9        Q     Did you ever hear anyone speak to

10   her?

11       A     No.

12       Q     Did you ever see her engaged in

13   conversation with anyone else?

14       A     No.

15       Q     Did there come a time that you

16   were advised who she was?

17       A     Yes.

18       Q     Do you recall who told you that?

19       A     No.

20       Q     Do you recall whoever advised you

21   who she was, what did they advise you?

22       A     They advised me that she was

23   possibly the Godmother of the cab driver and

24   that she worked for the Nassau District

1 — her personally?
2 — A No.
3 — Q Did you ever speak to her
4 — personally?
5 — A No.
6 — Q Did you ever hear her say
7 — anything?
8 — A No.
9 — Q Did you ever hear anyone speak to
10 — her?
11 — A No.
12 — Q Did you ever see her engaged in
13 — conversation with anyone else?
14 — A No.
15 — Q Did there come a time that you
16 — were advised who she was?
17 — A Yes.
18 — Q Do you recall who told you that?
19 — A No.
20 — Q Do you recall whoever advised you
21 — who she was, what did they advise you?
22 — A They advised me that she was
23 — possibly the Godmother of the cab driver and
24 — that she worked for the Nassau District

71

Jack Smithers

1   Attorney's office.

2

3        Q       At 9:45 you have a entry of a

4   1038.  What does that entry refer to?

5        A       That means you completed the

6   assignment and in this case it was referring

7   to the injured employee.

8        Q       Between 6 a.m. and quarter to 10,

9   you had completed those tasks, right?

10       A       The injured employee task.

11       Q       Then you left, you were off duty

12  at 0950 hours?

13       A       Yes.

14               MS. PAVLIDES:  Sorry.  That was

15           1038?

16               MR. GRANDINETTE:  The code 1038.

17       Q       So the only person you remember

18  having a specific conversation with at the

19  hospital was Meaney?

20       A       Yes.

21       Q       You have no independent

22  recollection speaking with Tavares, Leser or

23  any other Homicide guy at the hospital?

24       A       Yes.

25       Q       Yes, meaning no?

72

Jack Smithers

1

2   A      Yes, I have no recollection.

3   Q      I'm done.  Thank you, sir.

4          MR. MITCHELL:  Sergeant, in

5   regard to anything having to do with

6   this case, were you involved at all in

7   the charges that were brought against

8   Mr. Moroughan?

9          THE WITNESS:  No.

10         (Time noted:  2:00 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

73

A C K N O W L E D G M E N T

STATE OF NEW YORK    )
                     :ss
COUNTY OF            )


        I, JACK SMITHERS, hereby certify

that I have read the transcript of my

testimony taken under oath in my deposition of

July 9, 2014; that the transcript is a true,

complete and correct record of my testimony,

and that the answers on the record as given by

me are true and correct.




                    ------------------------
                         JACK SMITHERS




Signed and subscribed to before
me, this              day
of                 , 2014.
_____
Notary Public, State of New York

74

1

2    --------------------I N D E X--------------------

3    WITNESS                  EXAMINATION BY        PAGE

4    JACK SMITHERS     MR. GRANDINETTE          4

5

6

7    --------------------EXHIBITS--------------------

8    PLAINTIFF'S FOR I.D.                       PAGE

9    83  Sergeant Smithers' memo book          53

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

75

C E R T I F I C A T E

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF SUFFOLK        )


        I, MARIA LAZAZZARO, a Notary

Public within and for the State of New

York, do hereby certify:

        That JACK SMITHERS, the witness

whose deposition is hereinbefore set

forth, was duly sworn by me and that such

deposition is a true record of the

testimony given by such witness.

        I further certify that I am not

related to any of the parties to this

action by blood or marriage; and that I

am in no way interested in the outcome

of this matter.

        IN WITNESS WHEREOF, I have

hereunto set my hand this 9th day of June,

2014.

                    _____

                    MARIA LAZAZZARO

**'82** [1] - 7:8
**'85** [2] - 6:11, 6:24
**'92** [3] - 7:3, 7:9, 7:10

**0**

**0950** [1] - 71:11

**1**

**1-10** [1] - 1:10
**10** [2] - 62:21, 71:7
**100** [2] - 1:15, 2:8
**1038** [3] - 71:3, 71:14, 71:15
**11-20** [1] - 1:13
**114** [1] - 2:5
**11501** [2] - 2:5, 2:12
**11553** [1] - 2:16
**11788** [1] - 2:9
**12:45** [1] - 1:17
**13** [1] - 60:14
**15** [3] - 35:23, 36:5, 62:21
**16** [1] - 69:14
**18** [1] - 60:14
**1981** [1] - 4:19
**1982** [4] - 5:10, 5:12, 5:15, 5:17
**1992** [1] - 7:13
**1:20** [2] - 8:25, 10:24
**1:25** [1] - 10:24

**2**

**2** [3] - 28:24, 62:21, 66:16
**20** [4] - 30:23, 35:23, 36:5, 60:14
**2006** [2] - 7:22, 7:24
**2011** [6] - 6:24, 7:17, 7:20, 8:5, 8:25, 64:23
**2012** [4] - 27:21, 56:3, 56:7, 64:25
**2014** [4] - 1:17, 73:10, 73:21, 75:22
**203** [1] - 11:21
**27** [5] - 1:17, 7:17, 8:5, 8:25, 64:23
**27th** [1] - 69:7
**2:00** [1] - 72:9
**2nd** [6] - 4:10, 7:11, 8:7, 8:21, 50:10, 50:15

**3**

**3** [1] - 28:24
**30** [2] - 8:4, 22:25
**333** [1] - 2:16

**4**

**4** [1] - 74:4
**422** [1] - 39:25
**43A** [2] - 61:22, 62:2
**4th** [1] - 6:25

**5**

**53** [1] - 74:9
**5:30** [2] - 43:5, 43:7
**5:50** [3] - 54:22, 66:16, 69:8

**6**

**6** [3] - 54:24, 69:12, 71:7

**8**

**83** [4] - 53:16, 53:18, 53:22, 74:9

**9**

**9** [5] - 27:21, 56:3, 56:7, 64:25, 73:10
**911** [1] - 9:18
**9:45** [2] - 55:7, 71:2
**9th** [1] - 75:21

**A**

**a.m** [6] - 8:25, 10:24, 54:24, 69:8, 69:12, 71:7
**Academy** [1] - 4:22
**academy** [3] - 5:3, 6:13, 6:16
**accident** [3] - 5:5, 45:13, 54:20
**accidentally** [1] - 19:14
**according** [1] - 54:21
**account** [3] - 17:22, 24:21, 25:6
**accurate** [1] - 54:17
**action** [2] - 37:12, 75:17
**activity** [1] - 57:16
**actual** [1] - 14:15
**address** [1] - 40:4
**addressed** [1] - 38:23

**advise** [2] - 29:10, 70:21
**advised** [5] - 34:14, 59:15, 70:16, 70:20, 70:22
**Affairs** [1] - 56:5
**affiliated** [1] - 63:7
**afternoon** [1] - 4:12
**aged** [1] - 68:12
**agitated** [1] - 28:4
**ago** [4] - 8:4, 28:10, 53:2, 64:10
**AGREED** [3] - 3:5, 3:11, 3:16
**air** [1] - 9:22
**airlifted** [4] - 45:15, 45:18, 46:9, 46:15
**alcohol** [2] - 29:8, 29:11
**alcoholic** [1] - 29:2
**ALFRED** [1] - 1:7
**alleviate** [1] - 16:17
**almost** [2] - 20:2, 22:25
**ALSO** [1] - 2:20
**altercation** [1] - 25:16
**AMANDA** [1] - 2:22
**ambulance** [17] - 22:7, 22:21, 27:5, 29:22, 29:25, 30:2, 30:19, 30:20, 30:25, 31:17, 37:6, 37:9, 41:19, 41:24, 42:2, 61:24, 69:22
**AND** [3] - 3:5, 3:11, · 3:16
**Angelo** [5] - 45:6, 45:16, 47:5, 63:22, 64:6
**Annapolis** [1] - 4:22
**answer** [38] - 15:25, 20:13, 21:12, 22:3, 25:2, 25:18, 28:6, 27:12, 27:17, 27:21, 28:7, 32:22, 35:9, 35:15, 35:16, 36:4, 36:13, 38:9, 39:15, 39:19, 42:12, 42:24, 45:10, 46:3, 46:18, 48:22, 49:12, 60:3, 61:7, 61:14, 62:24, 63:24, 65:3, 65:10, 66:19, 67:25, 68:6, 68:15
**answers** [1] - 73:12
**ANTHONY** [3] - 1:12, 2:4, 2:6
**Anthony** [3] - 14:6, 16:21, 32:15
**apparent** [1] - 35:13

