| Matter of Dileonardo v Nassau County Police Department |
|---|
| Motion No: 2015-11625 |
| Slip Opinion No: 2016 NY Slip Op 70046(U) |
| Decided on April 11, 2016 |
| Appellate Division, Second Department, Motion Decision |
| Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. |
| This motion is uncorrected and is not subject to publication in the Official Reports. |

Supreme Court of the State of New York

Appellate Division: Second Judicial Department

M209633

E/sl

REINALDO E. RIVERA, J.P.

ROBERT J. MILLER

SYLVIA O. HINDS-RADIX

HECTOR D. LASALLE, JJ.

>2015-11625
>
>In the Matter of Anthony Dileonardo,
>petitioner,
>
>v Nassau County Police Department, et al.,                     DECISION & ORDER ON MOTION
>
>respondents.
>
>(Index No. 8686/14)

Motion by the petitioner to enlarge the time to perfect a proceeding pursuant to CPLR article 78, which was transferred to this Court by order of the Supreme Court, Nassau County, dated October 16, 2014.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

ORDERED that the motion is denied; and it is further,

ORDERED that on the Court's own motion, the proceeding is dismissed, without costs or disbursements, for failure to timely perfect in accordance with the rules of this Court (see 22 NYCRR 670.8[e]).

RIVERA, J.P., MILLER, HINDS-RADIX and LASALLE, JJ., concur.

ENTER:

Aprilanne Agostino

Clerk of the Court