# LEWIS JOHS
### Lewis Johs Avallone Aviles, LLP

Counsellors at Law

Mark R. Aledort
Robert J. Avallone
Deborah A. Aviles
Amy E. Bedell
Karen M. Berberich
Claudia L. Boyd
Julianne Bonomo
Anne M. Bracken
Brian Brown
Timothy D. Cameron
Jorja C. Carr
Joseph M. Charchalis
Robert J. Cimino
Michael T. Colavecchio
James P. Connors
Robert M. D'Angelillo
Thomas J. Dargan
Tara M. Darling
Rebecca K. Devlin
Amanda C. Dickens
Robert W. Doyle, Jr.
Rosa M. Feeney
David W. Fink
Daniel K. Fichtelman
Carl A. Formicola
Jennifer M. Frankola
Lawrence J. Freeze
Scott O. Frycek
Mark F. Geraci
Stacey E. Gorny
Brian J. Greenwood
John J. Halleron III
Christine B. Hickey
Tara M. Higgins
Caroline K. Hock
John E. Horan
Jeffrey D. Hummel
Frederick C. Johs
Annemarie S. Jones
Jason T. Katz
Jessica Klotz
Peter L. Kramer
Bryan F. Lewis
William J. Lewis
Eileen H. Libutti
Robert A. Lifson
Judith N. Littman
Stephen R. Macho
Stephen J. Maloney, Jr.
Daniel W. McCally
Jennifer Hurley McGay
Kevin G. Mescall
David L. Metzger
Michael Milchan
Greg M. Mondelli
James F. Murphy
Megan M. Murphy
Teresa M.C. Myers
Gary A. Pagliarello
Jordan S. Palatiello
Amy S. Pincus
Jeffrey M. Pincus
Laura A. Raheb
Thomas A. Rhatigan
Martin K. Rowe
Ross A. Ruggiero
John B. Saville
Ellen N. Savino
Theresa Scotto-Lavino
Matthew D. Shwom
Adam H. Silverstone
Amanda E. Spinner
Paul R. Varriale
Robert J. Yenchman

July 30, 2018

Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *Moroughan v. The County of Suffolk, et al.*
      Case No.: 2:12-cv-00512-JFB-AKT
      <u>LJAA File No.: 0153.1490.0000</u>

Dear Judge Bianco:

The office of Lewis Johs Avallone Aviles, LLP represents DEPUTY CHIEF OF PATROL JOHN HUNTER ("Hunter") in the above-referenced matter. This letter is submitted on consent.

Pursuant to the Order granting Docket No. 260, summary judgment moving papers are to be filed by July 30, 2018. As the Court is aware, Hunter is subject to a stipulation of confidentiality in this matter (Docket No. 253, 255).

Accordingly, Hunter respectfully requests permission to file the Attorney Declaration with annexed exhibits in support of his motion for summary judgment under seal. The Memorandum of Law, 56.1 Statement, and Notice of Motion will not be filed under seal. Plaintiff consents to the filing under seal of the Attorney Declaration with annexed exhibits.

We thank the Court for its consideration.

Respectfully submitted,

/s/

Annemarie S. Jones
asjones@lewisjohs.com
*Islandia Office*
ASJ/msag

One CA Plaza, Suite 225, Islandia, NY 11749   631.755.0101   Fax 631.755.0117   www.lewisjohs.com

New York City | Long Island