UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS M. MOROUGHAN,

                      Plaintiff,

      -against-

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, SUFFOLK DETECTIVES
RONALD TAVARES, CHARLES LESER, EUGENE
GEISSINGER, NICHOLAS FAVATTA and ALFRED
CICCOTTO, DETECTIVE/SGT. WILLIAM J. LAMB,
SGT. JACK SMITHERS, SUFFOLK POLICE OFFICERS
WILLIAM MEANEY and JESUS FAYA and SUFFOLK
JOHN DOES 1-10, THE COUNTY OF NASSAU,
NASSAU COUNTY POLICE DEPARTMENT, SGT.
TIMOTHY MARINACI, DEPUTY CHIEF OF PATROL
JOHN HUNTER, INSPECTOR EDMUND HORACE,
COMMANDING OFFICER DANIEL FLANAGAN,
DETECTIVE/SGT. JOHN DEMARTINIS, NASSAU
POLICE OFFICERS ANTHONY D. DILEONARDO,
EDWARD BIENZ and JOHN DOES 11-20,

                      Defendants.

Case No.: 12-cv-0512
(JFB)(AKT)

**DEFENDANT JOHN
HUNTER'S NOTICE OF
MOTION FOR
SUMMARY JUDGMENT**

       **PLEASE TAKE NOTICE** that upon Defendant DEPUTY CHIEF OF PATROL JOHN

HUNTER's ("Hunter") accompanying Memorandum of Law in Support of his Motion for

Summary Judgment, the Declaration of Annemarie S. Jones in Support of Hunter's Motion for

Summary Judgment with annexed exhibits, Hunter's Rule 56.1 Statement of Undisputed Material

Facts, and upon all of the pleadings, papers and proceedings heretofore had herein, Hunter will

move this Court before the Honorable Judge Joseph F. Bianco, at the United States Courthouse

located at 100 Federal Plaza, Central Islip, New York 11722, at a date and time to be determined,

for summary judgment, pursuant to Federal Rule of Civil Procedure 56 seeking dismissal of all

claims asserted against Hunter.

Dated: Islandia, New York
      July 30, 2018

                        **LEWIS JOHS AVALLONE AVILES, LLP**

                        _____/s/_____

                        By: Annemarie S. Jones, Esq.
                        One CA Plaza, Suite 225
                        Islandia, New York 11749
                        631.755.0101
                        E-Mail: asjones@lewisjohs.com

                        *Attorneys for Defendant*
                        *Deputy Chief of Patrol John Hunter*

TO:    Anthony M. Grandinette, Esq.
       LAW OFFICE OF ANTHONY M. GRANDINETTE
       114 Old Country Road, Suite 420
       Mineola, New York 11501
       (516) 877-5348
       E-Mail: grandinetteesq@aol.com
       *Attorneys for Plaintiff*

       Brian C. Mitchell, Esq.
       SUFFOLK COUNTY DEPT. OF LAW-COUNTY ATTORNEY
       100 Veterans Memorial Highway
       P.O. Box 6100
       Hauppauge, New York 11788
       (631) 853-4055
       E-Mail: brian.mitchell@suffolkcountyny.gov
       *Attorneys for Defendant*
       *The County of Suffolk, Suffolk County Police Department, Suffolk Detective Ronald Tavares, Charles Leser, William J. Lamb, William Meaney, Eugene Geissinger, Nicholas Favatta, Alfred Ciccotto, Sgt. Jack Smithers, Enid Nieves, Channon Rocchio, Jesus Faya*

       Christopher D. Clarke, Esq.
       LEAHEY & JOHNSON, P.C.
       120 Wall Street
       New York, New York 10005
       (212) 269-7308
       E-Mail: cclarke@leaheyandjohnson.com
       *Attorneys for DefendantEdmund*
       *The County of Nassau, Nassau County Police Department, Edward Bienz, Sgt. Timothy Marinaci, Edmund Horice, Commanding Officer Daniel Flanagan, Detective/Sgt. John Demartinis*

BARKET MARION EPSTEIN & KEARON, LLP
666 Old Country Road, Suite 700
Garden City, New York 11530
(516) 745-1500
E-mail: amarion@barketmarion.com
*Attorney for Defendant*
*Anthony D. DiLeonardo*