# COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. BROWN**<br>COUNTY ATTORNEY | **DEPARTMENT OF LAW** |

July 30, 2018

Hon. Joseph F. Bianco, U.S.D.J.
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:  Moroughan v. County of Suffolk, et al.
      Index No. CV 12-0512 (JFB)(AKT)

Dear Judge Bianco:

This Office represents the Suffolk County defendants (County) in the above referenced action. As with co-defendant Nassau County Deputy Inspector Hunter, the Suffolk County defendants wish to file our exhibits to our motion for summary judgment under seal.  A number of our exhibits fall under the stipulation of confidentiality entered into in this matter.  Accordingly we are requesting permission to file our exhibits under seal.  I have spoken to plaintiff's counsel, Anthony Grandinette, Esq. and he consents to this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

DENNIS M. BROWN
Suffolk County Attorney

_/s/ Brian C. Mitchell_____

Brian C. Mitchell
Assistant County Attorney

cc:  All counsel (via ECF)