DATE: 10/30/18                          AT: 1:44 p.m.

Time: min.

BEFORE JUDGE Joseph F. Bianco:

CIVIL CAUSE FOR TELEPHONE PRE MOTION CONFERENCE

DOCKET NUMBER: CV 12-512

TITLE: Moroughan v. County of Suffolk

APPEARANCES:

FOR PLAINTIFF: Merrill Fish

FOR DEFENDANT: Brian Mitchel, Alexander Klein, Anne Marie Jones, Christopher Clark

FTR: 1:44-1:52        Courtroom Deputy: Michele Savona

- [X] CASE CALLED.
- [X] COUNSEL FOR ALL SIDES PRESENT.
- [ ] COUNSEL FOR _____ NOT PRESENT.
- [X] CONFERENCE HELD.
- [ ] DISCOVERY TO BE COMPLETED BY _____
- [ ] PARTIES TO COMPLETE _____ BY THE NEXT CONFERENCE OR BY _____
- [ ] NEXT CONFERENCE SET FOR _____
- [ ] CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE FOR _____
- [X] MOTION TO BE FILED BY //2018 ; RESPONSE BY //2018 ; REPLY BY //2018 .
- [X] ORAL ARGUMENT SET FOR 6/12/2019 at 2:00pm
- [ ] JURY SELECTION SET FOR _____
- [ ] TRIAL SET FOR _____

X       OTHER Motions terminated.  Parties to file notice of motion, oppositions, and replies on 4/22/2019.