**The Law Office of**
**ANTHONY M. GRANDINETTE**

114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel:
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

July 18, 2019

Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                              Re:    Moroughan v. The County of Suffolk, et al.
                                       12-cv-0512 (JFB) (AKT)

Dear Judge Bianco:

       My office represents the Plaintiff, Thomas M. Moroughan, in the above-referenced matter. I am writing to request an adjournment of the oral arguments scheduled for September 19, 2019.

       On July 12, 2019, oral arguments on Defendants' motions for summary judgment were scheduled for September 19, 2019. However, Mr. Grandinette will be out of the country from September 13 through September 24. Therefore, I am requesting to adjourn the oral arguments to either September 25 or 26, or any Monday through Thursday in October, other than October 1, 8-9, 14-15, and 21-22, during which I will be observing the Jewish holidays.

                                                                 Respectfully,

                                                                 Mirel Fisch

CC: All counsel via ECF