CIVIL CAUSE FOR ORAL ARGUMENT
BEFORE JUDGE BIANCO

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 28 2019 ★
LONG ISLAND OFFICE

DATE: 10/28/19

TIME: 1:34 p.m.
Time in Court: 30 min.

CASE NUMBER: CV-12-0512

TITLE: Moroughan v. Suffolk County

PLTFFS ATTY: Anthony Grandinette and Mirel Fisch

DEFTS ATTY: Christopher Delamere, Annemarie Jones, and Brian Mitchell

FTR RECORDER: 1:34-3:25        COURTROOM DEPUTY: Michele Savona

OTHER: _____

__X__   CASE CALLED.

__X__   CONFERENCE HELD.

__X__   ARGUMENT HEARD / CONT'D TO _____.

__X__   DECISION: Reserved

OTHER: _____