*Leahey & Johnson, P.C.*
*Attorneys at Law*

(212) 269-7308
FACSIMILE (212) 422-4751
www.leaheyandjohnson.com

*120 Wall Street, New York, N.Y. 10005*

August 7, 2020

Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza                                         *Via First Class Mail and ECF*
Central Islip, New York  11722

        Thomas Moroughan v. The County of Suffolk, et al.
        12-CV-0512 (JB)(AKT)

Dear Judge Bianco,

        I represent the County of Nassau and several individually named police officers sued in this matter.  The following is submitted in response to this Court Order dated August 4, 2020 directing the County of Nassau to re-send a hard copy and/or electronic version of Exhibit E to ECF No. 264 (the 911 call CD) by August 11, 2020.

        A copy of the requested item is enclosed for the Court's review.  Although the recordings were initially submitted on a CD-ROM, I have taken the liberty of submitting an additional copy on a USB flashdrive for the Court's use.

                                                Respectfully submitted,

                                                *Christopher Delamere Clarke/S*

                                                Christopher Delamere Clarke
                                                (CDC 6160)

*Correspondence to all Parties via ECF*
*Copy of Exhibit to Court only as an enclosure via First Class Mail*

1