UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JAN 2 0 2021  ★

LONG ISLAND OFFICE

---

THOMAS M. MOROUGHAN,

                              Plaintiff,

              -v-

THE COUNTY OF SUFFOLK, ET AL,

                              Defendants.

---

12-CV-0512 (JFB) (AKT)

ORDER

Bianco, Joseph F., United States Circuit Judge (sitting by designation):

The parties filed the exhibits and certain portions of the briefs under seal because of the stipulated confidentiality orders.

Given the strong presumption of public access that attaches to judicial documents (including the need for the public to know the evidence considered and/or relied upon by the Court in making its decision), and given the allegations and information already available on the public docket, the Court has not identified any portion of the opinion filed today that should be redacted before the opinion is made available for public viewing.

However, in an abundance of caution, the Clerk is hereby ORDERED to temporarily seal the opinion and to make available to counsel for the parties a copy of the sealed opinion and, by no later than Friday, January 22, 2021, the parties shall confer and propose what, if any, redactions should be made to the sealed opinion before it is made available for public viewing.

The parties are cautioned, however, that any such proposed redactions should be accompanied by a legal justification for such redactions in light of the strong presumption in favor of public access to judicial records. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978).

To the extent the parties choose not to submit a filing on this issue by Friday, January 22, 2021, the Court will unseal the opinion in its entirety on Monday, January 25, 2021.

Dated: Central Islip, New York
January 20, 2021

SO ORDERED:

/s/ Joseph F. Bianco

THE HONORABLE JOSHEPH F. BIANCO
UNITED STATES CIRCUIT JUDGE (Sitting by Designation)