UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

THOMAS M. MOROUGHAN,

                        Plaintiff,

-v-

THE COUNTY OF SUFFOLK, ET AL,

                        Defendants.

---

12-CV-0512 (JFB) (AKT)

ORDER

Bianco, Joseph F., United States Circuit Judge (sitting by designation):

On January 20, 2021, the Court issued its Memorandum and Order (the "Opinion") in connection with the pending motions for summary judgment. On page 17 of the Opinion, the Court wrote: "The final DFRT report was submitted by Hunter to the Suffolk Commissioner of Police. (Nassau 56.1 ¶ 156)." The Opinion is hereby amended to replace that sentence with the following sentence: "The final DFRT report was submitted by Hunter to the Nassau Commissioner of Police. (Nassau 56.1 ¶ 156)."

Dated: January 24, 2021

                        SO ORDERED:

                            /s/ Joseph F. Bianco
                        THE HONORABLE JOSEPH F. BIANCO
                        UNITED STATES CIRCUIT JUDGE (Sitting by Designation)