The Law Office of

# ANTHONY M. GRANDINETTE

114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel:
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

July 27, 2021

Magistrate A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:** **Thomas M. Moroughan v. The County of Suffolk, et al.**
**Docket No.: CV-12-0512**

Dear Magistrate Tomlinson:

As you know, I am counsel to plaintiff, Thomas M. Moroughan, in the above referenced action. Procedurally, this case is post summary judgment and the parties are currently preparing a joint pre-trial order.

I submit this letter on behalf of all counsel, with the exception of Anthony DiLeonardo, to request a settlement conference before Your Honor in the hopes of reaching a global settlement. All parties are desirous to settle this action and believe a conference before Your Honor will help facilitate that result.

Counsel for the parties are available on October 6, 7 and in the morning of October 8, 2021

Respectfully submitted

Anthony M. Grandinette

AMG/dp
CC: All Counsel via ECF