

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

August 5, 2021

**via ELECTRONIC FILING**
Magistrate Judge A. Kathleen Tomlinson
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

        Re:    Thomas M. Moroughan v. County of Suffolk, et al.
                 12-CV-0512 (JFB)(AKT)

Dear Judge Tomlinson:

    I am writing per Your Honor's order of July 30, 2021, regarding a settlement conference in connection with the above matter. Unfortunately, my client does not have sufficient fund to meaningfully contribute to a settlement.

                              Respectfully Submitted,

                              /s/ Bruce Barket
                              Bruce A. Barket, Esq.

cc:    All counsel of record via ECF