

## Leahey & Johnson, P.C.
### Attorneys at Law

(212) 269-7308
FACSIMILE (212) 422-4751
www.leaheyandjohnson.com

120 Wall Street, New York, N.Y. 10005

October 7, 2021

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York  11722

      RE:   *Moroughan v. County of Suffolk, et al.*
               12 Civ. 512 (JFB)(AKT)

### *Joint Letter with Proposed Conference Dates*

Dear Magistrate Judge Tomlinson,

     The parties have conferred as ordered on October 4, 2021, and submit the following dates on which all counsel and our clients are available to go forward with the previously planned settlement conference: November 23, 2021; November 30, 2021; December 1, 2021 or December 2, 2021.

     We thank the Court for its time and attention.

                                                   Respectfully submitted,

                                                   *Christopher Delamere Clarke*

                                                   Christopher Delamere Clarke
                                                   (CDC 6160)

*To All Parties via ECF*