**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
THOMAS M. MOROUGHAN,

                Plaintiff,

    - against -

THE COUNTY OF SUFFOLK, SUFFOLK
COUNTY POLICE DEPARTMENT, SUFFOLK
DETECTIVES RONALD TAVARES, CHARLES
LESER, EUGENE GEISSINGER, NICHOLAS
FAVATTA, and ALFRED CICCOTTO,
DETECTIVE/SGT. WILLIAM J. LAMB, SGT.
JACK SMITHERS, SUFFOLK POLICE
OFFICERS WILLIAM MEANEY, ENID NIEVES,
CHANNON ROCCHIO, and JESUS FAYA and
SUFFOLK JOHN DOES 1-10, THE COUNTY OF
NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, NASSAU POLICE OFFICERS
ANTHONY D. DILEONARDO, EDWARD BIENZ
and JOHN DOES 11-20,

                Defendants.
----------------------------------------------------------------X

**ORDER**

CV 12-512 (JFB) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

    The Settlement Conference scheduled for **November 30, 2021 at 2:00 p.m.** will be conducted utilizing Cisco Webex.  At the time of the conference, counsel and their respective clients are directed to click the following browser link from a laptop, desktop, tablet or any device equipped with a camera and microphone/speakers:

https://us-courts.webex.com/us-courts/j.php?MTID=mb20aa67d7df47dbe686c4d18a43db9c9.

    You will then be prompted to choose whether you will join the meeting from the Cisco Webex application or your internet browser.  The conference may be accessed using either option.  If you have not already downloaded the "Cisco Webex Meetings" application and intend

to use it, please be sure to download the application in advance. The application is available to download for free on Cisco Webex's website.

In the event that you are prompted to input a password or "meeting number" to access the conference, the password is: ifSM9SJ5CT5; the meeting number is: 2303 620 1271.

To the extent the conference must be accessed by telephone, participants are directed to call 650-479-3207 and enter the "meeting number" as the access code: 2303 620 1271.

**SO ORDERED.**

Dated: Central Islip, New York
October 12, 2021

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge