UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
THOMAS M. MOROUGHAN

                Plaintiff,

  against                                        **MEDIATION REFERRAL ORDER**
                                                                 **CV 12-512 (JFB)(ARL)**

THE COUNTY OF SUFFOLK, et al,

                Defendants.
-------------------------------------------------X

**LINDSAY, Magistrate Judge:**

It is HEREBY ORDERED that the above entitled case be referred to mediation pursuant to Local Rule 83.11, and it is further

      ORDERED that the parties are offered the option of (a) using a mediator from the Court's panel, (b) selecting a mediator on their own, or (c) seeking the assistance of a reputable neutral ADR organization in the selection of a mediator. Counsel shall consult with the ADR Administrator at (718) 613-2577, respecting their alternatives and selecting a mediator.

      The mediation is to be concluded by **January 14, 2022**. The parties shall notify the court within two weeks of receipt of a decision or should the mediation fail.


Dated: Central Islip, New York                            SO ORDERED:
       November 3, 2021

                                                                     _____/s/_____
                                                                    ARLENE R. LINDSAY
                                                                    United States Magistrate Judge