**The Law Office of**
# ANTHONY M. GRANDINETTE
114 Old Country Rd. Suite 420 • Mineola, NY 11501

Mirel Fisch
Admitted in New York/New Jersey

Of Counsel:
Paul Casteleiro
New Jersey

Telephone: (516) 877-2889
Facsimile: (516) 294-5348
Email: Grandinettelaw@gmail.com

February 2, 2020

Honorable Arlene Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                                Re:    Moroughan v. County of Suffolk, et al.
                                         12-cv-0512 (JFB) (ARL)

Dear Magistrate Lindsay:

    As you know, I represent Plaintiff, Thomas M. Moroughan, in the above-referenced action. I write to inform the Court that the parties have reached a global settlement, subject to the approval of the Nassau and Suffolk County legislatures.

    The parties are requesting a hearing before Your Honor, to place the monetary terms of the settlement on the record and be formally acknowledged by Mr. Moroughan. Accordingly, the parties request a conference date before your Honor on the afternoon of February 14, 16 or 28, to accomplish that task.

                                                            Respectfully submitted,

                                                            Anthony M. Grandinette

AMG/jw
cc: All counsel via ECF