**appear** [5] - 27:14, 29:4, 34:11, 35:13, 37:2
**appeared** [3] - 15:9, 27:18, 34:8
**appreciate** [1] - 69:5
**approach** [2] - 13:18, 14:25
**approached** [5] - 14:6, 14:18, 21:14, 21:20, 24:15
**approaches** [1] - 23:15
**approaching** [1] - 13:4
**approximate** [1] - 69:12
**area** [7] - 11:24, 16:4, 38:6, 38:13, 62:10, 65:17, 69:19
**areas** [1] - 55:11
**arm** [9] - 18:4, 19:12, 19:13, 19:18, 19:21, 19:22, 20:5, 23:22, 24:12
**arrest** [1] - 32:19
**arrested** [2] - 32:19, 32:24
**arrival** [8] - 10:6, 23:2, 31:4, 36:18, 36:22, 49:15, 62:4, 69:13
**arrive** [3] - 10:14, 10:19, 42:9
**arrived** [14] - 11:6, 11:18, 12:4, 16:2, 22:18, 22:22, 36:17, 54:18, 54:24, 55:4, 58:10, 67:21, 69:8, 69:12
**arriving** [1] - 9:25
**ascertain** [2] - 16:22, 43:24
**assigned** [6] - 6:13, 7:8, 8:14, 8:15, 11:22, 55:9
**assignment** [1] - 71:5
**assist** [1] - 42:15
**assistance** [1] - 36:10
**assume** [2] - 48:17, 54:23
**attempted** [1] - 32:19
**attend** [4] - 26:25, 27:3, 29:15, 54:18
**attention** [3] - 34:17, 45:23, 61:22
**Attorney** [1] - 2:4
**attorney** [1] - 56:14
**ATTORNEY** [1] - 2:10
**Attorney's** [1] - 70:25
**Attorneys** [3] - 2:8,

**2:11, 2:14
attractive** [1] - 68:12
**auto** [1] - 45:25
**automobile** [2] - 34:25, 54:19
**avolded** [1] - 25:23
**aware** [1] - 18:3

**B**

**backed** [1] - 17:12
**background** [2] - 4:14, 5:15
**bandages** [1] - 24:11
**based** [4] - 24:21, 40:22, 43:11, 46:7
**bay** [2] - 61:24, 62:10
**became** [1] - 5:18
**began** [3] - 14:25, 21:9, 22:16
**begin** [1] - 5:12
**begins** [1] - 23:17
**begun** [1] - 49:15
**best** [7] - 16:12, 23:21, 35:22, 39:20, 62:5, 65:6, 65:14
**better** [1] - 31:17
**between** [7] - 3:6, 12:19, 56:6, 64:22, 65:16, 69:22, 71:7
**beverage** [1] - 29:2
**BIENZ** [1] - 1:13
**Bienz** [9] - 20:18, 33:6, 34:18, 34:24, 35:6, 35:18, 36:10, 36:16, 55:14
**bit** [1] - 69:22
**blocking** [1] - 12:2
**blood** [1] - 75:17
**Board** [1] - 57:20
**book** [6] - 53:18, 53:25, 54:2, 54:9, 54:16, 74:9
**bordering** [2] - 15:4, 28:4
**Boulevard** [1] - 2:16
**break** [1] - 53:13
**BRIAN** [1] - 2:9
**Brian** [1] - 53:3
**brief** [5] - 21:3, 28:12, 51:9, 51:18, 51:19
**briefly** [2] - 5:14, 6:23
**Brook** [4] - 45:15, 45:20, 46:5, 47:2
**brought** [5] - 29:21, 34:17, 45:22, 52:2, 72:6
**Bureau** [1] - 66:22
**busy** [1] - 37:24
**BY** [6] - 2:6, 2:9, 2:12,

2:17, 4:6, 74:3

**C**

cab [13] - 12:19, 12:21, 16:14, 16:15, 17:8, 17:15, 20:2, 20:6, 20:8, 20:15, 20:18, 66:13, 70:23
CAD [1] - 37:2
car [15] - 5:5, 11:21, 12:2, 12:3, 12:5, 12:6, 17:12, 23:13, 25:22, 25:23, 25:25, 32:5, 32:7, 45:13
care [1] - 51:7
cars [5] - 11:24, 17:5, 30:6, 30:8, 30:10
case [13] - 43:12, 43:13, 43:14, 43:15, 48:10, 52:8, 52:10, 52:12, 54:4, 56:9, 64:24, 71:5, 72:5
CAT [1] - 49:3
certain [1] - 48:7
certification [2] - 3:8, 24:3
certify [3] - 73:7, 75:9, 75:15
CHANNON [1] - 1:9
Channon [2] - 59:2, 59:3
chaotic [2] - 11:7, 11:18
charged [1] - 25:22
charges [1] - 72:6
CHARLES [1] - 1:7
CHIEF [2] - 1:11, 2:15
CICCOTTO [1] - 1:8
circle [9] - 63:18, 65:12, 65:20, 65:21, 65:24, 66:2, 66:3, 66:5
civil [1] - 7:5
civilian [2] - 11:8, 39:22
civilian-type [1] - 11:8
civilians [2] - 13:6, 13:8
clarify [1] - 68:25
classes [1] - 6:17
close [3] - 28:21, 35:25, 36:6
closer [2] - 69:9, 69:11
code [3] - 36:20, 36:21, 71:15
collision [1] - 45:25
coma [1] - 5:6
command [2] - 38:11,

44:12
COMMANDING [1] - 1:11
commencing [1] - 4:14
communicate [4] - 31:13, 31:14, 33:5, 33:8
communication [1] - 56:8
company [1] - 33:11
complaining [1] - 35:11
complaint [2] - 7:18, 7:25
complete [2] - 48:9, 73:11
completed [3] - 49:25, 71:4, 71:8
completely [1] - 60:19
completing [1] - 50:6
concern [2] - 15:22, 16:4, 28:16
concerned [3] - 41:20, 44:7, 44:14
concerning [2] - 31:22, 32:13
concerns [2] - 16:17, 38:3
conclude [1] - 49:21
condition [1] - 46:10
conditions [2] - 26:20, 26:23
CONGDON [1] - 2:13
consider [1] - 63:4
consumed [1] - 29:8
contained [1] - 39:9
contingent [5] - 55:14, 59:17, 61:3, 62:9, 62:12
control [1] - 58:15
controlling [1] - 38:13
conversation [32] - 12:22, 20:18, 20:25, 21:9, 21:19, 21:21, 21:24, 22:6, 22:9, 22:13, 22:16, 22:17, 22:25, 23:15, 24:14, 24:23, 27:2, 28:12, 28:23, 29:15, 31:8, 31:11, 37:12, 51:10, 51:15, 56:15, 56:18, 63:15, 67:2, 68:4, 70:13, 71:17
conversations [3] - 31:19, 57:13, 59:19
conversing [1] - 14:2
cops [1] - 52:2
correct [13] - 25:10, 32:20, 36:2, 36:11,

37:25, 51:3, 55:20, 56:9, 56:21, 58:3, 59:20, 73:11, 73:13
counsel [1] - 3:6
Country [1] - 2:5
County [16] - 6:10, 9:5, 50:16, 50:20, 52:2, 57:6, 57:10, 57:12, 57:17, 59:8, 59:9, 62:22, 63:8, 66:22
COUNTY [9] - 1:6, 1:10, 1:10, 2:7, 2:10, 73:5, 75:5
couple [7] - 11:19, 13:13, 23:4, 23:7, 23:11, 44:11, 53:2
course [3] - 17:22, 18:7, 18:21
COURT [1] - 1:2
court [1] - 3:20
crime [7] - 39:21, 40:7, 40:11, 40:18, 42:13, 43:3, 51:3
Crime [6] - 41:14, 41:16, 41:18, 42:6, 42:19
current [1] - 7:14
curse [1] - 20:20
cursing [1] - 17:10

**D**

DANIEL [1] - 1:12
dark [1] - 38:5
date [3] - 7:14, 53:20, 56:8
day-to-day [1] - 52:21
Defendant [2] - 1:21, 2:14
defendant [1] - 8:3
Defendants [3] - 1:14, 2:8, 2:11
definitely [1] - 11:20
delegates [1] - 63:12
DEMARTINIS [1] - 1:12
demeanor [1] - 28:2
demonstrate [1] - 19:15
demonstrating [1] - 19:12
Department [4] - 6:6, 6:10, 59:8, 63:8
DEPARTMENT [3] - 1:6, 1:10, 2:7
depicted [1] - 69:14
deposition [5] - 3:8, 3:17, 73:9, 75:11, 75:13

DEPUTY [2] - 1:11, 2:15
describe [5] - 8:6, 15:8, 18:13, 33:24, 34:7
described [1] - 18:9
desk [7] - 8:18, 57:2, 57:5, 61:2, 65:16, 69:23
destination [3] - 43:7, 43:9, 43:21
detailed [1] - 27:25
details [1] - 10:10
Detective [2] - 67:7, 67:8
DETECTIVE/SGT [2] - 1:8, 1:12
detectives [1] - 55:19
Detectives [1] - 67:5
DETECTIVES [1] - 1:6
diagnosis [3] - 48:8, 48:14, 48:20
diagram [1] - 61:18
different [2] - 18:17, 60:17
DILEONARDO [1] - 1:13
DiLeonardo [22] - 13:4, 13:5, 13:16, 14:6, 16:21, 17:11, 21:6, 21:14, 21:19, 23:14, 23:17, 23:20, 24:19, 25:5, 25:10, 26:25, 28:22, 29:20, 31:16, 32:16, 41:22, 55:14
diploma [1] - 4:16
direct [1] - 41:20
directed [2] - 41:17, 41:23
direction [2] - 12:25, 13:3
directly [2] - 20:7, 54:23
discharged [1] - 17:14
discovered [1] - 16:15
discuss [1] - 5:14
discussed [1] - 57:15
discussing [1] - 17:7
discussion [7] - 16:20, 31:25, 50:14, 50:24, 51:2, 51:5, 57:25
dispatch [7] - 9:4, 9:14, 10:2, 10:7, 10:22, 10:23, 36:18
distance [1] - 30:22
distraught [2] - 15:4, 15:10
distress [1] - 35:13

District [1] - 70:24
DISTRICT [2] - 1:2, 1:2
doctor [1] - 48:25
doctor's [2] - 48:7, 48:14
DOES [2] - 1:10, 1:13
done [2] - 64:14, 72:2
DONLON [1] - 2:14
down [2] - 42:7, 42:22
draw [1] - 25:24
Drive [1] - 55:22
driver [10] - 12:19, 17:9, 17:12, 20:18, 32:6, 32:10, 32:19, 61:5, 66:13, 70:23
driving [2] - 20:7, 20:9
drove [1] - 17:13
duly [2] - 4:3, 75:12
during [8] - 17:22, 18:7, 18:20, 22:9, 25:9, 27:21, 28:22, 68:10
duties [6] - 8:6, 27:3, 29:16, 40:6, 43:23, 50:10
duty [5] - 9:5, 12:19, 40:23, 52:2, 71:10

**E**

Earle [1] - 2:16
east [3] - 11:11, 11:13, 11:15
EASTERN [1] - 1:2
Ed [1] - 35:6
EDMUND [1] - 1:11
education [1] - 4:20
educational [1] - 4:14
Edward [1] - 33:6
EDWARD [1] - 1:13
effect [1] - 3:19
either [4] - 31:9, 33:9, 34:10, 59:4
elementary [1] - 12:7
emergency [8] - 36:23, 60:13, 60:20, 60:22, 60:24, 61:23, 68:21, 69:16
emotional [1] - 15:8
employ [1] - 40:6
employed [1] - 48:12
employee [4] - 43:17, 50:13, 71:6, 71:9
employees [1] - 48:5
employment [2] - 5:12, 5:15
EMT [8] - 18:16, 22:21, 23:16, 24:14, 29:20, 31:9, 31:18,

31:23
EMTs [2] - 26:24, 31:11
ended [1] - 50:7
engaged [2] - 8:24, 70:12
ENID [1] - 1:9
enter [2] - 67:10, 67:11
entire [2] - 39:17, 63:20
entrance [2] - 61:23, 69:22
entries [1] - 52:21
entry [2] - 71:2, 71:3
ER [3] - 56:21, 56:23, 56:24
escorted [1] - 31:16
ESQ [5] - 2:6, 2:9, 2:12, 2:17, 2:21
estimate [1] - 62:13
estimation [1] - 47:22
EUGENE [1] - 1:7
evening [8] - 26:18, 40:12, 40:13, 49:5, 64:19, 68:23, 69:3, 69:5
event [1] - 20:14
events [4] - 20:11, 50:21, 54:13
exact [2] - 40:3, 68:7
exactly [3] - 31:24, 48:4, 69:19
EXAMINATION [2] - 4:6, 74:3
Examination [1] - 1:20
examined [1] - 4:4
example [1] - 25:13
except [4] - 3:12
exchange [1] - 18:8
Exhibit [3] - 53:17, 61:21, 69:14
EXHIBITS [1] - 74:7
exited [1] - 17:11
explaining [1] - 18:8
explanation [2] - 18:21, 24:23
extent [3] - 47:10, 47:14, 49:10

F

facing [2] - 11:9, 11:12
fact [3] - 10:3, 32:2, 40:22
facts [2] - 56:8, 64:9
factual [1] - 39:11
fair [14] - 8:16, 22:11, 32:25, 33:4, 37:20,

38:22, 40:4, 40:10, 42:5, 46:7, 49:24, 52:7, 54:6, 63:13
familiar [1] - 58:13
family [1] - 5:24
far [8] - 25:22, 28:2, 30:18, 35:19, 41:19, 48:7
farthest [2] - 30:15, 30:16
FAVATTA [1] - 1:7
Faya [2] - 58:24, 58:25
FAYA [1] - 1:9
February [8] - 6:11, 6:24, 7:17, 7:24, 8:5, 8:25, 64:23, 69:7
feet [4] - 28:24, 30:21, 35:23, 36:5
female [2] - 68:12, 68:16
females [4] - 33:9, 33:18, 33:19, 37:10
FERNANDEZ [6] - 2:12, 26:4, 36:14, 61:12, 63:2, 64:16
field [2] - 6:13, 6:18
filing [1] - 3:7
fill [1] - 12:16
filled [1] - 12:15
finish [1] - 23:9
finished [1] - 55:6
finishing [1] - 20:23
fired [2] - 16:3, 32:9
firing [1] - 17:14
first [8] - 13:5, 13:19, 24:15, 25:22, 25:24, 33:9, 38:18, 55:24
FISCH [1] - 2:21
FISCHLINGER [1] - 2:14
five [3] - 7:16, 10:16, 10:21
FLAHERTY [1] - 2:13
FLANAGAN [1] - 1:12
fled [1] - 17:16
focus [1] - 24:18
focused [1] - 50:5
follow [2] - 25:9, 25:20
follow-up [1] - 25:20
following [1] - 54:19
follows [1] - 4:5
FOR [1] - 74:8
force [1] - 3:18
form [34] - 3:12, 15:24, 20:12, 21:11, 22:3, 24:25, 25:17, 27:11, 27:16, 32:21, 35:8, 35:14, 36:3, 36:12, 38:8, 38:20, 39:14, 39:18, 42:11, 42:23,

45:10, 46:2, 48:21, 49:11, 59:12, 59:22, 60:2, 61:11, 61:13, 62:23, 66:18, 67:24, 68:5, 68:14
forth [1] - 75:12
four [2] - 41:21, 51:25
freeze [1] - 6:7
front [2] - 19:14, 19:24
full [1] - 4:8
FURTHER [2] - 3:11, 3:16

G

gaping [3] - 18:10, 18:16, 26:17
gapping [1] - 18:14
GEISSINGER [1] - 1:7
general [1] - 69:18
given [3] - 36:24, 73:12, 75:14
Godmother [1] - 70:23
graduated [2] - 6:12, 6:16
GRANDINETTE [10] - 2:4, 2:6, 4:7, 7:23, 44:25, 46:13, 53:3, 53:15, 71:15, 74:4
ground [1] - 35:12
guess [10] - 5:21, 10:20, 18:16, 20:3, 23:4, 36:5, 51:9, 52:25, 62:17, 62:18
guessing [2] - 47:24, 62:15
gun [3] - 19:13, 20:4, 32:6
guy [4] - 29:12, 47:2, 47:3, 71:22
guys [2] - 44:11, 58:5

H

half [4] - 22:5, 24:23, 31:22, 33:3
halfway [1] - 22:17
hallway [1] - 62:7
hand [9] - 19:13, 19:23, 19:25, 20:2, 20:4, 20:5, 24:11, 68:13, 75:21
handle [1] - 49:9
hanging [2] - 59:23, 67:22
hard [1] - 64:14
Hauppauge [2] - 1:16, 2:9
heads [1] - 29:11
health [1] - 44:15

hear [8] - 5:7, 9:13, 9:17, 33:20, 34:4, 66:16, 70:6, 70:9
heard [3] - 9:19, 66:20, 67:18
hearing [1] - 33:22
held [2] - 19:23, 19:25
helicopter [1] - 46:20
help [3] - 15:5, 15:19, 61:18
HEREBY [1] - 3:5
hereby [5] - 3:9, 73:7, 75:9
hereinbefore [1] - 75:11
hereto [1] - 3:7
hereunto [1] - 75:21
high [2] - 4:15, 4:16
High [1] - 4:17
highlight [2] - 66:4, 66:5
Highway [2] - 1:15, 2:8
himself [2] - 19:5, 19:14
hired [1] - 6:5
hiring [1] - 6:7
history [1] - 6:24
hit [2] - 25:25, 34:25
hitting [1] - 20:3
Homicide [10] - 40:20, 40:21, 41:3, 42:21, 42:22, 51:10, 56:19, 59:5, 66:22, 71:22
honestly [2] - 42:4, 63:21
hope [1] - 5:11
HORACE [1] - 1:11
hospital [12] - 41:21, 44:4, 44:17, 45:19, 46:16, 54:23, 55:2, 56:20, 57:19, 60:16, 71:18, 71:22
Hospital [16] - 16:14, 43:10, 45:17, 45:20, 46:23, 47:3, 47:6, 47:17, 47:20, 51:8, 52:3, 54:18, 57:22, 58:5, 58:6
hours [1] - 71:11
house [1] - 8:17
hum [1] - 61:25
HUNTER [2] - 1:11, 2:15
Huntington [16] - 16:14, 43:10, 45:16, 46:6, 46:22, 47:2, 47:3, 47:6, 47:17, 47:20, 51:8, 52:3, 54:18, 57:22, 58:5,

58:6
hurt [4] - 24:16, 38:7, 43:20, 45:3

I

I.D [1] - 74:8
idea [2] - 42:4, 64:5
identification [3] - 14:22, 14:24, 53:19
imagine [1] - 55:24
immediate [7] - 14:12, 15:21, 16:4, 20:3, 25:5, 38:4, 61:10
immediately [7] - 9:22, 12:10, 15:12, 15:13, 24:11, 25:15, 48:25
imparted [1] - 34:21
importance [1] - 38:18
IN [1] - 75:20
incident [8] - 12:19, 37:23, 39:2, 52:19, 55:25, 56:6
including [2] - 36:9, 41:22
independent [8] - 13:20, 13:24, 48:11, 49:6, 50:19, 71:20
independently [1] - 64:15
indicate [3] - 20:10, 26:15, 35:5
indicating [1] - 65:22
indicating) [2] - 65:18, 66:6
indication [3] - 29:7, 54:25, 55:5
individuals [7] - 34:11, 34:16, 36:9, 37:5, 41:21, 51:25, 62:22
information [4] - 32:13, 34:20, 48:13, 59:24
informed [1] - 57:21
initials [3] - 65:20, 66:3, 66:4
injured [11] - 19:18, 34:19, 35:7, 43:17, 44:12, 48:5, 50:13, 51:7, 54:19, 71:6, 71:9
injuries [3] - 46:20, 48:3, 49:10
injury [14] - 19:2, 24:6, 24:9, 31:23, 34:12, 44:7, 44:21, 44:23, 45:8, 45:12, 45:13, 46:15, 47:10, 47:14

**Inquire** [2] - 18:25, 25:14
**inquiry** [2] - 15:19, 46:23
**inside** [4] - 12:21, 16:15, 50:17, 67:3
**INSPECTOR** [1] - 1:11
**interested** [1] - 75:18
**internal** [1] - 56:4
**interrupt** [2] - 18:20, 24:5
**interrupted** [1] - 18:23
**interview** [1] - 27:22
**interviewed** [1] - 65:5
**intoxicated** [1] - 29:4
**investigate** [1] - 41:3
**involved** [2] - 54:14, 72:5
**involvement** [1] - 54:4
**involving** [3] - 37:23, 40:23, 41:3
**IS** [3] - 3:5, 3:11, 3:16
**issue** [1] - 32:2
**issues** [1] - 55:22
**IT** [3] - 3:5, 3:11, 3:16
**itself** [2] - 23:3, 43:3

---

**J**

**Jack** [1] - 4:10
**JACK** [6] - 1:8, 1:21, 73:7, 73:17, 74:4, 75:10
**Jesus** [2] - 58:24, 58:25
**JESUS** [1] - 1:9
**job** [3] - 37:16, 38:18
**JOHN** [5] - 1:10, 1:11, 1:12, 1:13, 2:15
**July** [1] - 73:10
**June** [2] - 1:17, 75:21

---

**K**

**kind** [5] - 4:13, 12:13, 48:14, 53:5, 63:17
**knee** [2] - 17:16, 34:19
**knowledge** [1] - 39:20
**known** [3] - 13:15, 16:7, 20:19

---

**L**

**lack** [1] - 31:17
**LAMB** [1] - 1:8
**large** [8] - 18:4, 18:17, 62:21, 63:4, 65:19, 65:21, 65:23, 66:2
**LAW** [2] - 2:4, 2:7
**LAZAZZARO** [2] -

75:7, 75:25
**Lazazzaro** [1] - 1:22
**learn** [10] - 10:2, 45:21, 46:9, 47:9, 59:9, 66:12, 68:22, 69:3, 69:4, 69:6
**learned** [4] - 32:15, 34:24, 57:9, 57:12
**learning** [1] - 10:7
**least** [4] - 16:8, 24:23, 26:16, 48:18
**leave** [2] - 22:12, 24:5
**led** [1] - 25:15
**left** [16] - 4:23, 5:3, 5:8, 7:15, 19:21, 40:15, 43:2, 43:6, 47:23, 54:21, 55:2, 58:11, 61:3, 67:22, 68:13, 71:10
**left-hand** [1] - 68:13
**LESER** [1] - 1:7
**Leser** [3] - 67:6, 67:8, 71:21
**LEVINE** [1] - 2:22
**lieutenant** [1] - 51:10
**Lieutenant** [1] - 51:13
**lighting** [2] - 26:20, 26:22
**lights** [1] - 42:10
**lines** [1] - 60:14
**listen** [1] - 26:9
**look** [3] - 52:25, 53:8, 53:21
**looked** [3] - 13:21, 18:18, 33:25
**looking** [2] - 16:5, 54:16
**lost** [2] - 12:21, 17:6
**Lynch** [7] - 27:22, 27:23, 56:2, 60:12, 60:15, 60:21, 65:6

---

**M**

**majority** [1] - 40:13
**male** [2] - 33:6, 33:10
**managed** [1] - 5:25
**March** [4] - 27:21, 56:3, 56:7, 64:25
**Maria** [1] - 1:22
**MARIA** [2] - 75:7, 75:25
**MARINACI** [1] - 1:11
**mark** [1] - 53:15
**marked** [3] - 53:19, 53:22, 62:21
**marriage** [1] - 75:17
**Maryland** [1] - 4:22
**Massapequa** [1] -

4:17
**Matt** [2] - 45:6, 47:5
**matter** [5] - 37:24, 38:18, 43:18, 43:20, 75:19
**mean** [5] - 44:10, 46:12, 56:12, 63:11, 69:4
**MEANEY** [1] - 1:9
**Meaney** [8] - 58:14, 59:15, 61:10, 62:8, 67:15, 67:20, 68:4, 71:18
**meaning** [1] - 71:24
**means** [2] - 18:16, 71:4
**medical** [4] - 36:10, 37:7, 46:8, 46:10
**meet** [1] - 69:24
**member** [1] - 66:21
**members** [3] - 55:18, 59:5, 59:7
**memo** [10] - 52:16, 52:18, 52:20, 52:23, 53:18, 53:25, 54:2, 54:9, 54:16, 74:9
**Memorial** [2] - 1:15, 2:8
**men** [1] - 31:5
**mention** [1] - 32:4
**mentioned** [2] - 27:7, 34:15
**met** [1] - 12:14
**middle** [3] - 30:3, 35:21, 68:12
**Middle** [1] - 11:4
**middle-aged** [1] - 68:12
**midst** [1] - 21:18
**might** [7] - 16:18, 18:6, 19:13, 25:21, 34:19, 53:11, 61:18
**Mineola** [3] - 2:5, 2:12, 5:19
**minute** [15] - 17:23, 18:7, 20:24, 21:6, 21:20, 22:9, 23:2, 23:6, 25:9, 28:23, 31:22, 33:3, 51:19, 51:20
**minutes** [4] - 10:16, 10:21, 23:5, 23:12
**MIREL** [1] - 2:21
**missing** [2] - 10:8, 16:8
**MITCHELL** [51] - 2:9, 7:22, 15:24, 20:12, 21:11, 22:2, 23:9, 24:25, 25:17, 26:5, 26:9, 27:11, 27:16,

28:17, 32:21, 35:8, 35:14, 36:3, 36:12, 38:8, 38:20, 39:14, 39:18, 42:11, 42:23, 44:9, 45:9, 46:2, 46:11, 46:18, 46:25, 48:21, 49:11, 53:7, 53:11, 60:2, 61:11, 61:14, 62:17, 62:23, 63:24, 65:2, 65:9, 65:23, 66:18, 67:24, 68:5, 68:14, 68:25, 69:9, 72:3
**Mitchell** [3] - 56:15, 56:16, 56:17
**moment** [1] - 26:16
**morning** [3] - 43:5, 69:4, 69:5
**MOROUGHAN** [1] - 1:3
**Moroughan** [8] - 66:8, 66:10, 66:11, 66:12, 66:17, 67:13, 68:9, 72:7
**Moroughan's** [3] - 66:23, 67:3, 67:10
**motorists** [1] - 38:5
**move** [1] - 64:2
**MR** [63] - 4:7, 7:22, 7:23, 15:24, 20:12, 21:11, 22:2, 23:9, 24:25, 25:17, 26:4, 26:5, 26:9, 27:11, 27:16, 28:17, 32:21, 35:8, 35:14, 36:3, 36:12, 36:14, 38:8, 38:20, 39:14, 39:18, 42:11, 42:23, 44:9, 44:25, 45:9, 46:2, 46:11, 46:13, 46:18, 46:25, 48:21, 49:11, 53:3, 53:7, 53:11, 53:15, 60:2, 61:11, 61:12, 61:14, 62:17, 62:23, 63:2, 63:24, 64:16, 65:2, 65:9, 65:23, 66:18, 67:24, 68:5, 68:14, 68:25, 69:9, 71:15, 72:3, 74:4
**MS** [10] - 26:3, 44:8, 44:24, 46:17, 59:11, 59:21, 62:25, 64:11, 64:21, 71:13

---

**N**

**name** [7] - 4:8, 45:2, 45:5, 46:24, 47:4, 48:8, 48:14

**named** [1] - 8:3
**NASSAU** [4] - 1:10, 1:12, 2:10
**Nassau** [23] - 6:5, 6:7, 9:5, 12:20, 17:5, 17:16, 41:12, 41:24, 50:16, 52:2, 57:6, 57:10, 57:12, 57:17, 59:8, 59:9, 59:15, 59:17, 61:2, 62:9, 62:22, 63:8, 70:24
**nature** [8] - 24:7, 25:25, 38:14, 44:22, 47:9, 47:13, 49:9, 63:12
**Naval** [1] - 4:21
**near** [5] - 13:7, 14:10, 30:3, 87:23, 69:14
**need** [2] - 36:10, 48:7
**needed** [1] - 59:24
**neighborhood** [1] - 39:25
**nervous** [1] - 27:14
**never** [17] - 7:15, 22:12, 29:13, 32:18, 33:7, 46:4, 55:17, 55:18, 55:21, 57:14, 57:15, 57:25, 59:18, 63:16, 66:20, 67:17, 67:18
**New** [8] - 1:16, 1:23, 2:5, 2:9, 2:12, 2:16, 73:23, 75:8
**NEW** [3] - 1:2, 73:4, 75:3
**news** [1] - 45:21
**next** [6] - 5:23, 5:24, 15:2, 37:12, 64:3, 64:23
**NICHOLAS** [1] - 1:7
**Nieves** [3] - 11:21, 12:12, 13:7
**NIEVES** [1] - 1:9
**night** [9] - 18:13, 31:21, 32:18, 33:3, 52:15, 54:7, 54:10, 65:8, 67:14
**normal** [5] - 25:20, 42:13, 48:5, 48:12, 52:20
**normally** [2] - 48:8, 48:12
**north** [4] - 11:13, 30:7, 30:15, 38:25
**northbound** [3] - 11:9, 13:14, 17:16
**Notary** [5] - 1:22, 3:18, 4:4, 73:23, 75:7
**note** [6] - 44:8, 44:24, 46:17, 59:11, 59:21,

63:2
noted [1] - 72:9
notes [2] - 52:14, 52:17
nothing [1] - 13:23
notice [5] - 9:9, 11:23, 18:9, 28:25, 37:4
noticed [1] - 15:12
notification [3] - 41:6, 41:9, 41:13
notified [3] - 9:4, 9:22, 40.21
notify [2] - 40:20, 41.14
number [2] - 30:23, 62:21
numerous [1] - 57:9
nurse's [12] - 57:2, 57:4, 58:9, 58:10, 58:23, 60:8, 61:2, 62:7, 65:16, 68:13, 69:23
nursing [6] - 60:6, 61:9, 62:4, 67:23, 68:11, 69:15

## O

O'CALLAGNAN [1] - 2:13
Oakwood [19] - 11:3, 11:10, 14:16, 17:7, 17:17, 23:14, 30:3, 35:6, 35:21, 39:25, 43:3, 50:17, 50:22, 54:22, 55:15, 55:22, 57:16, 57:20
oath [1] - 73:9
object [6] - 18:18, 35:15, 36:12, 45:9, 62:23, 66:18
objection [43] - 15:24, 20:12, 21:11, 22:3, 24:25, 25:17, 26:3, 26:4, 26:5, 27:11, 27:16, 32:21, 35:8, 35:14, 36:3, 36:14, 38:8, 38:20, 39:14, 39:18, 42:11, 42:23, 44:8, 44:24, 46:2, 46:17, 48:21, 49:11, 59:11, 59:21, 60:2, 61:11, 61:12, 62:25, 63:3, 64:11, 64:16, 64:21, 65:2, 65:9, 67:24, 68:5, 68:14
objections [1] - 3:12
observations [1] - 18:13
observe [10] - 11:5,

14:19, 15:14, 33:14, 35:4, 36:7, 37:4, 66:21, 68:12, 69:13
observed [5] - 11:7, 18:22, 62:14, 69:16, 69:18
obtained [1] - 19:2
obviously [2] - 44:9, 45:24
occasion [1] - 55:13
occurred [4] - 15:20, 20:14, 20:22, 55:22
odor [1] - 28:25
OF [12] - 1:2, 1:6, 1:10, 1:11, 2:4, 2:7, 2:10, 2:15, 73:4, 73:5, 75:3, 75:6
off-duty [4] - 9:5, 12:19, 40:23, 52:2
office [1] - 70:25
OFFICE [2] - 2:4, 2:10
officer [24] - 6:25, 9:5, 10:3, 23:16, 32:12, 40:6, 40:23, 41:4, 44:10, 44:11, 44:20, 44:23, 45:3, 45:6, 45:15, 46:5, 46:11, 46:23, 47:5, 49:8, 51:7, 54:19, 58:18, 59:25
Officer [19] - 11:20, 11:21, 12:20, 13:15, 14:10, 17:5, 17:16, 23:5, 29:10, 31:12, 35:18, 41:12, 45:16, 57:8, 59:15, 62:8, 63:22, 64:6, 67:15
OFFICER [1] - 1:11
Officers [3] - 41:24, 50:21, 59:16
officers [6] - 6:19, 8:21, 11:19, 12:11, 12:12, 29:19, 33:10, 37:9, 37:18, 38:12, 38:24, 43:19, 45:14, 46:14, 50:15, 57:5, 57:21, 58:14, 62:13
OFFICERS [2] - 1:9, 1:12
Old [1] - 2:5
Omni [1] - 2:15
once [1] - 8:4
oncoming [1] - 38:5
one [27] - 6:17, 16:6, 19:12, 19:23, 19:25, 23:24, 23:25, 28:23, 30:13, 30:15, 38:3, 38:7, 39:3, 40:19, 43:19, 45:13, 45:14, 46:5, 46:6, 46:14,

46:25, 57:7, 58:14, 58:18, 63:8, 67:16
One [1] - 2:11
one-minute [1] - 28:23
open [1] - 18:18
opened [1] - 5:25
opinion [1] - 11:17
opportunity [3] - 25:8, 33:13, 48:18
opposed [1] - 8:11
opposite [4] - 60:12, 60:20, 62:11, 69:15
order [2] - 22:12, 22:15
originally [1] - 19:21
outcome [1] - 75:18
outside [1] - 66:15
overhear [1] - 67:2
Ovington [1] - 2:16
own [1] - 36:8

## P

p.m [2] - 1:17, 72:9
P.O [1] - 58:14
PABLO [1] - 2:12
page [5] - 52:16, 52:18, 52:20, 52:23, 60:14
PAGE [2] - 74:3, 74:8
pain [1] - 35:13
paperwork [4] - 49:19, 49:22, 49:25, 50:6
parameters [3] - 39:6, 39:8, 40:8
park [1] - 23:13
parked [1] - 29:25
parking [1] - 9:11
part [2] - 40:5, 43:23
particular [5] - 5:2, 48:10, 49:5, 49:8, 64:19
parties [2] - 3:7, 75:16
past [1] - 18:10
patrol [12] - 8:10, 8:14, 8:19, 8:21, 11:23, 38:12, 38:24, 40:6, 43:19, 43:23, 55:9, 55:10
PATROL [2] - 1:11, 2:15
PAULA [1] - 2:17
PAVLIDES [11] - 2:17, 26:3, 44:8, 44:24, 46:17, 59:11, 59:21, 62:25, 64:11, 64:21, 71:13
PBA [1] - 59:18
PD [1] - 59:10
people [8] - 13:19,

38:6, 38:11, 57:9, 57:11, 62:19, 63:6, 63:14
perfect [1] - 48:24
perhaps [1] - 49:3
perp [1] - 16:18
person [7] - 14:5, 14:19, 24:2, 44:18, 57:18, 58:2, 71:16
personally [2] - 69:25, 70:4
personnel [3] - 29:21, 31:18, 62:14
pertaining [1] - 59:25
phonetic [1] - 51:14
physical [1] - 34:11
physically [9] - 15:14, 19:15, 27:9, 28:14, 33:14, 35:7, 37:17, 55:11
picture [1] - 68:19
Plikofski [1] - 51:14
Pinkerton [1] - 5:18
Plaintiff [2] - 1:4, 2:4
Plaintiff's [3] - 53:17, 61:21, 69:14
PLAINTIFF'S [1] - 74:8
point [18] - 13:3, 16:10, 16:11, 17:12, 17:13, 27:4, 27:5, 37:8, 40:14, 41:11, 41:14, 41:16, 42:6, 49:17, 51:22, 60:9, 68:18, 69:7
POLICE [4] - 1:6, 1:8, 1:10, 1:12
Police [6] - 6:5, 6:10, 12:20, 50:21, 57:8, 59:8, 59:16, 59:18, 63:8
police [22] - 6:19, 6:25, 9:5, 11:19, 12:11, 14:19, 27:3, 29:16, 29:19, 32:11, 37:12, 40:23, 41:4, 43:12, 45:14, 45:15, 46:5, 50:9, 57:16, 58:14, 58:18
position [1] - 12:5
positioned [2] - 11:13, 12:6
possible [1] - 9:24
possibly [4] - 12:21, 15:22, 32:17, 70:23
precinct [2] - 8:11, 9:11, 48:9, 49:18, 50:5, 50:24, 55:4, 55:6, 55:10, 55:15, 55:23
Precinct [7] - 4:11,

7:2, 7:11, 8:7, 8:22, 50:11, 50:15
precipitated [1] - 20:11
prepare [4] - 43:25, 49:18, 52:7, 52:11
prepared [1] - 54:7
preparing [1] - 52:9
presence [1] - 33:2
PRESENT [1] - 2:20
present [4] - 31:23, 38:5, 62:22, 68:11
preserved [1] - 39:10
pretty [5] - 11:7, 27:25, 30:22, 31:4, 61:15
prevent [1] - 20:2
problem [2] - 20:21, 49:2
prognosis [2] - 48:14, 48:19
promoted [1] - 7:2
promotional [1] - 6:24
protocol [2] - 48:5, 48:12
proximity [2] - 25:5, 28:21
Public [5] - 1:22, 3:18, 4:4, 73:23, 75:8
pulled [6] - 14:2, 17:6, 17:9, 20:18, 31:2, 34:23
purpose [1] - 43:12
pursuant [1] - 41:2
put [4] - 6:7, 19:13, 65:20, 66:2

## Q

quarter [1] - 71:7
questioned [2] - 55:25, 64:24
questioning [1] - 17:25
questions [5] - 25:10, 25:20, 26:7, 26:13, 42:18
quick [4] - 9:24, 21:4, 51:17
quickly [2] - 17:3, 31:4
quite [1] - 64:9

## R

radio [1] - 9:19
rate [5] - 12:4, 18:25, 19:23, 26:24, 69:24
rays [1] - 49:3
reaction [1] - 20:4
read [2] - 60:13, 73:8

81

really [1] - 35:17
reason [1] - 5:2
receive [2] - 10:7, 48:19
received [2] - 9:8, 37:6
recently [1] - 52:24
recognize [1] - 53:24
recollection [26] - 13:21, 13:25, 16:12, 19:11, 23:22, 28:13, 28:18, 33:15, 35:10, 35:22, 45:12, 48:11, 49:7, 50:20, 52:6, 56:25, 59:13, 60:11, 61:16, 62:5, 64:6, 65:7, 65:14, 69:20, 71:21, 71:25
record [7] - 4:9, 54:13, 64:13, 65:25, 73:11, 73:12, 75:13
refer [1] - 71:3
referring [5] - 22:21, 56:11, 66:11, 68:16, 71:5
reflect [2] - 54:2, 65:25
refresh [3] - 28:13, 28:17, 60:10
regard [1] - 72:4
regarding [1] - 50:21
regulations [1] - 41:2
REID [1] - 2:13
related [5] - 29:16, 43:12, 48:2, 50:16, 75:16
relation [3] - 30:6, 30:10, 62:3
relationship [1] - 5:5
relatively [2] - 35:25, 37:24
relayed [2] - 9:14, 37:8
relevant [1] - 54:13
remain [3] - 7:13, 47:16, 47:19
remainder [1] - 40:12
remained [3] - 40:11, 40:18, 42:2
remember [12] - 11:25, 12:2, 15:16, 24:17, 33:22, 44:22, 57:8, 58:21, 63:22, 63:23, 68:8, 71:16
report [6] - 36:18, 37:2, 43:16, 43:25, 48:6, 48:9
reporter [1] - 53:20
reporting [2] - 47:12, 48:2

reports [3] - 52:8, 52:10, 52:12
requiring [1] - 46:20
rescue [5] - 17:2, 22:5, 22:18, 22:20, 24:2
reserved [1] - 3:13
respect [1] - 54:3
respective [1] - 3:6
respond [7] - 11:2, 40:20, 40:21, 43:24, 44:3, 52:22, 55:9
responded [7] - 11:3, 12:10, 44:17, 49:18, 56:21, 56:23, 58:6
responding [2] - 9:12, 9:23
response [3] - 9:20, 15:18, 46:8
responsibilities [7] - 8:6, 21:17, 27:6, 39:4, 40:19, 47:13, 48:2
responsibility [1] - 8:20
responsible [2] - 38:12, 38:17
result [1] - 7:4
resulted [1] - 11:17
Review [1] - 57:20
road [7] - 8:9, 8:19, 11:9, 11:12, 11:14, 12:8, 30:4
Road [14] - 2:5, 11:3, 11:10, 14:16, 17:17, 30:3, 35:21, 50:17, 50:22, 54:22, 55:15, 57:16, 57:20
roadway [3] - 14:15, 30:10, 35:6
ROCCHIO [1] - 1:9
Rocchio [24] - 11:20, 12:12, 12:13, 13:7, 14:10, 21:5, 21:7, 21:10, 21:13, 21:15, 21:16, 21:19, 22:8, 23:5, 23:14, 29:10, 31:12, 34:14, 34:22, 41:20, 41:23, 51:2, 59:2, 59:4
role [1] - 51:21
RONALD [1] - 1:7
room [13] - 60:13, 60:20, 60:22, 60:24, 61:23, 65:17, 66:16, 66:23, 67:3, 67:10, 67:12, 68:21, 69:17
rooms [1] - 67:16
rounds [1] - 17:14
rules [1] - 41:2

S

safety [1] - 38:4
Sarge [2] - 15:5, 29:11
saw [12] - 11:19, 13:19, 29:21, 33:15, 46:4, 55:17, 55:18, 57:7, 57:11, 59:8, 62:8, 67:17
scans [1] - 49:3
Scene [6] - 41:15, 41:16, 41:18, 42:6, 42:19
scene [35] - 10:14, 11:8, 11:18, 13:6, 15:23, 16:2, 23:2, 27:6, 29:17, 29:18, 36:17, 37:14, 37:15, 37:21, 38:7, 38:19, 38:24, 39:5, 39:6, 39:8, 39:10, 39:17, 39:21, 40:8, 40:11, 40:18, 40:22, 42:2, 42:13, 43:3, 51:2, 51:3, 51:6, 51:11, 54:22
school [3] - 4:15, 4:16, 12:7
School [2] - 4:17, 11:4
scope [1] - 39:17
sealing [1] - 3:7
second [1] - 4:23
seconds [2] - 12:23, 23:2
section [2] - 55:10, 60:17
secure [3] - 37:14, 38:7, 38:23
secured [3] - 29:19, 37:16, 40:7
securing [4] - 16:4, 29:17, 38:13, 38:19
security [1] - 5:18
Security [1] - 5:19
see [14] - 11:16, 13:6, 13:8, 31:14, 44:18, 55:13, 58:17, 58:20, 60:19, 61:5, 61:6, 61:17, 66:7, 70:12
seeing [10] - 11:20, 11:25, 57:8, 58:19, 58:25, 59:3, 66:9, 66:24, 67:9, 67:11
semi [1] - 36:6
semi-close [1] - 36:6
senior [1] - 37:20
sense [1] - 48:24
senses [1] - 36:8
separate [2] - 17:5, 55:11

September [2] - 7:3, 7:8
SERGEANT [1] - 1:21
Sergeant [12] - 4:10, 4:12, 15:19, 27:22, 27:23, 28:18, 53:18, 56:2, 60:11, 60:21, 65:6, 74:9
sergeant [12] - 7:2, 8:7, 8:18, 26:9, 28:3, 38:16, 43:24, 53:21, 55:8, 60:18, 60:23, 72:3
sergeants [3] - 8:14, 8:19
serious [7] - 5:4, 37:24, 44:6, 45:25, 46:10, 46:15, 46:21
service [1] - 7:5
set [4] - 39:5, 42:9, 75:11, 75:21
setting [2] - 39:7, 51:3
several [4] - 8:19, 13:8, 17:14, 62:19, 62:20
SGT [2] - 1:8, 1:10
shaking [6] - 15:15, 15:16, 27:9, 27:13, 28:4, 28:14
shall [2] - 3:8, 3:13
shield [1] - 14:19
shoot [2] - 19:7, 19:9
shooting [5] - 10:4, 32:14, 40:23, 50:17, 51:25
Shooting [1] - 57:20
shootings [1] - 41:3
short [3] - 6:19, 47:18, 53:13
shortly [1] - 41:11
shot [9] - 9:6, 10:3, 18:2, 18:5, 18:6, 19:5, 19:10, 19:14, 32:6
shots [1] - 16:3
shoulder [3] - 11:9, 13:17, 17:7
show [4] - 17:2, 61:17, 61:20, 68:19
showed [2] - 41:16, 57:19
side [14] - 11:12, 11:14, 11:15, 12:8, 13:14, 38:25, 60:20, 60:25, 61:9, 62:6, 62:11, 65:15, 68:13, 69:15
sides [1] - 60:12
sidewalk [3] - 13:14, 33:16, 35:24

signed [2] - 3:17, 3:19
Signed [1] - 73:20
sitting [1] - 35:12
six [2] - 69:10, 69:11
skin [1] - 18:19
small [2] - 65:24, 65:25
smell [1] - 29:11
Smithers [5] - 4:10, 28:3, 53:21, 60:18, 60:23
SMITHERS [6] - 1:8, 1:21, 73:7, 73:17, 74:4, 75:10
Smithers' [2] - 53:18, 74:9
sold [1] - 6:6
someone [8] - 15:22, 22:18, 32:15, 41:17, 44:12, 45:18, 46:8, 57:19
sometimes [3] - 36:21, 36:22, 49:4
somewhere [11] - 10:15, 10:25, 30:3, 30:11, 43:4, 43:6, 58:22, 62:7, 65:15, 65:17, 69:21
sorry [2] - 5:7, 71:13
sort [4] - 11:17, 59:23, 60:25, 62:6
south [2] - 30:16, 38:25
span [1] - 21:6
speaking [5] - 16:25, 28:15, 41:11, 50:20, 71:21
specific [5] - 25:10, 43:7, 43:11, 44:18, 71:17
specifics [2] - 45:7, 45:11
squad [1] - 55:11
Squad [2] - 40:20, 55:19
ss [2] - 73:4, 75:4
stand [1] - 63:19
standing [6] - 13:12, 14:10, 30:9, 35:20, 66:15, 68:8
start [6] - 4:13, 6:9, 20:23, 22:13, 24:11, 48:6
started [7] - 5:24, 12:14, 13:17, 17:25, 20:20, 26:25, 27:5
starting [5] - 5:15, 17:10
starts [1] - 17:2
STATE [2] - 73:4, 75:3

state [2] - 4:8, 15:8
State [3] - 1:23, 73:23, 75:8
States [1] - 4:21
STATES [1] - 1:2
station [12] - 58:9, 58:10, 58:23, 60:6, 60:8, 61:9, 62:4, 62:7, 67:23, 68:11, 68:13, 69:15
stationed [1] - 38:25
stayed [2] - 21:15, 60:7
still [2] - 8:8, 21:8
Stimson [1] - 11:4
STIPULATED [3] - 3:5, 3:11, 3:16
Stony [4] - 45:15, 45:20, 46:5, 47:2
stood [1] - 35:5
store [3] - 5:25, 6:6
story [1] - 18:2
straight [1] - 60:25
Street [1] - 2:11
struck [2] - 17:15, 34:18
subject [2] - 7:18, 7:25
subscribed [1] - 73:20
subsequent [1] - 4:20
subsequently [2] - 10:2, 35:2
substance [1] - 59:19
suffered [1] - 44:21
sufficient [1] - 16:16
Suffolk [8] - 6:8, 6:10, 8:14, 50:16, 50:20, 57:6, 57:7, 66:22
SUFFOLK [7] - 1:6, 1:6, 1:8, 1:9, 2:7, 75:5
suggest [1] - 36:8
suit [1] - 8:3
supervisor [6] - 5:18, 8:9, 8:10, 8:11, 8:21, 37:21
supervisory [1] - 40:6
supplemental [1] - 52:12
supposed [2] - 6:5, 37:19
sustain [1] - 24:6
sustained [2] - 24:9, 45:8
sworn [2] - 3:19, 4:3, 75:12
synopsis [1] - 51:18

**T**

task [1] - 71:9
tasks [1] - 71:8
TAVARES [1] - 1:7
Tavares [4] - 67:6, 67:7, 67:9, 71:21
taxicab [1] - 61:5
tears [3] - 15:4, 15:10, 28:4
technician [3] - 23:16, 23:24, 31:9
ten [2] - 63:5, 63:6
tending [1] - 22:7
test [1] - 7:5
testified [2] - 4:5, 50:25
testimony [4] - 61:8, 73:9, 73:11, 75:14
THE [5] - 1:6, 1:10, 2:10, 28:20, 72:8
thereafter [1] - 40:10
thinks [1] - 20:5
third [1] - 10:7
THOMAS [1] - 1:3
Thomas [3] - 66:7, 66:9, 66:11
thoroughfare [1] - 37:25
three [7] - 10:16, 10:21, 33:20, 34:10, 34:16, 36:9, 37:5
TIMOTHY [1] - 1:10
today [1] - 63:22
took [4] - 20:24, 21:6, 37:13, 42:3
total [2] - 23:11, 32:25
totality [1] - 54:3
tour [2] - 49:25, 50:6
toward [1] - 61:3
towards [2] - 14:9, 29:22
traffic [2] - 12:2, 38:13
trained [1] - 54:12
training [2] - 6:13, 6:18
transcript [2] - 73:8, 73:10
transpired [3] - 18:9, 24:24, 39:12
TRAVIS [1] - 2:14
treat [2] - 23:17, 23:19
treated [4] - 48:19, 49:8, 63:23, 64:7
treatment [5] - 37:7, 49:16, 52:3, 65:17, 67:16
trembling [1] - 15:15
Trial [1] - 1:20

trial [1] - 3:14
tried [1] - 32:9
truck [1] - 42:9
true [3] - 73:10, 73:13, 75:13
truth [1] - 32:10
trying [2] - 32:6, 63:22
two [10] - 6:4, 11:8, 30:10, 33:10, 33:18, 33:19, 45:14, 51:20, 51:25, 55:11
type [1] - 11:8

**U**

um-hum [1] - 61:25
under [5] - 18:19, 31:22, 38:11, 58:15, 73:9
uniform [2] - 15:6, 59:14
uniformed [1] - 12:11
Uniondale [1] - 2:16
unit [1] - 9:15
United [1] - 4:21
UNITED [1] - 1:2
unrelated [3] - 43:17, 43:20
up [25] - 5:25, 6:8, 12:13, 14:2, 17:2, 17:9, 17:12, 17:24, 19:12, 19:23, 19:25, 20:19, 23:16, 24:4, 24:10, 25:9, 25:20, 29:11, 31:2, 34:23, 41:17, 42:9, 51:3, 51:22, 57:19
upset [5] - 15:17, 17:9, 27:18, 28:5, 34:8
utilizing [1] - 62:2

**V**

vehicle [5] - 17:11, 17:13, 17:15, 34:18, 45:14
vehicles [4] - 11:8, 30:12, 39:22, 46:4
verge [1] - 15:10
Veterans [2] - 1:15, 2:8
vicinity [10] - 10:16, 10:25, 14:13, 30:11, 39:23, 43:5, 57:2, 58:22, 61:10, 67:21
video [3] - 5:24, 5:25, 6:6

**W**

wait [2] - 35:15, 48:18
waited [1] - 60:6
waiting [2] - 59:24, 60:5
waived [1] - 3:9
walk [3] - 23:13, 24:10, 60:24
walked [5] - 12:13, 14:9, 22:9, 29:22, 39:5
walks [1] - 23:16
weapon [11] - 10:8, 10:11, 12:20, 15:23, 16:8, 16:9, 16:15, 16:18, 17:14, 25:24, 32:9
weapons [1] - 16:6
wearing [1] - 13:22
weeks [1] - 53:2
West [1] - 2:11
west [1] - 11:11
whatsoever [2] - 29:8, 67:3
WHEREOF [1] - 75:20
whichever [1] - 19:25
whole [4] - 20:24, 21:24, 33:16, 60:8
WILLIAM [2] - 1:8, 1:9
wise [1] - 30:21
withdrawn [1] - 44:25
witness [3] - 4:3, 75:10, 75:14
WITNESS [4] - 28:20, 72:8, 74:3, 75:20
witnesses [1] - 24:22
woman [1] - 69:13
women [1] - 31:6
word [1] - 31:18
words [2] - 9:17, 39:16
workers [1] - 22:7
works [1] - 8:13
workup [1] - 42:14
wound [8] - 6:7, 18:4, 18:10, 18:14, 18:18, 18:22, 22:7, 26:17
wrap [1] - 24:12
wrapping [1] - 23:22
writings [1] - 54:3
written [1] - 64:13

**X**

X-rays [1] - 49:3

**Y**

yards [1] - 30:23

year [5] - 4:18, 4:23, 5:9, 5:22, 6:4
years [2] - 7:16, 8:4
YORK [3] - 1:2, 73:4, 75:3
York [8] - 1:16, 1:23, 2:5, 2:9, 2:12, 2:16, 73:23, 75:9
yourself [3] - 9:18, 19:8, 19:10